IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 4 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| [UNDER SEAL] § § Plaintiffs, § § v. § § [UNDER SEAL] § § Defendants. § § § § § § | Civil Action No. 2-21CV-022-Z <br><br> **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)** <br><br> **DO NOT ENTER INTO PACER** |


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § | Civil Action No. 2-21CV-022-Z |
| Plaintiffs, | § § § | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)** |
| v. | § § | **DO NOT ENTER INTO PACER** |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

### RELATOR'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE MATTHEW KACSMARYK:

Relator Alex Doe ("Relator") files this Certificate of Interested Persons pursuant to Federal Rule 7.1 and Local Rule 3.2(e) as follows:

The following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Relator Alex Doe, c/o Hacker Stephens LLP, 108 Wild Basin Road South, Suite 250, Austin, Texas 78703.

2. Plaintiff United States of America, c/o United States Attorney for the Northern District of Texas, 1100 Commerce Street, Third Floor, Dallas, Texas 75242.

3. Plaintiff State of Texas, c/o Attorney General of Texas Ken Paxton, Office of the Attorney General of Texas, 300 West 15th Street, Austin, Texas 78701.

4. Plaintiff State of Louisiana, c/o Attorney General of Louisiana Jeff Landry, Office of the Attorney General of Louisiana, 1885 North Third Street, Baton Rouge, Louisiana 70802.

5. Counsel for Relator Alex Doe, Hacker Stephens LLP, 108 Wild Basin Road South, Suite 250, Austin, Texas 78703.

6. Defendant Planned Parenthood Federation of America, 123 Williams Street, Tenth Floor, New York, New York 10038.

7. Defendant Planned Parenthood Gulf Coast, Inc., 4600 Gulf Freeway, Houston, Texas 77023.

8. Defendant Planned Parenthood Greater Texas, Inc., 7424 Greenville Avenue, Dallas, Texas 75231.

9. Defendant Planned Parenthood of South Texas, Inc., 2140 Babcock Road, San Antonio, Texas 78229.

Respectfully submitted.

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
andrew@hackerstephens.com

HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com

HACKER STEPHENS LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)

Attorneys for Relator Alex Doe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via U.S. mail, in accordance with the Federal Rules of Civil Procedure.

<u>/s/ Andrew B. Stephens</u>
ANDREW B. STEPHENS

# HACKERSTEPHENS LLP

ANDREW B. STEPHENS  M (512) 569-0543
Partner  Andrew@HackerStephens.com

February 22, 2021



United States District Clerk
United States District Court
205 SE 5th Avenue, Room 133
Amarillo, Texas 79101

**Via UPS**

Re:   **[SEALED]** *United States of America ex rel. Alex Doe, Relator, et al. v. Planned Parenthood Federation of America, Inc., et al.*; Civil Action No. 2-21CV-022-Z; United States District Court for the Northern District of Texas, Amarillo Division

Dear District Clerk:

Please file in camera and under seal the enclosed Certificate of Interested Persons in the above-referenced case. Pursuant to Local Rule 5.1(b) a judge's copy of the filing is also enclosed.

Kindly return a file stamped copy of the document to my email listed above at your earliest convenience. Please contact me if you have any questions or need additional information.

Thank you very much for your assistance.

Sincerely,

Andrew B. Stephens

