IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF TEXAS,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF LOUISIANA,<br>*ex rel.* ALEX DOE, Relator,<br><br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2-21CV-022-Z<br><br>**<u>FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)</u>**<br><br>**DO NOT ENTER INTO PACER** |

## [PROPOSED] ORDER

Before the Court is Relator's Motion for Leave to Proceed Without Local Counsel, filed February 22, 2021. Relator represents that Mr. Andrew B. Stephens and Ms. Heather G. Hacker of Hacker Stephens LLP in Austin, Texas, can be available for any hearing on short notice. Having considered the Motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that Relator is granted leave to proceed without local counsel for the pendency of this case or so long as Relator maintains counsel from Hacker Stephens LLP. The Court further advises that if proceeding without local counsel disrupts this litigation or otherwise results in failure to comply with the rules of this Court, Relator will be required to immediately obtain local counsel.

**SO ORDERED.**

February ___, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE
