IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>THE STATE OF TEXAS, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>THE STATE OF LOUISIANA, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>PLANNED PARENTHOOD §<br>FEDERATION OF AMERICA, INC., §<br>PLANNED PARENTHOOD GULF §<br>COAST, INC., PLANNED §<br>PARENTHOOD OF GREATER §<br>TEXAS, INC., PLANNED §<br>PLANNED PARENTHOOD SOUTH §<br>TEXAS, INC., PLANNED §<br>PARENTHOOD CAMERON §<br>COUNTY, INC., PLANNED §<br>PARENTHOOD SAN ANTONIO, §<br>INC., §<br>§<br>Defendants. § | Civil Action No. 2-21CV-022-Z<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)**<br><br>**DO NOT ENTER INTO PACER** |

SUMMONS IN A CIVIL ACTION

To:   United States of America
      c/o United States Attorney General
      Department of Justice
      950 Pennsylvania Avenue, N.W.
      Washington, D.C. 20530

   Relator Alex Doe has filed a *qui tam* lawsuit on behalf of the United States of America, the State of Texas, and the State of Louisiana, against defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc.,

Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., for treble damages and civil penalties pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.001 *et seq.*, and the Louisiana Medical Assistance Programs Integrity Law, La. Rev. Stat. §§ 46:437.1 *et seq.*

A copy of the complaint is attached hereto and is served on the United States Government pursuant to 31 U.S.C. § 3730(b)(2) and Rule 4 of the Federal Rules of Civil Procedure.

Pursuant to 31 U.S.C. § 3730(b)(2) the complaint has been filed in camera and shall remain under seal for at least 60 days and shall not be served on the defendants until the court so orders.

Pursuant to 31 U.S.C. § 3730(b)(2)-(4), within 60 days after service of this summons and complaint on you, the government must either elect to intervene and proceed with the action, notify the court that the government declines to take over the action, or move the court for an extension of time during which the complaint remains under seal.

You must file your response with the court in camera and under seal and serve the relator's attorneys whose names and address are:

Andrew B. Stephens
Heather G. Hacker
Hacker Stephens LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746



Date: March 2, 2021

*CLERK OF COURT*

/s/ D. Aguilera, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF TEXAS,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF LOUISIANA,<br>*ex rel.* ALEX DOE, Relator,<br><br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2-21CV-022-Z<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)**<br><br>**DO NOT ENTER INTO PACER** |

### SUMMONS IN A CIVIL ACTION

To:   United States of America
      c/o Civil Process Clerk
      United States Attorney's Office for the Northern District of Texas
      1100 Commerce Street, Third Floor
      Dallas, Texas 75242

   Relator Alex Doe has filed a *qui tam* lawsuit on behalf of the United States of America, the State of Texas, and the State of Louisiana, against defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc.,

Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., for treble damages and civil penalties pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.001 *et seq.*, and the Louisiana Medical Assistance Programs Integrity Law, La. Rev. Stat. §§ 46:437.1 *et seq.*

    A copy of the complaint is attached hereto and is served on the United States Government pursuant to 31 U.S.C. § 3730(b)(2) and Rule 4 of the Federal Rules of Civil Procedure.

    Pursuant to 31 U.S.C. § 3730(b)(2) the complaint has been filed in camera and shall remain under seal for at least 60 days and shall not be served on the defendants until the court so orders.

    Pursuant to 31 U.S.C. § 3730(b)(2)-(4), within 60 days after service of this summons and complaint on you, the government must either elect to intervene and proceed with the action, notify the court that the government declines to take over the action, or move the court for an extension of time during which the complaint remains under seal.

    You must file your response with the court in camera and under seal and serve the relator's attorneys whose names and address are:

    Andrew B. Stephens
    Heather G. Hacker
    Hacker Stephens LLP
    108 Wild Basin Rd. South, Suite 250
    Austin, Texas 78746



Date: March 2, 2021

*CLERK OF COURT*

/s/ D. Aguilera, Deputy Clerk