IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| THE STATE OF LOUISIANA, | § | Civil Action No. 2-21CV-022-Z |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | **FILED IN CAMERA AND** |
| | § | **UNDER SEAL PURSUANT TO** |
| Plaintiffs, | § | **31 U.S.C. § 3730(b)** |
| | § | |
| v. | § | **DO NOT ENTER INTO PACER** |
| | § | |
| PLANNED PARENTHOOD | § | |
| FEDERATION OF AMERICA, INC., | § | |
| PLANNED PARENTHOOD GULF | § | |
| COAST, INC., PLANNED | § | |
| PARENTHOOD OF GREATER | § | |
| TEXAS, INC., PLANNED | § | |
| PLANNED PARENTHOOD SOUTH | § | |
| TEXAS, INC., PLANNED | § | |
| PARENTHOOD CAMERON | § | |
| COUNTY, INC., PLANNED | § | |
| PARENTHOOD SAN ANTONIO, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 16 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## RELATOR'S PROOF OF SERVICE

TO THE HONORABLE MATTHEW KACSMARYK:

Relator Alex Doe ("Relator") files the attached Affidavits of Service and Summonses pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1 of the Northern District of Texas.

1

Respectfully submitted.

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
andrew@hackerstephens.com

HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com

HACKER STEPHENS LLP*
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)

Attorneys for Relator Alex Doe

*Motion to proceed without
local counsel pending

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following via U.S. mail:

United States of America c/o United States Attorney General
Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Prerak Shah
Acting United States Attorney, Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242

Jeff Landry
Attorney General of Louisiana
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70802

Ken Paxton
Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

/s/ Andrew B. Stephens
ANDREW B. STEPHENS

3

## AFFIDAVIT OF SERVICE

**State of Texas**                         **County of Amarillo**                         **United States District Court**

Case Number: 2-21CV-022-Z

Plaintiff:
**United States of America, The State of Texas, The State of Louisiana**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al.**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Austin Process LLC on the 3rd day of March, 2021 at 12:28 pm to be served on **United States of America c/o United States Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, Washington County, DC 20530.**

I, Mike Techow, being duly sworn, depose and say that on the **8th day of March, 2021 at 4:53 am, I:**

**SERVICE BY CERTIFIED MAIL** served by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages Under the Federal False Claims Act and State False Claims Acts with Exhibits A-C, Relator's Certificate of Interested Persons, Relator's Motion for Leave to Proceed without Local Counsel** with the date of service endorsed thereon by me, to: **F. H. United States Attorney General, Department of Justice** at the address of: **950 Pennsylvania Avenue, N.W., Washington, Washington County, DC 20530,** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/3/2021  Sent CMRRR # 7019 2970 0002 1380 7695

I certify that I am over the age of 18, of sound mind, have no interest in the above action.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 9th day
of March, 2021 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2021001437
Ref: United States,et al v Planned Parenthood

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

 **UNITED STATES**
**POSTAL SERVICE**

March 9, 2021

Dear Mike Techow:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7019 2970 0002 1380 7695**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | March 8, 2021, 4:53 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

### Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



CERTIFIED MAIL

7019 2970 0002 1380 7695

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Total Postage and Fees

Sent To     United States of America c/o
            United States Attorney General
Street and Apt. No.  Department of Justice
City, State, ZIP+4    950 Pennsylvania Avenue, N.W.
            Washington, DC 20530
            Job # 21-1437

United States of America c/o
United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS,<br>*ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA,<br>*ex rel.* ALEX DOE, Relator, | § § § | Civil Action No. 2-21CV-022-Z |
| Plaintiffs, | § § § § | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)** |
| v. | § § | **DO NOT ENTER INTO PACER** |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

## SUMMONS IN A CIVIL ACTION

To:    United States of America
       c/o United States Attorney General
       Department of Justice
       950 Pennsylvania Avenue, N.W.
       Washington, D.C. 20530

Relator Alex Doe has filed a *qui tam* lawsuit on behalf of the United States of America, the State of Texas, and the State of Louisiana, against defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc.,

Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., for treble damages and civil penalties pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.001 *et seq.*, and the Louisiana Medical Assistance Programs Integrity Law, La. Rev. Stat. §§ 46:437.1 *et seq.*

A copy of the complaint is attached hereto and is served on the United States Government pursuant to 31 U.S.C. § 3730(b)(2) and Rule 4 of the Federal Rules of Civil Procedure.

Pursuant to 31 U.S.C. § 3730(b)(2) the complaint has been filed in camera and shall remain under seal for at least 60 days and shall not be served on the defendants until the court so orders.

