IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex. rel.* ALEX DOE, Relator | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § § | FILED UNDER SEALED PURSUANT TO 31 U.S.C. § 3730(b). |
| Defendants. | § | |

## ORDER

Before the Court is Relator's Motion for Leave to Proceed without Local Counsel. (ECF No. 4). filed February 24, 2021. Relator represents that Attorneys Andrew B. Stephens and Heather G. Hacker can be available for any hearing on short notice. Having considered the Motion, the Court finds that Relator's Motion should be GRANTED.

Accordingly, it is ORDERED that Relator is granted an exemption from Local Rule 83.10 for the pendency of this case or so long as Relator maintains counsel from Hacker Stephens LLP. The Court further advises that if proceeding without local counsel disrupts this litigation or otherwise results in failure to comply with the rules of this Court, Relator will be required to immediately obtain local counsel.

**SO ORDERED**.

April 15, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE