SEALED


ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* ALEX DOE, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTHTEXAS, INC. PLANNED PARENTOOD CAMERON COUNTY, INC., AND PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | Civil Action No. 2:19-CV-022-Z <br><br> <u>FILED IN SEALED CASE</u> |

## ORDER GRANTING UNOPPOSED *EX PARTE* EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE IN SEALED CASE

Upon consideration of the United States of America's ("United States") unopposed *ex parte* application for a 180-day extension of the deadline to determine whether to intervene in this sealed case, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3) – during which time the Complaint and other filings shall remain under seal – and good cause having been demonstrated, the application is GRANTED and,

IT IS HEREBY ORDERED that the United States and the Plaintiff States shall have until and including November 3, 2021, to intervene in this action or to notify the Court that it declines to do so; and

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal.

SO ORDERED.

Dated this _____ day of May, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE