IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF TEXAS, AND THE STATE OF LOUISIANA, *ex rel.* ALEX DOE<br><br>Plaintiffs/Relator,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., AND PLANNED PARENTHOOD SAN ANTONIO, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION No. 2:21-CV-022-Z<br><br><u>FILED UNDER SEAL</u> |

## <u>ORDER</u>

The State of Texas having intervened in this action, pursuant to Tex. Hum. Res. Code § 36.104(a)(1), it is hereby

**ORDERED** that:

1. the State of Texas serve its Complaint-In-Intervention upon Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., together

with this order, within 90 days;

2. all other papers or orders on file in this matter shall remain under seal until further order of the Court.

**SO ORDERED**.

Dated: November ___, 2021

                                                          _____
                                                          MATTHEW J. KACSMARYK
                                                          UNITED STATES DISTRICT JUDGE