IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* ALEX DOE,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTHTEXAS, INC. PLANNED PARENTOOD CAMERON COUNTY, INC., AND PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | Civil Action No. 2:21-CV-022-Z<br><br>FILED IN SEALED CASE |

[PROPOSED] ORDER

Having reviewed the United States of America's Declination Notice, and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), **IT IS HEREBY ORDERED** that:

1. The Complaint, the State of Texas's Notice of Election to Intervene, the United States of America's Declination Notice, and this Order shall be unsealed and served upon Defendants by Relator;

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon Defendants pursuant to Local Rule 79.4 or otherwise;

3. The seal shall be lifted on all filings after the date of this Order, if any, and shall be accessible on the Court's Electronic Case Filing system, unless otherwise ordered by the Court;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and

6. Should Plaintiffs or Defendants propose that this action be voluntarily dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED** on this _____ day of **November, 2021.**

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE