IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §  2:21-CV-022-Z |
| | § |
| PLANNED PARENTHOOD FEDERATION | §  FILED UNDER SEAL |
| OF AMERICA INC., *et al.*, | §  PURSUANT TO |
| | §  31 U.S.C. § 3730(b) |
| Defendants, | § |

## ORDER

The Court ORDERS counsel for Plaintiff/Relator Alex Doe and Plaintiff the State of Texas

ex rel. to attend a Status Conference by telephone on **Friday, November 5, 2021, at 3:00 p.m.**

The parties shall contact the Courtroom Deputy at 806-468-3830 on or before **November 5, 2021,**

**at 10:00 a.m.** to provide the best contact information to be reached at for the conference. The

parties should be prepared to discuss the status of the case as well as any new or pending motions.

**SO ORDERED**.

November 4, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE