IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA INC, *et al.*, | § § § § | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b) |
| Defendants. | § | |

## ORDER

Before the Court is the Sealed Notice of Election to Intervene filed by The State of Texas on November 1, 2021 (ECF No. 16), the Sealed Request for Issuance of Summons filed by Alex Doe on November 3, 2021 (ECF No. 17), and the Sealed Declination Notice filed by the United States of America on November 3, 2021 (ECF No. 18) (the "Motions"). Upon reviewing the Motions and considering the telephone status conference held on November 5, 2021 at 3:00 p.m. (ECF No. 19), the Court finds the Motions should be and are hereby **GRANTED** in part, and **DENIED** in part as follows:

- The State of Texas shall have until **Monday, January 10, 2022**, to file its Complaint-In-Intervention.

- Pursuant to 31 U.S.C. § 3730(c)(3), the Court will serve the United States of America copies of all pleadings and orders in the action 14 days after filed.

- In light of the Court's extension to the State of Texas to file its Complaint-In-Intervention, Parties shall refile their Requests for Issuance of Summons on or after **January 11, 2022**.

- If the State of Texas files its Complaint-In-Intervention prior to the Court-ordered deadline of **January 10, 2022**, Parties may request an earlier date to issue summons accordingly.

- All documents filed in this case shall remain **SEALED** until further order of the Court.

The parties are admonished that no further extensions of time will be granted for filing or amending complaints absent showing of "good cause." *See* ECF No. 15 at 2. ("Should the Government again seek to extend the period in which it may elect to intervene (and, thus, the period in which the case remains under seal), the Court will expect it to delineate a clear rationale for the extension in view of the statute's *substantive* "good cause" requirement.")

**SO ORDERED.**

November 6, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE