# EXHIBIT 1

3/12/2021 10:47 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-000528
Alexus Rodriguez

CAUSE NO. D-1-GN-21-000528

| | | |
|---|---|---|
| IN RE: | § § § | IN THE DISTRICT COURT |
| PLANNED PARENTHOOD OF GREATER TEXAS FAMILY PLANNING AND PREVENTATIVE HEALTH SERVICES, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SAN ANTONIO, PLANNED PARENTHOOD CAMERON COUNTY, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, and PLANNED PARENTHOOD GULF COAST, | § § § § § § § § § § § § § § § | TRAVIS COUNTY, TEXAS |
| *Relators.* | § | 261ST JUDICIAL DISTRICT |

## ORDER DENYING ORIGINAL PETITION FOR WRIT OF MANDAMUS AND APPLICATION FOR INJUNCTIVE RELIEF

On this date the Court considered the Original Petition for Writ of Mandamus filed by Relators Planned Parenthood of Greater Texas Family Planning and Preventative Health Services, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood San Antonio, Planned Parenthood Cameron County, Planned Parenthood South Texas Surgical Center, and Planned Parenthood Gulf Coast (collectively "Relators"). Relators also applied for injunctive relief as part of their Petition. After considering the briefing submitted by the parties on both the application for injunctive relief and the request for writ of mandamus, and also considering the evidence and argument presented by the parties during a hearing on the application for a temporary injunction, the Court finds that Relators' requests for

injunctive relief and for a writ of mandamus are not meritorious and should be denied.

**IT IS THEREFORE ORDERED** that all of Relators' claims against Respondents Sylvia Hernandez Kauffman, Inspector General; the Office of Inspector General; Cecile Erwin Young, Executive Commissioner of Texas Health and Human Services Commission; and Texas Health and Human Services Commission (collectively "Respondents") in the above-styled cause are hereby **DISMISSED WITH PREJUDICE**.

This is a final judgment that completely disposes of all claims between all parties to this action.

**SIGNED** on this the 12th day of March, 2021.

_____
**DISTRICT JUDGE LORA LIVINGSTON**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 51418408
Status as of 3/16/2021 9:04 AM CST

Associated Case Party: Planned Parenthood of Greater Texas Family Planning and Preventative Health Serv

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Timothy P.Ribelin | | tim.ribelin@huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |
| Thomas H.Watkins | | tom.watkins@huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |
| Samuel Rajaratnam | | Sammy.Rajaratnam@huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |
| Michael Crowe | | Michael.Crowe@huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Cynthia Givens | | cynthia.givens@Huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |
| Tamera Martinez | | tamera.martinez@oag.texas.gov | 3/12/2021 10:47:10 AM | SENT |
| Elizabeth Spivey | | Elizabeth.Spivey@huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |
| Cathy Werner | | Catherine.Werner@huschblackwell.com | 3/12/2021 10:47:10 AM | SENT |

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Benjamin Walton | | benjamin.walton@oag.texas.gov | 3/12/2021 10:47:10 AM | SENT |