IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator,<br><br>THE STATES OF TEXAS, *ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | Civil Action No. 2-21-CV-022-Z<br><br>**CASE FILED UNDER SEAL** |



## STATE OF TEXAS'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.2(e), the State of Texas files this Certificate of Interested Persons.

The following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Relator Alex Doe c/o Hacker Stephens LLP, 108 Wild Basin Road South, Suite 250, Austin, Texas 78703.

2. Plaintiff United States of America, c/o United States Attorney for the Northern District of Texas, 1100 Commerce Street, Third Floor, Dallas, Texas 75242.

3. Plaintiff State of Texas, c/o Attorney General of Texas Ken Paxton, Office of the Attorney General of Texas, 300 West 15th Street, Austin, Texas 78701.

4. Plaintiff State of Louisiana, c/o Attorney General of Louisiana Jeff Landry, Office of the Attorney General of Louisiana, 1885 North Third Street, Baton Rouge, Louisiana 70802.

5. Counsel for Relator Alex Doe, Hacker Stephens LLP, 108 Wild Basin Road South, Suite 250, Austin, Texas 78703.

6. Defendant Planned Parenthood Federation of America, 123 Williams Street, Tenth Floor, New York, New York 10038.

7. Defendant Planned Parenthood Gulf Coast, Inc., 4600 Gulf Freeway, Houston, Texas 77023.

8. Defendant Planned Parenthood Greater Texas, Inc., 7424 Greenville Avenue, Dallas, Texas 75231.

9. Defendant Planned Parenthood of South Texas, Inc., 2140 Babcock Road, San Antonio, Texas 78229.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Raymond Charles Winter*
**RAYMOND CHARLES WINTER**
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950

**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
State Bar No. 24097834

**HALIE E. DANIELS**
Assistant Attorney General
General Litigation Division
State Bar No. 24100169

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov
Halie.Daniels@oag.texas.gov

**ATTORNEYS FOR STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, a true and correct copy of the foregoing document was served on the following persons via electronic mail:

Yolanda Y. Campbell
Trial Attorney
Civil Division, Fraud Section
U.S. Department of Justice
Yolanda.y.campbell@usdoj.gov

Scott Hogan
Civil Chief
United States Attorney's Office
Northern District of Texas
Scott.Hogan@usdoj.gov

Nicholas J. Diez
Assistant Attorney General
Medicaid Fraud Control Unit
Office of Attorney General Jeff Landry
Attorney General of Louisiana
DiezN@ag.louisiana.gov

Andrew B. Stephens
Heather Gebelin Hacker
Hacker Stephens, LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Counsel for Relator
Andrew@HackerStephens.com
Heather@HackerStephens.com

/s/ Raymond C. Winter
**RAYMOND C. WINTER**
Chief, Civil Medicaid Fraud Division