IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* ALEX DOE, Relator, *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 2-21CV-022-Z |
| | § | |
| v. | § | **FILED IN CAMERA AND** |
| | § | **UNDER SEAL PURSUANT TO** |
| PLANNED PARENTHOOD | § | **31 U.S.C. § 3730(b)** |
| FEDERATION OF AMERICA, INC., | § | |
| *et al.* | § | **DO NOT ENTER INTO PACER** |
| | § | |
| Defendants. | § | |
| | § | |

**JOINT ADVISORY REGARDING UNSEALING**

Relator Alex Doe, the United States of America, and the State of Texas file this Joint Advisory Regarding Unsealing pursuant to the Court's Order dated January 10, 2022.

Counsel for the parties have conferred pursuant to the Court's Order regarding the documents that (1) should be served on Defendants, and (2) the documents or document excerpts that should remain sealed. The parties agree that the following documents should be **served** on Defendants:

(1) Relator's Complaint (Dkt. 2);

(2) Certificate of Interested Persons/Disclosure Statement by Relator (Dkt. 3);

(3) Notice of Identity of Alex Doe (Dkt. 9);

(4) Protective Order (Dkt. 12);

(5) Notice of Election to Intervene by State of Texas (Dkt. 16);

(6) Declination Notice by United States of America (Dkt. 18);

(7) Intervenor's Complaint by State of Texas (Dkt. 22);

(8) Certificate of Interested Persons/Disclosure Statement by State of Texas (Dkt. 24).

The parties agree that the following document **should remain under seal**:

(1) Notice of Identity of Alex Doe (Dkt. 9), for all the reasons stated in the Court's Protective Order (Dkt. 12).

The parties agree that aside from the above document, the other documents listed on the sealed docket may be unsealed and made available to the public via PACER.

1

## CONCLUSION

For the reasons stated above, the parties respectfully request that the Court maintain the above document under seal and that the Clerk's Office issue the summonses requested by Relator's counsel so that the above-listed documents may be served on Defendants.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney
General
SHAWN E. COWLES
Deputy Attorney General for Civil
Litigation

/s/ Raymond Charles Winter
RAYMOND CHARLES WINTER
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950

AMY SNOW HILTON
Texas Bar No. 24097834
HALIE E. DANIELS
Texas Bar No. 24100169
Assistant Attorneys General
General Litigation Division

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov
Halie.Daniels@oag.texas.gov

*Attorneys for State of Texas*

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
andrew@hackerstephens.com

HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com

HACKER STEPHENS LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)

*Attorneys for Relator Alex Doe*

BRIAN M. BOYNTON
Acting Assistant Attorney General
CHAD E. MEACHAM
Acting United States Attorney

/s/J. Scott Hogan
J. SCOTT HOGAN
Assistant United States Attorney
Texas Bar No. 24032425
1100 Commerce Street, Third Floor
Dallas, Texas 75242
(214) 659-8600 (phone)
(214) 659-8807 (fax)
scott.hogan@usdoj.gov

JAMIE A. YAVELBERG
ANDY MAO
YOLONDA Y. CAMPBELL
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(801) 325-3360 (phone)
(202) 307-6364 (fax)
yolonda.y.campbell@usdoj.gov

2

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following via email:

Yolonda Y. Campbell
Civil Division, Fraud Section
U.S. Department of Justice
Yolonda.y.campbell@usdoj.gov

Scott Hogan
United States Attorney's Office
Northern District of Texas
Scott.Hogan@usdoj.gov

Nicholas J. Diez
Office of Attorney General Jeff Landry
Attorney General of Louisiana
DiezN@ag.louisiana.gov

Raymond C. Winter
Amy Snow Hilton
Halie E. Daniels
Office of the Texas Attorney General
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov
Halie.Daniels@oag.texas.gov

/s/ Andrew B. Stephens
ANDREW B. STEPHENS

3