AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Alex Doe, et al<br>*Plaintiff*<br>v.<br>Planned Parenthood Federation of America Inc, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-00022-Z |

## Summons in a Civil Action

**TO:** Planned Parenthood Cameron County Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 01/12/2022

Civil Action No. 2:21-cv-00022-Z

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________________
______________________________ on (*date*) ____________________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

MST2022000375

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

Received by JESSE J. HERNANDEZ on the 13th day of January, 2022 at 11:37 am to be served on **Planned Parenthood Cameron County Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, JESSE J. HERNANDEZ, do hereby affirm that on the **13th day of January, 2022** at **12:10 pm, I:**

Served an authorized agent by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date and hour of service endorsed thereon by me, to: **Polin Barraza** as **Manager** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229** on behalf of **Planned Parenthood Cameron County Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: Hispanic, Height: 5'2, Weight: 180, Hair: Grey, Glasses: Y

"My name is Jesse J. Hernandez my date of birth is 3/27/1962 and my address is 1406 W. Salinas San Antonio, TX 78207. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, Texas on January 13, 2022 by Jesse J. Hernandez declarant."

**JESSE J. HERNANDEZ**
PSC 8179 EXP 3/31/22

**Austin Process**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000375
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Alex Doe, et al<br>*Plaintiff*<br>v.<br><br>Planned Parenthood Federation of America Inc, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-00022-Z |

## Summons in a Civil Action

**TO:** Planned Parenthood Federation of America Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 01/12/2022

Civil Action No. 2:21-cv-00022-Z

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For: Hacker Stephens LLP

Received on the 13th day of January, 2022 at 9:35 am to be served on **Planned Parenthood Federation of America Inc., 123 Williams Street, New York, New York County, NY 10038**. I, JUAN POLANCO, being duly sworn, depose and say that on the 13TH day of January, 2022 at 01:50 p.m., executed service by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: NATHANIEL GAGE as MAIL ROOM manager at 123 William street, NEW YORK, NY. 10038, and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:**

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 13TH day of JANUARY 2022 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

SRINIVASA R KOLLI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KO6165295
Qualified in Bronx County
My Commission Expires 05-07-2023

[signature]
PROCESS SERVER # 2031534-DCA
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2022000365
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

Scanned with CamScanner

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| Alex Doe, et al<br>*Plaintiff*<br>v.<br><br>Planned Parenthood Federation of America Inc, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-00022-Z |

## Summons in a Civil Action

**TO:** Planned Parenthood Gulf Coast Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/12/2022

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 2:21-cv-00022-Z

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For: Hacker Stephens LLP

Received on the 13th day of January, 2022 at 9:57 am to be served on **Planned Parenthood Gulf Coast Inc., 4600 Gulf Freeway, Houston, Harris County, TX 77023**. I, Antonio Perez, being duly sworn, depose and say that on the 13 day of January, 2022 at 2:23 P.m., executed service by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: Larissa Lindsay as Senior Director Security & Facilities at 4600 Gulf Fwy., Houston, TX 77023, and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:**

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 13 day of January, 2022 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

NOTARY PUBLIC STATE OF TEXAS
Gillian Moberg
My Commission Expires 06/05/2023
ID No. 132038891

[signature]

PROCESS SERVER # PSC-12339 EXP: 10/31/23
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2022000367
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

AO 440 (Rev. 12/09) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Alex Doe, et al
*Plaintiff*
v.
Planned Parenthood Federation of America Inc, et al
*Defendant*

Civil Action No. 2:21-cv-00022-Z

**Summons in a Civil Action**

**TO:** Planned Parenthood San Antonio Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 01/12/2022

Civil Action No. 2:21-cv-00022-Z

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ____________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ____________________ on (*date*) ____________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________, a person of suitable age and discretion who resides there, on (*date*) ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ____________________, who is designated by law to accept service of process on behalf of (*name of organization*) ____________________ on (*date*) ____________; or

