

*6089995*

CASE NO.: 2:21-cv-00022-Z

United States of America,                                          ☐        IN THE

vs.                                                                                  United States District Court - For The Northern District of
                                                                                       Texas
Planned Parenthood Federation of American, et al,

                                                                                       Northern District COUNTY, TX

### *RETURN OF SERVICE*

I, **Steven Lee Sanchez**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On January 14, 2022 at 8:55 AM, I received a **Documents to be served: summons Relator's Complaint (ECF No. 2); Relator's Certificate ofInterested Persons (ECF No. 3); Relator's Notice of Identity (ECF No. 9), which is to remain SEALED; Protective Order (ECF No. 12), which is to remain SEALED; The State of Texas's Notice of Election to Intervene (ECF No. 16); The United States of America's Declination Notice (ECF No. 18); The State of Texas's Complaint in Intervention (ECF No. 22); The State of Texas's Certificate of Interested Persons (ECF No. 24). to be delivered to** Planned Parenthood Cameron County Inc. Polin C. Barraza at 2140 Babcock Road, San Antonio , TX   78229.

That on January 14, 2022 at **1:24 PM**, I delivered said documents to **Planned Parenthood Cameron County Inc. Polin C. Barraza** by delivery to **Valerie Mascorro** , **Associate VP for Operations and Growth** at 2140 Babcock Road, San Antonio , TX   78229.

Addl Comments: **Served to Valerie Mascorro, Associate VP for Operations and Growth who is authorized to accept documents for Polin Barraza.**

Military Status: N/A
Marriage Status: N/A

My name is Steven Lee Sanchez, my date of birth is ████/1974, and EZ
Messenger address is
9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in BEXAR County, State of TX on January 17, 2022.

PSC:14073 EXP:04/30/2022

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: 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
Texas Office of the Attorney General - Civil
Medicaid Fraud Division 056-1

Total Service Costs: $ 0.00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| United States of America et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Planned Parenthood Federation of | ) |
| America Inc et al | ) |
| *Defendant* | ) |

Civil Action No. 2:21-cv-00022-Z

## Summons in a Civil Action

**TO:** Planned Parenthood Cameron County Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Raymond Winter
Office of the Texas Attorney General
300 W 15th St
Floor 9
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00022-Z

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



*6089988*

CASE NO.: 2:21-cv-00022-Z

United States of America,                                          IN THE


vs.                                                                United States District Court - For The Northern District of
                                                                   Texas
Planned Parenthood Federation of American, et al,

                                                                   Northern District COUNTY, TX


*RETURN OF SERVICE*


I, **Steven Julian**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On **January 14, 2022** at **8:45 AM**, I received a **Documents to be served: summons Relator's Complaint (ECF No. 2); Relator's Certificate ofInterested Persons (ECF No. 3); Relator's Notice of Identity (ECF No. 9), which is to remain SEALED; Protective Order (ECF No. 12), which is to remain SEALED; The State of Texas's Notice of Election to Intervene (ECF No. 16); The United States of America's Declination Notice (ECF No. 18); The State of Texas's Complaint in Intervention (ECF No. 22); The State of Texas's Certificate of Interested Persons (ECF No. 24). to be delivered to Defendant Planned Parenthood Greater Texas, Inc., Kenneth Lambrecht, Reg Agent** at 7424 Greenville Avenue, Dallas, TX  75231.

That on **January 14, 2022** at **2:45 PM**, I delivered said documents to **Defendant Planned Parenthood Greater Texas, Inc., Kenneth Lambrecht, Reg Agent** by delivery to **Renee Townsend, Health services and operations** at 7424 Greenville Avenue, Dallas, TX 75231.
Description of Person Accepting Service:
Sex: Female Race: White Height: 5ft 8in Weight: 220 Hair: Salt and Pepper

Military Status: N/A
Marriage Status: N/A

My name is Steven Julian, my date of birth is ████ 1974, and EZ Messenger s
address is
9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in DALLAS County, State of TX on January 14, 2022.

