# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> § <br> The State of Texas § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> § <br> The State of Louisiana § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Planned Parenthood Federation of America, Inc., § <br> Planned Parenthood Gulf Coast, Inc., Planned § <br> Parenthood of Greater Texas, Inc., Planned § <br> Parenthood South Texas, Inc., Planned Parenthood § <br> Cameron County, Inc., Planned Parenthood San § <br> Antonio, Inc., § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br> Date:    January 28, 2022 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned attorneys enter their appearance as counsel for Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (collectively "Defendants"). Defendants requests that the undersigned attorneys be added to the Court's list of counsel and that they be copied with all notices, correspondence and documents in this matter.

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Craig D. Margolis*
Craig.Margolis@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Tirzah Lollar*
Tirzah.Lollar@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6199
Fax: +1 202.942.5999

Murad Hussain*
murad.hussain@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6199
Fax: +1 202.942.5999

*pro hac vice application to be filed*

Dated: January 28, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP


By: */s/Christopher M. Odell*
    Christopher M. Odell
    Texas State Bar No. 24037205
    Christopher.Odell@arnoldporter.com

    700 Louisiana Street, Suite 4000
    Houston, TX 77002-2755
    Telephone: +1 713.576.2400
    Fax: +1 713.576.2499


    Craig D. Margolis*
    Craig.Margolis@arnoldporter.com

    601 Massachusetts Ave, NW
    Washington, DC 20001-3743
    Telephone: +1 202.942.6127
    Fax: +1 202.942.5999


    Tirzah Lollar*
    Tirzah.Lollar@arnoldporter.com

    601 Massachusetts Ave, NW
    Washington, DC 20001-3743
    Telephone: +1 202.942.6199
    Fax: +1 202.942.5999

    Murad Hussain*
    Murad.hussain@arnoldporter.com

    601 Massachusetts Ave, NW
    Washington, DC 20001-3743
    Telephone: +1 202.942.6199
    Fax: +1 202.942.5999

    * *pro hac vice application to be filed*

    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


                                                    */s/Christopher M. Odell*
                                                    Christopher M. Odell