IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Texas §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Louisiana §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>   Plaintiffs, §<br>§<br>v. §<br>§<br>Planned Parenthood Federation of America, Inc., §<br>Planned Parenthood Gulf Coast, Inc., Planned §<br>Parenthood of Greater Texas, Inc., Planned §<br>Parenthood South Texas, Inc., Planned Parenthood §<br>Cameron County, Inc., Planned Parenthood San §<br>Antonio, Inc., §<br>§<br>   Defendants. § | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:    January 28, 2022 |

**<u>Order Granting Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaints</u>**

This matter comes before the Court on Defendants Planned Parenthood Federation of America, Inc.'s, Planned Parenthood Gulf Coast, Inc.'s, Planned Parenthood of Greater Texas, Inc.'s, Planned Parenthood South Texas, Inc.'s, Planned Parenthood Cameron County, Inc.'s, and Planned Parenthood San Antonio, Inc.'s Motion to Extend Time to Answer or Otherwise

Respond to Complaints. The Court, having considered Defendants' Motion and the other papers on file in this action, is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaints is GRANTED. Defendants have until and through February 28, 2022 to answer or otherwise respond to the Complaints under Rule 12.

Dated: January _____, 2022

_____
Judge Matthew J. Kacsmaryk
United States District Court for the Northern
District of Texas, Amarillo Division