IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:    February 1, 2022 |

## NOTICE OF APPEARANCE OF LOCAL COUNSEL

Please take notice that the undersigned attorney enters his appearance as additional counsel for Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (collectively "Defendants"). Defendants requests that the undersigned attorney be added to the

Court's list of counsel and that they be copied with all notices, correspondence and documents in this matter.

    Ryan Patrick Brown
    BLACKBURN & BROWN LLP
    TEXAS STATE BAR NO. 24073967
    BROWN@BLACKBURNBROWNLAW.COM
    1222 S. FILLMORE ST.
    AMARILLO, TX 79101
    TELEPHONE: (806) 371-8333
    FAX: (806) 350-7716

Dated: February 1, 2022

*/s/Ryan Patrick Brown*
Ryan Patrick Brown
BLACKBURN & BROWN LLP
TEXAS STATE BAR NO. 24073967
BROWN@BLACKBURNBROWNLAW.COM
1222 S. FILLMORE ST.
AMARILLO, TX 79101
TELEPHONE: (806) 371-8333
Fax: (806) 350-7716

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/Ryan Patrick Brown*
                                                Ryan Patrick Brown