IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA, INC., *et al.*, § § Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaints ("Motion") (ECF No. 35). Having considered the Motion and Appendix in Support (ECF No. 36), the Court finds the Motion should be and is hereby **GRANTED IN PART** and **DENIED IN PART**.

Defendants' deadline to answer or respond to Plaintiffs' complaints is tomorrow, February 3, 2022. The Motion requests a twenty-five (25) day extension of this deadline to February 28, 2022. ECF No. 35 at 5. The Court **GRANTS** Defendants' request for an extension until February 14 and **DENIES** Defendants' request for an extension until February 28. The Court **ORDERS** Defendants to answer or otherwise respond to Relator's Complaint (ECF No. 2) and Intervenor's Complaint (ECF No. 22) **on or before February 14, 2022, at 5:00 p.m. (CST)**.

**SO ORDERED.**

February 2, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE