IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> § <br> The State of Texas § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> § <br> The State of Louisiana § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Planned Parenthood Federation of America, Inc., § <br> Planned Parenthood Gulf Coast, Inc., Planned § <br> Parenthood of Greater Texas, Inc., Planned § <br> Parenthood South Texas, Inc., Planned Parenthood § <br> Cameron County, Inc., Planned Parenthood San § <br> Antonio, Inc., § <br> § <br> Defendants. § <br> § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br> Date:    February 9, 2022 |

## JOINT MOTION TO EXCEED PAGE LIMITS

Relator Alex Doe ("Relator") and Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., (collectively "Defendants"), pursuant to Local Rule 7.2(c), jointly move this Court for leave to exceed the page limits otherwise provided to allow thirty-five (35) pages for Defendants' Memorandum to be filed in support of Defendants' Combined Motion to Dismiss

Relator's Complaint ("Opening Brief") and for Relator's Opposition to the same ("Opposition Brief"), as well as to allow fifteen (15) pages for Defendants' Reply ("Reply Brief"). For any other motions to dismiss filed, the parties will stay within the page limits provided by Rule 7.2. In support, Relator and Defendants state as follows:

1. Relator initiated the above-captioned action by filing a Complaint on February 5, 2021 (ECF No. 2), asserting causes of action under federal, Texas, and Louisiana law.

2. The State of Texas intervened with respect to Relator's Texas state law claim on January 6, 2022 (ECF No. 22).

3. There are multiple defendants and claims under federal, Texas, and Louisiana law.

4. Defendants intend to file a motion to dismiss the Relator's Complaint that will raise complex questions about falsity and scienter under the FCA, the public disclosure bar, and other issues.

5. Defendants requested an additional ten (10) pages for Defendants' Opening Brief, totaling no more than thirty-five (35) pages, and that Relator should be allowed an equal number of additional pages for Relator's Opposition Brief, totaling thirty-five (35) pages. Defendants also requested an additional five (5) pages for their reply to total no more than fifteen (15) pages. Relator agreed that Defendants' proposed page limits are reasonable. The modest additional pages requested will allow Defendants to provide more helpful and complete briefing to the Court on the variety of issues and claims in the case.

6. Defendants intend to file a separate motion to dismiss the State of Texas' Complaint, and certain Defendants intend to file additional motions to dismiss Relator's Complaint based on deficient service of process. Defendants will not incorporate in their Combined Motion

to Dismiss the Relator's Complaint any arguments raised in other briefs. The parties do not intend to exceed the page limits otherwise provided by Rule for the briefing related to these other motions.

WHEREFORE, Relator and Defendants respectfully request that their Joint Motion to Exceed Page Limits be Granted.

Dated: February 9, 2022

                                              Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Craig D. Margolis
Craig D. Margolis*
Craig.Margolis@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Tirzah Lollar*
Tirzah.Lollar@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6199
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

BLACKBURN & BROWN LLP

By: /s/ Ryan Patrick Brown
Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore St.
Amarillo, TX 79101
Telephone: (806) 371-8333
Fax: (806) 350-7716

*pro hac vice application to be filed*

*Attorneys for Defendants*

HACKER STEPHENS LLP

By: /s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

*Attorneys for Relator*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

<u>/s/ Christopher M. Odell</u>
Christopher M. Odell
