IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America <br><br> *ex rel.* ALEX DOE, Relator, <br><br><br> The State of Texas <br><br> *ex rel.* ALEX DOE, Relator, <br><br><br><br> The State of Louisiana <br><br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00022-Z |

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO EXCEED PAGE LIMITS**

Having considered the Joint Motion to Exceed Page Limits filed by Relator Alex Doe ("Relator") and Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas,

Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., (collectively "Defendants"), it is **HEREBY ORDERED** that:

1. The Joint Motion to Exceed Page Limits is **GRANTED**.

2. The page limit for Defendants' Memorandum to be filed in Support of Defendants' Combined Motion to Dismiss Relator's Complaint is thirty-five (35) pages.

3. The page limit for Relator's Response to be filed in Opposition to Defendants' Combined Motion to Dismiss Relator's Complaint is thirty-five (35) pages.

4. The page limit for Defendants' Reply to be filed in Support of Defendants' Combined Motion to Dismiss Relator's Complaint is fifteen (15) pages.

Signed on this ___ day of _____, 2022.

_____
Matthew J. Kacsmaryk
United States District Judge