IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA INC., *et al.*, § § Defendants, § | 2:21-CV-022-Z |

**ORDER**

Before the Court is Defendants' Joint Motion to Exceed Page Limits ("Joint Motion") (ECF No. 41). The Court finds that Defendants' Joint Motion should be and hereby is **GRANTED**.

The page limit for Defendants' Memorandum to be filed in Support of Defendants' Combined Motion to Dismiss Relator's Complaint is thirty-five (35) pages. The page limit for Relator's Response to be filed in Opposition to Defendants' Combined Motion to Dismiss Relator's Complaint is thirty-five (35) pages. The page limit for Defendants' Reply to be filed in Support of Defendants' Combined Motion to Dismiss Relator's Complaint is fifteen (15) pages.

**SO ORDERED**.

February 9, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE