# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00022-Z |

## **DECLARATION OF NATHANIEL GAGE**

I, Nathaniel Gage, hereby declare:

1. I am employed by Planned Parenthood Federation of America ("PPFA"). My official title is Mailroom Manager.

2. I am not a president, vice president, officer, or managing or general agent of PPFA, and I have never been authorized to perform the chief executive function of the organization.

3. I am not an agent authorized to accept service on PPFA's behalf.

1

4. I am not a cashier or assistant cashier for PPFA.

5. On Thursday, January 13, 2022, a service processor arrived at PPFA's offices in New York, New York. I met the process server in the lobby and signed for the documents. The documents were a copy of the Complaints filed by the Relator and the State of Texas and Summons from this case ("Complaints and Summons").

6. On Tuesday, January 18, 2022, I found the Complaints and Summons in PPFA's mailroom inside an unaddressed FedEx envelope. Thereafter, I learned that a member of the security team had received documents from a process server the previous Friday and then placed the documents in the mailroom.

7. On Wednesday, February 2, 2022, the PPFA mailroom received a Certified USPS Priority Mail package sent by Austin Process, Inc., addressed to "Planned Parenthood Federation of America Inc." This package also contained a copy of the Complaints and Summons filed in this case.

I declare under penalty of perjury under the laws of New York that the foregoing is true and correct.

DATED: February \_\_11\_\_, 2022

By: _____
Name: Nathaniel Gage
Title: Mailroom Manager, Planned Parenthood Federation of America