# EXHIBIT B

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Alex Doe, et al *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 2:21-cv-00022-Z |
| Planned Parenthood Federation of America Inc, et al *Defendant* | ) ) ) ) |

## Summons in a Civil Action

**TO:** Planned Parenthood Federation of America Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/12/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-00022-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐  I returned the summons unexecuted because _____; or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                Server's signature

                                                    _____
                                                                Printed name and title

                                                    _____
                                                                Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For: Hacker Stephens LLP

Received on the 13th day of January, 2022 at 9:35 am to be served on Planned Parenthood Federation of America Inc., 123 Williams Street, New York, New York County, NY 10038. I, _JUAN POLANCO_, being duly sworn, depose and say that on the _13TH_ day of _January_, 20_22_ at _01:50_ p.m., executed service by delivering a true copy of the Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons in accordance with state statutes in the manner marked below:

(✓) **CORPORATE SERVICE:** By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: _NATHANIEL GAGE_ as _Mailroom manager_ at _123 William Street, New York, N.Y. 10038_, and informed said person of the contents therein, in compliance with state statutes.

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the _13th_ day of _January_ _2022_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SRINIVASA R KOLLI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KO6165295
Qualified in Bronx County
My Commission Expires 05-07-2023

PROCESS SERVER # _2031534-DCA_
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2022000365
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

Scanned with CamScanner