IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>  Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>  Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:   February 14, 2022 |

## [PROPOSED] ORDER

Having considered Defendant Planned Parenthood Federation of America's Motion to Dismiss Complaints of Relator and the State of Texas for Improper Service of Process, it is **HEREBY ORDERED** that PPFA's Motion to Dismiss is **GRANTED** and the Plaintiffs' Complaints are **DISMISSED** as to PPFA.

Signed on this ___ day of _____, 2022

2

 

_____
Matthew J. Kacsmaryk
United States District Judge