# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| *ex rel.* ALEX DOE, Relator, | § § § § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| The State of Texas | § § | |
| *ex rel.* ALEX DOE, Relator, | § § § | Date:    February 14, 2022 |
| | § § | ORAL ARGUMENT REQUESTED |
| The State of Louisiana | § § § | |
| *ex rel.* ALEX DOE, Relator, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § § § § § § § § | |
| Defendants. | § § | |

### **DEFENDANT PLANNED PARENTHOOD OF GREATER TEXAS' MOTION TO DISMISS COMPLAINTS OF RELATOR AND STATE OF TEXAS FOR IMPROPER SERVICE OF PROCESS**

Defendant Planned Parenthood of Greater Texas, Inc. ("PPGT") hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) to dismiss Relator's Complaint and the State of Texas' Complaint in Intervention for improper service of process. In support of its Motion, PPGT respectfully refers the Court to its Memorandum in Support.

WHEREFORE, PPGT respectfully moves that this Honorable Court dismiss Relator's Complaint and the State of Texas' Complaint in Intervention for improper service.

### REQUEST FOR HEARING

Defendants request a hearing to assist the Court with its consideration of this matter.

Dated: February 14, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Craig D. Margolis
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah Lollar
Tirzah.Lollar@arnoldporter.com

601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6199
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com

700 Louisiana Street, Suite 4000

                                      Houston, TX 77002-2755
                                      Telephone: +1 713.576.2400
                                      Fax: +1 713.576.2499

                                      Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Craig D. Margolis*
Craig D. Margolis
