# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc.,<br>Planned Parenthood Gulf Coast, Inc., Planned<br>Parenthood of Greater Texas, Inc., Planned<br>Parenthood South Texas, Inc., Planned Parenthood<br>Cameron County, Inc., Planned Parenthood San<br>Antonio, Inc.,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:21-CV-00022-Z |

**DECLARATION OF RICHARD HOLDER**

I, Richard Holder, hereby declare:

1. I am employed by Planned Parenthood of Greater Texas, Inc. ("PPGT"). My official title is Senior Director of Business Operations. In this role, I am responsible for managing information technology and the electronic healthcare system.

2. I am not a president, vice president, officer, or managing or general agent of PPGT, and I have never been authorized to perform the chief executive function of the organization.

1

3.  I am not an agent authorized to accept service on PPGT's behalf.

4.  On Thursday January 13, 2022, at or around 1:50 pm, a courier arrived at Planned Parenthood of Greater Texas's Dallas office, located at 7424 Greenville Avenue, Suite 206; Dallas, TX 75231.

5.  I answered the office's doorbell, and the courier attempted to serve me with a copy of the Complaints filed by the Relator and the State of Texas and Summons from this case ("Complaints and Summons"). I informed the courier that I was unable to accept service of process.

6.  The courier told me that the documents were for Ken Lambrecht, who is the President & CEO of PPGT. Mr. Lambrecht was not in the office at the time. I again advised the courier that I could not accept the documents.

7.  About five minutes later, the courier returned to the office and, again, I maintained that I could not accept the documents.

8.  The courier placed the Complaints and Summons outside the doors to PPGT's office and left.

I declare under penalty of perjury under the laws of Texas that the foregoing is true and correct.

DATED: February <u>11</u>, 2022

By: _____
Name: Richard Holder
Title:   Senior Director of Business
          Operations, Planned Parenthood of
          Greater Texas, Inc.

2