# EXHIBIT C

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Alex Doe, et al <br> *Plaintiff* <br> v. <br> Planned Parenthood Federation of America Inc, et al <br> *Defendant* | Civil Action No. 2:21-cv-00022-Z |

## Summons in a Civil Action

**TO:** Planned Parenthood of Greater Texas Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Andrew Stephens
108 Wild Basin Rd. South
Suite 250
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/12/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-00022-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**
vs.
Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For: Hacker Stephens LLP

Received on the 13th day of January, 2022 at 10:19 am to be served on **Planned Parenthood of Greater Texas Inc., 7424 Greenville Ave, Suite 206, Dallas, Dallas County, TX 75231**. I, _____Jaykob McArter_____, being duly sworn, depose and say that on the __13th__ day of __January__, 20 __22__ at __1:52 p__.m., executed service by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** in accordance with state statutes in the manner marked below:

(X) **CORPORATE SERVICE:** By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: ___RIC HOLDER___ as ___Sr. Dir. - Bus. Ops.___ at ___7424 GREENVILLE AVE SUITE 206, DALLAS, TX 75231___, and informed said person of the contents therein, in compliance with state statutes.

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:**
—The door was locked and I rang the doorbell. A while male with the name tag Ric Holder came to the door and was refusing to take the documents. I informed him that the Secretary of State shows this address as the "Registered Office Street Address" and the "Mailing Address" for the business. Ric Holder said they don't accept service at this location and would not give me any information. I told him that since this address is listed with the Secretary of State I was going to have to leave it and I put the documents on the ground while he looked at me. He then walked off without taking the documents.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the __13th__ day of __January__, __2022__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KRYSTAL JONES
Notary Public, State of Texas
Comm. Expires 07-09-2024
Notary ID 130223248

PROCESS SERVER # __20627__
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2022000368
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c