## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| The State of Texas | § | |
| | § | Date:        February 14, 2022 |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | |
| | § | |
| The State of Louisiana | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANTS' COMBINED MOTION TO DISMISS RELATOR'S COMPLAINT**

Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively, "Affiliate Defendants"), and Planned Parenthood Federation of America, Inc. ("PPFA") (all collectively, "Defendants")  move pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) to dismiss Relator's Complaint.[1]  In support of their Motion, Defendants respectfully refer the Court to their Memorandum in Support.

WHEREFORE, Defendants respectfully move that this Honorable Court dismiss Relator's Complaint because: (1) Relator's False Claims Act ("FCA") claims are barred by the statutory public disclosure bar; (2) Relator fails to plausibly allege the essential elements of a FCA violation, as required under Rule 12(b)(6); (3) Relator fails to plead fraud with the particularity required by Rule 9(b); and (4) Relator's Texas and Louisiana state law claims are deficiently pled and the Court should decline to exercise supplemental jurisdiction over them.

## **REQUEST FOR HEARING**

Defendants request a hearing to assist the Court with its consideration of this matter.

---

[1] Pending the Court's ruling on PPGT and PPFA's party-specific arguments, PPGT and PPFA conditionally join the other Defendants' motion to dismiss.

Dated:  February 14, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP


By:    */s/ Craig D. Margolis*
      Craig D. Margolis
      Craig.Margolis@arnoldporter.com
      Murad Hussain
      Murad.Hussain@arnoldporter.com
      Tirzah Lollar
      Tirzah.Lollar@arnoldporter.com
      601 Massachusetts Ave, NW
      Washington, DC 20001-3743
      Telephone: +1 202.942.6000
      Fax: +1 202.942.5999

      Christopher M. Odell
      Texas State Bar No. 24037205
      Christopher.Odell@arnoldporter.com
      700 Louisiana Street, Suite 4000
      Houston, TX 77002-2755
      Telephone: +1 713.576.2400
      Fax: +1 713.576.2499

      *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.


*/s/ Craig D. Margolis*
Craig D. Margolis