IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>        Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>        Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:   February 14, 2022 |

**[PROPOSED] ORDER**

Having considered Defendants' Combined Motion to Dismiss Relator's Complaint, it is

**HEREBY ORDERED** that the Defendants' Motion to Dismiss is **GRANTED** and the Relator's

Complaint is **DISMISSED**.


Signed on this ___ day of _____, 2022

_____
Matthew J. Kacsmaryk
United States District Judge