# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America § § *ex rel.* ALEX DOE, Relator, § § § The State of Texas § § *ex rel.* ALEX DOE, Relator, § § § The State of Louisiana § § *ex rel.* ALEX DOE, Relator, § § Plaintiffs, § § v. § § Planned Parenthood Federation of America, Inc., § Planned Parenthood Gulf Coast, Inc., Planned § Parenthood of Greater Texas, Inc., Planned § Parenthood South Texas, Inc., Planned Parenthood § Cameron County, Inc., Planned Parenthood San § Antonio, Inc., § § Defendants. § § | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:  February 25, 2022 |

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.4, Defendants, Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

> 1. Planned Parenthood Federation of America, Inc. has no parent corporation and there is no publicly-held corporation that own 10% or more of its stock.

2. Planned Parenthood of Greater Texas, Inc. has no parent corporation and there is no publicly-held corporation that own 10% or more of its stock.

3. Planned Parenthood Gulf Coast, Inc. has no parent corporation and there is no publicly-held corporation that own 10% or more of its stock.

4. The sole member of Planned Parenthood San Antonio, Inc. and Planned Parenthood Cameron County, Inc. is Planned Parenthood South Texas, Inc.  Planned Parenthood South Texas, Inc. has no parent corporation.  No publicly held corporation owns 10% or more of the stock of Planned Parenthood San Antonio, Inc., Planned Parenthood Cameron County, Inc., or Planned Parenthood South Texas, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporation, or other legal entities that are financially interested in the outcome of the case:

Planned Parenthood of Greater Texas Family Planning and Preventative Health Services.

Dated: February 25, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:    /s Craig D. Margolis
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Murad Hussain
Murad.Hussain@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6199
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street,
Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

                                         Ryan Patrick Brown  
                                         Texas State Bar. No.  24073967  
                                         Blackburn & Brown, L.L.P.  
                                         1222 S. Fillmore  
                                         Amarillo, TX 79101  
                                         Tel: (806) 371-8333  
                                         Fax: (806) 350-7716  
                                         E-mail:
brown@blackburnbrownlaw.com  
                                         Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

/s Criag D. Margolis
Craig D. Margolis
