IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA INC., *et al.*, | § § § § | |
| Defendants, | § § | |

**ORDER**

Before the Court is Relator's' Unopposed Motion for Extension of Time to File Response to Defendants' Motions to Dismiss (ECF No. 53) and the State of Texas's Unopposed Motion for Extension of Time (ECF No. 54) (collectively "Motions"). The Court finds that the Motions should be and hereby are **GRANTED**.

Relator and State of Texas must file their Responses to Defendants' Motions to Dismiss on or by **March 11, 2022**.

**SO ORDERED**.

March 2, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE