IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America <br><br> *ex rel.* ALEX DOE, Relator, <br><br><br> The State of Texas <br><br> *ex rel.* ALEX DOE, Relator, <br><br><br><br> The State of Louisiana <br><br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br> Date:   March 2, 2022 |

**[PROPOSED] ORDER**

Now before the Court is the Motion of Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively, "Affiliate Defendants"), and Planned Parenthood Federation of America, Inc. ("PPFA") (all collectively, "Defendants") for an Order to Stay Discovery Pending Resolution of Motions to Dismiss. Having considered

Defendants' Motion to Stay Discovery Pending Resolution of Motions to Dismiss, the Court finds that Defendants have demonstrated good cause for entry of an order staying discovery and Defendants' Motion to Stay should, therefore, be **GRANTED**.

It is **HEREBY ORDERED** that discovery in the above-captioned matter is stayed pending resolution of the Motions to Dismiss.

Signed on this _____ day of March, 2022.

                                                 _____
                                                 Matthew J. Kacsmaryk
                                                 United States District Judge