IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | § | |
|---|---|---|
| UNITED STATES OF AMERICA *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD | § | |
| FEDERATION OF AMERICA, INC. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Stay Discovery Pending Resolution of Motions to Dismiss ("Motion") (ECF No. 57), filed on March 2, 2022. Having considered the Motion and applicable law, the Court **DENIES** the Motion. Under Federal Rule of Civil Procedure 16(b)(2), the Court is to issue a Scheduling Order within a specified time "unless the judge finds good cause for delay." The Court finds the outstanding Motion to Dismiss constitutes "good cause for delay." FED. R. CIV. P. 16(b)(2). The Court, however, will not grant Defendants' a Rule 26(c) protective order at this time. The Court anticipates it will rule on the pending Motions to Dismiss (ECF Nos. 44, 47, 48, 50) before it issues a Scheduling Order that includes Rule 34 production and other relevant discovery deadlines. Plaintiffs need not file a response to Defendants' Motion before the Court today.

**SO ORDERED**.

March 7, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE