**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § | |
| Defendants. | § § | |

**STATE OF TEXAS' AND RELATOR'S RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS FOR IMPROPER SERVICE**

The State of Texas and Relator Alex Doe submit this Response in Opposition

to Defendant Planned Parenthood of Greater Texas' Motion to Dismiss Complaints of

Relator and State of Texas for Improper Service (Dkt. 46) and Defendant Planned

Parenthood Federation of America's Motion to Dismiss for Improper Service (Dkt. 44).

## I.   PLANNED PARENTHOOD OF GREATER TEXAS HAS BEEN PROPERLY SERVED

The State and Relator have properly served Defendant Planned Parenthood of Greater Texas (PPGT) under the Federal Rules of Civil Procedure. PPGT filed its motion on February 14, 2022, claiming that it had not been properly served despite Plaintiffs serving PPGT multiple times. To the extent that PPGT's arguments regarding defective service had any merit when it filed its motion, the alleged defects were cured by personal service of PPGT's registered agent, Kenneth Lambrecht, at his personal residence on March 7, 2022. *See* Ex. C[1] at 2; Fed. R. Civ. P. 4(h)(1)(B).

Federal Rule of Civil Procedure 4(h)(1)(B) provides that a plaintiff may serve a domestic or foreign corporation "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant." Fed. R. Civ. P. 4(h)(1)(B). Kenneth Lambrecht is the President and CEO of PPGT and PPGT's registered agent for service of process in the State of Texas. *See* Ex. A. Plaintiffs' summons, complaints, and other documents listed in the process server's Affidavit of Service were personally served on Mr. Lambrecht on March 7,

---

[1] Affidavits of Service filed March 11, 2022. Docket No. has not been assigned due to technical issues with CM/ECF.

2022. *See* Ex. C at 3. PPGT has therefore been properly served pursuant to Federal Rule of Civil Procedure 4(h)(1)(B).

## II.   PLANNED PARENTHOOD FEDERATION OF AMERICA HAS BEEN PROPERLY SERVED

The State and Relator have properly served Defendant Planned Parenthood Federation of America (PPFA). PPFA filed its motion on February 14, 2022, claiming that it had not been properly served despite Plaintiffs serving PPFA multiple times. To the extent that PPFA's arguments regarding defective service had any merit when it filed its motion, the alleged defects were cured by personal service of PPFA's registered agent, Corporate Creations Network Inc., 5444 Westheimer, #1000, Houston, Texas 77056, on March 4, 2022. *See* Ex. C at 7; Fed. R. Civ. P. 4(h)(1)(B).

Federal Rule of Civil Procedure 4(h)(1)(B) provides that a plaintiff may serve a domestic or foreign corporation "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant." Fed. R. Civ. P. 4(h)(1)(B). Corporate Creations Network Inc. is PPFA's registered agent for service of process in the State of Texas. *See* Ex. B. Plaintiffs' summons, complaints, and other documents listed in the process server's Affidavit of Service were personally served on Corporate Creations Network Inc. on March 4, 2022. *See* Ex. C at 3. PPFA has therefore been properly served pursuant to Federal Rule of Civil Procedure 4(h)(1)(B).

3

### III.   PLAINTIFFS SERVED DEFENDANTS PPGT AND PPFA NUMEROUS TIMES PRIOR TO THE PERSONAL SERVICE DESCRIBED ABOVE

Prior to serving PPGT and PPFA as described above, Defendants served or attempted service of PPGT and PPFA numerous times pursuant to the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 4(h) provides that a plaintiff may serve a domestic or foreign corporation "by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."  Fed. R. Civ. P. 4(h)(1)(A); Fed. R. Civ. P. 4(e)(1). Under Texas law, a party may be served by "mailing to the defendant by registered or certified mail, return receipt requested, a true copy of the citation with a copy of the petition attached thereto." Tex. R. Civ. P. 106(a)(2). Service of process by certified mail is permitted by either the clerk of the court or by an "authorized person." Tex. R. Civ. P. 103, 106. Authorized persons include: "(1) any sheriff or constable or other person authorized by law or, (2) any person authorized by law or by written order of the court who is not less than eighteen years of age, or (3) any person certified under order of the Supreme Court." Tex. R. Civ. P. 103, 106.

Plaintiffs previously served or attempted service of PPGT and PPFA pursuant to Federal Rule of Civil Procedure 4(h)(1)(A) as follows:

- Plaintiffs served PPGT on January 13, 2022, by personal service of Mr. Richard Holder, Senior Director of Business Operations, at PPGT's registered office address, 7424 Greenville Avenue, Dallas, Texas 75231. *See* Dkt. 32 at 18.

- Plaintiffs served PPGT on January 14, 2022, by personal service of Ms. Renee Townsend, Health Services and Operations, at PPGT's registered office address, 7424 Greenville Avenue, Dallas, Texas 75231. *See* Dkt. 33 at 5. Ms. Renee Townsend initially refused to accept service and informed Plaintiffs'

process server that Mr. Kenneth Lambrecht, PPGT's registered agent, was not available. *Id.* After speaking with her colleagues, Ms. Townsend agreed to and did accept service. *Id.*

- Plaintiffs served PPGT on January 28, 2022, by certified mail return receipt requested, at PPGT's registered office address, 7424 Greenville Avenue, Dallas, Texas 75231. *See* Ex. C at 12.

- Plaintiffs served PPFA on January 13, 2022, by personal service of PPFA's authorized agent, Mr. Nathaniel Gage, at PPFA's registered office address, 123 Williams Street, New York, New York 10038. *See* Dkt. 32 at 6.

- Plaintiffs served PPFA on January 14, 2022, by personal service of PPFA's managing agent, Mr. Asif Doe, at PPFA's registered office address, 123 Williams Street, 10th Floor, New York, New York 10038. *See* Dkt. 33 at 20.

- Plaintiffs served PPFA on February 1, 2022, by certified mail return receipt requested, at PPFA's registered office address, 123 Williams Street, 10th Floor, New York, New York 10038. *See* Ex. C at 4.

Defendants' motions allege several defects in Plaintiffs' service of process of PPGT and PPFA. But many of Defendants arguments are incorrect under Federal Rule of Civil Procedure 4(h)(1)(A) and the Texas Rules of Civil Procedure cited above. To the extent that Defendants' arguments have any merit, the alleged defects were not the fault of Plaintiffs and Plaintiffs should be allowed the opportunity to cure the defect. *See Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir.1987) (determining that plaintiffs should not be penalized for failures of the process server to "properly effect service of process, where such failure is through no fault of the litigant" and allowing plaintiffs opportunity to cure defect in service).

## CONCLUSION

Defendants PPGT and PPFA have been properly served pursuant to the Federal Rules of Civil Procedure. Plaintiffs respectfully request that the Court deny

Defendant PPGT's Motion to Dismiss for Improper Service and deny Defendant PPFA's Motion to Dismiss for Improper Service.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

*/s/ Raymond Charles Winter*
RAYMOND CHARLES WINTER
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950

AMY S. HILTON
Assistant Attorney General
State Bar No. 24097834

HALIE E. DANIELS
Assistant Attorney General
State Bar No. 24100169

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov
Halie.Daniels@oag.texas.gov

**Attorneys for State of Texas**

/s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

**Attorneys For Relator**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on March 11, 2022, causing electronic service on all counsel of record.

*/s/ Raymond Charles Winter*
**Raymond C. Winter**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| THE STATE OF LOUISIANA, | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:21-CV-00022-Z |
| | § | |
| PLANNED PARENTHOOD | § | |
| FEDERATION OF AMERICA, INC., | § | |
| PLANNED PARENTHOOD GULF | § | |
| COAST, INC., PLANNED | § | |
| PARENTHOOD OF GREATER | § | |
| TEXAS, INC., PLANNED | § | |
| PARENTHOOD SOUTH TEXAS, | § | |
| INC., PLANNED PARENTHOOD | § | |
| CAMERON COUNTY, INC., | § | |
| PLANNED PARENTHOOD SAN | § | |
| ANTONIO, INC., | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER**

Having considered Defendant Planned Parenthood of Greater Texas' Motion

to Dismiss Complaints of Relator and State of Texas for Improper Service (Dkt. 46)

and Defendant Planned Parenthood Federation of America's Motion to Dismiss for

Improper Service (Dkt. 44), it is **HEREBY ORDERED** that the Defendant Planned

Parenthood of Greater Texas' Motion to Dismiss Complaints of Relator and State of

Texas for Improper Service is **DENIED**; and it is **HEREBY ORDERED** that

Defendant Planned Parenthood Federation of America's Motion to Dismiss for

Improper Service is **DENIED**.

     Signed on this ___ day of _____, 2022

 

                                      _____
                                      Matthew J. Kacsmaryk
                                      United States District Judge

# Exhibit A

Case 2:21-cv-00022-Z   Document 63   Filed 03/11/22   Page 12 of 42   PageID 1078

## TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 58507801 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | November 10, 1981 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 30006110750 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Planned Parenthood of Greater Texas
**Address:** 7424 GREENVILLE AVE STE 206
Dallas, TX 75231-4534 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | | Inactive Date |
|---|---|---|---|
| Kenneth Lambrecht | 7424 Greenville Ave., Suite 206 Dallas, TX 75231 USA | | |

[Order]  [Return to Search]

Instructions:
⚫ To place an order for additional information about a filing press the 'Order' button.

Exhibit B

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7206707 | **Entity Type:** | Foreign Nonprofit Corporation |
| **Original Date of Filing:** | March 5, 1987 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 11316441473 | **FEIN:** | |
| **Name:** | PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. | | |
| **Address:** | 123 William Street<br>New York, NY 10038 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | NY, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Corporate Creations Network, Inc. | 5444 Westheimer #1000<br>Houston, TX 77056 USA | |

[Order]    [Return to Search]

---

Instructions:

⦿ To place an order for additional information about a filing press the 'Order' button.

Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § § | |
| THE STATES OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, e*x rel.* ALEX DOE, Relator, | § § § | |
| Plaintiffs, | § § | Civil Action No. 2-21-CV-022-Z |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § | |
| Defendants. | § § | |

## AFFIDAVITS OF SERVICE AS TO DEFENDANTS, PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. AND PLANNED PARENTHOOD OF GREATER TEXAS, INC.

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Jason Schwartz on the 3rd day of March, 2022 at 5:48 pm to be served on **Planned Parenthood of Greater Texas Inc. by serving its Registered Agent, Kenneth Lambrecht,** REDACTED

I, Jason Schwartz, being duly sworn, depose and say that on the **7th day of March, 2022 at 6:37 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT,** by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **Kenneth Lambrecht, Planned Parenthood of Greater Texas Inc. as Authorized Agent** at the address of: REDACTED REDACTED and informed said person of the contents therein, in compliance with state statutes.

My name is Jason Schwartz. My date of birth is 8/20/1973. My work address is . I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on March 9th, 2022 by Jason Schwartz, declarant.

**Jason Schwartz**
PSC-20732; Exp. 01/31/2024

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022001924
Ref: USA, et al vs. Planned Parenthood, et al

## CAUSE NO. 2:21-CV-00022-Z

| | |
|---|---|
| United States of America, et al, ex. rel. Alex Doe, | § |
| Relator | § |
|         Plaintiff, | § |
| VS. | § |
| | § |
| Planned Parenthood Federation of America, Inc., et al | § |
|         Defendant. | §      **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS** |

### AFFIDAVIT OF SERVICE

On this day personally appeared Antonio Perez who, being by me duly sworn, deposed and said:

"The following came to hand on Mar 3, 2022, 11:53 am,

**SUMMONS, RELATOR'S COMPLAINT, RELATOR'S CERTIFICATE OF INTERESTED PERSONS, RELATOR'S NOTICE OF IDENTITY [SEALED], PROTECTIVE ORDER [SEALED], STATE OF TEXAS' NOTICE OF ELECTION TO INTERVENE, UNITED STATES OF AMERICA'S DECLINATION NOTICE, STATE OF TEXAS' COMPLAINT IN INTERVENTION, AND STATE OF TEXAS' CERTIFICATE OF INTERESTED PERSONS,**

and was executed at 5444 WESTHEIMER RD #1000, HOUSTON, TX 77056 within the county of HARRIS at 12:03 PM on Fri, Mar 04 2022, by delivering a true copy to the within named

**PLANNED PARENTHOOD FEDERATION OF AMERICA INC. C/O MARIA NEWMAN**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

 

**Antonio Perez**
**Certification Number: PSC-12339**
**Certification Expiration: 10/31/23**

BEFORE ME, a Notary Public, on this day personally appeared Antonio Perez, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  3- 7- 22

**Notary Public, State of Texas**

Gillian Moberg
My Commission Expires
06/05/2023
ID No. 132038681

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:31 pm to be served on **Planned Parenthood Federation of America Inc., 123 Williams Street, New York, New York County, NY 10038**.

I, Mike Techow, being duly sworn, depose and say that on the **1st day of February, 2022** at **5:14 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **Nathaniel Gage, Planned Parenthood Federation of America Inc.** as **Authorized Agent** at the address of: **123 Williams Street, New York, New York County, NY 10038**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR #7019 2970 0002 1380 9408

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000823
Ref: USA, et al vs. Planned Parenthood, et al

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038
Job # 22-0823

9590 9402 5662 9308 8468 29

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9408

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Address

B. Received by (Printed Name)       C. Date of Deliv

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restr
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirm
☐ Signature Confirm
   Restricted Delivery

Domestic Return Rec

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery  $           Here
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038
Job # 22-0823

PS Form 3800, April 2015 PSN 7530-02-000-8047   See Reverse for Instructions

7019 2970 0002 1380 9408

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, PO Box 70192970000213809408   Inbox ×

**auto-reply via Info**
to info

12:00 PM (0 minutes ago)



Hello **Mike Techow**,

Your item has been delivered and is available at a PO Box at 5:14 am on February 1, 2022 in NEW YORK, NY 10038.

Tracking Number:
**70192970000213809408**

### Delivered, PO Box



**Tracking & Delivery Options**

My Account

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038
Job # 22-0823

9590 9402 5662 9308 8468 29

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                               ☒ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Nathaniel Lrage                      2/2/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:16 pm to be served on **Planned Parenthood Gulf Coast Inc., 4600 Gulf Freeway, Houston, Harris County, TX 77023**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **12:21 pm, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **Unsigned, Planned Parenthood Gulf Coast Inc.** at the address of: **4600 Gulf Freeway, Houston, Harris County, TX 77023**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9385

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000820
Ref: USA, et al vs. Planned Parenthood, et al

Subscribed and Sworn to before me on the 11th day
of February, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Gulf Coast Inc.
4600 Gulf Freeway
Houston, TX 77023
Job # 22-0820

9590 9402 5662 9308 8468 43

2. Article Number *(Transfer from service label)*

7019 2970 0002 1380 9385

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X

B. Received by *(Printed Name)*           C. Date

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail
☐ Registered
☐ Registered
   Delivery
☐ Return Receipt
   Merchandise
☐ Signature Con
☐ Signature
   Restricted Del

Domestic Return

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
**Total Postage and Fees**
$
Sent To         Planned Parenthood Gulf Coast Inc.
               4600 Gulf Freeway
Street and Apt. N
City, State, ZIP+  Houston, TX 77023
               Job # 22-0820

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

9385 9385
1380 1380
0002 0002
2970 2970
7019 7019

Planned Parenthood Gulf Coast Inc.
4600 Gulf Freeway
Houston, TX 77023

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, Left with Individual 70192970000213809382

Inbox ×

**auto-reply via Info**                                      2:28 PM (0 minutes ago)

to info



Hello **Mike Techow**,

Your item was delivered to an individual
at the address at 12:21 pm on January
28, 2022 in HOUSTON, TX 77023.

Tracking Number:
**70192970000213809385**

Delivered, Left with Individual



**Tracking & Delivery Options**

My Account

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Gulf Coast Inc.
4600 Gulf Freeway
Houston, TX 77023
Job # 22-0820

9590 9402 5662 9308 8468 43

2. Article Number *(Transfer from service label)*

7019 2970 0002 1380 9385

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:39 pm to be served on **Planned Parenthood of Greater Texas Inc., 7424 Greenville Ave, Suite 206, Dallas, Dallas County, TX 75231**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **4:49 pm, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **B. Robin, Planned Parenthood of Greater Texas Inc.** as **Authorized Agent** at the address of: **7424 Greenville Ave, Suite 206, Dallas, Dallas County, TX 75231**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9415

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

Subscribed and Sworn to before me on the 11th day
of February, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000825
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood of Greater Texas Inc.
7424 Greenville Ave, Suite 206
Dallas, TX 75231
Job # 22-0825

*COMPLETE THIS SECTION ON DELI*

A. Signature

X

B. Received by *(Printed Name)*

D. Is delivery address different from item
If YES, enter delivery address below:

9590 9402 5662 9308 8468 12

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

2. Article Number *(Transfer from service label)*

7019 2970 0002 1380 9415

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)    $
- ☐ Return Receipt (electronic)   $
- ☐ Certified Mail Restricted Delivery  $
- ☐ Adult Signature Required     $
- ☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$

Total Postage and Fees
$

*Sent To* Planned Parenthood of Greater Texas Inc.
*Street and Apt. No.* 7424 Greenville Ave, Suite 206
*City, State, ZIP+4®* Dallas, TX 75231
Job # 22-0825

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2970 0002 1380 9415

7019 2970 0002 1380 9415

Planned Parenthood of Greater Texas Inc.
7424 Greenville Ave, Suite 206
Dallas, TX 75231

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 73701

# USPS® Item Delivered, Left with Individual 7019297000021380941

Inbox ×

**auto-reply via Info**
to info

11:59 AM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to an individual at the address at 4:49 pm on January 28, 2022 in DALLAS, TX 75231.

Tracking Number:
**70192970000213809415**

Delivered, Left with Individual



**Tracking & Delivery Options**

My Account

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood of Greater Texas Inc.
7424 Greenville Ave, Suite 206
Dallas, TX 75231
Job # 22-0825

9590 9402 5662 9308 8468 12

2. Article Number *(Transfer from service label)*

7019 2970 0002 1380 9415

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent
                              □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:26 pm to be served on **Planned Parenthood South Texas Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **10:37 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **J. Castillo, Planned Parenthood South Texas Inc.** as **Authorized Agent** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9392

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

Subscribed and Sworn to before me on the 11th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000822
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0822

9590 9402 5662 9308 8468 36

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9392

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0822

See Reverse for Instructions

9392
1380
0002
2970
7019

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229

AUSTIN PROCESS, LLC
909 NUECES
AUSTIN, TX 78701

1/31/22, 2:27 PM  USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809392 - liliy@austinprocess.com - Austin Process LL...

Case 2:21-cv-00022-Z   Document 63   Filed 03/11/22   Page 33 of 42   PageID 1099

# USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809392  Inbox ×

**auto-reply via Info**
to info

2:26 PM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on January 28, 2022 in SAN ANTONIO, TX 78229.

Tracking Number:
**70192970000213809392**

## Delivered, Front Desk/Reception/Mail Room



**Tracking & Delivery Options**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0822

9590 9402 5662 9308 8468 36

2. Article Number *(Transfer from service label)*

7019 2970 0002 1380 9392

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X J. Castillo

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

00 Rt·03 C·19

C. Date of Delivery

1-26-22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:53 pm to be served on **Planned Parenthood San Antonio Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **10:37 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **J. Castillo, Planned Parenthood San Antonio Inc.** as **Authorized Agent** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR #7019 2970 0002 1380 9439

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

Subscribed and Sworn to before me on the 11th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000828
Ref: USA, et al vs. Planned Parenthood, et al

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood San Antonio Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0828

9590 9402 5662 9308 8467 99

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9439

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIV**

A. Signature
X
B. Received by (Printed Name)

D. Is delivery address different from item
   If YES, enter delivery address below

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $          Postmark
☐ Certified Mail Restricted Delivery $        Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To    Planned Parenthood San Antonio Inc.
Street and Ap 2140 Babcock Rd
City, State, Z San Antonio, TX 78229
            Job # 22-0828

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2970 0002 1380 9439

Planned Parenthood San Antonio Inc.
2140 Babcock Rd
San Antonio, TX 78229

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809439 Inbox ×

**auto-reply via Info**
to info

2:29 PM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on January 28, 2022 in SAN ANTONIO, TX 78229.

Tracking Number:
**70192970000213809439**

### Delivered, Front Desk/Reception/Mail Room



**Tracking & Delivery Options**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood San Antonio Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0828

9590 9402 5662 9308 8467 99

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9439

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  J Castillo
☑ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
1-26-22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:47 pm to be served on **Planned Parenthood Cameron County Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **10:37 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **J. Castillo, Planned Parenthood Cameron County Inc. as Authorized Agent** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9422

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day
of February, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000826
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0826

9590 9402 5662 9308 8468 05

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9422

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

B. Received by (Printed Name)    C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail
☐ Registered
☐ Registered
   Delivery
☐ Return Rec
   Merchandise
☐ Signature Co
☐ Signature Co
   Restricted D

Domestic Retu

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0826

7019 2970 0002 1380 9422

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

1/31/22, 2:33 PM    USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809422 - lilly@austinprocess.com - Austin Process LL...

Case 2:21-cv-00022-Z    Document 63    Filed 03/11/22    Page 41 of 42    PageID 1107



# USPS® Item Delivered, Front Desk/Reception/Mail Room
# 70192970000213809422  Inbox ×

**auto-reply via Info**                                    2:32 PM (0 minutes ago)
to info



Hello **Mike Techow**,

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on January 28, 2022 in SAN ANTONIO, TX 78229.

Tracking Number:
**70192970000213809422**

## Delivered, Front Desk/Reception/Mail Room



Tracking & Delivery Options

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0826

9590 9402 5662 9308 8468 05

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9422

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  J. Castillo    ☑ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1-28-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt