# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATES OF TEXAS,<br>*ex rel.* ALEX DOE, Relator, | § § § § | |
| THE STATE OF LOUISIANA,<br>e*x rel.* ALEX DOE, Relator, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 2-21-CV-022-Z |
| v. | § § | |
| PLANNED PARENTHOOD<br>FEDERATION OF AMERICA, INC.,<br>PLANNED PARENTHOOD GULF<br>COAST, INC., PLANNED<br>PARENTHOOD OF GREATER TEXAS,<br>INC., PLANNED PARENTHOOD<br>SOUTH TEXAS, INC., PLANNED<br>PARENTHOOD CAMERON COUNTY,<br>INC., PLANNED PARENTHOOD SAN<br>ANTONIO, INC., | § § § § § § § § § § § | |
| Defendants. | § § | |

## AFFIDAVITS OF SERVICE AS TO DEFENDANTS, PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. AND PLANNED PARENTHOOD OF GREATER TEXAS, INC.

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Jason Schwartz on the 3rd day of March, 2022 at 5:48 pm to be served on **Planned Parenthood of Greater Texas Inc. by serving its Registered Agent, Kenneth Lambrecht,** REDACTED

I, Jason Schwartz, being duly sworn, depose and say that on the **7th day of March, 2022 at 6:37 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT,** by delivering a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **Kenneth Lambrecht, Planned Parenthood of Greater Texas Inc. as Authorized Agent** at the address of: REDACTED REDACTED and informed said person of the contents therein, in compliance with state statutes.

My name is Jason Schwartz. My date of birth is 8/20/1973. My work address is . I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on March 9th, 2022 by Jason Schwartz, declarant.

**Jason Schwartz**
PSC-20732; Exp. 01/31/2024

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022001924
Ref: USA, et al vs. Planned Parenthood, et al

## CAUSE NO. 2:21-CV-00022-Z

| | | |
|---|---|---|
| United States of America, et al, ex. rel. Alex Doe, | § | |
| Relator | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., et al | § | |
| Defendant. | § | **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS** |

## AFFIDAVIT OF SERVICE

On this day personally appeared Antonio Perez who, being by me duly sworn, deposed and said:

"The following came to hand on Mar 3, 2022, 11:53 am,

**SUMMONS, RELATOR'S COMPLAINT, RELATOR'S CERTIFICATE OF INTERESTED PERSONS, RELATOR'S NOTICE OF IDENTITY [SEALED], PROTECTIVE ORDER [SEALED], STATE OF TEXAS' NOTICE OF ELECTION TO INTERVENE, UNITED STATES OF AMERICA'S DECLINATION NOTICE, STATE OF TEXAS' COMPLAINT IN INTERVENTION, AND STATE OF TEXAS' CERTIFICATE OF INTERESTED PERSONS,**

and was executed at 5444 WESTHEIMER RD #1000, HOUSTON, TX 77056 within the county of HARRIS at 12:03 PM on Fri, Mar 04 2022, by delivering a true copy to the within named

**PLANNED PARENTHOOD FEDERATION OF AMERICA INC. C/O MARIA NEWMAN**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

**Antonio Perez**
**Certification Number: PSC-12339**
**Certification Expiration: 10/31/23**

BEFORE ME, a Notary Public, on this day personally appeared Antonio Perez, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  3- 7- 22

**Notary Public, State of Texas**

Gillian Moberg
My Commission Expires
06/05/2023
ID No. 132038691

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:31 pm to be served on **Planned Parenthood Federation of America Inc., 123 Williams Street, New York, New York County, NY 10038**.

I, Mike Techow, being duly sworn, depose and say that on the **1st day of February, 2022** at **5:14 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **Nathaniel Gage, Planned Parenthood Federation of America Inc.** as **Authorized Agent** at the address of: **123 Williams Street, New York, New York County, NY 10038**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR #7019 2970 0002 1380 9408

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000823
Ref: USA, et al vs. Planned Parenthood, et al

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038
Job # 22-0823

9590 9402 5662 9308 8468 29

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Address

B. Received by (Printed Name)          C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Rest Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirm
☐ Signature Confirm Restricted Delivery

Domestic Return Rec

PS Form 3811, July 2015 PSN 7530-02-000-9053

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)    $ _____        Postmark
☐ Certified Mail Restricted Delivery  $ _____      Here
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038
Job # 22-0823

PS Form 3800, April 2015 PSN 7530-02-000-8047    See Reverse for Instructions

7019 2970 0002 1380 9408

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, PO Box 70192970000213809408  Inbox ×

**auto-reply via Info**                                    12:00 PM (0 minutes ago)
to info



Hello **Mike Techow**,

Your item has been delivered and is available at a PO Box at 5:14 am on February 1, 2022 in NEW YORK, NY 10038.

Tracking Number:
**70192970000213809408**

### Delivered, PO Box



**Tracking & Delivery Options**

My Account

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Federation of America Inc.
123 Williams Street
New York, NY 10038
Job # 22-0823

9590 9402 5662 9308 8468 29

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9408

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)
Nathaniel Lrase

C. Date of Delivery
2/2/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:16 pm to be served on **Planned Parenthood Gulf Coast Inc., 4600 Gulf Freeway, Houston, Harris County, TX 77023**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **12:21 pm, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **Unsigned, Planned Parenthood Gulf Coast Inc.** at the address of: **4600 Gulf Freeway, Houston, Harris County, TX 77023**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9385

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000820
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Gulf Coast Inc.
4600 Gulf Freeway
Houston, TX 77023
Job # 22-0820

9590 9402 5662 9308 8468 43

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9385

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)     C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail
☐ Registered
☐ Registered
Delivery
☐ Return Receipt
Merchandise
☐ Signature Con
☐ Signature
Restricted Del

Domestic Return

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery $         Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To     Planned Parenthood Gulf Coast Inc.
            4600 Gulf Freeway
Street and Apt. N
            Houston, TX 77023
City, State, ZIP+4
            Job # 22-0820

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2970 0002 1380 9385

Planned Parenthood Gulf Coast Inc.
4600 Gulf Freeway
Houston, TX 77023

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, Left with Individual 7019297000021380938

Inbox ×

**auto-reply via Info**
to info

2:28 PM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to an individual at the address at 12:21 pm on January 28, 2022 in HOUSTON, TX 77023.

Tracking Number:
**70192970000213809385**

Delivered, Left with Individual



**Tracking & Delivery Options**

My Account

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Gulf Coast Inc.
4600 Gulf Freeway
Houston, TX 77023
Job # 22-0820

9590 9402 5662 9308 8468 43

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9385

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:39 pm to be served on **Planned Parenthood of Greater Texas Inc., 7424 Greenville Ave, Suite 206, Dallas, Dallas County, TX 75231**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **4:49 pm, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **B. Robin, Planned Parenthood of Greater Texas Inc.** as **Authorized Agent** at the address of: **7424 Greenville Ave, Suite 206, Dallas, Dallas County, TX 75231**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9415

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day
of February, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000825
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood of Greater Texas Inc.
7424 Greenville Ave, Suite 206
Dallas, TX 75231
Job # 22-0825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

B. Received by (Printed Name)

D. Is delivery address different from item
   If YES, enter delivery address below:

9590 9402 5662 9308 8468 12

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9415

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $          Postmark
☐ Certified Mail Restricted Delivery  $       Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Planned Parenthood of Greater Texas Inc.
Street  7424 Greenville Ave, Suite 206
City, State  Dallas, TX 75231
        Job # 22-0825

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7019 2970 0002 1380 9415
7019 2970 0002 1380 9415

CERTIFIED MAIL

Planned Parenthood of Greater Texas Inc.
7424 Greenville Ave, Suite 206
Dallas, TX 75231

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 73701

# USPS® Item Delivered, Left with Individual 70192970000021380941

Inbox ×

**auto-reply via Info**
to info

11:59 AM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to an individual at the address at 4:49 pm on January 28, 2022 in DALLAS, TX 75231.

Tracking Number:
**70192970000213809415**

## Delivered, Left with Individual



**Tracking & Delivery Options**

My Account

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood of Greater Texas Inc.
7424 Greenville Ave, Suite 206
Dallas, TX 75231
Job # 22-0825

9590 9402 5662 9308 8468 12

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:26 pm to be served on **Planned Parenthood South Texas Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **10:37 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **J. Castillo, Planned Parenthood South Texas Inc.** as **Authorized Agent** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9392

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

Subscribed and Sworn to before me on the 11th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000822
Ref: USA, et al vs. Planned Parenthood, et al

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0822

9590 9402 5662 9308 8468 36

2. Article Number *(Transfer from service label)*

7019 2970 0002 1380 9392

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____      Postmark
☐ Certified Mail Restricted Delivery  $ _____    Here
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0822

7019 2970 0002 1380 9392

See Reverse for Instructions

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809392   Inbox ×

**auto-reply via Info**
to info

2:26 PM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on January 28, 2022 in SAN ANTONIO, TX 78229.

Tracking Number:
**70192970000213809392**

## Delivered, Front Desk/Reception/Mail Room



Tracking & Delivery Options

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood South Texas Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0822

9590 9402 5662 9308 8468 36

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9392

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _J. Castillo_    ☑ Agent
                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
OCRT-05 C-19              1-26-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:53 pm to be served on **Planned Parenthood San Antonio Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **10:37 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **J. Castillo, Planned Parenthood San Antonio Inc.** as **Authorized Agent** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022 Sent via CMRRR #7019 2970 0002 1380 9439

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

Subscribed and Sworn to before me on the 11th day
of February, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000828
Ref: USA, et al vs. Planned Parenthood, et al

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood San Antonio Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0828

9590 9402 5662 9308 8467 99

2. Article Number (Transfer from service label)

7019 2970 0002 1380 9439

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIV**

A. Signature

X

B. Received by (Printed Name)

D. Is delivery address different from item
   If YES, enter delivery address below

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy)        $
- Return Receipt (electronic)      $
- Certified Mail Restricted Delivery $
- Adult Signature Required         $
- Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To     Planned Parenthood San Antonio Inc.
Street and Ap   2140 Babcock Rd
City, State, Z   San Antonio, TX 78229
             Job # 22-0828

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0002 1380 9439

Planned Parenthood San Antonio Inc.
2140 Babcock Rd
San Antonio, TX 78229

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809439 Inbox ×

**auto-reply via Info**
to info

2:29 PM (0 minutes ago)



Hello **Mike Techow**,

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on January 28, 2022 in SAN ANTONIO, TX 78229.

Tracking Number:
**70192970000213809439**

## Delivered, Front Desk/Reception/Mail Room



Tracking & Delivery Options

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood San Antonio Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0828

9590 9402 5662 9308 8467 99

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9439

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J Castillo                                    ☑ Agent
                                                 ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
                                             1·26·22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:21-CV-00022-Z

Plaintiff:
**United States of America, et al, ex. rel. Alex Doe, Relator**

vs.

Defendant:
**Planned Parenthood Federation of America, Inc., et al**

For:
Hacker Stephens LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746

Received by Mike Techow on the 26th day of January, 2022 at 3:47 pm to be served on **Planned Parenthood Cameron County Inc., 2140 Babcock Rd, San Antonio, Bexar County, TX 78229**.

I, Mike Techow, being duly sworn, depose and say that on the **28th day of January, 2022** at **10:37 am, I:**

**SERVICE BY CERTIFIED MAIL,** by sending a true copy of the **Summons, Relator's Complaint, Relator's Certificate of Interested Persons, Relator's Notice of Identity [SEALED], Protective Order [SEALED], State of Texas' Notice of Election to Intervene, United States of America's Declination Notice, State of Texas' Complaint in Intervention, and State of Texas' Certificate of Interested Persons** with the date of service endorsed thereon by me, to: **J. Castillo, Planned Parenthood Cameron County Inc.** as **Authorized Agent** at the address of: **2140 Babcock Rd, San Antonio, Bexar County, TX 78229**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  Sent via CMRRR # 7019 2970 0002 1380 9422

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on February 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day
of February, 2022 by the affiant who is personally
known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2022000826
Ref: USA, et al vs. Planned Parenthood, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ ☐ |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by *(Printed Name)* C. Date |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ If YES, enter delivery address below: ☐ |

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0826

9590 9402 5662 9308 8468 05

2. Article Number *(Transfer from service label)*
7019 2970 0002 1380 9422

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail
☐ Registered M
☐ Registered M Delivery
☐ Return Rece Merchandise
☐ Signature Co
☐ Signature Co Restricted D

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Retu

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $          Postmark
☐ Certified Mail Restricted Delivery $        Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0826

7019 2970 0002 1380 9422

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701



## USPS® Item Delivered, Front Desk/Reception/Mail Room 70192970000213809422   Inbox ×

**auto-reply via Info**                                          2:32 PM (0 minutes ago)
to info



Hello **Mike Techow**,

Your item was delivered to the front desk, reception area, or mail room at 10:37 am on January 28, 2022 in SAN ANTONIO, TX 78229.

Tracking Number:
**70192970000213809422**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Planned Parenthood Cameron County Inc.
2140 Babcock Rd
San Antonio, TX 78229
Job # 22-0826

9590 9402 5662 9308 8468 05

2. Article Number (Transfer from service label)
7019 2970 0002 1380 9422

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  J. Castillo
☑ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
1-28.22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt