# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator, | § § § | |
| | § § | |
| The State of Texas<br>*ex rel.* ALEX DOE, Relator, | § § § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| | § § | |
| The State of Louisiana<br>*ex rel.* ALEX DOE, Relator, | § § § | Date:      March 25, 2022 |
| | § § | |
| Plaintiffs, | § § | |
| | § | |
| v. | § § | |
| | § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § § § § § § § § | |
| | § § | |
| Defendants. | § § § § § § § § § | |

## DEFENDANT PLANNED PARENTHOOD FEDERATION OF AMERICA AND PLANNED PARENTHOOD OF GREATER TEXAS'S REPLY WITHDRAWING MOTIONS TO DISMISS FOR IMPROPER SERVICE OF PROCESS

On February 14, 2022, Defendants Planned Parenthood Federation of America ("PPFA") and Planned Parenthood of Greater Texas ("PPGT") filed their motions to dismiss for improper service of process pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) [Dkts. 44 & 46]. After PPFA and PPGT filed their motions, Plaintiffs completed additional attempts at service. In light of these attempts at service, PPFA and PPGT respectfully withdraw their motions to dismiss for improper service of process.[1]

Dated: March 25, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By    /s/ *Craig D. Margolis*
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Murad Hussain
Murad.Hussain@arnoldporter.com
Tirzah Lollar
Tirzah.Lollar@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore

---

[1]     PPFA and PPGT withdraw only their motions to dismiss for improper service [Dkts. 44 & 46]. They continue to move for dismissal of Relator's and the State of Texas's complaints pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6). *See* Dkts. 48 & 50.

1

Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

/s/ *Craig D. Margolis*
Craig D. Margolis