IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § | |
| Defendants. | § | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.3, Relator and the State of Texas hereby request that the Clerk enter default against Defendants for failure to timely file an answer in this case.

Under Federal Rule of Civil Procedure 12(a)(4)(A), a defendant must serve an answer to the complaint within 14 days after notice of the Court's order denying a Rule 12 motion to dismiss. Defendants were served on January 13 and 14, 2022. Dkt. 32, 33. Defendants appeared in this case on January 28, 2022 and filed motions to dismiss under Rule 12 on February 14, 2022. Dkt. 34, 48, 50. On April 29, 2022, the Court granted Defendants' motions as to one of Relator's claims but denied them as to all other claims. Dkt. 71. The Court's order was entered on PACER on April 29, 2022 and sent the same day via ECF notice to Defendants' counsel. Dkt. 71. Under Rule 12(a)(4)(A), Defendants' answer was due 14 days later, or on May 13, 2022. Defendants have thus failed to timely file and serve an answer to the Complaint.

The Clerk should enter Defendants' default. Fed. R. Civ. P. 55(a); L.R. 55.3.

Respectfully submitted.

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
andrew@hackerstephens.com
HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com
HACKER STEPHENS LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)

Attorneys for Relator Alex Doe

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Shawn E. Cowles
Deputy Attorney General for Civil Litigation

/s/ Raymond C. Winter
Raymond Charles Winter
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950
Raymond.Winter@oag.texas.gov
Amy S. Hilton
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

Attorneys for State of Texas

## VERIFICATION

I hereby declare under penalty of perjury that the factual statements in the foregoing Request for Clerk's Entry of Default are true and correct.

Executed on May 17, 2022.

/s/ Andrew B. Stephens
ANDREW B. STEPHENS

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
