IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Opposition to Request for Clerk's Entry of Default and Motion for Extension of Time to File Motion for Reconsideration, or in the Alternative, Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (ECF No. 74). The Court **ORDERS** Relator and Plaintiff State of Texas to respond by **11:59 p.m. (CDT) today, Wednesday, May 18, 2022.**

**SO ORDERED.**

May 18, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE