IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA, INC., *et al.*, § § Defendants. § | 2:21-CV-022-Z |

**ORDER**

On May 17, 2022, Relator and the State of Texas ("Texas") filed a Request for Clerk's Entry of Default (ECF No. 73). Defendants filed an Opposition to that Request and a Motion for Extension of Time to File Motion for Reconsideration, or in the Alternative, Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (ECF No. 74). The Court ordered Relator and Texas to file a response. The Court received the ordered Response (ECF No. 76) and Defendants' Reply (ECF No. 77). Having considered the parties' briefing, the Court finds Defendants' Motion (ECF No. 74) should be and is hereby **DENIED**. The Court **ORDERS** Defendants to file their answer on or before **May 20, 2022**. This Order is without prejudice to Defendants' filing of a motion for reconsideration or certification for interlocutory appeal.

**SO ORDERED**.

May 19, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE