# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>        Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>        Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:    May 24, 2022 |

**DEFENDANTS' MOTION FOR RECONSIDERATION, OR, IN THE ALTERNATIVE, CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively, "Affiliate Defendants"), and Planned Parenthood Federation of America, Inc. ("PPFA") (all collectively, "Defendants") move that this Court reconsider its April 29 Opinion and Order [Dkt. 71] pursuant to Federal Rule of Civil Procedure 54(b) or, in the alternative, certify the order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). In support of their Motion, Defendants respectfully refer the Court to their Memorandum in Support. The parties have conferred, and Plaintiffs' counsel indicated that they oppose this motion.

WHEREFORE, Defendants respectfully move that this Honorable Court reconsider or, in the alternative, certify for interlocutory appeal its April 29 Opinion and Order.

| | |
|---|---|
| Dated: May 24, 2022 | Respectfully submitted,<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br><br>By:   */s/ Craig D. Margolis*_____<br>         Craig D. Margolis<br>         Craig.Margolis@arnoldporter.com<br>         Murad Hussain<br>         Murad.Hussain@arnoldporter.com<br>         Tirzah Lollar<br>         Tirzah.Lollar@arnoldporter.com<br>         601 Massachusetts Ave, NW<br>         Washington, DC 20001-3743<br>         Telephone: +1 202.942.6127<br>         Fax: +1 202.942.5999<br><br>         Christopher M. Odell<br>         Texas State Bar No. 24037205<br>         Christopher.Odell@arnoldporter.com<br>         700 Louisiana Street, Suite 4000 |

Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Craig D. Margolis*
Craig D. Margolis