## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX DOE, §§§ | |
| THE STATE OF TEXAS *ex rel.* ALEX DOE, §§ | |
| THE STATE OF LOUISIANA *ex rel.* ALEX DOE, §§ | |
| *Plaintiffs/Relator*, §§ | |
| v. §§ | NO. 2:21-CV-22-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., §§ | |
| PLANNED PARENTHOOD GULF COAST, INC., §§ | |
| PLANNED PARENTHOOD OF GREATER TEXAS, INC., §§ | |
| PLANNED PARENTHOOD SOUTH TEXAS, INC.,§ | |
| PLANNED PARENTHOOD CAMERON COUNTY, INC., §§ | |
| PLANNED PARENTHOOD SAN ANTONIO, INC.,§§ | |
| *Defendants.* § | |

## NOTICE OF APPEARANCE

The undersigned attorneys hereby appear as counsel of record for Defendant Planned Parenthood Federation of America, Inc. and request delivery of all filings in this matter.

### Lead Attorney

Leah Godesky (*pro hac vice* application forthcoming)
    lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

**Other Attorneys of Record**

Danny S. Ashby
   Texas Bar No. 01370960
   dashby@omm.com
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

Justin R. Chapa
   Texas Bar No. 24074019
   jchapa@omm.com
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

Amanda Santella (*pro hac vice* application forthcoming)
   asantella@omm.com
1625 Eye Street NW
Washington, D.C. 20006
T: (202) 383-5300

Mr. Ashby and Mr. Chapa are admitted to the United States District Court for the Northern District of Texas.  Ms. Godesky and Ms. Santella will be submitting *pro hac vice* applications shortly.  All attorneys are members in good standing of their respective state bars.

Dated:   June 2, 2022

Respectfully submitted,

**O'MELVENY & MYERS LLP**

*/s/ Justin R. Chapa*
Danny S. Ashby
    Texas Bar No. 01370960
    dashby@omm.com
Justin R. Chapa
    Texas Bar No. 24074019
    jchapa@omm.com
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

Leah Godesky (*pro hac vice* forthcoming)
    lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

Amanda Santella (*pro hac vice* forthcoming)
    asantella@omm.com
1625 Eye Street NW
Washington, D.C. 20006
T: (202) 383-5300

*Attorneys for Defendant Planned Parenthood*
*Federation of America, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court's CM/ECF system on June 2, 2022 and that service therefore was made electronically on all counsel of record.

*/s/Justin R. Chapa*
Justin R. Chapa

3