IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America § <br> §<br> *ex rel.* ALEX DOE, Relator, § <br> §<br> §<br> §<br> §<br> The State of Texas § <br> §<br> *ex rel.* ALEX DOE, Relator, § <br> §<br> §<br> §<br> The State of Louisiana § <br> §<br> *ex rel.* ALEX DOE, Relator, § <br> §<br> Plaintiffs, § <br> §<br> v. § <br> §<br> Planned Parenthood Federation of America, Inc., § <br> Planned Parenthood Gulf Coast, Inc., Planned § <br> Parenthood of Greater Texas, Inc., Planned § <br> Parenthood South Texas, Inc., Planned Parenthood § <br> Cameron County, Inc., Planned Parenthood San § <br> Antonio, Inc., § <br> §<br> Defendants. § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br> Date:   June 3, 2022 |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.**

PLEASE TAKE NOTICE that, upon consent of Defendant Planned Parenthood Federation of America, Inc. ("PPFA"), Arnold & Porter Kaye Scholer LLP and its attorneys withdraw as counsel of record for PPFA. The individual attorneys from Arnold & Porter who have appeared as counsel of record for PPFA and thus are withdrawing pursuant to this notice are: Christopher M. Odell, Craig D. Margolis (*pro hac vice*), Tirzah S. Lollar (*pro hac vice*), and Murrad Hussain (*pro hac vice*).

Arnold & Porter requires withdrawal as counsel for PPFA because PPFA has engaged new counsel from O'Melveny & Myers, LLP [Dkt. 84].

Arnold & Porter will continue to represent the other defendants in this matter: Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.

DATED: June 3, 2022

/s/ *Tirzah S. Lollar*
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Murad Hussain
Murad.Hussain@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar