IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Some parties to this litigation are represented by counsel not admitted to practice before the United States District Court for the Northern District of Texas. The Court **ORDERS** all counsel not admitted to practice before the Court to either: (1) provide the Court satisfactory documentation of membership of the Bar of this Court; or (2) apply for admission *pro hac vice*. Counsel must provide membership documentation or apply for admission *pro hac vice* **on or before Friday, June 24, 2022**. Failure to apply for admission *pro hac vice* may prohibit an attorney from continuing his or her representation in this case. *See Hall v. Sw. Airlines Co.*, 282 F.R.D. 419, 420 (N.D. Tex. 2012); N.D. TEX. L.R. 83.9 (reciting *pro hac vice* requirements).

**SO ORDERED.**

June 6, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE