IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATIONOF AMERICA, INC., *et al.*, § <br> § <br> Defendant. § | 2:21-CV-022-Z |

### ORDER

Ms. Tirzah Lollar and Mr. Craig Margolis applied for admission to practice before the Court *pro hac vice*. *See* ECF Nos. 86, 87. On their applications, Ms. Lollar and Mr. Margolis list their local counsel as Mr. Christopher Odell in Houston, Texas. *See* ECF Nos. 86, 87. Northern District of Texas Local Rule 83.10(a) requires local counsel to reside or maintain a principal office in this district and the local counsel's residence or principal office must be located within 50 miles of the courthouse in the division in which the case is pending. The Court — however — understands Ms. Lollar's and Mr. Margolis's local counsel to be Mr. Ryan Brown of Amarillo, Texas. *See* ECF No. 37. The Court defers ruling on Ms. Lollar's and Mr. Margolis's applications. The Court **ORDERS** Ms. Lollar and Mr. Margolis to supplement their applications with appropriate local counsel.

**SO ORDERED**.

June 9, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE