IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATES OF TEXAS,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF LOUISIANA,<br>*ex rel.* ALEX DOE, Relator,<br>    *Plaintiffs*,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF<br>AMERICA, INC., *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2-21-CV-022-Z |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

The State of Texas files this Unopposed Motion to Withdraw Counsel in the above-styled case, and respectfully shows as follows:

1. The State of Texas is represented by the Office of Attorney General in the above-captioned cause. Its lead counsel is Assistant Attorney General Raymond C. Winter.

2. Assistant Attorney General Halie Daniels was previously counsel for the State of Texas in the above-captioned cause.

3. Ms. Daniels is no longer employed by the Office of Attorney General. Accordingly, she no longer has authority to represent the State of Texas in this matter. *See, e.g.*, *Pub. Utility Comm'n of Tex. v. Cofer*, 754 S.W.2d 121, 123 (Tex. 1988) (holding that "assistant attorneys general have no constitutional or statutory authority that is not derived directly from the Attorney General himself").

4. Undersigned counsel and Assistant Attorney General Amy Hilton will remain counsel of record for the State of Texas.

5. Defendants are unopposed to this Motion.

6. For the foregoing reasons, the State of Texas respectfully requests that the Court note the withdrawal of Halie Daniels as counsel of record in the above-styled and numbered case.

Dated:  June 14, 2022                Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Raymond Charles Winter*
**RAYMOND CHARLES WINTER**
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950
Direct: (512) 936-1709
Raymond.Winter@oag.texas.gov

**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
State Bar No. 24097834
Direct: (512) 936-1327
Amy.Hilton@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

On June 14, 2022, I conferred with counsel for Defendants, Tirzah Lollar, who indicated Defendants are unopposed to this motion.

                                            */s/ Raymond C. Winter*
                                            **RAYMOND C. WINTER**
                                            Chief, Civil Medicaid Fraud Division

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on June 14, 2022, causing electronic service on all counsel of record

                                            */s/ Raymond C. Winter*
                                            **RAYMOND C. WINTER**
                                            Chief, Civil Medicaid Fraud Division