IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § § | |
| THE STATES OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, *Plaintiffs*, | § § § § § | |
| v. | § § | Civil Action No. 2-21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, *Defendants*. | § § § § | |

**ORDER**

Before the Court is the State of Texas's Unopposed Motion to Withdraw Halie Daniels as counsel for the State of Texas. After due consideration, the Court finds that said motion is meritorious and should be **GRANTED**.

IT IS THERFORE **ORDERED** that the motion to withdraw Halie Daniels as counsel for the State of Texas is **GRANTED**. The Clerk is instructed to remove Ms. Daniels from the electronic service list in this cause.

SIGNED this \_\_\_\_ day of June 2022.

_____
United States District Judge
Matthew J. Kacsmaryk