IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 1 2022

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Application for Admission *Pro Hac Vice* ("Application")

(ECF No. 92), filed on June 9, 2022. Leah Godesky is an attorney licensed to practice law in the

State of California. Ms. Godesky represented to the Court that she has read *Dondi Properties Corp. v.*

*Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local

Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi*

and the Local Rules. Ms. Godesky has obtained local counsel. *See* ECF No. 92 at 3.

After considering the Application and related filings, the Court finds the Application

should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Godesky may represent

Defendants in this matter, subject to further order of the Court.

**SO ORDERED**.

June **21**, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE