IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD FEDERATION § <br> OF AMERICA, INC., *et al.*, § <br> § <br> Defendants. § | 2:21-CV-022-Z |

# ORDER

Before the Court is Defendants' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 86), filed on June 7, 2022, and Supplemental Document Demonstrating Local Counsel (ECF No. 90), filed on June 9, 2022. Tirzah Lollar is an attorney licensed to practice law in the District of Columbia. Ms. Lollar represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi* and the Local Rules. Ms. Lollar has obtained local counsel. *See* ECF No. 90.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Lollar may represent Defendants in this matter, subject to further order of the Court.

**SO ORDERED**.

June 21, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE