IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA, INC., *et al.*, § § Defendants. § | 2:21-CV-022-Z |

# ORDER

Before the Court is Plaintiff the State of Texas's Unopposed Motion to Withdraw Halie Daniels as Counsel ("Motion") (ECF No. 94), filed on June 14, 2022. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED**.

June 21, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE