**O'Melveny**

O'Melveny & Myers LLP
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201

T: +1 972 360 1900
F: +1 972 360 1901
omm.com

June 27, 2022

**Danny S. Ashby**
D: +1 214 577 9886
dashby@omm.com

<u>VIA ECF</u>

Hon. Matthew J. Kacsmaryk
United States District Court
205 SE 5th Avenue, Room 123
Amarillo, TX 79101-1559

> Re: Defendants' Opposition to Plaintiffs' Motion for Entry of Protective Order in *United States ex rel. Doe v. Planned Parenthood Federation of America*, et al., No. 2:21-CV-00022-Z

Dear Judge Kacsmaryk:

I write on behalf of Defendants to explain why the Opposition to Plaintiffs' Motion for Entry of Protective Order [DE 103] was filed late. We worked diligently through the weekend and today to comply with the Court's Order requiring a response to Plaintiffs' motion by 5:00 p.m. CST, but due to unforeseen technical complications relating to redactions in the publicly filed version of the Opposition, we missed the deadline. I sincerely apologize for this error.

Respectfully submitted,

<u>/s/ Danny S. Ashby</u>
Danny S. Ashby

*Counsel for Defendant Planned Parenthood Federation of America, Inc.*

cc: Counsel for Plaintiffs (via ECF)