IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z |

**[PROPOSED] ORDER ON AFFILIATE DEFENDANTS' MOTION TO COMPEL**

After considering Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.'s Motion to Compel Subpoena Responses from Third-Party U.S. Department of Health and Human Services ("HHS") ("the Motion"), the Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that HHS shall respond in full to Defendants' Subpoena on a rolling basis within 10 days of this Order. It is further **ORDERED** that HHS shall produce a privilege log within 10 days of the completion of their document production.

[If upon consideration of Defendants' Motion for Extension of Schedule, which was filed concurrently with the Motion,] It therefore is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that HHS shall respond in full to Defendant's Subpoena by August 1, 2022, and produce a privilege log within 10 days of the completion of their document production.

Signed this _____ day of _____, 2022.

_____
Judge, Presiding