IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Texas §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Louisiana §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>Planned Parenthood Federation of America, Inc., §<br>Planned Parenthood Gulf Coast, Inc., Planned §<br>Parenthood of Greater Texas, Inc., Planned §<br>Parenthood South Texas, Inc., Planned Parenthood §<br>Cameron County, Inc., Planned Parenthood San §<br>Antonio, Inc., §<br>§<br>    Defendants. §<br>§ | CIVIL ACTION NO. 2:21-CV-00022-Z |

### [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF SCHEDULE

After considering Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., and Planned Parenthood Federation of America, Inc.'s Motion for Extension of Schedule ("the Motion"), the Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

US 172129271v1

It therefore is **ORDERED** that the Motion is **GRANTED** and the schedule for this matter is hereby extended for four months. It is further **ORDERED** that the Parties adhere to the following deadlines:

| EVENT | Deadline |
|---|:---:|
| **Start of Discovery** | 5/11/2022 |
| **Joinder of Parties** | *With leave* |
| **Amendment of Pleadings** | 5/13/22 |
| **Initial Expert Designation & Report** | 11/4/22 |
| **Responsive Expert Designation & Report** | 12/2/22 |
| **Rebuttal Expert Designation** | 12/19/23 |
| **Close of Discovery** | 1/27/23 |
| **Dispositive Motions** | 2/28/23 |
| **Pretrial Disclosures & Objections** | 5/10/23 |
| **Expert Objections** | 5/22/23 |
| **Pretrial Materials** | 6/1/23 |
| **Exhibits** | 6/12/23 |
| **Pretrial Conference** | 6/16/23 |
| **Trial** | 6/22/23 |

Signed this _____ day of _____, 2022.

_____
Judge, Presiding