# EXHIBIT L

| Case Caption | District | Start of Discovery | Close of Discovery | Length of Discovery (Months) |
|---|---|---|---|---|
| Weisshaus v. Teichelman 2:22-cv-35 | NDTX | 5/24/2022 | 2/3/2023 | 8.0 |
| Monden v. Consolidated Nuclear Security, LLC 2:22-cv-4 | NDTX | 5/17/2022 | 11/4/2022 | 5.5 |
| Roberson v. NI Investments LLC 2:22-cv-2 | NDTX | 4/13/2022 | 10/31/2022 | 6.5 |
| Medrano v. Apollo Medflight, LLC 2:21-cv-268 | NDTX | 3/31/2022 | 11/17/2022 | 7.5 |
| Fehr et al. v. Allstate 2:21-cv-250 | NDTX | 2/10/2022 | 9/16/2022 | 7.0 |
| Hernandez v. JBS Carriers, Inc. 2:21-cv-247 | NDTX | 2/24/2022 | 9/16/2022 | 6.5 |
| Laur v. Safeco Ins. Co. of Indiana 2:21-cv-246 | NDTX | 2/15/2022 | 12/16/2022 | 10.0 |
| Wallace et al. v. Cal Farley's Boys Ranch 2:21-cv-239 | NDTX | 3/8/2022 | 12/1/2022 | 9.0 |
| Amphay v. Allstate 2:21-cv-219 | NDTX | 12/17/2021 | 12/13/2022 | 12.0 |
| McCarty v. Maison Ins. Co. 2:21-cv-211 | NDTX | 12/21/2021 | 9/1/2022 | 8.5 |
| Akins v. Valley Proteins, Inc. 2:21-cv-193 | NDTX | 4/13/2022 | 11/4/2022 | 7.0 |
| Kelso v. Two Properties, Ltd. 2:21-cv-184 | NDTX | 1/11/2022 | 10/14/2022 | 9.0 |
| Kelso v. JPL Properties, LLC. 2:21-cv-177 | NDTX | 11/24/2021 | 8/26/2022 | 9.0 |
| Neese v. Becerra 2:21-cv-163 | NDTX | 5/11/2022 | 7/29/2022 | 2.5 |
| Brown v. H&H Transp., Inc. 2:21-cv-162 | NDTX | 11/16/2021 | 9/16/2022 | 10.0 |
| Barnett v. CMFG Life Ins. Co. 2:21-cv-159 | NDTX | 10/14/2021 | 8/15/2022 | 10.0 |
| Johnson v. Tyson Foods, Inc. 2:21-cv-156 | NDTX | 10/5/2021 | 10/12/2022 | 12.0 |
| Kranthoven v. Allstate 2:21-cv-154 | NDTX | 9/30/2021 | 9/1/2022 | 11.0 |
| Fisher v. Ducheneaux 2:21-cv-147 | NDTX | 11/8/2021 | 9/9/2022 | 10.0 |
| Hand v. Trumbull Ins. Co. 2:21-cv-135 | NDTX | 1/6/2022 | 1/10/2023 | 12.0 |
| **Average Length of FCA Discovery** | | | | **8.5** |