# EXHIBIT M

| Case Caption | District | Start of Discovery | Close of Discovery | Length of Discovery (Months) |
|---|---|---|---|---|
| U.S. v. Career Opportunities Inc. 3:16-cv-03248 | NDTX | 9/26/2017 | 7/2/2018 | 9.0 |
| U.S. v. Sightline Health LLC 3:16-cv-03203 | NDTX | 2/8/2019 | 3/1/2020 | 12.5 |
| U.S. ex rel. Beck v. St. Joseph Health Sys. 5:17-cv-00052 | NDTX | 12/16/2019 | 4/12/2021 | 16.0 |
| Burke v. City of Fort Worth 4:19-cv-00744 | NDTX | 1/9/2020 | 9/11/2020 | 8.0 |
| U.S. ex rel. Grynberg Prod. Corp. v. Kinder Morgan CO2 Co. 3:18-cv-1775 | NDTX | 2/19/2020 | 6/9/2021 | 15.5 |
| Hirsch v. Prescription Health 3:19-CV-02436 | NDTX | 2/27/2020 | 9/15/2020 | 6.5 |
| Nichols v. Baylor Scott & White Health 3:19-cv-01883 | NDTX | 4/20/2020 | 12/6/2020 | 7.5 |
| Haight v. RRSA (Commercial) LLC 3:16-cv-01975 | NDTX | 5/27/2020 | 2/19/2021 | 9.0 |
| Malik v. Texas Health Harris Methodist Hosp. Fort Worth 4:19-cv-00553 | NDTX | 12/31/2020 | 9/17/2021 | 8.5 |
| Jacobs v. Southwest Transplant Alliance 3:20-cv-03620 | NDTX | 1/14/2021 | 11/26/2021 | 10.0 |
| Tellez v. Texas Hospice Providers LLC 3:20-cv-03735 | NDTX | 5/19/2021 | 3/2/2022 | 9.5 |
| Oyekwe v. Federal Express Corp. 3:21-cv-01075 | NDTX | 6/14/2021 | 2/28/2022 | 8.5 |
| Schwartz v. USP LP Texas 3:21-cv-01312 | NDTX | 8/18/2021 | 5/27/2022 | 9.0 |
| U.S. v. Cockerell Dermapathology P.A. 3:21-cv-00672 | NDTX | 10/29/2021 | 7/1/2022 | 8.0 |
| Harris v. PAM Health LLC 3:21-CV-02748 | NDTX | 1/11/2022 | 4/10/2023 | 15.0 |
| U.S. v. Healthcare Associates of Texas 3:19-cv-02486 | NDTX | 1/20/2022 | 5/14/2023 | 15.5 |
| U.S. ex rel. Dean v. Paramedics Plus LLC 4:14-cv-203 | EDTX | 5/26/2017 | 1/1/2018 | 7.0 |
| U.S. ex rel. Strong v. Wiley College 2:16-cv-284 | EDTX | 10/4/2017 | 1/11/2018 | 3.0 |
| Health Choice Group, LLC v. Bayer Corp. 5:17-cv-126 | EDTX | 4/4/2018 | 6/14/2019 | 14.0 |
| Health Choice Alliance, LLC v. Eli Lilly 5:17-cv-123 | EDTX | 4/24/2018 | 3/15/2019 | 10.5 |
| Health Choice Advocates v. Gilead 5:17-cv-121 | EDTX | 5/5/2018 | 6/14/2019 | 13.0 |
| U.S. ex rel. Fisher v. JPMorgan 4:16-cv-395 | EDTX | 1/22/2019 | 6/28/2019 | 5.0 |

| Case Caption | District | Start of Discovery | Close of Discovery | Length of Discovery (Months) |
|---|---|---|---|---|
| U.S. ex rel. Magee v. Tex. Heart Hosp. 4:16-cv-717 | EDTX | 3/1/2019 | 7/22/2019 | 4.5 |
| U.S. ex rel. Mitchell v. CIT Bank, N.A 4:14-cv-833 | EDTX | 1/28/2020 | 8/10/2020 | 6.5 |
| Miller v. Daybreak Venture, LLC 1:20-cv-000010 | EDTX | 4/15/2020 | 10/27/2020 | 6.45 |
| U.S. ex rel. Roshan v. E. Tex. Med. Ctr. 6:16-cv-1128 | EDTX | 1/11/2021 | 8/16/2021 | 7.0 |
| U.S. ex rel. Wheeler v. Union Treatment Ctrs., L.L.C. 5:13-CV-00004 | WDTX | 3/29/2018 | 8/28/2018 | 5.0 |
| U.S. ex re.l Zelickowski v. Albertsons LLC SA-15-CV-00957 | WDTX | 6/6/2018 | 2/4/2019 | 8.0 |
| U.S. ex rel. University Loft v. Blue Furniture Sols., LLC A-15-CV-0588LY | WDTX | 8/24/2018 | 3/4/2019 | 6.0 |
| U.S. ex rel. Montcrieff v. Peripheral Vascular Assocs., P.A. SA-17-CV-00317 | WDTX | 4/5/2019 | 9/26/2019 | 5.5 |
| U.S. ex rel. Integra Med. Analytics, LLC v. Creative Solutions 5:17-cv-1249 | WDTX | 6/24/2019 | 6/1/2020 | 11.0 |
| U.S. ex rel. Campbell v. KIC Dev., LLC 3:18-cv-193 | WDTX | 6/28/2019 | 1/10/2020 | 6.5 |
| U.S. ex rel. Montes Jr. v. Main Building Maintenance, Inc. 5-16-CV-00523 | WDTX | 11/8/2019 | 7/6/2020 | 8.0 |
| U.S. ex rel. Babcock v. Coastal Health & Wellness 3:17-cv-109 | SDTX | 12/8/2017 | 1/31/2019 | 14.0 |
| Veterans First Med. Supply LLC v. Tactile Med. Sys. Tech. Inc. 4:18-cv-2871 | SDTX | 1/15/2020 | 11/30/2020 | 10.5 |
| U.S. ex rel. Jacobs v. Walgreen 4:19-cv-5021 | SDTX | 6/9/2020 | 12/31/2020 | 6.5 |
| Elsdon v. U.S. Physical Therapy, Inc. 4:18-CV-01766 | SDTX | 10/28/2021 | 12/30/2022 | 14.0 |
| Crutch v. Reliant Pro Rehab 4:21-cv-02725 | SDTX | 11/5/2021 | 11/4/2022 | 12.0 |
| | | | | |
| **Average Length of FCA Discovery** | | | | 9.0 |