# EXHIBIT N

| EVENT | JPSO [DKT 56] (March 2, 2022) | Scheduling Order [DKT 72] (May 11, 2022) | DEFENDANTS' PROPOSED DATES |
|---|---|---|---|
| **Start of Discovery** | 3/2/2022 | 5/11/2022 | 5/11/2022 |
| **Joinder of Parties** | 4/1/22 | *With leave* | *With leave* |
| **Amendment of Pleadings** | 5/12/22 | 5/13/22 | 5/13/22 |
| **Initial Expert Designation & Report** | Designation: 7/21/22 Report: 7/28/22 | 7/1/22 | 11/4/22 |
| **Responsive Expert Designation & Report** | Designation: 8/25/22 Report: 9/1/22 | 8/1/22 | 12/2/22 |
| **Rebuttal Expert Designation** | 9/22/22 | 8/21/22 | 12/19/23 |
| **Close of Discovery** | 10/13/22 | 9/30/22 | 1/27/23 |
| **Dispositive Motions** | 10/27/22 | 11/1/22 | 2/28/23 |
| **Pretrial Disclosures & Objections** | 1/10/22 | 1/18/23 | 5/10/23 |
| **Expert Objections** | 10/13/22 | 1/23/23 | 5/22/23 |
| **Pretrial Materials** | 1/10/22 | 2/2/23 | 6/1/23 |
| **Exhibits** | 1/10/22 | 2/13/23 | 6/12/23 |
| **Pretrial Conference** | 1/10/22 | 2/17/23 | 6/16/23 |
| **Trial** | 1/30/22 | 2/23/23 | 6/22/23 |