IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Extension of Schedule ("Motion") (ECF No. 107), filed on June 27, 2022. The Court **ORDERS** Relator and State of Texas to respond to the Motion **on or before 5:00 p.m. (CDT) on Wednesday, July 6, 2022**. Defendants may reply to Relator's and State of Texas's response **on or before 5:00 (CDT) on Friday, July 8, 2022**.

**SO ORDERED**.

June 28, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE