IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

On June 8, 2022, the Court ordered "all counsel not admitted to practice before the Court to either: (1) provide the Court satisfactory documentation of membership of the Bar of this Court; or (2) apply for admission *pro hac vice*." ECF No. 88 at 1. Mr. Murad Hussain — who appeared on Defendants' behalf — has not provided "satisfactory documentation of membership of the Bar of this Court" or "appl[ied] for admission *pro hac vice*." *Id.* Accordingly, the Court **ORDERS** Mr. Hussain may not further represent Defendants before the Court until he provides documentation of membership of the Bar of this Court or applies for admission *pro hac vice*.

**SO ORDERED**.

June 29, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE