IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**JUN 2 9 2022**

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 8, 2022, the Court ordered "all counsel not admitted to practice before the Court

to either: (1) provide the Court satisfactory documentation of membership of the Bar of this Court;

or (2) apply for admission *pro hac vice*." ECF No. 88 at 1. Ms. Amanda Santella — who appeared

on Defendant Planned Parenthood Federation of America, Inc.'s ("Defendant") behalf — has not

provided "satisfactory documentation of membership of the Bar of this Court" or "appl[ied] for

admission *pro hac vice*." *Id.* Accordingly, the Court **ORDERS** Ms. Santella may not further

represent Defendant before the Court until she provides documentation of membership of the Bar

of this Court or applies for admission *pro hac vice*.

**SO ORDERED**.

June **29**, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE