IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Document Out of Time ("Motion") (ECF No. 111), filed on June 28, 2022. Having considered the pleadings and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED**.

June 29, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE