# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § | |
| *Defendants*. | § § § | |

**PLAINTIFFS' DESIGNATION OF TESTIFYING EXPERT WITNESS**

Pursuant to the Scheduling Order (Dkt. 72), Plaintiffs hereby file their Designation of Testifying Expert Witness in the above-captioned case as follows:

### **RETAINED EXPERT**

Donald E. Lochabay, Jr., CMA
Managing Director
Alvarez & Marsal Disputes and Investigations
2100 Ross Avenue
21st Floor
Dallas, Texas 75201
(214) 438-8440

A detailed description of the opinions Mr. Lochabay will offer, and the bases for same, is contained in the Expert Report of Donald E. Lochabay, Jr., which are being served on Defendants today in accordance with Federal Rule of Civil Procedure 26(a)(2)(B).

Plaintiffs further reserve the right to designate rebuttal experts pursuant to ¶ 5 of Scheduling Order and any amendments thereto. Plaintiffs further reserve the right to supplement and/or amend these designations, if necessary, in response to additional information and discovery, pursuant to the Federal Rules of Civil Procedure.

    Respectfully submitted,

    **KEN PAXTON**
    Attorney General of Texas

    **BRENT WEBSTER**
    First Assistant Attorney General

    **GRANT DORFMAN**
    Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Raymond Charles Winter*
**RAYMOND CHARLES WINTER**
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950

**AMY S. HILTON**
Assistant Attorney General
State Bar No. 24097834


Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov

**ATTORNEYS FOR THE STATE OF TEXAS**


*/s/ Andrew B. Stephens*
**ANDREW B. STEPHENS**
Texas Bar No. 24079396
**HEATHER GEBELIN HACKER**
Texas Bar No. 24103325

HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

**ATTORNEYS FOR RELATOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on July 1, 2022, causing electronic service on all counsel of record.

*/s/ Raymond Charles Winter*
**Raymond C. Winter**