IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § |
| Plaintiffs, | § |
| v. | § 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § |
| Defendants. | § |

**ORDER**

Before the Court is Defendants' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 119), filed on July 12, 2022. Paula R. Ramer is an attorney licensed to practice law in New York. Ms. Ramer represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi* and the Local Rules. Ms. Ramer has obtained local counsel. *See* ECF No. 119 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Ramer may represent Defendants in this matter, subject to further order of the Court.

**SO ORDERED.**

July 13, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE