IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>     Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>     Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MAY 26, 2022 SUBPOENA AND MOTION TO COMPEL [DKTS. 106, 108]

PLEASE TAKE NOTICE that Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (collectively, "Defendants") hereby withdraw their May 26, 2022 subpoena issued to the U.S. Department of Health and Human Services ("HHS"), and its constituent agencies (Dkt. 106-3), and their motion to compel production of documents responsive to that subpoena (Dkts. 106, 108).

As discussed in greater detail in the motion to compel (Dkt. 106), Defendants previously met and conferred with the Department of Justice, HHS, the Centers for Medicare & Medicaid Services ("CMS"), a component of HHS (collectively, the "Government"), regarding the scope of Defendants' subpoena and the Government's efforts to produce documents responsive to the subpoena. The Government recently contacted counsel for Defendants and requested additional time to continue to meet and confer regarding these issues to determine if the current dispute can be avoided or, at a minimum, limited.

Defendants are mindful of the Court's clear instructions that efforts to delay resolution of the case will not be permitted (Dkt. 122) and do not intend to use a delay, if any, in their efforts to obtain discovery from the Government as grounds to seek any extension of the schedule. Rather, Defendants and the Government will continue their discussions in good faith to determine whether they can come to an agreement or at least narrow the scope of the dispute, which would preserve judicial resources. Counsel for the Government has represented that if the parties are unsuccessful in their efforts to avoid a dispute and a new motion to compel documents becomes necessary, the Government will not object to that motion on procedural grounds stemming from Defendants' agreement to withdraw their subpoena and prior motion to compel, including as to the timeliness of a new motion to compel.

Accordingly, Defendants hereby withdraw their May 26, 2022 subpoena and their June 27, 2022 motion to compel (Dkts. 106, 108) without prejudice to their ability to file a new motion to compel should the need arise. Defendants and the Government have agreed to continue to meet and confer and that Defendants will issue a new subpoena to the Government by August 1, 2022 with a response date seven days later.

Dated: July 18, 2022                           Respectfully submitted,

                                                          **ARNOLD & PORTER KAYE SCHOLER LLP**

By    /s *Tirzah S. Lollar*
CRAIG D. MARGOLIS (admitted *pro hac vice*)
Craig.Margolis@arnoldporter.com
TIRZAH S. LOLLAR (admitted *pro hac vice*)
Tirzah.Lollar@arnoldporter.com
CHRISTIAN D. SHEEHAN (admitted *pro hac vice*)
Christian.Sheehan@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-6000
Fax: (202) 942-5999

CHRISTOPHER M. ODELL
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

**BLACKBURN BROWN LLP**
RYAN PATRICK BROWN
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Affiliate Defendants*

...

**O'MELVENY & MEYERS LLP**

*/s Danny S. Ashby*
DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
JUSTIN R. CHAPA
Texas Bar No. 24074019
jchapa@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Tel: (972) 360-1900
Fax: (972) 360-1901

LEAH GODESKY (admitted *pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
Fax: (310) 246-6779

**BLACKBURN BROWN LLP**
RYAN PATRICK BROWN
Texas Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore Street
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 18, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

/s Tirzah S. Lollar
Tirzah S. Lollar
