**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:21-CV- |
| The State of Texas | § | 00022-Z |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | Date:     July 18, 2022 |
| | § | |
| | § | |
| | § | |
| The State of Louisiana | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., | § | |
| Planned Parenthood Gulf Coast, Inc., Planned | § | |
| Parenthood of Greater Texas, Inc., Planned | § | |
| Parenthood South Texas, Inc., Planned Parenthood | § | |
| Cameron County, Inc., Planned Parenthood San | § | |
| Antonio, Inc., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**AFFILIATE DEFENDANTS' MOTION TO COMPEL TO THE STATE OF TEXAS**

Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of

Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned

Parenthood Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio,

Inc. ("PP San Antonio") (together, "Affiliate Defendants") respectfully move the Court pursuant

to Federal Rule of Civil Procedure ("FRCP") 37 for an order overruling discovery objections

asserted by the State of Texas ("Texas") and compelling Texas's production of complete written

responses and responsive documents in response to Affiliate Defendants' Interrogatories and Requests for Production (collectively, "Discovery Requests"). In support of their Motion, Defendants respectfully refer the Court to their Brief in Support.

WHEREFORE, Affiliate Defendants request that this Court should overrule Texas's objections to interrogatories 2, and 4-18, as well as requests for production 3, 4, 6, 9-18, 21-39, 41-43, and 45 and order Texas to provide complete verified responses and produce all responsive documents. This Court should also order Texas to produce a privilege log for any of its assertions of privileges.

Dated: July 18, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:   */s/ Tirzah S. Lollar*
      Craig D. Margolis
      Craig.Margolis@arnoldporter.com
      Tirzah S. Lollar
      Tirzah.Lollar@arnoldporter.com
      Christian Sheehan
      Christian.Sheehan@arnoldporter.com
      601 Massachusetts Ave, NW
      Washington, DC 20001-3743
      Telephone: +1 202.942.6127
      Fax: +1 202.942.5999

      Christopher M. Odell
      Texas State Bar No. 24037205
      Christopher.Odell@arnoldporter.com
      700 Louisiana Street, Suite 4000
      Houston, TX 77002-2755
      Telephone: +1 713.576.2400
      Fax: +1 713.576.2499

      Ryan Patrick Brown
      Texas State Bar No. 24073967
      brown@blackburnbrownlaw.com

1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned
Parenthood Gulf Coast, Inc., Planned
Parenthood of Greater Texas, Inc.,
Planned Parenthood South Texas, Inc.,
Planned Parenthood Cameron County,
and Planned Parenthood San Antonio*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 18, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.


*/s/ Tirzah S. Lollar*
Tirzah S. Lollar

## <u>CERTIFICATE OF CONFERENCE</u>

On July 6 and July 7, in accordance with Local Rule 7.1(b), counsel for Defendants certify that they conferred with counsel for Relator and counsel for Texas regarding the relief requested in this motion.  Several attorneys for Texas participated, but Raymond Winter from the Office of the Texas Attorney General spoke for Texas.  Relator's counsel Andrew Stephens participated in the conference.  Mr. Winter and Mr. Stephens stated that Relator and Texas are opposed.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar