IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>      Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>      Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:     July 18, 2022 |

**[PROPOSED] ORDER ON AFFILIATE DEFENDANTS' MOTION TO COMPEL**

After considering Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.'s (collectively, "Affiliate Defendants") Motion to Compel Discovery Responses from the State of Texas ("Texas") ("the Motion"), the Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Texas should provide complete and verified responses to Affiliate Defendants Interrogatory Requests 2 and 4-18 within ten (10) days from the entry of this order. It is also **ORDERED** that Texas should produce responsive documents to Affiliate Defendants' requests for production 3, 4, 6, 9-18, 21-39, 41-43, and 45 within ten (10) days from the entry of this order. Texas is also **ORDERED** to produce a privilege log for any of its assertions of privileges.

Signed this _____ day of _____, 2022.

_____
Judge, Presiding