IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**PARTIES' JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

The State of Texas and Relator Alex Doe ("Plaintiffs") and Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San

Antonio, Inc. ("Defendants"), respectfully move this Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, to enter the Parties' Joint Proposed Protective Order attached hereto as Exhibit 1.

Per the Court's Order granting in part Plaintiffs' Motion for Entry of Protective Order (ECF No. 124), the parties have conferred and hereby submit the Parties' Joint Proposed Protective Order attached hereto as Exhibit 1.

WHEREFORE, the Parties respectfully request that their Joint Motion for Entry of Protective Order be Granted and the Parties' Joint Proposed Protective Order be entered in this matter.

Dated: July 19, 2022

Respectfully submitted,

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER, LLP** | **KEN PAXTON**<br>Attorney General of Texas |
| */s/ Tirzah S. Lollar*<br>**CRAIG D. MARGOLIS** (admitted *pro hac vice*)<br>Craig.Margolis@arnoldporter.com | **BRENT WEBSTER**<br>First Assistant Attorney General |
| **TIRZAH S. LOLLAR** (admitted *pro hac vice*)<br>Tirzah.Lollar@arnoldporter.com | **GRANT DORFMAN**<br>Deputy First Assistant Attorney General |
| **CHRISTIAN D. SHEEHAN** (admitted *pro hac vice*)<br>Christian.Sheehan@arnoldporter.com | **SHAWN E. COWLES**<br>Deputy Attorney General for Civil Litigation |
| 601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Tel: (202) 942-6000<br>Fax: (202) 942-5999 | */s/ Raymond C. Winter*<br>**RAYMOND CHARLES WINTER**<br>Chief, Civil Medicaid Fraud Division<br>Texas Bar No. 21791950 |
| **PAULA RAMER** (admitted *pro hac vice*)<br>Paula.Ramer@arnoldporter.com | **AMY S. HILTON**<br>Assistant Attorney General,<br>General Litigation Division<br>State Bar No. 24097834 |
| 250 West 55th Street<br>New York, New York 10019-9710<br>Telephone +1 212.836.8474<br>Fax: +1 212.836.8689 | **OFFICE OF THE ATTORNEY GENERAL**<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 / Fax (512) 320-0667<br>Raymond.Winter@oag.texas.gov<br>Amy.Hilton@oag.texas.gov |
| **CHRISTOPHER M. ODELL**<br>Texas State Bar No. 24037205<br>Christopher.Odell@arnoldporter.com | **Attorneys for State of Texas** |
| 700 Louisiana Street, Suite 4000<br>Houston, Texas 77002-2755<br>Telephone: +1 713.576.2400<br>Fax: +1 713.576.2499 | |

3

<div style="columns:2">

**BLACKBURN BROWN LLP**

**RYAN PATRICK BROWN**
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com

1222 S. Fillmore
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

**Attorneys for Affiliate Defendants**


**O'MELVENY & MEYERS LLP**


*/s/ Danny S. Ashby*
**DANNY S. ASHBY**
Texas Bar No. 01370960
dashby@omm.com

**JUSTIN R. CHAPA**
Texas Bar No. 24074019
jchapa@omm.com

2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Tel: (972) 360-1900
Fax: (972) 360-1901

**LEAH GODESKY** (admitted *pro hac vice*)
lgodesky@omm.com

1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Tel: (310) 553-6700
Fax: (310) 246-6779

*/s/ Andrew B. Stephens*
**ANDREW B. STEPHENS**
Texas Bar No. 24079396

**HEATHER GEBELIN HACKER**
Texas Bar No. 24103325

**HACKER STEPHENS LLP**
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

**Attorneys for Relator**

</div>

**BLACKBURN BROWN LLP**

**RYAN PATRICK BROWN**
Texas Bar No. 24073967
brown@blackburnbrownlaw.com

1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

**Attorneys for Defendant Planned Parenthood Federation of America, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on July 19, 2022, causing electronic service on all counsel of record.

<div style="text-align:right">

*/s/ Raymond C. Winter*
**Raymond C. Winter**

</div>