IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER

Having considered the Parties' Joint Motion for Entry of Joint Protective Order, it is **HEREBY ORDERED** that Parties' Joint Motion for Entry of Protective Order is **GRANTED**.

It is also **HEREBY ORDERED** that the Joint Proposed Protective Order be entered in this matter.

2

Signed on this ___ day of _____, 2022

                                                                                                                                _____
                                                                                                                               Matthew J. Kacsmaryk
                                                                                                                                United States District Judge