IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | Civil Action No. 2:21-CV-00022-Z |

**PARTIES' JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS**

The State of Texas and Relator Alex Doe ("Plaintiffs") and Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. ("Defendants"), jointly move the

Court for entry of an Order regarding the production of electronically stored information and hard copy documents. The parties agree that entry of this Order will allow for this discovery to proceed in an expeditious and efficient manner.

WHEREFORE, the Parties respectfully request that their Stipulation and Joint Proposed Order be entered in this matter.

Dated: July 22, 2022

Respectfully submitted,

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER, LLP** | **KEN PAXTON**<br>Attorney General of Texas |

 /s/ Tirzah S. Lollar
**CRAIG D. MARGOLIS** (admitted *pro hac vice*)
Craig.Margolis@arnoldporter.com
**TIRZAH S. LOLLAR** (admitted *pro hac vice*)
Tirzah.Lollar@arnoldporter.com
**CHRISTIAN D. SHEEHAN** (admitted *pro hac vice*)
Christian.Sheehan@arnoldporter.com

601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-6000
Fax: (202) 942-5999

**PAULA RAMER** (admitted *pro hac vice*)
Paula.Ramer@arnoldporter.com
250 West 55th Street
New York, New York 10019-9710
Telephone +1 212.836.8474
Fax: +1 212.836.8689

**CHRISTOPHER M. ODELL**
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com

700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

**BLACKBURN BROWN LLP**

**RYAN PATRICK BROWN**
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

**Attorneys for Affiliate Defendants**

---

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

 /s/ Raymond C. Winter
**RAYMOND CHARLES WINTER**
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950

**AMY S. HILTON**
Assistant Attorney General,
General Litigation Division
State Bar No. 24097834

**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov

**Attorneys for State of Texas**

**O'MELVENY & MEYERS LLP**

  /s/ *Danny S. Ashby*  
**DANNY S. ASHBY**
Texas Bar No. 01370960
dashby@omm.com

**JUSTIN R. CHAPA**
Texas Bar No. 24074019
jchapa@omm.com

2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Tel: (972) 360-1900
Fax: (972) 360-1901

**LEAH GODESKY** (admitted *pro hac vice*)
lgodesky@omm.com

1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
Fax: (310) 246-6779

**BLACKBURN BROWN LLP**

**RYAN PATRICK BROWN**
Texas Bar No. 24073967
brown@blackburnbrownlaw.com

1222 S. Fillmore Street
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

**Attorneys for Defendant Planned Parenthood Federation of America, Inc.**

  /s/ *Andrew B. Stephens*  
**ANDREW B. STEPHENS**
Texas Bar No. 24079396

**HEATHER GEBELIN HACKER**
Texas Bar No. 24103325

**HACKER STEPHENS LLP**
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

**Attorneys for Relator**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on July 20, 2022, causing electronic service on all counsel of record.

                                              */s/ Tirzah S. Lollar*
                                              **Tirzah S. Lollar**