IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Texas §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Louisiana §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>　　　　Plaintiffs, §<br>§<br>v. §<br>§<br>Planned Parenthood Federation of America, Inc., §<br>Planned Parenthood Gulf Coast, Inc., Planned §<br>Parenthood of Greater Texas, Inc., Planned §<br>Parenthood South Texas, Inc., Planned Parenthood §<br>Cameron County, Inc., Planned Parenthood San §<br>Antonio, Inc., §<br>§<br>　　　　Defendants. § | NO. 2:21-CV-00022-Z<br><br>Date:　　July 20, 2022 |

**[PROPOSED] ORDER**

Before the Court is Defendant Planned Parenthood Federation of America, Inc.'s ("PPFA") Motion to Compel Discovery Responses ("Motion"), filed on July 20, 2022. Having considered the Motion, pleadings and relevant law, the Court concludes that the Motion is meritorious and should be granted.

1

It is therefore **ORDERED** that the Motion is **GRANTED** and Relator is hereby ordered to provide full and complete responses to PPFA's First Requests for Production and Interrogatories, and to produce to PPFA all requested non-privileged documents in Relator's possession, custody, or control within ten (10) days.

Signed this _____ day of _____, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE