IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | NO. 2:21-CV-00022-Z |
| | § | |
| The State of Texas | § | Date:   July 20, 2022 |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| The State of Louisiana | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § | |
| | § | |
| Defendants. | § | |

## [PROPOSED] ORDER

Before the Court is Defendant Planned Parenthood Federation of America, Inc.'s ("PPFA") Motion to Compel Discovery Responses from the State of Texas ("Motion"), filed on July 20, 2022. Having considered the Motion, pleadings and relevant law, the Court concludes that the Motion is meritorious and should be granted.

1

It is therefore **ORDERED** that the Motion is **GRANTED** and the State of Texas is hereby ordered to provide full and complete responses to PPFA's First Requests for Production and Interrogatories, and to produce to PPFA all requested non-privileged documents in the State's possession, custody or control within ten (10) days.

Signed this _____ day of _____, 2022.

                                                                               _____
                                                                                 MATTHEW J. KACSMARYK
                                                                                 UNITED STATES DISTRICT JUDGE