# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> § <br> The State of Texas § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> § <br> The State of Louisiana § <br> § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Planned Parenthood Federation of America, Inc., § <br> Planned Parenthood Gulf Coast, Inc., Planned § <br> Parenthood of Greater Texas, Inc., Planned § <br> Parenthood South Texas, Inc., Planned Parenthood § <br> Cameron County, Inc., Planned Parenthood San § <br> Antonio, Inc., § <br> § <br> Defendants. § § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br> Date:   July 28, 2022 |

## AFFILIATE DEFENDANTS' MOTION TO COMPEL TO RELATOR

Defendant Planned Parenthood Gulf Coast, Inc. ("PPGC") respectfully moves the Court pursuant to Federal Rule of Civil Procedure ("FRCP") 37 for an order compelling Relator's production of complete written responses and responsive documents in response to PPGC's

Interrogatories and Requests for Production (collectively, "Discovery Requests").[1]   In support of its Motion, PPGC respectfully refers the Court to its Brief in Support.

WHEREFORE, PPGC requests that this Court overrule Relator's objections to PPGC's Interrogatories and Requests for Production and order Relator to provide complete verified responses and produce all responsive documents.  This Court should also order Relator to preserve and search Relator's data consistent with generally accepted document collection methods and to produce a privilege log for any of his assertions of privileges.

Dated:  July 28, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:    */s/ Tirzah S. Lollar*
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

---

[1] Defendants Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") consent to this motion.

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, and Planned Parenthood San Antonio*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar

**CERTIFICATE OF CONFERENCE**

On July 25, in accordance with Local Rule 7.1(b), counsel for Defendants certify that they conferred with counsel for Relator and counsel for Texas regarding the relief requested in this motion. Relator's counsel Andrew Stephens participated in the conference. Mr. Stephens stated that Relator is opposed.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar
