**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:21-CV- |
| | § | 00022-Z |
| The State of Texas | § | |
| | § | Date:      July 28, 2022 |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | |
| | § | |
| The State of Louisiana | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., | § | |
| Planned Parenthood Gulf Coast, Inc., Planned | § | |
| Parenthood of Greater Texas, Inc., Planned | § | |
| Parenthood South Texas, Inc., Planned Parenthood | § | |
| Cameron County, Inc., Planned Parenthood San | § | |
| Antonio, Inc., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**[PROPOSED] ORDER ON AFFILIATE DEFENDANTS' MOTION TO COMPEL**

After considering Planned Parenthood Gulf Coast, Inc.'s ("PPGC") Motion to Compel

Relator ("the Motion"), the Response, and the Record, the Court concludes that the Motion is

meritorious and should be granted.[1]

---

[1] Defendants Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") consent to this motion.

It therefore is **ORDERED** that the Motion is **GRANTED**.  It is further **ORDERED** that Relator should provide complete and verified responses to PPGC's First Interrogatory Requests and First Requests for Production within ten (10) days from the entry of this order.  Relator is **ORDERED** to preserve and image his computer(s) and email inbox(es) so that data can be searched and produced consistent with generally accepted methods.  Relator is also **ORDERED** to produce a privilege log for any of his assertions of privileges by September 30, 2022.

Signed this _____ day of _____, 2022.

_____
Judge, Presiding