IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>       Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>       Defendants. | NO. 2:21-CV-00022-Z |

## **NOTICE OF APPEARANCE**

The undersigned attorney hereby appears as counsel of record for Defendant Planned Parenthood Federation of America, Inc. and requests delivery of all filings in this matter.

Megan Whisler
Texas Bar No. 24079565
mwhisler@omm.com
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1919
F: (972) 360-1901

Ms. Whisler is admitted to the United States District Court for the Northern District of Texas and is a member of good standing of the Texas bar.

Dated: August 9, 2022

Respectfully submitted,

**O'MELVENY & MYERS LLP**

*/s/ Megan Whisler*
Megan Whisler
Texas Bar No. 24079565
mwhisler@omm.com
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

*Attorney for Defendant Planned Parenthood Federation of America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Court's CM/ECF system on August 9, 2022 and that service therefore was made electronically on all counsel of record.

*/s/Megan Whisler*
Megan Whisler