IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Parties' Joint Motion for Entry of Stipulation and Proposed Order Regarding the Production of Electronically Stored Information and Hard Copy Documents ("Motion") (ECF No. 130), filed on July 20, 2022. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED**.

August 9, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE