IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | NO. 2:21-CV-22-Z |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

The Court has considered the Motion to Transfer Venue filed by Defendants, all other papers and evidence submitted in opposition and reply, the pertinent pleadings and files in this action, and the arguments of counsel. Finding good cause therefor, the Court **GRANTS** Defendants' Motion to Transfer Venue and **ORDERS** that this case be transferred to the Austin Division of the United States District Court for the Western District of Texas.

Dated: _____          _____
                                              Hon. Matthew J. Kacsmaryck
                                              United States District Judge