# EXHIBIT 24





Log in Español

FEB 20 – 24
IAD → AUS Modify

# Depart: IAD → AUS

Washington (Dulles), DC - IAD to Austin, TX - AUS

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$ Points

| SAT | SUN | MON | TUE | WED |
|---|---|---|---|---|
| Feb 18 | Feb 19 | Feb 20 | Feb 21 | Feb 22 |

Low Fare Calendar

**First 2 bags fly free®**
Weight, size & excess limits apply

Sort by Duration Filter by All day

| Departing flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Fastest # 747 / 1695<br>7:30PM → 12:10AM Next Day | 1 stop<br>Change planes MDW | 5h 40m | $438 | $398 3 left | $348 3 left | $318 3 left |
| # 2762 / 1767<br>4:10PM → 9:10PM | 1 stop<br>Change planes ATL | 6h 0m | $335 | $295 4 left | $245 4 left | $215 4 left |
| Low fare # 1630 / 868<br>12:35PM → 6:15PM | 1 stop<br>Change planes MDW | 6h 40m | $324 | $284 | $234 | $204 |
| # 873 / 2465<br>6:05AM → 12:30PM | 1 stop<br>Change planes MDW | 7h 25m | $335 | $295 1 left | $245 1 left | $215 1 left |
| # 873 / 1641<br>6:05AM → 12:45PM | 2 stops<br>Change planes MDW | 7h 40m | $420 | $380 | $330 | $300 |
| # 2171 / 1264<br>11:25AM → 6:15PM | 1 stop<br>Change planes DEN | 7h 50m | $415 | $375 5 left | $325 5 left | $295 5 left |
| # 873 / 1940<br>6:05AM → 2:05PM | 2 stops<br>Change planes MDW | 9h 0m | $368 | $328 | $278 | $248 |
| # 2171 / 992<br>11:25AM → 8:15PM | 2 stops<br>Change planes DEN | 9h 50m | $443 | $403 4 left | $353 4 left | $323 4 left |
| # 2171 / 1679<br>11:25AM → 10:35PM | 1 stop<br>Change planes DEN | 12h 10m | $341 | $301 5 left | $251 5 left | $221 5 left |

# Return: AUS → IAD

Austin, TX - AUS to Washington (Dulles), DC - IAD

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$ Points

App. 197

| | | WED Feb 22 | THU Feb 23 | FRI Feb 24 | SAT Feb 25 | SUN Feb 26 | Low Fare Calendar | First 2 bags fly free® Weight, size & excess limits apply | | |

Sort by **Duration** ▼    Filter by **All day** ▼

| Returning flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Low fare   Fastest   # 494 / 3066 **2:45**PM → **9:35**PM | 1 stop Change planes MDW | 5h 50m | $313 | $273 | $223 | $193 |
| Low fare   # 1257 / 1869 **11:00**AM → **6:45**PM | 1 stop Change planes DEN | 6h 45m | $313 | $273 2 left | $223 2 left | $193 2 left |
| Low fare   # 2102 / 2782 **6:15**AM → **3:20**PM | 1 stop Change planes MDW | 8h 5m | $313 | $273 | $223 | $193 |
| # 1961 / 1869 **9:25**AM → **6:45**PM | 1 stop Change planes DEN | 8h 20m | $324 | $284 1 left | $234 1 left | $204 1 left |
| # 210 / 2782 **5:45**AM → **3:20**PM | 2 stops Change planes MDW | 8h 35m | $318 | $278 | $228 | $198 |
| Low fare   # 585 / 1869 **6:25**AM → **6:45**PM | 1 stop Change planes DEN | 11h 20m | $313 | $273 | $223 | $193 |
| # 1534 / 1869 **6:20**AM → **6:45**PM | 2 stops Change planes DEN | 11h 25m | $340 | $300 4 left | $250 4 left | $220 4 left |

**Save up to $375 with Flight + Hotel⁴**    **See packages**    **Continue**

**Important fare and schedule information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). This fare is a discount off the "Anytime" fares. Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

¹First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

²If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. ³Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

⁴Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

App. 198

[5]Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

[6]If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight or the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile web, or you can visit a Southwest Gate Agent to print off the boarding pass. If there are any government taxes and fees associated with these itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

[7]Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, if canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

[8]Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

[9]EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

[10]Flights traveling 175 miles or less only serve water.

[11]Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.



# Depart: BWI → AUS

**Baltimore/Washington, MD - BWI to Austin, TX - AUS**

| | | | | | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|---|
| Low fare / Fastest | # 650 7:20 PM → 10:10 PM | Nonstop | 3h 50m | $304 | $264 | $214 | $184 |
| Low fare | # 3061 12:50 PM → 3:45 PM | Nonstop | 3h 55m | $304 | $264 | $214 | $184 |
| Low fare | # 1485 9:25 AM → 12:25 PM | Nonstop | 4h 0m | $304 | $264 | $214 | $184 |
| # 2551 / 1277 | 1:35 PM → 6:00 PM | 1 stop Change planes BNA | 5h 25m | $324 | $284 *1 left* | $234 *1 left* | $204 *1 left* |
| # 1760 / 2354 | 8:35 AM → 1:05 PM | 1 stop Change planes RDU | 5h 30m | $313 | $273 | $223 | $193 |
| # 469 / 700 | 7:00 AM → 11:35 AM | 1 stop Change planes HOU | 5h 35m | $313 | $273 | $223 | $193 |
| # 2057 / 1005 | 1:00 PM → 6:15 PM | 1 stop Change planes DAL | 6h 15m | $324 | $284 *2 left* | $234 *2 left* | $204 *2 left* |
| # 1266 | 9:50 AM → 3:10 PM | 1 stop | 6h 20m | $506 | $466 *4 left* | $416 *4 left* | $386 *4 left* |
| # 479 / 1173 | 3:20 PM → 8:55 PM | 1 stop Change planes FLL | 6h 35m | $438 | $398 | $348 | $318 |
| # 322 / 350 | 8:25 AM → 2:05 PM | 2 stops Change planes STL | 6h 40m | $394 | $354 | $304 | $274 |
| # 288 / 1865 | 6:30 PM → 12:10 AM Next Day | 1 stop Change planes MDW | 6h 40m | | | | |

App. 200

| Flight | Depart | Arrive | Stops | Duration | Business Select | Anytime | Wanna Get Away plus | Wanna Get Away |
|---|---|---|---|---|---|---|---|---|
| # 49 / 1243 | 1:55 PM → | 7:40 PM | 2 stops Change planes DAL | 6h 45m | $719 $368 | $679 $328 2 left | Unavailable $278 2 left | Unavailable $248 2 left |
| # 1086 / 1767 | 3:25 PM → | 9:10 PM | 1 stop Change planes ATL | 6h 45m | $313 | $273 | $223 | $193 |
| # 2337 / 1830 | 5:35 PM → | 11:35 PM | 1 stop Change planes BNA | 7h 0m | $335 | $295 | $245 | $215 |
| # 2178 | 10:30 AM → | 5:10 PM | 2 stops | 7h 40m | $415 | $375 | $325 | $295 |
| # 2640 | 1:10 PM → | 8:05 PM | 2 stops | 7h 55m | $415 | $375 1 left | $325 1 left | $295 1 left |
| # 2209 | 8:55 AM → | 4:05 PM | 2 stops | 8h 10m | $557 | $517 | $467 | $437 |

## ⊗ Return: AUS ✈ BWI

Government taxes & fees included    $    Points
All fares are rounded up to the nearest dollar.

Austin, TX - AUS to Baltimore/Washington, MD - BWI

| WED Feb 22 | THU Feb 23 | FRI Feb 24 | SAT Feb 25 | SUN Feb 26 | 📅 Low Fare Calendar | 🧳 First 2 bags fly free® Weight, size & excess limits apply |

Sort by [ Duration ▼ ]    Filter by [ Nonstop ○ ] [ All day ▼ ]

| Returning flights | | | | Number of stops | Duration | Business Select | Anytime | Wanna Get Away plus | Wanna Get Away |
|---|---|---|---|---|---|---|---|---|---|
| Low fare | Fastest | # 2093 | 4:40 PM → 8:35 PM | Nonstop | 2h 55m | $304 | $264 | $214 | $184 |
| Low fare | | # 204 | 5:55 AM → 9:55 AM | Nonstop | 3h 0m | $304 | $264 | $214 | $184 |
| Low fare | | # 1791 | 1:25 PM → 5:25 PM | Nonstop | 3h 0m | $304 | $264 | $214 | $184 |
| # 350 / 2845 | | | 2:55 PM → 8:35 PM | 1 stop Change planes RDU | 4h 40m | $313 | $273 | $223 | $193 |
| # 1840 / 2541 | | | 3:05 PM → 8:45 PM | 1 stop Change planes DAL | 4h 40m | $378 | $338 | $288 | $258 |

# 1734 / 232

App. 201

| | | | | | |
|---|---|---|---|---|---|
| **4:00**PM → **9:45**PM | Change planes STL | 4h 45m | $313 | $273 | $223 | $193 |

| | | | | | |
|---|---|---|---|---|---|
| # 453 / 838 **5:30**PM → **11:15**PM | 1 stop Change planes HOU | 4h 45m | $324 | $284 | $234 | $204 |

| # 1108 / 1945 **12:30**PM → **6:20**PM | 1 stop Change planes MCI | 4h 50m | $313 | $273 | $223 | $193 |

| # 310 / 1218 **5:35**PM → **11:35**PM | 1 stop Change planes DAL | 5h 0m | $313 | $273 | $223 | $193 |

| # 210 / 2133 **5:45**AM → **11:55**AM | 1 stop Change planes DAL | 5h 10m | $313 | $273 | $223 | $193 |

| # 2215 **9:35**AM → **3:45**PM | 1 stop | 5h 10m | $331 | $291 *2 left* | $241 *2 left* | $211 *2 left* |

| # 197 / 1278 **7:10**AM → **1:25**PM | 1 stop Change planes ATL | 5h 15m | $324 | $284 *2 left* | $234 *2 left* | $204 *2 left* |

| # 579 / 3094 **11:40**AM → **6:00**PM | 1 stop Change planes CMH | 5h 20m | $313 | $273 | $223 | $193 |

| # 824 / 1006 **2:10**PM → **8:30**PM | 1 stop Change planes MSY | 5h 20m | $478 | $438 | $348 | $318 |

| # 3025 **1:55**PM → **8:20**PM | 1 stop | 5h 25m | $309 | $269 | $219 | $189 |

| # 1486 **1:05**PM → **8:35**PM | 2 stops | 6h 30m | $335 | $295 *1 left* | $245 *1 left* | $215 *1 left* |

**Save up to $375 with Flight + Hotel⁴**   See packages   **Continue**

**Important fare and schedule information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). This fare is a discount off the "Anytime" fares. Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

⁺First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

App. 202

[2]If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. [3]Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

[4]Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

[5]Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

[6]If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight or the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile web, or you can visit a Southwest Gate Agent to print off the boarding pass. If there are any government taxes and fees associated with these itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

[7]Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, if canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

[8]Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

[9]EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

[10]Flights traveling 175 miles or less only serve water.

[11]Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.

App. 203



Log in Español

FEB 20 - 24
DCA → AUS Modify

# Depart: DCA → AUS

Washington (Reagan National), DC - DCA to Austin, TX - AUS

Government taxes & fees included
All fares are rounded up to the nearest dollar.
$ Points

| SAT | SUN | MON | TUE | WED |
|---|---|---|---|---|
| Feb 18 | Feb 19 | Feb 20 | Feb 21 | Feb 22 |

Low Fare Calendar

**First 2 bags fly free®**
Weight, size & excess limits apply

Sort by Duration Filter by Nonstop All day

| Departing flights | | Number of stops | Duration | Business Select | Anytime | Wanna Get Away plus | Wanna Get Away |
|---|---|---|---|---|---|---|---|
| Low fare Fastest #2227 6:00PM | 8:50PM | Nonstop | 3h 50m | $304 | $264 | $214 | $184 |
| #2721 / 319 6:50PM | 11:10PM | 1 stop Change planes STL | 5h 20m | $313 | $273 | $223 | $193 |
| #2713 / 2178 12:40PM | 5:10PM | 1 stop Change planes STL | 5h 30m | $313 | $273 | $223 | $193 |
| #2818 / 557 6:05AM | 11:05AM | 1 stop Change planes MCO | 6h 0m | $389 | $349 | $299 | $269 |
| #142 / 2840 3:05PM | 8:05PM | 1 stop Change planes BNA | 6h 0m | $313 | $273 | $223 | $193 |
| #2295 / 1846 9:25AM | 2:35PM | 1 stop Change planes DAL | 6h 10m | $313 | $273 | $223 | $193 |
| #1318 / 165 11:00AM | 4:15PM | 1 stop Change planes MSY | 6h 15m | $455 | $415 4 left | $325 4 left | $295 4 left |
| #2110 / 1767 3:50PM | 9:10PM | 1 stop Change planes ATL | 6h 20m | $313 | $273 | $223 | $193 |
| #733 / 700 6:05AM | 11:35AM | 1 stop Change planes HOU | 6h 30m | $313 | $273 | $223 | $193 |
| #1154 / 1243 1:55PM | 7:40PM | 1 stop Change planes DAL | 6h 45m | $313 | $273 | $223 | $193 |
| #1054 / 1841 6:55AM | 12:45PM | 1 stop Change planes DAL | 6h 50m | | | | |

App. 204

# ✈ Return: AUS ✈ DCA

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$ | Points

Austin, TX - AUS to Washington (Reagan National), DC - DCA

| | WED Feb 22 | THU Feb 23 | FRI Feb 24 | SAT Feb 25 | SUN Feb 26 | | Low Fare Calendar | First 2 bags fly free® Weight, size & excess limits apply |

Sort by **Duration** ▼    Filter by **Nonstop** ○    **All day** ▼

| Returning flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Fastest  # 2723 **12:40**PM → **4:40**PM | Nonstop | 3h 0m | $354 | $314 3 left | $264 3 left | $234 3 left |
| # 1486 / 1362 **1:05**PM → **6:25**PM | 1 stop Change planes BNA | 4h 20m | $472 | $432 | $382 | $352 |
| # 1940 **3:05**PM → **8:35**PM | 1 stop | 4h 30m | $434 | $394 | $344 | $314 |
| Low fare  # 186 / 1701 **5:05**PM → **10:35**PM | 1 stop Change planes ATL | 4h 30m | $313 | $273 | $223 | $193 |
| # 327 / 1444 **8:45**AM → **2:20**PM | 1 stop Change planes DAL | 4h 35m | $363 | $323 | $273 | $243 |
| # 197 / 2504 **7:10**AM → **12:55**PM | 1 stop Change planes ATL | 4h 45m | $335 | $295 2 left | $245 2 left | $215 2 left |
| # 1892 / 1514 **8:45**AM → **2:30**PM | 1 stop Change planes MSY | 4h 45m | $550 | $510 2 left | $420 2 left | $390 2 left |
| # 785 / 1547 **5:30**AM → **11:35**AM | 1 stop Change planes STL | 5h 5m | $335 | $295 2 left | $245 2 left | $215 2 left |
| # 200 / 1153 **7:10**AM → **1:20**PM | 1 stop Change planes BNA | 5h 10m | $472 | $432 | $382 | $352 |
| # 824 / 956 **2:10**PM → **8:20**PM | 1 stop Change planes MSY | 5h 10m | $550 | $510 | $420 | $390 |
| # 1846 / 2462 **3:25**PM → **9:35**PM | 1 stop Change planes MCO | 5h 10m | $472 | $432 2 left | $382 2 left | $352 2 left |

# 453 / 491

App. 205

**5:30**PM  →  **11:40**PM    Change planes HOU    5h 10m    **$363**   **$323**   **$273**   **$243**

Save up to $375 with Flight + Hotel⁴    See packages    **Continue**

**Important fare and schedule information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). **This fare is a discount off the "Anytime" fares.** Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

¹First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

²If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. ³Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

⁴Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

⁵Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

⁶If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight or the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile web, or you can visit a Southwest Gate Agent to print off the boarding pass. If there are any government taxes and fees associated with these itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

⁷Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, if canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

⁸Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

⁹EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

¹⁰Flights traveling 175 miles or less only serve water.

¹¹Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.

# EXHIBIT 25

8/8/22, 3:20 PM
WAS to AMA flights
Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 13 of 163   PageID 3030

# Expedia

**More travel** ˅    🌐 English    List your property    Support    **Trips**    Notifications

## Washington to Amarillo
### Feb 20 - Feb 24

⇄ **Filters**

**Choose departing flight**  ›  Choose returning flight  ›  Review your trip

### Flexible dates
Compare prices for nearby days ˅

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.

**%**    **Sign in for airline credits**
If you have an airline credit, sign in to use it. If you don't have an account, create one using the same email address you used when you purchased your original flight.
Sign in

---

**7:06pm - 11:43pm**
Washin... (IAD) - Amarillo (AMA)
5h 37m (1 stop)
40m in Dallas (DFW)
✈ American Airlines • American Airlines 5711 operated by Mesa Airlines As American Eagle

4 left at
**$551**
Roundtrip per traveler

---

**7:05pm - 11:43pm**
Washin... (DCA) - Amarillo (AMA)
5h 38m (1 stop)
40m in Dallas (DFW)
✈ American Airlines • American Airlines 5711 operated by Mesa Airlines As American Eagle

4 left at
**$551**
Roundtrip per traveler

---

**7:05pm - 11:43pm**
Baltimore (BWI) - Amarillo (AMA)
5h 38m (1 stop)
40m in Dallas (DFW)
✈ American Airlines • American Airlines 5711 operated by Mesa Airlines As American Eagle

4 left at
**$551**
Roundtrip per traveler

---

### Unlock trip savings up to $362 when you book a flight + hotel
Add a hotel to your trip and save.

App. 208

Shop flight + hotel  ›

**6:52am - 11:32am**
Washin... (IAD) - Amarillo (AMA)
5h 40m (1 stop)
40m in Dallas (DFW)
American Airlines • American Airlines 5832 operated by Mesa Airlines As American Eagle

4 left at
**$632**
Roundtrip per traveler

**6:49am - 11:32am**
Baltimore (BWI) - Amarillo (AMA)
5h 43m (1 stop)
40m in Dallas (DFW)
American Airlines • American Airlines 5832 operated by Mesa Airlines As American Eagle

4 left at
**$601**
Roundtrip per traveler

**3:28pm - 8:13pm**
Washin... (DCA) - Amarillo (AMA)
5h 45m (1 stop)
41m in Dallas (DFW)
American Airlines

4 left at
**$551**
Roundtrip per traveler

**6:45am - 11:30am**
Washin... (IAD) - Amarillo (AMA)
5h 45m (1 stop)
51m in Houston (IAH)
United • United 4345 operated by Commutair DBA United Express

1 left at
**$774**
Roundtrip per traveler

**5:05pm - 9:50pm**
Washin... (IAD) - Amarillo (AMA)
5h 45m (1 stop)
37m in Houston (IAH)
United • United 4859 operated by Commutair DBA United Express

3 left at
**$840**
Roundtrip per traveler

**3:27pm - 8:13pm**
Washin... (IAD) - Amarillo (AMA)
5h 46m (1 stop)
40m in Dallas (DFW)
American Airlines

4 left at
**$551**
Roundtrip per traveler

**6:45am - 11:32am**
Washin... (DCA) - Amarillo (AMA)
5h 47m (1 stop)

4 left at
**$551**

App. 209

40m in Dallas (DFW)
✈ American Airlines • American Airlines 5832 operated by Mesa Airlines As American Eagle

**10:55am - 3:45pm**                                                          4 left at
Washin... (DCA) – Amarillo (AMA)                                            **$551**
5h 50m (1 stop)                                                       Roundtrip per traveler
51m in Dallas (DFW)
✈ American Airlines • American Airlines 5696 operated by Mesa Airlines As American Eagle

**2:40pm - 7:41pm**                                                           4 left at
Washin... (IAD) – Amarillo (AMA)                                            **$672**
6h 1m (1 stop)                                                        Roundtrip per traveler
50m in Denver (DEN)
▨ United • United 4719 operated by Skywest DBA United Express

**3:08pm - 8:13pm**                                                           4 left at
Baltimore (BWI) – Amarillo (AMA)                                            **$551**
6h 5m (1 stop)                                                        Roundtrip per traveler
1h in Dallas (DFW)
✈ American Airlines

**6:10am - 11:30am**                                                          1 left at
Washin... (DCA) – Amarillo (AMA)                                            **$774**
6h 20m (1 stop)                                                       Roundtrip per traveler
45m in Houston (IAH)
▨ United • United 4345 operated by Commutair DBA United Express

**4:25pm - 9:50pm**                                                           4 left at
Washin... (DCA) – Amarillo (AMA)                                            **$662**
6h 25m (1 stop)                                                       Roundtrip per traveler
1h in Houston (IAH)
▨ United • United 4859 operated by Commutair DBA United Express

**6:00am - 11:30am**                                                        **$774**
Baltimore (BWI) – Amarillo (AMA)                                      Roundtrip per traveler
6h 30m (1 stop)
1h 18m in Houston (IAH)
▨ United • United 4345 operated by Commutair DBA United Express

**6:00am - 11:32am**                                                          4 left at
Washin... (DCA) – Amarillo (AMA)                                     App. 210**$551**

6h 32m (1 stop)

1h 40m in Dallas (DFW)

American Airlines • American Airlines 5832 operated by Mesa Airlines As American Eagle

Roundtrip per traveler

**9:24am - 3:45pm**

Washin... (DCA) - Amarillo (AMA)

7h 21m (1 stop)

2h 20m in Dallas (DFW)

American Airlines • American Airlines 5696 operated by Mesa Airlines As American Eagle

4 left at
**$551**
Roundtrip per traveler

**1:44pm - 8:13pm**

Washin... (DCA) - Amarillo (AMA)

7h 29m (1 stop)

2h 28m in Dallas (DFW)

American Airlines

4 left at
**$551**
Roundtrip per traveler

**4:59pm - 11:43pm**

Washin... (DCA) - Amarillo (AMA)

7h 44m (1 stop)

2h 39m in Dallas (DFW)

American Airlines • American Airlines 5711 operated by Mesa Airlines As American Eagle

4 left at
**$551**
Roundtrip per traveler

**6:52am - 1:40pm**

Washin... (IAD) - Amarillo (AMA)

7h 48m (1 stop)

2h 45m in Dallas (DFW)

American Airlines • American Airlines 5902 operated by Mesa Airlines As American Eagle

4 left at
**$632**
Roundtrip per traveler

**6:49am - 1:40pm**

Baltimore (BWI) - Amarillo (AMA)

7h 51m (1 stop)

2h 45m in Dallas (DFW)

American Airlines • American Airlines 5902 operated by Mesa Airlines As American Eagle

4 left at
**$601**
Roundtrip per traveler

**6:45am - 1:40pm**

Washin... (DCA) - Amarillo (AMA)

7h 55m (1 stop)

2h 45m in Dallas (DFW)

American Airlines • American Airlines 5902 operated by Mesa Airlines As American Eagle

4 left at
**$551**
Roundtrip per traveler

**10:55am - 5:56pm**

Washin... (DCA) - Amarillo (AMA)

4 left at
**$551**

App. 211

8h 1m (1 stop)

3h 1m in Dallas (DFW)

✈ American Airlines

---

**2:39pm - 9:50pm**                                    **$803**

Baltimore (BWI) - Amarillo (AMA)                       Roundtrip per traveler

8h 11m (1 stop)

2h 43m in Houston (IAH)

▩ United • United 4859 operated by Commutair DBA United Express

---

**5:20am - 12:41pm**                                   3 left at

Washin... (IAD) - Amarillo (AMA)                       **$662**

8h 21m (1 stop)                                         Roundtrip per traveler

3h 24m in Denver (DEN)

▩ United • United 5682 operated by Skywest DBA United Express

---

**6:00am - 1:40pm**                                    4 left at

Washin... (DCA) - Amarillo (AMA)                       **$551**

8h 40m (1 stop)                                         Roundtrip per traveler

3h 45m in Dallas (DFW)

✈ American Airlines • American Airlines 5902 operated by Mesa Airlines As American Eagle

---

**11:27am - 7:41pm**                                   1 left at

Baltimore (BWI) - Amarillo (AMA)                       **$1,035**

9h 14m (2 stops)                                        Roundtrip per traveler

32m in Minneapolis (MSP) • 2h 34m in Denver (DEN)

🛫 Multiple airlines • United 4719 operated by Skywest DBA United Express

---

**11:25am - 7:41pm**                                   **$1,035**

Washin... (DCA) - Amarillo (AMA)                       Roundtrip per traveler

9h 16m (2 stops)

36m in Minneapolis (MSP) • 2h 34m in Denver (DEN)

🛫 Multiple airlines • United 4719 operated by Skywest DBA United Express

---

**1:20pm - 9:50pm**                                    2 left at

Washin... (IAD) - Amarillo (AMA)                       **$932**

9h 30m (2 stops)                                        Roundtrip per traveler

52m in Detroit (DTW) • 2h 10m in Houston (IAH)

🛫 Multiple airlines • Delta 3725 operated by Skywest DBA Delta Connection, United 4859 operated by Commutair DBA
   United Express

---

**1:11pm - 9:50pm**                                    2 left at

Baltimore (BWI) - Amarillo (AMA)                       App. 213**$932**

9h 39m (2 stops)

1h 11m in Detroit (DTW) • 2h 10m in Houston (IAH)

✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**1:05pm - 9:50pm**                                                    **$1,060**

Washin... (DCA) - Amarillo (AMA)                         Roundtrip per traveler

9h 45m (2 stops)

1h 33m in Atlanta (ATL) • 2h 15m in Houston (IAH)

✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**12:40pm - 9:50pm**                                                   **$1,060**

Washin... (DCA) - Amarillo (AMA)                         Roundtrip per traveler

10h 10m (2 stops)

1h 44m in Detroit (DTW) • 2h 10m in Houston (IAH)

✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**12:36pm - 9:50pm**                                                   **$1,333**

Washin... (IAD) - Amarillo (AMA)                         Roundtrip per traveler

10h 14m (2 stops)

2h 2m in Atlanta (ATL) • 2h 15m in Houston (IAH)

✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**12:00pm - 9:50pm**                                                  1 left at

Washin... (IAD) - Amarillo (AMA)                              **$1,333**

10h 50m (2 stops)                                           Roundtrip per traveler

1h 35m in Minneapolis (MSP) • 1h 39m in Houston (IAH)

✈ Multiple airlines • Delta 3767 operated by Skywest DBA Delta Connection, United 4859 operated by Commutair DBA
   United Express

**11:45am - 9:50pm**                                                   **$889**

Washin... (DCA) - Amarillo (AMA)                         Roundtrip per traveler

11h 5m (2 stops)

1h 7m in New York (LGA) • 2h 28m in Houston (IAH)

✈ Multiple airlines • Delta 5727 operated by Republic Airways-dl Connection-dl Shut, United 4859 operated by Commutair
   DBA United Express

**9:05am - 7:41pm**                                                  5 left at

Washin... (DCA) - Amarillo (AMA)                              **$934**

11h 36m (2 stops)                                           Roundtrip per traveler

1h 18m in Los Angeles (LAX) • 55m in Denver (DEN)

✈ Multiple airlines • United 4719 operated by Skywest DBA United Express

App. 213

**8:45am - 8:41pm**

Washin... (IAD) - Amarillo (AMA)

11h 56m (2 stops)

4h 24m in New Orleans (MSY) • 50m in Denver (DEN)

✈ United • United 4719 operated by Skywest DBA United Express

4 left at
# $1,030
Roundtrip per traveler

---

**10:30am - 9:50pm**

Washin... (DCA) - Amarillo (AMA)

12h 20m (2 stops)

2h 20m in New York (LGA) • 2h 28m in Houston (IAH)

✈ Multiple airlines • Delta 5669 operated by Republic Airways-dl Connection-dl Shut, United 4859 operated by Commutair DBA United Express

2 left at
# $889
Roundtrip per traveler

---

**9:48am - 9:50pm**

Washin... (IAD) - Amarillo (AMA)

13h 2m (2 stops)

2h 5m in Atlanta (ATL) • 5h 15m in Houston (IAH)

✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

4 left at
# $1,066
Roundtrip per traveler

---

**9:15am - 9:50pm**

Washin... (DCA) - Amarillo (AMA)

13h 35m (2 stops)

3h 39m in New York (LGA) • 2h 28m in Houston (IAH)

✈ Multiple airlines • Delta 5642 operated by Republic Airways-dl Connection-dl Shut, United 4859 operated by Commutair DBA United Express

# $889
Roundtrip per traveler

---

**7:00am - 7:41pm**

Baltimore (BWI) - Amarillo (AMA)

13h 41m (3 stops)

55m in Chicago (ORD) • 3h 25m in Des Moines (DSM) • 2h 51m in Denver (DEN)

✈ United • United 4719 operated by Skywest DBA United Express

2 left at
# $718
Roundtrip per traveler

---

**10:29pm - 11:30am** +1

Washin... (IAD) - Amarillo (AMA)

14h 1m (2 stops)

6h 18m in Detroit (DTW) • 50m in Houston (IAH)

✈ United • United 6045 and 6036 operated by Mesa Airlines DBA United Express, United 4345 operated by Commutair DBA United Express

4 left at
# $720
Roundtrip per traveler

---

**6:30am - 7:41pm**

Baltimore (BWI) - Amarillo (AMA)

14h 11m (2 stops)

5h 26m in Minneapolis (MSP) • 2h 34m in Denver (DEN)

✈ Multiple airlines • United 4719 operated by Skywest DBA United Express

2 left at
# $1,041
Roundtrip per traveler

App. 214

**6:20am - 7:41pm**                                                                    $1,041
Washin... (IAD) - Amarillo (AMA)                                      Roundtrip per traveler
14h 21m (2 stops)
5h 28m in Minneapolis (MSP) • 2h 34m in Denver (DEN)
✈ Multiple airlines • Delta 4128 operated by Skywest DBA Delta Connection, United 4719 operated by Skywest DBA United
   Express

**8:05am - 9:50pm**                                                              2 left at
Washin... (DCA) - Amarillo (AMA)                                               $895
14h 45m (2 stops)                                                     Roundtrip per traveler
1h 21m in New York (LGA) • 5h 56m in Houston (IAH)
✈ Multiple airlines • Delta 5622 operated by Republic Airways-dl Connection-dl Shut, United 4859 operated by Commutair
   DBA United Express

**7:43am - 9:50pm**                                                                      $985
Washin... (DCA) - Amarillo (AMA)                                      Roundtrip per traveler
15h 7m (2 stops)
30m in Minneapolis (MSP) • 6h 57m in Houston (IAH)
✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**10:06pm - 12:41pm** +1                                                                 $554
Washin... (IAD) - Amarillo (AMA)                                      Roundtrip per traveler
15h 35m (2 stops)
4h 42m in Houston (IAH) • 3h 43m in Denver (DEN)
▨ United • United 5682 operated by Skywest DBA United Express

**6:59am - 9:50pm**                                                                      $895
Washin... (DCA) - Amarillo (AMA)                                      Roundtrip per traveler
15h 51m (2 stops)
2h 22m in New York (LGA) • 5h 56m in Houston (IAH)
✈ Multiple airlines • Delta 5837 operated by Republic Airways-dl Connection-dl Shut, United 4859 operated by Commutair
   DBA United Express

**6:30am - 9:50pm**                                                                      $975
Baltimore (BWI) - Amarillo (AMA)                                     Roundtrip per traveler
16h 20m (2 stops)
1h 48m in Minneapolis (MSP) • 6h 57m in Houston (IAH)
✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**6:20am - 9:50pm**                                                                      $985
Washin... (IAD) - Amarillo (AMA)                                     Roundtrip per traveler
16h 30m (2 stops)
1h 50m in Minneapolis (MSP) • 6h 57m in Houston (IAH)

App. 215

Case 2:21-cv-00022-Z Document 143-1   Filed 08/12/22   Page 21 of 163   PageID 3038

In some... Multiple airlines • Delta 4128 operated by Skywest DBA Delta Connection, United 4859 operated by Commutair DBA United Express

## 6:05am - 9:50pm

**$985**
Roundtrip per traveler

Washin... (DCA) - Amarillo (AMA)

16h 45m (2 stops)

2h 10m in Minneapolis (MSP) • 6h 57m in Houston (IAH)
Multiple airlines • United 4859 operated by Commutair DBA United Express

## 6:00am - 9:50pm

**$895**
Roundtrip per traveler

Washin... (DCA) - Amarillo (AMA)

16h 50m (2 stops)

3h 30m in New York (LGA) • 5h 56m in Houston (IAH)
Multiple airlines • Delta 5629 operated by Republic Airways-dl Connection-dl Shut, United 4859 operated by Commutair DBA United Express

## 8:00pm - 12:41pm +1

1 left at
**$554**
Roundtrip per traveler

Washin... (DCA) - Amarillo (AMA)

17h 41m (2 stops)

6h 23m in Houston (IAH) • 3h 43m in Denver (DEN)
United • United 5682 operated by Skywest DBA United Express

## 6:55pm - 12:41pm +1

**$880**
Roundtrip per traveler

Washin... (DCA) - Amarillo (AMA)

18h 46m (2 stops)

7h 25m in Portland (PDX) • 1h 37m in Denver (DEN)
Multiple airlines • United 5682 operated by Skywest DBA United Express

Tell us how we can improve our site

**Share feedback**



App. 216



## Our app takes you further

When you book on the app you can save up to 25% on select hotels while earning double the points with every booking. With these app deals you'll save even more on trips, and that means you can take more trips, and manage it all on the go.

Switch to the app

## expedia group·

**Company**

About

Jobs

List your property

Partnerships

Newsroom

Investor Relations

Advertising

**Policies**

Privacy policy

Terms of use

Vrbo terms and conditions

Expedia Rewards Terms

Accessibility

Do not sell my personal information

**Explore**

United States of America travel guide

Hotels in United States of America

Vacation rentals in United States of America

Vacation packages in United States of America

Domestic flights

Car rentals in United States of America

All accommodation types

**Help**

Support

Cancel your hotel or vacation rental booking

Cancel your flight

Refund timelines, policies & processes

Use an Expedia coupon

International travel documents

Expedia, Inc. is not responsible for content on external Web sites.

© 2022 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia and the Airplane Logo are trademarks or registered trademarks of Expedia, Inc. CST# 2029030-50.

App. 217

# EXHIBIT 26



Log in    Español ⊕

FEB 20 - 24
✈ DCA → AMA    Modify

# ✈ Depart: DCA ✈ AMA

Washington (Reagan National), DC - DCA to Amarillo, TX - AMA

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$   Points

| | | | | | | First 2 bags fly free® |
|---|---|---|---|---|---|---|
| **SAT** Feb 18 | **SUN** Feb 19 | **MON** Feb 20 | **TUE** Feb 21 | **WED** Feb 22 | 📅 Low Fare Calendar | Weight, size & excess limits apply |

Sort by [ Duration ▼ ]    Filter by [ All day ▼ ]

| Departing flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Fastest  # 1318 / 1891 **11:00**AM → **5:25**PM | 2 stops Change planes DAL | 7h 25m | **$555** | **$515** 1 left | **$425** 1 left | **$395** 1 left |
| # 1445 / 1388 **4:20**PM → **11:00**PM | 2 stops Change planes DAL | 7h 40m | **$731** | **$691** | **$472** | **$442** |
| Low fare  # 1054 / 2178 **6:55**AM → **1:55**PM | 1 stop Change planes DAL | 8h 0m | **$336** | **$296** | **$246** | **$216** |
| # 2295 / 1891 **9:25**AM → **5:25**PM | 1 stop Change planes DAL | 9h 0m | **$342** | **$302** | **$252** | **$222** |
| # 1154 / 1388 **1:55**PM → **11:00**PM | 1 stop Change planes DAL | 10h 5m | **$342** | **$302** | **$252** | **$222** |

# ✈ Return: AMA ✈ DCA

Amarillo, TX - AMA to Washington (Reagan National), DC - DCA

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$   Points

| | | | | | | First 2 bags fly free® |
|---|---|---|---|---|---|---|
| **WED** Feb 22 | **THU** Feb 23 | **FRI** Feb 24 | **SAT** Feb 25 | **SUN** Feb 26 | 📅 Low Fare Calendar | Weight, size & excess limits apply |

Sort by [ Duration ▼ ]    Filter by [ All day ▼ ]

| Returning flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Fastest  # 484 / 1940 **2:30**PM → **8:35**PM | 1 stop Change planes DAL | 5h 5m | **$363** | **$323** 1 left | **$273** 1 left | **$243** 1 left |
| # 1480 / 5871 **11:05**AM → **6:00**PM | 1 stop Change planes DAL | 5h 55m | | | | |

App. 219

| Flight | Departure | Arrival | Stops | Duration | Fare 1 | Fare 2 | Fare 3 | Fare 4 |
|---|---|---|---|---|---|---|---|---|
| # 156 / 1444 Low fare | 6:00 AM | 2:20 PM | 1 stop Change planes DAL | 7h 20m | $415 / $336 | $375 / $296 | $325 / $246 | $295 / $216 |
| # 484 / 671 | 2:30 PM | 10:55 PM | 1 stop Change planes DAL | 7h 25m | $363 | $323 1 left | $273 1 left | $243 1 left |
| # 1460 / 1940 | 11:05 AM | 8:35 PM | 1 stop Change planes DAL | 8h 30m | $415 | $375 4 left | $325 4 left | $295 4 left |
| # 150 / 2723 | 6:50 AM | 4:40 PM | 1 stop Change planes AUS | 8h 50m | $378 | $338 3 left | $288 3 left | $258 3 left |
| # 156 / 373 | 6:00 AM | 5:45 PM | 2 stops Change planes TPA | 10h 45m | $562 | $522 | $472 | $442 |

Save up to $375 with Flight + Hotel⁴    **See packages**    **Continue**

**Important fare and schedule Information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). **This fare is a discount off the "Anytime" fares.** Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

¹First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

²If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. ³Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

⁴Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

⁵Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

⁶If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight and the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile web, or you can visit a Southwest Gate Agent to print off the boarding pass. If there are any government taxes and fees associated with these itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

⁷Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, if canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

App. 220

[8]Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

[9]EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

[10]Flights traveling 175 miles or less only serve water.

[11]Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.



Log in    Español 🌐

FEB 20 - 24
✈ BWI → AMA    Modify

## ✈ Depart: BWI ✈ AMA

Baltimore/Washington, MD - BWI to Amarillo, TX - AMA

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$    Points

| | | | | |
|---|---|---|---|---|
| **SAT** Feb 18 | **SUN** Feb 19 | **MON** Feb 20 | **TUE** Feb 21 | **WED** Feb 22 |

Low Fare Calendar

**First 2 bags fly free®**
Weight, size & excess limits apply

Sort by [Duration ▼]    Filter by [All day ▼]

| Departing flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Low fare   Fastest   # 1228 / 1386<br>**4:55**PM → **11:00**PM | 1 stop<br>Change planes DAL | 7h 5m | $336 | $296 | $246 | $216 |
| # 1308 / 1856<br>**6:15**AM → **12:50**PM | 1 stop<br>Change planes DEN | 7h 35m | $415 | $375 | $325 | $295 |
| # 380 / 1691<br>**10:25**AM → **5:25**PM | 1 stop<br>Change planes DAL | 8h 0m | $415 | $375 | $325 | $295 |
| Low fare   # 451 / 2179<br>**6:35**AM → **1:55**PM | 1 stop<br>Change planes DAL | 8h 20m | $336 | $296 | $246 | $216 |
| # 2179<br>**6:20**AM → **1:55**PM | 2 stops | 8h 35m | $695 | $655 | Unavailable | Unavailable |
| # 1069 / 1386<br>**3:25**PM → **11:00**PM | 2 stops<br>Change planes DAL | 8h 35m | $341 | $301<br>3 left | $251<br>3 left | $221<br>3 left |
| # 3061 / 2967<br>**12:50**PM → **9:20**PM | 1 stop<br>Change planes AUS | 9h 30m | $342 | $302 | $252 | $222 |
| # 2329 / 1691<br>**8:35**AM → **5:25**PM | 2 stops<br>Change planes DAL | 9h 50m | $443 | $403 | $353 | $323 |
| # 2833 / 2967<br>**6:05**AM → **3:10**PM | 1 stop<br>Change planes LAS | 10h 5m | $510 | $470 | $420 | $390 |
| # 49 / 1386<br>**1:55**PM → **11:00**PM | 2 stops<br>Change planes DAL | 10h 5m | $368 | $328 | $278 | $248 |
| # 2551 / 1386<br>**1:35**PM → **11:00**PM | 2 stops<br>Change planes DAL | 10h 25m | | | | |

App. 222

Case 2:21-cv-00022-Z    Document 143-1    Filed 08/12/22    Page 28 of 163    PageID 3045



# Return: AMA ✈ BWI

Amarillo, TX - AMA to Baltimore/Washington, MD - BWI

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$    Points

| | WED<br>Feb 22 | THU<br>Feb 23 | FRI<br>Feb 24 | SAT<br>Feb 25 | SUN<br>Feb 26 | Low Fare Calendar | First 2 bags fly free®<br>Weight, size & excess limits apply |

Sort by **Duration**    Filter by **All day**

| Returning flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Low fare   Fastest   # 575 / 1218<br>6:00PM → 11:35PM | 1 stop<br>Change planes DAL | 4h 35m | $336 | $296 | $246 | $216 |
| Low fare   # 158 / 2133<br>6:00AM → 11:55AM | 1 stop<br>Change planes DAL | 4h 55m | $336 | $296 | $246 | $216 |
| Low fare   # 484 / 2541<br>2:30PM → 8:45PM | 1 stop<br>Change planes DAL | 5h 15m | $336 | $296 | $246 | $216 |
| # 150 / 2215<br>6:50AM → 3:45PM | 2 stops<br>Change planes AUS | 7h 55m | $383 | $343<br>4 left | $293<br>4 left | $263<br>4 left |
| Low fare   # 2367 / 1194<br>3:50PM → 12:50AM<br>⌐ Next Day | 1 stop<br>Change planes DEN | 8h 0m | $336 | $296 | $246 | $216 |
| Low fare   # 484 / 1218<br>2:30PM → 11:35PM | 1 stop<br>Change planes DAL | 8h 5m | $336 | $296 | $246 | $216 |
| # 1460 / 2541<br>11:05AM → 8:45PM | 1 stop<br>Change planes DAL | 8h 40m | $363 | $323 | $273 | $243 |
| # 150 / 2215<br>6:00AM → 3:45PM | 2 stops<br>Change planes TPA | 8h 45m | $394 | $354<br>1 left | $304<br>1 left | $274<br>1 left |
| # 158 / 102<br>6:00AM → 4:05PM | 2 stops<br>Change planes DAL | 9h 5m | $394 | $354<br>2 left | $304<br>2 left | $274<br>2 left |
| Low fare   # 158 / 2013<br>6:00AM → 4:35PM | 1 stop<br>Change planes DAL | 9h 35m | $336 | $296 | $246 | $216 |

Save up to $375 with Flight + Hotel⁴    **See packages**    **Continue**

App. 223

Important fare and schedule information

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). **This fare is a discount off the "Anytime" fares.** Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

[1]First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

[2]If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. [3]Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

[4]Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

[5]Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

[6]If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight or the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile web, or you can visit a Southwest Gate Agent to print off the boarding pass. If there are any government taxes and fees associated with these itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

[7]Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, If canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

[8]Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

[9]EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

[10]Flights traveling 175 miles or less only serve water.

[11]Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.

App. 224

# EXHIBIT 27

✈ Expedia    More travel ⌄    🌐 English    List your property    Support    Trips    Notifications

## Baton Rouge to Austin
### Feb 20 - Feb 24

⇄ **Filters**

**Choose departing flight**  ›  Choose returning flight  ›  Review your trip

### Flexible dates
**Compare prices for nearby days**    ⌄

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.



**Sign in for airline credits**
If you have an airline credit, sign in to use it. If you don't have an account, create one using the same email address you used when you purchased your original flight.
Sign in

---

**12:15pm - 3:29pm**                                          **$399**
Baton ... (BTR) - Austin (AUS)                      Roundtrip per traveler
3h 14m (1 stop)
1h 10m in Houston (IAH)
🔷 United • United 4915 operated by Commutair DBA United Express

---

**2:15pm - 5:29pm**                                           **$449**
Baton ... (BTR) - Austin (AUS)                      Roundtrip per traveler
3h 14m (1 stop)
1h 6m in Houston (IAH)
🔷 United • United 4967 operated by Commutair DBA United Express

---

**7:53am - 11:19am**                                          **$578**
Baton ... (BTR) - Austin (AUS)                      Roundtrip per traveler
3h 26m (1 stop)
40m in Dallas (DFW)
✈ American Airlines • American Airlines 3622 operated by Envoy Air As American Eagle

---

### Unlock trip savings up to $362 when you book a flight + hotel
Add a hotel to your trip and save.

App. 226

Shop flight + hotel  ›

**10:00am - 1:27pm**                                                        1 left at
Baton ... (BTR) - Austin (AUS)                                          **$378**
3h 27m (1 stop)
50m in Dallas (DFW)                                          Roundtrip per traveler
✈ American Airlines • American Airlines 3195 operated by Skywest Airlines As American Eagle

**2:15pm - 5:42pm**                                                     **$378**
Baton ... (BTR) - Austin (AUS)
3h 27m (1 stop)                                              Roundtrip per traveler
50m in Dallas (DFW)
✈ American Airlines • American Airlines 4984 operated by Skywest Airlines As American Eagle

**8:02pm - 11:30pm**                                                    **$378**
Baton ... (BTR) - Austin (AUS)
3h 28m (1 stop)                                              Roundtrip per traveler
50m in Dallas (DFW)
✈ American Airlines • American Airlines 4985 operated by Skywest Airlines As American Eagle

**7:20am - 10:53am**                                                    **$449**
Baton ... (BTR) - Austin (AUS)
3h 33m (1 stop)                                              Roundtrip per traveler
1h 35m in Houston (IAH)
▦ United • United 4986 operated by Commutair DBA United Express

**7:00pm - 10:34pm**                                                    **$309**
Baton ... (BTR) - Austin (AUS)
3h 34m (1 stop)                                              Roundtrip per traveler
1h 20m in Houston (IAH)
▦ United • United 4954 operated by Commutair DBA United Express

**9:30am - 1:09pm**                                                         1 left at
Baton ... (BTR) - Austin (AUS)                                          **$351**
3h 39m (1 stop)
1h 35m in Houston (IAH)                                       Roundtrip per traveler
▦ United • United 4947 operated by Commutair DBA United Express

**12:06pm - 3:48pm**                                                    **$378**
Baton ... (BTR) - Austin (AUS)
3h 42m (1 stop)                                              Roundtrip per traveler

App. 227

1h 5m in Dallas (DFW)
✈ American Airlines • American Airlines 3203 operated by Skywest Airlines As American Eagle

**4:11pm - 7:59pm**                                                                      1 left at
Baton ... (BTR) - Austin (AUS)                                                           **$378**
3h 48m (1 stop)                                                                Roundtrip per traveler
1h 10m in Dallas (DFW)
✈ American Airlines • American Airlines 3079 operated by Skywest Airlines As American Eagle

**4:49pm - 8:39pm**                                                                      1 left at
Baton ... (BTR) - Austin (AUS)                                                           **$309**
3h 50m (1 stop)                                                                Roundtrip per traveler
1h 22m in Houston (IAH)
🟦 United • United 4240 operated by Commutair DBA United Express

**2:15pm - 6:33pm**                                                                      **$378**
Baton ... (BTR) - Austin (AUS)                                                 Roundtrip per traveler
4h 18m (1 stop)
1h 45m in Dallas (DFW)
✈ American Airlines • American Airlines 4984 operated by Skywest Airlines As American Eagle

**4:11pm - 8:59pm**                                                                      1 left at
Baton ... (BTR) - Austin (AUS)                                                           **$378**
4h 48m (1 stop)                                                                Roundtrip per traveler
2h 10m in Dallas (DFW)
✈ American Airlines • American Airlines 3079 operated by Skywest Airlines As American Eagle

**10:22am - 3:21pm**                                                                     **$868**
Baton ... (BTR) - Austin (AUS)                                                 Roundtrip per traveler
4h 59m (1 stop)
1h 6m in Atlanta (ATL)
🔺 Delta

**6:45pm - 11:58pm**                                                                     **$868**
Baton ... (BTR) - Austin (AUS)                                                 Roundtrip per traveler
5h 13m (1 stop)
1h 3m in Atlanta (ATL)
🔺 Delta

**12:15pm - 5:29pm**                                                                     **$399**
Baton ... (BTR) - Austin (AUS)

App. 228

Baton ... (BTR) - Austin (AUS)
5h 14m (1 stop)
3h 10m in Houston (IAH)
United • United 4915 operated by Commutair DBA United Express

**6:00am - 11:24am**
Baton ... (BTR) - Austin (AUS)
5h 24m (1 stop)
1h 23m in Atlanta (ATL)
Delta

**$868**
Roundtrip per traveler

**3:17pm - 8:42pm**
Baton ... (BTR) - Austin (AUS)
5h 25m (1 stop)
1h 16m in Atlanta (ATL)
Delta

**$868**
Roundtrip per traveler

**4:11pm - 9:39pm**
Baton ... (BTR) - Austin (AUS)
5h 28m (1 stop)
2h 55m in Dallas (DFW)
American Airlines • American Airlines 3079 operated by Skywest Airlines As American Eagle

1 left at
**$378**
Roundtrip per traveler

**12:06pm - 5:42pm**
Baton ... (BTR) - Austin (AUS)
5h 36m (1 stop)
3h in Dallas (DFW)
American Airlines • American Airlines 3203 operated by Skywest Airlines As American Eagle

**$378**
Roundtrip per traveler

**2:15pm - 7:59pm**
Baton ... (BTR) - Austin (AUS)
5h 44m (1 stop)
3h 5m in Dallas (DFW)
American Airlines • American Airlines 4984 operated by Skywest Airlines As American Eagle

**$378**
Roundtrip per traveler

**4:49pm - 10:34pm**
Baton ... (BTR) - Austin (AUS)
5h 45m (1 stop)
3h 17m in Houston (IAH)
United • United 4240 operated by Commutair DBA United Express

1 left at
**$309**
Roundtrip per traveler

**10:00am - 3:48pm**

1 left at
App. 229 **$378**

Baton ... (BTR) – Austin (AUS)

5h 48m (1 stop)

3h 10m in Dallas (DFW)

American Airlines • American Airlines 3195 operated by Skywest Airlines As American Eagle

**10:22am - 4:44pm**

Baton ... (BTR) – Austin (AUS)

6h 22m (1 stop)

2h 26m in Atlanta (ATL)

Delta

**$868**

Roundtrip per traveler

**12:06pm - 6:33pm**

Baton ... (BTR) – Austin (AUS)

6h 27m (1 stop)

3h 55m in Dallas (DFW)

American Airlines • American Airlines 3203 operated by Skywest Airlines As American Eagle

**$378**

Roundtrip per traveler

**4:11pm - 10:43pm**

Baton ... (BTR) – Austin (AUS)

6h 32m (1 stop)

4h in Dallas (DFW)

American Airlines • American Airlines 3079 operated by Skywest Airlines As American Eagle

1 left at

**$378**

Roundtrip per traveler

**3:17pm - 10:24pm**

Baton ... (BTR) – Austin (AUS)

7h 7m (1 stop)

2h 55m in Atlanta (ATL)

Delta

**$868**

Roundtrip per traveler

**6:00am - 1:34pm**

Baton ... (BTR) – Austin (AUS)

7h 34m (1 stop)

3h 38m in Atlanta (ATL)

Delta

**$868**

Roundtrip per traveler

**10:22am - 6:37pm**

Baton ... (BTR) – Austin (AUS)

8h 15m (1 stop)

4h 21m in Atlanta (ATL)

Delta

**$662**

Roundtrip per traveler

**6:00am - 3:21pm**

Baton ... (BTR) – Austin (AUS)

4 left at

App. 230

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 36 of 163   PageID 3058

Baton ...
9h 21m (1 stop)
5h 23m in Atlanta (ATL)
 Delta

$692
Roundtrip per traveler

**6:00am – 4:44pm**
Baton ... (BTR) – Austin (AUS)
10h 44m (1 stop)
6h 43m in Atlanta (ATL)
 Delta

**4 left at**
**$692**
Roundtrip per traveler

Tell us how we can improve our site

**Share feedback**



## Our app takes you further

When you book on the app you can save up to 25% on select hotels while earning double the points with every booking. With these app deals you'll save even more on trips, and that means you can take more trips, and manage it all on the go.

Switch to the app

**expedia group·**

**Company**                          **Explore**

App. 231

**Expedia**

More travel ⌄    🌐 English    List your property    Support    Trips    Notifications

## New Orleans to Austin
### Feb 20 - Feb 24

⇄ Filters

**Choose departing flight** ＞ Choose returning flight ＞ Review your trip

### Flexible dates
Compare prices for nearby days      ⌄

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.



**Sign in for airline credits**
If you have an airline credit, sign in to use it. If you don't have an account, create one using the same email address you used when you purchased your original flight.
Sign in

---

**6:30am - 8:12am**      **$441**
New Or... (MSY) - Austin (AUS)      Roundtrip per traveler
1h 42m (Nonstop)
✈ American Airlines • American Airlines 4219 operated by Envoy Air As American Eagle

---

**6:30am - 8:12am**      **$441**
New Or... (MSY) - Austin (AUS)      Roundtrip per traveler
1h 42m (Nonstop)
Alaska Airlines • Alaska Airlines 6981 operated by Envoy Air As American Eagle

---

**5:28pm - 7:10pm**      **$441**
New Or... (MSY) - Austin (AUS)      Roundtrip per traveler
1h 42m (Nonstop)
✈ American Airlines • American Airlines 4171 operated by Envoy Air As American Eagle

---

### Unlock trip savings up to $362 when you book a flight + hotel
Add a hotel to your trip and save.

Shop flight + hotel ＞

App. 232

**5:28pm - 7:10pm**                                                              **$441**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
1h 42m (Nonstop)
Alaska Airlines • Alaska Airlines 6980 operated by Envoy Air As American Eagle

**3:58pm - 7:04pm**                                                              **$762**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
3h 6m (1 stop)
47m in Houston (IAH)
United

**2:21pm - 5:29pm**                                                              **$762**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
3h 8m (1 stop)
50m in Houston (IAH)
United

**5:25pm - 8:39pm**                                                              **$762**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
3h 14m (1 stop)
55m in Houston (IAH)
United

**12:10pm - 3:29pm**                                                             **$762**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
3h 19m (1 stop)
1h in Houston (IAH)
United

**7:30am - 10:53am**                                                             **$619**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
3h 23m (1 stop)
1h 10m in Houston (IAH)
United

**5:20am - 8:44am**                                                              **$619**
New Or... (MSY) - Austin (AUS)                                     Roundtrip per traveler
3h 24m (1 stop)
1h 5m in Houston (IAH)
United

App. 233

8/8/22, 3:28 PM
MSY to AUS flights
Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 39 of 163   PageID 3056

**9:45am - 1:09pm**

New Or... (MSY) - Austin (AUS)

3h 24m (1 stop)

1h 5m in Houston (IAH)

United

**$619**

Roundtrip per traveler

**9:52am - 1:27pm**

New Or... (MSY) - Austin (AUS)

3h 35m (1 stop)

40m in Dallas (DFW)

American Airlines

**$564**

Roundtrip per traveler

**7:54pm - 11:30pm**

New Or... (MSY) - Austin (AUS)

3h 36m (1 stop)

40m in Dallas (DFW)

American Airlines

**$564**

Roundtrip per traveler

**6:45pm - 10:34pm**

New Or... (MSY) - Austin (AUS)

3h 49m (1 stop)

1h 30m in Houston (IAH)

United

**$762**

Roundtrip per traveler

**11:58am - 3:48pm**

New Or... (MSY) - Austin (AUS)

3h 50m (1 stop)

55m in Dallas (DFW)

American Airlines

**$564**

Roundtrip per traveler

**3:58pm - 8:39pm**

New Or... (MSY) - Austin (AUS)

4h 41m (1 stop)

2h 22m in Houston (IAH)

United

**$762**

Roundtrip per traveler

**2:21pm - 7:04pm**

New Or... (MSY) - Austin (AUS)

4h 43m (1 stop)

2h 25m in Houston (IAH)

United

**$762**

Roundtrip per traveler

App. 234

**7:14pm – 11:58pm**                                                    **$579**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

4h 44m (1 stop)

50m in Atlanta (ATL)

▲ Delta


**10:35am – 3:21pm**                                                    **$709**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

4h 46m (1 stop)

55m in Atlanta (ATL)

▲ Delta


**3:57pm – 8:59pm**                                                    **$564**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

5h 2m (1 stop)

2h in Dallas (DFW)

❮ American Airlines


**5:25pm – 10:34pm**                                                   **$762**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

5h 9m (1 stop)

2h 50m in Houston (IAH)

🔷 United


**12:10pm – 5:29pm**                                                   **$762**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

5h 19m (1 stop)

3h in Houston (IAH)

🔷 United


**5:20am – 10:53am**                                                   **$619**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

5h 33m (1 stop)

3h 20m in Houston (IAH)

🔷 United


**7:30am – 1:09pm**                                                    **$619**

New Or... (MSY) – Austin (AUS)                              Roundtrip per traveler

5h 39m (1 stop)

3h 20m in Houston (IAH)

🔷 United

App. 235

**4:38pm - 10:24pm**
New Or... (MSY) - Austin (AUS)
5h 46m (1 stop)
1h 44m in Atlanta (ATL)
▲ Delta

**$579**
Roundtrip per traveler

**12:45pm - 6:37pm**
New Or... (MSY) - Austin (AUS)
5h 52m (1 stop)
1h 57m in Atlanta (ATL)
▲ Delta

**$969**
Roundtrip per traveler

**9:52am - 3:48pm**
New Or... (MSY) - Austin (AUS)
5h 56m (1 stop)
3h in Dallas (DFW)
✈ American Airlines

**$564**
Roundtrip per traveler

**5:56pm - 11:58pm**
New Or... (MSY) - Austin (AUS)
6h 2m (1 stop)
2h 6m in Atlanta (ATL)
▲ Delta

**$579**
Roundtrip per traveler

**2:21pm - 8:39pm**
New Or... (MSY) - Austin (AUS)
6h 18m (1 stop)
4h in Houston (IAH)
▮ United

**$762**
Roundtrip per traveler

**7:00am - 1:34pm**
New Or... (MSY) - Austin (AUS)
6h 34m (1 stop)
2h 41m in Atlanta (ATL)
▲ Delta

**$969**
Roundtrip per traveler

**3:58pm - 10:34pm**
New Or... (MSY) - Austin (AUS)
6h 36m (1 stop)
4h 17m in Houston (IAH)
▮ United

**$747**
Roundtrip per traveler

App. 236

Case 2:21-cv-00022-Z    Document 143-1    Filed 08/12/22    Page 42 of 163    PageID 3059

**2:08pm - 8:59pm**

New Or... (MSY) – Austin (AUS)

6h 51m (1 stop)

3h 55m in Dallas (DFW)

American Airlines

**$564**

Roundtrip per traveler

---

**12:10pm - 7:04pm**

New Or... (MSY) – Austin (AUS)

6h 54m (1 stop)

4h 35m in Houston (IAH)

United

**$747**

Roundtrip per traveler

---

**2:27pm - 9:40pm**

New Or... (MSY) – Austin (AUS)

7h 13m (1 stop)

2h 58m in Orlando (MCO)

Spirit Airlines

**$362**

Roundtrip per traveler

---

**11:45am - 7:04pm**

New Or... (MSY) – Austin (AUS)

7h 19m (2 stops)

54m in Jacksonville (JAX) • 43m in Houston (IAH)

Multiple airlines • United 6348 operated by Mesa Airlines DBA United Express

**$676**

Roundtrip per traveler

---

**4:38pm - 11:58pm**

New Or... (MSY) – Austin (AUS)

7h 20m (1 stop)

3h 20m in Atlanta (ATL)

Delta

**$509**

Roundtrip per traveler

---

**10:35am - 6:37pm**

New Or... (MSY) – Austin (AUS)

8h 2m (1 stop)

4h 10m in Atlanta (ATL)

Delta

**$657**

Roundtrip per traveler

---

**2:21pm - 10:34pm**

New Or... (MSY) – Austin (AUS)

8h 13m (1 stop)

5h 55m in Houston (IAH)

United

**$747**

Roundtrip per traveler

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 43 of 163   PageID 3060

**12:10pm - 8:39pm**

**$747**

New Or... (MSY) – Austin (AUS)

Roundtrip per traveler

8h 29m (1 stop)

6h 10m in Houston (IAH)

🟦 United

---

**11:45am - 8:39pm**

**$676**

New Or... (MSY) – Austin (AUS)

Roundtrip per traveler

8h 54m (2 stops)

54m in Jacksonville (JAX) • 2h 18m in Houston (IAH)

✈ Multiple airlines • United 6348 operated by Mesa Airlines DBA United Express

---

**6:25am - 4:26pm**

**$362**

New Or... (MSY) – Austin (AUS)

Roundtrip per traveler

10h 1m (1 stop)

5h 5m in Fort Lauderdale (FLL)

✈ Spirit Airlines

Tell us how we can improve our site

**Share feedback**



## Our app takes you further

When you book on the app you can save up to 25% on select hotels while earning double the points with every booking. With these app deals you'll save even more on trips, and that means you can take more trips, and manage it all on the go.

App. 238

Switch to the app

# expedia group·

| **Company** | **Explore** |
| --- | --- |
| About | United States of America travel guide |
| Jobs | Hotels in United States of America |
| List your property | Vacation rentals in United States of America |
| Partnerships | Vacation packages in United States of America |
| Newsroom | Domestic flights |
| Investor Relations | Car rentals in United States of America |
| Advertising | All accommodation types |
| **Policies** | **Help** |
| Privacy policy | Support |
| Terms of use | Cancel your hotel or vacation rental booking |
| Vrbo terms and conditions | Cancel your flight |
| Expedia Rewards Terms | Refund timelines, policies & processes |
| Accessibility | Use an Expedia coupon |
| Do not sell my personal information | International travel documents |

Expedia, Inc. is not responsible for content on external Web sites.

© 2022 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia and the Airplane Logo are trademarks or registered trademarks of Expedia, Inc. CST# 2029030-50.

# EXHIBIT 28



Log in Español

FEB 20 - 24
MSY → AUS Modify

# Depart: MSY → AUS

New Orleans, LA - MSY to Austin, TX - AUS

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$ Points

| SAT | SUN | MON | TUE | WED |
|---|---|---|---|---|
| Feb 18 | Feb 19 | Feb 20 | Feb 21 | Feb 22 |

Low Fare Calendar

**First 2 bags fly free®**
Weight, size & excess limits apply

Sort by Duration Filter by Nonstop All day

| Departing flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away *plus* | Wanna Get Away |
|---|---|---|---|---|---|---|
| Low fare Fastest #1316 6:00AM → 7:35AM | Nonstop | 1h 35m | $290 | $250 | $160 | $130 |
| Fastest #165 2:40PM → 4:15PM | Nonstop | 1h 35m | $374 | $334 3 left | $244 3 left | $214 3 left |
| Fastest #2421 5:40PM → 7:15PM | Nonstop | 1h 35m | $342 | $302 3 left | $212 3 left | $182 3 left |
| #143 8:40AM → 10:20AM | Nonstop | 1h 40m | $342 | $302 5 left | $212 5 left | $182 5 left |
| #2268 / 700 8:25AM → 11:35AM | 1 stop Change planes HOU | 3h 10m | $423 | $383 | $307 5 left | $277 5 left |
| #1851 / 2699 7:25PM → 10:35PM | 1 stop Change planes HOU | 3h 10m | $330 | $290 2 left | $200 2 left | $170 2 left |
| #749 / 1697 6:25AM → 9:40AM | 1 stop Change planes HOU | 3h 15m | $423 | $383 | $296 2 left | $266 2 left |
| #2919 / 1846 10:25AM → 2:35PM | 1 stop Change planes DAL | 4h 10m | $415 | $375 2 left | $285 2 left | $255 2 left |
| #49 / 992 3:50PM → 8:15PM | 1 stop Change planes HOU | 4h 25m | $415 | $375 1 left | $285 1 left | $255 1 left |
| #1444 / 1841 8:15AM → 12:45PM | 1 stop Change planes DAL | 4h 30m | $423 | $383 | $307 1 left | $277 1 left |
| #1566 / 474 4:25PM → 9:00PM | 1 stop Change planes DAL | 4h 35m | | | | |

App. 241

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 47 of 163   PageID 3064

| # 1318 / 1005 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1:35 PM → 6:15 PM | 1 stop Change planes DAL | 4h 40m | $423 $423 | $383 $383 | Unavailable | Unavailable |

| # 2520 / 319 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6:15 PM → 11:10 PM | 1 stop Change planes STL | 4h 55m | $423 | $383 | $307 2 left | $277 2 left |

| # 2294 / 2970 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10:30 AM → 3:30 PM | 1 stop Change planes BNA | 5h 0m | $423 | $383 | Unavailable | Unavailable |

| # 2409 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9:05 AM → 6:40 PM | 2 stops | 9h 35m | $423 | $383 | Unavailable | Unavailable |

## Return: AUS → MSY

Austin, TX - AUS to New Orleans, LA - MSY

Government taxes & fees included
All fares are rounded up to the nearest dollar.   $   Points

| WED Feb 22 | THU Feb 23 | FRI Feb 24 | SAT Feb 25 | SUN Feb 26 |
|---|---|---|---|---|

Low Fare Calendar    **First 2 bags fly free®** Weight, size & excess limits apply

Sort by [ Duration ▼ ]   Filter by [ Nonstop ○ ] [ All day ▼ ]

| Returning flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away plus | Wanna Get Away |
|---|---|---|---|---|---|---|
| Low fare  Fastest  # 474 9:40 PM → 10:55 PM | Nonstop | 1h 15m | $312 | $272 | $182 | $152 |
| # 1692 8:45 AM → 10:05 AM | Nonstop | 1h 20m | $363 | $323 4 left | $233 4 left | $203 4 left |
| # 824 2:10 PM → 3:30 PM | Nonstop | 1h 20m | $363 | $323 | $233 | $203 |
| # 1850 5:30 PM → 6:50 PM | Nonstop | 1h 20m | $385 | $345 | $255 | $225 |
| # 1867 / 1376 2:45 PM → 5:35 PM | 1 stop Change planes HOU | 2h 50m | $415 | $375 4 left | $285 4 left | $255 4 left |
| # 453 / 121 5:30 PM → 8:30 PM | 1 stop Change planes HOU | 3h 0m | $394 | $354 1 left | $264 1 left | $234 1 left |
| # 2406 / 1991 7:30 PM → 10:35 PM | 1 stop Change planes HOU | 3h 5m | $345 | $305 2 left | $215 2 left | $185 2 left |
| # 1934 / 2294 | | | | | | |

App. 242

Case 2:21-cv-00022-Z    Document 143-1    Filed 08/12/22    Page 48 of 163    PageID 3065

| Flight | Depart → Arrive | Stops | Duration | Business Select | Anytime | Wanna Get Away Plus | Wanna Get Away |
|---|---|---|---|---|---|---|---|
| | 6:20 AM → 9:55 AM | Change planes HOU | 3h 35m | $351 | $311 2 left | $221 2 left | $191 2 left |
| # 327 / 1563 | 8:45 AM → 12:35 PM | 1 stop Change planes DAL | 3h 50m | $423 | $383 | Unavailable | Unavailable |
| # 2214 / 2163 | 11:25 AM → 3:15 PM | 1 stop Change planes DAL | 3h 50m | $423 | $383 | Unavailable | Unavailable |
| # 886 / 2300 | 7:15 PM → 11:05 PM | 1 stop Change planes DAL | 3h 50m | $394 | $354 2 left | $264 2 left | $234 2 left |
| # 310 / 2711 | 5:35 PM → 9:30 PM | 1 stop Change planes DAL | 3h 55m | $423 | $383 | Unavailable | Unavailable |
| # 1486 / 1579 | 1:05 PM → 5:25 PM | 1 stop Change planes BNA | 4h 20m | $394 | $354 3 left | $264 3 left | $234 3 left |
| # 1940 / 2907 | 3:05 PM → 7:30 PM | 1 stop Change planes DAL | 4h 25m | $423 | $383 | Unavailable | Unavailable |

**Save up to $375 with Flight + Hotel⁴**    **See packages**    **Continue**

**Important fare and schedule information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking the individual flight numbers.
- All fare and fare ranges listed are per person for each way of travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). This fare **is a discount off the "Anytime"** fares. Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

¹First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

²If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. ³Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

⁴Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

⁵Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

⁶If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight or the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile

App. 243

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 49 of 163   PageID 3066

web, or you can visit a Southwest Gate Agent to print out the boarding pass. If there are any government taxes and fees associated with those itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

[7]Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, if canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

[8]Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

[9]EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

[10]Flights traveling 175 miles or less only serve water.

[11]Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.

App. 244

# EXHIBIT 29

 **Expedia**    More travel ⌄    🌐 English    List your property    Support    **Trips**    Notifications

## Baton Rouge to Amarillo
### Feb 20 - Feb 24

⇄ **Filters**

**Choose departing flight** › Choose returning flight › Review your trip

### Flexible dates
Compare prices for nearby days                                      ⌄

---

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.

 **Sign in for airline credits**
If you have an airline credit, sign in to use it. If you don't have an account, create one using the same email address you used when you purchased your original flight.
Sign in

---

**12:06pm - 3:45pm**                                          4 left at
Baton ... (BTR) - Amarillo (AMA)                              **$441**
3h 39m (1 stop)                                          Roundtrip per traveler
50m in Dallas (DFW)
✈ American Airlines • American Airlines 3203 operated by Skywest Airlines As American Eagle, American Airlines 5696 operated by Mesa Airlines As American Eagle

---

**7:53am - 11:32am**                                          **$627**
Baton ... (BTR) - Amarillo (AMA)                         Roundtrip per traveler
3h 39m (1 stop)
40m in Dallas (DFW)
✈ American Airlines • American Airlines 3622 operated by Envoy Air As American Eagle, American Airlines 5832 operated by Mesa Airlines As American Eagle

---

**10:00am - 1:40pm**                                          1 left at
Baton ... (BTR) - Amarillo (AMA)                              **$441**
3h 40m (1 stop)                                          Roundtrip per traveler
50m in Dallas (DFW)
✈ American Airlines • American Airlines 3195 operated by Skywest Airlines As American Eagle, American Airlines 5902 operated by Mesa Airlines As American Eagle

App. 246

8/8/22, 3:29 PM
BTR to AMA flights
Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 52 of 163   PageID 3069

**Unlock trip savings up to $362 when you book a flight + hotel**

Add a hotel to your trip and save.

Shop flight + hotel   ❯

**2:15pm – 5:56pm**
Baton ... (BTR) – Amarillo (AMA)
3h 41m (1 stop)
50m in Dallas (DFW)
✈ American Airlines • American Airlines 4984 operated by Skywest Airlines As American Eagle

**$441**
Roundtrip per traveler

**8:02pm – 11:43pm**
Baton ... (BTR) – Amarillo (AMA)
3h 41m (1 stop)
50m in Dallas (DFW)
✈ American Airlines • American Airlines 4985 operated by Skywest Airlines As American Eagle, American Airlines 5711 operated by Mesa Airlines As American Eagle

**$441**
Roundtrip per traveler

**4:11pm – 8:13pm**
Baton ... (BTR) – Amarillo (AMA)
4h 2m (1 stop)
1h 10m in Dallas (DFW)
✈ American Airlines • American Airlines 3079 operated by Skywest Airlines As American Eagle

**$441**
Roundtrip per traveler

**7:20am – 11:30am**
Baton ... (BTR) – Amarillo (AMA)
4h 10m (1 stop)
1h 15m in Houston (IAH)
▦ United • United 4986 and 4345 operated by Commutair DBA United Express

5 left at
**$812**
Roundtrip per traveler

**4:49pm – 9:50pm**
Baton ... (BTR) – Amarillo (AMA)
5h 1m (1 stop)
1h 42m in Houston (IAH)
▦ United • United 4240 and 4859 operated by Commutair DBA United Express

**$647**
Roundtrip per traveler

**10:00am – 3:45pm**
Baton ... (BTR) – Amarillo (AMA)
5h 45m (1 stop)
2h 55m in Dallas (DFW)
✈ American Airlines • American Airlines 3195 operated by Skywest Airlines As American Eagle, American Airlines 5696 operated by Mesa Airlines As American Eagle

2 left at
**$441**
Roundtrip per traveler

App. 247

**7:53am – 1:40pm**

Baton ... (BTR) – Amarillo (AMA)

5h 47m (1 stop)

2h 45m in Dallas (DFW)

American Airlines • American Airlines 3622 operated by Envoy Air As American Eagle, American Airlines 5902 operated by Mesa Airlines As American Eagle

**5 left at**
**$627**
Roundtrip per traveler

**12:06pm – 5:56pm**

Baton ... (BTR) – Amarillo (AMA)

5h 50m (1 stop)

3h in Dallas (DFW)

American Airlines • American Airlines 3203 operated by Skywest Airlines As American Eagle

**4 left at**
**$441**
Roundtrip per traveler

**2:15pm – 8:13pm**

Baton ... (BTR) – Amarillo (AMA)

5h 58m (1 stop)

3h 5m in Dallas (DFW)

American Airlines • American Airlines 4984 operated by Skywest Airlines As American Eagle

**$441**
Roundtrip per traveler

**10:22am – 9:50pm**

Baton ... (BTR) – Amarillo (AMA)

11h 28m (2 stops)

3h 41m in Atlanta (ATL) • 2h 15m in Houston (IAH)

Multiple airlines • United 4859 operated by Commutair DBA United Express

**5 left at**
**$1,168**
Roundtrip per traveler

**10:22am – 9:50pm**

Baton ... (BTR) – Amarillo (AMA)

11h 28m (2 stops)

46m in Atlanta (ATL) • 5h 15m in Houston (IAH)

Multiple airlines • United 4859 operated by Commutair DBA United Express

**4 left at**
**$1,174**
Roundtrip per traveler

Tell us how we can improve our site

**Share feedback**



App. 248

## Our app takes you further

When you book on the app you can save up to 25% on select hotels while earning double the points with every booking. With these app deals you'll save even more on trips, and that means you can take more trips, and manage it all on the go.

Switch to the app

## expedia group™

| Company | Explore |
|---|---|
| About | United States of America travel guide |
| Jobs | Hotels in United States of America |
| List your property | Vacation rentals in United States of America |
| Partnerships | Vacation packages in United States of America |
| Newsroom | Domestic flights |
| Investor Relations | Car rentals in United States of America |
| Advertising | All accommodation types |

| Policies | Help |
|---|---|
| Privacy policy | Support |
| Terms of use | Cancel your hotel or vacation rental booking |
| Vrbo terms and conditions | Cancel your flight |
| Expedia Rewards Terms | Refund timelines, policies & processes |
| Accessibility | Use an Expedia coupon |
| Do not sell my personal information | International travel documents |

Expedia, Inc. is not responsible for content on external Web sites.

© 2022 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia and the Airplane Logo are trademarks or registered

 **Expedia**    More travel ⌄    🌐 English    List your property    Support    **Trips**    Notifications

## New Orleans to Amarillo
### Feb 20 – Feb 24

⇄ Filters

**Choose departing flight** > Choose returning flight > Review your trip

### Flexible dates
Compare prices for nearby days                                                   ⌄

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.

 **Sign in for airline credits**
If you have an airline credit, sign in to use it. If you don't have an account, create one using the same email address you used when you purchased your original flight.
Sign in

**6:00am - 9:44am**                                                              **$659**
New Or... (MSY) - Amarillo (AMA)                                     Roundtrip per traveler
3h 44m (1 stop)
40m in Dallas (DFW)
🛫 American Airlines • American Airlines 5776 operated by Mesa Airlines As American Eagle

**7:45am - 11:32am**                                                             **$616**
New Or... (MSY) - Amarillo (AMA)                                     Roundtrip per traveler
3h 47m (1 stop)
40m in Dallas (DFW)
🛫 American Airlines • American Airlines 5832 operated by Mesa Airlines As American Eagle

**11:58am - 3:45pm**                                                             **$659**
New Or... (MSY) - Amarillo (AMA)                                     Roundtrip per traveler
3h 47m (1 stop)
40m in Dallas (DFW)
🛫 American Airlines • American Airlines 5696 operated by Mesa Airlines As American Eagle

### Unlock trip savings up to $362 when you book a flight + hotel
Add a hotel to your trip and save.

App. 250

Shop flight + hotel  >

**9:52am - 1:40pm**
New Or... (MSY) – Amarillo (AMA)
3h 48m (1 stop)
40m in Dallas (DFW)
American Airlines • American Airlines 5902 operated by Mesa Airlines As American Eagle

4 left at
**$616**
Roundtrip per traveler

**2:08pm - 5:56pm**
New Or... (MSY) – Amarillo (AMA)
3h 48m (1 stop)
40m in Dallas (DFW)
American Airlines

4 left at
**$659**
Roundtrip per traveler

**7:54pm - 11:43pm**
New Or... (MSY) – Amarillo (AMA)
3h 49m (1 stop)
40m in Dallas (DFW)
American Airlines • American Airlines 5711 operated by Mesa Airlines As American Eagle

**$616**
Roundtrip per traveler

**7:30am - 11:30am**
New Or... (MSY) – Amarillo (AMA)
4h 0m (1 stop)
50m in Houston (IAH)
United • United 4345 operated by Commutair DBA United Express

4 left at
**$1,171**
Roundtrip per traveler

**3:57pm - 8:13pm**
New Or... (MSY) – Amarillo (AMA)
4h 16m (1 stop)
1h in Dallas (DFW)
American Airlines

**$659**
Roundtrip per traveler

**5:25pm - 9:50pm**
New Or... (MSY) – Amarillo (AMA)
4h 25m (1 stop)
1h 15m in Houston (IAH)
United • United 4859 operated by Commutair DBA United Express

3 left at
**$1,095**
Roundtrip per traveler

**2:40pm - 7:41pm**
New Or... (MSY) – Amarillo (AMA)
5h 1m (1 stop)

4 left at
**$976**

App. 251

50m in Denver (DEN)                                              Roundtrip per traveler
United • United 4719 operated by Skywest DBA United Express

**6:00am - 11:32am**                                            4 left at
New Or... (MSY) - Amarillo (AMA)                                **$659**
5h 32m (1 stop)                                                 Roundtrip per traveler
2h 25m in Dallas (DFW)
American Airlines • American Airlines 5832 operated by Mesa Airlines As American Eagle


**6:03pm - 11:43pm**                                            **$616**
New Or... (MSY) - Amarillo (AMA)                                Roundtrip per traveler
5h 40m (1 stop)
2h 30m in Dallas (DFW)
American Airlines • American Airlines 5711 operated by Mesa Airlines As American Eagle


**3:58pm - 9:50pm**                                             4 left at
New Or... (MSY) - Amarillo (AMA)                                **$1,095**
5h 52m (1 stop)                                                 Roundtrip per traveler
2h 42m in Houston (IAH)
United • United 4859 operated by Commutair DBA United Express


**9:52am - 3:45pm**                                             **$616**
New Or... (MSY) - Amarillo (AMA)                                Roundtrip per traveler
5h 53m (1 stop)
2h 45m in Dallas (DFW)
American Airlines • American Airlines 5696 operated by Mesa Airlines As American Eagle


**7:45am - 1:40pm**                                             **$616**
New Or... (MSY) - Amarillo (AMA)                                Roundtrip per traveler
5h 55m (1 stop)
2h 45m in Dallas (DFW)
American Airlines • American Airlines 5902 operated by Mesa Airlines As American Eagle


**11:58am - 5:56pm**                                            **$659**
New Or... (MSY) - Amarillo (AMA)                                Roundtrip per traveler
5h 58m (1 stop)
2h 50m in Dallas (DFW)
American Airlines


**2:08pm - 8:13pm**                                             **$659**
New Or... (MSY) - Amarillo (AMA)                                App. 252 per traveler

6h 5m (1 stop)
2h 55m in Dallas (DFW)
✈ American Airlines

---

**5:20am – 11:30am**
New Or... (MSY) – Amarillo (AMA)
6h 10m (1 stop)
3h in Houston (IAH)
⊠ United • United 4345 operated by Commutair DBA United Express

**$1,171**
Roundtrip per traveler

---

**11:45am – 9:50pm**
New Or... (MSY) – Amarillo (AMA)
10h 5m (2 stops)
2h in Jacksonville (JAX) • 1h 23m in Houston (IAH)
✈ Multiple airlines • United 6115 operated by Mesa Airlines DBA United Express, United 4859 operated by Commutair DBA United Express

4 left at
**$1,022**
Roundtrip per traveler

---

**11:45am – 9:50pm**
New Or... (MSY) – Amarillo (AMA)
10h 5m (2 stops)
54m in Jacksonville (JAX) • 2h 38m in Houston (IAH)
✈ Multiple airlines • United 6348 operated by Mesa Airlines DBA United Express, United 4859 operated by Commutair DBA United Express

**$1,022**
Roundtrip per traveler

---

**10:35am – 9:50pm**
New Or... (MSY) – Amarillo (AMA)
11h 15m (2 stops)
3h 30m in Atlanta (ATL) • 2h 15m in Houston (IAH)
✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

3 left at
**$1,175**
Roundtrip per traveler

---

**10:35am – 9:50pm**
New Or... (MSY) – Amarillo (AMA)
11h 15m (2 stops)
35m in Atlanta (ATL) • 5h 15m in Houston (IAH)
✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

4 left at
**$1,180**
Roundtrip per traveler

---

**8:11am – 7:41pm**
New Or... (MSY) – Amarillo (AMA)
11h 30m (1 stop)
7h 15m in Denver (DEN)
⊠ United • United 4719 operated by Skywest DBA United Express

4 left at
**$982**
Roundtrip per traveler

App. 253

### 9:02am - 9:50pm
New Or... (MSY) - Amarillo (AMA)
12h 48m (2 stops)
2h 10m in Atlanta (ATL) • 5h 15m in Houston (IAH)
✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**2 left at**
# $1,180
Roundtrip per traveler

### 8:00am - 9:50pm
New Or... (MSY) - Amarillo (AMA)
13h 50m (2 stops)
3h 15m in Atlanta (ATL) • 5h 15m in Houston (IAH)
✈ Multiple airlines • United 4859 operated by Commutair DBA United Express

**3 left at**
# $1,359
Roundtrip per traveler

### 7:31pm - 12:41pm [+1]
New Or... (MSY) - Amarillo (AMA)
17h 10m (2 stops)
7h 17m in Salt Lake City (SLC) • 3h 24m in Denver (DEN)
✈ Multiple airlines • United 5340 and 5682 operated by Skywest DBA United Express

# $1,101
Roundtrip per traveler

Tell us how we can improve our site

**Share feedback**



## Our app takes you further
When you book on the app you can save up to 25% on select hotels while earning double the points with

App. 254

# EXHIBIT 30



Log in Español

FEB 20 - 24
MSY → AMA Modify

# Depart: MSY → AMA

New Orleans, LA - MSY to Amarillo, TX - AMA

Government taxes & fees included
All fares are rounded up to the nearest dollar.

$ Points

SAT Feb 18 | SUN Feb 19 | MON Feb 20 | TUE Feb 21 | WED Feb 22 | Low Fare Calendar

**First 2 bags fly free®**
Weight, size & excess limits apply

Sort by Duration   Filter by All day

| Departing flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away plus | Wanna Get Away |
|---|---|---|---|---|---|---|
| Fastest # 2919 / 2179 10:25AM → 1:55PM | 1 stop Change planes DAL | 3h 30m | $449 | $409 2 left | $319 2 left | $289 2 left |
| Low fare # 2384 / 1368 7:25PM → 11:00PM | 1 stop Change planes DAL | 3h 35m | $365 | $325 1 left | $235 1 left | $205 1 left |
| # 2421 / 2967 5:40PM → 9:20PM | 1 stop Change planes AUS | 3h 40m | $414 | $374 5 left | $284 5 left | $254 5 left |
| # 1318 / 1891 1:35PM → 5:25PM | 1 stop Change planes DAL | 3h 50m | $512 | $472 | $382 | $352 |
| # 1444 / 2179 8:15AM → 1:55PM | 1 stop Change planes DAL | 5h 40m | $478 | $438 2 left | $348 2 left | $318 2 left |
| # 1566 / 1368 4:25PM → 11:00PM | 1 stop Change planes DAL | 6h 35m | $414 | $374 | $284 | $254 |
| # 165 / 2967 2:40PM → 9:20PM | 1 stop Change planes AUS | 6h 40m | $429 | $389 5 left | $299 5 left | $269 5 left |
| # 2919 / 1891 10:25AM → 5:25PM | 1 stop Change planes DAL | 7h 0m | $455 | $415 | $325 | $295 |
| # 48 / 1368 3:50PM → 11:00PM | 2 stops Change planes DAL | 7h 10m | $483 | $443 | $353 | $323 |
| # 1764 / 1856 5:35AM → 12:50PM | 1 stop Change planes DEN | 7h 15m | $570 | $530 | Unavailable | Unavailable |

App. 256

# Return: AMA ✈ MSY

Amarillo, TX - AMA to New Orleans, LA - MSY

Government taxes & fees included
All fares are rounded up to the nearest dollar.

| WED Feb 22 | THU Feb 23 | FRI Feb 24 | SAT Feb 25 | SUN Feb 26 | Low Fare Calendar | First 2 bags fly free® Weight, size & excess limits apply |
|---|---|---|---|---|---|---|

Sort by **Duration** ▼    Filter by **All day** ▼

| Returning flights | Number of stops | Duration | Business Select | Anytime | Wanna Get Away plus | Wanna Get Away |
|---|---|---|---|---|---|---|
| Low fare Fastest #575/2711 6:00PM → 9:30PM | 1 stop Change planes DAL | 3h 30m | $402 | $362 2 left | $272 2 left | $242 2 left |
| #1460/2163 11:05AM → 3:15PM | 1 stop Change planes DAL | 4h 10m | $512 | $472 | $382 | $352 |
| #575/474 6:00PM → 10:55PM | 2 stops Change planes DAL | 4h 55m | $483 | $443 | $353 | $323 |
| #484/2907 2:30PM → 7:30PM | 1 stop Change planes DAL | 5h 0m | $429 | $389 2 left | $299 2 left | $269 2 left |
| Low fare #575/2300 6:00PM → 11:05PM | 1 stop Change planes DAL | 5h 5m | $402 | $362 2 left | $272 2 left | $242 2 left |
| #1460/2102 11:05AM → 5:35PM | 2 stops Change planes DAL | 6h 30m | $575 | $535 | Unavailable | Unavailable |
| #156/1563 6:00AM → 12:35PM | 1 stop Change planes DAL | 6h 35m | $414 | $374 3 left | $284 3 left | $254 3 left |
| #484/2711 2:30PM → 9:30PM | 1 stop Change planes DAL | 7h 0m | $429 | $389 | $299 | $269 |
| #2387/2735 3:50PM → 11:15PM | 1 stop Change planes DEN | 7h 25m | $570 | $530 | $467 4 left | $437 4 left |
| #1460/2907 11:05AM → 7:30PM | 1 stop Change planes DAL | 8h 25m | $478 | $438 | $348 | $318 |

Save up to $375 with Flight + Hotel⁴    **See packages**    **Continue**

**Important fare and schedule information**

- All fare and fare ranges are subject to change until purchased.
- Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.

App. 257

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 63 of 163   PageID 3080

- All fares and fare ranges listed are per person for adult one-way travel.
- "Unavailable" indicates the corresponding fare is unavailable for the selected dates, the search did not meet certain fare requirements, or the flight has already departed.
- "Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a round trip search or with a same-day round trip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one-way flight instead.
- For military fares, please call 1-800-I-FLY-SWA (1-800-435-9792). **This fare is a discount off the "Anytime" fares.** Other fares may be lower.
- Group Reservations, ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.
- "Savings with Flight + Hotel" claim is based on average savings for Southwest Vacations® bookings purchased in a bundled package of 5 or more nights vs purchasing components separately (i.e: a la carte). Savings on any given package will vary based on the selected origin, destination, travel dates, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

[1]First and second checked bags. Weight and size limits apply. A golf bag or skis in a container acceptable to Southwest can be substituted for one checked bag.

[2]If you need to change an upcoming flight itinerary, you'll only pay the cost in fare difference. [3]Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

[4]Flight credits for non-refundable fares will be issued as long as the flight is canceled more than 10 minutes prior to the scheduled departure. Flight credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. See My Account for flight credit expiration dates, if any.

[5]Transferable Flight Credit™: Transferable Flight Credits allows you to transfer your flight credit to someone else. Both must be Rapid Rewards® Members and only one transfer is permitted. Transferable Flight Credits unexpired on or created on or after July 28, 2022 do not expire and will show an expiration date until our systems are updated. A Transferable Flight Credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date. For bookings made through a Southwest® Business channel, there is a limitation to transfer only between employees within the organization.

[6]If there's an open seat on a different flight that departs on the same calendar day as your original flight and it's between the same cities, you can get a seat on the new flight free of airline charges. If there isn't an open seat on this different flight, you can ask a Southwest Gate Agent to add you to the same-day standby list for a flight between the same city pairs that departs on the same calendar day prior to your originally scheduled flight, and you will receive a message if you are cleared on the flight. For both the same-day change and same-day standby benefits, you must change your flight or request to be added to the same-day standby list at least 10 minutes prior to the scheduled departure of your original flight or the no-show policy will apply. Based on the flight status contact preference selected during booking, the message regarding your standby status will be an email or text message with a link to access the boarding pass via the Southwest app, mobile web, or you can visit a Southwest Gate Agent to print off the boarding pass. If there are any government taxes and fees associated with these itinerary changes, you will be required to pay those. Your original boarding position is not guaranteed.

[7]Refundable, as long as you cancel your reservation at least ten (10) minutes prior to the scheduled departure of your flight. If you cancel, you're eligible to receive 100% of your ticket value as a refund to your original form of payment. A Southwest flight credit from a previous reservation that is applied toward a Business Select or Anytime fare will be refunded as a flight credit. For travel booked with Rapid Rewards points, if canceled, points will be returned to the Rapid Rewards account holder who booked the ticket.

[8]Priority Lanes and Express Lanes, (where available), are designed to speed our Business Select and Anytime Customers, as well as A-List, and A-List Preferred Members, through check-in and security lines. Priority Lanes are at Southwest check-in counters, and Express Lanes are at security checkpoints.

[9]EarlyBird Check-In means you will automatically be checked in to your flight 36 hours prior to scheduled departure. For Anytime fares purchased between 36 and 24 hours, the boarding position assignment process has begun so this may impact the boarding position assigned to you. If you purchase an Anytime fare within 24 hours of your flight's scheduled departure, you will not receive the EarlyBird Check-In benefit. In an irregular operation situation, the boarding position is not guaranteed.

[10]Flights traveling 175 miles or less only serve water.

[11]Points can be earned from (a) qualifying flights booked and flown through Southwest or (b) through qualifying purchases with our Rapid Rewards partners. Qualifying flights include flights paid entirely with dollars, LUV Vouchers, gift cards or flight credits, and with no portion of the purchase price paid for with Rapid Rewards points.

App. 258

# EXHIBIT 31

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 65 of 163   PageID 3082

# Contact Us

From the headquarters in Austin to eligibility offices in the Rio Grande Valley to laboratories in the Panhandle, Health and Human Services employees are there to respond to the needs of Texans.

The professionals that staff health and human services agencies across the state are ready and willing to assist people who need services, contractors who provide them and anyone with questions about the services we provide. While the headquarters offices are located in Austin, there are offices across the state that serve Texans.

**Note**: If you are deaf, hard of hearing, or speech impaired you can call any Texas Health and Human Services office by using the relay service of your choice. The state of Texas offers Relay Texas [https://relaytexas.com/] which you can use by dialing 7-1-1 or 800-735-2989.

The state's health and human services agencies are committed to protecting your personal and private information. One way we do this is by using secure email to make sure your private information remains private. If you received a secure email from our agencies, please read these instructions [/node/1959] on how to open it.



| Civil Rights Office | ▼ |
| --- | --- |

| Customer Service | ▼ |
| --- | --- |

| File a Complaint | ▼ |
| --- | --- |

| Get Help Finding Information | ▼ |
| --- | --- |

| Learn About Services (2-1-1 Texas) | ▼ |
| --- | --- |

| Open Records Requests | ▼ |
| --- | --- |

| Press Office | ▼ |
| --- | --- |

| Report Abuse or Neglect | ▼ |
| --- | --- |

| Report Fraud, Waste or Abuse | ▼ |
| --- | --- |

| Texas Veteran Liaison | ▼ |
| --- | --- |

## Main Headquarters

Texas Health and Human Services are headquartered in Austin, Texas. If you need to contact someone at one of the main offices, also called state office headquarters, please use the addresses and phone numbers below.

App. 260

## Health and Human Services ▲

Texas Health and Human Services (HHS) state office headquarters is located at:

North Austin Complex
4601 W. Guadalupe St.
Austin, TX 78751-3146
P.O. Box 13247
Austin, Texas 78711-3247
Main number: 512-424-6500
TTY number: 512-424-6597
Media calls: 512-424-6951

## Texas Department of State Health Services ▲

The Texas Department of State Health Services state office headquarters is located at:

1100 West 49th St.
Austin, Texas 78756-3199
P.O. Box 149347
Austin, Texas 78714-9347

Other DSHS contact information [https://www.dshs.texas.gov/contact.shtm] .

# HHS Locations

## Office Searches ▼

## Lists of Offices and Service Providers ▼

## Ombudsman Offices ▼

# HHS Regions

HHS is divided into 11 administrative regions, which are listed below by county. You also can view a map in PDF format [https://www.hhs.texas.gov/sites/default/files/documents/about-hhs/hhs-regional-map.pdf] that shows these same regions along with the area agencies on aging and the local intellectual and developmental disability authorities.

## Region 1, High Plains ▼

## Region 2, Northwest Texas ▼

## Region 3, Metroplex ▼

## Region 4, Upper East Texas ▼

App. 261

Case 2:21-cv-00022-Z    Document 143-1    Filed 08/12/22    Page 67 of 163    PageID 3084

Region 5, Southeast Texas                                                    ▼

Region 6, Gulf Coast                                                         ▼

Region 7, Central Texas                                                      ▼

Region 8, Upper South Texas                                                  ▼

Region 9, West Texas                                                         ▼

Region 10, Upper Rio Grande                                                  ▼

Region 11, Lower South Texas                                                 ▼

App. 262

# EXHIBIT 32



**Inspector General**

Divisions    About Us    Reports    Exclusions    Resources    COVID-19    **Report Fraud**

Home

## What We Do

Through audits, investigations, inspections and medical reviews we work to ensure taxpayer funds for health and human services are spent properly. Suspect illegal activity?

Report Fraud

### Featured News

**Auditors conducted site visits at Houston residential care facility**
During the course of an audit, the OIG conducted site visits at two locations operated by Lighthouse for the Blind of Houston, a residential care facility licensed by Texas Health and Human Services to provide se

**OIG investigates reports of SNAP fraud**
As part of the OIG's mission to protect Texas taxpayer dollars, the agency investigates fraud allegations against clients receiving benefits from the Supplemental Nutrition Assistance Program (SNAP).

**Audit finds psychiatric services provider overbilled for telemedicine visits**
The OIG conducted an audit of claims submitted by Medcare Clinics for psychiatric services to ensure the provider billed Medicaid and the Children's Health Insurance Program correctly for telemedicine services.

Read More News


**COVID-19 Fraud Alert**


**Quarterly Reports**


**Search Exclusions**



✉ Contact Us          f Facebook          in LinkedIn          🐦 Twitter

**Office of Inspector General**

**Austin headquarters**
11501 Burnet Road
Building 902
Austin, TX 78758

**Mailing address**
P.O. Box 85200
Austin, TX 78708

**OIG fraud hotline:** 800-436-6184
**Main number:** 512-491-2000

Sign up for email updates

**Links**

Customer Service Survey

OIG Open Records

HHS Compact With Texans

HHS File-Viewing Information

HHS Notice of Privacy Practices

HHS Website Policy

Texas State Library and Archives

Texas.gov

Texas Homeland Security

State Auditor's Fraud Hotline

**TEXAS** Health and Human Services

# EXHIBIT 33

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 71 of 163   PageID 3088

SECRETARY **DR. COURTNEY N. PHILLIPS**

# Contact Us

  

**Business Hours are Monday-Friday 8:00 a.m. - 4:30 p.m.**

**Disclaimer**

**Public Records Requests**

**Mailing Address:**

Louisiana Department of Health

P.O. Box 629

Baton Rouge, LA 70821-0629

**Physical Address:**

Louisiana Department of Health

628 N. 4th Street

Baton Rouge, LA 70802

Phone: (225) 342-9500

Fax: (225) 342-5568

App. 266

# EXHIBIT 34

 An official website of the United States government **Here's how you know**

# Medicaid.gov
Keeping America Healthy

Home › About Us ›
Contact Us

# Contact Us

The Center for Medicaid and CHIP Services (CMCS) is committed to working in close partnership with states, as well as providers, families, and other stakeholders to support effective, innovative, and high quality health coverage programs. Medicaid and the Children's Health Insurance Program (CHIP) are joint federal/state programs for which state Medicaid/CHIP agencies have full responsibility for all aspects of the administration and operation of the Medicaid program in their state, including determining eligibility for and enrollment into their programs.

## How to apply for Medicaid

### Eligibility Requirements

Medicaid eligibility criteria vary from state to state. Many states have expanded their Medicaid programs to cover more low-income adults. If you are unsure if you might qualify for Medicaid, you should apply. You might be eligible depending on your household income, family size, age, disability, and other factors. You must be a United States (U.S.) citizen, a U.S. national, or have a satisfactory immigration status to be eligible for full benefits. Visit **HealthCare.gov** to take a quick screening to help you determine your eligibility for Medicaid/CHIP or other health insurance options.

### Application Process

You can apply for Medicaid through the Health Insurance Marketplace or directly with your state Medicaid agency. Don't wait.

APPLY THROUGH THE MARKETPLACE
APPLY THROUGH YOUR STATE MEDICAID AGENCY

## How to check on the status of your Medicaid application or get a new Medicaid card

App. 268

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 74 of 163   PageID 3091

Your state Medicaid program will be able to help you. Contact the office where you applied. If you don't have the contact information for your state readily available, you can find that information here.

Please contact your state for all state-related Medicaid questions

# How to become a Medicaid Provider

State Medicaid agencies handle the enrollment of their own providers and to be a covered provider, you need to work directly with the state's Medicaid Agency. If you don't have contact information for your state, you can find provider enrollment information here.

Please contact your state for all state-related Medicaid questions

---

**When to contact your State Medicaid Agency**

In order to assist you in getting a timely response, please contact your State Medicaid Agency for any questions on the following:

- Medicaid Eligibility

- Coverage and Services

- Liens and Third Party Liability (other insurance)

- Provider Enrollment

- Medicaid Claims

- Lost Medicaid Card/ Replacement

- Finding a Medicaid/CHIP Provider

- Status of a Medicaid/CHIP Application

If you need assistance in any of the areas noted, you will need to contact the agency for Medicaid/CHIP in your state of residence or the state you have questions about in order to receive assistance. Please contact your state for all state-related Medicaid questions.

---

# Still not sure who to contact?

The Centers for Medicare & Medicaid Services (CMS) is equipped to assist with general policy guidance, grants and reimbursements, and technical assistance related to specific initiatives and information systems.

App. 269

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 75 of 163   PageID 3092

Centers for Medicare and Medicaid Services

7500 Security Boulevard

Baltimore, Maryland 21244-1850

Toll-Free: 877-267-2323

Local: 410-786-3000

TTY Toll-Free: 800-877-8339

TTY Local: 410-786-0727

Medicaid.gov Mailbox: Medicaid.gov@cms.hhs.gov

For information on the organizational structure of the Centers for Medicaid and CHIP Services (CMCS), please refer to our organizational page where you can get information on the different CMCS groups and their functions.

## Contact Your State Medicaid Agency

| Select State | Go |

## Medicaid and You Frequently Asked Questions

## Sign-up to get updates from Medicaid.gov

| e-mail here |

Submit

## Tell us what you think about Medicaid.gov

Send feedback

App. 270

# EXHIBIT 35

# HHS.gov

U.S. Department of Health & Human Services

Home > About > Contact Us

# Contact Us

## HHS Headquarters Mailing Address and Telephone Number

The U.S. Department of Health & Human Services

Hubert H. Humphrey Building (http://www.hhs.gov/about/hhs-headquarters/index.html)

200 Independence Avenue, S.W.

Washington, D.C. 20201

Toll Free Call Center: 1-877-696-6775

**Visiting the SW Complex (/about/visiting-sw-complex/index.html)**

Note: Please be aware that mail sent to our Washington D.C. area offices takes an additional 3-4 days to process due to security precautions.

Also see:

- Medicare.gov (http://www.medicare.gov/) or Call 1-800-MEDICARE (for people with Medicare)

- Find the information most frequently requested under the Freedom of Information Act (http://www.hhs.gov/foia/reading/index.html)

- HHS Frequently Asked Questions (http://www.hhs.gov/answers) (FAQs)

- How to Invite the Secretary to an Event (http://www.hhs.gov/about/leadership/secretary/contact/index.html)

## Department-wide Contact Lists

HHS Leadership (/about/leadership/index.html)

HHS Public Affairs Contacts (/news/contacts/)

HHS Freedom of Information Act Contacts (/foia/contacts/)

HHS Grant Officials (/grants/grants-business-contacts/grant-officials/index.html)

HHS Small Business Staff and Specialists (/grants/grants-business-contacts/small-business-staff/specialists/index.html)

App. 272

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 78 of 163   PageID 3095

HHS Chief Financial Officers and Services Contacts (/asfr/of/hhschiefoff.html)

HHS Heads of Contracting Activity and Key Managers (/asfr/ogapa/acquisition/hcacontacts.html)

## State & Local Agency Contacts

Child Care and Development Fund State and Territory Contacts (http://www.acf.hhs.gov/programs/occ/resource/ccdf-grantee-state-and-territory-contacts)

Child Support (http://www.acf.hhs.gov/programs/css/resource/state-and-tribal-child-support-agency-contacts) and Tribal Child Support Agencies - PDF (https://www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf)

Eldercare Locator (https://eldercare.acl.gov/Public/Index.aspx)

Energy Assistance (http://www.acf.hhs.gov/programs/ocs/liheap-state-and-territory-contact-listing) (LIHEAP)

Head Start Locator (http://eclkc.ohs.acf.hhs.gov/hslc/HeadStartOffices)

Health Insurance (https://www.healthcare.gov/contact-us/) (HealthCare.gov)

HHS Office for Civil Rights Headquarters and Regional Addresses (/ocr/about-us/contact-us/index.html)

Intellectual and Developmental Disabilities Program Contacts (http://www.acl.gov/Programs/AIDD/Prog_Proj_Contacts/index.aspx)

Public Health Departments (http://www.cdc.gov/mmwr/international/relres.html) (States and Territories)

Refugee Resources (http://www.acf.hhs.gov/programs/orr/state-programs-annual-overview)

---

**HHS Headquarters**

U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201
Toll Free Call Center: 1-877-696-6775

App. 273

# EXHIBIT 36

Health
System ▾ (Http://Www.Utmb.Edu/Health/)     Education ▾ (Http://Www.Utmb.Edu/Education/)     Research ▾ (Http://Research.Utmb.Edu/)     Business (Https
Areas ▾ Busine



# FAQs and Contact Information
## The University of Texas Medical Branch

### Frequently Asked Questions

Thank you for your interest in UTMB. Below, we have listed several of the questions most frequently submitted via the UTMB web site, along with their respective answers.

| Contacts | Jobs | Medical | Education | General | News | UTMB Web |
|---|---|---|---|---|---|---|

*Click on a question to reveal the answer.*

## Contacts

- **Q.** How do I contact UTMB Health?

  *A.* *Phone numbers and website addresses for many commonly contacted areas and services are available on this page. For information not listed here, please visit <u>our home page (/utmb)</u> and conduct an online search.*

- **Q.** What is UTMB's primary mailing address?

  *A.* *UTMB has four campuses and dozens of clinical sites throughout the state. (These can be reviewed on our <u>online campus map (/map).</u>) However, the main mailing address for the university is: The University of Texas Medical Branch; 301 University Boulevard; Galveston, TX 77555.*

## Employment and Volunteer Opportunities

- **Q.** How do I apply for a job at UTMB?

  *A.* *Please visit the UTMB Job Opportunities web site: <u>jobs.utmb.edu (http://jobs.utmb.edu/)</u>*

- **Q.** How do I become a volunteer at UTMB?

App. 275

*A. The UTMB Volunteer Services web site offers a wealth of information on volunteering at UTMB, and a downloadable application form: www.utmbhealth.com/volunteer (https://www.utmbhealth.com/volunteer)*

## Health Care

- **Q.** I have a general health question, or a question about a specific medical condition...

  *A. Point your web browser to UTMB Health's patient portal (https://www.utmbhealth.com), and call or contact UTMB Health's Access Center (https://www.utmbhealth.com/support-pages/access-center). For an emergency, please call 911.*

- **Q.** I'd like to make an appointment for care, or see my options among UTMB doctors.

  *A. You can request or make an appointment using various online options from the UTMB Health patient portal (https://www.utmbhealth.com/online-services/appointment/home). You may also call the UTMB Access Center for personal service, day or night, at (409) 772-2222 or (800) 917-8906.*

  *To search for a particular doctor, other provider or specialty, visit our Find a Doctor web site (http://doctors.utmbhealth.com/).*

- **Q.** I'd like to share a clinical experience, compliment or concern.

  *A. Let us know by visiting our Patient Services team (https://www.utmbhealth.com/support-pages/patient-services-department).*

- **Q.** I was born at UTMB, and I need a copy of my birth certificate.

  *A. Birth certificates are public documents, and are available through local health districts and/or county clerk offices. UTMB does not keep birth certificates on file. Information on obtaining a copy of your birth certificate can be found on the Galveston County Clerk web site (http://www.galvestoncountytx.gov/cc/Pages/BirthDeathRecords.aspx) for our Galveston County facilities (League City and Galveston), and from the Brazoria County Clerk (http://www.brazoriacountyclerk.net/recorder/content/RecordsManagement/BirthRecords.htm)for individuals born at UTMB Health's Angleton Danbury Campus.*

## Education

- **Q.** How do I get information about financial aid, tuition and fees, or school catalogs?

  *A. Get the details on the UTMB Enrollment Services web site at www.utmb.edu/enrollmentservices/ (/enrollmentservices/home)*

- **Q.** What are the admission requirements, deadlines, etc. for attending UTMB's School of Health Professions (SHP)?

  *A. The SHP Prospective Student page (https://shp.utmb.edu/Future/) offers this information, as well as an online application and a streaming video about student life in the SHP.*

- **Q.** What are the admission requirements, deadlines, etc. for attending UTMB's School of Nursing (SON)?

  *A. The UTMB School of Nursing has gathered all the pertinent information on to one page of the SON web site: https://nursing.utmb.edu/future-students/ (https://nursing.utmb.edu/Admissions/Apply/HowToApply)*

- **Q.** What are the admission requirements, deadlines, etc. for UTMB's School of Medicine (SOM)?

  *A. Admissions details and an FAQ (https://som.utmb.edu/admissions-information/welcome) can be found on the SOM web site.*

- **Q.** What are the admission requirements, deadlines, etc. for UTMB's Graduate School of Biomedical Sciences (GSBS)?

  *A. Please visit the GSBS web page for prospective students (https://gsbs.utmb.edu/prospective-students/prospective-student-home),*

- **Q.** How do I get information on applying for a fellowship/residency at UTMB?

  *A. The Graduate Medical Education web site hosts information about medical residencies and fellowships at UTMB: www.utmb.edu/gme (/gme/home)*

App. 276

- **Q.** Where can I find information about possible hazing violations at UTMB?

  **A.** A state-required report containing information about hazing at UTMB is available from the Student Services website  Hazing Violations Report. (/studentservices/hazing-violations-report)

## General

- **Q.** Where can I get a general overview of UTMB?

  **A.** General UTMB information, history, leadership, and other information is available at the <u>About UTMB page (/about)</u>. Data and statistics aboutthe university are offerd on the <u>UTMB Facts web site (/facts/home)</u>.

## News

- **Q.** I saw a story about UTMB in the media, and I'd like more information.

  **A.** Please visit the UTMB News site to see recent press releases <u>www.utmb.edu/newsroom (/redirects/marcom/newsroom)</u> or contact UTMB's Marketing and Communications team at: <u>www.utmb.edu/marcom (/marcom/home)</u>

- **Q.** I am a member of the media, and I'd like talk with someone about a story idea.

  **A.** Please contact a Media Representative by phone at (409) 772-2618 or visit our <u>Media Relations team online (/marcom/our-services/media-and-crisis-communications/)</u> or the <u>UTMB Newsroom (/redirects/marcom/newsroom)</u>.

## UTMB Web

- **Q.** I have a question or comment about the UTMB web site, would like to report a broken link or suggest a link.

  **A.** We appreciate your feedback. <u>Send us web updates (mailto:social@utmb.edu)</u>.

---

## UTMB Phone Numbers

<u>24/7 Access Center (https://www.utmbhealth.com/support-pages/access-center)</u> (Patient Care) (409) 515-7049 • (877) 463-0103

Patient Information (409) 772-1191

Campus Operator
- Galveston and League City: (409) 772-1011
- Angleton Danbury: (979) 849-7721
- Clear Lake: (832) 632-6500

<u>Clinic Appointments (https://www.utmbhealth.com/online-services/appointment)</u> (800) 917-8906 • (409) 772-2222

<u>Enrollment Services (/enrollmentservices/home)</u> (409) 772-1215

Food and Nutrition Services
(409) 772-4040

<u>Health Resource Center (/health-resource-center/home)</u> (409) 266-7542

Lost and Found (409) 772-2691

<u>MyChart Support Desk (https://mychart.utmb.edu/mychart/)</u>
(409) 772-4278

<u>Parking Facilities (/auxiliaryenterprises/utmbparking)</u> (409) 226-7275

App. 277

Pastoral Care (https://www.utmbhealth.com/support-pages/pastoral-care)
- Galveston: (409) 772-3909
- League City: (832) 505-3377
- Angleton: (979) 848-6060
- Clear Lake: (832) 632-7094

Patient Services (https://www.utmbhealth.com/support-pages/patient-services-department) (409) 772-4772

Patient Navigation and Support (https://www.utmbhealth.com/support-pages/patient-navigation-support) (409) 266-9956

Patient Billing Customer Service (/rco/home)
(409) 771-8811 • (800) 994-0363

Pharmacy (/rxhome/home)
- Galveston (409) 772-1174
- League City (832) 505-3170

UTMB Police (/police/home)
- **Emergency:** 911 (tel:911)
- Non-Emergency: (409) 772-2691 or (409) 772-1111

Telecommunications Device for the Deaf (TDD) (409) 772-4200

Volunteer Services (https://www.utmbhealth.com/support-pages/community/volunteer-services/home) (409) 772-2549

## Mailing Address

**The University of Texas Medical Branch**
**301 University Boulevard**
**Galveston, TX 77555**

If you are trying to reach a specific area, and you know their four-digit campus mail route, you may append it to the zip code, as in example below:

*UTMB Marketing & Communications*
*301 University Boulevard*
*Galveston, TX 77555-0144*

# EXHIBIT 37

# Baylor College of Medicine

Navigation          ⌄

# Contact Us

## Questions? Feedback?

**Contact the appropriate area below:**

## Admissions

### School of Medicine
Phone: (713) 798-4842
Email: admissions@bcm.edu

### Graduate School of Biomedical Sciences
Phone: (713) 798-4029
Email: gradappboss@bcm.edu

### National School of Tropical Medicine
Phone: (713) 798-1199
Email: tropmed@bcm.edu

### School of Health Professions
Phone: (713) 798-4613
Email: jlewis@bcm.edu

## Employment/Careers

Email: askemployment@bcm.edu

## For Referring Physicians

Physician's Guide

## General

Main: (713) 798-4951

App. 280

Giving: (713) 798-4714; Additional numbers
Security: (713) 798-3000

## Healthcare

Healthcare
Phone: (713) 798-1000; Additional numbers
Make an appointment

MyChart Support Team
Email: mychart@bcm.edu
MyChart Support Line: (713) 798-6928
Available Monday through Friday from 7:30 a.m. to 4:30 p.m.

## Supply Chain Management

Supply Chain Management

Supplier Diversity Phone: (713) 798-4812
Email: supplierdiversity@bcm.edu

Potential Suppliers: Register here

## Website Experience

Website content: pa-webteam@bcm.edu
IT assistance: Call (713) 798-8737
IT and Zoom videoconferencing: it-support@bcm.edu or call (713) 798-8737

| Main Phone Number | Address → |
|---|---|
| (713) 798-4951 | Baylor College of Medicine One Baylor Plaza Houston, TX 77030 |

App. 281



## Vendor Registration

If your company provides the types of products and/or services that Baylor procures and meets our standards of excellence, your company may be eligible to participate in the procurement process. We encourage ALL vendors to register and REQUIRE any category of small business to register so your certifications are current and your products and services are correctly represented to our end users. Visit our Supplier Diversity site for more information.

©1998-2022 Baylor College of Medicine®

One Baylor Plaza, Houston, Texas 77030

(713)798-4951

Have an edit or suggestion for this page?

# EXHIBIT 38



Austin-Travis County's COVID-19 Community Level is currently medium.
View the latest COVID-19 information

Commissioners Court session in progress.
Watch the live stream.

## CIVIL COURT

- Associate Courts +
- County Court +
- District Court –
  - 53rd District Court
  - 98th District Court
  - 126th District Court
  - 200th District Court
  - 201st District Court
  - 250th District Court
  - 261st District Court
  - 345th District Court
  - 353rd District Court
  - 419th District Court
  - 455th District Court
  - 459th District Court
- Probate - Guardianship
- Civil Courts COVID-19 Information
- Virtual Jury Trial

Family Law Case Review and other Law Library services are available by phone and email.

Feedback

You are here: Home · Courts · Civil Courts · District Court · 261st Civil District Court

In recognition of the COVID-19 pandemic and in compliance with various state and local orders, including Emergency Orders from the Supreme Court of Texas, the Travis County Civil and Family Courts are conducting both remote court proceedings and limited in-person court proceedings. Please read the emergency orders related to COVID-19 or contact Court Administration for more information.

# 261st Civil District Court



## The Honorable Lora Livingston

Judge Livingston has served as the presiding judge of the 261st District Court since January, 1999.

## Court Staff

**Court Administration Office:**

(512) 854-2484

**Staff Attorney:**

Ben Dillon
(512) 854-9625

**Judicial Executive Assistant:**

Randall LaRue
(512) 854-9337

**Court Reporter:**

Della Duett
(512) 854-9331

**District Clerk's Office:**

(512) 854-9457

**Travis County COVID-19 Emergency Orders**

Feedback

App. 286

2/4

- ○ Information and Standing Orders Related to COVID-19
- ○ Travis County Local Rules
- • Standing Order for Family Law Cases
- • Standing Order for Submission Procedures in Civil and Family Cases
- • Standing Pretrial Scheduling Order for Civil and Family Jury Trials
- • Additional Travis County Forms and Documents



Heman Marion Sweatt
Travis County Courthouse

261st Civil District Court

1000 Guadalupe, 3rd floor
Austin, TX 78701

**Phone:**
(512) 854-9309

**Fax:**
(512) 854-9332

**Email:**
261.Submission
@traviscountytx.gov

Mailing address

261st District Court

P.O. Box 1748
Austin, TX 78767

Map & Directions

YouTube channel

Go to 261st Civil Court's YouTube channel

Feedback

TAX RATE: TRAVIS COUNTY ADOPTED A TAX RATE THAT WILL RAISE MORE TAXES FOR MAINTENANCE AND OPERATIONS THAN LAST YEAR'S TAX RATE. THE TAX RATE WILL EFFECTIVELY BE RAISED BY 3.5 PERCENT AND WILL RAISE TAXES FOR MAINTENANCE AND OPERATIONS ON A $100,000 HOME BY APPROXIMATELY $10.39.

App. 287

Disclaimers                          Cisco Website Feedback

Privacy Policy                       Employees

Open Data Portal                     Retirees

Press and Media Inquiries

    

© 2022 Travis County. All Rights Reserved.

Feedback

# EXHIBIT 39

# SECTION 6: CLAIMS FILING

### TEXAS MEDICAID PROVIDER PROCEDURES MANUAL: VOL. 1

### JULY 2022



| Other Common Modifiers | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|
| AE | AF | AG | AK | AR | CB | CD | CE | CF | CG |
| KC | KD | KF | LT | M2 | RD | RT | SW | SY | TL |
| U1 | U2 | U3 | UN | UP | UQ | UR | US | | |

The following modifiers may appear on R&S Reports (they are not entered by the provider):

- *PT.* The DRG payment was calculated on a per diem basis for an inpatient stay because of patient transfer.

- *PS.* The DRG payment was calculated on a per diem basis because the patient exhausted the 30-day inpatient benefit limitation during the stay.

- *PE.* The DRG payment was calculated on a per diem basis because the patient was ineligible for Medicaid during part of the stay. Also used to adjudicate claims with adjustments to outlier payments.

### 6.3.6    Benefit Code

A benefit code is an additional data element used to identify state programs.

Providers that participate in the following programs must use the associated benefit code when submitting claims and authorizations:

| Program | Benefit Code |
|---------|--------------|
| Comprehensive Care Program (CCP) | CCP |
| THSteps Medical | EP1 |
| THSteps Dental | DE1 |
| Family Planning Agencies* | FP3 |
| Hearing Aid Dispensers | HA1 |
| Maternity | MA1 |
| County Indigent Health Care Program | CA1 |
| Early Childhood Intervention (ECI) Providers | EC1 |
| Tuberculosis (TB) Clinics | TB1 |
| IDD case management providers | MH2 |
| *Agencies only—Benefit codes should not be used for individual family planning providers.* | |

## 6.4    Claims Filing Instructions

This section contains instructions for completion of Medicaid-required claim forms. When filing a claim, providers should review the instructions *carefully* and complete *all* requested information. A correctly completed claim form is processed faster.

This section provides a sample claim form and its corresponding instruction table for each acceptable Texas Medicaid claim form.

All providers, except those on prepayment review, should submit paper claims to TMHP to the following address:

<div align="center">

Texas Medicaid & Healthcare Partnership
Claims
PO Box 200555
Austin, TX 78720-0555

</div>

Case 2:21-cv-00022-Z    Document 143-1    Filed 08/12/22    Page 97 of 163    PageID 3114

Providers on prepayment review must submit all paper claims and supporting medical record documentation to the following address:

Texas Medicaid & Healthcare Partnership
Attention: Prepayment Review MC–A11 SURS
PO Box 203638
Austin, TX 78720-3638

## 6.4.1    National Correct Coding Initiative (NCCI) Guidelines

The Patient Protection and Affordable Care Act (PPACA) mandates that all claims that are submitted to TMHP be filed in accordance with the NCCI guidelines, including claims for services that have been prior authorized or authorized with medical necessity documentation.

The following NCCI MUE limitations have been deactivated as approved by CMS:

| Procedure Codes | Description | Deactivated Limitation (per date of service) | Approved Limitations |
|---|---|---|---|
| A4281, A4282, A4284, A4286 | Breast pump replacement parts | 1 | 2 of each part per rolling year |
| H0005 | Group therapy for substance use disorder treatment | 1 | 135 units per calendar year |

The CMS NCCI and MUE guidelines can be found on the CMS website at www.cms.gov.

The NCCI guidelines consist of HCPCS or CPT procedure code pairs that must not be reported together and MUEs that determine whether procedure codes are submitted in quantities that are unlikely to be correct.

The NCCI and MUE spreadsheets are published and updated by CMS and are available on the CMS Medicaid NCCI Coding web page under "NCCI and MUE Edits" as follows:

- NCCI edit spreadsheets. The website contains the Medicaid NCCI edit spreadsheet for hospital services and the Medicaid NCCI edit spreadsheet for practitioner services. The spreadsheets list the procedure code pairs that will not be reimbursed separately if they are billed by the same provider with the same date of service. Column 1 procedure codes may be reimbursed and Column 2 procedure codes will be denied. The spreadsheets also contain a column that indicates whether or not a modifier is allowed for services that may be reimbursed separately.

- MUE edit spreadsheets. The website contains the Medicaid MUE edit spreadsheets for hospital services, practitioner services, and supplier services. The spreadsheets list procedure codes and the number of units that may be reimbursed for each procedure code. Units that are submitted beyond these limitations will be denied.

> **Note:** *Providers are required to comply with NCCI and MUE guidelines as well as the guidelines that are published in the Texas Medicaid Provider Procedures Manual, all currently published website articles, fee schedules, and all other application information published on the TMHP website at www.tmhp.com. In instances when Texas Medicaid medical policy is more restrictive than NCCI or MUE guidance, Texas Medicaid medical policy prevails.*

HHSC continue to implement and enforce correct coding initiatives. Providers may see additional claim denials related to NCCI and MUE edits including those services that were prior authorized or authorized with medical necessity documentation.

CPT ONLY - COPYRIGHT 2021 AMERICAN MEDICAL ASSOCIATION. ALL RIGHTS RESERVED.

## A.11  Written Communication With TMHP

All CMS-1500 forms (excluding ambulance, radiology/laboratory, immunization services, rural health, and mental health rehabilitation) sent to TMHP for the first time, as well as claims being resubmitted because they were initially denied as incomplete claims, must be sent to the following address:

Texas Medicaid & Healthcare Partnership
Claims
PO Box 200555
Austin, TX 78720-0555

The post office box addresses must be used for the specific items listed in the following table:

| Correspondence | Address |
|---|---|
| Appeals/adjustments of claims (except zero paid/zero allowed on Remittance & Status [R&S] Reports)<br><br>Electronically rejected claims past the 95-day filing deadline and within 120 days of electronic rejection report | Texas Medicaid & Healthcare Partnership<br>Appeals/Adjustments<br>PO Box 200645<br>Austin, TX 78720-0645 |
| All first-time claims | Texas Medicaid & Healthcare Partnership<br>Claims<br>PO Box 200555<br>Austin, TX 78720-0555 |
| Ambulance Authorization (includes out-of-state transfers) | Texas Medicaid & Healthcare Partnership<br>Ambulance Prior Authorizations<br>P O Box 200735<br>Austin, TX 78720-0735 |
| CCP requests (prior authorization and appeals) | Texas Medicaid & Healthcare Partnership<br>Comprehensive Care Program (CCP)<br>PO Box 200735<br>Austin, TX 78720-0735 |
| CSHCN Services Program claims | Texas Medicaid & Healthcare Partnership<br>CSHCN Services Program Claims<br>PO Box 200855<br>Austin, TX 78720-0855 |
| Home Health Services prior authorizations | Texas Medicaid & Healthcare Partnership<br>Home Health Services<br>PO Box 202977<br>Austin, TX 78720-2977 |
| Medicaid audit correspondence | Texas Medicaid & Healthcare Partnership<br>Medicaid Audit<br>PO Box 200345<br>Austin, TX 78720-0345 |
| Medically Needy Clearinghouse (MNC) or Spend Down Unit correspondence | Texas Medicaid & Healthcare Partnership<br>Medically Needy Clearinghouse<br>PO Box 202947<br>Austin, TX 78720-2947 |
| Provider Enrollment correspondence | Texas Medicaid & Healthcare Partnership<br>Provider Enrollment<br>PO Box 200795<br>Austin, TX 78720-0795 |

CPT ONLY - COPYRIGHT 2021 AMERICAN MEDICAL ASSOCIATION. ALL RIGHTS RESERVED.

| Correspondence | Address |
|---|---|
| Other provider correspondence | Texas Medicaid & Healthcare Partnership Provider Relations PO Box 202978 Austin, TX 78720-0978 |
| Send all other written communication to TMHP | Texas Medicaid & Healthcare Partnership (Department) 12357-B Riata Trace Parkway, Suite 100 Austin, TX 78727 |
| TMHP Fee-for-Service and ICF-IID Dental prior authorization requests | Texas Medicaid & Healthcare Partnership Fee-for-Service and ICF-IID Dental PO Box 204206 Austin, TX 78720-4206 |
| TPL/Tort correspondence | Texas Medicaid & Healthcare Partnership Third Party Liability/Tort PO Box 202948 Austin, TX 78720-2948 |

## A.12   Other TMHP Information

### A.12.1   TMHP Website

The TMHP website at www.tmhp.com is a valuable resource that provides:

- Provider education information and training.

- Publications, such as bulletins, banner messages, and provider manuals.

- A TMHP News section with announcements of program changes and other important information.

- Real-time and static fee schedules.

- Online provider enrollment.

- Complete instructions for setting up a Provider Administrator account and the use of online claims status inquiries (CSI), eligibility verification, and Electronic Remittance and Status (ER&S) Reports.

Additional advanced features are available for those providers who create an account. All enrolled providers are eligible for this free account. Once an account is activated, providers will have access to:

- Texas Medicaid enrollment information.

- CSIs.

- Eligibility verification.

- ER&S Report download option.

- Claims submission.

- Claims appeals.

- Online provider lookup.

- Online fee lookup (OFL) to obtain real-time fee information for an individual or a range of procedure codes. Benefits and limitations for certain services and history up to 2-years is also available.

- Payment amounts search, view, and print capabilities.

- Notification of an invalid address on file for any Texas Provider Identifier (TPI) associated with a provider's National Provider Identifier (NPI).

# EXHIBIT 40

Case 3:21-cv-00023-Z   Document 142-1   Filed 08/12/22   Page 101 of 162   PageID 3118





# MR. STUART W. BOWEN JR.

**Eligible to Practice in Texas**

## BOWEN PARTNERS

*Bar Card Number:* 02724900
*TX License Date:* 11/01/1991

*Primary Practice Location:* Austin , Texas

*4010 Long Champ Drive, #1*
*Austin, TX 78746*

### CONTACT INFORMATION

Tel: 703-477-0592 📞

---

*Practice Areas:* Administrative and Public, Government/Administrative, Health Care

*Statutory Profile Last Certified On:* 05/06/2021

### PRACTICE INFORMATION

*Firm:* Bowen Partners

*Firm Size:* Solo

*Occupation:* Private Law Practice

*Practice Areas: Administrative and Public, Government/Administrative, Health Care*

*Services Provided:*
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Not Specified

*Fee Options Provided:* ❓
None Reported By Attorney



*Administrative Law*

### COURTS OF ADMITTANCE

*Federal:*
US Supreme Court
Fifth Circuit Court of Appeals
Texas Eastern District Court
Texas Northern District Court
Texas Western District Court

We use cookies to analyze our traffic and enhance functionality. More Information

AGREE

App. 296

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 102 of 163   PageID 3119

*client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.*

**Please note:** *This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.*

**Foreign Language Assistance:**

None Reported By Attorney

## LAW SCHOOL

| School |
| --- |
| Degree earned |

St. Mary's University

**Graduation Date**       06/1991

## PUBLIC DISCIPLINARY HISTORY

**State Bar of Texas**

No Public Disciplinary History

**Other States**

None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

We use cookies to analyze our traffic and enhance functionality. More Information

AGREE

App. 297

# EXHIBIT 41



Charles Smith







**Charles Smith**

President & CEO of Charles R. Smith Consulting, LLC

Austin, Texas, United States · 500+ connections

**Join** to connect

 **Charles R. Smith Consulting, LLC**

 **Texas Tech University**

 **Company Website** ⬈

# About

Executive leader with thirty years of experience in child support, health care, Medicaid, and other social service programs. Served as Executive Commissioner of the Texas Health and Human Services Commission (50,000+ employees delivering services in 600+ programs) and Deputy for Child Support for the Texas Office of the Attorney General Child Support Division (nationally recognized program). Extensive program knowledge. Demonstrated skill in management, strategic planning, performance improvement, and integrating technology into business operations.

App. 299



Charles Smith



# Activity



Today's featured honoree for Fab Five Honor an Honoree Day is Derrick Chubbs!
Congratulations, Derrick, and thank you for all your work and...

Liked by Charles Smith



We're back with our Fab Five Honor an Honoree, and today we honor Bobby Jenkins,
owner of ABC Home & Commercial Services - Texas . It's no doubt that...

Liked by Charles Smith

 Charles Smith



**Congratulations to our Board President, Gerry Tucker, for her recognition and award from Leadership Austin! https://lnkd.in/gJPaupUP #leadership**

Liked by Charles Smith

**Join now to see all activity**

# Experience



**Business Owner**

Charles R. Smith Consulting, LLC

Jun 2018 - Present · 4 years 2 months

Austin, Texas Area

Perform management consulting services with emphasis in child support, health care, Medicaid, strategic planning, performance improvement, crisis management and integrating technology into business operations.



**Senior Advisor**

Crosswind Media & Public Relations

Oct 2021 - Present · 10 months

Austin, Texas, United States

About Crosswind..."We are a leading regional communications marketing firm with deep national and international Fortune 500 experience and seasoned talent connecting, informing and creating inspiring work. We retune brands and reputations to broaden public awareness. We reframe national and international narratives to deeply engage with core customers and influentials.



Charles Smith



Show more ⌄



### Western Intergovernmental Child Support Engagement Council

2 years 10 months

### Honorary Life Member

Oct 2019 - Present · 2 years 10 months

### Honorary Life Member

Oct 2019 - Present · 2 years 10 months

### Honorary Life Member

Oct 2019 - Oct 2019 · 1 month

### Honorary Life Member

Oct 2019 - Oct 2019 · 1 month

### Government Services Consultant

GreenCourt Legal Technologies, LLC

Oct 2019 - Present · 2 years 10 months

We move the constraints of time and place for the public service agencies and the people they serve.

GreenCourt connects public service agencies with each other and with the people they serve. Results come quickly and benefits are lasting.

### Advisory Board Member and Consultant

Pediatric Home Healthcare, LLC.

Sep 2018 - Present · 3 years 11 months

App. 302



Charles Smith



Sep 2018 - Present · 3 years 11 months

Lubbock, Texas Area

### Advisory Council Member

Seedling Mentors

Apr 2018 - Present · 4 years 4 months

Austin, Texas Area

### Member Board Of Directors

National Child Support Enforcement Association

Sep 2018 - Present · 3 years 11 months

### Texas Health and Human Services Commission

2 years 11 months

### Executive Commissioner

Jun 2016 - May 2018 · 2 years

Austin, Texas

App. 303



Charles Smith



million Texans daily by administering 600 social service programs ranging from Aging, Medicaid, regulatory, SNAP, WIC and population health. At its pinnacle, the agency contained more than 50,000 employees and a $40 Billion annual budget. Successfully negotiated a $25+ billion 1115 waiver with the Centers for Medicaid and...

Show more

### Chief Deputy Executive Commissioner
Jul 2015 - May 2016 · 11 months

### Immediate Past President
Western Interstate Child Support Enforcement Council

Oct 2014 - Sep 2015 · 1 year

### President-Elect, Board of Directors
National Child Support Enforcement Association

Aug 2014 - Aug 2015 · 1 year 1 month

### Office of the Attorney General Child Support Division
11 years 9 months

App. 304

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 110 of 163   PageID 3127



| Charles Smith |
| --- |



Austin, Texas Area

### Deputy Director

May 2004 - Sep 2013 · 9 years 5 months

Serve as Deputy Director of the Child Support Division. Act as Director of the Division in the absence of the Director. Oversees the facilities and security personnel for the Division. Serves as Director of Field Operations with oversight of the delivery of child support services within the nine regions for the state program. Responsible all aspects of personnel management (incl. hiring, retention, training and budget ($120 million) for 2,200 staff housed in 83 regional and field...

Show more

### Assistant Deputy Director of Field Operations

Oct 2003 - May 2004 · 8 months

Supervised project management staff within the Field Operations section. Tracked and monitored the section's $95 million budget. Reviewed and approved expenditures. Provided subject matter experience to eight Regional Administrators.

### 1st Vice President, Board of Directors

Western Interstate Child Support Enforcement Council

Oct 2010 - Oct 2013 · 3 years 1 month

1st Vice President

### Board of Directors

National Child Support Enforcement Association

Aug 2008 - Aug 2011 · 3 years 1 month

### Regional Administrator

Texas Office of the Attorney General

Jan 2002 - Oct 2003 · 1 year 10 months

Responsible for the overall delivery of child support services (including personnel, budget and facilities) in the Dallas-Ft. Worth region. Supervised 430 staff assigned to 12 child support offices and a call center.

### Assistant Regional Administrator

App. 305



Charles Smith



Performed oversight for staff within the regional office (regional trainers, investigators, analysts, and ombudsman).

Served as a subject matter expert and mentor for managing attorneys and office managers within the regional field offices.

Monitored the region's performance on assigned goals. Provided coaching and guidance to offices that were not meeting performance standards.

### Office Manger

Texas Office of the Attorney General

Dec 1990 - Jul 2000 · 9 years 8 months

Managed child support field offices in Midland (12/1990 - 9/1993) and Abilene (9/1993 - 7/2000). Responsible for daily performance of staff in a production environment. Established goals and plans for staff performance. Retained oversight for recuitment, hiring, training and development for office staff. Conduct presentations on program benefits. Meet with external stakeholders to resolve issues and build rapport.

# Education

### Texas Tech University

BA · Psychology

1986 - 1988

### The LBJ School of Public Affairs

Governor's Executive Development Program

2005 - 2005

### East Texas State University

Criminal Justice

1984 - 1986

Activities and Societies: Varsity football, Phi Beta Sigma



| Charles Smith |
| --- |



Advisory Council Member

Seedling Mentors

Apr 2018 - Present · 4 years 4 months

Children

https://seedlingmentors.org/

## Languages

**Spanish**
Limited working proficiency

## Groups

**WICSEC**
-

**Texas Tech University Psychological Sciences Alumni**
-

## More activity by Charles

We are looking for Speech Language Pathologists in the Dallas, Mesquite, and Garland areas! Full time or part time therapists welcome! Complete

App. 307



Charles Smith



**In** honor of #BlackHistoryMonth, Seedling would like to highlight Black philanthropists who have helped pave the way, like Ida B. Wells. As a...

Liked by Charles Smith

**It's Girl Scout Cookie Time!** Place your pre-order today to help Chloe reach her goal! https://lnkd.in/gaPP_WwG

Liked by Charles Smith

## View Charles' full profile

See who you know in common

Get introduced

Contact Charles directly

**Join to view full profile**

## People also viewed

### Wayne Salter

A charismatic transformational leader with a passion for service and a heart for those who...

App. 308



Charles Smith



Collaborative Innovator | Results-Driven Performer | Servant-Leader |

Austin, TX

**Jay Bland**

Chief Growth Officer at GreenCourt Legal Technologies, LLC

Atlanta Metropolitan Area

**Charles D Smith, OLY**

Master Facilitator at Fierce Inc. CHARLESDSMITH.COM

New York, NY

**Scott Lekan**

Director Of Business Development

Gallatin, TN

**Deborah Giles**

Public Sector Strategic Consultant & Founder, Center for Technology

Austin, TX

**Allison East**

Freelance Editor & Publication Designer

Austin, TX

**Anne Nance**

teacher at Monroe City Schools

Monroe, LA

**Lori Broccolo**

Student at Beacon College and Graduate School

San Antonio, TX

**Lori Broccolo**

LPN at Strong Memorial Hospital

Rochester, NY

Show more profiles ⌄


# Others named **Charles Smith**



**Charles Smith**

Workforce Development Specialist

Washington, DC

App. 309

　　Charles Smith　　　　　　　　　　　　　　　

Chesapeake, VA


**Charles Smith**
Author of the "Life Long Experience Series"
Worcester, MA


**Charles Smith**
Director at Charles Smith Steel LLC
Concord, NH


**Charles Smith**
Lead Service Technician at Grazak Mechanical
Phoenix, AZ

8116 others named Charles Smith are on LinkedIn

See others named **Charles Smith**

# Add new skills with these courses

　**Crisis Communication**

　**Cultivating Presence and Impact in a Live and Virtual World**

　**HR Communication in Today's Fluid Workplace**

See all courses

# Charles' public profile badge

Include this LinkedIn profile on other websites

　**Charles Smith**
President & CEO of Charles R. Smith Consulting, LLC

　Business Owner at Charles R. Smith Consulting, LLC

App. 310

 | Charles Smith | 

View profile

**View profile badges**

© 2022

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

App. 311

# EXHIBIT 42



🔍  Cecile Erwin Young



# Cecile Erwin Young

Executive Commissioner at Texas Health and Human Services

Austin, Texas, United States · 500+ connections

Join to connect

 **Texas Health and Human Services**

 **Texas Tech University**

# About

Cecile Erwin Young has over 32 years of state government experience in Texas providing public policy and budget expertise to governors, legislators and state agencies.

Ms. Young was appointed as Executive Commissioner of Texas Health and Human Services in August 2020.

Previously, Ms. Young provided executive strategic direction to the Texas health and human services system as the Chief Deputy Executive Commissioner of the Health and Human Services Commission, a state agency with a $77 billion budget and approximately 40,000 staff. She served as the Acting Executive Commissioner during the summer of 2018.

App. 313





🔍 Cecile Erwin Young

She began her state career as a lecturer and research engineer at Texas Tech University. During her tenure in state government, she served four governors, an attorney general and a state representative. She has done budget and policy work since 1987.

## Activity



**Since January 1, 2020, state and local resources have responded to 3,077 fires that have burned a total of 171,204 acres in #Texas. Aviation...**

Liked by Cecile Erwin Young

**excited to begin the Texas HHS Executive Leadership Academy today!! Thank you to Scott Abel and his amazing team for the incredibly engaging virtual...**

Liked by Cecile Erwin Young

 

 Cecile Erwin Young

Thank you, Phil Wilson, for your dedication and support in serving the people of Texas

at Texas HHSC. We are grateful for your leadership as interim...

Liked by Cecile Erwin Young

**Join now to see all activity**

# Experience

### Executive Commissioner

Texas Health and Human Services

Aug 2020 - Present · 2 years 1 month

### Principal

C. Erwin Young Consulting

Jan 2020 - Present · 2 years 8 months

Austin, Texas, United States

### Texas Health and Human Services Commission

5 years 1 month





Q   Cecile Erwin Young

### Chief Deputy Executive Commissioner
Oct 2018 - Jan 2020 · 1 year 4 months

Austin, Texas Area

### Acting Executive Commissioner
Jun 2018 - Oct 2018 · 5 months

Austin, Texas Area

### Chief Deputy Executive Commissioner
Jun 2016 - Jun 2018 · 2 years 1 month

### Chief of Staff
Jan 2015 – Jun 2016 · 1 year 6 months

### Senior Special Projects Advisor
Office of the Governor, State of Texas

Sep 2013 - Jan 2015 · 1 year 5 months

Austin, Texas

### President
Agenda Research and Policy Group

2011 - Sep 2013 · 2 years

App. 316





Cecile Erwin Young

opportunities for funding initiatives. Featured speaker on state budgeting at 2012 National Children's Alliance Leadership Conference.

### Associate Commissioner for Health Coordination and Consumer Services

Texas Health and Human Services Commission

Oct 2007 - May 2011 · 3 years 8 months

Austin, Texas

Established a new office that provided strategic direction and leadership to five programs coordinating health and human services. Transitioned and modernized a large, high profile program to the agency, oversaw a major business process review and ensured compliance with state and federal requirements, including a federal court order. Implemented new initiatives, including a new program, taskforces, commissions and studies. Loaned to Governor's office to work on Hurricane Ike recovery...

Show more

### Director, Office of Medical Support Initiatives

Texas Attorney General

2006 - 2007 · 1 year

Austin, Texas Area

Recruited to start and staff a new office within the Division for Families and Children. Responsible for providing strategic direction to and management of the Office of Medical Support Initiatives. Developed and implemented initiatives and policies to better ensure parents provide medical support for their children.

### Special Assistant, Assistant Director, Office of Budget, Planning and Policy

Office of the Governor, State of Texas

1995 - 2006 · 11 years

Austin, Texas Area

Managed high profile special projects and initiatives within the Office of Budget, Planning and Policy. Projects included hurricane recovery efforts, anti-fraud initiatives, major government reorganization legislation, Medicaid and Welfare reform and CHIP implementation. Oversight responsibilities for the development of the Governor's proposed state budget.

App. 317





Q  Cecile Erwin Young

Austin, Texas Area

Assisted with the start-up of the agency. Developed comprehensive strategic plans, coordinated Blue Ribbon Policy Group, participated in development of the health and human services consolidated budget.

### Budget and Oversight Officer

Texas House of Representatives

1991 - 1992 · 1 year

Austin, Texas Area

Monitored the appropriations process and state agency budgets. Provided recommendation briefs on legislation and issues before the House Committee on Human Services, the Legislative Health and Human Services Board and the Texas House. Worked on the legislation for the reorganization of the health and human services agencies in Texas.

### Budget Analyst

Office of the Governor, State of Texas

1987 - 1991 · 4 years

Austin, Texas Area

Analyzed legislative appropriations requests, chaired public hearings to develop policy, budget and financing recommendations to the Governor for several major state agencies. Monitored and recommended ongoing budget, policy and agency governance. Developed initiatives for agency implementation.

### Lecturer/Research Engineer

Texas Tech University, College of Engineering

1984 - 1986 · 2 years

Lubbock, Texas Area

App. 318



Q  Cecile Erwin Young

~~Engineering Analyst~~
Petro-Lewis Oil Company

1982 - 1984 · 2 years

Lubbock, Texas Area

Researched and produced economic analysis reports, feasibility studies, reserve evaluations, production analysis and financial reports.

## Education

### Texas Tech University
Bachelor of Science (B.S.)

1979 - 1982

### Baylor University
-

1977 - 1979

## Recommendations received

### Rose Hayden
"I have worked with Cecile Young since 1996. During that time she has been my supervisor, my peer and colleague. Cecile's high ethical standards coupled with her keen sense of judgment are what set her apart. In addition to being hardworking and committed, Cecile is extremely knowledgeable regarding health and human services and the policy, budgetary and political issues that surround this complex public sector arena. Cecile manages her work with focus and calm. Her sense of fairness and her instincts are invaluable in any project or effort that she undertakes. She is a true pleasure. And she always delivers."

1 person has recommended Cecile Erwin

App. 319





🔍   Cecile Erwin Young

# More activity by Cecile Erwin

US

Liked by Cecile Erwin Young

**Teamwork!!**

Liked by Cecile Erwin Young

**Attention marketers! There is a new role open on our amazing government services marketing team working with our Deloitte Center for Government...**

Liked by Cecile Erwin Young

App. 320





Cecile Erwin Young

opportunity so far. I can proudly say that my time so far with the...

Liked by Cecile Erwin Young

"Everything global is local." Thank you Jennifer "JJ" Davis for your presentation at Power Lunch today! #entrepreneurship #ecosystem...

Liked by Cecile Erwin Young

Why Round Rock? Here's why... https://lnkd.in/eKvMZ55 #communitymatters #economicdevelopment #businessclimate #talentdevelopment #infrastructure...

Liked by Cecile Erwin Young

## View Cecile Erwin's full profile

See who you know in common

Get introduced

Contact Cecile Erwin directly

**Join to view full profile**





Q  Cecile Erwin Young

Lockhart, TX

### Michelle M. Alletto, MPA

Chief Program and Services Officer | Public Health Executive | Statewide Leader | Policymaker & Negotiator | Transforms mission and vision, aligning strategic plans with data-led programs to improve outcomes and lives

Austin, TX

### Jordan Dixon

Chief Policy & Regulatory Officer at Texas Health and Human Services Commission | Certified Lean Six Sigma Green Belt

Austin, Texas Metropolitan Area

### Scott Abel

HHSC Leadership Academy Manager; Public Speaker

Leander, TX

### Bridgett C.

Business Analyst at Texas Education Agency

Austin, TX

### Shelby Tracy

Director of Policy and External Communications at Texas Association of Community Health Centers

Austin, TX

### Rose Hayden

Client Advocate ★Public Speaker ★ Business Consultant 🔲 Bridging Public and Private Sectors & Facilitating Relationships

Austin, TX

### Crystal Starkey

Associate Commissioner for Specialty and Family Services at Texas Health and Human Services

Austin, TX

### Veronica Perez

Executive Assistant at Texas Facilities Commission

Austin, TX

### Dana L. Collins

Deputy Executive Commissioner, Operations - Medicaid and CHIP Services at Texas Health and Human Services Commission

Austin, Texas Metropolitan Area

App. 322





 Cecile Erwin Young

### Looking for career advice?

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Add new skills with these courses

**Implementing Change Effectively**

**Talking Boldly: When Inclusion Meets Politics at the Office**

**Protecting Social Security Numbers**

**See all courses**

## Cecile Erwin's public profile badge

Include this LinkedIn profile on other websites

**Cecile Erwin Young**
Executive Commissioner at Texas Health and Human Services

Executive Commissioner at Texas Health and Human Services

Texas Tech University

View profile

**View profile badges**





Q  Cecile Erwin Young

Copyright Policy                                  Brand Policy

Guest Controls                                    Community Guidelines

Language

# EXHIBIT 43

 

 Stephanie Stephens



## Stephanie Stephens

Texas Medicaid Director at HHSC

Austin, Texas, United States · 479 connections

Join to connect

 **HHSC**

 **University of California, Berkeley**

## About

Dedicated professional with over 13 years of broad experience in health and human services policy, finance, and operations. Expertise in Medicaid, the Children's Health Insurance Program (CHIP), Temporary Assistance for Needy Families (TANF), the Supplemental Nutrition Assistance Program (SNAP), and public health programs. Proven leader and manager who builds successful teams, drives results, and inspires excellence, collaboration, and focus on solutions. Detail-oriented, methodical, and analytical thinker with established track record of delivering exceptional products. Effective communicator of complex data and information tailored to the needs of the specific audience.

App. 326





🔍  Stephanie Stephens



**Embrace a culture of feedback with a low tolerance for criticism. Know the difference 👇. #workculture #teammcs #growtogether**

Liked by Stephanie Stephens

## Experience



**Texas Medicaid Director**
HHSC
May 2020 - Present · 2 years 4 months



**Deputy Medicaid Director**
Health and Human Services Commission
Feb 2018 - May 2020 · 2 years 4 months

**Senior Director, Health Care Policy Analysis**
Texas Hospital Association
Mar 2017 - Jan 2018 · 11 months

App. 327





🔍  Stephanie Stephens

Focused on applying experience and expertise to support the efficient and effective delivery of public and private health and human services. Delivered high-quality research, analysis, and written reports and proposals relating to state Medicaid and social services programs. Provided services to non-profits, health plans, and other consulting groups.

## Texas Health and Human Services Commission (HHSC)

8 years 3 months

### Policy Director

Jul 2012 - Apr 2016 · 3 years 10 months

Austin

• Directed strategy, analysis, development, and implementation of Texas eligibility policy for critical social service programs (including Medicaid, CHIP, TANF, and SNAP) that are operated by over 8,000 eligibility workers, serve millions of Texans, and account for billions in state and federal expenditures.

• Built high-functioning organization of 25 positions responsible for eligibility policy functions. Ensured policies and procedures aligned with the Office of Social Services' strategic...

Show more

### Senior Policy Advisor

Dec 2011 - Jun 2012 · 7 months

Austin, Texas Area

Advised the Deputy Executive Commissioner (DEC) for the the Office of Social Services (OSS) on Texas eligibility policy for critical social service programs, including Medicaid,

                                                                    

Q  Stephanie Stephens

### Operations Manager

Jun 2011 - Nov 2011 · 6 months

Austin, Texas Area

Assisted the State Medicaid Director to ensure that HHSC met targets for legislatively-mandated Medicaid and CHIP projects to improve quality and contain costs. Planned, implemented, coordinated, and monitored critical projects for the Medicaid and CHIP Division (MCD). Collaborated with financial services staff on development, tracking, and reporting of fiscal impact estimates for cost containment projects. Effectively communicated with and represented MCD to stakeholders.

### Policy Analyst

Feb 2008 - May 2011 · 3 years 4 months

Austin, Texas Area

Held Policy Analyst positions of increasing scope and leadership responsibility in the Medicaid and CHIP Division (MCD). Performed complex policy research, analysis, development, and implementation, and project management for MCD. Led analysis of significant federal legislation, regulations, and guidance (including CHIP Reauthorization Act of 2009 and Affordable Care Act). Recommended, negotiated, and effectively communicated policy options and solutions to stakeholders. Developed comprehensive...

Show more

### Budget Analyst

Texas Legislative Budget Board (LBB)

Oct 2003 - Feb 2008 · 4 years 5 months

Austin, Texas Area

Analyzed requests and developed recommendations for the budgets of Texas health and human services agencies. Presented complex budget and policy information to legislators and responded to requests for information. During the legislative session, tracked budget committee decisions, drafted riders, produced bill patterns for all versions of budget bills, and determined fiscal impact for health and human services bills. During the interim, monitored and evaluated agency implementation of budget...

Show more

App. 329





🔍   Stephanie Stephens

Helped to ensure committee met all Texas House of Representatives rules and that no committee bills were stopped due to rule violations. Analyzed committee bills and prepared committee documentation in compliance with rules and requirements. Helped administer committee hearings and formal committee meetings. Acted as an effective liaison between the chairman and committee members' staff, constituents, and interest groups.

# Education

### University of California, Berkeley

Master of Social Work (MSW) · Management & Planning

2000 - 2002

### The University of Texas at Austin

Bachelor of Arts (BA) · Psychology

1994 - 1998

# Volunteer Experience

### Volunteer

The Junior League of Austin

2009 - Present · 13 years

# View Stephanie's full profile

See who you know in common

Get introduced

App. 330

Case 2:21-cv-00022-Z   Document 143-1   Filed 08/12/22   Page 136 of 163   PageID 3153

                                                                    

🔍  Stephanie Stephens

# People also viewed

### Amy Rubin (Comeaux)

Deputy Executive Director for Administration

Austin, TX

### Emily Zalkovsky

Deputy State Medicaid Director at Texas Health and Human Services

Austin, TX

### Michelle M. Alletto, MPA

Chief Program and Services Officer | Public Health Executive | Statewide Leader | Policymaker & Negotiator | Transforms mission and vision, aligning strategic plans with data-led programs to improve outcomes and lives

Austin, TX

### Lisa Olson

Wisconsin Medicaid Director

Madison, WI

### Ryan Albert

Internal Communications Manager at Texas Health and Human Services

Austin, TX

### Sarah Aker

Medicaid Director, South Dakota Medicaid

Pierre, SD

### Char Manuel

IT Augmentation Coordinator at Texas Health and Human Services Commission

Austin, TX

### Ryan Van Ramshorst

Chief Medical Director at Texas Health and Human Services Commission

San Antonio, TX

### Daniela Gammon

.

Lockhart, TX

App. 331




🔍   Stephanie Stephens

Show more profiles ⌄

## Looking for career advice?

Visit the Career Advice Hub to see tips on accelerating your career.

# Others named **Stephanie Stephens**

**Stephanie Stephens**

Editor at The Scout Guide Memphis & Oxford

Memphis Metropolitan Area

**Stephanie Stephens**

Orthopaedic Surgeon at Texas Bone & Joint

Irving, TX

**Stephanie Stephens**

Owner/Rep Stephanie Stephens, Inc. (Talent Representation)

Los Angeles Metropolitan Area

**Stephanie Stephens**

Assistant General Manager

Atlanta, GA

**Stephanie Stephens**

ELA and Professional Development Director focused on Early Literacy

Ponte Vedra Beach, FL

438 others named Stephanie Stephens are on LinkedIn

**See others named Stephanie Stephens**

# Add new skills with these courses

App. 332




 Stephanie Stephens

### Implementing Change Effectively

**See all courses**

# Stephanie's public profile badge

Include this LinkedIn profile on other websites

**Stephanie Stephens**
Texas Medicaid Director at HHSC

Texas Medicaid Director at HHSC

University of California, Berkeley

View profile

**View profile badges**

© 2022                         About

Accessibility                 User Agreement

Privacy Policy                Cookie Policy

Copyright Policy             Brand Policy

Guest Controls               Community Guidelines

Language

App. 333

# EXHIBIT 44



# Texas Medical Board

### Healthcare Provider Verification / Profile

Search   Back   Print Verification

## Physician License

**NAME:** TEDDIE DWAYNE SPEARS, MD
**LICENSE:** F7190
**INFORMATION CURRENT AS OF:** 8/9/2022

**CURRENT STATUS: ACTIVE**

Click here for a detailed information on what each section below contains.

**THE INFORMATION IN THIS BOX HAS BEEN VERIFIED BY THE TEXAS MEDICAL BOARD**

### Verified Information

**Year of Birth:** 1954
**License Number:** F7190 Physician License
**Issuance Date:** 08/24/1980
**Expiration Date:** 11/30/2022
**Current Status:** ACTIVE as of 07/06/2017
**Disciplinary Restrictions:** NONE
**Non-Disciplinary Restrictions:** NONE
**Specialties:**
**School of Graduation:**
UNIV OF TEXAS MED BRANCH, GALVESTON, TX 1980

 Current Board Action

⊕ Medical Malpractice Investigations

**THE INFORMATION IN THESE SECTIONS WAS REPORTED BY THE LICENSEE AND MAY HAVE NOT BEEN VERIFIED BY THE TEXAS MEDICAL BOARD**

### Self Reported Information

**Gender:** MALE
**Place of Birth:** TEXAS

App. 335

**Race:** WHITE

**Current Primary Practice Address:**
11501 BURNET RD
BLDG 902, SUITE 618
AUSTIN, TX 78758

**Years of Active Practice in the U.S. or Canada:**
40 year(s)

**Years of Active Practice in Texas:**
40 year(s)

 Specialty Board Certification

Specialty certifications issued by the American Board of Medical Specialties or the Bureau of Osteopathic Specialists:

**Specialty Certification:** AMERICAN BOARD OF ORTHOPEDIC SURGERY
**Date:** 2008

 Specialties

Education

**Name, Location and Graduation Date of All Medical Schools Attended**

**Name:** UT MEDICAL BRANCH @ GALVESTON
**Location:** GALVESTON, USA
**Graduation Date:** 1980

**Graduate Medical Education In The United States Or Canada**

**Program Name:** SCOTT & WHITE MEMORIAL HOSPITAL
**Location:** TEMPLE, TX
**Begin Date:** 06/1980
**End Date:** 06/1981
**Type:** INTERNSHIP
**Specialty:**

**Program Name:** SCOTT & WHITE MEMORIAL HOSPITAL
**Location:** TEMPLE, TX
**Begin Date:** 06/1981
**End Date:** 06/1985

App. 336

**Type:** RESIDENCY
**Specialty:**

**Program Name:**
**Location:**
**Begin Date:** 06/1985
**End Date:** 06/1986
**Type:** FELLOWSHIP
**Specialty:**

➕ Hospital Privileges

➕ Utilization Review

➕ Patient Services

➕ Awards, Honors, Publications

➕ Malpractice Information

➕ Criminal History

➕ Non-TMB Disciplinary Actions

➕ Physician Assistant Supervision

➕ Advanced Practice Nurse Delegation

➕ Summary of all Licenses

v2.0.0.4 Copyright© Texas Medical Board - Chrome 104 IP:38.122.187.146

Contact Us  | Privacy Policy  | Accessibility Policy  | Compact with Texans  | Website Linking Policy
Please contact the TMB Call Center at (512) 305-7030 for assistance.

App. 337

# EXHIBIT 45

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator, | § § § § | |
| THE STATES OF TEXAS,<br>*ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA,<br>e*x rel.* ALEX DOE, Relator, | § § § | Civil Action No. 2-21-CV-022-Z |
| Plaintiffs, | § § | |
| v. | § § | |
| PLANNED PARENTHOOD<br>FEDERATION OF AMERICA, INC.,<br>PLANNED PARENTHOOD GULF<br>COAST, INC., PLANNED<br>PARENTHOOD OF GREATER TEXAS,<br>INC., PLANNED PARENTHOOD<br>SOUTH TEXAS, INC., PLANNED<br>PARENTHOOD CAMERON COUNTY,<br>INC., PLANNED PARENTHOOD SAN<br>ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § | |

## STATE OF TEXAS'S RULE 26(a)(1) INITIAL DISCLOSURES

The State of Texas ("Texas" or "State") hereby submits its Initial

Disclosures to Planned Parenthood Gulf Coast, Planned Parenthood of

Greater Texas, Inc., Planned Parenthood Cameron County, Inc., Planned

Parenthood San Antonio, Inc., and Planned Parenthood Federation of America, Inc. (collectively "Planned Parenthood" or "Defendants") pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

These Initial Disclosures are made based on information currently available to the State and are subject to supplementation or modification as more information becomes available. By making these Initial Disclosures the State is not representing that it is identifying every document, tangible thing or witness relevant to this law enforcement action. These Initial Disclosures are not intended to waive or prejudice any privileges or objections that the State may have to any outstanding or subsequent discovery requests.

## 1. Rule 26(a)(1)(A)(i) Witnesses

The State identifies and incorporates by reference all individuals listed in Planned Parenthood's and in Relator's Initial Disclosures, any individual who is deposed in this case, any expert designated by any party in this case, and any individual who is mentioned in any of the discovery responses or documents produced in this case.

In addition, the State discloses the following:

2

Custodian of HHSC records to verify Medicaid claims data showing Planned Parenthood Medicaid utilization between February 1, 2017 and March 12, 2021.   This witness will be contacted through counsel for the State.

## 2. Rule 26(a)(1)(A)(ii) Documents and Tangible Things

The State identifies the following categories of documents and tangible things in its possession that it may use to support its allegations in this case:

A. Communications between the State and Planned Parenthood relating to Planned Parenthood's participation in Texas Medicaid as an enrolled provider;

B. Planned Parenthood's Texas Medicaid provider agreements;

C. The Texas Medicaid Provider Procedures Manuals for the identified time period;

D. Termination notices delivered to Planned Parenthood by the Health and Human Services Commission – Office of Inspector General;

E. Documents relating to the lawsuit filed by Planned Parenthood in the Western District of Texas in response to the Texas notice of termination proceedings, and the subsequent appeal to the United States Court of Appeals for the Fifth Circuit;

F. Documents relating to the lawsuit filed by Planned Parenthood in the District Court of Travis County, Texas,

3

relating to the Texas notice of termination proceedings; and

G. Documents and data relating to Planned Parenthood's claims to, and reimbursements received from Texas Medicaid between February 1, 2017 and March 12, 2021.

## 3.  Rule 26(a)(1)(A)(iii) Damages

The State is not seeking "damages" in this law enforcement action under the Texas Medicaid Fraud Prevention Act.   Rather, the State is entitled to recover from Planned Parenthood the civil remedies provided by section 36.052 of the TMFPA.   These remedies are not defined as a measure of "damages," "harm," or "overpayments." *In re Xerox Corporation*, 555 S.W.3d 518 (Tex. 2018). Instead, the base remedy is the amount of money paid under the Medicaid program directly or indirectly as a result of Defendants' unlawful acts. *See* Tex. Hum. Res. Code § 36.052(a)(1).

In addition to the amount of the payments, Texas is entitled to the other remedies prescribed by section 36.052, including interest on the amount of the payments, two times the amount of the payments, and a civil penalty for each date on which the Defendants avoided their obligation to refund the amount of the payments to Texas Medicaid.   *Id*., at § 36.052.

4

As a consequence of Planned Parenthood's unlawful acts under section 36.002(12) of the TMFPA, Planned Parenthood is liable to the State for the amount of any payments made by Texas Medicaid directly or indirectly as a result of Defendants' unlawful acts, trebled, plus interest on the amount of the payments, plus an additional civil penalty of not less than $5,500 and not more than the maximum amount provided under 31 U.S.C § 3729(a) for each day that Planned Parenthood avoided its obligation to refund the payments to Texas Medicaid.

### 4.  Rule 26(a)(1)(A)(iv) Insurance

Not applicable.

### 5. Supplementation

The State's Initial Disclosures are made without prejudice to its right to change, amend or supplement these answers, and without prejudice to its rights to assert privileges or objections to any of Planned Parenthood's discovery requests, and without prejudice to the State's right to introduce at trial such additional evidence and documents as may be warranted by the facts in this law enforcement action.

Dated:  March 9, 2022          Respectfully submitted,

KEN PAXTON
Attorney General of Texas

5

App. 343

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil
Litigation

*/s/ Raymond C. Winter*
**RAYMOND CHARLES WINTER**
Chief, Civil Medicaid Fraud Division
Texas Bar No. 21791950

**AMY S. HILTON**
Assistant Attorney General
State Bar No. 24097834

**HALIE E. DANIELS**
Assistant Attorney General
State Bar No. 24100169

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov
Halie.Daniels@oag.texas.gov

**Attorneys for State of Texas**

App. 344

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was on all counsel of record via email.

/S/ *Raymond C. Winter*
**Raymond C. Winter**

7

# EXHIBIT 46

**I**N **T**HE **U**NITED **S**TATES **D**ISTRICT **C**OURT
**F**OR THE **N**ORTHERN **D**ISTRICT OF **T**EXAS
**A**MARILLO **D**IVISION

THE UNITED STATES OF AMERICA, THE
STATE OF TEXAS, AND THE STATE OF
LOUISIANA, EX REL DOE.,
Plaintiffs,

v.

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC., ET AL.
Defendants.

CAUSE NO. 2-21CV-022-Z

**E**XPERT **R**EPORT OF **D**ONALD **E. L**OCHABAY, **J**R.
**F**OR THE **S**TATE OF **T**EXAS



July 1, 2022

# TABLE OF CONTENTS

I.  **INTRODUCTION** ............................................................................................................... 2

    A.  ASSIGNMENT ............................................................................................... 3

    B.  BACKGROUND ............................................................................................ 5

    C.  OVERVIEW OF DATA AND INFORMATION RELIED UPON FOR ANALYSIS ....................... 6

II.  **ANALYSIS** ......................................................................................................................... 8

    A.  FINANCIAL IMPACT ANALYSIS ................................................................. 8

    B.  ANALYSIS OF POTENTIAL UNLAWFUL ACTS AND PENALTIES ......................................... 9

App. 348

## I.      INTRODUCTION

1.      My name is Donald E. Lochabay, Jr., and I am employed by Alvarez & Marsal ("A&M") as a Managing Director.  I am a Certified Management Accountant and a Certified Valuation Analyst, and I have a Bachelor of Business Administration degree from Baylor University.   Over the past 34 years, I have developed and evaluated numerous damage claims, including damage claims related to health care reimbursement. I am knowledgeable about health care claims and related data sets including membership, eligibility, fee schedule, claims adjudication, and claims payment files.  Over my career, I have evaluated health care data for several states, including data related to Medicaid programs, employee retirement systems, state-owned hospitals, and other programs.  In addition, I have evaluated health care data for many of the largest private payors in the United States.  I have worked with data sets ranging from a few thousand records to more than 1 billion records.  These data sets have included hospital, physician, pharmacy, and other types of claims.

2.      My resume at Attachment A provides an overview of my experience and credentials.  Attachment B provides a list of matters in which I have given testimony.  My billing rate on this matter is $500 per hour.  I have had no publications in the last ten years. My firm's compensation in this matter is not contingent upon the outcome of this litigation.

3.      I have been retained by The State of Texas ("State") in connection with the litigation styled United States of America, et al., v. Planned Parenthood Federation of America Inc., et al.  In this lawsuit, I understand that the State of Texas seeks to recover payments made to Planned Parenthood[1] for services provided on or after February 1,

---

[1] Planned Parenthood is a national organization that provides health care, abortion, and other services in every State via its network of affiliate organizations.  For purposes of this report, Planned Parenthood refers to the following affiliates that served Texas Medicaid enrollees between February 1, 2017 and March 12, 2021:  Planned Parenthood of Greater Texas, Inc.; Planned Parenthood Cameron County; Planned Parenthood San Antonio; Planned Parenthood South Texas Inc. and Planned Parenthood Gulf Coast, Inc.

2017, which is the date Texas and the Relator contend that Planned Parenthood was no longer a qualified Texas Medicaid provider by operation of Texas law.  Texas and the Relator seek to recover civil remedies from Planned Parenthood under the Texas Medicaid Fraud Prevention Act, including the amounts paid to Planned Parenthood directly or indirectly as a result of its unlawful acts, interest, and civil penalties. In support of my analysis and conclusions, the State of Texas has provided Texas Medicaid claims data and other expenditure information, as well as supporting documentation.

4.    The analyses upon which I have based my opinions outlined in this report have been performed by me or by individuals working under my direction and supervision.

5.    Attachment C provides a list of documents and information that I considered in preparing my report and supporting analyses.  In addition, my team and I had conversations with various representatives of the State of Texas.  Selected pages from the documents and information considered may be used as exhibits during trial. Additionally, I may prepare graphical or illustrative hearing or trial exhibits based on the documents and information considered and/or my analyses thereof.  I may supplement and amend the opinions in this report in response to additional information received or to address issues raised by other witnesses.  My testimony may also supplement this report.

A.    ASSIGNMENT

6.    I have been asked to analyze claims submitted by and reimbursements paid to Planned Parenthood service providers in the context of the State's termination of Planned Parenthood from the Medicaid program and the State's right to recover overpayments to providers excluded from the Medicaid program (See Tex. Hum. Res.

Code §36.002(12); and   §371.1655; §371.1703; and §371.1705(e)(5) of the Texas Administrative Code:[2]).

7.     Specifically, I was asked to quantify the payments made by Texas Medicaid to Planned Parenthood for services Planned Parenthood delivered to Medicaid recipients on or after February 1, 2017, which is the date that Texas and the Relator contend Planned Parenthood was no longer a qualified Medicaid provider by operation of Texas law. Based on Texas's and Relator's allegations in this matter, funds paid to Planned Parenthood for services delivered on or after February 1, 2017 should have been reimbursed to the State by Planned Parenthood; however, as of the date of this report, Planned Parenthood has not repaid the funds. To complete this task, we analyzed claims for services delivered by Planned Parenthood to Texas Medicaid enrollees after its termination from the Texas Medicaid program, while Planned Parenthood sought relief in the courts. For our analysis, we worked with State personnel to understand and interpret the claims data and other information provided to us by the State.

8.     For our analysis, we calculated both financial impact and potential number of unlawful acts associated with the payments to Planned Parenthood that were not repaid to the State.[3] A&M calculated the financial impact for approximately four years of Medicaid claims, after reviewing claims data for claims submitted to Medicaid by Planned Parenthood and other information supporting the payments for which the State of Texas is seeking recovery. We aggregated the relevant claims after removing claims that were not in scope for this assignment.

---

[2]https://texreg.sos.state.tx.us/public/readtac$ext.TacPage?sl=R&app=9&p_dir=&p_rloc=&p_tloc=&p_ploc=&pg=1&p_tac=&ti=1&pt(see =15&ch=371&rl=1655,
https://texreg.sos.state.tx.us/public/readtac$ext.TacPage?sl=R&app=9&p_dir=&p_rloc=&p_tloc=&p_ploc=&pg=1&p_tac=&ti=1&pt=15&ch=371&rl=1703,
https://texreg.sos.state.tx.us/public/readtac$ext.TacPage?sl=R&app=9&p_dir=&p_rloc=&p_tloc=&p_ploc=&pg=1&p_tac=&ti=1&pt=15&ch=371&rl=1705
[3] We relied upon Office of the Attorney General interpretation and guidance regarding the definition of unlawful acts.

9. Based on our analysis, we summarized our findings with regard to financial impact and potential number of unlawful acts under different scenarios.[4]

## B.   BACKGROUND

10. Medicaid is a state and federal cooperative program established to improve the health of people who might otherwise go without medical care for themselves and their children.[5,6]  The Texas Medicaid program reimburses providers under fee-for-service arrangements as well as via managed care organizations ("MCOs") that contract with the State.[7]  The Texas Medicaid program pays providers, such as Planned Parenthood, through both fee-for-service and managed care arrangements. These reimbursements are made for services delivered to Texas Medicaid beneficiaries.  Texas Medicaid directly adjudicates and pays claims under fee-for-service arrangements, and contracts with managed care organizations ("MCOs") to adjudicate and pay claims under managed care arrangements.  Under both arrangements, the State, acting by and through the State Attorney General, may recover overpayments to providers.[8]

11. The Planned Parenthood Federation of America ("PPFA") is a New York based corporation with more than 50 affiliated organizations that operate abortion facilities and health clinics nationwide with the stated purpose of delivering reproductive health care, sex education, and information to patients.[9]  PPFA provides monetary and administrative support to its affiliates, including the affiliates that provided services to

---

[4] Scenarios for potentially unlawful acts were provided by the Office of the Attorney General.

[5] http://www.benefits.gov/benefits/benefit-details/1640

[6] Medicaid serves low-income families, children with special health care needs, medically needy individuals, foster children, and certain other individuals.

[7] As of 2019, 92% of the Texas Medicaid beneficiaries are covered under an MCO to deliver comprehensive Medicaid services.  (https://www.kff.org/other/state-indicator/total-medicaid-mco-enrollment/?activeTab=graph&currentTimeframe=0&startTimeframe=15&selectedRows=%7B%22states%22:%7B%22texas%22:%7B%7D%7D%7D&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22desc%22%7D)

[8] See generally the TMFPA, Tex. Hum. Res. Code section 36.002 et seq.

[9] State of Texas's Complaint In Intervention, filed January 6, 2022, pp. 9-10.

App. 352

Texas Medicaid patients after Planned Parenthood's termination from the Texas Medicaid program.[10]

12.     Originally founded in 1916, the Planned Parenthood organization provides services including birth control, abortion, testing and treatment for sexually transmitted infections, and screenings of cervical and other cancers.[11]

13.     According to Texas's and the Relator's allegations, Planned Parenthood's termination from Texas Medicaid was effective by operation of Texas law not later than February 1, 2017.[12]  I understand that Texas and the Relator allege that Planned Parenthood failed to exhaust its administrative rights to contest the termination and instead sought relief in the federal and state courts.  Further, Texas and the Relator allege that the federal proceedings were over in November 2020, and the state court proceedings were over in March 2021.  Therefore, Texas and the Relator contend, as of either November 23, 2020,  or at the latest March 12, 2021, Planned Parenthood knew or should have known that its termination from Texas Medicaid took effect not later than February 1, 2017, and that any funds Planned Parenthood received from Medicaid for services delivered on or after February 1, 2017 were "overpayments" that Planned Parenthood was obligated to return to Texas.[13]

## C.     OVERVIEW OF DATA AND INFORMATION RELIED UPON FOR ANALYSIS

14.     **Fee-for-Service Arrangements**: Texas Medicaid providers are reimbursed for Medicaid enrollee services according to whether the enrollee is covered under a fee-for-service or managed care arrangement.  The fee-for-service claims reimbursed by the

---

[10] State of Texas's Complaint In Intervention, filed January 6, 2022, p. 10.
[11] https://www.plannedparenthood.org/about-us/who-we-are &
https://www.plannedparenthood.org/learn/abortion/considering-abortion
[12] State of Texas's Complaint In Intervention, filed January 6, 2022, p. 3.
[13] State of Texas's Complaint In Intervention, filed January 6, 2022, p. 3-6.

State to Planned Parenthood were produced to me for services delivered between February 1, 2017 and March 12, 2021.[14]

15.     This claims data was provided in a Microsoft Excel file comprised of approximately 13,000 detailed claim lines, reflecting various services performed at Planned Parenthood facilities for Texas Medicaid enrollees from February 2017 through March 12, 2021.[15]  This claims data included the national provider identifier ("NPI") numbers, claim identification numbers, procedure codes, patient diagnosis codes, and claim line level reimbursement amounts, among other fields.[16]  See **Exhibit 1** for a list of the fields and field definitions included in the fee-for-service claims data production.

16.     **Managed Care Arrangements:**  Detailed claims paid by MCOs contracted to cover Texas Medicaid recipients for services provided at Planned Parenthood clinics have not been provided to me at the time of this report.  However, I was provided aggregate Medicaid expenditure information by MCO for services provided by Planned Parenthood between February 1, 2017 and March 12, 2021.[17]  Each MCO compiled this aggregate expenditure information and provided sworn affidavits supporting the information.[18]

---

[14] The Fee-For-Service claims data was generated by the Texas Medicaid Health Partnership via a State Action Request ("SAR").  The MCO aggregated claim summaries were submitted by the individual MCO contracted by Texas Medicaid.

[15] I understand that the State and its contracted MCOs are in process on generating additional Medicaid claims date in this matter.  In the event that additional Medicaid claims data becomes available, I may update this report and my conclusions.

[16] Fee-for-service claims file generated by the Texas Medicaid Health Partnership:  Results SAR 117147-1 Request for Documents DOJ CONFIDENTIAL Qui Tam Action Amended Request to SAR 116970.xlsx

[17] I understand that the State and its contracted MCOs are in process on generating additional Medicaid claims date in this matter.  In the event that additional Medicaid claims data becomes available, I may update this report and my conclusions.

[18] See Attachment C (Documents Considered) for a list of the provided MCO files.

## II.    ANALYSIS

17.    For both fee-for-service and managed care arrangements, we calculated both financial impacts and potential number of unlawful acts and penalties associated with Medicaid payments to Planned Parenthood for services delivered on or after February 1, 2017, which Texas and the Relator allege is the date Planned Parenthood's Medicaid termination was effective by operation of Texas law. [19]

### A.  FINANCIAL IMPACT ANALYSIS

18.    I have reviewed the Planned Parenthood fee-for-service paid claims data provided by the State of Texas.  This data only included claims for services provided between February 1, 2017 through March 12, 2021. [20]  This data was filtered to remove claim lines that did not result in any payment.  In addition, I removed claims with a service date during a between January 4, 2021 and February 3, 2021, corresponding to a grace period given to Planned Parenthood at their request by the Texas Health and Human Services Commission.[21]  A detailed breakdown of the date filter and other filters applied to the fee-for-service claims data can be found in **Exhibit 2.**

19.    In addition, I have provided a summary of fee-for-service claims the state is seeking to recover, aggregated by procedure code in **Exhibit 3** and by National Drug Code in **Exhibit 4.**  I have also provided a summary of fee-for-service claims the State is seeking to recover by month as **Exhibit 5**.

20.    As of the date of this report, I do not have the detailed Planned Parenthood claims adjudicated by the contracted MCOs.  This detailed claims data would allow the

---

[19] State of Texas's Complaint In Intervention, filed January 6, 2022, p. 3.

[20] I understand that the State and its contracted MCOs are in process on generating additional Medicaid claims date in this matter.  In the event that additional Medicaid claims data becomes available, I may update this report and my conclusions.

[21] I understand that this grace period was given at Planned Parenthood's request after the federal appeals court overturned the injunction suspending Planned Parenthood's termination from the Texas Medicaid program.

exclusion of claims for services provided during the grace period as well as allowing confirmation on other issues related to the expenditures. In the event that I receive detailed MCO claims, I reserve the right to update or supplement my report and conclusions.

21.     Based on the data and information provided to me, I have aggregated the Texas Medicaid program expenditures related to Planned Parenthood services that the State is seeking to recover.[22] See summary below and **Exhibits 6 and 7**.[23]

| Type | # of Records | # of Claims | Paid Amt (Detail Line) |
|---|---|---|---|
| Fee-For-Service | 11,701 | 3,599 | $ 620,467 |
| Managed Care Organizations | n/a | 81,288 | 13,873,750 |
| Total | 11,701 | 84,887 | $ 14,494,217 |

**B.  ANALYSIS OF POTENTIAL UNLAWFUL ACTS AND PENALTIES**

22.     I understand that civil penalties can be calculated based on a variety of methodologies. At the direction of counsel, I have calculated the number of potentially unlawful acts, for which penalties may apply.[24] It is my understanding that the State and Relator may not be seeking an award at the high end of my range calculated in Scenario 1. I calculated the number of potentially unlawful acts and penalties under the following three scenarios:

- **Scenario 1 - Number of Paid Claims Not Reimbursed to Texas Medicaid by Planned Parenthood:** I have been advised by Counsel that a potentially

[22] I understand that Texas is seeking the amount of overpayments to Planned Parenthood times three; civil penalties; interest on the overpayments; expenses, costs, and attorneys' fees; and post-judgment interest.

[23] I understand that the Defendants responded to Plaintiff discovery requests regarding the payments Planned Parenthood made to the Texas Medicaid program after its termination as a qualified provider. The Defendants have reported that over $7.28 million dollars was paid to them for services after the date of termination, but the underlying claim details supporting those number have not yet been produced to the Plaintiffs. In the event that information is provided, I may update my report and conclusions.

[24] Tex. Hum. Res. Code § 36.002(12).

unlawful act was identified as each claim paid by Texas Medicaid for services provided by Planned Parenthood between February 1, 2017 and March 12, 2021 that has not been repaid by Planned Parenthood as of the date this report was submitted.  Consistent with the financial impact calculation above, we only counted claims for services provided through March 12, 2021 and excluded claims for services provided during the grace period.[25]  Per direction from counsel, I have assumed that an inflation-adjusted penalty of $12,537 would apply to each potentially unlawful act.[26] See penalty calculation below and on **Exhibit 8**.

| Scenario 1:  Paid Claims Not Reimbursed to Texas Medicaid | | Total |
| --- | --- | --- |
| Number of Unique Claims Not Repaid | | 84,887 |
| Per Unlawful Act Civil Penalty Amount | $ | 12,537 |
| **Unlawful Act Civil Penalty** | | **$ 1,064,228,319** |

- **Scenario 2 - Number of Days Since Reimbursement of Texas Medicaid Overpayments Due**: On March 12, 2021, the State Court denied Planned Parenthood's Motion for Preliminary Injunction and dismissed its request for mandamus relief with prejudice.[27]  It is my understanding that on March 12, 2021, Planned Parenthood should have known that its status as a Texas Medicaid provider had been terminated as of February 1, 2017 and its efforts to obtain relief through the courts had been exhausted.[28]  At that point, Planned Parenthood should have recognized that it had to repay any overpayments received from the Texas Medicaid program within 60 days.

---

[25] In the event I receive detailed MCO claims information, I will refine the MCO claim counts and expenditures.  The detailed claims records would allow the exclusion of claims for services provided during the grace period as well as allowing confirmation on other issues related to the expenditures.
[26] For purposes of this analysis, we used the 2022 inflation adjusted penalty cited in the Federal Register (28 CFR Part 85, May 9, 2022) - $12,537.  It is my understanding that this penalty amount may change by the date of trial, which may require an update to this report.
[27] State of Texas's Complaint In Intervention, filed January 6, 2022, p. 5.
[28] State of Texas's Complaint In Intervention, filed January 6, 2022, pp. 5-6.

[29] For this unlawful act scenario, we have assumed that each day between May 12, 2021 (61 days after March 12, 2021)[30] and the date of this report constitutes an unlawful act. See penalty calculation below and on **Exhibit 8**.

*Scenario 2: Days Since Reimbursement of Texas Medicaid Overpayments Due*

| Date Planned Parenthood Should Have Recognized That It Had To Repay Overpayments | Plus 61 Days | Report Date | Days Outstanding |
|---|---|---|---|
| 3/12/21 | 5/12/21 | 7/1/22 | 415 |

| | |
|---|---|
| Per Unlawful Act Civil Penalty Amount | $ 12,537 |
| **Unlawful Act Civil Penalty** | **$ 5,202,855** |

- **<u>Scenario 3</u> - Failure to Reimburse Texas Medicaid Overpayments Constitutes a Single Unlawful Act:** As per instructions from counsel, I have been asked to assume that one measure of potentially unlawful acts in this matter is that Planned Parenthood's failure to return all of the overpayments received since its termination from the Medicaid program constitutes a single unlawful act. Under this scenario, the penalty would be $**12,537 (also shown on Exhibit 8)**.

---

[29] Tex. Admin. Code § 371.1655(4).

[30] I understand that Texas and the Relator contend, as of either November 23, 2020, or at the latest March 12, 2021, Planned Parenthood knew or should have known that its termination from Texas Medicaid took effect not later than February 1, 2017, and that any funds Planned Parenthood received from Medicaid for services delivered on or after February 1, 2017 were "overpayments" that Planned Parenthood was obligated to return to Texas. However, to be conservative, I have only calculated penalties from May 12, 2021 (61 days after March 12, 2021).