**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator, | §<br>§<br>§ | |
| The State of Texas<br>*ex rel.* ALEX DOE, Relator, | §<br>§<br>§ | NO. 2:21-CV-22-Z |
| The State of Louisiana<br>*ex rel.* ALEX DOE, Relator, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | |
| Planned Parenthood Federation of America,<br>Inc., Planned Parenthood Gulf Coast, Inc.,<br>Planned Parenthood of Greater Texas, Inc.,<br>Planned Parenthood South Texas, Inc.,<br>Planned Parenthood Cameron County, Inc.,<br>Planned Parenthood San Antonio, Inc., | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXPEDITE

The Court has considered Defendants' Motion to Expedite briefing and consideration for Defendants' Motion to Transfer Venue, all other papers and evidence submitted in opposition and reply, the pertinent pleadings and files in this action, and the arguments of counsel. Finding good cause therefor, the Court **GRANTS** Defendants' Motion to Expedite and **ORDERS** (1) that Plaintiffs file their responses to Defendants' Motion to Transfer Venue no later than August 26, 2022, and (2) that Defendants file their reply briefs no later than September 2, 2022.

Dated: _____          _____
Hon. Matthew J. Kacsmaryck
United States District Judge