IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD FEDERATION § <br> OF AMERICA, INC., *et al.*, § <br> § <br> Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is Defendants' Motion to Expedite Briefing and Consideration of the Motion to Transfer Venue or, Alternatively, to Stay ("Motion") (ECF No. 144), filed on August 12, 2022. Defendants ask the Court to shorten the response windows by seven days each so that Plaintiffs will have 14 days to file their responses, while Defendants will have 7 days to file their reply. This Court agrees with Plaintiffs that they will be prejudiced if required to respond to Defendants' Motion to Transfer Venue within only 14 days. ECF No. 145 at 4.

Accordingly, the Court **DENIES** Defendants' Motion and **ORDERS** Plaintiffs to respond to the Motion to Transfer Venue **on or before Friday, September 2, 2022**. Defendants shall file a reply **on or before September 16, 2022**. The Court also **DENIES** Defendants' alternative request to stay proceedings pending resolution on their Motion to Transfer Venue.

**SO ORDERED**.

August 16, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE