IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Relator's Motion to Compel Discovery Responses ("Motion") (ECF No. 150), filed on August 23, 2022. Having considered the Motion, pleadings and relevant law, the Court concludes that the Motion is meritorious and should be granted.

It is therefore **ORDERED** that the Motion is **GRANTED** and Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. are hereby ordered to provide full and complete responses to Relator's Third Requests for Production and Relator's Fourth Requests for Production, and to produce to Relator all requested non-privileged documents in Defendants' possession, custody or control within ten (10) days.

Signed this _____ day of _____, 2022.

                                                        MATTHEW J. KACSMARYK
                                                        UNITED STATES DISTRICT JUDGE