IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>THE STATE OF TEXAS, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>THE STATE OF LOUISIANA, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>PLANNED PARENTHOOD §<br>FEDERATION OF AMERICA, INC., §<br>PLANNED PARENTHOOD GULF §<br>COAST, INC., PLANNED §<br>PARENTHOOD OF GREATER §<br>TEXAS, INC., PLANNED §<br>PARENTHOOD SOUTH §<br>TEXAS, INC., PLANNED §<br>PARENTHOOD CAMERON §<br>COUNTY, INC., PLANNED §<br>PARENTHOOD SAN ANTONIO, §<br>INC., §<br>§<br>Defendants. § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Relator's Third Motion to Compel Discovery Responses ("Motion") (Dkt. 154), filed on August 31, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion. The Court **ORDERS** Defendants Planned Parenthood Federation of America, Inc., Planned

Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. to provide full and complete responses to Relator's First Requests for Production, and to produce to Relator all requested non-privileged documents in their possession, custody, or control **on or before _____ _____, 2022**. The Court grants the PPFA Affiliates an opportunity to file a response to the request for Rule 37(a)(5)(A) sanctions **on or before _____ _____, 2022**. The PPFA Affiliates must explain whether their incomplete discovery responses were "substantially justified" or whether other circumstances make an award of expenses under Rule 37(a)(5)(a) unjust. If the PPFA Affiliates file a response, Relator may file a reply in support of its request for Rule 37(a)(5)(A) sanctions **on or before _____, 2022.**

    **SO ORDERED**.

    _____, 2022

                                                                  MATTHEW J. KACSMARYK
                                                                  UNITED STATES DISTRICT JUDGE