# EXHIBIT B

| Bates Number | Original Designation | New Designation | Reasoning |
|---|---|---|---|
| PPFA00001535 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002164 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002172 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002649 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002659 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002705 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002711 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00001401 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001412 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001522 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001637 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001652 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001660 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001697 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001705 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001908 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001919 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002198 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002284 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002323 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002438 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002444 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002613 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002624 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002689 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002693 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00004906 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00004939 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00005030 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00005121 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002757 | AEO | AEO | Contains sensitive employee information (employee pay) |
| PPFA00002761 | AEO | AEO | Contains sensitive employee information (employee pay) |
| PPFA00003123 | AEO | AEO | Internal market / financial information |

| | | | |
|---|---|---|---|
| PPFA00003124 | AEO | AEO | Internal market / financial information |
| PPFA00003125 | AEO | AEO | Internal market / financial information |
| PPFA00003128 | AEO | AEO | Internal market / financial information |
| PPFA00003134 | AEO | AEO | Internal market / financial information |
| PPFA00003138 | AEO | AEO | Internal market / financial information |
| PPFA00003378 | AEO | AEO | Internal market / financial information |
| PPFA00004667 | AEO | AEO | Internal market / financial information |
| PPFA00004676 | AEO | AEO | Internal market / financial information |
| PPFA00003359 | Confidential | AEO | PII: Cell |
| PPFA00003364 | Confidential | AEO | PII: Cell |
| PPFA00004708 | Confidential | AEO | PII: Cell |
| PPFA00004721 | Confidential | AEO | PII: Cell |
| PPFA00005182 | Confidential | AEO | PII: Cell |
| PPFA00003118 | AEO | AEO | PII: Cell or Email |
| PPFA00003120 | AEO | AEO | PII: Cell or Email |
| PPFA00003126 | AEO | AEO | PII: Cell or Email |
| PPFA00003151 | AEO | AEO | PII: Cell or Email |
| PPFA00003154 | AEO | AEO | PII: Cell or Email |
| PPFA00003292 | AEO | AEO | PII: Cell or Email |
| PPFA00003294 | AEO | AEO | PII: Cell or Email |
| PPFA00003309 | AEO | AEO | PII: Cell or Email |
| PPFA00003311 | AEO | AEO | PII: Cell or Email |
| PPFA00003318 | AEO | AEO | PII: Cell or Email |
| PPFA00003357 | AEO | AEO | PII: Cell or Email |
| PPFA00003377 | AEO | AEO | PII: Cell or Email |
| PPFA00003379 | AEO | AEO | PII: Cell or Email |
| PPFA00003486 | AEO | AEO | PII: Cell or Email |
| PPFA00003541 | AEO | AEO | PII: Cell or Email |
| PPFA00003598 | AEO | AEO | PII: Cell or Email |
| PPFA00003657 | AEO | AEO | PII: Cell or Email |
| PPFA00003717 | AEO | AEO | PII: Cell or Email |
| PPFA00003785 | AEO | AEO | PII: Cell or Email |
| PPFA00003853 | AEO | AEO | PII: Cell or Email |
| PPFA00003924 | AEO | AEO | PII: Cell or Email |

| | | | |
|---|---|---|---|
| PPFA00003998 | AEO | AEO | PII: Cell or Email |
| PPFA00004074 | AEO | AEO | PII: Cell or Email |
| PPFA00004150 | AEO | AEO | PII: Cell or Email |
| PPFA00004229 | AEO | AEO | PII: Cell or Email |
| PPFA00004306 | AEO | AEO | PII: Cell or Email |
| PPFA00004387 | AEO | AEO | PII: Cell or Email |
| PPFA00004506 | AEO | AEO | PII: Cell or Email |
| PPFA00004563 | AEO | AEO | PII: Cell or Email |
| PPFA00004578 | AEO | AEO | PII: Cell or Email |
| PPFA00004584 | AEO | AEO | PII: Cell or Email |
| PPFA00004592 | AEO | AEO | PII: Cell or Email |
| PPFA00004600 | AEO | AEO | PII: Cell or Email |
| PPFA00004608 | AEO | AEO | PII: Cell or Email |
| PPFA00004614 | AEO | AEO | PII: Cell or Email |
| PPFA00004618 | AEO | AEO | PII: Cell or Email |
| PPFA00004622 | AEO | AEO | PII: Cell or Email |
| PPFA00004628 | AEO | AEO | PII: Cell or Email |
| PPFA00004632 | AEO | AEO | PII: Cell or Email |
| PPFA00004637 | AEO | AEO | PII: Cell or Email |
| PPFA00004640 | AEO | AEO | PII: Cell or Email |
| PPFA00004643 | AEO | AEO | PII: Cell or Email |
| PPFA00004648 | AEO | AEO | PII: Cell or Email |
| PPFA00004652 | AEO | AEO | PII: Cell or Email |
| PPFA00004668 | AEO | AEO | PII: Cell or Email |
| PPFA00004670 | AEO | AEO | PII: Cell or Email |
| PPFA00004677 | AEO | AEO | PII: Cell or Email |
| PPFA00004684 | AEO | AEO | PII: Cell or Email |
| PPFA00004687 | AEO | AEO | PII: Cell or Email |
| PPFA00004691 | AEO | AEO | PII: Cell or Email |
| PPFA00004698 | AEO | AEO | PII: Cell or Email |
| PPFA00004704 | AEO | AEO | PII: Cell or Email |
| PPFA00004725 | AEO | AEO | PII: Cell or Email |
| PPFA00004779 | AEO | AEO | PII: Cell or Email |
| PPFA00004833 | AEO | AEO | PII: Cell or Email |

| | | | |
|---|---|---|---|
| PPFA00004839 | AEO | AEO | PII: Cell or Email |
| PPFA00004845 | AEO | AEO | PII: Cell or Email |
| PPFA00004850 | AEO | AEO | PII: Cell or Email |
| PPFA00004856 | AEO | AEO | PII: Cell or Email |
| PPFA00004862 | AEO | AEO | PII: Cell or Email |
| PPFA00004902 | AEO | AEO | PII: Cell or Email |
| PPFA00004905 | AEO | AEO | PII: Cell or Email |
| PPFA00004912 | AEO | AEO | PII: Cell or Email |
| PPFA00004915 | AEO | AEO | PII: Cell or Email |
| PPFA00004921 | AEO | AEO | PII: Cell or Email |
| PPFA00005029 | AEO | AEO | PII: Cell or Email |
| PPFA00005168 | AEO | AEO | PII: Cell or Email |
| PPFA00005172 | AEO | AEO | PII: Cell or Email |
| PPFA00005175 | AEO | AEO | PII: Cell or Email |
| PPFA00005178 | AEO | AEO | PII: Cell or Email |
| PPFA00005229 | AEO | AEO | PII: Cell or Email |
| PPFA00005237 | AEO | AEO | PII: Cell or Email |
| PPFA00005241 | AEO | AEO | PII: Cell or Email |
| PPFA00005247 | AEO | AEO | PII: Cell or Email |
| PPFA00005253 | AEO | AEO | PII: Cell or Email |
| PPFA00005259 | AEO | AEO | PII: Cell or Email |
| PPFA00005266 | AEO | AEO | PII: Cell or Email |
| PPFA00005273 | AEO | AEO | PII: Cell or Email |
| PPFA00005280 | AEO | AEO | PII: Cell or Email |
| PPFA00005286 | AEO | AEO | PII: Cell or Email |
| PPFA00005294 | AEO | AEO | PII: Cell or Email |
| PPFA00005299 | AEO | AEO | PII: Cell or Email |
| PPFA00005307 | AEO | AEO | PII: Cell or Email |
| PPFA00005313 | AEO | AEO | PII: Cell or Email |
| PPFA00001409 | AEO | AEO | PII: Contains banking information |
| PPFA00001581 | AEO | AEO | PII: Contains banking information |
| PPFA00001663 | AEO | AEO | PII: Contains banking information |
| PPFA00002188 | AEO | AEO | PII: Contains banking information |
| PPFA00002818 | AEO | AEO | PII: Contains banking information |

| PPFA00001395 | AEO | AEO | PII: Contains employee contact information |
| PPFA00001454 | AEO | AEO | PII: Contains employee contact information |
| PPFA00004726 | AEO | AEO | PII: Contains employee contact information |
| PPFA00004781 | AEO | AEO | PII: Contains employee contact information |
| PFFA00001393 | AEO | AEO | PII: Non-public EE |
| PPFA00001391 | AEO | AEO | PII: Non-public EE |
| PPFA00001545 | AEO | AEO | PII: Non-public EE |
| PPFA00001651 | AEO | AEO | PII: Non-public EE |
| PPFA00001936 | AEO | AEO | PII: Non-public EE |
| PPFA00002056 | AEO | AEO | PII: Non-public EE |
| PPFA00002061 | AEO | AEO | PII: Non-public EE |
| PPFA00002180 | AEO | AEO | PII: Non-public EE |
| PPFA00002184 | AEO | AEO | PII: Non-public EE |
| PPFA00004588 | AEO | AEO | PII: Non-public EE |
| PPFA00004710 | AEO | AEO | PII: Non-public EE |
| PPFA00004868 | AEO | AEO | PII: Non-public EE |
| PPFA00004937 | AEO | AEO | PII: Non-public EE |
| PPFA00005120 | AEO | AEO | PII: Non-public EE |
| PPFA00002978 | AEO | AEO | Proprietary collaborative fundraising strategy |
| PPFA00002986 | AEO | AEO | Proprietary collaborative fundraising strategy |
| PPFA00002991 | AEO | AEO | Proprietary collaborative fundraising strategy |
| PPFA00004911 | AEO | AEO | Sensitive financial data and analysis |
| PPFA00005165 | AEO | AEO | Sensitive financial data and analysis |
| PPFA00001492 | AEO | Confidential | Contains employee benefit information (information on benefits) |
| PPFA00001588 | AEO | Confidential | Contains sensistive corporate information |
| PPFA00003381 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00004666 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00004675 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00004778 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00001423 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001435 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001464 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001479 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001497 | AEO | Confidential | Contains strategic/programmatic information |

| PPFA00001501 | AEO | Confidential | Contains strategic/programmatic information |
|---|---|---|---|
| PPFA00001530 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001575 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001585 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001593 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001598 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001601 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001622 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001635 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001658 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001665 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001668 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001671 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001673 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001675 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001678 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001681 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001683 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001685 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001691 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001694 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001734 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001737 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001743 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001766 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001769 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001778 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001785 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001798 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001817 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001842 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001850 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001858 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001862 | AEO | Confidential | Contains strategic/programmatic information |

| PPFA00001880 | AEO | Confidential | Contains strategic/programmatic information |
|---|---|---|---|
| PPFA00001883 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001886 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001897 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001930 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001933 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001974 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001978 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001982 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001987 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002038 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002043 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002096 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002100 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002104 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002108 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002154 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002213 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002218 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002223 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002228 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002273 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002275 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002390 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00002395 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00002400 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002403 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002406 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002418 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002430 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002434 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002450 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002453 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002456 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00002459 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002462 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002468 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002471 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002475 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002485 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002496 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002517 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002524 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002531 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002552 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002599 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002603 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002731 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002736 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002749 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002753 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002805 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002810 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002815 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002822 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002824 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002880 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002883 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003169 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003319 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003325 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003335 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003337 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003410 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003449 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003455 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003461 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003468 | AEO | Confidential | Contains strategic/programmatic information |

| PPFA00003475 | AEO | Confidential | Contains strategic/programmatic information |
|---|---|---|---|
| PPFA00003480 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003487 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003542 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003599 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003658 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003718 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003786 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003854 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003925 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003999 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004075 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004151 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004230 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004309 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004389 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004467 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004508 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004564 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004581 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004587 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004589 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004655 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004657 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004722 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004834 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004840 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004846 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004851 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004857 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004863 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004904 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004913 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004916 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00005019 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005020 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005021 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005022 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005023 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005024 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005025 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005026 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005027 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005028 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005110 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005111 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005112 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005113 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005114 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005115 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005116 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005117 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005118 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005119 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005166 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005167 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005315 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00005321 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005321 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005328 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005328 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005329 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00005331 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00005333 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003367 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00001616 | AEO | Confidential | Safety and security information |
| PPFA00002840 | Confidential | Confidential | Safety and security information |
| PPFA00002846 | Confidential | Confidential | Safety and security information |

| | | | |
|---|---|---|---|
| PPFA00002862 | Confidential | Confidential | Safety and security information |
| PPFA00002871 | Confidential | Confidential | Safety and security information |
| PPFA00001609 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002192 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002277 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002826 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002833 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002886 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002893 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002901 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002909 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002914 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002920 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002925 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002931 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002939 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002947 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002953 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002960 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002966 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002972 | Confidential | Confidential | Sensitive business relationships |
| PPFA00003014 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003048 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003188 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00003222 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004593 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004598 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004601 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004606 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004872 | Confidential | Confidential | Contains strategic/programmatic information |