# EXHIBIT C

**Chapa, Justin R.**

---

| | |
|---|---|
| **From:** | Chapa, Justin R. |
| **Sent:** | Tuesday, August 30, 2022 7:21 PM |
| **To:** | 'Andrew Stephens' |
| **Cc:** | Ashby, Danny S.; Whisler, Megan; Martin, Meghan C. |
| **Subject:** | PPFA--Designation Chart |
| **Attachments:** | Chart of Planned Revised Production.XLSX |

Hi Andrew:

I have attached the chart discussed on our call earlier today. Please let us know if you have any questions.

Justin

## O'Melveny

**Justin R. Chapa**

jchapa@omm.com
O: +1-972-360-1908

---

O'Melveny & Myers LLP
2501 N. Harwood Street, 17th Floor
Dallas, TX  75201
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*