# EXHIBIT 1

**Category 1:** Highly Sensitive Strategic, Programmatic, or Financial Information

1. PPFA00001401
2. PPFA00001412
3. PPFA00001522
4. PPFA00001535
5. PPFA00001637
6. PPFA00001652
7. PPFA00001660
8. PPFA00001697
9. PPFA00001705
10. PPFA00001908
11. PPFA00001919
12. PPFA00002164
13. PPFA00002172
14. PPFA00002198
15. PPFA00002284
16. PPFA00002323
17. PPFA00002438
18. PPFA00002444
19. PPFA00002613
20. PPFA00002624
21. PPFA00002649
22. PPFA00002659
23. PPFA00002689
24. PPFA00002693
25. PPFA00002705
26. PPFA00002711
27. PPFA00004906
28. PPFA00004939
29. PPFA00005030
30. PPFA00005121

**Category 2**: Internal Market and Financial Information

1. PPFA00003123
2. PPFA00003124
3. PPFA00003125
4. PPFA00003128
5. PPFA00003134
6. PPFA00003138
7. PPFA00003378
8. PPFA00004667
9. PPFA00004676
10. PPFA00004911
11. PPFA00005165

**Category 3**: Proprietary Fundraising Strategy

1. PPFA00002978
2. PPFA00002986
3. PPFA00002991

**Category 4**: Strategy Programming Information

1. PPFA00001423
2. PPFA00001435
3. PPFA00001464
4. PPFA00001479
5. PPFA00001497
6. PPFA00001501
7. PPFA00001530
8. PPFA00001575
9. PPFA00001585
10. PPFA00001593
11. PPFA00001598
12. PPFA00001601
13. PPFA00001622
14. PPFA00001635
15. PPFA00001658
16. PPFA00001665
17. PPFA00001668
18. PPFA00001671
19. PPFA00001673
20. PPFA00001675
21. PPFA00001678
22. PPFA00001681
23. PPFA00001683
24. PPFA00001685
25. PPFA00001691
26. PPFA00001694
27. PPFA00001734
28. PPFA00001737
29. PPFA00001743
30. PPFA00001766
31. PPFA00001769
32. PPFA00001778
33. PPFA00001785
34. PPFA00001798
35. PPFA00001817
36. PPFA00001842
37. PPFA00001850
38. PPFA00001858
39. PPFA00001862
40. PPFA00001880
41. PPFA00001883
42. PPFA00001886
43. PPFA00001897

44. PPFA00001930
45. PPFA00001933
46. PPFA00001974
47. PPFA00001978
48. PPFA00001982
49. PPFA00001987
50. PPFA00002038
51. PPFA00002043
52. PPFA00002096
53. PPFA00002100
54. PPFA00002104
55. PPFA00002108
56. PPFA00002154
57. PPFA00002213
58. PPFA00002218
59. PPFA00002223
60. PPFA00002228
61. PPFA00002273
62. PPFA00002275
63. PPFA00002390
64. PPFA00002395
65. PPFA00002400
66. PPFA00002403
67. PPFA00002406
68. PPFA00002418
69. PPFA00002430
70. PPFA00002434
71. PPFA00002450
72. PPFA00002453
73. PPFA00002456
74. PPFA00002459
75. PPFA00002462
76. PPFA00002468
77. PPFA00002471
78. PPFA00002475
79. PPFA00002485
80. PPFA00002496
81. PPFA00002517
82. PPFA00002524
83. PPFA00002531
84. PPFA00002552
85. PPFA00002599
86. PPFA00002603
87. PPFA00002731
88. PPFA00002736
89. PPFA00002749

90. PPFA00002753
91. PPFA00002805
92. PPFA00002810
93. PPFA00002815
94. PPFA00002822
95. PPFA00002824
96. PPFA00002880
97. PPFA00002883
98. PPFA00003014
99. PPFA00003048
100. PPFA00003169
101. PPFA00003188
102. PPFA00003222
103. PPFA00003319
104. PPFA00003325
105. PPFA00003335
106. PPFA00003337
107. PPFA00003367
108. PPFA00003410
109. PPFA00003449
110. PPFA00003455
111. PPFA00003461
112. PPFA00003468
113. PPFA00003475
114. PPFA00003480
115. PPFA00003487
116. PPFA00003542
117. PPFA00003599
118. PPFA00003658
119. PPFA00003718
120. PPFA00003786
121. PPFA00003854
122. PPFA00003925
123. PPFA00003999
124. PPFA00004075
125. PPFA00004151
126. PPFA00004230
127. PPFA00004309
128. PPFA00004389
129. PPFA00004467
130. PPFA00004508
131. PPFA00004564
132. PPFA00004581
133. PPFA00004587
134. PPFA00004589
135. PPFA00004593

136. PPFA00004598
137. PPFA00004601
138. PPFA00004606
139. PPFA00004655
140. PPFA00004657
141. PPFA00004722
142. PPFA00004834
143. PPFA00004840
144. PPFA00004846
145. PPFA00004851
146. PPFA00004857
147. PPFA00004863
148. PPFA00004872
149. PPFA00004904
150. PPFA00004913
151. PPFA00004916
152. PPFA00005019
153. PPFA00005020
154. PPFA00005021
155. PPFA00005022
156. PPFA00005023
157. PPFA00005024
158. PPFA00005025
159. PPFA00005026
160. PPFA00005027
161. PPFA00005028
162. PPFA00005110
163. PPFA00005111
164. PPFA00005112
165. PPFA00005113
166. PPFA00005114
167. PPFA00005115
168. PPFA00005116
169. PPFA00005117
170. PPFA00005118
171. PPFA00005119
172. PPFA00005166
173. PPFA00005167
174. PPFA00005315
175. PPFA00005321
176. PPFA00005328
177. PPFA00005329
178. PPFA00005331
179. PPFA00005333
180. PPFA00003381

**Category 5**: Safety and Security Information

1. PPFA00001616
2. PPFA00002840
3. PPFA00002846
4. PPFA00002862
5. PPFA00002871

**Category 6**: Sensitive Business Relationships

1. PPFA00001609
2. PPFA00002192
3. PPFA00002277
4. PPFA00002826
5. PPFA00002833
6. PPFA00002886
7. PPFA00002893
8. PPFA00002901
9. PPFA00002909
10. PPFA00002914
11. PPFA00002920
12. PPFA00002925
13. PPFA00002931
14. PPFA00002939
15. PPFA00002947
16. PPFA00002953
17. PPFA00002960
18. PPFA00002966
19. PPFA00002972

**Category 7**: Miscellaneous Sensitive Documents

1. PPFA00001492
2. PPFA00001588
3. PPFA00004666
4. PPFA00004675
5. PPFA00004778