IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Relators' Motion to Expedite Briefing and Consideration of Relator's Third Motion to Compel Discovery Responses ("Motion") (ECF No. 155), filed on August 31, 2022. Currently, Affiliate Defendants' response to the Motion is due on Wednesday, September 21, 2022. *See* N.D. TEX. L.R. 7.1(e).

To expeditiously address this procedural Motion, the Court **ORDERS** Affiliate Defendants to file their response **on or before Wednesday, September 14, 2022, 5:00 p.m. (CDT)**. The Court **ORDERS** Relator to file a reply **on or before Friday, September 23, 2022, 5:00 p.m. (CDT)**.

**SO ORDERED**.

September __1__, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE