IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § |
| Defendants. | § |

# ORDER

Before the Court is Affiliate Defendants' Application for Admission *Pro Hac Vice* (ECF No. 170), filed on September 12, 2022. Megan Pieper is an attorney licensed to practice in the District of Columbia. Ms. Pieper represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Ryan Patrick Brown of the Amarillo law office of Blackburn & Brown, L.L.P. has been obtained as local counsel. Accordingly, the Court finds that Affiliate Defendants' Application should be and is hereby **GRANTED**. The Court **ORDERS** that Megan Pieper may represent Affiliate Defendants in this matter, subject to further order of the Court.

**SO ORDERED.**

September *13*, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE