IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Affiliate Defendants' Application for Admission *Pro Hac Vice* (ECF No. 169), filed on September 12, 2022. Emily Reeder-Ricchetti is an attorney licensed to practice in the District of Columbia. Ms. Reeder-Ricchetti represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Ryan Patrick Brown of the Amarillo law office of Blackburn & Brown, L.L.P. has been obtained as local counsel. Accordingly, the Court finds that Affiliate Defendants' Application should be and is hereby **GRANTED**. The Court **ORDERS** that Emily Reeder-Ricchetti may represent Affiliate Defendants in this matter, subject to further order of the Court.

**SO ORDERED.**

September 13, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE