# Exhibit F

**Affiliate Defendants' Opposition to Relator's Motion to Compel**
**No. 2:21-CV-00022**

| | |
|---|---|
| **From:** | Gerstner, Alyssa |
| **To:** | "Andrew Stephens"; "Heather Hacker" |
| **Cc:** | "Born, Jayce"; "Martin, Meghan C."; Lollar, Tirzah; "zzz.External.dashby@omm.com"; "zzz.External.jchapa@omm.com"; "Hudson, Matt"; "Margolis, Craig D."; "Odell, Christopher M."; "Raymond.Winter@oag.texas.gov"; "Amy.Hilton@oag.texas.gov"; "zzz.External.lgodesky@omm.com"; "Takakjian, Katie" |
| **Subject:** | RE: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z |
| **Date:** | Wednesday, September 7, 2022 6:47:00 PM |
| **Attachments:** | image001.png |

Andrew,

Following up on the discussion during the meet and confer of Aug 30, please let us know if Affiliates' Aug 29 amended responses to Relator's Third Set of RFPs addressed the issues raised in Relator's Aug 23 motion to compel [Dkt. 150] as it relates to Affiliates' responses to Relator's Third Set of RFPs.

Regards,
Alyssa

---

**From:** Gerstner, Alyssa
**Sent:** Monday, August 29, 2022 9:50 PM
**To:** 'Andrew Stephens' <andrew@hackerstephens.com>; 'Heather Hacker' <heather@hackerstephens.com>
**Cc:** 'Born, Jayce' <Jayce.Born@arnoldporter.com>; 'Martin, Meghan C.' <Meghan.Martin@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; 'zzz.External.dashby@omm.com' <dashby@omm.com>; 'zzz.External.jchapa@omm.com' <jchapa@omm.com>; 'Hudson, Matt' <Matt.Hudson@arnoldporter.com>; 'Margolis, Craig D.' <Craig.Margolis@arnoldporter.com>; 'Odell, Christopher M.' <Christopher.Odell@arnoldporter.com>; 'Raymond.Winter@oag.texas.gov' <Raymond.Winter@oag.texas.gov>; 'Amy.Hilton@oag.texas.gov' <Amy.Hilton@oag.texas.gov>; 'zzz.External.lgodesky@omm.com' <lgodesky@omm.com>; 'Takakjian, Katie' <ktakakjian@omm.com>
**Subject:** RE: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

Good Evening,

Please find the following attached amended responses to Relator's Third RFPs, as discussed on the August 19, 2022 meet and confer and confirmed in Tirzah's August 22, 2022 email:

1. Defendant Planned Parenthood Gulf Coast's Amended Objections and Responses to Relator's Third Set of Requests for Production
2. Defendant Planned Parenthood of Greater Texas's Amended Objections and Responses to Relator's Third Set of Requests for Production
3. Defendant Planned Parenthood South Texas's Amended Objections and Responses to Relator's Third Set of Requests for Production
4. Defendant Planned Parenthood San Antonio's Amended Objections and Responses to Relator's Third Set of Requests for Production

5. Defendant Planned Parenthood Cameron County's Amended Objections and Responses to Relator's Third Set of Requests for Production

Regards,
Alyssa

_____

Alyssa Gerstner
Associate | Bio



601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.5734
Alyssa.Gerstner@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

---

**From:** Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Sent:** Monday, August 22, 2022 6:41 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Heather Hacker <heather@hackerstephens.com>
**Cc:** Born, Jayce <Jayce.Born@arnoldporter.com>; Martin, Meghan C. <Meghan.Martin@arnoldporter.com>; zzz.External.dashby@omm.com <dashby@omm.com>; zzz.External.jchapa@omm.com <jchapa@omm.com>; Hudson, Matt <Matt.Hudson@arnoldporter.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; zzz.External.lgodesky@omm.com <lgodesky@omm.com>; Takakjian, Katie <ktakakjian@omm.com>
**Subject:** RE: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

Andrew:

Following up on our meet and confer on Friday regarding Relator's 3rd RFPs, the Affiliate Defendants are reviewing their responses and believe there is some room for movement on at least some of the RFPs.  They are working on amended responses, which would restart the 15 day clock once the amended responses are served.  Affiliate Defendants are working to provide amended responses by the end of the week.  Please let us know if you have any questions.

Thanks,
Tirzah

_____

Tirzah Lollar
Partner | Bio

601 Massachusetts Ave., NW

Washington, DC 20001-3743
T: +1 202.942.6199
Tirzah.Lollar@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Friday, August 19, 2022 10:22 AM
**To:** Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hudson, Matt <Matt.Hudson@arnoldporter.com>; Heather Hacker <heather@hackerstephens.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; zzz.External.lgodesky@omm.com <lgodesky@omm.com>
**Cc:** Born, Jayce <Jayce.Born@arnoldporter.com>; Martin, Meghan C. <Meghan.Martin@arnoldporter.com>; zzz.External.dashby@omm.com <dashby@omm.com>; zzz.External.jchapa@omm.com <jchapa@omm.com>
**Subject:** Re: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

External E-mail

No problem, 4cst works

**Andrew B. Stephens**
Partner

Hacker Stephens LLP

www.hackerstephens.com

This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (512) 399-3022 and delete the message.

**From:** Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Sent:** Friday, August 19, 2022 8:45 AM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Hudson, Matt <Matt.Hudson@arnoldporter.com>; Heather Hacker <heather@hackerstephens.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond.Winter@oag.texas.gov <Raymond.Winter@oag.texas.gov>; Amy.Hilton@oag.texas.gov <Amy.Hilton@oag.texas.gov>; lgodesky@omm.com <lgodesky@omm.com>
**Cc:** Born, Jayce <Jayce.Born@arnoldporter.com>; Martin, Meghan C. <Meghan.Martin@arnoldporter.com>; dashby@omm.com <dashby@omm.com>;

jchapa@omm.com <jchapa@omm.com>
**Subject:** Re: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

Andrew, can we move this to 4cst pls?  We had a conflict pop up.  Thanks

Sent from Nine

---

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Thursday, August 18, 2022 1:08 PM
**To:** Lollar, Tirzah; Hudson, Matt; Heather Hacker; Margolis, Craig D.; Hussain, Murad S.; Odell, Christopher M.; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; zzz.External.lgodesky@omm.com
**Cc:** Born, Jayce; Martin, Meghan C.
**Subject:** RE: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

> [ External E-mail ]

Thanks, Tirzah.  Let's schedule for 3pm CST tomorrow. Dial-in info below.

Andrew


Andrew Stephens is inviting you to a scheduled personal audio conference.

Topic: Andrew Stephens' Personal Audio Conference
Passcode: 030527

Join via URL: https://us06web.zoom.us/pac/join/3813009255
Passcode: 030527

Or One tap mobile (US Toll Free):  8335480282,,3813009255#,,,,*030527#

Or join by phone:

   833 548 0282 (US Toll Free)
   +1 253 215 8782 (US Toll)
   +1 301 715 8592 (US Toll)
   +1 312 626 6799 (US Toll)
   +1 346 248 7799 (US Toll)
   +1 646 558 8656 (US Toll)
   Conference ID: 381 300 9255
   Passcode: 030527

**From:** Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Sent:** Thursday, August 18, 2022 11:03 AM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Hudson, Matt <Matt.Hudson@arnoldporter.com>; Heather Hacker <heather@hackerstephens.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; lgodesky@omm.com
**Cc:** Born, Jayce <Jayce.Born@arnoldporter.com>; Martin, Meghan C. <Meghan.Martin@arnoldporter.com>
**Subject:** RE: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

Andrew, we are free tomorrow between 1-4pm CST.  Let us know what would work for you.

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Wednesday, August 17, 2022 8:44 PM
**To:** Hudson, Matt <Matt.Hudson@arnoldporter.com>; Heather Hacker <heather@hackerstephens.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; zzz.External.lgodesky@omm.com <lgodesky@omm.com>
**Cc:** Born, Jayce <Jayce.Born@arnoldporter.com>
**Subject:** RE: U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

[External E-mail]

Tirzah,

Are you all available tomorrow or Friday to meet and confer regarding the PP Affiliates' objections and responses?

Thanks,

Andrew

**From:** Hudson, Matt <Matt.Hudson@arnoldporter.com>
**Sent:** Monday, August 8, 2022 5:59 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Heather Hacker <heather@hackerstephens.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; lgodesky@omm.com
**Cc:** Born, Jayce <Jayce.Born@arnoldporter.com>
**Subject:** U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z

Counsel,

Please find attached the following documents:

1. Defendant Planned Parenthood Gulf Coast's Objections and Responses to Relator's Third Set of Requests for Production
2. Defendant Planned Parenthood of Greater Texas's Objections and Responses to Relator's Third Set of Requests for Production
3. Defendant Planned Parenthood South Texas's Objections and Responses to Relator's Third Set of Requests for Production
4. Defendant Planned Parenthood San Antonio's Objections and Responses to Relator's Third Set of Requests for Production
5. Defendant Planned Parenthood Cameron County's Objections and Responses to Relator's Third Set of Requests for Production

Regards,

Matt Hudson

_____

Matt Hudson
Associate | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2429
Matt.Hudson@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com