# EXHIBIT A

# Bittner, Tyler C.

| | |
|---|---|
| **From:** | Andrew Stephens <andrew@hackerstephens.com> |
| **Sent:** | Tuesday, August 30, 2022 7:11 PM |
| **To:** | Ashby, Danny S.; Chapa, Justin R.; Bittner, Tyler C.; Godesky, Leah; Margolis, Craig D.; Lollar, Tirzah; Hussain, Murad S.; Odell, Christopher M.; Raymond Winter; Amy Hilton; Santella, Amanda M.; Drew Wright; Sinty Chandy; Rhonda Rodriguez; Ana Aranda; Janice Garrett; Jennifer Rowell; Michael Moore; Martin, Meghan C.; Carrie Killion |
| **Cc:** | Heather Hacker |
| **Subject:** | RE: US ex rel Doe v. Planned Parenthood |

**[EXTERNAL MESSAGE]**

Danny,

We have reviewed the documents produced by PPFA in volumes PPFA004 and PPFA005. This email serves as our written objection and request under Paragraph 7 of the Protective Order that PPFA change the designations of the following documents marked "Confidential" and/or "Attorneys Eyes Only":

PPFA004

PPFA00005337
PPFA00005342
PPFA00005346
PPFA00005398
PPFA00005450
PPFA00005451
PPFA00005480
PPFA00005481
PPFA00005484
PPFA00005536
PPFA00005540
PPFA00005546
PPFA00005547
PPFA00005599
PPFA00005603
PPFA00005613
PPFA00005621
PPFA00005627
PPFA00005628
PPFA00005637
PPFA00005643

PPFA005

PPFA00005647
PPFA00005711
PPFA00005802
PPFA00005881
PPFA00005922

1

PPFA00005986
PPFA00006041
PPFA00006106
PPFA00006182
PPFA00006228
PPFA00006273
PPFA00006309
PPFA00006360
PPFA00006361
PPFA00006412
PPFA00006413
PPFA00006414
PPFA00006515
PPFA00006611
PPFA00006654
PPFA00006656
PPFA00006713
PPFA00006718
PPFA00006719
PPFA00006720
PPFA00006721
PPFA00006722
PPFA00006735
PPFA00006743
PPFA00006747
PPFA00006752
PPFA00006753
PPFA00006756