# EXHIBIT B

| Bates Number | Designation | New Designation | Explanation |
|---|---|---|---|
| PPFA00005337 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005342 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005346 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005398 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005450 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005451 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005480 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005481 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005484 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005536 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005540 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005546 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005547 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005599 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005603 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005613 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005621 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005627 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005628 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005637 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005643 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005647 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005711 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005802 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005881 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005922 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005986 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00006041 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00006106 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00006182 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006228 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006273 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006309 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006360 | AEO | Confidential | Contains sensitive competitive information |

| | | | |
|---|---|---|---|
| PPFA00006361 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006412 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006413 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006414 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006515 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006611 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006654 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006656 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006713 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006718 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006719 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006720 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006721 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006722 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006735 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006743 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006747 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006752 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006753 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006756 | AEO | Confidential | Contains sensitive competitive information |