# EXHIBIT 1

## Attorney's Eyes Only Documents

1. PPFA00005628
2. PPFA00005627
3. PPFA00005643
4. PPFA00005647
5. PPFA00005711
6. PPFA00005802
7. PPFA00005881
8. PPFA00005922
9. PPFA00005986
10. PPFA00006041
11. PPFA00006106
12. PPFA00005451
13. PPFA00005481
14. PPFA00005536
15. PPFA00005599
16. PPFA00005603
17. PPFA00005613
18. PPFA00005637

**Confidential Documents**

1. PPFA00006182
2. PPFA00006228
3. PPFA00006273
4. PPFA00006309
5. PPFA00006360
6. PPFA00006361
7. PPFA00006412
8. PPFA00006413
9. PPFA00006414
10. PPFA00006515
11. PPFA00006611
12. PPFA00006654
13. PPFA00006656
14. PPFA00006713
15. PPFA00006718
16. PPFA00006719
17. PPFA00006720
18. PPFA00006721
19. PPFA00006722
20. PPFA00006735
21. PPFA00006743
22. PPFA00006747
23. PPFA00006752
24. PPFA00006753
25. PPFA00006756