# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | Civil Action No. 2:21-CV-00022-Z |

## JOINT STIPULATION RE MODIFIED SCHEDULE FOR EXPERT WITNESS DISCLOSURES

WHEREAS, on July 13, 2022, the Court entered an Amended Scheduling Order (Dkt. 123), which sets the following deadlines for the disclosure of expert witnesses and reports under Federal Rule of Civil Procedure 26(a)(2):

| **Expert Discovery** | **Deadline** |
|---|---|
| Responsive Expert Designation and Report | September 26, 2022 |
| Rebuttal Expert Designation and Report | October 16, 2022 |

WHEREAS, Plaintiff State of Texas, Relator Alex Doe, and Defendants Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood

of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (each a "Party" and together, the "Parties") have met and conferred and agreed to a modest, ten-day extension of the deadlines for both Responsive and Rebuttal expert reports;

WHEREAS, the Parties have met and conferred and further agree that these ten-day extensions will not impact any other deadlines reflected in the Amended Scheduling Order.

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, as of the date hereof, through their undersigned counsel, that the following modified deadlines will apply:

| Expert Discovery | New Deadline |
| --- | --- |
| Responsive Expert Designation and Report | October 6, 2022 |
| Rebuttal Expert Designation and Report | October 26, 2022 |

Dated:  September 21, 2022

/s/ *Heather Hacker*
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

*Attorneys for Relator Alex Doe*

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN E. COWLES

Deputy Attorney General for Civil Litigation

/s/ *Raymond Winter*
RAYMOND CHARLES WINTER
Chief, Civil Medicaid Fraud Division Texas
Bar No. 21791950

AMY S. HILTON
Assistant Attorney General
General Litigation Division
State Bar No. 24097834

Office of the Attorney General P.O. Box
12548, Capitol Station Austin, Texas 78711-
2548 (512) 463-2120 / Fax (512) 320-0667
Raymond.Winter@oag.texas.gov
Amy.Hilton@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

3

/s/ Tirzah Lollar
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6199
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street,
Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar. No.  24073967
brown@blackburnbrownlaw.com
Blackburn & Brown, L.L.P.
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., and Planned Parenthood of Greater Texas, Inc.*

      /s/ Danny Ashby

Danny S. Ashby
Texas State Bar No. 01370960
dashby@omm.com
Justin R. Chapa
Texas State Bar No. 24074019
jchapa@omm.com
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
T: (972) 360-1900
F: (972) 360-1901

Leah Godesky (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
T: (310) 553-6700
F: (310) 246-6779

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*