# **EXHIBIT C**

**Chapa, Justin R.**

---

| | |
|---|---|
| **From:** | Chapa, Justin R. |
| **Sent:** | Tuesday, August 30, 2022 7:21 PM |
| **To:** | 'Andrew Stephens' |
| **Cc:** | Ashby, Danny S.; Whisler, Megan; Martin, Meghan C. |
| **Subject:** | PPFA--Designation Chart |
| **Attachments:** | Chart of Planned Revised Production.XLSX |

Hi Andrew:

I have attached the chart discussed on our call earlier today. Please let us know if you have any questions.

Justin

# O'Melveny

**Justin R. Chapa**

jchapa@omm.com
O: +1-972-360-1908

---

O'Melveny & Myers LLP
2501 N. Harwood Street, 17th Floor
Dallas, TX  75201
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

| Bates Number | Original Designation | New Designation | Reasoning |
|---|---|---|---|
| PPFA00001535 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002164 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002172 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002649 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002659 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002705 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00002711 | AEO | AEO | Contains highly sensitive strategic/programmatic information |
| PPFA00001401 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001412 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001522 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001637 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001652 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001660 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001697 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001705 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001908 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00001919 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002198 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002284 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002323 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002438 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002444 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002613 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002624 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002689 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002693 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00004906 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00004939 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00005030 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00005121 | AEO | AEO | Contains highly sensitive strategic/programmatic/financial information |
| PPFA00002757 | AEO | AEO | Contains sensitive employee information (employee pay) |
| PPFA00002761 | AEO | AEO | Contains sensitive employee information (employee pay) |
| PPFA00003123 | AEO | AEO | Internal market / financial information |

| | | | |
|---|---|---|---|
| PPFA00003124 | AEO | AEO | Internal market / financial information |
| PPFA00003125 | AEO | AEO | Internal market / financial information |
| PPFA00003128 | AEO | AEO | Internal market / financial information |
| PPFA00003134 | AEO | AEO | Internal market / financial information |
| PPFA00003138 | AEO | AEO | Internal market / financial information |
| PPFA00003378 | AEO | AEO | Internal market / financial information |
| PPFA00004667 | AEO | AEO | Internal market / financial information |
| PPFA00004676 | AEO | AEO | Internal market / financial information |
| PPFA00003359 | Confidential | AEO | PII: Cell |
| PPFA00003364 | Confidential | AEO | PII: Cell |
| PPFA00004708 | Confidential | AEO | PII: Cell |
| PPFA00004721 | Confidential | AEO | PII: Cell |
| PPFA00005182 | Confidential | AEO | PII: Cell |
| PPFA00003118 | AEO | AEO | PII: Cell or Email |
| PPFA00003120 | AEO | AEO | PII: Cell or Email |
| PPFA00003126 | AEO | AEO | PII: Cell or Email |
| PPFA00003151 | AEO | AEO | PII: Cell or Email |
| PPFA00003154 | AEO | AEO | PII: Cell or Email |
| PPFA00003292 | AEO | AEO | PII: Cell or Email |
| PPFA00003294 | AEO | AEO | PII: Cell or Email |
| PPFA00003309 | AEO | AEO | PII: Cell or Email |
| PPFA00003311 | AEO | AEO | PII: Cell or Email |
| PPFA00003318 | AEO | AEO | PII: Cell or Email |
| PPFA00003357 | AEO | AEO | PII: Cell or Email |
| PPFA00003377 | AEO | AEO | PII: Cell or Email |
| PPFA00003379 | AEO | AEO | PII: Cell or Email |
| PPFA00003486 | AEO | AEO | PII: Cell or Email |
| PPFA00003541 | AEO | AEO | PII: Cell or Email |
| PPFA00003598 | AEO | AEO | PII: Cell or Email |
| PPFA00003657 | AEO | AEO | PII: Cell or Email |
| PPFA00003717 | AEO | AEO | PII: Cell or Email |
| PPFA00003785 | AEO | AEO | PII: Cell or Email |
| PPFA00003853 | AEO | AEO | PII: Cell or Email |
| PPFA00003924 | AEO | AEO | PII: Cell or Email |

| | | | |
|---|---|---|---|
| PPFA00003998 | AEO | AEO | PII: Cell or Email |
| PPFA00004074 | AEO | AEO | PII: Cell or Email |
| PPFA00004150 | AEO | AEO | PII: Cell or Email |
| PPFA00004229 | AEO | AEO | PII: Cell or Email |
| PPFA00004306 | AEO | AEO | PII: Cell or Email |
| PPFA00004387 | AEO | AEO | PII: Cell or Email |
| PPFA00004506 | AEO | AEO | PII: Cell or Email |
| PPFA00004563 | AEO | AEO | PII: Cell or Email |
| PPFA00004578 | AEO | AEO | PII: Cell or Email |
| PPFA00004584 | AEO | AEO | PII: Cell or Email |
| PPFA00004592 | AEO | AEO | PII: Cell or Email |
| PPFA00004600 | AEO | AEO | PII: Cell or Email |
| PPFA00004608 | AEO | AEO | PII: Cell or Email |
| PPFA00004614 | AEO | AEO | PII: Cell or Email |
| PPFA00004618 | AEO | AEO | PII: Cell or Email |
| PPFA00004622 | AEO | AEO | PII: Cell or Email |
| PPFA00004628 | AEO | AEO | PII: Cell or Email |
| PPFA00004632 | AEO | AEO | PII: Cell or Email |
| PPFA00004637 | AEO | AEO | PII: Cell or Email |
| PPFA00004640 | AEO | AEO | PII: Cell or Email |
| PPFA00004643 | AEO | AEO | PII: Cell or Email |
| PPFA00004648 | AEO | AEO | PII: Cell or Email |
| PPFA00004652 | AEO | AEO | PII: Cell or Email |
| PPFA00004668 | AEO | AEO | PII: Cell or Email |
| PPFA00004670 | AEO | AEO | PII: Cell or Email |
| PPFA00004677 | AEO | AEO | PII: Cell or Email |
| PPFA00004684 | AEO | AEO | PII: Cell or Email |
| PPFA00004687 | AEO | AEO | PII: Cell or Email |
| PPFA00004691 | AEO | AEO | PII: Cell or Email |
| PPFA00004698 | AEO | AEO | PII: Cell or Email |
| PPFA00004704 | AEO | AEO | PII: Cell or Email |
| PPFA00004725 | AEO | AEO | PII: Cell or Email |
| PPFA00004779 | AEO | AEO | PII: Cell or Email |
| PPFA00004833 | AEO | AEO | PII: Cell or Email |

| | | | |
|---|---|---|---|
| PPFA00004839 | AEO | AEO | PII: Cell or Email |
| PPFA00004845 | AEO | AEO | PII: Cell or Email |
| PPFA00004850 | AEO | AEO | PII: Cell or Email |
| PPFA00004856 | AEO | AEO | PII: Cell or Email |
| PPFA00004862 | AEO | AEO | PII: Cell or Email |
| PPFA00004902 | AEO | AEO | PII: Cell or Email |
| PPFA00004905 | AEO | AEO | PII: Cell or Email |
| PPFA00004912 | AEO | AEO | PII: Cell or Email |
| PPFA00004915 | AEO | AEO | PII: Cell or Email |
| PPFA00004921 | AEO | AEO | PII: Cell or Email |
| PPFA00005029 | AEO | AEO | PII: Cell or Email |
| PPFA00005168 | AEO | AEO | PII: Cell or Email |
| PPFA00005172 | AEO | AEO | PII: Cell or Email |
| PPFA00005175 | AEO | AEO | PII: Cell or Email |
| PPFA00005178 | AEO | AEO | PII: Cell or Email |
| PPFA00005229 | AEO | AEO | PII: Cell or Email |
| PPFA00005237 | AEO | AEO | PII: Cell or Email |
| PPFA00005241 | AEO | AEO | PII: Cell or Email |
| PPFA00005247 | AEO | AEO | PII: Cell or Email |
| PPFA00005253 | AEO | AEO | PII: Cell or Email |
| PPFA00005259 | AEO | AEO | PII: Cell or Email |
| PPFA00005266 | AEO | AEO | PII: Cell or Email |
| PPFA00005273 | AEO | AEO | PII: Cell or Email |
| PPFA00005280 | AEO | AEO | PII: Cell or Email |
| PPFA00005286 | AEO | AEO | PII: Cell or Email |
| PPFA00005294 | AEO | AEO | PII: Cell or Email |
| PPFA00005299 | AEO | AEO | PII: Cell or Email |
| PPFA00005307 | AEO | AEO | PII: Cell or Email |
| PPFA00005313 | AEO | AEO | PII: Cell or Email |
| PPFA00001409 | AEO | AEO | PII: Contains banking information |
| PPFA00001581 | AEO | AEO | PII: Contains banking information |
| PPFA00001663 | AEO | AEO | PII: Contains banking information |
| PPFA00002188 | AEO | AEO | PII: Contains banking information |
| PPFA00002818 | AEO | AEO | PII: Contains banking information |

| | | | |
|---|---|---|---|
| PPFA00001395 | AEO | AEO | PII: Contains employee contact information |
| PPFA00001454 | AEO | AEO | PII: Contains employee contact information |
| PPFA00004726 | AEO | AEO | PII: Contains employee contact information |
| PPFA00004781 | AEO | AEO | PII: Contains employee contact information |
| PFFA00001393 | AEO | AEO | PII: Non-public EE |
| PPFA00001391 | AEO | AEO | PII: Non-public EE |
| PPFA00001545 | AEO | AEO | PII: Non-public EE |
| PPFA00001651 | AEO | AEO | PII: Non-public EE |
| PPFA00001936 | AEO | AEO | PII: Non-public EE |
| PPFA00002056 | AEO | AEO | PII: Non-public EE |
| PPFA00002061 | AEO | AEO | PII: Non-public EE |
| PPFA00002180 | AEO | AEO | PII: Non-public EE |
| PPFA00002184 | AEO | AEO | PII: Non-public EE |
| PPFA00004588 | AEO | AEO | PII: Non-public EE |
| PPFA00004710 | AEO | AEO | PII: Non-public EE |
| PPFA00004868 | AEO | AEO | PII: Non-public EE |
| PPFA00004937 | AEO | AEO | PII: Non-public EE |
| PPFA00005120 | AEO | AEO | PII: Non-public EE |
| PPFA00002978 | AEO | AEO | Proprietary collaborative fundraising strategy |
| PPFA00002986 | AEO | AEO | Proprietary collaborative fundraising strategy |
| PPFA00002991 | AEO | AEO | Proprietary collaborative fundraising strategy |
| PPFA00004911 | AEO | AEO | Sensitive financial data and analysis |
| PPFA00005165 | AEO | AEO | Sensitive financial data and analysis |
| PPFA00001492 | AEO | Confidential | Contains employee benefit information (information on benefits) |
| PPFA00001588 | AEO | Confidential | Contains sensistive corporate information |
| PPFA00003381 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00004666 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00004675 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00004778 | Confidential | Confidential | Contains sensitive corporate information |
| PPFA00001423 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001435 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001464 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001479 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001497 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00001501 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001530 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001575 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001585 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001593 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001598 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001601 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001622 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001635 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001658 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001665 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001668 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001671 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001673 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001675 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001678 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001681 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001683 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001685 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001691 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001694 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001734 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001737 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001743 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001766 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001769 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001778 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001785 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001798 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001817 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001842 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001850 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001858 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001862 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00001880 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001883 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001886 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001897 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001930 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001933 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001974 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001978 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001982 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00001987 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002038 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002043 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002096 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002100 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002104 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002108 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002154 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002213 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002218 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002223 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002228 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002273 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002275 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002390 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00002395 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00002400 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002403 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002406 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002418 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002430 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002434 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002450 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002453 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002456 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00002459 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002462 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002468 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002471 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002475 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002485 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002496 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002517 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002524 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002531 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002552 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002599 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002603 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002731 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002736 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002749 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002753 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002805 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002810 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002815 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002822 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002824 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002880 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00002883 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003169 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003319 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003325 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003335 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003337 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003410 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003449 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003455 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003461 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003468 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00003475 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003480 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003487 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003542 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003599 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003658 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003718 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003786 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003854 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003925 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003999 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004075 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004151 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004230 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004309 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004389 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004467 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004508 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004564 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004581 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004587 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004589 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004655 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004657 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004722 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004834 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004840 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004846 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004851 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004857 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004863 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004904 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004913 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00004916 | AEO | Confidential | Contains strategic/programmatic information |

| | | | |
|---|---|---|---|
| PPFA00005019 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005020 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005021 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005022 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005023 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005024 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005025 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005026 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005027 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005028 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005110 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005111 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005112 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005113 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005114 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005115 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005116 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005117 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005118 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005119 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005166 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005167 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005315 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00005321 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005321 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005328 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005328 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00005329 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00005331 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00005333 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003367 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00001616 | AEO | Confidential | Safety and security information |
| PPFA00002840 | Confidential | Confidential | Safety and security information |
| PPFA00002846 | Confidential | Confidential | Safety and security information |

| | | | |
|---|---|---|---|
| PPFA00002862 | Confidential | Confidential | Safety and security information |
| PPFA00002871 | Confidential | Confidential | Safety and security information |
| PPFA00001609 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002192 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002277 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002826 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002833 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002886 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002893 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002901 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002909 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002914 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002920 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002925 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002931 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002939 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002947 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002953 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002960 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002966 | Confidential | Confidential | Sensitive business relationships |
| PPFA00002972 | Confidential | Confidential | Sensitive business relationships |
| PPFA00003014 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003048 | AEO | Confidential | Contains strategic/programmatic information |
| PPFA00003188 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00003222 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004593 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004598 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004601 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004606 | Confidential | Confidential | Contains strategic/programmatic information |
| PPFA00004872 | Confidential | Confidential | Contains strategic/programmatic information |