# EXHIBIT D

O'Melveny

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

Andrew B. Stephens
Heather Gebelin Hacker
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

**Katherine Takakjian**
D: +1 310 246 6707
ktakakjian@omm.com

**<u>VIA EMAIL</u>**

August 30, 2022

Counsel,

I write on behalf of Planned Parenthood Federation of America, Inc. ("PPFA") to advise you that a document production has been sent to you via Secure File Share. The Bates range for this production is PPFA00005647 - PPFA00006756. Certain documents within this production are stamped as "Confidential – Attorney Eyes Only Information" under the Court's July 25, 2022 Protective Order. [DE 133] I will follow up in a separate email with the password to access this production.

Please us know if you have any issues accessing this production.

PPFA reserves all rights and privileges.

Very truly yours,

*Katherine Takakjian*

Katherine Takakjian

CC:     Leah Godesky
        Danny S. Ashby
        Justin R. Chapa
        Megan Whisler
        Craig D. Margolis
        Tirzah S. Lollar
        Christian Sheehan
        Christopher M. Odell
        Meghan Martin

Zachary Winter
Ryan Patrick Brown
Raymond Charles Winter
Amy S. Hilton
Michael Moore
Sinty Chandy
Drew Wright
Eugenia Krieg
Ana Aranda
Janice Garrett
Rhonda Rodriguez
Jennifer Rowell
Carrie Killion

**Bittner, Tyler C.**

| | |
|---|---|
| **From:** | Takakjian, Katie |
| **Sent:** | Tuesday, August 30, 2022 12:37 PM |
| **To:** | andrew@hackerstephens.com; heather@hackerstephens.com |
| **Cc:** | Godesky, Leah; Ashby, Danny S.; Chapa, Justin R.; Whisler, Megan; Craig.Margolis@arnoldporter.com; Lollar, Tirzah; Murad.Hussain@arnoldporter.com; Christopher.Odell@arnoldporter.com; Sheehan, Christian; Raymond.Winter@oag.texas.gov; Amy.Hilton@oag.texas.gov; Eugenia.Krieg@oag.texas.gov; Drew.Wright@oag.texas.gov; Sinty.Chandy@oag.texas.gov; Rhonda.Rodriguez@oag.texas.gov; Ana.Aranda@oag.texas.gov; Janice.Garrett@oag.texas.gov; Jennifer.Rowell@oag.texas.gov; Michael.Moore@oag.texas.gov; Martin, Meghan C.; Winter, Zachary; brown@blackburnbrownlaw.com; Carrie Killion |
| **Subject:** | U.S. ex rel Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- PPFA's Production |

Counsel,

The password to access PPFA's production is below.

| | |
|---|---|
| Zip File Name: | PPFA005.zip |
| Password: | n6wl&h?+a+u-pIyuY0Ql |

## O'Melveny

**Katherine A. Takakjian**
**she/her**
ktakakjian@omm.com
O: +1-310-246-6707

---

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

## O'Melveny

**Katherine A. Takakjian**
**she/her**
ktakakjian@omm.com
O: +1-310-246-6707

---

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*