# EXHIBIT E

**Bittner, Tyler C.**

| | |
|---|---|
| **From:** | Andrew Stephens <andrew@hackerstephens.com> |
| **Sent:** | Tuesday, August 30, 2022 7:11 PM |
| **To:** | Ashby, Danny S.; Chapa, Justin R.; Bittner, Tyler C.; Godesky, Leah; Margolis, Craig D.; Lollar, Tirzah; Hussain, Murad S.; Odell, Christopher M.; Raymond Winter; Amy Hilton; Santella, Amanda M.; Drew Wright; Sinty Chandy; Rhonda Rodriguez; Ana Aranda; Janice Garrett; Jennifer Rowell; Michael Moore; Martin, Meghan C.; Carrie Killion |
| **Cc:** | Heather Hacker |
| **Subject:** | RE: US ex rel Doe v. Planned Parenthood |

[EXTERNAL MESSAGE]

Danny,

We have reviewed the documents produced by PPFA in volumes PPFA004 and PPFA005.  This email serves as our written objection and request under Paragraph 7 of the Protective Order that PPFA change the designations of the following documents marked "Confidential" and/or "Attorneys Eyes Only":

PPFA004

PPFA00005337
PPFA00005342
PPFA00005346
PPFA00005398
PPFA00005450
PPFA00005451
PPFA00005480
PPFA00005481
PPFA00005484
PPFA00005536
PPFA00005540
PPFA00005546
PPFA00005547
PPFA00005599
PPFA00005603
PPFA00005613
PPFA00005621
PPFA00005627
PPFA00005628
PPFA00005637
PPFA00005643

PPFA005

PPFA00005647
PPFA00005711
PPFA00005802
PPFA00005881
PPFA00005922

PPFA00005986
PPFA00006041
PPFA00006106
PPFA00006182
PPFA00006228
PPFA00006273
PPFA00006309
PPFA00006360
PPFA00006361
PPFA00006412
PPFA00006413
PPFA00006414
PPFA00006515
PPFA00006611
PPFA00006654
PPFA00006656
PPFA00006713
PPFA00006718
PPFA00006719
PPFA00006720
PPFA00006721
PPFA00006722
PPFA00006735
PPFA00006743
PPFA00006747
PPFA00006752
PPFA00006753
PPFA00006756