# EXHIBIT F

**Bittner, Tyler C.**

| | |
|---|---|
| **From:** | Chapa, Justin R. |
| **Sent:** | Tuesday, September 13, 2022 4:17 PM |
| **To:** | Andrew Stephens |
| **Cc:** | Ashby, Danny S. |
| **Subject:** | Designation Chart |
| **Attachments:** | PPFA Production 4-5 Chart.pdf |

Andrew:

I've attached the chart that Danny referenced during our call.  Please let us know if you have any questions.

Justin

## O'Melveny

**Justin R. Chapa**

jchapa@omm.com
O: +1-972-360-1908

O'Melveny & Myers LLP
2501 N. Harwood Street, 17th Floor
Dallas, TX  75201
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

| Bates Number | Designation | New Designation | Explanation |
|---|---|---|---|
| PPFA00005337 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005342 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005346 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005398 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005450 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005451 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005480 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005481 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005484 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005536 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005540 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005546 | AEO | AEO | PII: Personal Contact Information |
| PPFA00005547 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005599 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005603 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005613 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005621 | AEO | AEO | PII: Non-Publicly Identified EEs |
| PPFA00005627 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005628 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005637 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005643 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005647 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005711 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005802 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005881 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005922 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00005986 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00006041 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00006106 | AEO | AEO | Contains highly sensitive financial, competive, strategic and operating information |
| PPFA00006182 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006228 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006273 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006309 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006360 | AEO | Confidential | Contains sensitive competitive information |

| PPFA00006361 | AEO | Confidential | Contains sensitive competitive information |
|---|---|---|---|
| PPFA00006412 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006413 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006414 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006515 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006611 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006654 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006656 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006713 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006718 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006719 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006720 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006721 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006722 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006735 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006743 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006747 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006752 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006753 | AEO | Confidential | Contains sensitive competitive information |
| PPFA00006756 | AEO | Confidential | Contains sensitive competitive information |