IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA, INC., *et al.*, § § Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is parties' Joint Stipulation Re Modified Schedule for Expert Witness Disclosures ("Stipulation") (ECF No. 186), filed on September 21, 2022. The Court construes the Stipulation as a motion to extend the expert designation deadlines in Paragraphs 5(b) and 5(c) of the Amended Scheduling Order arguing "good cause" as required by Paragraph 10 ("Motion"). The deadline for disclosure of responsive expert designations and reports is September 26, 2022. ECF No. 123 at 1. The deadline for disclosure of rebuttal expert designations is October 16, 2022. *Id.* Parties have agreed to a ten-day extension of the deadlines for both Responsive and Rebuttal expert reports. ECF No. 186 at 2. Parties further agree the extensions will not impact other deadlines reflected in the Amended Scheduling Order. Accordingly, the Court **GRANTS** the Motion and **ORDERS** parties to disclose responsive expert designations **on or before October 6, 2022**, and to disclose rebuttal expert designations on **or before October 26, 2022**.

**SO ORDERED.**

September 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE