IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | 2:21-CV-022-Z | |
| § | | |
| PLANNED PARENTHOOD FEDERATION § | | |
| OF AMERICA, INC., *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER

Before the Court is Defendant Planned Parenthood Federation of America, Inc.'s ("PPFA") Emergency Motion for Protective Order, Expedited Briefing, and Stay of Deadline to Move to Preserve Confidentiality ("Motion") (ECF No. 188), filed on September 21, 2022. PPFA asks this Court to: (1) preserve its designations for all productions to date; (2) clarify the Court's Protective Order; (3) expedite briefing on the Motion; and (4) stay PPFA's September 28, 2022, deadline pending a ruling on the Motion. ECF No. 188. This is PPFA's third motion related to clarification of the Court's Protective Order. *See* ECF No. 133. PPFA filed its first and second motions for protective order and clarification on August 31, 2022, and September 13, 2022. *See* ECF Nos. 157, 174. By the Court's calendar, the Court expects PPFA's reply to the first motion on or before October 5, 2022. The Court views the issues in all three motions as overlapping and expects briefing will be adequate with PPFA's reply. The Court therefore **DENIES** PPFA's request to stay the deadline. However, parties may respond and reply to this Motion **on or before September 29, 2022, and October 5, 2022**, respectively, if they so choose. As for PPFA's second motion ("Second Motion") (ECF No. 174), the response and reply are not due until October 4, 2022, and October 18, 2022.

Because the Court anticipates resolving these issues in its Order on PPFA's first motion, parties should address PPFA's Second Motion in their expedited briefs if they choose to file additional briefing.

**SO ORDERED.**

September 22, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE