IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Planned Parenthood Federation of America, Inc's ("PPFA") Motion to File Under Seal Exhibits 2–8 of the Barrow-Klein Declaration ("Motion") (ECF No. 158), filed on August 31, 2022. As Exhibit D to PPFA's Motion for Protective Order and for Clarification (ECF No. 157), PPFA attached the Declaration of Vickie Jane Barrow-Klein. PPFA considers the documents listed in Exhibits 2–8 to qualify for "Confidential" or "AEO" protection, as those terms are defined in the Protective Order. *See* ECF No. 133 at 2. Relator did not file a response. Accordingly, the Court **GRANTS** the Motion and hereby **ORDERS** Exhibits 2–8 of the Barrow-Klein Declaration to be filed under seal.

**SO ORDERED.**

September 26, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE