IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>   Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>   Defendants. | NO. 2:21-CV-22-Z |

### [PROPOSED] ORDER GRANTING DEFENDANT PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.'S THIRD MOTION FOR PROTECTIVE ORDER

The Court has considered Defendant Planned Parenthood Federation of America, Inc.'s Third Motion for Protective Order, all other papers and evidence submitted in opposition and reply, the pertinent pleadings and files in this action, and the arguments of counsel. Finding good cause therefor, the Court **GRANTS** the Motion and **ORDERS** that the designated status of the disputed information shall be preserved.

Dated: _____      _____
                                                                                    Hon. Matthew J. Kacsmaryck
                                                                                    United States District Judge