IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>    Plaintiffs,<br>v.<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br><br>Date:    September 29, 2022 |

**AFFILIATE DEFENDANTS' MOTION FOR RECONSIDERATION OR CLARIFICATION OF ORDER ON AFFILIATE DEFENDANTS' MOTION TO COMPEL TO TEXAS**

Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively, "Affiliate Defendants") move that this Court reconsider its September 1, 2022 Order [Dkt. 161] on Affiliate Defendants' Motion to Compel to the State of Texas [Dkt. 127] pursuant to Federal Rule of Civil Procedure 54(b), or in the alternative, clarify the Order. In support of their Motion, Affiliate Defendants respectfully refer the Court to their Memorandum of Support.

WHEREFORE, Affiliate Defendants respectfully move that this Honorable Court reconsider, or, in the alternative, clarify its September 1 Order.

Dated: September 29, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Craig D. Margolis
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com

700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Filmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

September 29, 2022

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Craig D. Margolis*
Tirzah S. Lollar