# Exhibit A

| | |
|---|---|
| **From:** | Andrew Stephens |
| **To:** | Ashby, Danny S.; Chapa, Justin R.; Bittner, Tyler C.; Godesky, Leah; Margolis, Craig D.; Lollar, Tirzah; Hussain, Murad S.; Odell, Christopher M.; Raymond Winter; Amy Hilton; Santella, Amanda M.; Drew Wright; Sinty Chandy; Rhonda Rodriguez; Ana Aranda; Janice Garrett; Jennifer Rowell; Michael Moore; Martin, Meghan C.; Carrie Killion |
| **Cc:** | Heather Hacker |
| **Subject:** | RE: US ex rel Doe v. Planned Parenthood |
| **Date:** | Tuesday, August 30, 2022 9:11:04 PM |
| **Attachments:** | image001.png |

Danny,

We have reviewed the documents produced by PPFA in volumes PPFA004 and PPFA005. This email serves as our written objection and request under Paragraph 7 of the Protective Order that PPFA change the designations of the following documents marked "Confidential" and/or "Attorneys Eyes Only":

PPFA004

PPFA00005337
PPFA00005342
PPFA00005346
PPFA00005398
PPFA00005450
PPFA00005451
PPFA00005480
PPFA00005481
PPFA00005484
PPFA00005536
PPFA00005540
PPFA00005546
PPFA00005547
PPFA00005599
PPFA00005603
PPFA00005613
PPFA00005621
PPFA00005627
PPFA00005628
PPFA00005637
PPFA00005643

PPFA005

PPFA00005647
PPFA00005711
PPFA00005802
PPFA00005881
PPFA00005922

PPFA00005986
PPFA00006041
PPFA00006106
PPFA00006182
PPFA00006228
PPFA00006273
PPFA00006309
PPFA00006360
PPFA00006361
PPFA00006412
PPFA00006413
PPFA00006414
PPFA00006515
PPFA00006611
PPFA00006654
PPFA00006656
PPFA00006713
PPFA00006718
PPFA00006719
PPFA00006720
PPFA00006721
PPFA00006722
PPFA00006735
PPFA00006743
PPFA00006747
PPFA00006752
PPFA00006753
PPFA00006756

**From:** Ashby, Danny S. <dashby@omm.com>
**Sent:** Tuesday, August 30, 2022 11:39 AM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Chapa, Justin R. <jchapa@omm.com>; Bittner, Tyler C. <tbittner@omm.com>; Godesky, Leah <lgodesky@omm.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond Winter <Raymond.Winter@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Santella, Amanda M. <asantella@omm.com>
**Cc:** Heather Hacker <heather@hackerstephens.com>
**Subject:** RE: US ex rel Doe v. Planned Parenthood

Thanks, Andrew.  We can this dial in:

**Dial In:**    1-866-285-2458

**Passcode: 972 360 1904**

Talk to you at 3 CT.

Danny

Danny S. Ashby
O: +1-972-360-1904
M: +1-214-577-9886
dasbhy@omm.com

---

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Tuesday, August 30, 2022 11:25 AM
**To:** Ashby, Danny S. <dashby@omm.com>; Chapa, Justin R. <jchapa@omm.com>; Bittner, Tyler C. <tbittner@omm.com>; Godesky, Leah <lgodesky@omm.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond Winter <Raymond.Winter@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Santella, Amanda M. <asantella@omm.com>
**Cc:** Heather Hacker <heather@hackerstephens.com>
**Subject:** Re: US ex rel Doe v. Planned Parenthood

[EXTERNAL MESSAGE]

3pm works

**Andrew B. Stephens**
Partner

Hacker Stephens LLP

www.hackerstephens.com

This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (512) 399-3022 and delete the message.

---

**From:** Ashby, Danny S. <dashby@omm.com>
**Sent:** Tuesday, August 30, 2022 11:14 AM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Chapa, Justin R. <jchapa@omm.com>;

Bittner, Tyler C. <tbittner@omm.com>; Godesky, Leah <lgodesky@omm.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond Winter <Raymond.Winter@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Santella, Amanda M. <asantella@omm.com>
**Cc:** Heather Hacker <heather@hackerstephens.com>
**Subject:** RE: US ex rel Doe v. Planned Parenthood

Hi Andrew -

Do you have time this afternoon -- any time at or after 3 CT -- to meet and confer on the protective order designations you raised below? Thanks.

Danny


Danny S. Ashby
O: +1-972-360-1904
M: +1-214-577-9886
dasbhy@omm.com


**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Thursday, August 18, 2022 11:54 AM
**To:** Ashby, Danny S. <dashby@omm.com>; Chapa, Justin R. <jchapa@omm.com>; Bittner, Tyler C. <tbittner@omm.com>; Godesky, Leah <lgodesky@omm.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond Winter <Raymond.Winter@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Santella, Amanda M. <asantella@omm.com>
**Cc:** Heather Hacker <heather@hackerstephens.com>
**Subject:** RE: US ex rel Doe v. Planned Parenthood


[EXTERNAL MESSAGE]

Danny,

Our objection is to every document you have designated as confidential or AEO other than those that contain protected health information or personal identifying information listed in example (1)-(6) in Paragraph 2 of the Protective order. If you can provide us with the basis for your designations of documents not containing those items, we may be able to withdraw our objections to some of the documents. Let us know when you want to meet and confer.

Andrew

---

**From:** Ashby, Danny S. <dashby@omm.com>
**Sent:** Wednesday, August 17, 2022 4:30 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Chapa, Justin R. <jchapa@omm.com>; Bittner, Tyler C. <tbittner@omm.com>; Godesky, Leah <lgodesky@omm.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond Winter <Raymond.Winter@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Santella, Amanda M. <asantella@omm.com>
**Cc:** Heather Hacker <heather@hackerstephens.com>
**Subject:** RE: US ex rel Doe v. Planned Parenthood

Hi Andrew -

I'm afraid I'm not following your objection. The "Confidential" designation in the protective order includes other information beyond "protected health information," and the "Attorneys Eyes Only" designation extends to other information beyond the personally identifying information listed in examples 1-6 of Paragraph 2 of the Protective Order. Also, we did not use those designations in a purely prophylactic manner, as you suggest, so if there are specific documents that you believe are mismarked, we would ask that you please identify those (or at least provide some examples as a starting point) so we can address any concerns. Thanks.

Danny

Danny S. Ashby
O: +1-972-360-1904
M: +1-214-577-9886
dasbhy@omm.com

---

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Wednesday, August 17, 2022 1:37 PM
**To:** Ashby, Danny S. <dashby@omm.com>; Chapa, Justin R. <jchapa@omm.com>; Bittner, Tyler C. <tbittner@omm.com>; Godesky, Leah <lgodesky@omm.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Hussain, Murad S. <Murad.Hussain@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Raymond Winter <Raymond.Winter@oag.texas.gov>; Amy

Hilton <Amy.Hilton@oag.texas.gov>; Santella, Amanda M. <asantella@omm.com>
**Cc:** Heather Hacker <heather@hackerstephens.com>
**Subject:** US ex rel Doe v. Planned Parenthood

[EXTERNAL MESSAGE]

Danny,

We have reviewed PPFA's document productions and this email serves as our written objection and request under Paragraph 7 of the Protective Order that you change the designations of (1) all documents marked "Confidential" that do not contain "protected health information" as defined by Paragraph 2 of the Protective Order and (2) all documents marked "Attorney Eyes Only" that do not contain Personal Identification Information listed in examples 1-6 of Paragraph 2 of the Protective Order.

In addition, it appears that almost every non-public document that PPFA produced is designated either "Confidential" or "Attorney Eyes Only," with a significant majority being designated "Attorney Eyes Only." Thus, it appears that you have "used such designations in a purely prophylactic manner," which violates Paragraph 8 of the Protective Order.

We are available to meet and confer on this issue pursuant to Paragraph 7 of the Protective Order.

Andrew

**Andrew B. Stephens**
Partner

HACKERSTEPHENS LLP
www.hackerstephens.com

This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (512) 399-3022 and delete the message.