# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**DECLARATION OF HEATHER HACKER IN SUPPORT OF RELATOR'S OPPOSITION TO PPFA'S EMERGENCY MOTION FOR PROTECTIVE ORDER, EXPEDITED BRIEFING, AND STAY OF DEADLINE TO MOVE TO PRESERVE CONFIDENTIALITY**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. Using the e-discovery platform Relativity, I retrieved the numbers of documents in each of PPFA's productions as well as the numbers of documents designated Attorney Eyes Only and Confidential. That data is reflected in the chart attached to this declaration as Exhibit 1.

3. PPFA has de-designated or reduced the designations of some documents since they were originally produced. To the best of my knowledge, these numbers reflect the *current* designations of the produced documents. Thus, when originally produced, there were even more documents designated as AEO/Confidential.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2022.

/s/Heather Hacker
Heather Hacker

# Exhibit 1

| PPFA Production | Date | Total Docs | AEO | Confidential | Percentage AEO/Confidential | Percentage AEO |
|---|---|---|---|---|---|---|
| PPFA001 | 8/1/22 | 26 | 0 | 0 | 0% | 0% |
| PPFA002 | 8/4/22 | 325 | 47 | 123 | 52% | 14% |
| PPFA003 | 8/8/22 | 228 | 111 | 86 | 61% | 77% |
| PPFA004 | 8/22/22 | 21 | 21 | 0 | 100% | 100% |
| PPFA005 | 8/30/22 | 62 | 9 | 25 | 55% | 15% |
| PPFA006 | 9/2/22 | 2,321 | 677 | 1,567 | 97% | 29% |
| PPFA007 | 9/9/22 | 12,972 | 10,294 | 1,988 | 95% | 79% |
| PPFA008 | 9/9/22 | 42560 | 36,133 | 5,974 | 99% | 85% |
| PPFA009 | 9/9/22 | 19,233 | 8,780 | 1,091 | 51% | 46% |
| PPFA010 | 9/9/22 | 8 | 0 | 8 | 100% | 0% |
| PPFA011 | 9/9/22 | 72 | 0 | 72 | 100% | 0% |
| PPFA012 | 9/16/22 | 36 | 36 | 0 | 100% | 100% |
| PPFA013 | 9/16/22 | 12 | 0 | 7 | 58% | 0% |
| PPFA014 | 9/23/22 | 0 | 0 | 0 | 0 | 0% |
| PPFA015 | 9/23/22 | 2 | 0 | 1 | 50% | 50% |
| TOTAL: | | 77,878 | 56,108 | 10,942 | 86% | 72% |