IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>       Plaintiffs,<br>v.<br><br>       Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br><br>Date:     September 30, 2022 |

# AFFILIATE DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S SEPTEMBER 20, 2022 ORDER [ECF 184]

Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively, "Affiliate Defendants") move that this Court clarity its September 20, 2022 Order [Dkt. 184] to clarify that Relator's Motion to Compel is granted only as to the requests discussed in Relator's Third Motion to Compel and analyzed in the Court's

Order, and that the Order (1) requires Affiliate Defendants to make good faith efforts to identify and produce documents relevant to Requests for Production 1, 2, 3, 4, 5, 6, 7, 8 and 9 by searching the emails of custodians determined by Affiliate Defendants to likely have documents related to Medicaid, but does not require that Affiliate Defendant collect and search all available ESI of every employee during the 2010 through 2022 period; (2) does not require Affiliate Defendants to produce documents responsive to RFP 10; and (3) does not require Affiliate Defendants to produce documents responsive to RFP 11 that do not relate to federal, Texas, or Louisiana Medicaid.

WHEREFORE, Affiliate Defendants respectfully move that this Honorable Court clarify its September 20 Order.

Dated: September 30, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ Tirzah S. Lollar*
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755

Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Filmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar