IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America <br><br> *ex rel.* ALEX DOE, Relator, <br><br><br> The State of Texas <br><br> *ex rel.* ALEX DOE, Relator, <br><br><br><br> The State of Louisiana <br><br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., <br><br> Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z |

### [PROPOSED] ORDER ON AFFILIATE DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S SEPTEMBER 20, 2022 ORDER

After considering Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.'s (collectively, "Affiliate Defendants") Motion for Clarification of the Court's September 20, 2022 Order ("the Motion"), the Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**. It is **ORDERED** that this Court's September 20, 2022 Order [ECF No. 184]:

(1) requires Affiliate Defendants to make good faith efforts to identify and produce documents relevant to Requests for Production 1, 2, 3, 4, 5, 6, 7, 8 and 9 by searching the emails of custodians determined by Affiliate Defendants to likely have documents related to Medicaid, but does not require that Affiliate Defendant collect and search all available ESI of every employee during the 2010 through 2022 period;

(2) does not require Affiliate Defendants to produce documents responsive to RFP 10; and

(3) does not require Affiliate Defendants to produce documents responsive to RFP 11 that do not relate to federal, Texas, or Louisiana Medicaid.

Signed this _____ day of _____, 2022.

_____
Judge, Presiding