# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| The State of Texas<br>*ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | Date:      September 30, 2022 |
| The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>      Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
|       Defendants. | § | |
| | § | |
| | § | |
| | § | |


**AFFILIATE DEFENDANTS'**
**MOTION TO EXPEDITE BRIEFING OF AFFILIATE DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S**
**SEPTEMBER 20, 2022 ORDER [ECF 184]**

On September 30, 2022, Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. ("Affiliate Defendants") filed a Motion for Clarification of the Court's September 20, 2022 Order.  ECF 200.  Affiliate Defendants are under the obligation to produce "full and complete responses" to Relator's First RFP and are attempting to do so with all due swiftness, but require clarification regarding the scope of the Court's September 20 Order.  With awareness of their obligation and the rapidly approaching end of discovery, Affiliate Defendants respectfully request the Court order expedited briefing of this motion.[1]

## Discussion

As outlined in Affiliate Defendant's Motion for Clarification, this Court issued its Order on Relator's Motion to Compel on September 20, 2022 [ECF 184].  The underlying issues of the Motion to Compel have already been fully briefed by both sides, *see* ECF Nos. 154, 177, 180. Affiliate Defendants now merely request clarification on the scope of the Court's Order to fulfill their discovery obligations as to Relator's Requests for Production 10 and 11 and the scope of the Order as to Requests for Production 1 through 9.  Under the Local Rules, Relator's response to this motion would be due on September 21, 2022, and Affiliate Defendants' reply would then be due on November 14, 2022. *See* N.D. Tex. L.R. 7.1(e).  This Court has previously ordered expedited briefing for discovery disputes.  *See* ECF No. 159.  A speedy resolution of Affiliate Defendants' motion will prevent any delays in Affiliate Defendants' productions.  Affiliate Defendants accordingly propose a schedule that would complete briefing on the motion for clarification in two weeks.

---

[1] Affiliate Defendants have sought with Relator's position on their motion to expedite the briefing schedule.  At the time of filing, Relator has not responded, but Affiliate Defendants are nevertheless filing this in the interests of time.

## CONCLUSION

For the foregoing reasons, Affiliate Defendants respectfully requests that the Court expedite briefing. Affiliate Defendants propose that the Court order the Relator to response to the Motion for Clarification by October 10, 2022, and Affiliate Defendants to file any reply by October 14, 2022.

Dated: September 30, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:     *Tirzah S. Lollar*
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned
Parenthood Gulf Coast, Inc., Planned
Parenthood of Greater Texas, Inc.,
Planned Parenthood South Texas, Inc.,
Planned Parenthood Cameron County,
and Planned Parenthood San Antonio*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

<u>*/s/ Tirzah S. Lollar*</u>
Tirzah S. Lollar