IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| *ex rel.* ALEX DOE, Relator, | § § § | |
| | § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| The State of Texas | § § § | |
| *ex rel.* ALEX DOE, Relator, | § § § § | |
| The State of Louisiana | § § § | |
| *ex rel.* ALEX DOE, Relator, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § § § § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER ON MOTION TO EXPEDITE BRIEFING OF AFFILIATE DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S SEPTEMBER 20, 2022 ORDER [ECF 184]

Before the Court is Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.'s (collectively, "Affiliate Defendants") Motion To Expedite Briefing Of Affiliate Defendants' Motion For Clarification Of The Court's September 20, 2022 Order [ECF 184], filed on September 30, 2022. Currently, Relator's response to the

Motion is due on Friday, October 21, 2022. *See* N.D. Tex. L.R. 7.1(e). After considering the Affiliate Defendants' Motion to Expedite Briefing of Affiliate Defendants' Motion for Clarification of the Court's September 20, 2022 Order ("the Motion"), any Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Relator is to file Relator's response **on or before Monday, October 10, 2022, 5:00 p.m. (CDT)**. The Court **ORDERS** Affiliate Defendants to file a reply **on or before Friday, October 14, 2022, 5:00 p.m. (CDT).**

Signed this _____ day of _____, 2022.

_____
Judge, Presiding