IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>  Plaintiffs,<br>v.<br><br>  Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br><br><br><br>Date:  October 6, 2022 |

**AFFILIATE DEFENDANTS' MOTION FOR RECONSIDERATION OR
CLARIFICATION OF THIS COURT'S SEPTEMBER 8, 2022 ORDER
RELATING TO COMMON-INTEREST PRIVILEGE**

Defendants Planned Parenthood Gulf Coast ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively "Affiliate Defendants") move that this Court reconsider or clarify its September 8, 2022 Order to clarify that the common interest doctrine does not shield from production any communications that are not independently privileged or any communications involving an unrepresented party and accordingly: (1) neither Texas nor Relator can shield from

production on the basis of the common interest privilege communications between Relator and Texas prior to Relator's retention of counsel for the purpose of bringing this case; (2) both Plaintiffs must produce any such documents in their possession; and (3) Texas's claw-back of REL_046934, REL_022869, REL_022870, and REL_022871 on the grounds of common-interest privilege was improper.

WHEREFORE, Affiliate Defendants respectfully move that this Honorable Court clarify its September 8 Order.

Dated:  October 6, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:    /s/ Tirzah S. Lollar
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer

        250 West 55th Street
        New York, New York 10019-9710
        T: +1 212.836.8474
        Paula.Ramer@arnoldporter.com

        Ryan Patrick Brown
        Texas State Bar No. 24073967
        brown@blackburnbrownlaw.com
        1222 S. Filmore
        Amarillo, TX 79101
        Tel: (806) 371-8333
        Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

                                        */s/ Tirzah S. Lollar*
                                        Tirzah S. Lollar