IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § |
| Plaintiffs, | § |
| v. | §   2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § |
| Defendants. | § |

## ORDER

Before the Court is Defendant Planned Parenthood Federation of America, Inc's ("PPFA") Motion to File Under Seal Exhibits 2–3 of the Barrow-Klein Declaration ("Motion") (ECF No. 178), filed on September 15, 2022. As Exhibit D to PPFA's Second Motion for Protective Order and for Clarification (ECF No. 174), PPFA attached the Declaration of Vickie Jane Barrow-Klein. PPFA considers the documents listed in Exhibits 2–3 to qualify for "Confidential" or "AEO" protection, as those terms are defined in the Protective Order. *See* ECF No. 133 at 2. Relator did not file a response. Accordingly, the Court **GRANTS** the Motion and hereby **ORDERS** Exhibits 2–3 of the Barrow-Klein Declaration to be filed under seal.

**SO ORDERED.**

October 11, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE