IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA, INC., *et al.*, § § Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is Relator's Motion to File Under Seal ("Motion") (ECF No. 190), filed on September 21, 2022. Relator moves to file the Appendix in Support of Relator's Opposition to PPFA's Motion for Protective Order and for Clarification ("Appendix") under seal. Relator disputes the designations of these documents and reserves the right to object to these designations and/or move to unseal in the future. ECF No. 190 at 2. Accordingly, the Court **GRANTS** the Motion and hereby **ORDERS** the Appendix to be filed under seal.

**SO ORDERED.**

October 14, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE