IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Relator's Motion to Seal, filed on October 14, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion and directs the Clerk to file the Appendix in Support of Relator's Motion to Compel Production and Appointment of Forensic Examiner to Conduct a Review and

Examination of Defendants' Computer Systems and Electronic Data, and for Expedited Consideration, under seal.

**SO ORDERED**.

_____, 2022

                                        MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE