IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

# ORDER

On October 14, 2022, Relator filed its Motion to Compel Production and Appointment of Forensic Examiner to Conduct a Review and Examination of Defendants' Computer Systems and Electronic Data, and for Expedited Consideration ("Motion") (ECF No. 220). The completion of discovery is scheduled for November 30, 2022. *See* ECF No. 192 at 1. Because of the limited time remaining, Relator requests the Court to expedite briefing to resolve the Motion. Accordingly, the Court **ORDERS** Defendants to file a response to the Motion **on or before October 21, 2022**, and **ORDERS** Relator to file any reply **on or before October 24, 2022**.

**SO ORDERED.**

October **17**, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE