IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>§<br>The State of Texas §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>§<br>The State of Louisiana §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>Planned Parenthood Federation of America, Inc., §<br>Planned Parenthood Gulf Coast, Inc., Planned §<br>Parenthood of Greater Texas, Inc., Planned §<br>Parenthood South Texas, Inc., Planned Parenthood §<br>Cameron County, Inc., Planned Parenthood San §<br>Antonio, Inc., §<br>§<br>    Defendants. §<br>§ | CIVIL ACTION NO. 2:21-CV-00022-Z |

**[PROPOSED] ORDER ON MOTION TO EXPEDITE BRIEFING OF AFFILIATE
DEFENDANTS' SECOND AND RENEWED
MOTION TO COMPEL THE STATE OF TEXAS**

Before the Court is Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.'s (collectively, "Affiliate Defendants") Motion To Expedite Briefing of Affiliate Defendants' Second and Renewed Motion To Compel the State of Texas, filed on October 20, 2022. Currently, Texas's response to the Motion is due on Thursday,

November 10, 2022.  *See* N.D. Tex. L.R. 7.1(e).  After considering the Affiliate Defendants' Motion To Expedite Briefing of Affiliate Defendants' Second and Renewed Motion To Compel the State of Texas ("the Motion"), any Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**.  It is further **ORDERED** that Texas is to file Texas's response **on or before Friday, October 28, 2022, 5:00 p.m. (CDT)**.  The Court **ORDERS** Affiliate Defendants to file a reply **on or before Tuesday, November 1, 2022, 5:00 p.m. (CDT).**

Signed this _____ day of _____, 2022.

_____
Judge, Presiding