IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Affiliate Defendants' Motion to Expedite Briefing of Affiliate Defendants' Second and Renewed Motion to Compel the State of Texas ("Motion") (ECF No. 231), filed on October 20, 2022. Having considered the Motion, the Court **GRANTS** the Motion and hereby **ORDERS** Texas to respond **on or before October 28, 2022**, and Affiliate Defendants to file any reply **on or before November 1, 2022**.

**SO ORDERED**.

October 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE