Case 2:21-cv-00022-Z   Document 233   Filed 10/21/22   Page 1 of 1   PageID 7263



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Relator's Motion to File Under Seal ("Motion") (ECF No. 199), filed on September 29, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion and directs the Clerk to file the Appendix in Support of Relator's Opposition to PPFA's Motion for Emergency Protective Order under seal.

**SO ORDERED.**

October 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE