IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Relator's Motion to File Under Seal ("Motion") (ECF No. 206), filed on October 4, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion and directs the Clerk to file the Appendix in Support of Relator's Opposition to PPFA's Second Motion for Protective Order under seal.

**SO ORDERED**.

October 26, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE