# EXHIBIT 3

**Whisler, Megan**

| | |
|---|---|
| **From:** | Godesky, Leah |
| **Sent:** | Thursday, September 8, 2022 3:46 PM |
| **To:** | Andrew Stephens; Lollar, Tirzah; Martin, Meghan C.; Raymond Winter |
| **Cc:** | Eugenia Krieg; Drew Wright; Sinty Chandy; Christopher Hilton; Amy Hilton; Benjamin Walton; Heather Hacker; Sheehan, Christian; Odell, Christopher M.; Margolis, Craig D.; brown@blackburnbrownlaw.com; Chapa, Justin R.; Michael Moore; Ashby, Danny S.; Weberman, Melissa L.; Bloom, Craig P. |
| **Subject:** | United States of America et al v. Planned Parenthood Federation of America Inc et al (Case 2:21-cv-00022-Z) |

Counsel, we write to inform Plaintiffs that PPFA is utilizing a technology assisted review ("TAR") tool to produce documents to Plaintiffs tomorrow.  After the Court's August 25, 2022 order on Relator's motion to compel, PPFA immediately began collecting documents, with more than 275k documents initially collected and processed.  To meet the Court's September 9, 2022 production deadline, PPFA utilized a combination of individual-document review, and a TAR/Continuous Active Learning review using Brainspace as the tool.  Both diversity and stratified samples, totaling thousands of documents, were used to train the model.  We assessed model stability using statistically drawn Control Set and Validation samples and established a cut-off score.  All documents above the cut-off score and their respective families will be screened for privilege and confidentiality before production.

Leah

# O'Melveny

**Leah Godesky**
lgodesky@omm.com
O: +1-310-246-8501
O: +1-212-326-2254

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*