IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF TEXAS,<br>*ex rel.* ALEX DOE, Relator,<br><br>THE STATE OF LOUISIANA,<br>*ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | Civil Action No. 2:21-CV-00022-Z |

## [PROPOSED] ORDER

Having considered Affiliate Defendants' Motion for Reconsideration or Clarification of This Court's September 8, 2022 Order Relating to Common Interest Privilege and Memorandum in Support (Dkts. 210 and 211) and State of Texas's Opposition, it is **HEREBY ORDERED** that Affiliate Defendants' Motion for Reconsideration or Clarification of Order on Affiliate Defendants' Motion to Compel to Texas (Dkt. 210) is **DENIED**.

Signed on this ___ day of _____, 2022

_____
Matthew J. Kacsmaryk
United States District Judge