IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Having considered Affiliate Defendants' Second and Renewed Motion to Compel to the State of Texas and Brief in Support (ECF Nos. 228 and 229) and State of Texas's Opposition, it is **HEREBY ORDERED** that Affiliate Defendants' Second and Renewed Motion to Compel to the State of Texas (ECF No. 228) is **DENIED**.

Signed on this ___ day of _____, 2022

_____
Matthew J. Kacsmaryk
United States District Judge