# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 31, 2022



Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

No. 22-11009    In re Planned Parenthood Federation of America
                USDC No. 2:21-CV-22

Dear Ms. Mitchell,

Enclosed is a certified copy of the opinion issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Enclosure(s)

cc:
    Mr. Danny Scot Ashby
    Mr. Justin Roel Chapa
    Ms. Heather Gebelin Hacker
    Ms. Amy Snow Hilton
    Ms. Tirzah Sungyeh Lollar
    Mr. Anton Metlitsky
    Mr. Christopher Odell
    Ms. Paula Ramer
    Mr. Andrew Bowman Stephens
    Ms. Megan Whisler
    Mr. Raymond Charles Winter