IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Notice Regarding Relator's Motion to Compel Production and Appointment of Forensic Examiner (ECF No. 220) ("Notice") (ECF No. 245), filed on November 1, 2022. Because Defendants argue Relator's Reply (ECF No. 242) proposes "alternative relief" not sought in Relator's opening brief, Defendants noticed their intent to file a motion for leave to file sur-reply. ECF No. 245 at 2. The Court permits filings beyond Local Civil Rule 7.1 "in exceptional or extraordinary circumstances." *Sw. Insulation, Inc. v. Gen. Insulation Co.*, No. 4:15-CV-601-O, 2016 WL 9244824, at *1 (N.D. Tex. June 6, 2016) (internal marks omitted). The Court thus construes the Notice as a motion for leave to file sur-reply ("Motion") and hereby **GRANTS** the Motion. Because briefing is closed on the pending Motion to Compel Production and Appointment of Forensic Examiner (ECF No. 220) and the Court finalized the order addressing same, Defendants are **ORDERED** to file their sur-reply responding to Plaintiff's proposed relief **on or before November 2, 2022.**

**SO ORDERED.**

November 1, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE