IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Affiliate Defendants' Motion to File Under Seal Affiliate Defendants' Memorandum in Support of its Motion for Reconsideration or Clarification of this Court's September 8, 2022 Order Relating to Common-Interest Privilege and Exhibits ("Motion") (ECF No. 211), filed on October 6, 2022. The Court **GRANTS** the Motion and directs the Clerk to file Affiliate Defendants' memorandum under seal.

**SO ORDERED.**

November 1, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE