# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>　　　Plaintiffs,<br>v.<br><br>　　　Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br><br>Date:　　November 2, 2022 |

## AFFILIATE DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants Planned Parenthood Gulf Coast ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively "Affiliate Defendants") move pursuant to Paragraph 7 of the Protective Order [ECF 133] for an order "to preserv[e] the designated status of [] disputed information" of Affiliate Defendants' document productions to Relator.

WHEREFORE, Affiliate Defendants respectfully move that this Honorable Court enter an Order preserving the confidentiality designations at issue.

Dated:  November 2, 2022	Respectfully submitted,

	ARNOLD & PORTER KAYE SCHOLER LLP

	By:	*/s/  Tirzah S. Lollar*
	Craig D. Margolis
	Craig.Margolis@arnoldporter.com
	Tirzah S. Lollar
	Tirzah.Lollar@arnoldporter.com
	Christian Sheehan
	Christian.Sheehan@arnoldporter.com
	Emily Reeder-Ricchetti
	Emily.Reeder-Ricchetti@arnoldporter.com
	Megan Pieper
	Megan.Pieper@arnoldporter.com
	Alyssa Gerstner
	Alyssa.Gerstner@arnoldporter.com
	Meghan C. Martin
	Meghan.Martin@arnoldporter.com
	601 Massachusetts Ave, NW
	Washington, DC 20001-3743
	Telephone: +1 202.942.5000
	Fax: +1 202.942.5999

	Christopher M. Odell
	Texas State Bar No. 24037205
	Christopher.Odell@arnoldporter.com
	700 Louisiana Street, Suite 4000
	Houston, TX 77002-2755
	Telephone: +1 713.576.2400
	Fax: +1 713.576.2499

	Paula Ramer
	250 West 55th Street
	New York, New York 10019-9710
	T: +1 212.836.8474
	Paula.Ramer@arnoldporter.com

	Ryan Patrick Brown
	Texas State Bar No. 24073967
	brown@blackburnbrownlaw.com
	1222 S. Filmore
	Amarillo, TX 79101
	Tel: (806) 371-8333
	Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

                                        */s/ Tirzah S. Lollar*
                                        Tirzah S. Lollar