IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z |

### [PROPOSED] ORDER GRANTING AFFILIATE DEFENDANTS' <u>MOTION FOR PROTECTIVE ORDER</u>

The Court has considered the Motion for Protective Order filed by Defendants Planned Parenthood Gulf Coast ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood South Texas, Inc. ("PPST"), Planned Parenthood Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") (collectively "Affiliate Defendants"), all other papers and evidence submitted in opposition and reply, the pertinent

pleadings and files in this action, and the arguments of counsel. Finding good cause therefor, the Court **GRANTS** the Motion and **ORDERS** that the designated status of the disputed information shall be preserved.

Signed this _____ day of _____, 2022.

_____
Judge, Presiding