# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The State of Texas, ex rel. ALEX DOE, Relator §<br>*Plaintiff* §<br>§<br>§<br>v. §<br>§<br>§<br>§<br>Planned Parenthood Federation of America, Inc §<br>*Defendant* § | Case No. NO. 2:21-CV-22-Z |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

O'MELVENY & MYERS, LLP                                                                , with offices at

1999 AVENUE OF THE STARS, FL 8
(Street Address)

LOS ANGELES                                    CA                     90067
(City)                                         (State)                (Zip Code)

310-553-6700                                   310-246-6779
(Telephone No.)                                (Fax No.)

**II.** Applicant will sign all filings with the name      CRAIG P. BLOOM                     .

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Planned Parenthood Federation of America, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: __314406__   Admission date: __March 28, 2017__

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York | March 17, 2014 | Active |
|  |  |  |
|  |  |  |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                Case No. And Style:

_____        _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Danny Ashby, O'Melveny & Myers, LLP_____, who has offices at

2501 N. Harwood Street, Suite 1700_____
(Street Address)

Dallas_____    TX_____    75201_____
(City)                             (State)           (Zip Code)

972-360-1900_____    972-360-1901_____
(Telephone No.)                    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   1st   day of  November                  , 2022    .

                                              Craig P. Bloom_____
                                              Printed Name of Applicant
                                              _____
                                              Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.