IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Affiliate Defendants' Unopposed Motion for Leave to File Document Out of Time ("Motion") (ECF No. 256), filed on November 3, 2022. Under the Protective Order (ECF No. 133), Affiliate Defendants were required to file a motion by November 2, 2022, to be within 14 days of Relator's written objection. The motion was electronically filed on November 2, 2022, at 11:57 p.m. but due to a "minor technical problem" the supporting brief and exhibits were not filed until a few minutes shortly thereafter. ECF No. 256 at 2. Affiliate Defendants also request that Relator be granted an additional day to file their response. *Id.* Because the Motion is unopposed, the Court **GRANTS** the Motion and hereby **ORDERS** Relator to file any response **on or before November 25, 2022**.

**SO ORDERED.**

November __4__, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE