

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Planned Parenthood Federation of America, Inc.'s ("PPFA") Application

for Admission *Pro Hac Vice* ("Application") (ECF No. 258), filed on November 4, 2022. Craig P.

Bloom is an attorney licensed to practice in the State of California. Mr. Bloom represented to the

Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284

(N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply

with the standards set forth in *Dondi* and the Local Rules. Ryan Patrick Brown of the Amarillo law

office of Blackburn & Brown, L.L.P. has been obtained as local counsel. Accordingly, the Court finds

the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Craig P. Bloom

may represent PPFA in this matter, subject to further order of the Court.

**SO ORDERED**.

November 4, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE