IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD FEDERATION § <br> OF AMERICA, INC., *et al.*, § <br> § <br> Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is Relator's Motion to File Under Seal ("Motion") (ECF No. 222), filed on October 14, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion and directs the Clerk to file the Appendix in Support of Relator's Motion to Compel Production and Appointment of Forensic Examiner to Conduct a Review and Examination of Defendants' Computer Systems and Electronic Data, and for Expedited Consideration under seal.

**SO ORDERED.**

November 10, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE