**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:21-CV- |
| | § | 00022-Z |
| The State of Texas | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | |
| | § | |
| The State of Louisiana | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., | § | |
| Planned Parenthood Gulf Coast, Inc., Planned | § | |
| Parenthood of Greater Texas, Inc., Planned | § | |
| Parenthood South Texas, Inc., Planned Parenthood | § | |
| Cameron County, Inc., Planned Parenthood San | § | |
| Antonio, Inc., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**[PROPOSED] ORDER ON PLANNED PARENTHOOD GULF COAST INC.'S MOTION**
**FOR PROTECTIVE ORDER AND TO QUASH RELATOR'S NOTICE OF**
**DEPOSITION OF MELANEY LINTON**

Before the Court is Defendant Planned Parenthood Gulf Coast, Inc.'s ("PPGC") Motion

for a Protective Order and to Quash Relator's Notice of the Deposition of Melaney Linton, filed

on November 10, 2022.  After considering Planned Parenthood Gulf Coast, Inc.'s Motion for

Protective Order, any Response, and the Record, the Court concludes that the Motion is

meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**.  It is further ordered that the Deposition Notice of Melaney Linton for November 22, 2022 is quashed and the parties are directed to meet and confer to choose one of the alternative dates offered by PPGC or another mutually agreeable date.

Signed this _____ day of _____, 2022.


_____
Judge, Presiding