# Exhibit 01
# (TO BE FILED UNDER SEAL)