# Exhibit 02

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br>           Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br>           Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**NOTICE OF DEPOSITION OF MELANEY LINTON**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Relator will take the deposition of Melaney Linton on November 28, 2022, beginning at 9:00 a.m., at 108 Wild Basin Road South, Suite 250, Austin, Texas 78746. The deposition will be stenographically and electronically recorded and will

1

be videotaped. The deposition will be used for discovery and/or evidentiary purposes to the full extent allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

        Respectfully submitted.

        /s/ Andrew B. Stephens
        Heather Gebelin Hacker
        Texas Bar No. 24103325
        Andrew B. Stephens
        Texas Bar No. 24079396
        HACKER STEPHENS LLP
        108 Wild Basin Road South, Suite 250
        Austin, Texas 78746
        (512) 399-3022
        heather@hackerstephens.com
        andrew@hackerstephens.com

        **Attorneys for Relator**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, this document was served on all counsel of record via email.

/s/ Andrew B. Stephens
Andrew B. Stephens
