## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| The State of Texas | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| The State of Louisiana | § | |
| | § | |
| *ex rel.* ALEX DOE, Relator, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., | § | |
| | § | |
| Defendants. | § | |

### [PROPOSED] ORDER ON UNOPPOSED MOTION TO EXPEDITE BRIEFING OF PLANNED PARENTHOOD GULF COAST, INC.'S MOTION TO QUASH DEPOSITION NOTICE OF MELANEY LINTON [ECF 268]

Before the Court is Defendants Planned Parenthood Gulf Coast, Inc.'s Motion To Expedite Briefing on Planned Parenthood Gulf Coast, Inc.'s Motion to Quash Deposition Notice of Melaney Linton [ECF 268], filed on November 10, 2022. After considering Planned Parenthood Gulf Coast, Inc.'s Motion to Expedite Briefing, any Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Relator is to file Relator's response **on or before Saturday, November 12, 2022**. The Court **ORDERS** PPGC to file a reply **on or before Monday, November 14, 2022.**

Signed this _____ day of _____, 2022.

_____
Judge, Presiding