**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| United States of America et al | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00022-Z |
| | § | |
| | § | |
| Planned Parenthood Federation of America Inc e | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Arnold & Porter Kaye Scholer LLP _____, with offices at

10th Floor, Three Embarcadero Center _____
(Street Address)

San Francisco _____    CA _____    94111-4024 _____
(City)                              (State)             (Zip Code)

415-471-3100 _____    415-471-3400 _____
(Telephone No.)                     (Fax No.)

**II.**    Applicant will sign all filings with the name Matthew Diton _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood
South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____California_____, where Applicant regularly practices law.

Bar license number: _305597_____     Admission date: _December 3, 2015_____

For Court Use Only.
Bar StatusVerified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Northern Disttict of California | 4/22/2016 | Active |
| Southern District of California | 7/13/2018 | Active |
| Central District of California | 7/19/2017 | Active |
| Ninth Circuit Court of Appeals | 2/26/2021 | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the

Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

 N/A

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

 Ryan Patrick Brown                                                                                        , who has offices at

 Blackburn & Brown, L.L.P., 1222 S. Fillmore
(Street Address)

 Amarillo                                              TX                      79101
(City)                                                (State)                (Zip Code)

 806-371-8333                                          806-350-7716
(Telephone No.)                                        (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for

the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this

document has been served upon each attorney of record and the original upon the clerk of court,

accompanied by a $100 filing fee, on this the    11    day of November                        , 2022        .

 /s/ Matthew Diton
Printed Name of Applicant


Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.