

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

*Matthew Ross Diton*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Matthew Ross Diton, #305597 was on the 3rd day of Decemeber 2015 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 10th day of November 2022.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk

