# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America ex rel. ALEX DOE, | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. NO. 2:21-CV-22-Z |
| | § | |
| | § | |
| Planned Parenthood Federation of America | § | |
| *Defendant* | § | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

O'Melveny & Myers LLP _____, with offices at

1625 I Street NW _____
(Street Address)

Washington _____     DC _____     20006 _____
(City)                                          (State)                  (Zip Code)

202-383-5300 _____     202-383-5414 _____
(Telephone No.)                                (Fax No.)

**II.**    Applicant will sign all filings with the name  Amanda Santella _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Planned Parenthood Federation of America, Inc

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____Washington, D.C._____, where Applicant regularly practices law.

Bar license number: _1010967_          Admission date: _2012_____

| For Court Use Only. |
| --- |
| Bar StatusVerified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**


**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| US Court of Appeals, 11th Cir. | 11/27/2013 | Active |
| US Court of Appeals, 9th Cir. | 04/05/2017 | Active |
| US District Court, Dist. of Columbia | 06/03/2019 | Active |
| | | |


**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A


**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A


**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

Danny Ashby (O'Melveny & Myers)                                        , who has offices at

2501 North Harwood Street
(Street Address)

Dallas                                        TX                75201
(City)                                        (State)            (Zip Code)

(972) 360-1900                                (972) 360-1901
(Telephone No.)                               (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   11th   day of November      , 2022                .

Amanda Santella
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.