IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Planned Parenthood Gulf Coast, Inc.'s ("PPGC") Motion to File under Seal ("Motion") (ECF No. 269), filed on November 10, 2022. The Court **ORDERS** Relator to respond to the Motion **on or before November 14, 2022**. Defendant PPGC may file a reply **on or before November 16, 2022**.

**SO ORDERED**.

November 11, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE