IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant Planned Parenthood Gulf Coast, Inc.'s ("PPGC") Unopposed Motion to Expedite Briefing ("Motion") (ECF No. 270), filed on November 10, 2022. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. Relator must respond to Defendant PPGC's Motion for Protective Order and to Quash (ECF No. 268) **on or before November 14, 2022**. Defendant PPGC may file a reply **on or before November 16, 2022**.

**SO ORDERED**.

November 11, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE