# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH TEXAS, § <br> INC., PLANNED PARENTHOOD § <br> CAMERON COUNTY, INC., § <br> PLANNED PARENTHOOD SAN § <br> ANTONIO, INC., § <br> § <br> Defendants. § | Civil Action No. 2:21-CV-00022-Z |

## [PROPOSED] ORDER

Having considered Plaintiff State of Texas's Motion to Quash and for Protective Order, it is **HEREBY ORDERED** that Plaintiff State of Texas's Motion to Quash and for Protective Order is **GRANTED**. Further, it is **HEREBY ORDERED** that the depositions of Stuart Bowen and Dr. Ted Spears are quashed.

Signed on this ___ day of _____, 2022

_____
Matthew J. Kacsmaryk
United States District Judge