# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH TEXAS, § <br> INC., PLANNED PARENTHOOD § <br> CAMERON COUNTY, INC., § <br> PLANNED PARENTHOOD SAN § <br> ANTONIO, INC., § <br> § <br> *Defendants*. § | Civil Action No. 2:21-CV-00022-Z |

## [PROPOSED] ORDER

Having considered Plaintiff State of Texas's Unopposed Motion to Expedite Briefing on its Motion to Quash and for Protective Order, it is

**HEREBY ORDERED** that Plaintiff State of Texas's Motion for Expedited Briefing is **GRANTED**.

Further, it is **HEREBY ORDERED** that Defendants will file their response to the State's Motion to Quash and for Protection on or before November 17, 2022, and the State will file any reply on or before November 21, 2022.

Signed on this ___ day of _____, 2022

_____
Matthew J. Kacsmaryk
United States District Judge