# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:    October 6, 2022 |

## AFFILIATE DEFENDANTS' RULE 26(a)(1) SUPPLEMENTAL INITAL DISCLOSURES

Defendants Planned Parenthood Gulf Coast ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood of South Texas, Inc. ("PP South Texas"), Planned Parenthood of Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") hereby supplement their Rule 26(a)(1) Initial Disclosures as follows:

I.     RULE 26(a)(1)(A)(i) WITNESSES

Defendants hereby disclose this list of persons who Defendants believe are likely to have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment, based on Defendants' knowledge to date.

| Name | Contact Information | Subject Matter |
|---|---|---|
| Dr. Anitra Beasley<br><br>PPGC Independent Contractor Physician and Director of Abortion Training;<br><br>Planned Parenthood Center for Choice, Inc. ("PPCFC") Independent Contractor Physician | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGC's and PPCFC's provision of healthcare, PPGC's Texas and Louisiana Medicaid termination, and PPGC's research agreements. |
| Alfred Curtis<br><br>PPGC Chief Operational Officer and Chief Financial Officer | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGC's Texas and Louisiana Medicaid termination, Texas & Louisiana Medicaid claims, and research agreements. |
| Marianne DeJong<br><br>Former PPGT Chief Financial Officer | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGT's Texas Medicaid termination and Texas Medicaid claims. |
| Dr. Paul Fine<br><br>Former PPGC Medical Director | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGC's and PPCFC's provision of healthcare, PPGC's Texas and Louisiana Medicaid termination, and PPGC's research agreements. |
| Jeffery Palmer<br><br>Former PPGC Chief Operational Officer and Chief Financial Officer | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGC's Texas and Louisiana Medicaid termination, Texas & Louisiana Medicaid claims, and research agreements. |
| Tram Nguyen<br><br>PPGC Senior Director of Quality Assurance & Abortion Access | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGC's and PPCFC's provision of healthcare, PPGC's Texas and Louisiana Medicaid termination, and |

| Name | Contact Information | Subject Matter |
|---|---|---|
| | | PPGC's research agreements. |
| Dr. Regan Theiler<br><br>Former Reproductive Health Research Scholar at University of Texas Medical Branch | This witness should be contacted through Erin Collins, Legal Counsel, Mayo Clinic at<br><br>507.293.7806 | May have knowledge of facts related to the UTMB studies. |
| Sarah Wheat<br><br>PPGT Chief External Affairs Officer | This witness should be contacted through undersigned counsel. | May have knowledge of facts related to PPGT's Texas Medicaid termination. |

Defendants also believe that individuals currently or formerly employees are likely to have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment, based on Defendants' knowledge to date.

Defendants also reserve the right to call any witness identified in the Plaintiffs' complaints, any witnesses that Defendants identify in response to Plaintiffs' discovery requests, and any witness that Plaintiffs identify as persons with relevant knowledge.

Dated: October 6, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP


By:     s/ _Tirzah S, Lollar_____
        Craig D. Margolis
        Craig.Margolis@arnoldporter.com
        Tirzah S. Lollar
        Tirzah.Lollar@arnoldporter.com
        Christian Sheehan
        Christian.Sheehan@arnoldporter.com
        Emily Reeder-Ricchetti
        Emily.Reeder-Ricchetti@arnoldporter.com
        Megan Pieper

Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999


Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, the foregoing Affiliate Defendants' Rule 26(a)(1) Supplemental Disclosures were served upon all counsel record by e-mail.

                                                s/ *Tirzah S, Lollar*
                                                Tirzah S. Lollar