# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Texas §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>§<br>The State of Louisiana §<br>§<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>Planned Parenthood Federation of America, Inc., §<br>Planned Parenthood Gulf Coast, Inc., Planned §<br>Parenthood of Greater Texas, Inc., Planned §<br>Parenthood South Texas, Inc., Planned Parenthood §<br>Cameron County, Inc., Planned Parenthood San §<br>Antonio, Inc., §<br>§<br>    Defendants. §<br>§ | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>Date:    November 8, 2022 |

## **AFFILIATE DEFENDANTS' RULE 26(a)(1) THIRD SUPPLEMENTAL INITAL DISCLOSURES**

Defendants Planned Parenthood Gulf Coast ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT"), Planned Parenthood of South Texas, Inc. ("PP South Texas"), Planned Parenthood of Cameron County, Inc. ("PP Cameron County"), and Planned Parenthood San Antonio, Inc. ("PP San Antonio") hereby supplement their Rule 26(a)(1) Initial Disclosures as follows:

I.     **RULE 26(a)(1)(A)(i) WITNESSES**

Defendants hereby disclose this list of persons who Defendants believe are likely to have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment, based on Defendants' knowledge to date.

| Name | Contact Information | Subject Matter |
|---|---|---|
| Rebekah Gee<br>Former Louisiana Health Secretary | 1542 Tulane Avenue, Box T5-2<br>New Orleans, LA 70112<br>Phone: (504)568-4850 | May have knowledge of facts related to PPGC's termination from Louisiana Medicaid and the administration of Louisiana Medicaid. |
| Kami Geoffray<br>Former Senior Policy Advisor at the Health and Human Services Commission | This witness can be contacted through email at kami@geoffraystrategies.com or by telephone at (512) 765-4897 | May have knowledge of facts related to PPGC's, PPST's, PPCC's, PPSA's, and PPGT's Texas Medicaid termination and the administration of Texas Medicaid. |
| Kay Ghahremani<br>Former Texas Medicaid Director at the Health and Human Services Commission | 3036 Thrushwood Dr., Austin, TX 78757 | May have knowledge of facts related to PPGC's, PPST's, PPCC's, PPSA's, and PPGT's Texas Medicaid termination and the administration of Texas Medicaid. |
| Dr. Dara Havemann<br>Former Co-Investigator of Reproductive Health Study at University of Texas Medical Branch | 3600 Gaston Avenue Barnett Tower, Suite 1001<br>Dallas, TX 75246 | May have knowledge of facts related to the UTMB studies. |
| David Maxwell<br>Former Director of Law Enforcement Division, Texas Attorney General's Office | Witness should be contacted through legal counsel at<br>Soltero Sapire Murrell PLLC<br>7320 N Mopac Suite 309<br>Austin, Texas 78731<br>(512) 422-1559 (phone) | May have knowledge of facts related to PPGT'S, PPST's, PPSA's, PPCC's and PPGC's Texas Medicaid terminations. |
| Dr. Sara Mucowski<br>Former Principal Investigator of Reproductive Health Study at University of | 3600 Gaston Avenue Barnett Tower, Suite 1001<br>Dallas, TX 75246 | May have knowledge of facts related to the UTMB studies. |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Texas Medical Branch | | |
| Dr. Silke Paust<br><br>Former Reproductive Health Researcher at Baylor College of Medicine | Scripps Research<br>10550 North Torrey Pine, TPC-11, La Jolla, CA 92037<br><br>This witness can be contacted by telephone at (858) 784-2233 | May have knowledge of facts related to the Baylor studies. |
| Dr. Richard Rupp<br><br>Director of University of Texas Medical Branch | 301 University Boulevard, Galveston, TX 77555 | May have knowledge of facts related to the UTMB studies. |
| Steve Russo<br><br>Executive Counsel for Louisiana Department of Health | 628 N. 4th Street, Baton Rouge, LA 70802 | May have knowledge of facts related to PPGC's termination from Louisiana Medicaid and the administration of Louisiana Medicaid |
| Kim Sullivan<br><br>General Counsel for Louisiana Department of Health | 628 N. 4th Street, Baton Rouge, LA 70802 | May have knowledge of facts related to PPGC's termination from Louisiana Medicaid and the administration of Louisiana Medicaid |
| Dr. Chandrasekhar Yallampalli<br><br>Former Principal Investigator of Reproductive Health Study at University of Texas Medical Branch | One Baylor Plaza, Houston, TX 77030 | May have knowledge of facts related to the UTMB studies. |

Defendants also believe that individuals currently or formerly employees are likely to have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment, based on Defendants' knowledge to date.

Defendants also reserve the right to call any witness identified in the Plaintiffs' complaints, any witnesses that Defendants identify in response to Plaintiffs' discovery requests, and any witness that Plaintiffs identify as persons with relevant knowledge.

Dated: November 8, 2022

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:   s/ _Tirzah S, Lollar_____
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, the foregoing Affiliate Defendants' Rule 26(a)(1) Third Supplemental Disclosures were served upon all counsel record by e-mail.

s/ *Tirzah S, Lollar*
Tirzah S. Lollar