# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| *ex rel.* ALEX DOE, Relator, § | | |
| § | | |
| THE STATE OF TEXAS, § | | |
| *ex rel.* ALEX DOE, Relator, § | | |
| § | | |
| THE STATE OF LOUISIANA, § | | |
| *ex rel.* ALEX DOE, Relator, § | | |
| § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 2:21-CV-00022-Z | |
| § | | |
| PLANNED PARENTHOOD § | | |
| FEDERATION OF AMERICA, INC., § | | |
| PLANNED PARENTHOOD GULF § | | |
| COAST, INC., PLANNED § | | |
| PARENTHOOD OF GREATER § | | |
| TEXAS, INC., PLANNED § | | |
| PLANNED PARENTHOOD SOUTH § | | |
| TEXAS, INC., PLANNED § | | |
| PARENTHOOD CAMERON § | | |
| COUNTY, INC., PLANNED § | | |
| PARENTHOOD SAN ANTONIO, § | | |
| INC., § | | |
| § | | |
| Defendants. § | | |

**RELATOR'S RULE 26(a)(1) SUPPLEMENTAL INITIAL DISCLOSURES**

Relator Alex Doe ("Relator") hereby submits Relator's Supplemental Initial Disclosures to Defendants Planned Parenthood Gulf Coast, Planned Parenthood of Greater Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., and Planned Parenthood Federation of America, Inc. (collectively

"Planned Parenthood" or "Defendants") pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure.

These Supplemental Initial Disclosures are made based on information currently available to Relator and are subject to further supplementation or modification as more information becomes available. By making these Supplemental Initial Disclosures, Relator is not representing that Relator is identifying every document, tangible thing or witness relevant to this law enforcement action. These Supplemental Initial Disclosures are not intended to waive or prejudice any privileges or objections that Relator may have to any outstanding or subsequent discovery requests.

1. **Rule 26(a)(1)(A)(i) Witnesses**

Relator identifies and incorporates by reference all individuals listed in Planned Parenthood's or Texas's Initial Disclosures, any individual who is deposed in this case, any expert designated by any party in this case, and any individual who is mentioned in any of the discovery responses or documents produced in this case.

In addition, Relator discloses the following:

Relator Alex Doe regarding the facts alleged in Relator's Complaint. This witness should be contacted through counsel for Relator.

Custodian of Texas Health & Human Services Commission records to verify Medicaid claims data showing Planned Parenthood Medicaid utilization. This witness should be contacted through counsel for Texas.

Custodian of Louisiana Department of Health records to verify Medicaid claims data showing Planned Parenthood Medicaid utilization.

Ann Schutt-Aine, MD, Planned Parenthood Chief Medical Officer, regarding Planned Parenthood's medical practices and Medicaid services.

Paul Fine, MD, current or former Planned Parenthood Medical Director, regarding Planned Parenthood's medical practices and Medicaid services.

Anitra Beasley, MD, Planned Parenthood physician, regarding Planned Parenthood's medical practices and Medicaid services.

Amna Dermish, MD, Planned Parenthood Regional Medical Director, regarding Planned Parenthood's medical practices and Medicaid services.

Debrorah Nucatola, MD, current or former Planned Parenthood Medical Director, regarding Planned Parenthood's medical practices and Medicaid services.

Tram Nguyen, Planned Parenthood Healthcare Administrator, regarding Planned Parenthood's medical practices and Medicaid services.

Cassie Reed, RN, current or former Planned Parenthood nurse, regarding Planned Parenthood's medical practices and Medicaid services.

Johanna Morfesis, former Planned Parenthood Director of Research, regarding Planned Parenthood's medical practices and Medicaid services.

**2. Rule 26(a)(1)(A)(ii) Documents and Tangible Things**

Relator identifies the following categories of documents and tangible things in their possession that Relator may use to support Relator's allegations in this case:

A. Communications between Texas and Louisiana and Planned Parenthood relating to Planned Parenthood's participation in Texas and Louisiana Medicaid as an enrolled provider;

B. Planned Parenthood's Texas and Louisiana Medicaid provider agreements;

C. The Texas and Louisiana Medicaid Provider Procedures Manuals;

D. Termination notices delivered to Planned Parenthood by the Health and Human Services Commission – Office of Inspector General and the Louisiana Department of Health;

E. Documents relating to the lawsuits filed by Planned Parenthood in the Western District of Texas and Middle District of Louisiana in response to termination notices, and the subsequent appeals to the United States Court of Appeals for the Fifth Circuit;

F. Documents relating to the lawsuit filed by Planned Parenthood in the District Court of Travis County, Texas, relating to the Texas notice of termination proceedings;

G. Documents and data relating to Planned Parenthood's claims to, and reimbursements received from Texas and Louisiana Medicaid; and

H. Documents and video recordings relating to Relator's investigation of Planned Parenthood's medical practices.

### 3. Rule 26(a)(1)(A)(iii) Damages

Relator seeks:

(a) That the United States be awarded damages in the amount of three times the damages sustained by the United States as a result of the unlawful acts of Defendants complained of herein, as provided by the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*;

(b) That civil penalties be imposed for each and every false claim that Defendants presented or caused to be presented to the United States;

(c) That the State of Texas be awarded civil remedies in the amount of each payment provided to Defendants under the Medicaid program as a result of the unlawful acts complained of herein, plus two times the payment made

4

    by the State of Texas as a result of such unlawful acts, as provided by the TMFPA, Tex. Hum. Res. Code §§ 32.001 *et seq.*, and 36.052(a) and (b);

(d) That civil penalties be imposed for each and every unlawful act that Defendants committed under the TMFPA;

(e) That the State of Louisiana be awarded damages in the amount of each payment provided to Defendants under the Medicaid program as a result of the unlawful acts complained of herein, plus two times the damages sustained by the State of Louisiana as a result of such unlawful acts, as provided by the LMAPIL, La. Rev. Stat. §§ 46:438.3, *et seq.*;

(f) That civil penalties be imposed for each and every unlawful act that Defendants committed under the LMAPIL;

(g) That pre- and post-judgment interest be awarded along with reasonable attorney fees, costs, and expenses incurred by Relator in bringing and prosecuting this case.

**4. Rule 26(a)(1)(A)(iv) Insurance**

Not applicable.

**5. Supplementation**

Relator's Supplemental Initial Disclosures are made without prejudice to Relator's right to change, amend or supplement these answers, and without prejudice to Relator's rights to assert privileges or objections to any of Planned Parenthood's discovery requests, and without prejudice to Relator's right to introduce at trial such additional evidence and documents as may be warranted by the facts in this law enforcement action.

Respectfully submitted.

/s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

**Attorneys For Relator**

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I served the foregoing document on Defendants' counsel by email.

<u>/s/ Andrew B. Stephens</u><br>
Andrew B. Stephens