IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD | § | |
| FEDERATION OF AMERICA, *et al.*, | § | |
| | § | |
|    Defendants. | § | |

## ORDER

Before the Court is the State of Texas's Unopposed Motion to Expedite Briefing on State of Texas's Motion to Quash and Motion for Protective Order ("Motion") (ECF No. 276), filed on November 11, 2022. The Court **ORDERS** Defendants to respond to the Motion **on or before November 17, 2022**. Texas may file a reply **on or before November 21, 2022**.

**SO ORDERED**.

November 14, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE