IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 2:21-CV-022-Z |
| § | |
| PLANNED PARENTHOOD FEDERATION § | |
| OF AMERICA, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Affiliate Defendants' Motion to File Under Seal Exhibits C & D to Affiliate Defendants' Second and Renewed Motion to Compel the State of Texas ("Motion") (ECF No. 230), filed on October 20, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Affiliate Defendants' Motion and directs the Clerk to file Exhibits C & D to Affiliate Defendants' Second and Renewed Motion to Compel the State of Texas (ECF No. 228) under seal.

**SO ORDERED**.

November 14, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE