IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>THE STATE OF TEXAS, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>THE STATE OF LOUISIANA, §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>PLANNED PARENTHOOD §<br>FEDERATION OF AMERICA, INC., §<br>PLANNED PARENTHOOD GULF §<br>COAST, INC., PLANNED §<br>PARENTHOOD OF GREATER §<br>TEXAS, INC., PLANNED §<br>PARENTHOOD SOUTH §<br>TEXAS, INC., PLANNED §<br>PARENTHOOD CAMERON §<br>COUNTY, INC., PLANNED §<br>PARENTHOOD SAN ANTONIO, §<br>INC., §<br>§<br>Defendants. § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Relator's Emergency Motion for Protective Order and Motion for Expedited Consideration, filed on November 15, 2022. Having considered the Motion, the Court **GRANTS** Relator's Motion for Expedited Consideration.

Defendants are ordered to respond to the Motion for Protective Order by **5 p.m. on November 16, 2022**.

    **SO ORDERED**.

    _____, 2022

                                        MATTHEW J. KACSMARYK  
                                      UNITED STATES DISTRICT JUDGE