IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Relator's Emergency Motion for Protective Order and Motion for Expedited Consideration, filed on November 15, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion and **FINDS** that a protective order is necessary to protect the Center for Medical Progress

(CMP) from undue burden, unnecessary expense, and harassment. The Court also **FINDS** that notice to CMP is insufficient because the date of compliance is less than four business days away. The Court therefore **ORDERS** that CMP is hereby protected from compliance with Defendants' subpoena if it is properly served. The Court also **ORDERS** Defendants to withdraw the subpoena.

**SO ORDERED**.

_____, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE