IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Relator's Emergency Motion for Protective Order and for Expedited Clarification ("Motion") (ECF No. 288), filed on November 15, 2022. The Court **ORDERS** PPFA to respond to the Motion **by November 16, 2022**. Relator may file a reply **on or before November 17, 2022**.

**SO ORDERED**.

November 15, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE