IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Affiliate Defendants' Motion to File Under Seal Exhibits B-O, R, U-W of Affiliate Defendants' Opposition to Relator's Motion to Compel Production and Appointment of Forensic Examiner ("Motion") (ECF No. 239), filed on October 26, 2022. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** the Motion and directs the Clerk to file exhibits B-O, R, and U-W under seal.

**SO ORDERED.**

November 17, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE