

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Affiliate Defendants' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 303), filed on November 21, 2022. Owen Dunn is an attorney licensed to practice in the District of Columbia. Mr. Dunn represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Ryan Patrick Brown of the Amarillo law office of Blackburn & Brown, L.L.P. has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Owen Dunn may represent Affiliate Defendants in this matter, subject to further order of the Court.

**SO ORDERED.**

November 22, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE