IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, § § § | | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, § § § | | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, § § § § § | | |
| Plaintiffs, § § | | |
| v. § § | Civil Action No. 2:21-CV-00022-Z | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., § § § § § § § § § § § § § | | |
| Defendants. § | | |

**DECLARATION OF HEATHER HACKER IN SUPPORT OF
RELATOR'S OPPOSITION TO THE PPFA AFFILIATES' MOTION
FOR PROTECTIVE ORDER**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. Using the e-discovery platform Relativity, I retrieved the numbers of documents in each of the PPFA Affiliates' productions as well as the numbers of documents designated Attorney Eyes Only and Confidential. That data is reflected I the chart attached to this declaration as Exhibit 1.

3. The PPFA Affiliates have de-designated or re-designated some documents since they were originally produced. To the best of my knowledge, these numbers reflect the *current* designations of the produced documents. Thus, when originally produced, there were even more documents designated as AEO/Confidential.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2022.

/s/ Heather Hacker
Heather Hacker

# Exhibit 1

| PP Affiliate Production | Date | Total Docs | AEO | Confidential | % AEO/ Confidential | % AEO |
|---|---|---|---|---|---|---|
| PPGC012 | 10/24/22 | 11,726 | 7,639 | 1,168 | 75% | 65% |
| PPGT010 | 10/24/22 | 25,479 | 13,972 | 4,727 | 73% | 55% |
| PPST009 | 10/26/22 | 2,461 | 1,491 | 266 | 71% | 61% |
| PPGC013 | 11/8/22 | 17,822 | 9,028 | 3,533 | 70% | 51% |
| PPGT011 | 11/8/22 | 42,173 | 17,459 | 10,038 | 65% | 41% |
| PPST010 | 11/8/22 | 14,508 | 7,091 | 2,538 | 66% | 49% |
| PPGC014 | 11/16/22 | 72,551 | 23,722 | 7,733 | 43% | 33% |
| PPGT012 | 11/16/22 | 52,624 | 11,074 | 9,052 | 39% | 21% |
| PPST011 | 11/16/22 | 47,520 | 10,794 | 4,233 | 32% | 23% |
| PPGC015* | 11/22/22 | | | | | |
| PPGT013* | 11/22/22 | | | | | |
| PPST012* | 11/22/22 | | | | | |
| All Pre-Objection Productions | Before 10/19/22 | 34,261 | 8,226 | 10,040 | 53% | 24% |
| All Available Post-Objection Productions | 10/19/22- 11/21/22 | 286,864 | 102,270 | 43,288 | 51% | 37% |
| TOTAL: | | 321,125 | 110,496 | 53,328 | 51% | 34% |

\* Plaintiffs have not been able to access these productions yet so these numbers are not yet available.