# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

MARCUS  AARON  ASNER , Bar # MA9773

was duly admitted to practice in the Court on

February 25, 1997

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  November 21, 2022
New York, New York

Ruby J. Krajick    By    s/ S. Coretto
Clerk of Court          Deputy Clerk