IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Affiliate Defendants' Motion to File Under Seal Appendix in Support of Affiliate Defendants' Motion for Protective Order ("Motion") (ECF No. 255), filed on November 3, 2022. After considering the Motion, the Court **GRANTS** the Motion and directs the Clerk to file the Appendix under seal.

**SO ORDERED**.

November 29, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE