UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br>ALEX DOE, Relator, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION<br>OF AMERICA, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)  Civil Action No. 2:21-22<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned attorney enters his appearance as counsel for non-parties Louisiana Department of Health, Stephen Russo (in his official capacity), and Kimberly Sullivan (in her official capacity).

Dated: November 30, 2022

Respectfully submitted:

/s/ Joseph S. St. John
JOSEPH S. ST. JOHN (LSB 36682)
 *Deputy Solicitor General*
LOUISIANA DEPT. OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, LA 70112
stjohnj@ag.louisiana.gov
Tel: 225-485-2458

*Counsel for Non-Parties Louisiana Department of Health, Stephen Russo in his official capacity, and Kimberly Sullivan in her official capacity*

1

## CERTIFICATE OF SERVICE

I certify that on November 30, 2022, I am causing the foregoing document to be filed via the Court's ECF system, which will serve all counsel of record.

/s/ Joseph Scott St. John