UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX DOE, Relator, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)   Civil Action No. 2:21-22<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION**

Before the Court is Non-Party Louisiana Department of Health et al's Motion for Protective Order and to Quash Deposition Subpoenas, and For Expedited Consideration. Having considered the Motion, the Court **GRANTS** the Motion for Expedited Consideration.

Planned Parenthood is ORDERED to respond to the Motion for Protective Order and to Quash by **midnight on December 2, 2022**. Movants LDH et al are ORDERED to file any reply by **midnight on December 5, 2022**.

SO ORDERED.

This ___ day of December, 2022.

_____
MATTHEW J. KACSMARYK
U.S. DISTRICT JUDGE