# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX DOE, Relator, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:21-22 |

## [PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER

Before the Court is Non-Party Louisiana Department of Health et al's Motion for Protective Order and to Quash Deposition Subpoenas, and For Expedited Consideration. Having considered the Motion, the Court **GRANTS** the Motion for Protective Order and to Quash.

The subpoenas directed to non-parties Louisiana Department of Health ("LDH"), LDH attorney Stephen Russo, and LDH attorney Kimberly Sullivan were not validly served, *In re Dennis*, 330 F.3d 696 (5th Cir. 2003), and are therefore **QUASHED**.

SO ORDERED.

This ___ day of December, 2022.

_____
MATTHEW J. KACSMARYK
U.S. DISTRICT JUDGE