IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Non-Party Louisiana Department of Health *et al.*'s Motion for Protective Order and to Quash Deposition Subpoenas, and for Expedited Consideration (ECF No. 318), filed on November 30, 2022. The Court **GRANTS** the Motion for Expedited Consideration. The Court **ORDERS** Defendants to respond to the Motion for Protective Order and to Quash **on or before Friday, December 2, 2022**. Movants may file a reply **on or before Monday, December 5, 2022**.

**SO ORDERED.**

December 1, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE