IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH TEXAS, § <br> INC., PLANNED PARENTHOOD § <br> CAMERON COUNTY, INC., § <br> PLANNED PARENTHOOD SAN § <br> ANTONIO, INC., § <br> § <br> Defendants. § | Civil Action No. 2:21-CV-00022-Z |

**ORDER GRANTING STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE**

On this day the Court considered the State of Texas's Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. The Court finds that the motion is meritorious and that it should be, and hereby is, **GRANTED**.

2

IT IS THEREFORE ORDERED that RAYMOND CHARLES WINTER be withdrawn as Counsel of Record, and that CHRISTOPHER D. HILTON be entered as Attorney in Charge for the State of Texas in this cause.

Signed on this ___ day of _____, 2022

_____
Matthew J. Kacsmaryk
United States District Judge