UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX DOE, Relator, *et al.*, <br><br>        Plaintiffs <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, <br><br>        Defendants. | )<br>)<br>) Civil Action No. 2:21-22<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION TO FILE LESS THAN FIVE DAYS BEFORE DEPOSITION AND MOTION FOR EXPEDITED CONSIDERATION**

Before the Court is Non-Party Louisiana Department of Health et al's Second Motion for Protective Order and to Quash Deposition Subpoenas, For Leave to File Less than Five Days Before Deposition, and For Expedited Consideration. Having considered the Motion, the Court **GRANTS** the Motion for Leave to File and the Motion for Expedited Consideration.

Planned Parenthood is ORDERED to respond to the Second Motion for Protective Order and to Quash **on or before December 3, 2022**. Movants LDH et al are ORDERED to file any reply by **on or before December 5, 2022**, which may be consolidated with any reply in support of their First Motion for Protective Order.

SO ORDERED.

This ___ day of December, 2022.

_____
MATTHEW J. KACSMARYK
U.S. DISTRICT JUDGE