# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX DOE, Relator, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 2:21-22 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING SECOND MOTION FOR PROTECTIVE ORDER

Before the Court is Non-Party Louisiana Department of Health et al's Emergency Second Motion for Protective Order and to Quash Deposition Subpoenas. Having considered the Motion, the Court **GRANTS** the Motion for Protective Order and to Quash.

The subpoenas directed to non-parties Louisiana Department of Health ("LDH"), LDH attorney Stephen Russo, and LDH attorney Kimberly Sullivan were issued after the deadline for completion of discovery, call for compliance after the deadline for completion of discovery, and further provide an unreasonable time for compliance. The subpoenas are therefore **QUASHED**. Planned Parenthood shall not issue further subpoenas to LDH or its employees without leave of this Court.

SO ORDERED.

This ___ day of December, 2022.

_____
MATTHEW J. KACSMARYK
U.S. DISTRICT JUDGE