IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Non-Party Louisiana Department of Health *et al.*'s Second Motion for Protective Order and to Quash Deposition Subpoenas, For Leave to File Less than Five Days Before Deposition, and For Expedited Consideration (ECF No. 318), filed on December 2, 2022. The Court **GRANTS** the Motion for Leave to File and the Motion for Expedited Consideration. The Court **ORDERS** Defendants to respond to the Motion for Protective Order and to Quash **on or before Saturday, December 3, 2022**. Movants are **ORDERED** to file any reply **on or before Monday, December 5, 2022**, which may be consolidated with any reply in support of their First Motion for Protective Order.

**SO ORDERED**.

December 2, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE