IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD CAMERON § <br> COUNTY, INC., PLANNED § <br> PARENTHOOD SAN ANTONIO, § <br> INC., § <br> § <br> Defendants. § | Civil Action No. 2:21-CV-00022-Z |

**REPLY IN SUPPORT OF RELATOR'S JOINDER IN LOUISIANA'S
MOTIONS FOR PROTECTIVE ORDER**

Relator files this brief reply to reiterate Relator's joinder in LDH's request that the Court grant LDH's requested protective orders. Relator already explained that there was no agreement between the parties to broadly extend the discovery schedule. And the Court's order granting Defendants' motion to quash the deposition of

1

Melaney Linton cannot be construed as granting an extension of the schedule. Dkt. 293. Relator further notes that Defendants appear to be trying to use this to obtain a wholesale extension of the discovery period, as they have continued to attempt to serve additional discovery requests, disclosures, and produce documents after the discovery cutoff. Allowing an extension of the schedule now will thus prejudice Relator and the State, who complied with the Court's order and schedule.

It is Defendants' responsibility ensure that subpoenas to a third party are properly served. Defendants' failure to do so and to timely correct the problem should not open the door to extend the discovery deadline and allow for Defendants' other late efforts at discovery.

## CONCLUSION

The Court should grant LDH's motions for protective order and decline to extend the discovery deadline.

Respectfully submitted.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
Texas Bar No. 24103325
Andrew B. Stephens
Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

**Attorneys for Relator**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2022, this document was electronically filed and served via the Court's CM/ECF system.

                                        /s/ Heather Gebelin Hacker
                                        Heather Gebelin Hacker