IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § |
| Plaintiffs, | § |
| v. | § 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § |
| Defendants. | § |

## ORDER

Before the Court is State of Texas's Motion to Withdraw Counsel and Designation of Attorney in Charge ("Motion") (ECF No. 321), filed on December 1, 2022. Current lead counsel Raymond Charles Winter is no longer employed by the Attorney General's Office. Christopher D. Hilton, Chief of the General Litigation Division, has been assigned as Attorney in Charge to represent Texas. Accordingly, the Court **GRANTS** the Motion.

**SO ORDERED**.

December 6, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE