IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | § | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Planned Parenthood Gulf Coast, Inc.'s Motion to File Under Seal Portion of Planned Parenthood Gulf Coast, Inc's Motion for Protective Order and to Quash Relator's Notice of Deposition of Melany Linton [ECF 268] and Exhibit 1 in Support of Same ("Motion") (ECF No. 269-1), filed on November 10, 2022. Having considered the Motion, the Court **GRANTS** the Motion and directs the Clerk to file the portions of ECF No. 268 and Exhibit 1 under seal.

**SO ORDERED.**

December 7, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE