# Exhibit 06

Affiliate Defendants' Responses to the Challenged Designations
December 9, 2022

| | Bates Range | APP No. | Document Description | Date Produced | Original Designation | Final Designation | Reason for Retaining Non-Public Designation |
|---|---|---|---|---|---|---|---|
| 1 | PPGC00182438–PPGC00182465 | 5-32 | 5/3/2013 CHC Ancillary Agreement Fully Executed | 10/3/2022 | AEO | Public | |
| 2 | PPGC00182410–PPGC00182437 | 33-60 | 5/3/2013 CHC Ancillary Agreement FFE | 10/3/2022 | AEO | Public | |
| 3 | PPGC00190786-PPGC00190806 | 61-81 | 12/23/2019 Bright Health - Medical Group Agreement Template | 10/7/2022 | AEO | Public | |
| 4 | PPGC00217016–PPGC00217064 | 82 - 130 | 7/13/2021 Texas SB 8 Complaint | 10/7/2022 | AEO | Public | |
| 5 | PPGC00005082 - PPGC00005085 | 131-134 | 8/2/2016 Email re Case # 4793654 PPGC | 8/2/2022 | AEO | AEO | Contains PII |
| 6 | PPGT00001491–PPGT00001494 | 135-138 | 4/5/2016 Cleaver email to Hays re Signed agreement | 8/2/2022 | AEO | Public | |
| 7 | PPGT00000683 | 139 | 2/22/2016 Hill email to Cleaver fw TMHP Navicure Rejections | 8/2/2022 | AEO | AEO | Contains PII |
| 8 | PPGT00117040 | 140 | 2/24/2014 McKinney email to SMA re Molina | 10/7/2022 | AEO | Public | |
| 9 | PPGT00010717 – PPGT00010720 | 141-144 | 11/23/2020 McKinney email to Lambrecht re 5th Circuit Ruling re Planned Parenthood in Medicaid | 9/19/2022 | AEO | Public | |
| 10 | PPGT00009678–PPGT00009681 | 145-148 | 11/23/2020 Hart email to Anderson re FINAL DRAFT – 5th Circuit Ruling re Planned Parenthood in Medicaid | 9/19/2022 | AEO | Public | |
| 11 | PPGC00190550– | 149 - | Exhibit A.2_Experian | 10/7/2022 | AEO | Public | |

|    |                                   |              |                                                                                                          |           |              |              |                                                                       |
|----|-----------------------------------|--------------|----------------------------------------------------------------------------------------------------------|-----------|--------------|--------------|-----------------------------------------------------------------------|
|    | PPGC00190557                      | 156          | Health Solution Details                                                                                  |           |              |              |                                                                       |
| 12 | PPGT00010425–PPGT00010428         | 157-160      | PPGT Statement of Grant                                                                                  | 9/19/2022 | AEO          | Confidential | Nonpublic Commercial Strategic Programming Information |
| 13 | PPGC00173581–PPGC00173741         | 161-321      | Texas HHS Family Planning Program Policy Manual 2019                                                     | 10/3/2022 | AEO          | Public       |                                                                       |
| 14 | PPGC00173051-PPGC00173462         | 322-733      | Uniform Managed Care Contract                                                                            | 10/3/2022 | AEO          | Public       |                                                                       |
| 15 | PPGT00095206-PPGT00095264         | 734-792      | Live Action: Lies, Corruption, and Scandal—Six Years of Exposing Planned Parenthood                      | 10/7/2022 | AEO          | Public       |                                                                       |
| 16 | PPST00100702-PPST00100705         | 793-796      | 6/12/2020 Hons email to Koester re We said we wouldn't stop                                              | 11/7/2022 | AEO          | Public       |                                                                       |
| 17 | PPGT00085400                      | 797          | 5/29/2014 McKinney email to Wheat re Just got your vim about Anna Franks…                                | 10/3/2022 | AEO          | Public       |                                                                       |
| 18 | PPST00053611-PPST00053749         | 798-859      | 6/1/2020 SBA Letter and attachments                                                                      | 10/7/2022 | AEO          | Public       |                                                                       |
| 19 | PPST00000554-PPST00000555         | 860-861      | 1/18/2019 Hons email to group re 5th circuit ruling                                                      | 8/2/2022  | AEO          | AEO          | Contains PII                                                          |
| 20 | PPGT00117243-PPGT00117246         | 862-865      | 12/16/2013 Email re Medicaid and PPGT services update                                                    | 10/7/2022 | AEO          | AEO          | Contains PII                                                          |
| 21 | PPGT00090442-PPGT00090445         | 866-869      | 10/22/2021 Krasnoff to Affiliates re Supreme Court Grants Review and Orders Oral Argument in Cases Brought by DOJ et al | 10/7/2022 | AEO          | Public       |                                                                       |
| 22 | PPST00060345-PPST00060364         | 870-889      | PPST 2021 Winter Horizons                                                                                | 10/7/2022 | AEO          | Public       |                                                                       |
| 23 | PPGT00090446-PPGT00090449         | 890-894      | 10/22/2021 McGill Johnson email re Board Note: Bans Off                                                  | 10/7/2022 | Confidential | Public       |                                                                       |
| 24 | PPGC00217013-PPGC00217015         | 895-897      | 7/13/2021 Frey email re Abortion Ban                                                                     | 10/7/2022 | Confidential | Public       |                                                                       |
| 25 | PPST00050439-                     | 898-         | 1/9/2013 Mueller                                                                                         | 10/7/2022 | Confidential | Confidential | Nonpublic                                                             |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | PPST00050440 | 899 | email to group re: Approval of First Oral Contraceptive for Planned Parenthood | | | | Commercial Business Relationship |
| 26 | PPGT00099064-PPGT00099065 | 900-901 | 10/27/2015 Lambrecht email to McKinney et al fw Alert: New CMP video released | 10/7/2022 | Confidential | Public | |
| 27 | PPGT00008867-PPGT00008869 | 902-904 | 11/23/2020 Hart email to McKinney fw FEDERAL COURT ALLOWS TEXAS POLITICIANS TO BLOCK HEALTH CARE ACCESS FOR MEDICAID PATIENTS | 9/15/2022 | Confidential | Public | |
| 28 | PPST00060277-PPST00060284 | 905-912 | 3/3/2021 Hons email to group re RHIA ventures recent newsletter | 10/7/2022 | Confidential | Confidential | Nonpublic Commercial Business Relationship |
| 29 | PPST00050298-PPST00050299 | 913-914 | 10/27/2017 Collins email to Hons; Lambrecht; Linton re Expansion to TX | 10/7/2022 | Confidential | Confidential | Nonpublic Commercial Business Relationship |
| 30 | PPGC00171083-PPGC00171088 | 915-920 | 1/15/2021 Email re Texas Medicaid | 10/3/2022 | Confidential | Confidential | Nonpublic Commercial Business Relationship |
| 31 | PPGT00094676-PPGT00094678 | 921-923 | 7/24/2015 McGarr email to Lambrecht re Updates for you | 10/7/2022 | Confidential | Public | |
| 32 | PPGC00190122-PPGC00190127 | 924-929 | FY18 Year End - Overdue Activities Report 9.11.18 | 10/7/2022 | Confidential | Public | |
| 33 | PPST00043188 | 930 | 2/17/2021 Fjerstad email to Dickman re Good editorial | 10/7/2022 | Confidential | Public | |
| 34 | PPGT00101221-PPGT00101222 | 931-932 | 10/11/2021 State of Louisiana Letter | 10/7/2022 | Confidential | Public | |
| 35 | PPGT00000020 | 933 | 5/2/2016 Hill meeting invite to Cleaver; Watson re Spitting Encounters | 8/2/2022 | Confidential | Public | |
| 36 | PPGT00016608- | 934- | 3/19/2021 Navarro | 10/3/2022 | Confidential | Public | |

|    | Bates              | Pages       | Description | Date | Designation | Proposed | Reason |
|----|--------------------|-------------|-------------|------|-------------|----------|--------|
|    | PPGT00016617 | 943 | email re Biden-Harris Admin Announces Plans to Rescind Title X Gag Rule | | | | |
| 37 | PPGT00050423-PPGT00050429 | 944-950 | 5/14/2021 Navarro email re FCA Announces Review of Mifepristone REMS… | 10/3/2022 | Confidential | Public | |
| 38 | PPGT00016134-PPGT00016141 | 951-958 | 7/2/2021 Vllasenor email re Generation Equality Forum—House Appropriations Committee Markups… | 10/3/2022 | Confidential | Public | |
| 39 | PPGC00007412-PPGC00007417 | 959-964 | 12/28/2016 Linton email to Kennedy; Gutierrez re PPTV updates and next board meeting | 8/2/2022 | Confidential | Public | |
| 40 | PPGT00001761-PPGT00001764 | 965-968 | PPGT W9 | 8/2/2022 | Confidential | Public | |
| 41 | PPGT00003134 | 969 | 12/15/2015 PPGT Contracted Plans | 8/2/2022 | Confidential | Public | |
| 42 | PPGT00010758-PPGT00010761 | 970-973 | 12/21/2016 McKinney email to Watson re Medicaid Defunding Update | 9/19/2022 | Confidential | Public | |
| 43 | PPST00038642-PPST00038647 | 974-979 | PPCC CDBG updated policies | 10/7/2022 | Confidential | Confidential | Nonpublic Commercial Business Relationship |
| 44 | PPST00048567-PPST00048575 | 980-988 | 6/18/2019 Hologic Contract FINAL | 10/7/2022 | Confidential | Public | |