IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION | § | |
| OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Planned Parenthood Gulf Coast, Inc.'s Motion for Protective Order and to Quash Relator's Notice of Deposition of Melaney Linton ("Motion") (ECF No. 338), filed on December 7, 2022. The Motion appears to be a duplicate of a motion filed on November 10, 2022. *See* ECF No. 268. The Court granted that motion and ordered Ms. Linton to make herself available for her deposition on December 10. ECF No. 293 at 3. That date has now passed. The Court also granted Defendant's request to file under seal portions of the November 10 motion. ECF No. 337. Accordingly, the Court **DENIES** the Motion as moot.

**SO ORDERED**.

December 15, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE