IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.* <br><br> *Defendants.* | Civil Action No. 2-21-CV-022-Z |

**STATE OF TEXAS'S MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF TEXAS'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS IDENTIFIED ON DEFENDANTS PRIVILEGE LOGS**

Plaintiff the State of Texas ("Texas" or "State") respectfully submits this Motion to Expedite Briefing on its Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs. Dkt. 342-2. Because motions for summary judgment are due on December 27, 2022—in 12 days—Texas respectfully requests that this Court enter the proposed Order and require Defendants file a response by Monday, December 19, 2022, and allow Texas to file a Reply on Tuesday, December 20, 2022.

As detailed in the State's Motion to Compel, Defendants have withheld hundreds of communications based on assertions of attorney-client privilege, the veracity of which was vitiated in recent depositions. The documents at issue include communications between PPFA's Litigation and Law Department (L&L) and various members of other entities and organizations including PPFA management, Planned

Parenthood affiliates, and other ancillary organizations such as Planned Parenthood Texas Votes ("PPTV").

The State first questioned Affiliate Defendants' sweeping claims of privilege on October 11, 2022. Affiliates responded with a six-page letter affirming their claims of privilege. Subsequent deposition testimony from the CEO and President of PPGT, Affiliate PPST's corporate representative, and two PPFA corporate representatives has revealed there is no legitimate basis for the privilege as claimed. The PPFA corporate representatives' depositions concluded on November 29, 2022, with the unequivocal testimony that PPFA did not have an attorney-client relationship with L&L concerning the litigation related to the termination of Affiliate Defendants from Texas Medicaid. The next day, the State requested Defendants make full production of the non-privileged communications the State identified. Despite efforts to reach an agreement, the parties remain opposed. The State respectfully requests the Court order expedited briefing on this issue so that Texas has an opportunity to review these documents before the summary judgment deadline.

## CONCLUSION

The State respectfully requests that the Court grant its Motion for Expedited Briefing. The State proposes the Court order Defendants to respond to the State's Motion to Compel by December 19, 2022 and the State to file any reply on December 20, 2022.

Dated: December 15, 2022

                Respectfully submitted,

                **KEN PAXTON**
                Attorney General of Texas

                **BRENT WEBSTER**
                First Assistant Attorney General

                **GRANT DORFMAN**
                Deputy First Assistant Attorney General

                **SHAWN E. COWLES**
                Deputy Attorney General for Civil Litigation

                */s/ Christopher D. Hilton*
                **CHRISTOPHER D. HILTON**
                Chief, General Litigation Division
                Texas Bar. No. 24087727

                **AMY SNOW HILTON**
                Assistant Attorney General
                General Litigation Division
                Texas Bar No. 24097834

                Office of the Attorney General
                P.O. Box 12548, Capitol Station
                Austin, Texas 78711-2548
                (512) 463-2120 / Fax (512) 320-0667
                Christopher.Hilton@oag.texas.gov
                Amy.Hilton@oag.texas.gov

                **ATTORNEYS FOR STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

I certify that counsel for the State of Texas has conferred with counsel for Defendants. Defendants oppose this Motion for Expedited Briefing.

*/s/ Christopher D. Hilton*
**CHRISTOPER D. HILTON**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the foregoing document was filed electronically via CM/ECF on December 15, 2022, causing electronic service on all counsel of record.

              */s/ Christopher D. Hilton*
              **CHRISTOPER D. HILTON**