IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.* <br><br> *Defendants.* | Civil Action No. 2-21-CV-022-Z |

**[PROPOSED] ORDER GRANTING
STATE OF TEXAS'S MOTION TO EXPEDITE BRIEFING**

Before the Court is the State of Texas's Motion to Expedite Briefing and Consideration of Texas's Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs ("Motion"), filed on December 15, 2022. Having considered the Motion, pleadings, and relevant law, the Court concludes the Motion is meritorious and should be granted.

Therefore, the Motion is **GRANTED**.

It is **ORDERED** that Defendants, Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., are to file their responses **on or before Monday, December 19, 2022.**

The Court further **ORDERS** the State of Texas to file a reply **on or before Tuesday, December 20, 2022.**

**SO ORDERED**.

December ___, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE