IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the State of Texas's Motion to Expedite Briefing and Consideration of Texas's Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs ("Motion") (ECF No. 343), filed on December 15, 2022. The Court **GRANTS** the Motion and hereby **ORDERS** Defendants to respond to the motion to compel **on or before December 21, 2022**. Texas may file a reply **on or before December 23, 2022**. To accommodate this change to the briefing schedule, the Court **ORDERS** parties to file any dispositive motions **on or before January 6, 2023**.

**SO ORDERED**.

December 16, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE