## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

United States of America
*ex rel.* ALEX DOE, Relator,

The State of Texas
*ex rel.* ALEX DOE, Relator,

The State of Louisiana
*ex rel.* ALEX DOE, Relator,
     Plaintiffs,

v.

Planned Parenthood Federation of America, Inc.,
Planned Parenthood Gulf Coast, Inc., Planned
Parenthood of Greater Texas, Inc., Planned
Parenthood South Texas, Inc., Planned Parenthood
Cameron County, Inc., Planned Parenthood San
Antonio, Inc.,
     Defendants.

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

CIVIL ACTION NO. 2:21-CV-
00022-Z

Date:     December 16, 2022

## DEFENDANTS' MOTION TO COMPEL THE STATE OF TEXAS
## TO REVISE ITS PRIVILEGE LOG AND PRODUCE CERTAIN DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37, Defendants Planned Parenthood Gulf

Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc.,

Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc. (together,

"Affiliate Defendants"), and Planned Parenthood Federation of America, Inc. (together with

Affiliate Defendants, "Defendants"), hereby respectfully move the Court the Court to compel

Plaintiff the State of Texas to:

1.      Submit affidavits or other evidence sufficient to justify and support its claims of privilege over the categories of materials identified in the brief in support of this Motion, as well as the process it used to determine which documents would be withheld as privileged and then to describe those documents on its logs.

2.      Revise its privilege logs to bring them in compliance with the Court's Orders, including by reconsidering the applicability of its assertions of privilege, so that Defendants can properly assess Texas's privilege claims.

3.      Produce all documents Texas has withheld pursuant to the legislative privilege.

Dated:  December 16, 2022                   Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ *Tirzah S. Lollar*

Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
Meghan C. Martin
Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Paula Ramer

250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, and Planned Parenthood San Antonio*

O'MELVENY MYERS LLP

/s/ *Danny S. Ashby*
DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
JUSTIN R. CHAPA
Texas Bar No. 24074019
jchapa@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (pro hac vice)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned
Parenthood Federation of America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

<i>/s/ Tirzah S. Lollar</i>_____<br>Tirzah S. Lollar