IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>     Plaintiffs,<br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>     Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br>Date:    December 16, 2022 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE STATE OF TEXAS TO REVISE ITS PRIVILEGE LOG AND PRODUCE CERTAIN DOCUMENTS

After considering Defendants' Motion to Compel the State of Texas to Revise Its Privilege Log and Produce Certain Documents ("Motion"), filed on December 16, 2022, the Memorandum of Law in support thereof, the opposition, and any reply, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED.** It is **ORDERED** that Plaintiff the State of Texas shall:

1

1.  Submit affidavits or other evidence sufficient to justify and support its claims of privilege over the categories of materials identified in the brief in support of this Motion, as well as the process it used to determine which documents would be withheld as privileged and then describe those documents on its logs.

2.  Revise its privilege logs to bring them in compliance with the Court's Orders, including by reconsidering the applicability of its assertions of privilege, so that Defendants can properly assess Texas's privilege claims.

3.  Produce all documents Texas has withheld pursuant to the legislative privilege.

**SO ORDERED.**

December ___, 2022

_____
JUDGE MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE