**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator, | § § § § § | |
| | § | CIVIL ACTION NO. 2:21-CV-<br>00022-Z |
| The State of Texas<br>*ex rel.* ALEX DOE, Relator, | § § | |
| | § | |
| The State of Louisiana<br>*ex rel.* ALEX DOE, Relator, | § § | |
| Plaintiffs, | § | Date:    December 16, 2022 |
| v. | § § | |
| Planned Parenthood Federation of America, Inc.,<br>Planned Parenthood Gulf Coast, Inc., Planned<br>Parenthood of Greater Texas, Inc., Planned Parenthood<br>South Texas, Inc., Planned Parenthood Cameron<br>County, Inc., Planned Parenthood San Antonio, Inc., | § § § § § | |
| Defendants. | § § § § § § § § | |

**DEFENDANTS' MOTION TO EXPEDITE BRIEFING
OF DEFENDANTS' MOTION TO COMPEL**

On December 16, 2022, Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc. (together, "Affiliate Defendants"), and Planned Parenthood Federation of America, Inc. (together with Affiliate Defendants, "Defendants"), filed a Motion to Compel the State of Texas To Revise its Privilege Log and Produce Certain Documents ("Defendants' Motion"). Pursuant to an Order issued by the Court

1

on December 16, 2022 Order ("Order"), Defendants must respond to the State of Texas's Motion to Compel Defendants' Production of Documents Identified on Defendant's Privilege Logs ("Plaintiff's Motion") by December 21, with any reply due on December 23.   ECF 345. Defendants respectfully request that the Court order Texas to respond to Defendants' Motion on the same expedited schedule.

## DISCUSSION

As outlined in Defendants' Motion, Defendants respectfully move the Court, pursuant to Federal Rule of Civil Procedure 37, for an order compelling the State of Texas to produce certain documents withheld as privileged, to submit affidavits explaining the process it used to determine which documents are privileged, and to revise its privilege logs in accordance with the Joint Proposed Order Regarding the Production of Electronically Stored Information and Hard Copy Documents [Dkt. 130], which was entered by the Court [Dkt. 139], and the Court's November 8, 2022 Order [Dkt. 262].

In its December 16, 2022 Order, the Court ordered Defendants to respond to Texas's Motion to Compel, filed on December 15, 2022, on or before December 21, 2022 [Dkt. 345].  The Court also ordered Texas to file any reply on or before December 23, 2022 [Dkt. 345].  A briefing schedule for Defendants' Motion in line with the Court's December 16 Order will allow for the issues raised in Defendants' Motion to be resolved as expeditiously as possible.  Therefore, Defendants respectfully request that the Court order Texas to respond to Defendants' Motion on or before December 21, 2022, and that Defendants file any reply on or before December 23, 2022.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court expedite briefing. Defendants propose that the Court order Plaintiffs' response to Defendants' Motion to Compel the

State of Texas be filed on or before December 21, 2022, and Defendants to file any reply on or before December 23, 2022.

Dated:  December 16, 2022

Respectfully submitted,

Arnold & Porter Kaye Scholer LLP

By:   /s/ *Tirzah S. Lollar*

Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
Meghan C. Martin
Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com

3

1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, and Planned Parenthood San Antonio*

O'MELVENY MYERS LLP

/s/ *Danny S. Ashby*
DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
JUSTIN R. CHAPA
Texas Bar No. 24074019
jchapa@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (pro hac vice)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 16, 2022, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar