IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>    Plaintiffs,<br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br><br>Date:    December 16, 2022 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXPEDITE BRIEFING OF DEFENDANTS' MOTION TO COMPEL

Before the Court is the Defendant's Motion to Expedite Briefing on Defendant's Motion to Compel ("Motion"), filed on December 16, 2022. The Court **ORDERS** Texas to respond to the Motion **on or before December 21, 2022**. Defendants may file a reply **on or before December 23, 2022.**

    **SO ORDERED.**

    December ___, 2022                                    _____

                                                                         JUDGE MATTHEW J. KACSMARYK<br>                                                                         UNITED STATES DISTRICT JUDGE