# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 2-21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.* | § § § | |
| Defendants. | § | |

## TEXAS'S RESPONSE TO MOTION TO EXPEDITE BRFIEFING OF DEFENDANTS' MOTION TO COMPEL

The State of Texas respectfully requests the same number of days to respond to Defendants' Motion to Compel as Defendants have received to respond to Texas's Motion to Compel. The Court has given Defendants six days to respond to Texas's Motion to Compel. Dkt. 345. Defendants filed their Motion to Compel and Motion to Expedite at 10:49pm and 11:00pm, respectively, on Friday, December, 16, 2022. Accordingly, Texas respectfully requests that its Response to Defendants' Motion to Compel be due on or before Thursday, December, 22, 2022. Texas does not oppose Plaintiffs having two days to file a reply—the same number of days Texas has to file a reply to its own motion to compel. This would make Defendants' reply due on or before December 24, 2022.

Dated: December 19, 2022

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727

**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov

**ATTORNEYS FOR STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, this document was electronically

filed and served via the Court's CM/ECF system.

> */s/ Christopher D. Hilton*
> **CHRISTOPHER D. HILTON**