# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* §§§§§ *Plaintiffs,* §§ v. § PLANNED PARENTHOOD FEDERATION §§§ OF AMERICA, INC., *et al.* §§ *Defendants.* § | Civil Action No. 2-21-CV-022-Z |

# PROPOSED ORDER

Before the Court is Defendants' Motion to Expedite Briefing of Defendants' Motion to Compel. Dkt. 350. After considering the Motion and Texas's Response, the Court hereby **ORDERS** Texas to respond to the motion to compel **on or before December 22, 2022**. Defendants may file a reply **on or before December 24, 2022**.

**SO ORDERED.**

December ___, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE