# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.*  *Plaintiffs*,  v.  PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*  *Defendants.* | § § § § § § § § § § § §  Civil Action No. 2-21-CV-022-Z |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned attorney, Reynolds Brissenden, enters his appearance as counsel for the State of Texas. Mr. Brissenden is a member in good standing of the State Bar of Texas and is admitted to the United States District Court for the Northern District of Texas. The State of Texas requests that the undersigned attorney be added to the Court's list of counsel and that he will be copied with all notices, correspondence, and documents in this matter.

Reynolds Brissenden
Texas State Bar No. 24056969
Reynolds.Brissenden@oag.texas.gov
Office of the Attorney General of Texas
300 W 15th Street
WP Clements Bldg., 9th Floor
Austin, Texas 78701
Telephone: 512-936-2158
Fax: 512-499-0712

Dated: December 19, 2022

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727
Lead Counsel

**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834

*/s/ Reynolds Brissenden*
**REYNOLDS BRISSENDEN**
Director of Litigation
Assistant Attorney General
Civil Medicaid Fraud Division
Texas Bar No. 24056969
Reynolds.Brissenden@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov

**ATTORNEYS FOR STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, this document was electronically filed and served via the Court's CM/ECF system.

*/s/ Reynolds Brissenden*
**REYNOLDS BRISSENDEN**
