IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | | |
| Defendants. | | |

## ORDER

Before the Court is the State of Texas's Motion to File Under Seal ("Motion") (ECF No. 342), filed on December 15, 2022. The Court directs the Clerk to file the Motion to Compel and Appendix in Support of Texas's Motion to Compel under seal. If Defendants oppose the Motion, Defendants must file a response **on or before January 5, 2023**. Parties must respond to the motion to compel according to the expedited briefing schedule. *See* ECF No. 345.

**SO ORDERED.**

December 19, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE