IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD | § | |
| FEDERATION OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Expedite Briefing on Defendants' Motion to Compel ("Motion") (ECF No. 350), filed on December 16, 2022. The Court **GRANTS** the Motion and hereby **ORDERS** Texas to respond to the motion to compel (ECF No. 347) **on or before December 22, 2022.** Defendants may file a reply **on or before December 24, 2022.**

**SO ORDERED.**

December *19*, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE