IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Civil Action No. 2-21-CV-022-Z |

## [PROPOSED] ORDER ON STATE OF TEXAS'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS IDENTIFIED ON DEFENDANTS' PRIVILEGE LOGS

Before the Court is the State of Texas's Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs (filed on December 15, 2022) and Supplement to Texas's Motion to Compel (filed on December 19, 2022). Having considered the pleadings and relevant law, the Court concludes the Motion to Compel is meritorious and should be granted.

Therefore, the Motion is **GRANTED**. It is **ORDERED** that Defendant Planned Parenthood Federation of America, Inc. produce all documents identified in the State's Appendix at Appx. 094–99, including all attachments to each communication, within **3 calendar days of this Order**.

It is further **ORDERED** that Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc., produce all documents identified in the State's Appendix at Appx.077–93 and Suppl. Appx. at 5–25, including all attachments to each communication, within **3 calendar days of this Order**.

**SO ORDERED**.

December ___, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE