# AND THE IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>　　　　Plaintiffs,<br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:21-CV-00022-Z<br><br>DATE: December 20, 2022 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO MODIFY THE BRIEFING SCHEDULE FOR TEXAS'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS IDENTIFIED ON DEFENDANTS' PRIVILEGE LOGS

Now pending before the Court is Defendants' Emergency Motion to Modify the Briefing Schedule for Texas's Motion (the "Motion") to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs (the "Emergency Motion to Modify"). Having considered the Emergency Motion to Modify, and any opposition and reply, the Court **ORDERS** that the Emergency Motion to Modify is **GRANTED**. Accordingly, the Court **ORDERS** that the following schedule shall apply to the Motion:

- Defendants shall file their opposition to Texas's Motion and Supplemental Motion on or before **December 29, 2022**

- Texas shall file any reply on or before **December 30, 2022**

**SO ORDERED.**

Signed this ____ day of _____ 2022

_____
JUDGE MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE