UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2-21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.* | § § § § | |
| *Defendants*. | § | |

**TEXAS'S RESPONSE TO DEFENDANTS' EMERGENCY
MOTION TO MODIFY THE BRIEFING SCHEDULE
ON TEXAS'S MOTION TO COMPEL**

Defendants' decision to serve privilege logs *weeks* after the close of discovery should not entitle them to more time to further delay the resolution of these issues. Contrary to Defendants' representations to the Court, Texas's Supplement includes no new bases for challenging Defendants' privilege claims. Rather, as explained in Texas's Motion to Compel, Defendants have been on notice of the arguments in Texas's Motion and Supplement *for over nine weeks*. Defendants bemoan that "the Supplement appears to *more than* triple the number of documents Texas is challenging," (Dkt. 359 at 2) (emphasis in original), but their complaint is due to their own conduct. Defendants' production of a third privilege log on the day Texas filed its Motion to Compel and *revised* third privilege log three days later comes weeks after the close of discovery. Texas has already been substantially prejudiced by Defendants'

dilatory tactics, and further delay will only exacerbate that prejudice—particularly when Defendants now ask that their response be due only eight days before the dispositive motion deadline.

Defendants have delayed and stalled Texas's every effort to resolve the issues in Texas's Motion to Compel since Texas first raised them with Defendants on October 11, 2022. Faced with the consequences of their own delay, Defendants ask the Court to allow them even more time to postpone the resolution of these issues. Texas respectfully asks the Court to deny Defendants' Emergency Motion to Modify the Briefing Schedule for Texas's Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs.

Dated: December 20, 2022

        Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727

**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834

**REYNOLDS BRISSENDEN**
Director of Litigation
Senior Litigation Counsel
Civil Medicaid Fraud Division
Texas Bar No. 24056969

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov
Reynolds.Brissenden@oag.texas.gov

**ATTORNEYS FOR STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, this document was electronically filed and served via the Court's CM/ECF system.

<u>/s/ Christopher D. Hilton</u>
**CHRISTOPHER D. HILTON**
