IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD FEDERATION § <br> OF AMERICA, INC., *et al.*, § <br> § <br> Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is Relator's Motion to File Under Seal ("Motion") (ECF No. 311), filed on November 25, 2022. Having considered the Motion, the Court **GRANTS** the Motion and directs the Clerk to file the attached Appendix in Support of Relator's Opposition to the PPFA Affiliates' Motion for Protective Order under seal.

**SO ORDERED.**

December 20, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE