IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Emergency Motion to Modify the Briefing Schedule for Texas's Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs ("Motion") (ECF No. 359), filed on December 20, 2022. The Court **DENIES** the Motion.

**SO ORDERED.**

December 20, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE