IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | NO. 2:21-CV-00022-Z |

## DECLARATION OF SETH BAGLIN

I, Seth Baglin, declare and state as follows:

1. I am a counsel at O'Melveny & Myers LLP and, under supervision of partners at O'Melveny, represent Defendant Planned Parenthood Federation of America, Inc. ("PPFA") in the above-captioned action.

2. I am familiar with the claims and allegations in this litigation. I am over the age of 18 and have personal knowledge of the matters herein.

3. I make this declaration in support of PPFA's Opposition to the State of Texas's Motion to Compel Production of Documents Identified on Defendants' Privilege Logs. If called upon to testify, I could and would testify to the facts in this declaration.

4. I have reviewed the challenged PPFA privilege log entries and underlying documents identified in Plaintiffs' Motion to Compel Defendant's Production of Documents Identified on Defendants' Privilege Logs

5. All of Plaintiffs' 91 challenged documents appear on PPFA's privilege log because the communications involve members of PPFA's Litigation and Law Department, Jennifer Sandman (89 logged communications) and Carrie Flaxman (3 logged communications).

6. 10 of the 91 challenged documents contain privileged communications that involve members of PPFA's communications department.

7. 26 of the 91 challenged documents do not relate to the underlying Medicaid-termination proceedings of the Affiliates and are identified below:

| PRIV-002291 | PRIV-002315 | PRIV-002324 | PRIV-002325 |
| --- | --- | --- | --- |
| PRIV-002326 | PRIV-002327 | PRIV-002328 | PRIV-002329 |
| PRIV-002330 | PRIV-002331 | PRIV-002332 | PRIV-002333 |
| PRIV-002334 | PRIV-002335 | PRIV-002336 | PRIV-002337 |
| PRIV-002338 | PRIV-002340 | PRIV-002369 | PRIV-002373 |
| PRIV-002374 | PRIV-002375 | PRIV-002392 | PRIV-002394 |
| PRIV-002395 | PRIV-002396 | | |

Executed on December 21, 2022 in Los Angeles, California.

_____
Seth Baglin