# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator | § § § § |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator | § § § § |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § |
| Plaintiffs, | § § |
| v. | § § |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § |
| Defendants. | § § § |

No. 2:21-cv-022-Z

Date:    December 21, 2022

**APPENDIX A IN SUPPORT OF PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO TEXAS'S MOTION TO COMPEL**

1

# APPENDIX A

| Priv Log # | Date | Author | Recipient(s) | Privilege Type | Privilege Description |
|---|---|---|---|---|---|
| PRIV-002279 | 6/24/2020 | Sandman, Jennifer* | Linton, Melanie; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Sharmeen, Aly; Khan, Alyah; Clark, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard*; Flaxman, Carrie* | Attorney Client Privilege; Work Product; Common Interest | Confidential email requesting and providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002280 | 1/4/2021 | Sandman, Jennifer* | Hons, Jeffrey; Lambrecht, Ken; McKinney, Sheila; Wiens-Talbert, Angie; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Linton, Melaney; Gottlieb, Kathryn*; Krasnoff, Helene*; Flaxman, Carrie*; Ledoux, Abigail; Khan, Alyah; Bajramovic, Hana* | Attorney Client Privilege; Work Product; Common Interest | Confidential email containing legal advice from the in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002309 | 1/6/2021 | Wheat, Sarah | Sandman, Jennifer*; Khan, Alyah; Ledoux, Abigail; Posada, Mara; Limon- Mercado, Dyana; Hart, Kelly; Rochelle, Tafolla; Wiens-Talbert, Angie; Gottlieb, Kathryn*; McKinney, Sheila; Barraza, Polin*; Curtis, Alfred;; Krasnoff, Helene* | Attorney Client Privilege; Work Product | Confidential email discussing legal advice from in-house counsel Helene Krasnoff, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002310 | 1/5/2021 | Sandman, Jennifer* | Khan, Alyah; Ledoux, Abigail; Posada, Mara; Wheat, Sarah; Limon-Mercado, Dyana; Hart, Kelly; Rochelle, Tafolla; Wiens-Talbert, Angie; Gottlieb, Kathryn*; McKinney, Sheila; Barraza, Polin*; Curtis, Alfred; Krasnoff, Helene* | Attorney Client Privilege; Work Product | Confidential email containing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002311 | 6/24/2020 | Sandman, Jennifer* | Linton, Melanie; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Sharmeen, Aly; Khan, Alyah; Clark, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard*; Flaxman, Carrie* | Attorney Client Privilege; Work Product | Confidential email containing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002312 | 6/24/2020 | Sandman, Jennifer* | Linton, Melanie; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Sharmeen, Aly; Khan, Alyah; Clark, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard*; Flaxman, Carrie* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002313 | 6/24/2020 | Sandman, Jennifer* | Linton, Melanie; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottleib, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Sharmeen, Aly; Khan, Alyah; Clark, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002314 | 6/24/2020 | Sandman, Jennifer* | Linton, Melanie; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottleib, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Sharmeen, Aly; Khan, Alyah; Clark, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002315 | 4/21/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Barraza, Polin*; McKinney, Sheila; Posada; Limon- Mercado, Dyana; Wiens-Talbert, Angie; Wheat, Sarah; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah*; Clarke, Christine*; Wu, Angela | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002316 | 12/16/2020 | Sandman, Jennifer* | Wheat, Sarah; Weins-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melanie; Gottleib, Kathryn*; Barrza, Polin; McKinney, Sheila; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Keiser, Autumn; Posada, Mara; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002317 | 12/16/2020 | Sandman, Jennifer* | Khan, Alyah; Benazar Acosta, Gabriela; Limon- Mercado, Dyana; Ledoux, Abigail; Soto, Alejandra; Gottlieb, Kathryn*; Hart, Kelly; Johnson, Anjel; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Wheat, Sarah | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002318 | 12/14/2020 | Sandman, Jennifer* | Wheat, Sarah; Weins-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melanie; Gottleib, Kathryn*; Barrza, Polin; McKinney, Sheila; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Keiser, Autumn; Posada, Mara; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002319 | 12/14/2020 | Sandman, Jennifer* | Weins-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melanie; McKinney, Sheila; Barraza, Polin*; Gottlieb, Kathryn*; Wheat, Sarah; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Posada, Mara; Keiser, Autumn; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002324 | 4/7/2020 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah*; Clarke, Christine* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding media relations. |
| PRIV-002325 | 4/7/2020 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah*; Clarke, Christine* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002326 | 4/3/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002327 | 3/31/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah*; Clarke, Christine* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002328 | 3/31/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002329 | 3/31/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of |
| PRIV-002330 | 3/30/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq., regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002331 | 3/30/2020 | McKinney, Sheila | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002332 | 3/30/2020 | Wheat, Sarah | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002333 | 3/29/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens- Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email discussing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002334 | 3/26/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens- Talbert, Angie; Gottlieb, Kathryn*; Clapman, Alice*; Muniz, Richard*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email discussing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002335 | 3/26/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens- Talbert, Angie; Gottlieb, Kathryn*; Clapman, Alice*; Muniz, Richard*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002336 | 3/26/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens- Talbert, Angie; Gottlieb, Kathryn*; Clapman, Alice*; Muniz, Richard*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002337 | 3/26/2020 | Gottlieb, Kathryn* | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon- Mercado, Dyana; Wiens-Talbert, Angie; Clapman, Alice*; Muniz, Richard*; Murray, Julie* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002338 | 3/26/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens- Talbert, Angie; Gottlieb, Kathryn*; Clapman, Alice*; Muniz, Richard*; Murray, Julie* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002340 | 4/21/2020 | Gottlieb, Kathryn* | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Barraza, Polin*; McKinney, Sheila; Posada, Mara; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Wheat, Sarah; Murray, Julie*; Swanson, Hannah*; Clarke, Christine*; Wu, Angela | Attorney Client Privilege; Work Product | Confidential email providing legal advice from Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002344 | 12/15/2020 | Sandman, Jennifer* | Wheat, Sarah; Wiens-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; Gottlieb, Kathryn*; Barraza, Polin*; McKinney, Sheila; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Keiser, Autumn; Posada, Mara; Ledoux, Abigail; Bajramovic, Hana*; Ayeza Bajwa | Attorney Client Privilege; Work Product | Confidential email requesting legal advice from outside counsel Alan E Schoenfeld, Esq.,  Stephanie Simon, Esq., and Paul Wolfson, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| Bates | Date | From | To/CC | Privilege | Description |
|---|---|---|---|---|---|
| PRIV-002356 | 6/24/2020 | Lambrecht, Ken | Sandman, Jennifer*; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens-Talbert, Angie; McKinney, Sheila; Posada, Mara; Aly, Sharmeen; Khan, Alyah; Clarke, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard* | Attorney Client Privilege; Work Product | Confidential draft document attached to email and sent for the purpose of obtaining legal advice from outside counsel Alan E. Schoenfeld, Esq., Paul Wolfson, Esq., and Stephanie Simon, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002361 | 11/23/2020 | Sandman, Jennifer* | Linton, Melaney; Hons, Jeffrey; Lambrecht, Ken; Gottlieb, Kathryn*; Wiens-Talbert, Angie; Wheat, Sarah; Limon-Mercado, Dyana; McKinney, Sheila; Barraza, Polin*; Posada, Mara | Attorney Client Privilege; Work Product | Redacted confidential email requesting and providing legal advice from in- house counsel Julie Murray, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002362 | 4/7/2020 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah*; Clarke, Christine* | Attorney Client Privilege; Work Product | Confidential draft document attached to email and containing legal advice from in-house counsel Julie Murray, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002363 | 4/7/2020 | Hons, Jeffrey | Sandman, Jennifer*; Linton, Melaney; Lambrecht, Ken; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah*; Clarke, Christine* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002364 | 4/3/2020 | Hons, Jeffrey | Sandman, Jennifer*; Linton, Melaney; Lambrecht, Ken; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002369 | 3/26/2020 | Barraza, Polin | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Clapman, Alice*; Muniz, Richard*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email requesting and providing legal advice from in-house counsel Julie Murray, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002370 | 5/16/2019 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Aly, Sharmeen; Khan, Alyah; Clarke, Christine*; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential draft document attached to email and sent for the purpose of obtaining legal advice from in-house counsel Julie Murray, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002373 | 4/20/2020 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Posada, Mara; Barraza, Polin*; McKinney, Sheila; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Wheat, Sarah; Murray, Julie*; Swanson, Hannah*; Clarke, Christine*; Wu; Angela | Attorney Client Privilege; Work Product | Confidential email providing legal advice from Julie Murray, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002374 | 4/20/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Barraza, Polin*; McKinney, Sheila; Posada, Mara; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Wheat, Sarah; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah*; Clarke, Christine*; Wu, Angela | Attorney Client Privilege; Work Product | Confidential draft document attached to email and containing legal advice from in-house counsel Julie Murray, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002375 | 4/17/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Barraza, Polin*; McKinney, Sheila; Posada, Mara; Limon-Mercado, Dyana; Wiens-Talbert, Angie; Wheat, Sarah; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah*; Clarke, Christine*; Wu, Angela | Attorney Client Privilege; Work Product | Confidential email providing legal advice from Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002381 | 1/21/2021 | Sandman, Jennifer* | Wheat, Sarah; Gottlieb, Kathryn*; Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; Barraza, Polin*; McKinney, Sheila; Curtis, Alfred; Limon-Mercado, Dyana; Posada, Mara; Khan, Alyah; Hart, Kelly; Johnson, Anjel; Ledoux, Abigail; Wiens-Talbert, Angie; Tafolla, Rochelle; Bajramovic, Hana*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq., Hana Bajramovic, Esq., Hannah Swanson, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002389 | 12/23/2020 | Sandman, Jennifer* | Posada, Mara; Limon-Mercado, Dyana; Gottlieb, Kathryn*; Hart, Kelly; Keiser, Autumn; Johnson, Anjel; Tafolla, Rochelle; Wheat, Sarah; Wiens- Talbert, Angie; Khan, Alyah; Ledoux, Abigail; Linton, Melaney; Hons, Jeffrey; Lambrecht, Ken | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding Medicaid. |
| PRIV-002390 | 12/4/2020 | Murray, Julie* | Gottlieb, Kathryn*; Lambrecht, Ken; Linton, Melaney; Jeffrey Hons; Polin Barraza; McKinney, Sheila; Mara Posada; Dyana Limon-Mercado; Wiens-Talbert, Angie; Wheat, Sarah; Swanson, Hannah*; Angela Wu; Jennifer Sandman* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding Medicaid compliance. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002392 | 3/31/2020 | Hons, Jeffrey | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Limon-Mercado, Dyana ; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah*; Clarke, Christine | Attorney Client Privilege; Work Product | Confidential email requesting and providing legal advice from in-house counsel Julie Murray, Esq., Hannah Swanson, Esq.,  Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002394 | 3/30/2020 | Jeffrey Hons | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Wheat, Sarah; Polin Barraza; Mara Posada; McKinney, Sheila; Dyana Limon-Mercado; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julia*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email requesting legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002395 | 3/30/2020 | Linton, Melaney | Sandman, Jennifer*; Lambrecht, Ken; Hons, Jeffrey; Wheat, Sarah; Barraza, Polin*; Posada, Mara; McKinney, Sheila; Dyana Limon-Mercado; Wiens-Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email attached to email and sent for the purpose of obtaining legal advice from in-house counsel Jennifer Sandman, Esq., Bethany Sousa, Esq., and Kristin Flood, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002396 | 3/30/2020 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Wheat, Sarah; Polin Barraza; Posada, Mara; McKinney, Sheila; Dyana Limon-Mercado; Wiens- Talbert, Angie; Gottlieb, Kathryn*; Murray, Julie*; Swanson, Hannah* | Attorney Client Privilege; Work Product | Confidential email requesting legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002400 | 2/15/2019 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Limon-Mercado, Dyana; Wheat, Sarah; Hart,  Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Gutierrez, Yvonne; Wiens-Talbert, Angie; McKinney, Sheila; Posada, Mara; Clark,  Christine*; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential document attached to email and sent for the purpose of obtaining legal advice from in-house counsel Julie Murray, Esq.,  Jennifer Sandman, Esq., and Richard Muniz, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002401 | 12/19/2019 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart,  Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Wiens- Talbert, Angie; McKinney, Sheila; Posada, Mara; Sharmeen, Aly; Khan, Alyah; Clarke, Christine*; Bajramovic, Hana*; Watkins, Tom*; Muniz, Richard* | Attorney Client Privilege; Work Product | Confidential document attached to email and sent for the purpose of obtaining legal advice from in-house counsel Julie Murray, Esq.,  Jennifer Sandman, Esq., and Richard Muniz, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002402 | 1/25/2019 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom*; Bajramovic, Hana* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding Medicaid and prepared in anticipation of litigation. |
| PRIV-002403 | 1/18/2019 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Tafolla, Rochelle; Posada, Mara; Wiens- Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002404 | 2/15/2019 | Linton, Melaney | Sandman, Jennifer*; Lambrecht, Ken; Hons, Jeffrey; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Gutierrez, Yvonne; Wiens-Talbert, Angie; McKinney, Sheila; Posada, Mara; Clarke, Christine*; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002405 | 2/15/2019 | Hons, Jeffrey | Linton, Melaney; Sandman, Jennifer*; Lambrecht, Ken; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Gutierrez, Yvonne; Wiens-Talbert, Angie; McKinney, Sheila; Posada, Mara; Clarke, Christine *; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002406 | 5/29/2018 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email discussing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002407 | 5/24/2018 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email discussing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002408 | 4/9/2019 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Limon-Mercado, Dyana; Wheat, Sarah; Hart, Kelly; Keiser, Autumn; Gottlieb, Kathryn*; Palmer, Jeffrey; Tafolla, Rochelle; Barraza, Polin*; Gutierrez, Yvonne; Wiens-Talbert, Angie; McKinney, Sheila; Posada, Mara; Clarke, Christine*; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002410 | 2/21/2017 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Palmer, Jeffrey; Wiens-Talbert, Angie; Posada, Mara; Tafolla, Rochelle; Gottlieb, Kathryn*; Belasco, Jessica; Gutierrez, Yvonne; Lynk, Beth; Muniz, Richard*; Watkins, Tom*; Ratakonda, Mai*; Clapman, Alice*; Wells, Danielle; Limon-Mercado, Dyana; Hart, Kelly; Wheat, Sarah | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002411 | 2/21/2017 | Wheat, Sarah | Sandman, Jennifer*; Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Palmer, Jeffrey; Wiens-Talbert, Angie; Posada, Mara; Tafolla, Rochelle; Muniz, Richard*; Watkins, Tom*; Ratakonda, Mai*; Clapman, Alice*; Wells, Danielle; Gottlieb, Kathryn*; Belasco, Jessica; Gutierrez, Yvonne; Limon- Mercado, Dyana; Hart, Kelly; Lynk, Beth | Attorney Client Privilege; Work Product; Common Interest | Confidential document attached to email and containing legal advice from in- house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002412 | 2/4/2019 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Gottlieb, Kathryn*; Hart, Kelly; Keiser, Autumn; Posada, Mara; McKinney, Sheila; Palmer, Jeffrey; Barraza, Polin*; Tafolla, Rochelle; Wheat, Sarah; Wiens-Talbert, Angie; Gutierrez, Yvonne; Clarke, Christine; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| Bates | Date | Author | Recipients | Privilege | Description |
|---|---|---|---|---|---|
| PRIV-002413 | 2/4/2019 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Gottlieb, Kathryn*; Hart, Kelly; Keiser, Autumn; Posada; Mara; McKinney, Sheila; Palmer, Jeffrey; Barraza, Polin*; Tafolla, Rochelle; Wheat, Sarah; Wiens-Talbert, Angie; Gutierrez, Yvonne; Clarke, Christine; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email requesting legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002414 | 2/1/2019 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Gottlieb, Kathryn*; Hart, Kelly; Keiser, Autumn; Posada, Mara; McKinney, Sheila; Palmer, Jeffrey; Barraza, Polin*; Tafolla, Rochelle; Wheat, Sarah; Wiens-Talbert, Angie; Gutierrez, Yvonne; Clarke, Christine; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002415 | 1/31/2019 | Sandman, Jennifer* | Limon-Mercado, Dyana; Gottlieb, Kathryn*; Hart, Kelly; Hons, Jeffrey; Keiser, Autumn; Lambrecht, Ken; Linton, Melaney; Posada, Mara; McKinney, Sheila; Palmer, Jeffrey; Barraza, Polin*; Tafolla, Rochelle; Wheat, Sarah; Wiens-Talbert, Angie; Gutierrez Yvonne; Bajramovic, Hana*; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002416 | 1/31/2019 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom*; Bajramovic, Hana* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002417 | 5/31/2018 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002418 | 1/6/2017 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Palmer, Jeffrey; Wiens-Talbert, Angie; Posada, Mara; Taffola, Rochelle; Gottlieb, Kathryn*; Belasco, Jessica; Gutierrez, Yvonne; Limon-Mercado, Dyana; Hart, Kelly; Wheat, Sarah; Lynk, Beth; Muniz, Richard*; Watkins, Tom*; Ratakonda, Mai* | Attorney Client Privilege; Work Product; Common Interest | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002419 | 12/30/2016 | Sandman, Jennifer* | Wheat, Sarah; Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Gottlieb, Kathryn*; Wiens- Talbert, Angie; Limon-Mercado, Dyana;  Yvonne Gutierrez; Taverrite, Andrew; Sackin, Erica; Watkins, Tom*; Ratakonda, Mai*; Muniz, Richard* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002420 | 2/21/2017 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Posada, Mara ; Tafolla, Rochelle; Gottlieb, Kathryn*; Wiens-Talbert, Angie; Belasco, Jessica; Gutierrez, Yvonne; Limon-Mercado, Dyana; Hart, Kelly; Lynk, Beth; Wheat, Sarah; Watkins, Tom*; Muniz, Richard*; Ratakonda, Mai*; Wells, Danielle; Clapman, Alice* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002421 | 2/21/2017 | Hons, Jeffrey | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Keiser, Autumn; Palmer, Jeffrey; Wiens- Talbert, Angie; Posada, Mara; Tafolla, Rochelle; Gottlieb, Kathryn*; Belasco, Jessica; Gutierrez, Yvonne; Limon-Mercado, Dyana; Hart, Kelly; Wheat, Sarah; Lynk, Beth; Muniz, Richard*; Watkins, Tom*; Ratakonda, Mai*; Clapman, Alice*; Wells, Danielle | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002422 | 2/21/2017 | Gottlieb, Kathryn* | Sandman, Jennifer*; Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Posada, Mara ; Tafolla, Rochelle; Gottlieb, Kathryn*; Wiens-Talbert, Angie; Belasco, Jessica; Gutierrez, Yvonne; Limon-Mercado, Dyana; Hart, Kelly; Lynk, Beth; Wheat, Sarah; Palmer, Jeffrey; Watkins, Tom*; Muniz, Richard*; Ratakonda, Mai*; Wells, Danielle; Clapman, Alice* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq.,   Richard Muniz, Esq., Mai Ratakonda, Esq., and Alice Clapman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002423 | 2/3/2017 | Sandman, Jennifer* | Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney; Keiser, Autumn; Palmer, Jeffrey; Wiens-Talbert, Angie; Posada, Mara; Tafolla, Rochelle; Gottlieb, Kathryn*; Belasco, Jessica; Gutierrez, Yvonne; Limon-Mercado, Dyana; Hart, Kelly; Wheat, Sarah; Lynk, Beth; Muniz, Richard*; Watkins, Tom*; Ratakonda, Mai* | Attorney Client Privilege; Work Product | Confidential email requesting legal advice from in-house counsel Jennifer Sandman, Esq.,   Richard Muniz, Esq., Mai Ratakonda, Esq., and Alice Clapman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002424 | 12/27/2016 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Wiens-Talbert, Angie; Gutierrez, Yvonne; Gottlieb, Kathryn*; Hart, Kelly; Wheat, Sarah; Wells, Danielle; Lynk, Beth; Watkins, Tom*; Ratakonda, Mai*; Muniz, Richard* | Attorney Client Privilege; Work Product | Confidential email requesting and providing legal advice from in-house counsel Jennifer Sandman, Esq., Richard Muniz, Esq., and Mai Ratakonda, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002425 | 12/22/2016 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Wiens-Talbert, Angie; Yvonne Gutierrez; Gottlieb, Kathryn*; Hart, Kelly; Wheat, Sarah; Wells, Danielle; Lynk, Beth; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email requesting and providing legal advice from in-house counsel Jennifer Sandman, Esq., Richard Muniz, Esq., and Mai Ratakonda, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002426 | 12/6/2016 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Wiens-Talbert, Angie; Yvonne Gutierrez; Gottlieb, Kathryn*; Hart, Kelly; Wheat, Sarah; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002427 | 10/26/2016 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Wiens-Talbert, Angie; Yvonne Gutierrez; Gottlieb, Kathryn*; Hart, Kelly; Wheat, Sarah; Wells, Danielle; Lynk, Beth; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002428 | 3/22/2017 | Sandman, Jennifer* | Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie;, Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002429 | 3/17/2017 | Hons, Jeffrey | Sandman, Jennifer*; Lambrecht, Ken; Linton, Melaney; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon- Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens- Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| | | | | | |
|---|---|---|---|---|---|
| PRIV-002430 | 3/16/2017 | Sandman, Jennifer* | Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002431 | 3/30/2017 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Hons, Jeffrey; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens- Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Lynk, Beth; Watkins, Tom* | Attorney Client Privilege; Work Product; Common Interest | Confidential email requesting legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002432 | 3/29/2017 | Sandman, Jennifer* | Linton, Melaney; Lambrecht, Ken; Jeffrey Hons; Palmer, Jeffrey; McKinney, Sheila; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Limon-Mercado, Dyana; Gutierrez, Yvonne; Belasco, Jessica; Tafolla, Rochelle; Posada, Mara; Wiens-Talbert, Angie; Keiser, Autumn; Gottlieb, Kathryn*; Watkins, Tom* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002433 | 12/29/2016 | Sandman, Jennifer* | Lambrecht, Ken; Linton, Melaney; Hons, Jeffrey; Limon-Mercado, Dyana; Keiser, Autumn; Posada, Mara; Tafolla, Rochelle; Wiens-Talbert, Angie; Gutierrez, Yvonne; Gottlieb, Kathryn*; Hart, Kelly; Wheat, Sarah; Watkins, Tom*; Ratakonda, Mai*; Muniz, Richard* | Attorney Client Privilege; Work Product | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002434 | | | | Attorney Client Privilege; Work Product | Confidential draft document attached to email and containing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation |