IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ALEX DOE, Relator | § § § § | |
| THE STATE OF TEXAS,<br>*ex rel.* ALEX DOE, Relator | § § § § | No. 2:21-cv-022-Z<br><br>Date:     December 21, 2022 |
| THE STATE OF LOUISIANA,<br>*ex rel.* ALEX DOE, Relator, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.,<br>PLANNED PARENTHOOD GULF COAST, INC.,<br>PLANNED PARENTHOOD OF GREATER TEXAS, INC.,<br>PLANNED PARENTHOOD SOUTH TEXAS, INC.,<br>PLANNED PARENTHOOD CAMERON COUNTY, INC.,<br>PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § § § | |

**APPENDIX B IN SUPPORT OF PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO TEXAS'S MOTION TO COMPEL**

1

# APPENDIX B

| Priv Log # | Date | Author | Recipient(s) | Privilege Type | Privilege Description |
|---|---|---|---|---|---|
| PRIV-002291 | 5/7/2018 | Hart, Kelly | Gottlieb, Kathryn*; White, Kasia; Limon-Mercado, Dyana; Gutierrez, Yvonne; Wiens-Talbert, Angie; Posada, Mara; Flaxman, Carrie*; Flood, Kristin*; Watson, Beth; Nguyen, Tram | Attorney Client Privilege | Confidential email providing legal advice from in-house counsel Kathryn Gottlieb, Esq., Carrie Flaxman, Esq., and Kristin Flood, Esq., regarding state regulatory compliance strategy. |
| PRIV-002296 | 10/19/2015 | Gutierrez, Yvonne | Wheat, Sarah; Hart, Kelly; Wiens-Talbert, Angie; Tafolla, Rochelle; Estibaliz, Mara; Limon-Mercado, Dyana; Diaz, Alejandra; Wells, Danielle; Krasnoff, Helene*; Flaxman, Carrie* | Attorney Client Privilege | Confidential email providing legal advice from PPFA Legal Department regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002320 | 12/14/2020 | Sandman, Jennifer* | Wiens-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; McKinney, Sheila; Barraza, Polin*; Gottlieb, Kathryn*; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Posada, Mara; Keiser, Autumn; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002321 | 12/14/2020 | Gottlieb, Kathryn* | Wheat, Sarah; Sandman, Jennifer*; Wiens-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; McKinney, Sheila; Barraza, Polin*; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Posada, Mara; Keiser, Autumn; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege | Confidential email containing legal advice from in-house counsel Jennifer Sandman, Esq. regarding media relations. |
| PRIV-002322 | 12/14/2020 | Wheat, Sarah | Sandman, Jennifer*; Wiens-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; McKinney, Sheila; Barraza, Polin*; Gottlieb, Kathryn*; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Posada, Mara; Keiser, Autumn; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege | Confidential email containing legal advice from in-house counsel Jennifer Sandman, Esq. regarding media relations. |
| PRIV-002323 | 12/14/2020 | Sandman, Jennifer* | Wiens-Talbert, Angie; Hons, Jeffrey; Lambrecht, Ken; Linton, Melaney; McKinney, Sheila; Barraza, Polin*; Gottlieb, Kathryn*; Wheat, Sarah; Khan, Alyah; Curtis, Alfred; Hart, Kelly; Johnson, Anjel; Limon-Mercado, Dyana; Tafolla, Rochelle; Posada, Mara; Keiser, Autumn; Ledoux, Abigail; Bajramovic, Hana*; Bajwa, Ayeza | Attorney Client Privilege | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding media relations. |
| PRIV-002339 | 12/11/2020 | Hons, Jeffrey | Sandman, Jennifer*; Khan, Alyah; Wheat, Sarah; Hart, Kelly; Limon-Mercado, Dyana; Tafolla, Rochelle; Gottlieb, Kathryn*; Wiens-Talbert, Angie; Johnson, Anjel; Posada, Mara Posada; Ledoux, Abigail; Keiser, Autumn; McKinney, Sheila; Lambrecht, Ken; Linton, Melaney | Attorney Client Privilege | Confidential email providing legal advice from Kathryn Gottlieb, Esq. regarding litigation strategy and prepared in anticipation of litigation. |

| PRIV-002386 | 12/11/2020 | Sandman, Jennifer* | Khan, Alyah; Wheat, Sarah; Hart, Kelly; Limon-Mercado, Dyana; Tafolla, Rochelle; Gottlieb, Kathryn*; Wiens-Talbert, Angie; Johnson, Anjel; Posada, Mara; Ledoux, Abigail; Keiser, Autumn; McKinney, Sheila; Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney | Attorney Client Privilege | Confidential email requesting legal advice from in-house counsel Jennifer Sandman, Esq. regarding litigation strategy and prepared in anticipation of litigation. |
| PRIV-002387 | 12/11/2020 | Sandman, Jennifer* | Khan, Alyah; Wheat, Sarah; Hart, Kelly; Limon-Mercado, Dyana; Everett, Andrew; Tafolla, Rochelle; Gottlieb, Kathryn*; Wiens-Talbert, Angie; Johnson, Anjel; Posada, Mara; Ledoux, Abigail; Keiser, Autumn; McKinney, Sheila; Lambrecht, Ken; Hons, Jeffrey; Linton, Melaney | Attorney Client Privilege | Confidential email containing legal advice from in-house counsel Julie Murray, Esq. regarding affiliate communication strategy. |
| PRIV-002388 | 1/4/2021 | Sandman, Jennifer* | Hons, Jeffrey; Lambrecht, Ken; McKinney, Sheila; Wiens-Talbert, Angie; Barraza, Polin*; Hart, Kelly; Wheat, Sarah; Linton, Melaney; Gottlieb, Kathryn*; Krasnoff, Helene*; Flaxman, Carrie*; Ledoux, Abigail; Khan, Alyah; Bajramovic, Hana | Attorney Client Privilege | Confidential email providing legal advice from in-house counsel Jennifer Sandman, Esq. regarding Medicaid. |