## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § | No. 2:21-cv-022-Z |
| Plaintiffs, | § § § | Date:     January 3, 2023 |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO MODIFY PAGE LIMITS FOR SUMMARY-JUDGMENT BRIEFING AND REQUEST FOR EXPEDITED RELIEF

The parties hereby move the Court for expedited relief to modify the page-limit requirements for briefing on their dispositive motions, currently due January 6, 2023, ECF No. 346 at 3. Per Local Rule 56.5 and this Court's Third Amended Scheduling Order, each party's dispositive motion and brief "may not together exceed 50 pages in length, excluding any table of contents and table of authorities." ECF No. 346 at 3; N.D. Tex. L.R. 56.5(b). This page limit includes the statement of undisputed facts. Given the number of parties, these rules would allow for up to 400 pages of summary-judgment briefing.

Over the past three weeks, the parties have been discussing and evaluating the most efficient way to present their arguments at summary judgment to the Court. The parties believe they can significantly streamline—and avoid duplication of—their arguments for the Court with minor modifications to the briefing page limits in the Third Amended Scheduling Order. As a result, the parties jointly propose a collective page limit of 75 pages for all Defendants, comprising two briefs, neither of which will exceed 55 pages, with Relator and Texas (collectively, "Plaintiffs") filing a joint brief of up to 100 pages or joining each other's briefs.

For the foregoing reasons, the parties respectfully request that the Court set a collective limit of 75 pages across two defense-side briefs, neither of which will exceed 55 pages, and a collective limit of 100 pages across any plaintiff-side briefs, neither of which will exceed 55 pages.

Dated: January 3, 2023

Respectfully submitted,

O'MELVENY & MYERS LLP

By:   */s/ Danny. S. Ashby*

DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood
Federation of America, Inc.*


ARNOLD & PORTER KAYE SCHOLER LLP

By:     */s/ Tirzah S. Lollar*

CRAIG D. MARGOLIS
Craig.Margolis@arnoldporter.com
TIRZAH S. LOLLAR
Tirzah.Lollar@arnoldporter.com
CHRISTIAN SHEEHAN
Christian.Sheehan@arnoldporter.com
EMILY REEDER-RICHETTI
Emily.Reeder-Ricchetti@arnoldporter.com
MEGAN PIEPER
Megan.Pieper@arnoldporter.com
ALYSSA GERSTNER
Alyssa.Gerstner@arnoldporter.com
MEGHAN C. MARTIN
Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

PAULA RAMER
Paula.Ramer@arnoldporter.com
250 West 55th Street New York, New York
10019-9710
T: +1 212.836.8474

CHRISTOPHER M. ODELL
Texas Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000

Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499


RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendants Planned Parenthood
Gulf Coast, Inc., Planned Parenthood of Greater
Texas, Inc., Planned Parenthood South Texas,
Inc., Planned Parenthood Cameron County, and
Planned Parenthood San Antonio*


TEXAS OFFICE OF THE ATTORNEY
GENERAL

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

By:    */s/ Christopher D. Hilton*

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Texas Bar No. 24087727
AMY SNOW HILTON
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834
REYNOLDS BRISSENDEN
Director of Litigation
Assistant Attorney General
Civil Medicaid Fraud Division

4

Texas Bar No. 2056969
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov
Reynolds.Brissenden@oag.texas.gov

*Counsel for the State of Texas*


HACKER STEPHENS LLP

By:    */s/ Heather Gebelin Hacker*

HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com
ANDREW B. STEPHENS
Texas Bar No. 24079396
andrew@hackerstephens.com
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022

*Counsel for Relator*

5

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby