IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>　　Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>　　Defendants. | No. 2:21-cv-022-Z<br><br>Date:　　January 3, 2023 |

## **[PROPOSED] ORDER**

AND NOW, this ___ day of January, 2023, upon consideration of the parties' Joint Motion to Modify Page Limits for Summary-Judgment Briefing and Request for Expedited Relief, and all other papers and arguments raised in connection with this Motion, it is hereby ORDERED that Defendants may file two summary-judgment briefs, neither to exceed 55 pages, and collectively not to exceed 75 pages.  It is hereby further ORDERED that Plaintiffs may file two briefs, neither to exceed 55 pages, and collectively not to exceed 100 pages.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Matthew J. Kacsmaryk
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby