IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America,<br>*ex rel.* ALEX DOE, Relator<br><br>The State of Texas,<br>*ex rel.* ALEX DOE, Relator<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | NO. 2:21-CV-00022-Z<br><br>Date:    January 4, 2023 |

## [PROPOSED] ORDER

Before the Court is Defendants' Motion for Partial Reconsideration or Clarification of Order on Defendants' Motion for Leave to File Amended Answers ("Motion"), filed on January 4, 2023. Having considered the Motion and relevant law, the Court concludes that the Motion is meritorious and should be granted.

It is therefore **ORDERED** that the Motion is **GRANTED**, that Defendants have not waived their statute-of-repose defenses, and that Defendants may raise such defenses at summary

1

judgment and trial in response to Relator's False Claims Act and Louisiana Medical Assistance Program Integrity Law claims.

Signed this _____ day of _____, 2023.

                                                                    _____
                                                                       MATTHEW J. KACSMARYK
                                                                     UNITED STATES DISTRICT JUDGE