IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is parties' Joint Motion to Modify Page Limits for Summary-Judgment Briefing and Request for Expedited Relief ("Motion") (ECF No. 377), filed on January 3, 2023. The Court **GRANTS** the Motion. Accordingly, it is hereby **ORDERED** that Defendants may file two summary judgment briefs — neither to exceed 55 pages — and collectively not to exceed 75 pages. It is further **ORDERED** that Plaintiffs may file two briefs — neither to exceed 55 pages — and collectively not to exceed 100 pages.

**SO ORDERED**.

January 4, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE