**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § | |
| | § | No. 2:21-cv-022-Z |
| Plaintiffs, | § § | |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Planned Parenthood Federation of America, Inc.'s ("PPFA")

Motion for Summary Judgment (the "Motion"). Having considered the Motion, the operative

pleadings, and all other papers and arguments raised in connection with the Motion, the Court

hereby **GRANTS** the Motion, finding in favor of PPFA and against Plaintiffs on all claims asserted

in Relator's Complaint, ECF No. 2, and Texas's Complaint in Intervention, ECF No. 22.

**IT IS SO ORDERED** on this ____ day of _____, 2023.

_____
Hon. Matthew J. Kacsmaryk
United States District Judge

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 6, 2023, a copy of the foregoing was served pursuant to the

Court's ECF system.

*/s/  Danny S. Ashby*
Danny S. Ashby
