UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.*　　*Plaintiffs*,　v.　PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*　　*Defendants*. | §§§§§§§§§§§§§　Civil Action No. 2-21-CV-022-Z |

## TEXAS'S MOTION FOR SUMMARY JUDGMENT

The State of Texas moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. As set forth in the brief filed in support of Plaintiffs' motions for summary judgment, and in Relator's Motion for Partial Summary Judgment, Plaintiffs have shown there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law. Texas respectfully moves this Court for summary judgment under the Texas Medicaid Fraud Act. Tex. Hum. Res. Code § 36.002(12).

Dated: January 6, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KEN PAXTON**
　　　　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　　　　**BRENT WEBSTER**
　　　　　　　　　　　　　　　　　　　　First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834

**REYNOLDS BRISSENDEN**
Director of Litigation
Civil Medicaid Fraud Division
Texas Bar No. 24056969

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov
Reynolds.Brissenden@oag.texas.gov

**COUNSEL FOR STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, this document was electronically filed and served via the Court's CM/ECF system.

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**