UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, RELATOR, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al*, <br><br> *Defendants.* | Civil Action No. 2-21-CV-022-Z |

# [PROPOSED] ORDER

Before the Court is the State of Texas's Motion for Summary Judgment. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the State's Motion.

**SO ORDERED.**

---
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE