# HACKERSTEPHENS LLP

HEATHER GEBELIN HACKER  (512) 399-3022
Partner  Heather@HackerStephens.com

January 7, 2023

Hon. Matthew J. Kacsmaryk
United States District Court
205 SE 5th Avenue, Room 123
Amarillo, TX 79101-1559

**Via ECF**

Re: *United States ex rel. Doe v. Planned Parenthood Federation of America, et al.*, No. 2:21-CV-00022-Z

Dear Judge Kacsmaryk,

    I write on behalf of Plaintiffs to explain why the Appendix in Support of Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Dkt. 390) and the Memorandum in Support of Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Dkt. 391) was filed late, 12 and 17 minutes past midnight, respectively. We worked diligently to comply with the January 6 deadline for filing dispositive motions and to file a combined brief and appendix for the Plaintiffs that would be more convenient for the Court, but due to unforeseen difficulties surrounding the compilation of the two documents, we missed the deadline. I sincerely apologize for this error.

                                                  Respectfully submitted,

                                                  /s/Heather Gebelin Hacker
                                                  Heather Gebelin Hacker
                                                  Counsel for Relator

cc: All counsel of record via ECF