IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the State of Texas's Motion to File Under Seal ("Motion") (ECF No. 342), filed on December 15, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED**.

January __9__, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE