IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD FEDERATION § <br> OF AMERICA, INC., *et al.*, § <br> § <br> Defendants. § | 2:21-CV-022-Z |

## ORDER

Before the Court is Defendants' Motion to File Under Seal Exhibit 1 to Defendants' Memorandum of Law in Support of Their Motion to Compel ("Motion") (ECF No. 349), filed on December 16, 2022. Having considered the Motion, briefing, and relevant law, the Court **GRANTS** the Motion and directs the District Clerk to file Exhibit 1 under seal.

**SO ORDERED.**

January 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE