IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.*  *Plaintiffs*,  v.  PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*  *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 2-21-CV-022-Z |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Documents Out of Time. Having considered the pleading and relevant law, the Court **GRANTS** the Motion.

It is, therefore ORDERED that Plaintiffs' Appendix in Support [Dkt. 390] and Sealed Brief in Support [Dkt. 391] are hereby deemed timely filed.

Signed on this ___ day of _____, 2023

_____
Matthew J. Kacsmaryk
United States District Judge