# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* §§§§§<br><br>*Plaintiffs*, §§<br><br>v. §§ Civil Action No. 2-21-CV-022-Z<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.* §§§§<br><br>*Defendants*. § | |

## TEXAS'S RESPONSE TO
## COURT'S ORDER (ECF NO. 380)

The State of Texas files this Response to the Court's Order of January 4, 2023 (ECF. No. 380). In order to eliminate the need for further Court intervention, the State has withdrawn all of its previously asserted legislative privilege designations and produced those documents to Defendants as stated in the attached transmittal letter (Exh. A). It is the State's understanding that this resolves the issues raised in Defendants' Motion to Compel with respect to legislative privilege.

Dated: January 11, 2023

                        Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727

**AMY SNOW HILTON**
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov

**ATTORNEYS FOR STATE OF TEXAS**

*Texas's Response to Court's Order (ECF No. 380)*

## CERTIFICATE OF SERVICE

 I hereby certify that on January 11, 2023, this document was electronically filed and served via the Court's CM/ECF system.

<u>/s/ Christopher D. Hilton</u>
**CHRISTOPHER D. HILTON**
