# Exhibit A



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

January 11, 2023

*Via Box Secure File Sharing*

| | |
|---|---|
| Tirzah S. Lollar | Danny S. Ashby |
| Craig D. Margolis | Justin R. Chapa |
| Christian D. Sheehan | Megan Whisler |
| Emily Reeder-Ricchetti | O'Melveny & Meyers LLP |
| Megan Pieper | 2501 N. Harwood Street, Suite 1700 |
| Arnold & Porter Kaye Scholer LLP | Dallas, Texas 75201 |
| 601 Massachusetts Ave., NW Washington, DC 20001 | dashby@omm.com |
| Tirzah.lollar@arnoldporter.com | jchapa@omm.com |
| Craig.margolis@arnoldporter.com | mwhisler@omm.com |
| Christian.Sheehan@arnoldporter.com | |
| Emily.Reeder-richetti@arnoldporter.com | |
| Megan.Pieper@arnoldporter.com | |
| | |
| Christopher M. Odell | Leah Godesky |
| Arnold & Porter Kaye Scholer LLP | O'Melveny & Meyers LLP |
| 700 Louisiana Street, Suite 4000 | 1999 Avenue of the Stars, 8th Floor |
| Houston, Texas 77002 | Los Angeles, California 90067 |
| Christopher.odell@arnoldporter.com | lgodesky@omm.com |
| | |
| Paula Ramer | Ryan Patrick Brown |
| Arnold & Porter Kaye Scholer LLP | Blackburn Brown LLP |
| 250 West 55th Street | 1222 S. Fillmore |
| New York, New York 10019-9710 | Amarillo, Texas 79101 |
| Paula.Ramer@arnoldporter.com | ryan@ryanbrownattorneyatlaw.com |

Re:   Case 2:21-cv-00022-Z; *The United States of America, et al v. Planned Parenthood Federation of America, Inc., et al*; In the United States District Court for the Northern District of Texas, Amarillo Division.

Counselors:

Please find the enclosed secure transmission containing documents Bates-numbered TXPP_1575023 to TXPP_1588430. Pursuant to Judge Kacsmaryk's Order dated January 4, 2023 (Dkt. 380), we are withdrawing all of our previously asserted legislative privilege designations. In the spirit of cooperation and to eliminate the need for further Court intervention, we are producing

January 11, 2023
Page 2

the documents accordingly. We will also be sending amended privilege logs to reflect any changes in legislative privilege designations separately forthcoming.

The production files are password protected. The password for the files will be e-mailed separately.

                                      Sincerely,

                                      */s/ Sinty A. Chandy*

                                      Sinty A. Chandy
                                      Assistant Attorney General,
                                      Civil Medicaid Fraud Division
                                      Sinty.Chandy@oag.texas.gov
                                      512-936-1645

cc:    Amy Hilton
       Andrew Stephens
       Heather Hacker
       Catherine Hodges
       Meghan Martin
       Zachary Winter