# Exhibit 1

```
                                                          Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
 2                      AMARILLO DIVISION
 3   United States of America     *
     ex rel. ALEX DOE, Relator,   * CIVIL ACTION NO. 2:21-CV-
 4                                * 00022-Z
                                  *
 5   The State of Texas           *
     ex rel. ALEX DOE, Relator    *
 6                                *
     The State of Louisiana       *
 7   ex rel. ALEX DOE, Relator    *
                                  *
 8          Plaintiffs,            *
     V.                           *
 9                                *
     Planned Parenthood           *
10   Federation of America,       *
     Inc., Planned Parenthood     *
11   Gulf Coast, Inc., Planned    *
     Parenthood of Greater        *
12   Texas, Inc., Planned         *
     Parenthood South Texas,      *
13   Inc., Planned Parenthood     *
     Cameron County, Inc.,        *
14   Planned Parenthood San       *
     Antonio, Inc.,               *
15                                *
            Defendants            *
16
17        *******************************************
18           ORAL AND VIDEOTAPED DEPOSITION OF
19        TEXAS HEALTH AND HUMAN SERVICES COMMISSION
20                  AND THE STATE OF TEXAS
21                30(b)(6) EMILY ZALKOVSKY
22                    DECEMBER 6, 2022
23        *******************************************
24
25
```

1      A.   I did.
2      Q.   Okay.  So I'll represent to you that
3  Ms. Ghahremani, who's on this e-mail, Exhibit 20,
4  testified that the Heather referenced in this e-mail is
5  Heather Fleming who was working in the speaker's office
6  as the speaker's health care policy person at the time.
7      A.   Okay.
8           MR. BRISSENDEN:  Object to form.
9      A.   I understand.
10     Q.   So why was the speaker's office on
11 communications regarding Planned Parenthood claims in
12 August of 2015?
13          MR. BRISSENDEN:  Object to the form --
14          MR. STEPHENS:  Object to form.
15          MR. BRISSENDEN:  -- of the question and to
16 scope, and caution you not to -- if you know the answer
17 and can answer without divulging communications with the
18 legislative office and the speaker's office, answer.  But
19 caution you not to divulge communications that you had,
20 if you had any, with the speaker's office, because that
21 would be subject to the legislative privilege.
22     A.   So I can't speculate on why Lisa was talking to
23 them.  I don't know the answer.
24     Q.   Did you personally have any communications with
25 the speaker's office regarding Planned Parenthood in this