# Exhibit 02

# (TO BE FILED UNDER SEAL)