# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD CAMERON § <br> COUNTY, INC., PLANNED § <br> PARENTHOOD SAN ANTONIO, § <br> INC., § <br> § <br> Defendants. § | Civil Action No. 2:21-CV-00022-Z |

## INDEX TO PLAINTIFFS' APPENDIX (DKT. 390)

| Dkt. No. | Document Title | Appendix Page |
|---|---|---|
| **390-1** | Declaration of Emily Zalkovsky | APPX.000001 – 6 |
| | Exhibits to Declaration of E. Zalkovsky | APPX.000007 – 640 |
| **390-2** | Exhibits to Declaration of E. Zalkovsky (Cont.) | APPX.000641 – 811 |
| | Declaration of Jeffrey Goldstein | APPX.000812 – 815 |

|  | | |
|---|---|---|
|  | Exhibits to Declaration of J. Goldstein | APPX.000816 – 1096 |
|  | Declaration of Alex Doe | APPX.001097 – 1099 |
|  | Declaration of Donald Lochabay, Jr. | APPX.001100 – 1108 |
|  | Exhibits to Declaration of D. Lochabay | APPX.001109 – 1210 |
|  | Declaration of Donald Lochabay, Jr. | APPX.001211 – 1218 |
|  | Exhibits to Declaration of D. Lochabay | APPX.001219 – 1308 |
| **390-3** | 30(b)(6) Deposition Transcript of Polin Barraza, Vol. I (PPST) | APPX.001309 – 1377 |
|  | 30(b)(6) Deposition Transcript of Polin Barraza, Vol. II (PPST) | APPX.001378 – 1429 |
|  | 30(b)(6) Deposition Transcript of Vickie Barrow-Klein (PPFA) | APPX.001430 – 1488 |
|  | Deposition Transcript of Vickie Barrow-Klein | APPX.001489 – 1538 |
|  | Deposition Transcript of Rosemary Collucio | APPX.001539 – 1571 |
|  | 30(b)(6) Deposition Transcript of Alfred Curtis (PPGC) | APPX.001572 – 1637 |
|  | 30(b)(6) Deposition Transcript of Kim Custer (PPFA) | APPX.001638 – 1703 |
|  | Deposition Transcript of Marianne DeJong | APPX.001704 – 1741 |
|  | Deposition Transcript of Louis Dudney | APPX.001742 – 1802 |
|  | Deposition Transcript of Ronda Exnicious | APPX.001803 – 1839 |
|  | Deposition Transcript of Tamara Kramer | APPX.001840 – 1894 |
|  | 30(b)(6) Deposition Transcript of Ken Lambrecht (PPGT) | APPX.001895 – 1950 |
|  | Deposition Transcript of Ken Lambrecht | APPX.001951 – 2020 |
|  | Deposition Transcript of Melaney Linton | APPX.002021 – 2089 |
|  | Deposition Transcript of Louis Rossiter | APPX.002090 – 2173 |
|  | Deposition Transcript of Emily Stewart | APPX.002174 – 2201 |
|  | Deposition Transcript of Teri Trivisonno | APPX.002202 – 2253 |
| **390-4** | Louisiana Medicaid Enrollment Packet | APPX.002254 – 2268 |
|  | Louisiana Medicaid Disclosure of Ownership Information and Election to Employ Electronic Data Interchange of Claims for Processing Forms | APPX.002269 – 2292 |
|  | Louisiana Medicaid Enrollment Packet for Entities/Businesses | APPX.002293 – 2334 |
|  | Louisiana Medicaid Provider Manual | APPX.002335 – 2411 |
|  | Louisiana Medicaid Take Charge Plus (Family Planning Services) Provider Manual | APPX.002412 – 2438 |

|  | | |
|---|---|---|
|  | PPGC Louisiana Medicaid Provider Agreement | APPX.002439 – 2441 |
|  | PPGC Louisiana Medicaid Provider Agreement and Enrollment Forms | APPX.002442 – 2508 |
|  | PPGC Louisiana Medicaid Ownership Disclosure Information | APPX.002509 – 2570 |
|  | PPGC Louisiana Medicaid Enrollment Letter | APPX.002571 |
|  | PPGC Louisiana Medicaid Enrollment Letter and PPGC Louisiana Medicaid Provider Letters | APPX.002572 – 2581 |
|  | PPGC Louisiana Medicaid Provider Election to Employ Electronic Data Interchange of Claims for Processing | APPX.002582 – 2585 |
|  | PPGC Louisiana Medicaid Provider Group Agreement (email with attachment) | APPX.002586 – 2619 |
|  | PPGC Louisiana Medicaid Participating Provider Agreement | APPX.002620 – 2670 |
|  | PPGC Letter from Louisiana Department of Health dated July 15, 2015 | APPX.002671 – 2672 |
|  | PPGC Letter to Louisiana Department of Health dated July 24, 2015 | APPX.002673 – 2677 |
|  | PPGC Letter from Louisiana Department of Health dated August 4, 2015 | APPX.002678 – 2679 |
|  | PPGC Letter to Louisiana Department of Health dated August 14, 2015 | APPX.002680 – 2683 |
|  | PPGC Notice of Termination/Revocation of Louisiana Medicaid Provider Agreements dated September 15, 2015 | APPX.002684 – 2695 |
|  | PPGC Letter to Louisiana Department of Health dated December 23, 2020 | APPX.002696 – 2697 |
|  | PPFA Affiliates' Unopposed Motion to Stay filed January 8, 2021 | APPX.002698 – 2703 |
|  | Travis County District Court Order Denying PPFA Affiliates' Application for Temporary Injunction and Petition for Writ of Mandamus dated March 10, 2021 | APPX.002704 – 2705 |
|  | PPGC Emails re Texas Medicaid Update dated March 15, 2021 | APPX.002706 – 2711 |
|  | PPGC Letter to Louisiana Department of Health dated March 22, 2021 | APPX.002712 |

|  | PPGC Memorandum of Law in Opposition to Motion to Vacate filed March 29, 2021 | APPX.002713 – 2716 |
|---|---|---|
|  | PPFA Affiliates' Joint Status Update filed May 7, 2021 | APPX.002717 – 2722 |
|  | PPFA Affiliates' Notice of Voluntary Dismissal filed May 13, 2021 | APPX.002723 – 2725 |
|  | PPFA Letter to Judge deGravelles dated October 10, 2022 | APPX.002726 |
| **390-5** | PPFA Accreditation Program Overview | APPX.002727 – 2729 |
|  | PPFA Accreditation & Evaluation Department Accreditation Introductory Call Overview, Script & Communications Template | APPX.002730 – 2740 |
|  | PPFA 2015 Accreditation Indicators and Elements of Performance | APPX.002741 – 2776 |
|  | PPFA 2017 Accreditation Indicators and Elements of Performance | APPX.002777 – 2827 |
|  | PPFA 2018 Accreditation Indicators and Elements of Performance | APPX.002828 – 2878 |
|  | PPFA 2022 Accreditation & Evaluation Department Accreditation Form/Template | APPX.002879 – 3027 |
|  | PPFA 2017 PPGC Accreditation Report | APPX.003028 – 3111 |
|  | PPFA 2019 PPGT Accreditation Report | APPX.003112 – 3151 |
| **390-6** | PPFA 2015 PPGT Accreditation Report | APPX.003152 – 3210 |
|  | PPFA 2012 PPGC Accreditation Report | APPX.003211 – 3289 |
|  | PPFA 2021 PPGC Accreditation Report | APPX.003290 – 3353 |
|  | PPFA 2012 PPST Accreditation Report | APPX.003354 – 3446 |
|  | PPFA 2016 PPST Accreditation Report | APPX.003447 – 3545 |
|  | PPFA 2016 PPST Corrective Action Report | APPX.003546 – 3582 |
| **390-7** | PPFA 2019 PPST Accreditation Overview Presentation/Slides and Summary of Corrective Actions | APPX.003583 – 3603 |
|  | PPFA 2019 PPST Accreditation Report | APPX.003604 – 3661 |
|  | PPFA 2012 PPST Accreditation Report | APPX.003662 – 3737 |
|  | PPFA 2019 PPST Accreditation Report | APPX.003738 – 3792 |
|  | PPFA 2015 PPGT Accreditation Report | APPX.003793 – 3857 |
|  | PPFA 2015 PPGT Corrective Action Report | APPX.003858 – 3871 |
|  | PPFA 2016 PPGT Corrective Action Plan | APPX.003872 – 3884 |

|  | PPFA 2019 PPGT Accreditation Overview Presentation/Slides and Summary of Corrective Actions | APPX.003885 – 3903 |
|---|---|---|
|  | PPGT Email re Accreditation Resources, PPFA 2019 Accreditation Overview, PPFA 2018 Affiliate Document Submission Guide, and PPFA 2017 Interview Guide | APPX.003904 – 3964 |
|  | PPFA 2015 PPGT Accreditation Report | APPX.003965 – 3969 |
|  | PPFA 2019 PPGT Accreditation Report | APPX.003970 – 4010 |
|  | PPFA Email and Letter re PPST conditional accreditation status of PPST ancillary organizations | APPX.004011 – 4012 |
|  | PPFA Email re approval of PPGC/PPGT/PPST shared ancillary organization Planned Parenthood Advocates of Texas | APPX.004013 |
|  | PPFA Email re review of PPGC/PPGT/PPST shared ancillary organizations Planned Parenthood Advocates of Texas and Planned Parenthood Texas Votes | APPX.004014 – 4015 |
|  | PPFA Email and Letter to PPST re 2015 PPST Accreditation | APPX.004016 – 4019 |
|  | PPFA Email from PPST re 2020 PPST Mid-Cycle Self-Assessment | APPX.004020 – 4021 |
| **390-8** | PPFA Consolidated Financial Statements & Supplementary Information dated June 30, 2021 and 2020 | APPX.004022 – 4053 |
|  | PPFA Summary of PPFA Cash Payments to Affiliates | APPX.004054 – 4058 |
|  | PPFA 2016 Financial Grant Renewal Application | APPX.004058 – 4112 |
|  | PPFA 2021 PPGT Access to Care Medicaid Gap Funding Grant Agreement | APPX.004113 – 4117 |
|  | PPFA 2021 PPGT Access to Care Medicaid Gap Funding Grant Agreement | APPX.004118 – 4124 |
|  | PPFA 2021 PPST Access to Care Medicaid Gap Funding Grant Agreement | APPX.004125 – 4130 |
|  | PPFA 2021 PPGT Access to Care Medicaid Gap Funding Grant Agreement | APPX.004131 – 4137 |
|  | PPFA 2017 Email re Gap Funding Approach & Additional Contingency Planning Details | APPX.004138 – 4141 |

|  | | |
|---|---|---|
|  | PPFA Online Donation Page | APPX.004141 – 4142 |
|  | PPFA Retirement Plan (Sponsored by PPGT) Financial Statements December 31, 2018 and 2017 | APPX.004143 – 4157 |
|  | PPFA 2020 Draft Funding Agreement between PPFA and BetterHealth: A Planned Parenthood Partnership | APPX.004158 – 4166 |
|  | PPFA 2016 OHS (Online Health Service) NewCo Business Plan | APPX.004167 – 4213 |
|  | PPFA Email Invitation for Epic Exploration Webinar | APPX.004214 – 4215 |
|  | PPFA Email re ACEC Call and Kaleido Fundraising Factsheet | APPX.004216 – 4221 |
|  | 416 Holdings Board of Directors Meeting Agenda and Materials | APPX.004222 – 4274 |
|  | Kaleido Health Solutions Financial Information and Corporate Documents | APPX.004275 – 4381 |
|  | Afaxys, Inc. 2018 Financial Information | APPX.004382 – 4385 |
|  | Kaleido Health Solutions Email re PPDirect/Connect September Metrics | APPX.004386 – 4387 |
|  | PPFA Email to PPFA Affiliates re Healthcare Operations Team Service Expansion Support Grant Program | APPX.004388 – 4389 |
|  | PPFA Health Care Investment Program Year 1-4 Reports | APPX.004390 – 4546 |
| **390-9** | PPFA Health Care Investment Program Year 1-4 Reports (Cont.) | APPX.004547 – 4570 |
|  | 30(b)(6) Deposition of Vickie Barrow Klein: PPFA Transaction Ledger and PPFA Financial Documents | APPX.004571 – 4859 |
|  | PPFA PPOL Revenue Distribution to PPST | APPX.004860 |
| **390-10** | PPFA Leadership Structure | APPX.004861 – 4862 |
|  | Email from K. Custer to Affiliate CEOs; Subject: Information Request for NPS Motion; dated Mar. 10, 2015; attachments: Highlights from PPFA Program Support for Affiliates; PPFA National Office Services to Affiliates; NPS and Financial Comparison for Affiliates; Health Care Business Model Project | APPX.004863 – 4887 |

6

|   | Planned Parenthood Medical Director Orientation Manual Draft | APPX.004888 – 4942 |
|---|---|---|
|   | Planned Parenthood Medical Director Orientation Manual | APPX.004943 – 4976 |
|   | Email from R. Exnicious re: Introduction to PPFA's Medicaid Reimbursement Toolkit; dated Oct. 28, 2019; attachment: Medicaid Reimbursement Toolkit | APPX.004977 – 5009 |
|   | Email from D. Singiser to K. Lambrecht re: Medicaid Follow-Up Questions; dated Jul. 6, 2017 | APPX.005010 – 5011 |
|   | Email from K. White to M. Turner re: Medicaid Element of Performance (EOP); dated Oct. 21, 2015 | APPX.005012 – 5013 |
|   | Email from D. Singiser to H. Krasnoff, E. Stewart, K. Lambrecht re: Questions about defunding; dated Nov. 12, 2016 | APPX.005014 |
|   | Email from PPFA to Affiliates re: Medicaid Auditing and Compliance Webinar | APPX.005015 – 5016 |
|   | Email from PPFA to Affiliates re: Compliance & Medicaid, Health Care Reform Update Newsletter | APPX.005017 – 5024 |
|   | Email from PPFA to Affiliates re: Medicaid Managed Care Regulations Webinar | APPX.005025 – 5028 |
|   | Email from PPFA to Affiliate CEOs re: Monthly CEO Policy Call, topic PP defund and HHS review of 1115 waivers | APPX.005029 – 5031 |
|   | Email from K. Lambrecht re: PPFA Gap Funding | APPX.005032 – 5034 |
|   | Email to K. Lambrecht re: Medicaid Follow-Up Questions | APPX.005035 – 5036 |
|   | Planned Parenthood Revenue Cycle Toolkit | APPX.005037 – 5055 |
|   | PPFA Email re: Gift to PPGT via PPFA | APPX.005056 – 5065 |
|   | PPFA Email re: NPS Dues Forgiveness | APPX.005066 – 5071 |
|   | PPFA Email re: SAP Sustainability Model for Baton Rouge Clinic | APPX.005072 – 5075 |
|   | Health Care Investment Program Update for Oct. 2, 2014 | APPX.005076 – 5082 |
|   | Putting Women's Health Care on the Map: A Report on Year 3 of the Health Care Investment Program | APPX.005083 – 5121 |

| | | |
|---|---|---|
| | Email from PPFA re: effect of Medicaid defunding on Louisiana Clinics and PPFA financial support | APPX.005122 – 5126 |
| | Email re: TX Medicaid termination and whether termination is "paused" during appeal, dated Dec. 21, 2016 | APPX.005127 |
| | Email from PPFA to Affiliate CEOs re: PPFA's Medicaid Gap Fund for Affiliates out of Medicaid | APPX.005128 – 5129 |
| | PPGC Financial Operations Assessment 2012-2013 | APPX.005130 – 5135 |
| | PPFA Email re: Talking points for Wendy Davis to discuss Texas Medicaid defunding and litigation; dated Oct. 20, 2015 | APPX.005136 – 5140 |
| | Email re: Medicaid, K. Lambrecht PPFA positions and application for ACEC Steering Committee Vice Chair; attachment: Letter from K. Lambrecht to PPH re: ACEC Steering Committee | APPX.005141 – 5146 |
| | Email re: M. DeJong, PPGT CFO service on PPFA Fiduciary Committee Meeting | APPX.005147 – 5149 |
| | PPFA Emails to Board Chairs and Affiliate CEOs re: Meeting on Potential Future Options | APPX.005150 – 5151 |
| | PPFA Email to Nat'l All Staff re: Update from Foundational Group | APPX.005152 – 5153 |
| | PPFA Mtg Invite re: CEO bi-weekly COVID call | APPX.005154 – 5154 |
| | PPFA Email re: New Clinic Budget Sheet | APPX.005155 – 5158 |
| | PPFA Email re: pressure on LA Governor re: PPGC Medicaid status; dated Jan. 7, 2021 | APPX.005159 – 5162 |
| | PPFA Business Operations Team "Understanding Health Center Performance" PowerPoint | APPX.005163 – 5185 |
| | PPFA Email to Affiliate CEOs re: Service Expansion Grant Awards to Affiliates from PPFA Healthcare Operations Team | APPX.005186 – 5187 |
| | PPFA Email to Affiliate CEOs re: PPFA Building Book for Health Centers | APPX.005188 – 5189 |

|   | PPFA Email to Affiliates re: Direct to Patient Medication Abortion Mail-Order Pharmacy Information | APPX.005190 – 5193 |
|---|---|---|
|   | PPFA Email to Affiliates re: Flagging 340B ESP Terms of Use | APPX.005194 – 5195 |
|   | PPFA Email to Affiliatesre: Webinar Reminder for her Guidelines and HIPAA Omnibus Rule | APPX. 005196 – 5197 |
|   | PPFA PowerPoint Presentation, "Title X FOA Risk Assessment Initial Findings," | APPX. 005198 – 5207 |
|   | PPGT Acknowledgment of Receipt and Implementation of PPFA Clinical Research Standard Operating Procedures and Research Conduct Guidelines 2019 | APPX. 005208 |
|   | Email from PPFA to Texas Affiliate Medical Director welcoming to PPFA | APPX. 005209 – 5211 |
|   | Email to Vicki Cowart and Affiliate Chief Execs; Subject: RE: ARMs insurance payment and Planned Parenthood Insurance Company (PPIC); dated Apr. 20, 2020 | APPX.005212 – 5213 |
|   | Updated from ARMS dated Mar. 2016 re: portraying Planned Parenthood as excellent and stable amid media scrutiny | APPX.005214 – 5219 |
|   | PPST Compliance, Quality Improvement & Risk Management Committee Meeting Agenda with materials; dated Nov. 10, 2016 | APPX.005220 – 5285 |
|   | Email to Jill Cobrin at ARMSInc.org re: accreditation of non-PP organization to provide health services if PPST loses Medicaid funding; dated Dec. 4, 2016 | APPX.005286 – 5288 |
|   | Email to J. Hons providing Affiliate Development and Accreditation Committee white paper re: licensing Medical Standards and Guidelines and use at non-PP organizations; dated Mar. 17, 2017 | APPX.005289 – 5303 |
|   | Email to K. Lambrecht RE: Directors and Officer's Policy with policy attached; dated May 21, 2021 | APPX.005304 – 5317 |
|   | Email from T. Trivisonno to M. Baxter with Powerpoint and information regarding PPFA Business Operations Team guidelines for | APPX.005318 – 5435 |

9

|  | | |
|---|---|---|
|  | assessing Health Center labor and performance; and NCL playbook attached |  |
|  | PPFA Email to Affiliates re: Compliance Community Forum | APPX.005436 – 5437 |
|  | Email from PPFA to Affiliates re: No Surprises Act; Part II; Good Faith Estimate – Affiliate Guidance and Considerations; dated Dec. 7, 2021 | APPX.005438 |
|  | PPFA Email to Affiliate CEOs sharing preview materials for upcoming National Conference; dated Mar. 17, 2021 | APPX.005441 – 5450 |
|  | Research & Analysis: An Audit by Script Architecture prepared for PPFA re: facility upgrades to PP Affiliates; PowerPoint presentation; dated Mar. 30, 2020 | APPX.005451 – 5519 |
|  | Email to Affiliate Senior Leadership and Admins; Subject ACEC Meeting Agenda and Materials (with attachments); dated Feb. 24, 2016 | APPX.005520 – 5576 |
| **390-11** | Email from S. McKinney directing PPGT not to bill specified charges to Medicaid while PPGT is excluded from the program; dated Mar. 13, 2021 | APPX.005577 |
|  | Emails received by PPGT regarding the 60-Day Medicaid/Medicare Overpayment Repayment Rule | APPX.005578 – 5585 |
|  | Email from S. McKinney to M. deJong re:: Medicaid lawsuit info requested by auditors | APPX.005586 |
|  | Email from R. Exnicious re: recouped Medicaid payments; dated Jan. 14, 2021 | APPX.005587 – 5588 |
|  | Email from K. Lambrecht to S. Wheat re: Medicaid recoupment; dated Dec. 7, 2015 | APPX.005589 |
|  | Email from PPFA re: difficult questions and talking points re: TX Affiliate OIG audits with attachments | APPX.005590 – 5594 |
|  | Texas Health and Human Services Office of Inspector General Website Articles discussing HHSC-OIG encouraging providers to self-report overpayments and errors | APPX.005595 – 5597 |

|  | Texas Health and Human Services Commission Office of Inspector General Self-Disclosure Protocol; dated Feb. 2016 | APPX.005598 – 5605 |
|---|---|---|
|  | Texas Medicaid Refund Information Form; effective date 08012014; revised date 06232014 | APPX.005606 |
|  | Texas Medicaid Refund Information Form; effective date 07302007; revised date 06012007 | APPX.005607 |
|  | Louisiana Medicaid list of Training Presentations, including copy of presentation titled Program Integrity 101; revised Mar. 2011 | APPX.005608 – 5637 |
|  | Email from M. deJong re: financial report contingency footnote re: OIG audit of PPGT; dated Apr. 10, 2015 | APPX.005638 – 5639 |
|  | Email from K. Lambrecht re: federal audit report of PPGT predecessor and conclusion that PPGT received overpayment; dated Mar. 7, 2016 | APPX.005640 |
|  | Email from S. McKinney re: Talking re: OIG Medicaid Audit with attachment; dated Apr. 6, 2016 | APPX.005641 – 5543 |
|  | PPFA Email to Affiliates re: Health Care Reform Update Newsletter – June 2013 Issue | APPX.005644 – 5658 |
|  | Updated US Department of HHS OIG's Provider Self-Disclosure Protocol; issued Apr. 17, 2013 | APPX.005659 – 5674 |
| **390-12** | Affiliate Defendants' Third Privilege Log; dated Dec. 14, 2022 | APPX.005675 – 6029 |
| **390-13** | Affiliate Defendants' First Privilege Log; dated Sept. 27, 2022 | APPX.006030 – 6121 |
|  | Email from K. Lambrecht with subject: 5th Circuit Ruling re: Planned Parenthood in Medicaid and attaching the Court's Opinion; dated Nov. 23, 2020 | APPX.006122 – 6125 |
|  | Email from PPFA's R. Clawson to T. Trivisonno re: referring Texas Medicaid patients to PP competitors; dated Jan. 25, 2021 | APPX.00126 – 6128 |

11

| | | |
|---|---|---|
| | Email from K. Lambrecht re: Texas affiliates' termination from Medicaid and PPGT and PPFA talking points, dated Oct. 19, 2015 | APPX.006129 – 6131 |
| | Email from M. deJong re: legality of providing Medicaid services after termination and likelihood of success in fighting termination with aattached OIG Notice of Termination; dated Dec. 2, 2015 | APPX.006132 – 6138 |
| | Email from K. Ray at HHSC to TX Affiliate CEOs re: "grace period" request; dated Jan. 4, 2021 | APPX.006139 – 6141 |
| | Email from S. McKinney stating PPGT is out of Texas Medicaid effective December 14, 2020; dated Dec. 6, 2020 | APPX.006142 – 6145 |
| | March 10, 2021 Letter Ruling from Judge Livingston Travis County 261st Dist. Ct. In D-1-GN-21-000528 | APPX.006146 – 6147 |
| | Email from K. Lambrecht re: why PPGT did not request an administrative hearing after termination notice; dated Mar. 12, 2021 | APPX.006148 |
| | PPFA emails re: press conference on TX Medicaid decision from Fifth Circuit; dated Dec. 16, 2020 | APPX.006149 – 6155 |
| | PPFA Email to Natl Exec Team re: strategy and goals after Texas affiliates terminated from Medicaid, dated Feb. 2, 2021 | APPX.006156 – 6159 |
| | Email from S. McKinney re: PPFA wanting to keep TX Medicaid litigation going to get Biden Administration attention; dated Jan. 29, 2021 | APPX.006160 – 6172 |
| | Letter from Affiliate Defendant CEOs to HHSC Executive Commissioner Cecile Young requesting reinstatement or "grace period"; dated Dec. 14, 2020 | APPX.00173 – 6178 |
| | Original Petition for Writ of Mandamus, Application for TRO, Temporary Mandatory Injunction, and Permanent Mandatory Injunction filed by Texas Affiliates in Travis County District Court with Exhibits A through M | APPX.006179 – 6277 |

12

|   | PPFA Email to CEO Cecile Richards re: Briefing for Press Call Tomorrow regarding Texas Medicaid lawsuit with Attachment; dated Nov. 22, 2015 | APPX.006278 – 6292 |
|---|---|---|
|   | PPFA Email re: PPFA and TX Affiliates working with media to successfully pressure Texas Governor to give a "grace period" to buy time to see patients, dated Jan. 6, 2021 | APPX.006293 – 6294 |
|   | Email from J. Hons re: Fifth Circuit and preparations that were made in anticipation; dated Nov. 25, 2020 | APPX.006295 |

Respectfully submitted.

/s/ Andrew B. Stephens
Heather Gebelin Hacker
Texas Bar No. 24103325
Andrew B. Stephens
Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

*Attorneys for Relator*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

13

/s/ Amy Snow Hilton
Christopher D. Hilton
Chief, General Litigation Division
Texas Bar No. 24087727
Amy Snow Hilton
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov

***Attorneys for State of Texas***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, the foregoing document was filed and served via CM/ECF on all counsel of record.

<u>/s/ Andrew B. Stephens</u><br>
Andrew B. Stephens