IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the State of Texas's Motion to File Under Seal ("Motion") (ECF No. 358), filed on December 19, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion and directs the Clerk to file the Appendix in Support of Texas's Supplement to its Motion to Compel under seal.

**SO ORDERED.**

January 13, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE