IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Documents Out of Time ("Motion") (ECF No. 396), filed on January 10, 2023. The Court **GRANTS** the Motion and hereby **ORDERS** that Plaintiffs' Appendix in Support (ECF No. 390), and Sealed Brief in Support (ECF No. 391) are deemed timely filed.

**SO ORDERED.**

January 13, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE