IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-022-Z |
| | § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Affiliate Defendants' Motion to File Under Seal Their Opposition to State of Texas's Motion to Compel Defendants' Production of Documents Identified on Defendants' Privilege Logs [ECF Nos. 342-2, 357] ("Motion") (ECF No. 369), filed on December 21, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion and directs the Clerk to file the Opposition and the Appendix thereto under seal.

**SO ORDERED.**

January 17, 2023



MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE