IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Texas's Motion to File Under Seal ("Motion") (ECF No. 375), filed on December 23, 2022. The Court **GRANTS** the Motion and directs the Clerk to file Texas's Reply and attached Appendix under seal.

**SO ORDERED**.

January 17, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE