IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Relator's Motion to Unseal Memorandum and Appendix in Support of Motion for Summary Judgment, filed on January 18, 2023. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's Motion and directs the Clerk to unseal Plaintiffs' Memorandum in Support of Texas's

Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Dkt. 391) and Appendix in Support of Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Dkt. 390).

**SO ORDERED**.

_____, 2023

                                        MATTHEW J. KACSMARYK
                                        UNITED STATES DISTRICT JUDGE