IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>    Defendants. | No. 2:21-cv-022-Z<br><br>Date:    January 25, 2023 |

**JOINT MOTION TO MODIFY PAGE LIMITS FOR BRIEFING AND REPLY
DEADLINE AND REQUEST FOR EXPEDITED RELIEF**

The parties hereby move the Court for expedited relief to modify the page-limit requirements for briefing on their oppositions and replies to their respective dispositive motions and to modify the deadline for filing reply briefs. Per Local Rule 56.5, "the length of a principal brief must not exceed 50 pages and a reply brief must not exceed 25 pages." N.D. Tex. L.R. 56.5(b). Furthermore, under Local Rule 7.1, oppositions to dispositive motions are due on January 27, 2023, and replies in support of any party's dispositive motion are due on February 10, 2023. The parties have discussed and evaluated the most efficient way to present their arguments to the Court. As a result of those discussions, and consistent with Local Rule 56.5

1

and the page-limit modifications the Court previously approved for the parties' opening summary-judgment briefs [Dkt. 379], the parties jointly propose the following page limits for opposition and reply briefs:

- In opposition to PPFA and the Affiliate Defendants' motions for summary judgment, the State of Texas and Relator (collectively, "Plaintiffs") may file a joint response of up to 100 pages, or may file two separate responses of no more than 50 pages each, with joinder in the other response;

- In opposition to Plaintiffs' motions for summary judgment, Affiliate Defendants and PPFA may file a joint response of up to 100 pages, or may file two separate responses of no more than 50 pages each, with joinder in the other response;

- If Plaintiffs elect to file a reply in support of their motions for summary judgment, they may file a joint response of up to 50 pages, or may file two separate responses of no more than 25 pages each, with joinder in the other response;

- If PPFA and the Affiliate Defendants elect to file a reply in support of their motions for summary judgment, they may file a joint response of up to 50 pages, or may file two separate responses of no more than 25 pages each, with joinder in the other response.

In addition, because Relator's counsel currently has an oral argument in the Fifth Circuit the week of February 6, and because the Affiliate Defendants' counsel have a preexisting conflict on February 17, the parties respectfully request that the deadline for submitting all reply briefs be moved from February 10, 2023 to **February 21, 2023**.

For the foregoing reasons, the parties respectfully request that the Court adopt the modifications to the page limits and deadlines described herein.

Dated:  January 25, 2023                              Respectfully submitted,

O'MELVENY & MYERS LLP

By:     */s/ Danny S. Ashby*

DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*


ARNOLD & PORTER KAYE SCHOLER LLP

By:     */s/ Tirzah S. Lollar*

CRAIG D. MARGOLIS
Craig.Margolis@arnoldporter.com
TIRZAH S. LOLLAR
Tirzah.Lollar@arnoldporter.com
CHRISTIAN SHEEHAN

3

Christian.Sheehan@arnoldporter.com
EMILY REEDER-RICHETTI
Emily.Reeder-Ricchetti@arnoldporter.com
MEGAN PIEPER
Megan.Pieper@arnoldporter.com
ALYSSA GERSTNER
Alyssa.Gerstner@arnoldporter.com
MEGHAN C. MARTIN
Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

PAULA RAMER
Paula.Ramer@arnoldporter.com
250 West 55th Street New York, New York
10019-9710
T: +1 212.836.8474

CHRISTOPHER M. ODELL
Texas Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499


RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, and Planned Parenthood San Antonio*


TEXAS OFFICE OF THE ATTORNEY

GENERAL

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

By:   */s/ Christopher D. Hilton*

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Texas Bar No. 24087727
AMY SNOW HILTON
Assistant Attorney General
General Litigation Division
Texas Bar No. 24097834
REYNOLDS BRISSENDEN
Director of Litigation
Assistant Attorney General
Civil Medicaid Fraud Division
Texas Bar No. 2056969
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Christopher.Hilton@oag.texas.gov
Amy.Hilton@oag.texas.gov
Reynolds.Brissenden@oag.texas.gov

*Counsel for the State of Texas*


HACKER STEPHENS LLP

By:   */s/ Heather Gebelin Hacker*

HEATHER GEBELIN HACKER
Texas Bar No. 24103325
heather@hackerstephens.com
ANDREW B. STEPHENS
Texas Bar No. 24079396
andrew@hackerstephens.com

                                        108 Wild Basin Road South, Suite 250
                                        Austin, Texas 78746
                                        (512) 399-3022

                                        *Counsel for Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby