IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | No. 2:21-cv-022-Z<br><br>Date:    January 25, 2023 |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2023, upon consideration of the parties' Joint Motion to Modify Page Limits for Briefing and Reply Deadline and Request for Expedited Relief, and all other papers and arguments raised in connection with this Motion, it is hereby ORDERED that:

- In opposition to PPFA and the Affiliate Defendants' motions for summary judgment, the State of Texas and Relator (collectively, "Plaintiffs") may file a joint response of up to 100 pages, or may file two separate responses of no more than 50 pages each, with joinder in the other response;

1

- In opposition to Plaintiffs' motions for summary judgment, Affiliate Defendants and PPFA may file a joint response of up to 100 pages, or may file two separate responses of no more than 50 pages each, with joinder in the other response;

- All opposition briefs are due on **January 27, 2023**;

- If Plaintiffs file a reply in support of their motions for summary judgment, they may file a joint response of up to 50 pages, or may file two separate responses of no more than 25 pages each, with joinder in the other response;

- If PPFA and the Affiliate Defendants file a reply in support of their motions for summary judgment, they may file a joint response of up to 50 pages, or may file two separate responses of no more than 25 pages each, with joinder in the other response; and

- Any reply briefs are due on **February 21, 2023**.

_____
_____
Matthew J. Kacsmaryk
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby