IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is parties' Joint Motion to Modify Page Limits for Briefing and Reply Deadline and Request for Expedited Relief ("Motion") (ECF No. 412), filed on January 25, 2023.

The Court **GRANTS** the Motion and hereby **ORDERS** that:

- In opposition to PPFA's and Affiliate Defendants' motions for summary judgment, Plaintiffs may file a joint response of up to 100 pages, or may file two separate responses of no more than 50 pages each, with joinder in the other response;

- In oppositions to Plaintiffs' motions for summary judgment, Affiliate Defendants and PPFA may file a joint response of up to 100 pages, or may file two separate responses of no more than 50 pages each, with joinder in the other response;

- All opposition briefs are due **on or before January 27, 2023**;

- If Plaintiffs file a reply in support of their motions for summary judgment, they may file a joint response of up to 50 pages, or may file two separate responses of no more than 25 pages each, with joinder in the other response;

- If PPFA and Affiliate Defendants file a reply in support of their motions for summary judgment, they may file a joint response of up to 50 pages, or may file two separate responses of no more than 25 pages each, with joinder in the other response; and

- Any reply briefs are due **on or before February 21, 2023**.

2

**SO ORDERED**.

January 25, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2