IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Defendants' Motion for Partial Reconsideration or Clarification of Order on Defendants' Motion for Leave to File Amended Answers ("Motion") (ECF No. 378), filed on January 4, 2023. Defendants seek reconsideration or clarification of the Court's November 29, 2022, Order concerning statutes of repose defenses. ECF No. 378 at 2. Affiliate Defendants moved for summary judgment on Relator's claims for alleged violations before February 5, 2011, by asserting statutes of repose defenses. *See* ECF No. 382 at 66. The Court will therefore address the issue in its forthcoming order on parties' motions for summary judgment. Accordingly, the Court **DENIES** the Motion.

**SO ORDERED**.

January 30, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE