IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z |

## [PROPOSED] ORDER ON MOTION TO EXPEDITE BRIEFING OF DEFENDANTS' MOTION TO STAY

Before the Court is Defendants Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.'s and Planned Parenthood Federation of America, Inc. (collectively, "Defendants") Motion To Expedite Briefing on Defendants' Motion To Stay, filed on February 1, 2023. Currently, Plaintiffs' response to the Motion is due on Tuesday, February

22, 2023, and Defendants' reply is due March 8, 2023.  *See* N.D. Tex. L.R. 7.1(e).  After considering the Defendants' Motion To Expedite Briefing of Defendants' Motion to Stay ("the Motion"), any Response, and the Record, the Court concludes that the Motion is meritorious and should be granted.

It therefore is **ORDERED** that the Motion is **GRANTED**.  It is further **ORDERED** that Plaintiffs are to file their response **on or before Tuesday, February 14, 2023**.  The Court **ORDERS** Defendants to file a reply **on or before Thursday, February 16, 2023.**

Signed this _____ day of _____, 2023.

_____
Judge, Presiding