IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Expedite Briefing on Defendants' Motion to Stay ("Motion") (ECF No. 423), filed on February 1, 2023. Having considered the Motion, the Court **GRANTS** the Motion and hereby **ORDERS** Plaintiffs to respond to Defendants' Motion to Stay (ECF No. 422) **on or before February 14, 2023**. Defendants may file any reply **on or before February 16, 2023**.

**SO ORDERED**.

February 2, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE