IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Relator's Motion to Unseal Memorandum and Appendix in Support of Motion for Summary Judgment, filed on February 6, 2023. Having considered the Motion, pleadings and relevant law, the Court **GRANTS** Relator's

Motion and directs the Clerk to unseal Plaintiffs' Response to Defendants' Motions for Summary Judgment (Dkt. 415) and Supplemental Appendix (Dkt. 416).

**SO ORDERED**.

_____, 2023

                                        MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE