# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § | |
| Plaintiffs, | § § § | No. 2:21-cv-022-Z |
| v. | § § | Date:    February 8, 2023 |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § | |
| Defendants. | § § | |

## EXHIBIT A

**Uncited Documents in Plaintiffs' Appendix[1]**

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.000007-0066 | PPGC Medicaid Provider Agreement |
| Appx.000091-0098 | PPGC Medicaid Provider Agreement |
| Appx.000099-0106 | PPGC Medicaid Provider Agreement |
| Appx.000107-0114 | PPGC Medicaid Provider Agreement |
| Appx.000115-0183 | PPSA Medicaid Provider Agreement |
| Appx.000184-0261 | PPSA Medicaid Provider Agreement |
| Appx.000262-0269 | PPSA Medicaid Provider Agreement |
| Appx.000270-0321 | Family Planning Associate of San Antonio Medicaid Provider Enrollment |
| Appx.000322-0330 | PPST Medicaid Provider Agreement |
| Appx.000331-0408 | PPGT Medicaid Provider Agreement |
| Appx.000409-0416 | Planned Parenthood of Texas Medicaid Provider Agreement |
| Appx.000417-0436 | PPGT Electronic Funds Transfer (ETF) Notification |
| Appx.000437-0444 | PPGT Medicaid Provider Agreement |

---

[1] Among these 137 uncited documents are 77 documents that no Defendant designated Confidential or Attorneys' Eyes Only.  While such documents should never have been filed in the first place and are thus not properly "judicial records," *see* Loc. R. 5.2, Plaintiffs need never have sealed them in the first instance.

[2] To avoid confusion, Defendants have—where possible, given Plaintiffs' condensing of multiple documents from the Appendix into a single entry in the Index—used the document titles as written in Plaintiffs' Index (ECF No. 400).  However, Defendants' use of these titles does not constitute any agreement or concession that Plaintiffs' descriptions are accurate.  Indeed, many of them are not.

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.000445-0520 | PPCC Medicaid Provider Agreement |
| Appx.000521-0596 | Planned Parenthood Association of Cameron & Willac Medicaid Provider Agreement |
| Appx.000597-0609 | 2015 Texas Medicaid Provider Procedures Manual |
| Appx.000622-0628 | 2016 Texas Medicaid Provider Procedures Manual |
| Appx.000629-0640 | 2016 Texas Medicaid Provider Procedures Manual Section 1.1 Excerpt |
| Appx.000641-0712 | 2017 Texas Medicaid Provider Procedures Manual |
| Appx.000713-0724 | 2017 Texas Medicaid Provider Procedures Manual Section 1.1 Excerpt |
| Appx.000725-0731 | 2018 Texas Medicaid Provider Procedures Manual |
| Appx.000732-0743 | 2018 Texas Medicaid Provider Procedures Manual Section 1.1 Excerpt |
| Appx.000744-0750 | 2019 Texas Medicaid Provider Procedures Manual |
| Appx.000751-0762 | 2019 Texas Medicaid Provider Procedures Manual Section 1.1 Excerpt |
| Appx.000763-0769 | 2020 Texas Medicaid Provider Procedures Manual |
| Appx.000782-0788 | 2021 Texas Medicaid Provider Procedures Manual |
| Appx.000816-0821 | THHSC (Bowen) Letter to PPGC (Linton) re Notice of Termination |
| Appx.000822-0827 | THHSC (Bowen) Letter to PPST (Hons) re Notice of Termination |
| Appx.000828-0834 | THHSC (Bowen) Letter to PPGT (Lambrecht) re Notice of Termination |
| Appx.000835-0840 | THHSC (Bowen) Letter to Planned Parenthood Association of Cameron and Willacy (Hons) re Notice of Termination |
| Appx.000873-0911 | Application for Temporary Restraining Order (PPGT vs Charles Smith, 1:15-CV-01058 [Dk5 55-2] |
| Appx.000912-0914 | Court Order (A-15-CA-1058-SS) [Dkt 84] |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.000915-0957 | Court Order (A-15-CA-1058-SS) [Dkt 100] |
| Appx.000958-0960 | Order of Judgment (A-15-CA-1058-SS_ [Dkt 101] |
| Appx.000961-1066 | 5th Circuit ruling |
| Appx.001067-1073 | Order Granting Relators Application for Temporary Restraining Order and Setting Hearing on Temporary Mandatory Injunction (D-1-GN-21-000528) |
| Appx.001074-1081 | Order Extending Relators Temporary Restraining Order and Setting Hearing for Temporary Mandatory Injunction (D-1-GN-21-000528) |
| Appx.001082-1089 | Second Order Extending Relators Temporary Restraining Order (D-1-GN-21-000528) |
| Appx.001093-1096 | Order Denying Original Petition for Writ of Mandamus and Application for Injunctive Relief (D-1-GN-21-000528) |
| Appx.001489-1538 | Deposition Transcript of Vickie Barrow-Klein |
| Appx.001704-1741 | Deposition Transcript of Marianne DeJong |
| Appx.001803-1839 | Deposition Transcript of Ronda Exnicious |
| Appx.002174-2201 | Deposition Transcript of Emily Stewart |
| Appx.002412-2438 | Louisiana Medicaid Take Charge Plus Family Planning Services) Provider Manual |
| Appx.002586-2593 | PPGC Louisiana Medicaid Provider Group Agreement (email with attachment) |
| Appx.002594-2619 | PPGC Participating Provider Agreement |
| Appx.002620-2670 | PPGC Louisiana Medicaid Participating Provider Agreement |
| Appx.002698-2703 | PPFA Affiliates' Unopposed Motion to Stay filed January 8, 2021 |
| Appx.002704-2705 | Travis County District Court Order Denying PPFA Affiliates' Application for Temporary Injunction and Petition for Writ of Mandamus dated March 10, 2021 |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.002709-2711 | PPGC Email re Texas Medicaid Update dated March 15, 2021 |
| Appx.002713-2716 | PPGC Memorandum of Law in Opposition to Motion to Vacate filed March 29, 2021 |
| Appx.002717-2719 | PPFA Affiliates' Joint Status Update filed May 7, 2021 |
| Appx.002720-2722 | PPFA Affiliates' Joint Status Update filed May 7, 2021 |
| Appx.002723-2725 | PPFA Affiliates' Notice of Voluntary Dismissal filed May 13, 2021 |
| Appx.004054-4057 | PPFA Summary of PPFA Cash Payments to Affiliates |
| Appx.004058-4077 | PPFA 2016 Financial Grant Renewal Application |
| Appx.004078-4112 | PPFA Consolidated Financial Statements and Supplementary Information |
| Appx.004113-4114 | Email from Hawkins to Curtis re Completed: Medicaid Grant for PPGC Planned Parenthood - For your Signature |
| Appx.004115-4117 | PPFA 2021 PPGT Access to Care Medicaid Gap Funding Grant Agreement |
| Appx.004118-4124 | PPFA 2021 PPGT Access to Care Medicaid Gap Funding Grant Agreement |
| Appx.004125-4126 | Email from Hawkins to Barraza re Completed: PPST Medicaid Grant Planned Parenthood - For your Signature |
| Appx.004127-4130 | PPFA 2021 PPST Access to Care Medicaid Gap Funding Grant Agreement |
| Appx.004131-4137 | PPFA 2021 PPGT Access to Care Medicaid Gap Funding Grant Agreement |
| Appx.004138-4140 | PPFA 2017 Email re Gap Funding Approach & Additional Contingency Planning Details |
| Appx.004143-4157 | PPFA Retirement Plan (Sponsored by PPGT) Financial Statements December 31, 2018 and 2017 |
| Appx.004158-4166 | PPFA 2020 Draft Funding Agreement between PPFA and BetterHealth: A Planned Parenthood Partnership |
| Appx.004167-4213 | PPFA 2016 OHS (Online Health Service) NewCo Business Plan |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.004214-4215 | PPFA Email Invitation for Epic Exploration Webinar |
| Appx.004216-4221 | PPFA Email re ACEC Call and Kaleido Fundraising Factsheet |
| Appx.004222-4385 | 416 Holdings Board of Directors Meeting Agenda and Materials |
| Appx.004386-4387 | Kaleido Health Solutions Email re PPDirect/Connect September Metrics |
| Appx.004388-4389 | PPFA Email to PPFA Affiliates re Healthcare Operations Team Service Expansion Support Grant Program |
| Appx.004822-4859 | PPFA Consolidated Financial Statements dated June 30, 2019 |
| Appx.004860 | PPFA PPOL Revenue Distribution to PPST |
| Appx.004861-4862 | PPFA Leadership Structure |
| Appx.004888-4942 | Planned Parenthood Medical Director Orientation Manual Draft |
| Appx.005010-5011 | Email from D. Singiser to K. Lambrecht re: Medicaid Follow-Up Questions; dated Jul. 6, 2017 |
| Appx.005012-5013 | Email from K. White to M. Turner re: Medicaid Element of Performance (EOP); dated Oct. 21, 2015 |
| Appx.005014 | Email from D. Singiser to H. Krasnoff, E. Stewart, K. Lambrecht re: Questions about defunding; dated Nov. 12, 2016 |
| Appx.005017-5024 | Email from PPFA to Affiliates re: Compliance & Medicaid, Health Care Reform Update Newsletter |
| Appx.005056-5058 | PPFA Email re: Gift to PPGT via PPFA |
| Appx.005059-5065 | PPFA Email re: Gift to PPGT via PPFA |
| Appx.005072-5075 | PPFA Email re: SAP Sustainability Model for Baton Rouge Clinic |
| Appx.005076-5082 | Health Care Investment Program Update for Oct. 2, 2014 |
| Appx.005122-5126 | Email from PPFA re: effect of Medicaid defunding on Louisiana Clinics and PPFA financial support |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.005127 | Email re: TX Medicaid termination and whether termination is "paused" during appeal, dated Dec. 21, 2016 |
| Appx.005128-5129 | Email from PPFA to Affiliate CEOs re: PPFA's Medicaid Gap Fund for Affiliates out of Medicaid |
| Appx.005130-5135 | PPGC Financial Operations Assessment 2012-2013 |
| Appx.005136-5140 | PPFA Email re: Talking points for Wendy Davis to discuss Texas Medicaid defunding and litigation; dated Oct. 20, 2015 |
| Appx.005150 | PPFA Emails to Board Chairs and Affiliate CEOs re: Meeting on Potential Future Options |
| Appx.005151 | PPFA Emails to Board Chairs and Affiliate CEOs re: Meeting on Potential Future Options |
| Appx.005152-5153 | PPFA Email to Nat'l All Staff re: Update from Foundational Group |
| Appx.005154 | PPFA Mtg Invite re: CEO bi-weekly COVID call |
| Appx.005163-5185 | PPFA Business Operations Team "Understanding Health Center Performance" PowerPoint |
| Appx.005198-5207 | PPFA PowerPoint Presentation, "Title X FOA Risk Assessment Initial Findings" |
| Appx.005208 | PPGT Acknowledgment of Receipt and Implementation of PPFA Clinical Research Standard Operating Procedures and Research Conduct Guidelines 2019 |
| Appx.005209-5211 | Email from PPFA to Texas Affiliate Medical Director welcoming to PPFA |
| Appx.005220-5285 | PPST Compliance, Quality Improvement & Risk Management Committee Meeting Agenda with materials; dated Nov. 10, 2016 |
| Appx.005286-5288 | Email to Jill Cobrin at ARMSInc.org re: accreditation of non-PP organization to provide health services if PPST loses Medicaid funding; dated Dec. 4, 2016 |
| Appx.005289-5303 | Email to J. Hons providing Affiliate Development and Accreditation Committee white paper re: licensing Medical Standards and Guidelines and use at non-PP organizations; dated Mar. 17, 2017 |
| Appx.005304-5317 | Email to K. Lambrecht RE: Directors and Officer's Policy with policy attached; dated May 21, 2021 |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.005318-5435 | Email from T. Trivisonno to M. Baxter with Powerpoint and information regarding PPFA Business Operations Team guidelines for assessing Health Center labor and performance; and NCL playbook attached |
| Appx.005436-5437 | PPFA Email to Affiliates re: Compliance Community Forum |
| Appx.005438-5440 | Email from PPFA to Affiliates re: No Surprises Act; Part II; Good Faith Estimate – Affiliate Guidance and Considerations; dated Dec. 7, 2021 |
| Appx.005441-5444 | PPFA Email to Affiliate CEOs sharing preview materials for upcoming National Conference; dated Mar. 17, 2021 |
| Appx.005443-5444 | National Conference Workshop List |
| Appx.005451-5519 | Research & Analysis: An Audit by Script Architecture prepared for PPFA re: facility upgrades to PP Affiliates; PowerPoint presentation; dated Mar. 30, 2020 |
| Appx.005520-5576 | Email to Affiliate Senior Leadership and Admins; Subject ACEC Meeting Agenda and Materials (with attachments); dated Feb. 24, 2016 |
| Appx.005577 | Email from S. McKinney directing PPGT not to bill specified charges to Medicaid while PPGT is excluded from the program; dated Mar. 13, 2021 |
| Appx.005578-5579 | Emails received by PPGT regarding the 60-Day Medicaid/Medicare Overpayment Repayment Rule |
| Appx.005580-5581 | Emails received by PPGT regarding the 60-Day Medicaid/Medicare Overpayment Repayment Rule |
| Appx.005582-5583 | Emails received by PPGT regarding the 60-Day Medicaid/Medicare Overpayment Repayment Rule |
| Appx.005584-5585 | Emails received by PPGT regarding the 60-Day Medicaid/Medicare Overpayment Repayment Rule |
| Appx.005586 | Email from S. McKinney to M. deJong re: Medicaid lawsuit info requested by auditors |
| Appx.005587-5588 | Email from R. Exnicious re: recouped Medicaid payments; dated Jan. 14, 2021 |
| Appx.005589 | Email from K. Lambrecht to S. Wheat re: Medicaid recoupment; dated Dec. 7, 2015 |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.005590-5594 | Email from PPFA re: difficult questions and talking points re: TX Affiliate OIG audits with attachments |
| Appx.005595 | Texas Health and Human Services Office of Inspector General Website Articles discussing HHSC-OIG encouraging providers to self-report overpayments and errors |
| Appx.005596 | Texas Health and Human Services Office of Inspector General Website Articles discussing HHSC-OIG encouraging providers to self-report overpayments and errors |
| Appx.005597 | Texas Health and Human Services Office of Inspector General Website Articles discussing HHSC-OIG encouraging providers to self-report overpayments and errors |
| Appx.005598-5605 | Texas Health and Human Services Commission Office of Inspector General Self-Disclosure Protocol; dated Feb. 2016 |
| Appx.005606 | Texas Medicaid Refund Information Form; effective date 08012014; revised date 06232014 |
| Appx.005607 | Texas Medicaid Refund Information Form; effective date 07302007; revised date 06012007 |
| Appx.005608 | Louisiana Medicaid list of Training Presentations, including copy of presentation titled Program Integrity 101; revised Mar. 2011 |
| Appx.005609-5637 | Louisiana Medicaid list of Training Presentations, including copy of presentation titled Program Integrity 101; revised Mar. 2011 |
| Appx.005638-5639 | Email from M. deJong re: financial report contingency footnote re: OIG audit of PPGT; dated Apr. 10, 2015 |
| Appx.005640 | Email from K. Lambrecht re: federal audit report of PPGT predecessor and conclusion that PPGT received overpayment; dated Mar. 7, 2016 |
| Appx.005641-5643 | Email from S. McKinney re: Talking re: OIG Medicaid Audit with attachment; dated Apr. 6, 2016 |
| Appx.005644-5651 | PPFA Email to Affiliates re: Health Care Reform Update Newsletter – June 2013 Issue |
| Appx.005652-5658 | Healthcare Reform Update |
| Appx.005659-5674 | Updated US Department of HHS OIG's Provider Self-Disclosure Protocol; issued Apr. 17, 2013 |

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.006122-6125 | Email from K. Lambrecht with subject: 5th Circuit Ruling re: Planned Parenthood in Medicaid and attaching the Court's Opinion; dated Nov. 23, 2020 |
| Appx.006129-6131 | Email from K. Lambrecht re: Texas affiliates' termination from Medicaid and PPGT and PPFA talking points, dated Oct. 19, 2015 |
| Appx.006132 | Email from M. deJong re: legality of providing Medicaid services after termination and likelihood of success in fighting termination with attached [*sic*] OIG Notice of Termination; dated Dec. 2, 2015 |
| Appx.006139-6141 | Email from K. Ray at HHSC to TX Affiliate CEOs re: "grace period" request; dated Jan. 4, 2021 |
| Appx.006146-6147 | March 10, 2021 Letter Ruling from Judge Livingston Travis County 261st Dist. Ct. In D-1-GN-21-000528 |
| Appx.006173-6178 | Letter from Affiliate Defendant CEOs to HHSC Executive Commissioner Cecile Young requesting reinstatement or "grace period"; dated Dec. 14, 2020 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby