**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § | |
| | § | No. 2:21-cv-022-Z |
| Plaintiffs, | § § | Date:      February 8, 2023 |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § | |
| Defendants. | § § | |

**EXHIBIT B**

CHART 1 – PPFA DOCUMENTS TO BE UNSEALED IN FULL[1]

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.002727-2729* | PPFA Accreditation Program Overview |
| Appx.004016-4017* | PPFA Email to PPST re 2015 PPST Accreditation |
| Appx.004018-4019* | PPFA Letter to PPST re 2015 PPST Accreditation |
| Appx.004022-4053 | PPFA Consolidated Financial Statements & Supplementary Information dated June 30, 2021 and 2020 |

---

[1] This list includes 1 document produced by PPFA that was cited by Plaintiffs but not designated as either Confidential or AEO and 3 documents that PPFA has agreed to downgrade (identified with an asterisk).

[2] To avoid confusion, PPFA has—where possible, given Plaintiffs' condensing of multiple documents from the Appendix into a single entry in the Index—used the document titles as written in Plaintiffs' Index (ECF No. 400).  However, PPFA's use of these titles does not constitute any agreement or concession that Plaintiffs' descriptions are accurate.  Indeed, many of them are not.

**CHART 2 – AFFILIATE DEFENDANT DOCUMENTS TO BE UNSEALED IN FULL[3]**

| Appendix Pages | Document Title |
|---|---|
| Appx.000801-0807 | PPST Letter to THHSC (Cecile Young) re COVID-19 |
| Appx.000808-0811 | Email from Ray to Lambrecht; Linton; Hons re Response to Letters of December 14, 2020 |
| Appx.000866-0872 | Final Notice of Termination of Enrollment letter to PPGC; PPGT; PPSA |
| Appx.001090-1092 | Judge Livingston (261st District Court) Letter re Relators Application for Temporary Mandatory Injunction |
| Appx.002335-2411 | General Information and Administration Provider Manual |
| Appx.002571-2572* | Letter to PPGC from Bureau of Health Services Financing Provider Enrollment Unit |
| Appx.002573* | Provider Enrollment letter to PPGC |
| Appx.002574-2581* | Letter to PPGC |
| Appx.002671-2677 | LA Department of Health letter to Linton re allegations against Planned Parenthood |
| Appx.002678-2683 | LA Department of Health letter to Linton re fetal tissue donation programs |
| Appx.002684-2695 | LA Department of Health letter to Linton re Termination/Revocation of LA Medicaid Provider Agreement |
| Appx.002696-2697 | Gottlieb letter to LeBlanc re Texas Medicaid Program Participation |
| Appx.002712 | Gottlieb letter to Coniglio re Texas Medicaid Program Participation |
| Appx.002726 | Letter to Judge deGravelles re Defendant's Motion to Lift Stay and Vacate Preliminary Injunction |
| Appx.003354-3355 | Binder 5(A) - PPST Accreditation Reports Cover Page & TOC |
| Appx.004977-4978* | Email from Exnicious to Etheredge fw Thank you for joining 'How Does This Get Paid: An Introduction to PPFA's Medicaid Reimbursement Toolkit' |
| Appx.005015-5016 | Email from Ehrmann re REMINDER: SAVE THE DATE: Medicaid Auditing and Compliance Webinar |
| Appx.005025-5028* | Email from McKinney to DeJong fw Upcoming Webinar on New Medicaid Managed Care Rule |
| Appx.005032-5034* | Email from Lambrecht to McKinney; DeJong et al fw Gap Funding Approach & Additional Contingency Planning Details |
| Appx.005035-5036 | Email from Singiser to Lambrecht re Title X and Medicaid Follow-Up Questions |
| Appx.005141-5146* | Email from Lambrecht to McKinney; Wheat; Sannes fw Previous Ltr of Interest for AEC SC and Governance |

---

[3] This list includes 17 documents produced by Affiliate Defendants that were cited by Plaintiffs but not designated as either Confidential or AEO and 10 documents that Affiliate Defendants have agreed to downgrade (identified with an asterisk).

| Appendix Pages | Document Title |
|---|---|
| Appx.005194-5195 | Email from Ayers to Affiliate CEOS, COOs, Chief Execs, CFOs, General Counsels re Flagging 340BESP Terms of Use |
| Appx.005212-5213* | Email from Brooks to Cowhard; Affiliate Chief Execs re ARMs insurance payment |
| Appx.006148 | Email from Lambrecht to McKinney re Medicaid administrative hearing |
| Appx.006160-6172* | Email from McKinney to Lambrecht re President Biden Takes Action on Sexual and Reproductive Health |
| Appx.006179-6277 | Original Petition for Writ of Mandamus, Application for Temporary Restraining Order, Temporary Mandatory Injunction, and Permanent Mandatory Injunction |
| Appx.006295* | Email from Hons to Barraza re the recent Medicaid ruling - Planned Parenthood South Texas |

**CHART 3 – PPFA DOCUMENTS TO BE UNSEALED IN PART**

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| Appx.001430-1488 | 30(b)(6) Deposition Transcript of Vickie Barrow-Klein (PPFA) | Transcript pages:<br>24:13-18<br>32:16-20<br>38:4-19<br>75:16-76:11<br>93:7-94:8<br>147:11-150:10<br>151:5-17<br>198:2-200:5<br>200:6-201:12<br>208:8-22 | All other pages and lines | All other pages are not cited; the transcript contains Confidential and AEO information, including especially sensitive financial information and commercial information that is not publicly known. |
| Appx.001539-1571 | Deposition Transcript of Rosemary Coluccio | Transcript pages:<br>12:6-21<br>14:23-18:15<br>18:18-23:2 | All other pages and lines | All other pages are not cited; the transcript contains Confidential and AEO information, including especially sensitive financial information and commercial information that is not publicly known. |
| Appx.001638-1703 | 30(b)(6) Deposition Transcript of Kim Custer (PPFA) | Transcript pages:<br>29:7-30:2<br>72:8-22<br>148:23-149:7<br>151:1-7<br>168:16-23<br>179:24-182:1<br>183:1-7<br>188:6-10<br>191:5-16<br>203:8-17 | All other pages and lines | All other pages are not cited; the transcript contains Confidential and AEO information, including especially sensitive financial information and commercial information that is not publicly known. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| | | 238:16-239:14<br>246:3-22<br>252:8-254:10<br>255:8-15 | | |
| Appx.001742-1802 | Deposition Transcript of Louis Dudney | Transcript pages:<br>199:8-201:7 | All other pages and lines | All other pages are not cited; the transcript contains Confidential and AEO information, including especially sensitive financial information and commercial information that is not publicly known. |
| Appx.001840-1894 | Deposition Transcript of Tamara Kramer | Transcript pages:<br>161:19-23<br>169:21-172:19<br>173:5-174:12<br>182:17-183:17 | All other pages and lines | All other pages are not cited; the transcript contains Confidential and AEO information, including especially sensitive financial information and commercial information that is not publicly known. |
| Appx.002202-2253 | Deposition Transcript of Teri Trivisonno | Transcript pages:<br>81:18-82:13<br>82:23-83:19<br>85:1-91:14<br>92:13-96:8<br>96:24-98:3<br>98:18-100:1<br>100:6-101:6<br>101:11-102:4<br>103:1-105:2<br>150:10-151:5<br>151:9-13<br>151:23-25<br>152:1-10 | All other pages and lines | All other pages are not cited; the transcript contains Confidential and AEO information, including especially sensitive financial information and commercial information that is not publicly known. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| | | 153:16-155:9<br>155:19-25<br>156:1-11<br>157:5-13<br>157:19-25<br>158:1-161:5<br>161:17-20<br>172:5-21<br>174:20-176:18<br>176:24-177:3<br>177:7-12<br>177:17-20<br>178:21-180:21<br>181:9-11<br>181:13-184:20<br>185:9-11<br>187:7-25<br>189:9-190:23<br>192:10-193:14<br>193:18-24<br>194:3-6<br>195:4-12<br>195:23-25<br>196:1-4<br>196:17-197:4<br>197:9-12<br>197:23-25<br>198:1-4<br>198:12-14 | | |
| Appx.004011-4012 | PPFA Email and Letter re PPST conditional accreditation | 4012 | 4011 | **IRRELEVANT PERSONAL INFORMATION** |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| | status of PPST ancillary organizations | | | Contains personal cell phone contact information. |
| Appx.004013 | PPFA Email re approval of PPGC/PPGT/PPST shared ancillary organization Planned Parenthood Advocates of Texas | N/A | 4013 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.004014-4015 | PPFA Email re review of PPGC/PPGT/PPST shared ancillary organizations Planned Parenthood Advocates of Texas and Planned Parenthood Texas Votes | 4014 | 4015 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.004020-4021 | PPFA Email from PPST re 2020 PPST Mid-Cycle Self-Assessment | 4020 | 4021 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.005029-5031 | Email from PPFA to Affiliate CEOs re: Monthly CEO Policy Call, topic PP defund and HHS review of 1115 waivers | N/A | 5029-5031 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains non-party contact information. |
| Appx.005083-5121 | Putting Women's Health Care on the Map: A Report on Year 3 of the Health Care Investment Program | 5094-5096 | 5083-5093, 5097-5121 | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information; commercial information that is not publicly known. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| | | | | Only three pages of this document are cited to support the following proposition: "One of the main goals of the HCIP was to maximize Medicaid revenue for the Affiliates." ECF No. 391 at 85. |
| Appx.005147-5149 | Email re: M. DeJong, PPGT CFO service on PPFA Fiduciary Committee Meeting | 5149 | 5147-5148 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.005159-5162 | PPFA Email re: pressure on LA Governor re: PPGC Medicaid status; dated Jan. 7, 2021 | 5160, 5162 | 5159, 5161 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.005186-5187 | PPFA Email to Affiliate CEOs re: Service Expansion Grant Awards to Affiliates from PPFA Healthcare Operations Team | 5186 | 5187 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.006126-6128 | Email from PPFA's R. Clawson to T. Trivisonno re: referring Texas Medicaid patients to PP competitors; dated Jan. 25, 2021 | 6127 | 6126, 6128 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.006149-6155 | PPFA emails re: press conference on TX Medicaid decision from Fifth Circuit; dated Dec. 16, 2020 | 6149-6151 | 6152-6155 | **IRRELEVANT PERSONAL INFORMATION** |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| | | | | Contains personal cell phone contact information; contains names of non-public employees. |
| Appx.006156-6159 | PPFA Email to Natl Exec Team re: strategy and goals after Texas affiliates terminated from Medicaid, dated Feb. 2, 2021 | 6156-6157, 6159 | 6158 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.006278-6292 | PPFA Email to CEO Cecile Richards re: Briefing for Press Call Tomorrow regarding Texas Medicaid lawsuit with Attachment; dated Nov. 22, 2015 | 6280-6292 | 6278-6279 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.006293-6294 | PPFA Email re: PPFA and TX Affiliates working with media to successfully pressure Texas Governor to give a "grace period" to buy time to see patients, dated Jan. 6, 2021 | 6294 | 6293 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |

**CHART 4 – AFFILIATE DEFENDANT DOCUMENTS TO BE UNSEALED IN PART**

| Appendix Pages | Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| Appx.001309-1377 | Polin Barraza Deposition Transcript (Day 1) | Transcript pages: 25; 29; 184; 219–221 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-party names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. |
| Appx.001378-1429 | Polin Barraza Deposition Transcript (Day 2) | Transcript pages: 306; 465–466 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-publicly identified employee names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. |
| Appx.001572-1637 | PPGC 30b6 Deposition Transcript (Curtis) | Transcript pages: 21-24; 32-35; 121; 210-212; 219-220; 237-238 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-publicly identified employee names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. |
| Appx.001895-1950 | Ken Lambrecht Deposition Transcript (December 6, 2022) | Transcript pages: 26-29; 31; 40; 46;140 | 72-73; all other pages | Pages 72-73 are designated as Confidential because they discuss grant and financial information. The remaining pages were not cited in the brief. In addition, uncited pages include trade secret and proprietary information, including detailed accreditation information; and grant and financial information. |
| Appx.001951-2020 | Ken Lambrecht Deposition Transcript (November 21, 2022) | Transcript pages: 25; 134; 141; 190-191; 244-245 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include trade secret and proprietary information, including |

| Appendix Pages | Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| | | | | detailed accreditation information; and grant and financial information. |
| Appx.002021-2089 | Melaney Linton Deposition Transcript | Transcript pages: 67-68; 115-116; 123; 190-191 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-publicly identified employee names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. |
| Appx.002706-2708 | Email from Dixon to PPGC-PC-Patient Access Center fw Read me - Texas Medicaid Update | N/A | All non-public employee names[4] | **IRRELEVANT NON-PUBLIC PERSONAL INFORMATION**<br><br>Document contains non-public names and contact information. |
| Appx.005196-5197 | Email from Hitson to Affiliate Clinicians; IT; Quality Risk Management re Webinar Reminder: HER Guidelines: Referrals, HIPAA Omnibus Rule, & Granting Access in the EHR | N/A | All non-public PP employee names | **IRRELEVANT NON-PUBLIC PERSONAL INFORMATION**<br><br>Document contains non-public names and contact information. |
| Appx.005675-6029 | Affiliate Defendants' Third Privilege Log | N/A | All non-public PP employee names | **IRRELEVANT NON-PUBLIC PERSONAL INFORMATION**<br><br>Document contains non-public names and contact information. |
| Appx.006030-6121 | Affiliate Defendants' First Privilege Log | N/A | All non-public PP employee names | **IRRELEVANT NON-PUBLIC PERSONAL INFORMATION** |

---

[4] Affiliate Defendants are happy to provide chambers with a list of all the non-public facing employees redacted for *in camera* review.

| Appendix Pages | Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
|  |  |  |  | Document contains non-public names and contact information. |

## CHART 5 – PPFA DOCUMENTS THAT SHOULD REMAIN SEALED

| Appendix Pages | Appendix Document Title | Reason for Sealing |
|---|---|---|
| Appx.002730-2740 | PPFA Accreditation & Evaluation Department Accreditation Introductory Call Overview, Script & Communications Template | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |
| Appx.002741-2776 | PPFA 2015 Accreditation Indicators and Elements of Performance | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |
| Appx.002777-2827 | PPFA 2017 Accreditation Indicators and Elements of Performance | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |
| Appx.002828-2878 | PPFA 2018 Accreditation Indicators and Elements of Performance | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |

| Appendix Pages | Appendix Document Title | Reason for Sealing |
|---|---|---|
| Appx.002879-3027 | PPFA 2022 Accreditation & Evaluation Department Accreditation Form/Template | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |
| Appx.003028-3111 | PPFA 2017 PPGC Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |
| Appx.003112-3151 | PPFA 2019 PPGT Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "PPFA requires the Affiliate Defendants to be 'accredited' through a rigorous appraisal of their policies, practices, and programs to assess compliance with PPFA's standards." ECF No. 391 at 77-78; *id.* at 11 (similar). |
| Appx.003152-3210 | PPFA 2015 PPGT Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003211-3289 | PPFA 2012 PPGC Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information. |

| Appendix Pages | Appendix Document Title | Reason for Sealing |
|---|---|---|
| | | Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003290-3353 | PPFA 2021 PPGC Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003447-3545 | PPFA 2016 PPST Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003583-3603 | PPFA 2019 PPST Accreditation Overview Presentation/Slides and Summary of Corrective Actions | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003604-3661 | PPFA 2019 PPST Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003662-3737 | PPFA 2012 PPST Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information. |

| Appendix Pages | Appendix Document Title | Reason for Sealing |
|---|---|---|
| | | Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003738-3792 | PPFA 2019 PPST Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.003970-4010 | PPFA 2019 PPGT Accreditation Report | **TRADE SECRET**<br><br>Sensitive trade secret information.<br>Cited to support the proposition that: "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78; *id.* at 11 (similar). |
| Appx.004390-4546 | PPFA Health Care Investment Program Year 1-4 Reports | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial and marketing information, including detailed information about non-parties.<br>Cited exclusively to support the proposition that: "PPFA also created and funded a program called the Health Care Investment Program (HCIP) to provide technical assistance to PPFA Affiliates on issues such as Medicaid." ECF No. 391 at 85. |
| Appx.004547-4570 | PPFA Health Care Investment Program Year 1-4 Reports (Cont.) | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial and marketing information, including detailed information about non-parties.<br>Cited exclusively to support the proposition that: "PPFA also created and funded a program called the Health Care Investment Program (HCIP) to provide technical assistance to PPFA Affiliates on issues such as Medicaid." ECF No. 391 at 85. |

| Appendix Pages | Appendix Document Title | Reason for Sealing |
|---|---|---|
| Appx.004571-4859 | 30(b)(6) Deposition of Vickie Barrow Klein: PPFA Transaction Ledger and PPFA Financial Documents | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information, including detailed financial information about non-parties.<br>Pages 4572-4821 are cited exclusively to support the proposition that: "There are thousands of financial transactions between the Affiliates and PPFA each year." ECF No. 391 at 10.<br>Note: Appx.004822-4859 is a separate document; it is uncited. |
| Appx.004863-4887 | Email from K. Custer to Affiliate CEOs; Subject: Information Request for NPS Motion; dated Mar. 10, 2015; attachments: Highlights from PPFA Program Support for Affiliates; PPFA National Office Services to Affiliates; NPS and Financial Comparison for Affiliates; Health Care Business Model Project | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information; commercial information that is not publicly known. |
| Appx.004977-5009 | Email from R. Exnicious re: Introduction to PPFA's Medicaid Reimbursement Toolkit; dated Oct. 28, 2019; attachment: Medicaid Reimbursement Toolkit | **TRADE SECRET**<br><br>Especially sensitive trade secret information; commercial information that is not publicly known.<br>Cited exclusively to support the propositions that: "The Healthcare Division also has a Business Operations Team which assists Affiliates with their revenue cycle, among other things, which includes Medicaid billing" and "PPFA's HCIP Team publishes a 'Medicaid Toolkit' that advises best practices on billing." ECF No. 391 at 9, 85. |
| Appx.005037-5055 | Planned Parenthood Revenue Cycle Toolkit | **TRADE SECRET** |

| Appendix Pages | Appendix Document Title | Reason for Sealing |
|---|---|---|
| | | Especially sensitive trade secret information; commercial information that is not publicly known.<br>Cited exclusively to support the proposition that: "The Healthcare Division also has a Business Operations Team which assists Affiliates with their revenue cycle, among other things, which includes Medicaid billing."  ECF No. 391 at 9. |
| Appx.005066-5071 | PPFA Email re: NPS Dues Forgiveness | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information; commercial information that is not publicly known. |
| Appx.005155-5158 | PPFA Email re: New Clinic Budget Sheet | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information; commercial information that is not publicly known; also contains personal cell phone contact information.<br>Cited exclusively to support the proposition that: "PPFA receives donations from outside funders to pay for the construction of new PPFA healthcare facilities, conducts financial analysis and market research for new potential PPFA healthcare facilities, and performs extensive design and construction review of nearly every detail of proposed PPFA healthcare facilities."  ECF No. 391 at 82-83. |
| Appx.005214-5219 | Updated from ARMS dated Mar. 2016 re: portraying Planned Parenthood as excellent and stable amid media scrutiny | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Sensitive marketing information.<br>Cited exclusively to support the proposition that: "To be a PPFA Affiliate, Affiliates must also be insured by Affiliate Risk Management Services (ARMS), a company that only insures PPFA entities and affiliates. . . . ARMS' sole member, Policyholders' Trust, is a PPFA-related company and is controlled by PPFA Affiliate CEOs and PPFA directors 'to ensure that the organization will always support' PPFA and the PPFA Affiliates."  ECF No. 391 at 10. |

**CHART 6 – AFFILIATE DEFENDANT DOCUMENTS THAT SHOULD REMAIN SEALED**

| Appendix Pages | Document Title | Reason for Sealing |
|---|---|---|
| Appx.003356-3446 | Final PPST Affiliate Accreditation Report (Binder 5(A) Tab 500) | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information.<br>Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges."  ECF No. 391 at 11.<br>Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants."  ECF No. 391 at 78. |
| Appx.003546-3582 | PPST Corrective Action Report (Binder 5(A) Tab 506) | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information.<br>Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges."  ECF No. 391 at 11.<br>Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants."  ECF No. 391 at 78. |
| Appx.003793-3871 | Email from Lambrecht to Olson fw Final accreditation report for Planned Parenthood of Greater Texas | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information. |

| Appendix Pages | Document Title | Reason for Sealing |
|---|---|---|
|  |  | Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges."  ECF No. 391 at 11. Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants."  ECF No. 391 at 78. |
| Appx.003872-3884 | Email from White to PPFA re accreditation corrective action plan | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information. Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges."  ECF No. 391 at 11. Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants."  ECF No. 391 at 78. |
| Appx.003885-3903 | Email from Johnson to Lambrecht; Frances attaching PPGT Draft Summary Outcome Presentation | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information. Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges."  ECF No. 391 at 11. Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants."  ECF No. 391 at 78. |

| Appendix Pages | Document Title | Reason for Sealing |
|---|---|---|
| Appx.003904-3928 | Email from White to Lambrecht et al re Accreditation Resources | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information.<br>Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges." ECF No. 391 at 11.<br>Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78. |
| Appx.003929-3969 | PPFA Accreditation and Evaluation Department - Guide for Accreditation Reviews | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed accreditation report, including sensitive security information.<br>Cited in 1300 page string cite to support the proposition that "The PPFA Affiliate Defendants are all Planned Parenthood entities and members of PPFA, so they are all required to go through PPFA's accreditation process in order to retain those privileges." ECF No. 391 at 11.<br>Cited in 900 page string cite to support the proposition that "Since 2015, PPFA has completed several comprehensive accreditation reviews of each of the Affiliate Defendants." ECF No. 391 at 78. |
| Appx.005188-5189 | Email from Trivisonno re New PPFA Building Book for Health Centers | **SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document contains sensitive security information.<br>Cited exclusively to support the proposition that "Since 2014, PPFA has published and distributed a book called the "PPFA Building Book for Health Centers" providing comprehensive design and construction information, potential floor plans for different kinds of PPFA health |

| Appendix Pages | Document Title | Reason for Sealing |
|---|---|---|
| | | centers, color schemes, and other design considerations involved in constructing new PPFA healthcare facilities." ECF No. 391 at 83. |
| Appx.005190-5193 | Email from Sueyoshi to Affil COOs; Affil-PSDs; Affil Chief Execs; Affil CAPS AB; Affil Medical Directors re Direct to Patient Medication Abortion Mail Order Pharmacy Information | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial information.<br>Cited exclusively to support the proposition that "PPFA has recently explored options for mail order pharmacies to provide direct-to-patient medication abortion to PPFA's patients." ECF No. 391 at 83. |
| Appx.006142-6145 | Email from McKinney to Sannes re 5th Circuit Ruling re Planned Parenthood in Medicaid | **SENSITIVE RECENT FINANCIAL INFORMATION**<br><br>Document contains financial and grant information.<br>Cited exclusively to support the proposition that "PPGT is working with Planned Parenthood Federation of America (PPFA) legal counsel regarding next steps in the courts and with the new administration in early 2021." ECF No. 391 at 71. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby
