IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator<br><br>    *Plaintiffs*,<br>v.<br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br>    *Defendants*. | Civil Action No. 2:21-CV-00022-Z |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.12(b), the United States of America advises the Court and the parties that the undersigned is hereby substituted in place of J. Scott Hogan as the attorney for the United States in this case.

**Notice of Substitution of Counsel - Page 1**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ *Kenneth G. Coffin*
KENNETH G. COFFIN
Assistant United States Attorney
Texas Bar No. 24076986
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8646
Facsimile:    214-659-8807
kenneth.coffin@usdoj.gov

Certificate of Service

On February 15, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Kenneth G. Coffin*
Kenneth G. Coffin
Assistant United States Attorney