# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, <br><br>  Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | No. 2:21-cv-022-Z <br><br> Date:   February 17, 2023 |

## NOTICE OF APPEARANCE

The undersigned attorney hereby appears as counsel of record for Defendant Planned Parenthood Federation of America, Inc. and requests delivery of all filings in this matter.

Anton Metlitsky (*pro hac vice* application forthcoming)
ametlitsky@omm.com
7 Times Square
New York, NY 10036
T: (212) 326-2291
F: (212) 326-2061

Mr. Metlitsky will be submitting a *pro hac vice* application shortly.  Mr. Metlitsky is a member in good standing of the New York State Bar.

| | |
|---|---|
| Dated:  February 17, 2023 | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>By:   */s/ Danny S. Ashby*<br><br>DANNY S. ASHBY<br>Texas Bar No. 01370960<br>dashby@omm.com<br>MEGAN R. WHISLER<br>Texas Bar No. 24079565<br>mwhisler@omm.com<br>2501 N. Harwood Street, Suite 1700<br>Dallas, Texas 75201<br>T: (972) 360-1900<br>F: (972) 360-1901<br><br>LEAH GODESKY (*pro hac vice*)<br>lgodesky@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>T: (310) 553-6700<br>F: (310) 246-6779<br><br>RYAN BROWN ATTORNEY AT LAW<br>RYAN PATRICK BROWN<br>Texas Bar No. 24073967<br>ryan@ryanbrownattorneyatlaw.com<br>1222 S. Fillmore St.<br>Amarillo, Texas 79101<br>T: (806) 372-5711<br>F: (806) 350-7716<br><br>*Attorneys for Defendant Planned Parenthood Federation of America, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

                                                                                       */s/* Danny S. Ashby  
                                                                                       Danny S. Ashby