UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

United States of America, et al. §
*Plaintiff* §
§
§
v. § Case No. 2:21-cv-022-Z
§
§
Planned Parenthood Federation of America, Inc. §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

O'Melveny and Myers LLP , with offices at

7 Times Square
(Street Address)

New York                NY              10036
(City)                  (State)         (Zip Code)

(212) 326-2291          (212) 326-2061
(Telephone No.)         (Fax No.)

II. Applicant will sign all filings with the name Anton Metlitsky .

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Planned Parenthood Federation of America, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 4383525    Admission date: January 30, 2006

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Court of Appeals, DC Cir. | Aug 31, 2009 | Active |
| US Court of Appeals, Eleventh Cir. | Mar 05, 2013 | Active |
| US Court of Appeals, Federal Cir. | Jul 07, 2015 | Active |
| US Court of Appeals, Fifth Cir. | Apr 07, 2017 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

_____  _____

_____  _____

_____  _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Danny Ashby, who has offices at

O'Melveny and Myers LLP, 2501 North Harwood Street, Suite 1700
(Street Address)

Dallas  TX  75201
(City)  (State)  (Zip Code)

(972) 360-1900  (972) 360-1901
(Telephone No.)  (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 17th day of February, 2023.

Anton Metlitsky
Printed Name of Applicant

*/s/ Anton Metlitsky*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Supplemental Court Admissions

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| US Court of Appeals, First Circuit | May 15, 2020 | Active |
| US Court of Appeals, Fourth Circuit | Feb 01, 2012 | Active |
| US Court of Appeals, Ninth Circuit | Mar 26, 2009 | Active |
| US Court of Appeals, Second Circuit | Jul 07, 2009 | Active |
| US Court of Appeals, Seventh Circuit | Mar 27, 2009 | Active |
| US Court of Appeals, Sixth Circuit | Apr 28, 2011 | Active |
| US Court of Appeals, Third Circuit | Dec 09, 2011 | Active |
| US District Court, New York Eastern | Jul 28, 2020 | Active |
| US District Court, New York Southern | Aug 21, 2012 | Active |
| US District Court, Texas Eastern | Aug 30, 2016 | Active |
| US District Court, Wisconsin Western | May 18, 2020 | Active |
| US Supreme Court | May 02, 2011 | Active |