IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is United States' Unopposed Motion for Leave to File Statement of Interest ("Motion") (ECF No. 429), filed on February 15, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** the United States to promptly file the statement of interest.

**SO ORDERED**.

February 21, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE