**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| *ex rel.* Alex Doe, Relator, | § | |
| | § | |
| The State of Texas | § | No. 2:21-CV-00022-Z |
| *ex rel.* Alex Doe, Relator, | § | |
| | § | |
| The State of Louisiana | § | |
| *ex rel.* Alex Doe, Relator, | § | Date: February 24, 2023 |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | |
| | § | |
| Planned Parenthood Federation of America, | § | |
| Inc., Planned Parenthood Gulf Coast, Inc., | § | |
| Planned Parenthood of Greater Texas, Inc., | § | |
| Planned Parenthood South Texas, Inc., Planned | § | |
| Parenthood Cameron County, Inc., Planned | § | |
| Parenthood San Antonio, Inc., | § | |
| | § | |
| *Defendants*. | § | |

## AFFILIATE DEFENDANTS' NOTICE REGARDING
## RELATOR'S MOTION TO COMPEL

In light of the Court's Order granting Defendants' Motion to Stay (ECF No. 446), Affiliate Defendants understand that all aspects of this matter are stayed, including the deadline to respond to Relator's Motion to Compel Production of Document on Defendants' Privilege Log (the "Motion") (ECF No. 433). Affiliate Defendants oppose the Motion in its entirety and intend to file a brief to that effect once the stay is lifted. Affiliate Defendants, however, stand ready to file such a brief promptly during the pendency of the stay should the Court so order.

Dated: February 24, 2023                    Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:      */s/ Tirzah S. Lollar*
         Tirzah S. Lollar
         Tirzah.Lollar@arnoldporter.com
         Craig D. Margolis
         Craig.Margolis@arnoldporter.com
         Christian Sheehan
         Christian.Sheehan@arnoldporter.com
         Emily Reeder-Ricchetti
         Emily.Reeder-Ricchetti@arnoldporter.com
         Megan Pieper
         Megan.Pieper@arnoldporter.com
         Alyssa Gerstner
         Alyssa.Gerstner@arnoldporter.com
         601 Massachusetts Ave, NW
         Washington, DC 20001-3743
         Telephone: +1 202.942.6127
         Fax: +1 202.942.5999

         Paula Ramer
         Paula.Ramer@arnoldporter.com
         250 West 55th Street
         New York, New York 10019-9710
         T: +1 212.836.8474

         Christopher M. Odell
         Texas State Bar No. 24037205
         Christopher.Odell@arnoldporter.com
         700 Louisiana Street, Suite 4000
         Houston, TX 77002-2755
         Telephone: +1 713.576.2400
         Fax: +1 713.576.2499

         Ryan Patrick Brown
         Texas State Bar No. 24073967
         brown@blackburnbrownlaw.com
         1222 S. Fillmore
         Amarillo, TX 79101
         Tel: (806) 371-8333
         Fax: (806) 350-7716

*Attorneys for Defendants Planned*
*Parenthood Gulf Coast, Inc., Planned*
*Parenthood of Greater Texas, Inc.,*
*Planned Parenthood South Texas, Inc.,*
*Planned Parenthood Cameron County,*
*and Planned Parenthood San Antonio*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of February, 2023, I caused the foregoing to be served by email through the Court's Electronic Case Filing system upon all attorneys of record.


*/s/ Tirzah S. Lollar*
Tirzah S. Lollar