IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Relator's Motion to Lift Stay for the Limited Purpose of Continuing Briefing on Already-Pending Motions ("Motion"), filed on March 1, 2023. Having considered the Motion, the Court **GRANTS** the motion and hereby **ORDERS** Defendants to respond to Relator's Motion to Compel (ECF No. 433) **on or before**

**March __, 2023**. Relator may file any reply **within three days of Defendants' response**. The Court also hereby **ORDERS** Defendants to respond to Relator's Motion to Unseal (ECF No. 425) **on or before March ___, 2023**. Relator may file any reply within fourteen days of Defendants' response according to L.R. 7.1(f).

    **SO ORDERED**.

    March ___, 2023

                                                  MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE