IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD FEDERATION § <br> OF AMERICA, INC., *et al.*, § <br> § <br> Defendants. § | 2:21-CV-022-Z |

### ORDER

Before the Court is Relator's Motion to Lift Stay for the Limited Purpose of Continuing Briefing on Already-Pending Motions ("Motion") (ECF No. 450), filed on March 1, 2023. The Court hereby **ORDERS** Defendants to respond to the Motion **on or before March 10, 2023**. Relator must file any reply **on or before March 15, 2023**. Regardless of how the Court resolves the Motion, the Court will not address any new matters absent exceptional circumstances. *See Nken v. Holder*, 556 U.S. 418, 433 (2009) (a stay is "an exercise of judicial discretion," and the propriety of its issue is "dependent upon the circumstances of the particular case.") (internal marks omitted).

**SO ORDERED.**

March 7, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE