IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.   2:21-CV-022-Z

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

    Defendants.

## ORDER

Before the Court is Relator's Motion to Lift Stay for the Limited Purpose of Continuing Briefing on Already-Pending Motions ("Motion") (ECF No. 450), filed on March 1, 2023. The Motion repeats arguments the Court considered in the order granting Defendants' motion to stay. *See* ECF No. 446. Accordingly, the Court **DENIES** the Motion. Additionally, for statistical reasons, the Court **DIRECTS** the Clerk's office to administrative close the case.

**SO ORDERED**.

March 28, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE