# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.* <br><br> *Defendants*. | Civil Action No. 2-21-CV-022-Z |

## TEXAS'S NOTICE OF APPEARANCE OF CO-COUNSEL

William D. Wassdorf, Assistant Attorney General, has been assigned to appear as co-counsel in this case on behalf of the State of Texas. Mr. Wassdorf is admitted to practice in the United States District Court for the Northern District of Texas and is a member in good standing of the State Bar of Texas. State of Texas requests that Mr. Wassdorf be served with all future correspondence and pleadings.

Dated: June 12, 2023

Respectfully submitted,

**JOHN SCOTT**
Provisional Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
will.wassdorf@oag.texas.gov

**ATTORNEYS FOR STATE OF TEXAS**

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, this document was electronically filed and served via the Court's CM/ECF system.

*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**