IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 6 2023
CLERK, U.S. DISTRICT COURT
By ____ Deputy

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

v.

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

Defendants.

2:21-CV-022-Z

**ORDER**

On February 23, 2023, the Court entered an order granting Defendants' Motion to Stay (ECF No. 446). The Court stayed and administratively closed the case due to the Supreme Court's grant of certiorari for *U.S. ex rel. Schutte v. SuperValu Inc.*, 9 F.4th 455, 468 (7th Cir. 2021). That case, which turned on the federal False Claims Act's scienter requirement, has now been resolved. *See U.S. ex rel. Schutte v. SuperValu Inc.*, 143 S. Ct. 1391 (2023). Accordingly, the Court **DIRECTS** the Clerk of Court to lift the stay and reopen this case for further proceedings.

Additionally, pursuant to the Court's internal procedures, administrative closure operates to terminate all pending motions. On or before **Wednesday, June 21, 2023**, the Court **ORDERS** the parties to file a joint list of then-pending motions, responses, replies, sur-replies, briefs in support and/or appendices — identified by ECF number — that that the parties seek to reopen. Any paper not so identified will remain terminated by operation of administrative closure.

**SO ORDERED.**

June 16, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE