# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, § § § § § § Plaintiffs, § § v. § § PLANNED PARENTHOOD FEDERATION § OF AMERICA, INC., PLANNED § PARENTHOOD GULF COAST, INC., § PLANNED PARENTHOOD OF GREATER § TEXAS, INC., PLANNED PARENTHOOD § SOUTH TEXAS, INC., PLANNED § PARENTHOOD CAMERON COUNTY, § INC., PLANNED PARENTHOOD SAN § ANTONIO, INC., § § Defendants. § | | No. 2:21-cv-022-Z<br><br>Date:   June 20, 2023 |

**EXHIBIT A**

**Uncited Documents in Plaintiffs' Supplemental Appendix[1]**

| Supplemental Appendix Pages | Supplemental Appendix Document Title[2] |
|---|---|
| Appx.006313 – 6314 | Email re Disclosing Medicare Self-Identified Overpayments; dated December 12, 2017 |
| Appx.006315 – 6316 | Email re How can you better protect your organization from FCA risks?; dated January 4, 2022 |
| Appx.006317 – 6318 | Email re Federal Court Finds that CMS Overpayment Rule Does Not Violate Medicare Requirements; dated August 26, 2021 |
| Appx.006319 – 6321 | Email re False Claims in Healthcare – Your Essential FCA Guidebook; dated August 31, 2021 |
| Appx.006407 – 6408 | Email re Medicare Self Disclosure Request; dated January 24, 2020 |
| Appx.006409 – 6412 | Email re Important DOJ and OCR Updates; dated February 7, 2019 |
| Appx.006419 – 6425 | Email re April 2017 Compliance Updates; dated April 3, 2017 |
| Appx.006426 – 6428 | Email re First 60-day repayment rule settlement announced; dated August 31, 2016 |
| Appx.006429 | Email re Important – Federal Audit Report of PPNT; dated March 7, 2016 |
| Appx.006430 | Email re Medicaid Payment Update; dated December 7, 2015 |
| Appx.006431 – 6436 | Email re PPGT Debt Repayment Plan; dated October 6, 2016 |
| Appx.006439 - 6440 | Email re OIG footnote; dated April 10, 2015 |

---

[1] Among these 63 uncited documents are 18 documents that no Defendant designated Confidential or Attorneys' Eyes Only. While such documents should never have been filed in the first place and are thus not properly "judicial records," *see* Loc. R. 5.2, Plaintiffs need never have sealed them in the first instance.

[2] To avoid confusion, Defendants have—where possible, given Plaintiffs' condensing of multiple documents from the Supplemental Appendix into a single entry in the Index—used the document titles as written in Plaintiffs' Index (ECF No. 416). However, Defendants' use of these titles does not constitute any agreement or concession that Plaintiffs' descriptions are accurate. Indeed, many of them are not.

| Supplemental Appendix Pages | Supplemental Appendix Document Title[2] |
|---|---|
| Appx.006441 – 6443 | Email re Internal update on TX audit media strategy; dated October 25, 2012 |
| Appx.006444 – 6446 | Email re HHS OIG Report on Texas Medicaid & PP North Texas; dated March 30, 2015 |
| Appx.006500 – 6502 | Email re Talking Points for the Board; dated April 6, 2016 |
| Appx.006503 | Email re Medicaid Termination; dated December 2, 2015 |
| Appx.006505 | Email re Melanie; dated December 21, 2016 |
| Appx.006506 – 6507 | Email re meeting in Dallas; dated March 22, 2016 |
| Appx.006508 – 6511 | Memo re Gap Funding Approach – Medicaid Funding "Limbo Period"; dated June 16, 2017 |
| Appx.006512 – 6601 | Office of the Inspector General Work Plan 2015 |
| Appx.006602 – 6603 | Email re Friday's SAP/PPGC Meeting; dated March 1, 2017 |
| Appx.006604 – 6634 | PPFA Medicaid Reimbursement Toolkit |
| Appx.006635 – 6636 | Email re HCIP Assistance; dated October 12, 2016 |
| Appx.006637 | Email re How was the call with Jon and Melaney?; dated June 7, 2017 |
| Appx.006638 – 6642 | Email re Wendy Davis National Media Tonight; dated October 20, 2015 |
| Appx.006643 – 6652 | PPFA Ancillary Organization Self-Study Review |
| Appx.006653 – 6661 | PPFA HCIP Year 4 Report: Core Competencies |
| Appx.006662 – 6664 | Email re Minutes from August 2019 Fiduciary Committee Meeting; dated October 15, 2019 |
| Appx.006665 – 6671 | Email re Medicaid/Medicare/CHIP payments for FY 2016 through 2018; dated April 9, 2020 |
| Appx.006672 – 6691 | Email re agenda and background materials for 2/6 & 2/7 mtgs; dated February 4, 2013 |
| Appx.006692 – 6711 | Email re DHHS OIG Release of New Guidance for Health Care Boards; dated April 21, 2015 |

| Supplemental Appendix Pages | Supplemental Appendix Document Title[2] |
|---|---|
| Appx.006712 – 6713 | Notes: Rulemaking and Comments Workgroup Call 7/26/16 |
| Appx.006714 – 6759 | Memo re Office of the Inspector General (OIG) Guidance on Avoiding Medicare and Medicaid Fraud and Abuse |
| Appx.006760 – 6763 | Email re Update from Foundational Group; dated May 4, 2018 |
| Appx.006764 – 6765 | Email re Thank you for joining "How Does This Get Paid: An Introduction to PPFA's Medicaid Reimbursement Toolkit"; dated October 28, 2019 |
| Appx.006766 – 6768 | Email re Nah nah nah nah; dated December 12, 2020 |
| Appx.006769 – 6777 | Email re Ruth Green Award; dated February 14, 2017 |
| Appx.006778 – 6790 | PPFA Deleguide, PPFA Annual Membership Meeting; dated April 27, 2018 |
| Appx.006791 – 6812 | Email re FAA Turnaround Plan; dated August 11, 2016 |
| Appx.006813 – 6848 | Taking C.A.R.E. of Business, Introduction of the PPFA Compliance Initiative |
| Appx.006849 – 6867 | PPFA Revenue Cycle Toolkit |
| Appx.006868 – 6871 | Email re Upcoming Webinar on New Managed Care Rule; dated May 25, 2016 |
| Appx.006872 – 6873 | Email re REMINDER: SAVE THE DATE: Medicaid Auditing and Compliance Webinar; dated June 16, 2011 |
| Appx.006874 – 6877 | Email re Upcoming Webinar on New Managed Care Rule; dated May 25, 2016 |
| Appx.006878 – 6881 | Email re 5th Circuit Ruling re: Planned Parenthood in Medicaid; dated November 23, 2020 |
| Appx.006882 – 6884 | Email re Medicaid Issues in the Media; dated October 19, 2015 |
| Appx.006885 – 6892 | Email re Very interesting from PPFA; dated February 5, 2014 |
| Appx.006893 – 6964 | PPFA National Office Quarterly Update for ACEC |

| Supplemental Appendix Pages | Supplemental Appendix Document Title[2] |
|---|---|
| Appx.006965 – 6973 | PPFA National Program Support |
| Appx.006974 – 6986 | Email re President Biden Takes Action on Sexual and Reproductive Health; dated January 29, 2021 |
| Appx.006987 – 6992 | Email re Restricted PPOL email for Texas; dated September 11, 2021 |
| Appx.006993 – 7024 | ARMS Insurance Agreement |
| Appx.007025 – 7038 | Email re Communicating About SBA Loans or Other Federal Resources; dated May 20, 2020 |
| Appx.007039 – 7041 | Email re Gap Funding Approach & Additional Contingency Planning Details; dated June 29, 2017 |
| Appx.007042 – 7062 | Email re GPO Agreement Renewal; dated December 17, 2013 |
| Appx.007063 – 7087 | Email re 2021 National Conference Program Book; dated April 12, 2021 |
| Appx.007088 – 7140 | ARMS Risk Management Forms |
| Appx.007141 – 7155 | ARMS Risk Management Integrated Enterprise-Wide Risk Management Program |
| Appx.007156 – 7165 | Email re Medicaid Case Dismissed TODAY; dated May 13, 2021 |
| Appx.007166 – 7167 | Email re following up – contract scope, material from the archives re: Lozier report; dated January 27, 2017 |
| Appx.007168 – 7310 | Power & Purpose: 100+ Years Strong, P's In a Pod: Developing an Internal Culture that Supports Strategic Initiatives |
| Appx.007311 – 7314 | Email re Support and continued access for your Texan Medicaid patients; dated January 25, 2021 |
| Appx.007315 – 7328 | Policyholders' Trust IRS 990 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby