**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § § § | No. 2:21-cv-022-Z |
| Plaintiffs, | § § | Date:   June 20, 2023 |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § | |
| Defendants. | § | |

**EXHIBIT B**

## CHART 1 – PPFA DOCUMENTS TO BE UNSEALED IN FULL[1]

| Supplemental Appendix Pages | Supplemental Appendix Document Title[2] |
|---|---|
| Appx.006309 – 6312 | Emails re PPGC termination date for Louisiana Medicaid; dated September 24, 2015 |
| Appx.007329 – 7337 | PPFA Letter to CMS re ACA; dated July 12, 2017 |

---

[1] This list includes two documents produced by PPFA that were cited by Plaintiffs but not designated as either Confidential or AEO.

[2] To avoid confusion, PPFA has—where possible, given Plaintiffs' condensing of multiple documents from the Supplemental Appendix into a single entry in the Index—used the document titles as written in Plaintiffs' Index (ECF No. 416). However, PPFA's use of these titles does not constitute any agreement or concession that Plaintiffs' descriptions are accurate. Indeed, many of them are not.

1

**CHART 2 – AFFILIATE DEFENDANT DOCUMENTS TO BE UNSEALED IN FULL[3]**

| Supplemental Appendix Pages | Document Title |
|---|---|
| Appx.006437 – 6438* | Email re CMS Refund Final Rule; dated March 4, 2016 |
| Appx.006322 – 6402* | Email re PPGC OIG Audit Report; dated November 21, 2013 |
| Appx.006403 – 6404 | Email re CMS Refund Rule; dated March 4, 2016 |
| Appx.006405 – 6406 | Email re Repayment Notification; dated May 5, 2016 |
| Appx.006413 – 6414 | Email re Last Chance Medicare Compliance Training; dated January 31, 2018 |
| Appx.006415 – 6416 | Email re Overpayment Rule Penalty Notice; dated January 18, 2018 |
| Appx.006417 – 6418 | Email re Overpayment Rule Penalty Notification; dated January 10, 2018 |

---

[3] This list includes five documents produced by Affiliate Defendants that were cited by Plaintiffs but not designated as either Confidential or AEO and two documents that Affiliate Defendants have agreed to downgrade (identified with an asterisk).

## CHART 3 – PPFA DOCUMENTS TO BE UNSEALED IN PART

| Supplemental Appendix Pages | Supplemental Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| Appx.006296–6300 | Emails re OIG rejecting appeal; dated January 4, 2021 | Appx.006296-6299 | Appx.006300 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. |
| Appx.006447–6499 | PPFA Compliance: Dollars & Sense for Affiliate CFOs; dated March 2015 | Appx.006482-6483 | Appx.006447-6481<br>Appx.006484-6499 | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Only two pages of this document are cited; the rest of the document contains irrelevant but confidential information, as it is a proprietary training tool developed by PPFA and it is not shared publicly. |

**CHART 4 – AFFILIATE DEFENDANT DOCUMENTS TO BE UNSEALED IN PART**

| Appendix Pages | Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing |
|---|---|---|---|---|
| Appx.006504 | Email re NextGen BBP; dated March 3, 2021 | 6504 | Non-public names on 6504 | **IRRELEVANT NON-PUBLIC PERSONAL INFORMATION**<br><br>Document contains non-public names and contact information. |

## CHART 5 – PPFA DOCUMENTS THAT SHOULD REMAIN SEALED

| Supplemental Appendix Pages | Supplemental Appendix Document Title | Reason for Sealing |
|---|---|---|
| Appx.007338–7771 | PPFA Medical Standards & Guidelines | **TRADE SECRET**<br><br>Especially sensitive trade secret information.<br><br>Cited exclusively to support the proposition that: "[PPFA] also developed and enforced Medical Standards and Guidelines, which governed all aspects of the Affiliate health centers' provision of clinical services." ECF No. 415 at 60. |

5

### CHART 6 – AFFILIATE DEFENDANT DOCUMENTS THAT SHOULD REMAIN SEALED

| Appendix Pages | Document Title | Reason for Sealing |
|---|---|---|
| Appx.006301 – 6308 | PPGC Board of Directors Meeting Minutes; January 30, 2021 | **TRADE SECRET AND SENSITIVE NON-PUBLIC SECURITY INFORMATION**<br><br>Document is a detailed PPGC Board of Directors Meeting Minutes, including sensitive business and financial information which constitute trade secrets.<br><br>Cited to support the proposition that "The Affiliates also knew that an administrative appeal in Texas would be suspensive." ECF No. 415 at 19. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby