# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

## JOINT LIST OF PENDING MOTIONS

Pursuant to the Court's Order dated June 16, 2023 (Dkt. 458), the parties submit this joint list of motions, responses, replies, sur-replies, briefs in support and/or appendices that the parties seek to reopen. Docket entries indicated with an

asterisk were filed under seal pursuant to the July 25, 2022 Protective Order (Dkt. 133).

**Plaintiffs' Motions for Summary Judgment**

    **Dkt. 388**    State of Texas's Motion for Summary Judgment

    **Dkt. 389**    Relator's Motion for Partial Summary Judgment

    **Dkt. 391**    Plaintiffs' Brief in Support of State of Texas's Motion for Summary Judgment (Dkt. 388) and Relator's Motion for Partial Summary Judgment (Dkt. 389)*

    **Dkt. 411**    Plaintiffs' Supplemental Brief re *United States ex rel. Proctor v. Safeway, Inc.* and Dkt. 409

    **Dkt. 414**    Defendant Planned Parenthood Federation of America, Inc.'s Response in Opposition to State of Texas's Motion for Summary Judgment (Dkt. 388) and Relator's Motion for Partial Summary Judgment (Dkt. 389)

    **Dkt. 417**    Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Response in Opposition to State of Texas's Motion for Summary Judgment (Dkt. 388) and Relator's Motion for Partial Summary Judgment (Dkt. 389)

    **Dkt. 419**    Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio,

|  | Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Motion to Seal Unredacted Memorandum and Portion Of Supplemental Appendix In Support Of Affiliate Defendants' Opposition To Plaintiffs' Motions For Summary Judgment |
|---|---|
| **Dkt. 440** | Plaintiffs' Reply in Support of State of Texas's Motion for Summary Judgment (Dkt. 388) and Relators' Motion for Partial Summary Judgment (Dkt. 389)* |
| **Dkt. 455** | Plaintiffs' Brief on *United States ex rel. Schutte v. Supervalu, Inc.* |

**Plaintiffs' Summary Judgment Evidence**

| | |
|---|---|
| **Dkt. 390** | Plaintiffs' Appendix in Support of State of Texas's Motion for Summary Judgment (Dkt. 388) and Relator's Motion for Partial Summary Judgment (Dkt. 389)* |
| **Dkt. 400** | Plaintiffs' Index to Appendix in Support of State of Texas's Motion for Summary Judgment (Dkt. 388) and Relator's Motion for Partial Summary Judgment (Dkt. 389) |
| **Dkt. 416** | Plaintiffs' Supplemental Appendix in Support of State of Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment* **Dkt. 441** Plaintiffs' Second Supplemental Appendix in Support of State of Texas's Motion for Summary Judgment (Dkt. 388) and Relators' Motion for Partial Summary Judgment (Dkt. 389)* |

**Dkt. 433**   Relator's Motion to Compel Production of Document on Privilege Log and Brief in Support[1]

**Dkt. 434**   Unopposed Motion to Expedite Consideration and Briefing of Relator's Motion to Compel (Dkt. 433)

**Dkt. 461**   Affiliate Defendants' Opposition to Relator's Motion to Compel Production of Document on Privilege Log (Dkt. 433)

**Dkt. 462**   Appendix in Support of Affiliate Defendants' Brief in Opposition to Relator's Motion to Compel (Dkt. 461)

**Defendants' Motions for Summary Judgment**

**Dkt. 381**   Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Motion for Summary Judgment

**Dkt. 382**   Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Brief in Support of Motion for Summary Judgment (Dkt. 381)

**Dkt. 384-1**   Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio,

---

[1] Defendants believe the motion to compel and related briefing should be in a separate section of this document because it is unrelated to Plaintiffs' motion for summary judgment.

4

|              | |
|---|---|
|              | Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Unredacted Brief in Support of Motion for Summary Judgment (Dkt. 381) |
| **Dkt. 385** | Defendant Planned Parenthood Federation of America, Inc.'s Motion for Summary Judgment and Supporting Brief |
| **Dkt. 415** | Plaintiffs' Response in Opposition to Defendants' Motions for Summary Judgment (Dkt. 381) (Dkt. 385)* |
| **Dkt. 435** | Defendant Planned Parenthood Federation of America, Inc.'s Reply in Support of Motion for Summary Judgment (Dkt. 385) |
| **Dkt. 438** | Defendant Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Reply in Support of Motion for Summary Judgment (Dkt. 381) |
| **Dkt. 456** | Defendants' Brief Addressing *U.S. ex rel. Schutte v. Supervalu, Inc.* |

**Defendants' Summary Judgment Evidence**

|              | |
|---|---|
| **Dkt. 383** | Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Appendix in Support of Motion for Summary Judgment (Dkt. 381) |

**Dkt. 384-2**  Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Sealed Appendix in Support of Motion for Summary Judgment (Dkt. 381)

**Dkt. 386**  Defendant Planned Parenthood Federation of America, Inc.'s Appendix in Support of Motion for Summary Judgment (Dkt. 385)

**Dkt. 387**  Defendant Planned Parenthood Federation of America, Inc.'s Motion to Seal Appendix in Support of Motion for Summary Judgment and Supporting Brief

**Dkt. 418**  Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Supplemental Appendix

**Dkt. 420**  Defendants Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned Parenthood of Greater Texas, Inc.'s Sealed Supplemental Appendix

**Dkt. 439**  Defendant Planned Parenthood Cameron County, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood San Antonio, Inc., Planned Parenthood South Texas, Inc., and Planned

        Parenthood of Greater Texas, Inc.'s Second Supplemental Appendix

**Relator's Motions to Unseal**

**Dkt. 410**  Relator's Motion to Unseal Appendix (Dkt. 390) and Brief in Support of State of Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Dkt. 391)

**Dkt. 426**  Defendants' Response in Opposition to Relator's Motion to Unseal (Dkt. 410)

**Dkt. 442**  Relator's Reply in Support of Motion to Unseal Appendix and Brief in Brief in Support of State of Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Dkt. 410)

**Dkt. 425**  Relator's Motion to Unseal Plaintiffs' Supplemental Appendix (Dkt. 416) and Response in Opposition to Defendants' Motions for Summary Judgment (Dkt. 415)

**Dkt. 460**  Defendants' Response in Opposition to Relator's Motion to Unseal (Dkt. 425)

**Dkt. 459**  Relator's Motion to Unseal Plaintiffs' Reply in Support of Plaintiffs' Motions for Summary Judgment (Dkt. 440) and Second Supplemental Appendix (Dkt. 441)

***Pro Hac Vice* Application**

**Dkt. 432**  Application for Admission *Pro Hac Vice* for Anton Metlitsky

**Motion to Seal**

**Dkt. 399**     Motion to Seal Exhibit 2 of Defendants' Notice Regarding State of Texas's Withdrawal of Legislative Privilege Claims filed by Defendants Planned Parenthood Cameron County Inc., Planned Parenthood Federation of America Inc., Planned Parenthood Gulf Coast Inc., Planned Parenthood San Antonio Inc., Planned Parenthood South Texas Inc., Planned Parenthood of Greater Texas Inc.

Respectfully submitted.

/s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

***Attorneys for Relator***

JOHN B. SCOTT
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

/s/ Reynolds Brissenden
Reynolds Brissenden
Texas Bar No. 24056969
Deputy Chief, Civil Medicaid Fraud Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Reynolds.Brissenden@oag.texas.gov

*Attorneys for State of Texas*

O'MELVENY & MYERS LLP

By: */s/ Danny S. Ashby*

DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com MEGAN R.
WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor Los
Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW RYAN
PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com 1222 S.
Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

9

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Tirzah S. Lollar
Craig D. Margolis
Craig.Margolis@arnoldporter.com Tirzah
S. Lollar Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Jayce Born
Jayce.Born@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

RYAN BROWN ATTORNEY AT LAW
Ryan Patrick Brown
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, this document was electronically filed and served via the Court's CM/ECF system.

/s/ Andrew B. Stephens
Andrew B. Stephens
