IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

**ORDER**

On February 23, 2023, the Court entered an order that stayed and administratively closed the case. ECF No. 446. On June 16, 203, the Court lifted the stay, reopened the case, and ordered parties to file a joint list of then-pending motions parties seek to reopen. ECF No. 458. Consistent with that order, parties then filed their Joint List of Pending Motions. ECF No. 463. Accordingly, the Court **DIRECTS** the Clerk's Office to refile the following motions and all related responses, replies, sur-replies, and briefs as of June 16, 2023:

- Affiliate Defendants' Motion for Summary Judgment (ECF No. 381) and related filings (ECF Nos. 382, 383, 384-1, 384-2, 415, 418, 420, 438, 439, 456);

- PPFA's Motion for Summary Judgment (ECF No. 385) and related filings (ECF Nos. 386, 387, 435);

- PPFA's Motion to Seal Appendix (ECF No. 387);

- Plaintiffs' Motions for Summary Judgment (ECF Nos. 388, 389) and related filings (ECF Nos. 390, 391, 400, 411, 416, 417, 419, 440, 455);

- Affiliate Defendants' Motion to Seal Exhibit 2 of Defendants' Notice (ECF No. 399);

- Relator's Motions to Unseal (ECF Nos. 410, 425) and related filings (ECF Nos. 425, 426, 442, 459, 460);

- Affiliate Defendants' Motion to Seal Unredacted Memorandum and Portion of Supplemental Appendix (ECF No. 419);

- Application for Admission *Pro Hac Vice* for Anton Metlitsky (ECF No. 432); and

- Relator's Motion to Compel Production of Document on Privilege Log (ECF No. 433) and related filings (ECF Nos. 434, 461, 462).

Briefing will be considered complete for any motion identified above for which there is a corresponding response and reply to the motion on record. The Court also **GRANTS** Relator's Unopposed Motion to Expedite Briefing and Consideration of Relator's Motion to Compel Production of Document on Defendants' Privilege Log (ECF No. 434). Because the response to that motion has already been filed, the Court **ORDERS** Relator to file any reply **on or before June 30, 2023**. *See* ECF No. 461.

Additionally, the Court **ORDERS** parties to file a joint proposed scheduling order consistent with the Court's prior scheduling orders concerning the trial date and remaining pretrial matters. *See* ECF No. 346. The proposal must be filed **on or before June 30, 2023**.

**SO ORDERED.**

June 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE