UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

United States of America, et al. §
*Plaintiff* §
§
§
v. § Case No. 2:21-cv-022-Z
§
§
Planned Parenthood Federation of America, Inc. §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

O'Melveny and Myers LLP, with offices at

7 Times Square
(Street Address)

New York                NY              10036
(City)                  (State)         (Zip Code)

(212) 326-2291          (212) 326-2061
(Telephone No.)         (Fax No.)

II.  Applicant will sign all filings with the name  Anton Metlitsky.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Planned Parenthood Federation of America, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 4383525       Admission date: January 30, 2006

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Court of Appeals, DC Cir. | Aug 31, 2009 | Active |
| US Court of Appeals, Eleventh Cir. | Mar 05, 2013 | Active |
| US Court of Appeals, Federal Cir. | Jul 07, 2015 | Active |
| US Court of Appeals, Fifth Cir. | Apr 07, 2017 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

_____   _____

_____   _____

_____   _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 Danny Ashby                                                                                                , who has offices at

 O'Melveny and Myers LLP, 2501 North Harwood Street, Suite 1700 
(Street Address)

 Dallas                                            TX                      75201 
(City)                                             (State)                  (Zip Code)

 (972) 360-1900                                    (972) 360-1901 
(Telephone No.)                                    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17th   day of February                         , 2023      .

 Anton Metlitsky 
Printed Name of Applicant

 /s/ Anton Metlitsky 
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Supplemental Court Admissions

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| US Court of Appeals, First Circuit | May 15, 2020 | Active |
| US Court of Appeals, Fourth Circuit | Feb 01, 2012 | Active |
| US Court of Appeals, Ninth Circuit | Mar 26, 2009 | Active |
| US Court of Appeals, Second Circuit | Jul 07, 2009 | Active |
| US Court of Appeals, Seventh Circuit | Mar 27, 2009 | Active |
| US Court of Appeals, Sixth Circuit | Apr 28, 2011 | Active |
| US Court of Appeals, Third Circuit | Dec 09, 2011 | Active |
| US District Court, New York Eastern | Jul 28, 2020 | Active |
| US District Court, New York Southern | Aug 21, 2012 | Active |
| US District Court, Texas Eastern | Aug 30, 2016 | Active |
| US District Court, Wisconsin Western | May 18, 2020 | Active |
| US Supreme Court | May 02, 2011 | Active |



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Anton Metlitsky

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 30, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on February 16, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00105464



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna M Rojas*

Susanna Rojas
Clerk of the Court

Revised October 2020

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States, et al. § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> Planned Parenthood Federation of America, Inc., et al. § <br> *Defendant* § | Case No. 2:21-cv-022-Z |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of Anton Metlitsky.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____     _____
DATE                                            MATTHEW J. KACSMARYK