IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is PPFA's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 432), filed on February 17, 2023. Anton Metlitsky is an attorney licensed to practice in New York. Mr. Metlitsky represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. The Court waives the local counsel requirement per Local Rule 83.10. Accordingly, the Court **GRANTS** the Application and **ORDERS** that Mr. Metlitsky may represent PPFA in this matter, subject to further order of the Court.

**SO ORDERED**.

June 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE