IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

On June 26, 2023, the Court entered an order directing the Clerk's Office to refile certain motions and briefing in light of the Court's reopening of the case. ECF No. 464. The Court additionally **DIRECTS** the Clerk's Office to refile PPFA's Opposition to Texas's Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (ECF No. 414).

**SO ORDERED.**

June 29, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE