# Exhibit D

# Heather Hacker

| | |
|---|---|
| **From:** | Martin, Meghan C. <Meghan.Martin@arnoldporter.com> |
| **Sent:** | Wednesday, December 21, 2022 2:35 PM |
| **To:** | Amanda Byrd; Jennifer Rowell; Carrie Killion; Heather Hacker; Jason Osowski; Janice Garrett; Andrew Stephens; Michael Moore; Amy Hilton; Ana Aranda; Eugenia Krieg; Rhonda Rodriguez; Drew Wright; Christopher Hilton |
| **Cc:** | Ramer, Paula; Hodges, Catherine; Lollar, Tirzah; Margolis, Craig D.; Winter, Zachary |
| **Subject:** | RE: US ex rel Doe v. Planned Parenthood - Affiliate Defendants' Eighteenth Production |

"Amanda --

Thanks for flagging this.  Overlay files with those documents were inadvertently not sent last month.  I am sending via Kiteworks immediately.

Meghan

_____

Meghan Martin
Attorney and Advisor | Bio

**Arnold & Porter**

601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.5443
Meghan.Martin@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Amanda Byrd <Amanda.Byrd@oag.texas.gov>
**Sent:** Wednesday, December 21, 2022 12:39 PM
**To:** Martin, Meghan C. <Meghan.Martin@arnoldporter.com>; Jennifer Rowell <Jennifer.Rowell@oag.texas.gov>; Carrie Killion <Carrie.Killion@oag.texas.gov>; heather@hackerstephens.com; Jason Osowski <Jason.Osowski@oag.texas.gov>; Janice Garrett <Janice.Garrett@oag.texas.gov>; andrew@hackerstephens.com; Michael Moore <Michael.Moore@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Ana Aranda <Ana.Aranda@oag.texas.gov>; Eugenia Krieg <Eugenia.Krieg@oag.texas.gov>; Rhonda Rodriguez <Rhonda.Rodriguez@oag.texas.gov>; Drew Wright <Drew.Wright@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>
**Cc:** Ramer, Paula <Paula.Ramer@arnoldporter.com>; Hodges, Catherine <Catherine.Hodges@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Winter, Zachary <Zachary.Winter@arnoldporter.com>
**Subject:** RE: US ex rel Doe v. Planned Parenthood - Affiliate Defendants' Eighteenth Production

External E-mail

Counsel, we have reviewed your document productions to date and have identified the following documents as outstanding.  These documents are designated as "redacted" the privilege log but have not yet been produced.  Please produce these documents by the end of the day.

PPGT00015864
PPGT00048251

PPGT00085435
PPGT00097942
PPGT00097965
PPGT00097977
PPGT00097989
PPGT00103237
PPGT00103244
PPGT00116922
PPST00068909

Best,

**Amanda C. Byrd**
Assistant Attorney General
Civil Medicaid Fraud
512-936-1304

---

**From:** Martin, Meghan C. <meghan.martin@arnoldporter.com>
**Sent:** Sunday, December 18, 2022 9:11 PM
**To:** Jennifer Rowell <Jennifer.Rowell@oag.texas.gov>; Carrie Killion <Carrie.Killion@oag.texas.gov>; heather@hackerstephens.com; Jason Osowski <Jason.Osowski@oag.texas.gov>; Janice Garrett <Janice.Garrett@oag.texas.gov>; andrew@hackerstephens.com; Michael Moore <Michael.Moore@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Ana Aranda <Ana.Aranda@oag.texas.gov>; Eugenia Krieg <Eugenia.Krieg@oag.texas.gov>; Sinty Chandy <Sinty.Chandy@oag.texas.gov>; Rhonda Rodriguez <Rhonda.Rodriguez@oag.texas.gov>; Drew Wright <Drew.Wright@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>
**Cc:** paula.ramer@arnoldporter.com; catherine.hodges@arnoldporter.com; tirzah.lollar@arnoldporter.com; craig.margolis@arnoldporter.com; zachary.winter@arnoldporter.com
**Subject:** RE: US ex rel Doe v. Planned Parenthood - Affiliate Defendants' Eighteenth Production

meghan.martin@arnoldporter.com sent you a secure message

**Access message**

Counsel:

Attached please find Affiliate Defendants' eighteenth Production.   Attached are the passwords.   Please let me know if you have any issues accessing the data.

Also attached is a REVISED Third Privilege Log that contains completed PRODBEG and REDACTION columns.  It has been designated as AEO because of non-public PP employee names and emails.

If you are not sending these straight to your edata vendor, you may need to use a tool such as 7-zip or WinZip to open the encrypted zips, instead of just using Windows.   Please let me know if you have any questions

_____

Meghan Martin (she/her)
Attorney and Advisor | Bio
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.5443
Meghan.Martin@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

☐ Attachments expire on Jan 18, 2023

☐ 3 PDFs
2022-12-18 FTP Login Information.pdf, 2022-12-18 - Affiliate Defendants' Production Letter to Texas and Relator.pdf, Affiliate Defendants REVISED Third Priv Log (12-18-2022) - FINAL (AEO).pdf

This message requires that you sign in to access the message and any file attachments.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

4