# EXHIBIT D-2

BURKHALTER KESSLER CLEMENT & GEORGE LLP
Alton G. Burkhalter, Esq., Bar No. 119594
Email: aburkhalter@bkcglaw.com
Daniel J. Kessler, Esq., Bar No. 173710
Email: dkessler@bkcglaw.com
Keith E. Butler, Esq., Bar No. 200496
Email: kbutler@bkcglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Plaintiffs and Cross-Defendants Foxcroft Productions, Inc.
and Fairmount Productions, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| FOXCROFT PRODUCTIONS, INC., a California corporation; and FAIRMOUNT PRODUCTIONS, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company; and DOES 1 through 20, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. BC683206<br><br>Assigned For All Purposes:<br>Judge Gail Killefer<br>Dept.: 37<br><br><br>**NOTICE OF TRIAL AND FINAL STATUS CONFERENCE**<br><br><br>Complaint filed: November 14, 2017<br>Trial Date: September 19, 2023 |
| UNIVERSAL CITY STUDIOS, LLC, a Delaware limited liability company,<br><br>　　　　　　Cross-Complainant,<br>　　v.<br>FOXCROFT PRODUCTIONS, INC., a California corporation; and FAIRMOUNT PRODUCTIONS, INC., a California corporation,<br><br>　　　　　　Cross-Defendants. | |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that the Status Conference Re: Status of Appeal came on for hearing in Department 37 of the above-captioned court before Honorable Gail Killefer on July 14, 2022 at 8:30 a.m. Alton Burkhalter appeared on behalf of Plaintiffs and Cross-Defendants Foxcroft Productions, Inc. and Fairmount Productions, Inc. Timothy Heafner and Leah Godesky appeared on behalf of Defendant and Cross-Complainant Universal City Studios, LLC.

  **PLEASE TAKE ADDITIONAL NOTICE** that the Court set the Final Status Conference for September 12, 2023 at 8:30 a.m. in Department 37 of the Stanley Mosk Courthouse located at 111 North Hill Street, Los Angeles, California 90012.

  **PLEASE TAKE FURTHER NOTICE** that the Court set the Trial for September 19, 2023 at 10:00 a.m. in Department 37 of the Stanley Mosk Courthouse located at 111 North Hill Street, Los Angeles, California 90012.

  Attached hereto as Exhibit A is a copy of the Minute Order.

  Plaintiffs were ordered to give the instant notice.

Dated: July 14, 2022    BURKHALTER KESSLER CLEMENT & GEORGE LLP

           By: */s/ Alton Burkhalter*
             Alton G. Burkhalter, Esq.
             Daniel J. Kessler, Esq.
             Keith E. Butler, Esq.
             Attorneys for Plaintiffs and Cross-Defendants
             Foxcroft Productions, Inc. and Fairmount Productions, Inc.

**EXHIBIT "A"**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 37

| | |
|---|---:|
| BC683206 | July 14, 2022 |
| FOXCROFT PRODUCTIONS INC ET AL VS UNIVERSAL CITY STUDIOS LLC | 8:30 AM |

Judge: Honorable Gail Killefer  CSR: None
Judicial Assistant: J. Jones  ERM: None
Courtroom Assistant: E. Avena  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Alton G. Burkhalter, Esq. Via LA CourtConnect

For Defendant(s): Timothy B. Heafner and Leah Godesky Via LA Court Connect

**NATURE OF PROCEEDINGS:** Status Conference Re: Status of Appeal

The matter is called for hearing.

The Court mistakenly set the Jury Trial for 9/18/2023, and the Final Status Conference for 9/11/2023, and later corrected the dates as follows:

Final Status Conference is scheduled for 09/12/2023 at 08:30 AM in Department 37 at Stanley Mosk Courthouse.

Jury Trial is scheduled for 09/19/2023 at 10:00 AM in Department 37 at Stanley Mosk Courthouse.

Plaintiff is to post jury fees by the close of business on 7/15/2022, or the jury demand is waived.

Plaintiff to give notice.

Certificate of Mailing is attached.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On **July 14, 2022**, I caused the foregoing document described **NOTICE OF TRIAL AND FINAL STATUS CONFERENCE** to be served on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

**[X]   BY ELECTRONIC TRANSMISSION**

**[X]** I sent via electronic transmission on this date, originating from **cadorner@bkcglaw.com**, a copy of the above-referenced document to the addressee(s) at the e-mail address(es) indicated on the attached Service List.

**[X] (State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[ ] (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 14, 2022**, at **Irvine, California**.

*/s/ Courtney Dorner*
COURTNEY DORNER

# SERVICE LIST

Daniel M. Petrocelli, Esq.
Leah Godesky, Esq.
Timothy B. Heafner, Esq.
O'Melveny & Myers, LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone No.: 310.553.6700
Facsimile No.: 310.246.6779
Email Addresses: dpetrocelli@omm.com
theafner@omm.com
lgodesky@omm.com
*Attorneys for Defendant and Cross-Complainant Universal City Studios, LLC*