# EXHIBIT D-3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* ROBERT ROMERO,<br><br>PLAINTIFFS,<br><br>V.<br><br>AECOM, *ET AL.*,<br><br>DEFENDANTS. | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* | CIVIL ACTION NO. 16-CV-15092<br>JUDGE FALLON<br>MAGISTRATE JUDGE ROBY<br><br><br>JURY TRIAL DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Amend the Scheduling Order (the "Motion"), filed by Plaintiff United States of America (the "United States"), Relator Robert Romero (the "Relator"), Defendants AECOM, Emergency Response Program Management Consultants, AECOM Technical Services, Inc., AECOM Recovery (collectively, "AECOM") and the Louisiana Department of Education ("LDOE") (collectively, the "parties"),

**IT IS ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Current Scheduling Order (Rec. Doc. No. 222), as amended by Rec. Doc. No. 246, shall have paragraph 4(e) added and paragraphs 5 through 12 replaced with paragraphs 5 through 12 below:

4. Fact Discovery:

    e. AECOM shall complete limited fact discovery, as permitted by Rec. Doc. No. 267, by April 28, 2023.

5. Expert Discovery:

    b. The parties shall submit any rebuttal reports by May 19, 2023.

   c. The parties shall complete expert discovery by June 23, 2023.

 6. The parties shall file any *Daubert* challenges by July 12, 2023.

 7. The parties shall file any dispositive motions by July 26, 2023.

 8. The parties shall file any motions *in limine* on any other matters by September 15, 2023.

 9. The parties shall submit witness and exhibit lists by September 15, 2023.

 10. The parties shall file in the record and serve upon each party a list of all deposition testimony they intend to offer into evidence at trial by September 15, 2023.

 11. A Final Pretrial Conference will be held in the chambers of the Honorable Eldon E. Fallon on October 3, 2023 at 1:30 P.M. C.S.T.

 12. Trial will commence on October 16, 2023 at 8:30 A.M. C.S.T.

Thus done and signed this 5th day of April, 2023.

                 _____
                 HON. ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE