# EXHIBIT D-5

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE L. MALKIN,<br><br>        *Plaintiff*,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana Corporation,<br><br>        *Defendant*. | Case No.: 2:21-cv-00172-CAS-PDx<br><br>**AMENDED ORDER**<br><br>Judge Christina A. Snyder<br><br><br>Complaint filed:  12/14/20<br>Trial Date:        06/20/23<br><br><br>[Submitted concurrently with Stipulation to Continue Trial and Extend Pretrial Deadlines] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

28  [PROPOSED] ORDER CONTINUING TRIAL AND EXTENDING PRETRIAL DEADLINES
Case No.: 21-cv-00172-CAS-PD

**FOR EXTRAORDINARY GOOD CAUSE SHOWN**:

The Parties' Stipulation and Joint Application[59] to Continue Trial and Extend Pretrial Deadlines is APPROVED. The *Ex Parte*[56] is denied as moot and the Court's Order[60] is hereby Stricken.

**IT IS SO ORDERED** that the Scheduling Order is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Parties' exchange of expert reports | March 17, 2023 | April 6, 2023 |
| Fact Discovery cut-off | April 7, 2023 | April 28, 2023 |
| Parties' exchange of rebuttal reports | April 28, 2023 | May 18, 2023 |
| Expert Discovery cut-off | May 26, 2023 | June 1, 2023 |
| Last day to file motions for summary judgment, motions *in limine*, and *Daubert* motions | June 26, 2023 | June 22, 2023 |
| Pretrial Conference/Hearing on Motions *in limine* | August 21, 2023, at 11:00 a.m. | October 16, 2023 at 11:00am |
| Jury Trial | August 28, 2023, at 9:30 a.m. | November 7, 2023 at 9:30am |

**No further continuances will be granted except for extraordinary good cause.**

DATED: January 3, 2023

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

[PROPOSED] ORDER CONTINUING TRIAL AND EXTENDING PRETRIAL DEADLINES
Case No.: 21-cv-00172-CAS-PD