# EXHIBIT D-6



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

| | | | |
|---|---|---|---|
| Almaty | Houston | | Telephone +1 212 696 6000 |
| Astana | London | 101 Park Avenue | Facsimile +1 212 697 1559 |
| Beijing | Mexico City | New York, New York 10178-0061 | www.curtis.com |
| Bogotá | Milan | | |
| Brussels | Muscat | | |
| Buenos Aires | Paris | | **Jonathan J. Walsh** |
| Dubai | Riyadh | | Tel: +1 212 696 8817 |
| Frankfurt | Rome | | Fax: +1 917 368 8917 |
| Geneva | Washington, D.C. | | E-Mail: jwalsh@curtis.com |

June 23, 2023

<u>**VIA ECF**</u>

Hon. Lee H. Rosenthal
United States District Court for the
Southern District of Texas
515 Rusk Street
Room 11535
Houston, Texas 77002

          **Re: Petrobras America, Inc. v. Samsung Heavy Industries Co., Ltd.,
             No 4:19-cv-01410**

Dear Judge Rosenthal:

      Petrobras America, Inc. and Samsung Heavy Industries Co., Ltd. jointly submit this letter to inform the Court that after a full day of mediation, the parties were unable to resolve the above-captioned dispute.

      The parties have requested oral argument to be held on their motions for summary judgment. The parties are available at the Court's convenience for oral argument.

      The parties have also discussed scheduling a date for trial. Due to the fact that many of the anticipated witnesses will be travelling internationally to attend, the parties would like to request a preferential trial setting in October if the Court's schedule permits. The parties anticipate that we will need three weeks for trial.

                                                Respectfully submitted,

                                                */s/ Jonathan J. Walsh*

                                                Jonathan J. Walsh



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Hon. Lee H. Rosenthal
June 23, 2023
Page 2

cc: Christopher M. Odell
    All counsel of record