IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | No. 2:21-cv-022-Z |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendant Planned Parenthood Federation of America, Inc. ("PPFA") files this Unopposed Motion to Withdraw Counsel, Justin Chapa, in the above-styled and numbered case, and respectfully shows as follows:

1. PPFA is represented by O'Melveny & Myers LLP in the above-captioned case. Its lead counsel is Leah Godesky.

2. Justin Chapa was previously counsel for PPFA in the above-captioned case.

3. Mr. Chapa is no longer employed by O'Melveny & Myers LLP.

4. Undersigned counsel will remain counsel of record for PPFA.

5. Plaintiffs are unopposed to this Motion.

6. Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. ("Affiliate Defendants") are unopposed to this Motion.

For the foregoing reasons, PPFA respectfully requests that the Court note the withdrawal of Justin Chapa as counsel of record in the above-styled and numbered case.

Dated:  July 6, 2023

Respectfully submitted,

O'MELVENY & MYERS LLP

By:  /s/ Danny S. Ashby

DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

**CERTIFICATE OF CONFERENCE**

On July 6, 2023, I conferred with counsel for the State of Texas, Will Wassdorf, who indicated that the State of Texas is unopposed to this motion. I also conferred with counsel for Relator, Andrew Stephens, who indicated that Relator is unopposed to this motion. I also conferred with counsel for Affiliate Defendants, Tirzah Lollar, who indicated Affiliate Defendants are unopposed to this motion.

*/s/ Danny S. Ashby*
Danny S. Ashby

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, a copy of the foregoing was served pursuant to the Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby
