## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § | |
| Plaintiffs, | § § § | No. 2:21-cv-022-Z |
| v. | § § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER

Before the Court is Defendant Planned Parenthood Federation of America, Inc.'s ("PPFA")

Unopposed Motion to Withdraw Counsel, Justin Chapa,  as counsel for PPFA.  Having considered

the said motion and applicable law, the Court **GRANTS** the motion.

**IT IS SO ORDERED**.  The Clerk is instructed to remove Mr. Chapa from the electronic

service list in the above-numbered cause.

SIGNED this _____ day of July 2023.

_____
Matthew J. Kacsmaryk
United States District Judge