IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br>DATE: July 6, 2023 |

**DEFENDANTS' MOTION FOR ORAL ARGUMENT
ON SUMMARY JUDGMENT MOTIONS (Dkt. 465 and Dkt. 470)**

Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (collectively, "Affiliate Defendants") and Planned Parenthood Federation of America, Inc. (collectively, "Defendants") formally renew their request for oral argument on the Defendants' Motions for Summary Judgment (Dkt. 465 and Dkt. 470).

Although an order setting hearing on the summary judgment motions was not entered before the Court stayed the case, it is the Defendants' understanding that the Court intended to

hold oral argument on the summary judgment motions. On February 1, 2023, the Courtroom Deputy emailed the Parties to advise that the Court had a tentative hearing date on March 1, 2023, at 10:00 a.m. on the cross-motions for summary judgment. (Ex. A). However, later that same day, Defendants filed a Motion to Stay (Dkt. 422), and no further action was taken on the hearing date before the Court entered an Order (Dkt. 446) staying the case on February 23, 2023. On June 16, 2023, the Court lifted the stay (Dkt. 458), but has not taken any action on setting a hearing date. The Defendants therefore renew their request for oral argument on the summary judgment motions. Given the number of issues presented to the Court in the pending motions, Defendants believe that oral argument may be helpful for the Court.

Dated:  July 6, 2023	Respectfully submitted,

 	Arnold & Porter Kaye Scholer LLP

 	By:  /s/   *Tirzah S. Lollar*

 	Craig D. Margolis
 	Craig.Margolis@arnoldporter.com
 	Tirzah S. Lollar
 	Tirzah.Lollar@arnoldporter.com
 	Christian Sheehan
 	Christian.Sheehan@arnoldporter.com
 	Emily Reeder-Ricchetti
 	Emily.Reeder-Ricchetti@arnoldporter.com
 	Megan Pieper
 	Megan.Pieper@arnoldporter.com
 	Alyssa Gerstner
 	Alyssa.Gerstner@arnoldporter.com
 	Meghan C. Martin
 	Meghan.Martin@arnoldporter.com
 	601 Massachusetts Ave, NW
 	Washington, DC 20001-3743
 	Telephone: +1 202.942.6127
 	Fax: +1 202.942.5999

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Ryan Patrick Brown
Texas State Bar No. 24073967
brown@blackburnbrownlaw.com
1222 S. Fillmore
Amarillo, TX 79101
Tel: (806) 371-8333
Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, and Planned Parenthood San Antonio*

O'MELVENY & MYERS LLP

By:       /s/ *Danny S. Ashby*

DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (pro hac vice)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

**CERTIFICATE OF CONFERENCE**

Prior to filing this motion, counsel for Defendants contacted counsel for Plaintiffs. Relator's counsel and counsel for Texas stated that they take no position on this motion.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Tirzah S. Lollar*
Tirzah S. Lollar