# Exhibit A

| | |
|---|---|
| **From:** | Lollar, Tirzah |
| **To:** | Victoria_Shrewsbury@txnd.uscourts.gov |
| **Cc:** | Odell, Christopher M.; Margolis, Craig D.; Ramer, Paula; Sheehan, Christian; zzz.External.dashby@omm.com; zzz.External.lgodesky@omm.com; zzz.External.rgalin@omm.com; Andrew Stephens; Heather Hacker; Christopher Hilton; ryan@ryanbrownattorneyatlaw.com |
| **Subject:** | RE: Tentative Hearing Date - 2:21-CV-0022-Z |
| **Date:** | Thursday, February 2, 2023 10:12:32 AM |
| **Attachments:** | image001.png |

Ms. Shrewsbury:

Thanks for your patience.  March 1 will work for Affiliate Defendants.

Thank you,
Tirzah

_____

Tirzah Lollar

Partner | Bio



601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.6199
Tirzah.Lollar@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Sent:** Wednesday, February 1, 2023 5:49 PM
**To:** Victoria_Shrewsbury@txnd.uscourts.gov
**Cc:** Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Sheehan, Christian <Christian.Sheehan@arnoldporter.com>; zzz.External.dashby@omm.com <dashby@omm.com>; zzz.External.lgodesky@omm.com <lgodesky@omm.com>; zzz.External.rgalin@omm.com <rgalin@omm.com>; Andrew Stephens <andrew@hackerstephens.com>; Heather Hacker <heather@hackerstephens.com>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; ryan@ryanbrownattorneyatlaw.com
**Subject:** RE: Tentative Hearing Date - 2:21-CV-0022-Z

Ms. Shrewsbury:

Thanks for your email.  Defendants are conferring about dates and will get back to you by tomorrow morning.

Thanks very much,
Tirzah

_____

Tirzah Lollar

Partner | Bio



601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.6199
Tirzah.Lollar@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Christopher Hilton <Christopher.Hilton@oag.texas.gov>
**Sent:** Wednesday, February 1, 2023 4:17 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Victoria Shrewsbury
<Victoria_Shrewsbury@txnd.uscourts.gov>; Heather Hacker <heather@hackerstephens.com>;
zzz.External.lgodesky@omm.com <lgodesky@omm.com>; Odell, Christopher M.
<Christopher.Odell@arnoldporter.com>; ryan@ryanbrownattorneyatlaw.com
**Subject:** RE: Tentative Hearing Date - 2:21-CV-0022-Z

External E-mail

The State is also available on March 1st.

Thanks,
Chris

***Christopher D. Hilton***
Chief, General Litigation Division
Office of the Attorney General of Texas
(512) 475-4120

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Wednesday, February 1, 2023 3:05 PM
**To:** Victoria Shrewsbury <Victoria_Shrewsbury@txnd.uscourts.gov>; Heather Hacker
<heather@hackerstephens.com>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>;
lgodesky@omm.com; Odell, Christopher M. <christopher.odell@arnoldporter.com>;
ryan@ryanbrownattorneyatlaw.com
**Subject:** Re: Tentative Hearing Date - 2:21-CV-0022-Z

Ms. Shrewsbury,

March 1st at 10:00am works for Relator's counsel.

Best regards,

Andrew Stephens

**From:** Victoria Shrewsbury <Victoria_Shrewsbury@txnd.uscourts.gov>

**Sent:** Wednesday, February 1, 2023 1:44 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Heather Hacker
<heather@hackerstephens.com>; christopher.hilton@oag.texas.gov
<christopher.hilton@oag.texas.gov>; lgodesky@omm.com <lgodesky@omm.com>; Odell,
Christopher M. <christopher.odell@arnoldporter.com>; ryan@ryanbrownattorneyatlaw.com
<ryan@ryanbrownattorneyatlaw.com>
**Subject:** Tentative Hearing Date - 2:21-CV-0022-Z

Counsel:

The court has a tentative hearing date of March 1, 2023 @ 10:00 for USA et al v. Planned
Parenthood Federation of America Inc et al.

Will this date work for the parties?

If not, please reply to me with available dates for March.

Thank you!

**Victoria Shrewsbury**
Courtroom Deputy for
U.S. District Judge Matthew J. Kacsmaryk
Northern District of Texas
Amarillo Division
806-468-3830