Pursuant to 31 U.S.C. § 3730(b)(2)-(4), within 60 days after service of this summons and complaint on you, the government must either elect to intervene and proceed with the action, notify the court that the government declines to take over the action, or move the court for an extension of time during which the complaint remains under seal.

You must file your response with the court in camera and under seal and serve the relator's attorneys whose names and address are:

Andrew B. Stephens
Heather G. Hacker
Hacker Stephens LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746



**CLERK OF COURT**

Date: March 2, 2021

/s/ D. Aguilera, Deputy Clerk

## AFFIDAVIT OF SERVICE

**State of Texas**           **County of Amarillo**          **United States District Court**

Case Number: 2-21CV-022-Z

Plaintiff:
**United States of America, The State of Texas, The State of Louisiana**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al.**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Austin Process LLC on the 3rd day of March, 2021 at 12:28 pm to be served on **United States of America c/o Civil Process Clerk, United States Attorney's Office for the Northern District of Texas, 1100 Commerce Street, Third Floor, Dallas, Dallas County, TX 75242.**

I, Mike Techow, being duly sworn, depose and say that on the **5th day of March, 2021** at **12:35 pm, I:**

**SERVICE BY CERTIFIED MAIL** served by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages Under the Federal False Claims Act and State False Claims Acts with Exhibits A-C, Relator's Certificate of Interested Persons, Relator's Motion for Leave to Proceed without Local Counsel** with the date of service endorsed thereon by me, to: **A. N. United States Attorney's Office for the Northern District of Texas** at the address of: **1100 Commerce Street, Third Floor, Dallas, Dallas County, TX 75242,** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/3/2021  Sent CMRRR # 7019 2970 0002 1380 7688

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 9th day
of March, 2021 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 13 960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2021001435
Ref: United States,et al v Planned Parenthood

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

 **UNITED STATES POSTAL SERVICE**

March 5, 2021

Dear Mike Techow:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7019 2970 0002 1380 7688.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 5, 2021, 12:35 pm |
| **Location:** | DALLAS, TX 75202 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



CERTIFIED MAIL

7019 2970 0002 1380 7688
7019 2970 0002 1380 7688

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total
$

Sent To    United States of America c/o Civil Process Clerk
           United States Attorney's Office for the
Street     Northern District of Texas
           1100 Commerce Street, Third Floor
City       Dallas, TX 75242
           Job # 21-1435

United States of America c/o Civil Process Clerk
United States Attorney's Office for the
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § | Civil Action No. 2-21CV-022-Z |
| | § § | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)** |
| Plaintiffs, | § § | |
| v. | § § | **DO NOT ENTER INTO PACER** |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## SUMMONS IN A CIVIL ACTION

To:     United States of America
        c/o Civil Process Clerk
        United States Attorney's Office for the Northern District of Texas
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242

Relator Alex Doe has filed a *qui tam* lawsuit on behalf of the United States of America, the State of Texas, and the State of Louisiana, against defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc.,

Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., for treble damages and civil penalties pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.001 *et seq.*, and the Louisiana Medical Assistance Programs Integrity Law, La. Rev. Stat. §§ 46:437.1 *et seq.*

A copy of the complaint is attached hereto and is served on the United States Government pursuant to 31 U.S.C. § 3730(b)(2) and Rule 4 of the Federal Rules of Civil Procedure.

Pursuant to 31 U.S.C. § 3730(b)(2) the complaint has been filed in camera and shall remain under seal for at least 60 days and shall not be served on the defendants until the court so orders.

Pursuant to 31 U.S.C. § 3730(b)(2)-(4), within 60 days after service of this summons and complaint on you, the government must either elect to intervene and proceed with the action, notify the court that the government declines to take over the action, or move the court for an extension of time during which the complaint remains under seal.

You must file your response with the court in camera and under seal and serve the relator's attorneys whose names and address are:

Andrew B. Stephens
Heather G. Hacker
Hacker Stephens LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746



**CLERK OF COURT**

Date: March 2, 2021

/s/ D. Aguilera, Deputy Clerk

## AFFIDAVIT OF SERVICE

| State of Texas | County of Amarillo | United States District Court |
|---|---|---|

Case Number: 2-21CV-022-Z

Plaintiff:
**United States of America, The State of Texas, The State of Louisiana**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al.**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Austin Process LLC on the 3rd day of March, 2021 at 12:28 pm to be served on **State of Texas c.o Attorney General of Texas Ken Paxton, Office of the Attorney General of Texas, 209 W. 14th, Austin, Travis County, TX 78701.**

I, Lucas McGill, being duly sworn, depose and say that on the **5th day of March, 2021 at 9:39 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages Under the Federal False Claims Act and State False Claims Acts with Exhibits A-C, Relator's Certificate of Interested Persons, Relator's Motion for Leave to Proceed without Local Counsel** with the date and hour of service endorsed thereon by me, to: **Jordan Eskew, Office of the Attorney General of Texas as Authorized Agent** at the address of **209 W. 14th, Austin, Travis County, TX 78701** and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 5th day
of March, 2021 by the affiant who is personally
known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Lucas McGill**
PSC-16408, Exp. 2/28/2021

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2021001430
Ref: United States,et al v Planned Parenthood

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, | § <br> § <br> § | |
| THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, | § <br> § <br> § <br> § | |
| THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, | § <br> § <br> § | Civil Action No. 2-21CV-022-Z |
| | § <br> § | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)** |
| Plaintiffs, | § <br> § | |
| v. | § <br> § | **DO NOT ENTER INTO PACER** |
| PLANNED PARENTHOOD <br> FEDERATION OF AMERICA, INC., <br> PLANNED PARENTHOOD GULF <br> COAST, INC., PLANNED <br> PARENTHOOD OF GREATER <br> TEXAS, INC., PLANNED <br> PLANNED PARENTHOOD SOUTH <br> TEXAS, INC., PLANNED <br> PARENTHOOD CAMERON <br> COUNTY, INC., PLANNED <br> PARENTHOOD SAN ANTONIO, <br> INC., | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |
| Defendants. | § | |

## SUMMONS IN A CIVIL ACTION

To:   State of Texas
      c/o Attorney General of Texas Ken Paxton
      Office of the Attorney General of Texas
      209 West 14th St.
      Austin, Texas 78701

Relator Alex Doe has filed a *qui tam* lawsuit on behalf of the United States of America, the State of Texas, and the State of Louisiana, against defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc.,

Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., for treble damages and civil penalties pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.001 *et seq.*, and the Louisiana Medical Assistance Programs Integrity Law, La. Rev. Stat. §§ 46:437.1 *et seq.*

A copy of the complaint is attached hereto and is served on the State of Texas pursuant to 31 U.S.C. § 3732(c), Rule 4 of the Federal Rules of Civil Procedure, and Texas Human Resources Code § 36.102.

Pursuant to 31 U.S.C. § 3730(b)(2) the complaint has been filed in camera and shall remain under seal for at least 60 days and shall not be served on the defendants until the court so orders.

Pursuant to 31 U.S.C. § 3730(b)(2)-(4), within 60 days after service of this summons and complaint on you, the government must either elect to intervene and proceed with the action, notify the court that the government declines to take over the action, or move the court for an extension of time during which the complaint remains under seal.

You must file your response with the court in camera and under seal and serve the relator's attorneys whose names and address are:

Andrew B. Stephens
Heather G. Hacker
Hacker Stephens LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746



**CLERK OF COURT**

Date: March 2, 2021          /s/ D. Aguilera, Deputy Clerk

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Amarillo District of Texas

Case Number: 2-21CV-022-Z

Plaintiff:
**United States of America, The State of Texas, The State of Louisiana**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al.**

For: Hacker Stephens LLP

Received by Austin Process LLC on the 3rd day of March, 2021 at 12:28 pm to be served on **State of Louisiana c.o Attorney General of Louisiana Jeff Landry, Office of the Attorney General of Louisiana, 1885 North Third Street, Baton Rouge, East Baton Rouge Parish County, LA 70802.** I, _Tom      Cessisa_, do hereby affirm that on the _8th_ day of _March_, 2021 at 9:50 .m., executed service by delivering a true copy of the Summons in a Civil Action, Complaint for Damages Under the Federal False Claims Act and State False Claims Acts with Exhibits A-C, Relator's Certificate of Interested Persons, Relator's Motion for Leave to Proceed without Local Counsel in accordance with state statutes in the manner marked below:

(✓PUBLIC AGENCY: By serving _Ms. Jenirfer Richardson_ as _Case Manager_ of the within-named agency at _1885 North Third St, Baton Rouge, LA 70802_

**COMMENTS:** _____

_____

_____

_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

My name is _Tom Cassisa_, my
date of birth is _3/20/1962_ and my
address is _5816 S. Shore Dr., Baton Rouge, LA 70817_
_E. Baton Rouge Parish, LA_ (County).
I declare under penalty of perjury that the above is
true and correct. Executed in,
_E. Baton Rouge Parish_ County, State of Louisiana,
on the _8th_ day of _March_, 2021.

Declarant _Tom Cassisa, Process Server_

_Tom Cassisa_

PROCESS SERVER # _n/a_
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2021001432
Ref: United States, et al v Planned Parenthood

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § | Civil Action No. 2-21CV-022-Z |
| | § § | **FILED IN CAMERA AND UNDER SEAL PURSUANT TO** |
| Plaintiffs, | § § | **31 U.S.C. § 3730(b)** |
| v. | § § | **DO NOT ENTER INTO PACER** |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § | |
| Defendants. | § | |

**SUMMONS IN A CIVIL ACTION**

To:    State of Louisiana
       c/o Attorney General of Louisiana Jeff Landry
       Office of the Attorney General of Louisiana
       1885 North Third Street
       Baton Rouge, Louisiana 78702

Relator Alex Doe has filed a *qui tam* lawsuit on behalf of the United States of America, the State of Texas, and the State of Louisiana, against defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc.,

Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., for treble damages and civil penalties pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code §§ 36.001 *et seq.*, and the Louisiana Medical Assistance Programs Integrity Law, La. Rev. Stat. §§ 46:437.1 *et seq.*

A copy of the complaint is attached hereto and served on the State of Louisiana pursuant to 31 U.S.C. § 3732(c), Rule 4 of the Federal Rules of Civil Procedure, and Louisiana Revised Statutes § 46.439.2(A).

Pursuant to 31 U.S.C. § 3730(b)(2) the complaint has been filed in camera and shall remain under seal for at least 60 days and shall not be served on the defendants until the court so orders.

Pursuant to 31 U.S.C. § 3730(b)(2)-(4), within 60 days after service of this summons and complaint on you, the government must either elect to intervene and proceed with the action, notify the court that the government declines to take over the action, or move the court for an extension of time during which the complaint remains under seal.

You must file your response with the court in camera and under seal and serve the relator's attorneys whose names and address are:

Andrew B. Stephens
Heather G. Hacker
Hacker Stephens LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746



**CLERK OF COURT**

Date: March 2, 2021                    /s/ D. Aguilera, Deputy Clerk

# HACKERSTEPHENS<sub>LLP</sub>

ANDREW B. STEPHENS                                      O (512) 399-3022 M (512) 569-0543
Partner                                                Andrew@HackerStephens.com

March 15, 2021



United States District Clerk
United States District Court
205 SE 5th Avenue, Room 133
Amarillo, Texas 79101

**Via UPS**

Re:     **[SEALED]** *United States of America ex rel. Alex Doe, Relator, et al. v. Planned Parenthood
        Federation of America, Inc., et al.;* Civil Action No. 2-21CV-022-Z; United States District
        Court for the Northern District of Texas, Amarillo Division

Dear District Clerk:

Please file in camera and under seal the enclosed (i) Proof of Service, (ii) Notice of Identity, and (ii)
Motion for a Protective Order in the above-referenced case. Pursuant to Local Rule 5.1(b) a judge's
copy of the Motion and proposed order are also enclosed.

The proposed order in Word format will be emailed to Kacsmaryk_Orders@txnd.uscourts.gov as
required by Local Rule 7.1 and Judge Kacsmaryk's specific requirements for submission of
proposed orders.

Kindly return a file stamped copy of the documents to my email listed above at your earliest
convenience. Please contact me if you have any questions or need additional information.

Thank you very much for your assistance.

Sincerely,

Andrew B. Stephens

**Insert shipping documents under window from the top.**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

ANDREW STEPHENS
(512) 500-0543
THE UPS STORE #3736
STE 6400
317 SIDNEY BAKER ST S
KERRVILLE TX 78028-8150

SHIP UNITED STATES DISTRICT CLERK
TO: UNITED STATES DISTRICT COURT
    RM 133
    205 SE 5TH AVE

AMARILLO TX 79101-1559

**TX 793 9-01**

**UPS NEXT DAY AIR**

TRACKING #: 1Z A1R 367 01 0796 6679

BILLING: P/P

0.9 LBS LTR 1 OF 1
SHP WT: 1 LBS
DATE: 15 MAR 2021

RECEIVED
MAR 1 6 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ou for more than 100 years
United Parcel Service.

0101951033 4/14 PAC  United Parcel Service

UNITED STATES DISTRICT COURT
205 SE 5TH AVE
RM 133
AMARILLO TX 79101

P:RED          S: WEST.          I:216
KIMB – 1005
1ZA1R367010796          6679          1030

800-742-5877)
on near you.

ly contain
ia, and must
r other than
eight.

: of no commercial
nents. Visit
d as a document.

weigh 8 oz. or less.
ed by weight.

s of electronic media
. Do not send cash