☐ I returned the summons unexecuted because ____________________; or

☐ other (*specify*) ____________________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
Server's signature

____________________
Printed name and title

____________________
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

MST2022000377

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

Received by JESSE J. HERNANDEZ on the 13th day of January, 2022 at 11:31 am to be served on **Planned Parenthood San Antonio Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, JESSE J. HERNANDEZ, do hereby affirm that on the **13th day of January, 2022** at **12:10 pm, I:**

Served an authorized agent by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date and hour of service endorsed thereon by me, to: **Polin Barraza** as **Manager** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229** on behalf of **Planned Parenthood San Antonio Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: Hispanic, Height: 5'2, Weight: 180, Hair: Grey, Glasses: Y

"My name is Jesse J. Hernandez my date of birth is 3/27/1962 and my address is 1406 W. Salinas San Antonio, TX 78207. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, Texas on January 13, 2022 by Jesse J. Hernandez declarant."

**JESSE J. HERNANDEZ**
PSC 8179 EXP 3/31/22

**Austin Process**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000377
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Alex Doe, et al<br>*Plaintiff*<br>v.<br>Planned Parenthood Federation of America Inc, et al<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 2:21-cv-00022-Z |

## Summons in a Civil Action

**TO:** Planned Parenthood South Texas Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

DATE: 01/12/2022

Civil Action No. 2:21-cv-00022-Z

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

MST2022000379

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

Received by JESSE J. HERNANDEZ on the 13th day of January, 2022 at 11:25 am to be served on **Planned Parenthood South Texas Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, JESSE J. HERNANDEZ, do hereby affirm that on the **13th day of January, 2022** at **12:10 pm, I:**

Served an authorized agent by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date and hour of service endorsed thereon by me, to: **Polin Barraza** as **Manager** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229** on behalf of **Planned Parenthood South Texas Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: Hispanic, Height: 5'2, Weight: 180, Hair: Grey, Glasses: Y

"My name is Jesse J. Hernandez my date of birth is 3/27/1962 and my address is 1406 W. Salinas San Antonio, TX 78207. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, Texas on January 13, 2022 by Jesse J. Hernandez declarant."

**JESSE J. HERNANDEZ**
PSC 8179 EXP 3/31/22

**Austin Process**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000379
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Alex Doe, et al<br>*Plaintiff*<br>v.<br><br>Planned Parenthood Federation of America Inc, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-00022-Z |

## Summons in a Civil Action

**TO:** Planned Parenthood of Greater Texas Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 01/12/2022

Civil Action No. 2:21-cv-00022-Z

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________________
______________________________ on (*date*) ______________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For: Hacker Stephens LLP

Received on the 13th day of January, 2022 at 10:19 am to be served on **Planned Parenthood of Greater Texas Inc., 7424 Greenville Ave, Suite 206, Dallas, Dallas County, TX 75231**. I, Jaykob McArter, being duly sworn, depose and say that on the 13th day of January, 20 22 at 1:52 p.m., executed service by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: RIC HOLDER as Sr. Dir. - Bus. Ops. at 7424 GREENVILLE AVE SUITE 206, DALLAS, TX 75231, and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:**

The door was locked and I rang the doorbell. A while male with the name tag Ric Holder came to the door and was refusing to take the documents. I informed him that the Secretary of State shows this address as the "Registered Office Street Address" and the "Mailing Address" for the business. Ric Holder said they don't accept service at this location and would not give me any information. I told him that since this address is listed with the Secretary of State I was going to have to leave it and I put the documents on the ground while he looked at me. He then walked off without taking the documents.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 13th day of January, 2022 by the affiant who is personally known to me.

[signature]

NOTARY PUBLIC

KRYSTAL JONES
Notary Public, State of Texas
Comm. Expires 07-09-2024
Notary ID 130223248

[signature]

PROCESS SERVER # 20627
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2022000368
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c