_____

PSC: 3905; EXP: 06/30/2022

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: 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
Texas Office of the Attorney General - Civil
Medicaid Fraud Division 056-1

Total Service Costs: $ 0.00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-00022-Z |
| | ) | |
| Planned Parenthood Federation of | ) | |
| America Inc et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Planned Parenthood of Greater Texas Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Raymond Winter
Office of the Texas Attorney General
300 W 15th St
Floor 9
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00022-Z

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____      for travel and $ _____      for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



*6089994*

CASE NO.: 2:21-cv-00022-Z

United States of America,                                  IN THE

vs.                                                        United States District Court - For The Northern District of
                                                          Texas

Planned Parenthood Federation of American, et al,

                                                          Northern District COUNTY, TX

### *RETURN OF SERVICE*

I, **Steven Lee Sanchez**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On **January 14, 2022** at **8:53 AM**, I received a **Documents to be served: summons Relator's Complaint (ECF No. 2); Relator's Certificate ofInterested Persons (ECF No. 3); Relator's Notice of Identity (ECF No. 9), which is to remain SEALED; Protective Order (ECF No. 12), which is to remain SEALED; The State of Texas's Notice of Election to Intervene (ECF No. 16); The United States of America's Declination Notice (ECF No. 18); The State of Texas's Complaint in Intervention (ECF No. 22); The State of Texas's Certificate of Interested Persons (ECF No. 24). to be delivered to Planned Parenthood San Antonio, Inc. Jeffrey Hons, Registered Agent** at 2140 Babcock Road, San Antonio , TX   78229.

That on **January 14, 2022** at **1:22 PM**, I delivered said documents to **Planned Parenthood San Antonio, Inc. Jeffrey Hons, Registered Agent** by delivery to **Valerie Mascorro** , **Associate VP for Operations and Growth** at 2140 Babcock Road, San Antonio , TX   78229.

Addl Comments: **Served to Valerie Mascorro, Associate VP for Operations and Growth who is authorized to accept documents for Jeffrey Hons, Registered Agent.**

Description of Person Accepting Service:
Sex: Female Race: Unknown

Military Status: N/A
Marriage Status: N/A

My name is Steven Lee Sanchez, my date of birth is ███ 1974, and EZ Messenger address is

9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in BEXAR County, State of TX on January 17, 2022.

_signature_

PSC:14073 EXP:04/30/2022

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: 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
Texas Office of the Attorney General - Civil
Medicaid Fraud Division 056-1

Total Service Costs: $ 0.00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-00022-Z |
| | ) | |
| Planned Parenthood Federation of America Inc et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Planned Parenthood San Antonio Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Raymond Winter
Office of the Texas Attorney General
300 W 15th St
Floor 9
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00022-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                         Server's signature

                                             _____
                                                         Printed name and title

                                             _____
                                                         Server's address

Additional information regarding attempted service, etc:



*6089992*

CASE NO.: 2:21-cv-00022-Z

United States of America,                                    IN THE


vs.                                                         United States District Court - For The Northern District of
                                                            Texas
Planned Parenthood Federation of American, et al,

                                                            Northern District COUNTY, TX

*RETURN OF SERVICE*


I, **Steven Lee Sanchez**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On **January 14, 2022** at **8:49 AM**, I received a **Documents to be served: summons Relator's Complaint (ECF No. 2); Relator's Certificate ofInterested Persons (ECF No. 3); Relator's Notice of Identity (ECF No. 9), which is to remain SEALED; Protective Order (ECF No. 12), which is to remain SEALED; The State of Texas's Notice of Election to Intervene (ECF No. 16); The United States of America's Declination Notice (ECF No. 18); The State of Texas's Complaint in Intervention (ECF No. 22); The State of Texas's Certificate of Interested Persons (ECF No. 24).** to be delivered to **4- Defendant Planned Parenthood of South Texas, Inc. Jeffrey Hons, Registered Agent** at 2140 Babcock Road, San Antonio , TX   78229.

That on **January 14, 2022** at **1:18 PM**, I delivered said documents to **4- Defendant Planned Parenthood of South Texas, Inc. Jeffrey Hons, Registered Agent** by delivery to **Valerie Mascorro , Associate VP for Operations and Growth** at 2140 Babcock Road, San Antonio , TX   78229.

Addl Comments: **Served to Valerie Mascorro , Associate VP for Operations and Growth who is authorized to accept documents for Jefferey Hons, Registered Agent.**


Military Status: N/A
Marriage Status: N/A

My name is Steven Lee Sanchez, my date of birth is ███/1974, and EZ
Messenger e address is
9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in BEXAR County, State of TX on January 17, 2022.

_____

PSC:14073 EXP:04/30/2022

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: 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
Texas Office of the Attorney General - Civil
Medicaid Fraud Division 056-1

Total Service Costs: $ 0.00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| United States of America et al<br>*Plaintiff*<br>v.<br>Planned Parenthood Federation of<br>America Inc et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:21-cv-00022-Z

## Summons in a Civil Action

**TO:** Planned Parenthood South Texas Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Raymond Winter
Office of the Texas Attorney General
300 W 15th St
Floor 9
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00022-Z

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For: Office of the Attorney General of Texas

Received on the 14th day of January, 2022 at 3:15 pm to be served on **Planned Parenthood Gulf Coast, Inc. by serving its Registered Agent, Melaney Linton, 4600 Gulf Freeway, Houston, Harris County, TX 77023.** I, _Antonio Perez_, being duly sworn, depose and say that on the _14_ day of _January_, 20_22_ at _4 :05P_m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages Under the Federal False Claims Act and Various State False Claims Acts, Civil Cover Sheet, The United States of America's Declination Notice, [Proposed] Order, The State of Texas's Notice of Election to Intervene, Order, Order, Notice of Identity, Relator's Certificate of Interested Persons, Complaint for Damages Under the Federal False Claims Act and State False Claims Acts with Exhibits, Civil Cover Sheet, and Summons in a Civil Action** in accordance with state statutes in the manner marked below:

**(✓) CORPORATE SERVICE:** By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: _Alfred Curtis_ as _COO_ at _4600 Gulf Freeway, Houston, TX 77023_, and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:**—————————————————————————————————————————————
—————————————————————————————————————————————
—————————————————————————————————————————————
—————————————————————————————————————————————

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the _17_ day of _January_, _2022_ by the affiant who is personally known to me.

_Gillian Moberg_
NOTARY PUBLIC

Gillian Moberg
My Commission Expires
06/05/2023
ID No. 132038891

PROCESS SERVER # _12339 Exp:10/31/23_
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2022000446
Ref: USA v. Planned Parenthood

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-00022-Z |
| | ) | |
| Planned Parenthood Federation of | ) | |
| America Inc et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Planned Parenthood Gulf Coast Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Raymond Winter
Office of the Texas Attorney General
300 W 15th St
Floor 9
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00022-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**AFFIDAVIT OF SERVICE**

Index #: 2:21-CV-00022-Z
Date Filed: **January 11, 2022**
Court Date: _____
Assigned Justice: _____

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

ATTORNEY(S):   PH:
ADDRESS:   File No.: 6089978

### UNITED STATES OF AMERICA

VS.                                                                                    Plaintiff

### PLANNED PARENTHOOD FEDERATION OF AMERICAN, ET AL.,

Defendant

STATE OF New York          , COUNTY OF  SUFFOLK          SS.:

_____ MUATAZ AHMAD _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On _____ **Friday, January 14, 2022** _____ at _____ **2:47 PM** .

at _____ **123 WILLIAMS STREET, 10TH FLOOR, NEW YORK, NY 10038** _____ deponent served the within

ARIZONA ISSUED - DOCUMENTS TO BE SERVED SUMMONS RELATOR'S COMPLAINT (ECF NO. 2); RELATOR'S CERTIFICATE OF LNTERESTED PERSONS (ECF NO. 3); RELATOR'S NOTICE OF IDENTITY (ECF NO. 9), WHICH IS TO REMAIN SEALED; PROTECTIVE ORDER (ECF NO. 12), WHICH IS TO REMAIN SEALED; THE STATE OF TEXAS'S NOTICE OF ELECTION TO INTERVENE (ECF NO. 16); THE UNITED STATES OF AMERICA'S DECLINATION NOTICE (ECF NO. 18); THE STATE OF TEXAS'S COMPLAINT IN INTERVENTION (ECF NO. 22); THE STATE OF TEXAS'S CERTIFICATE OF INTERESTED PERSONS (ECF NO. 24)

on: _____ PLANNED PARENTHOOD FEDERATION OF AMERICA INC. _____

**Defendant** therein named.

**#1 CORPORATION** By delivering to and leaving with ____ **Asif Doe, Managing Agent** and that deponent knew the person so served to be the authorized
[X]          agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**#2 DESCRIPTION** Sex: ___ Male ___   Color of skin: ___ Brown ___   Color of hair: ___ Black ___   Age: ___ 30 ___   Height: ___ 5ft9in-6ft0in ___
[X]
(use with #1, 2 or 3)   Weight: ___ 161-200 lbs ___   Other Features:

**#3 WIT. FEES** $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
[ ]

**#4 OTHER**
[ ]

Sworn to before me on 01/21/2022

SUSAN CORUNA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

MUATAZ AHMAD
Server's Lic # 2034169
InvoiceWorkOrder 2265514

*One World Judicial Services, Inc. - PO Box 776-Deer Park NY 11729*    Lic # 1310235

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| United States of America et al<br>*Plaintiff*<br>v.<br>Planned Parenthood Federation of<br>America Inc et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:21-cv-00022-Z

## Summons in a Civil Action

**TO:** Planned Parenthood Federation of America Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Raymond Winter
Office of the Texas Attorney General
300 W 15th St
Floor 9
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00022-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: