# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 2:21-CV-00022-Z |

## ORDER GRANTING DEFENDANTS' MOTION FOR ORAL ARGUMENT ON SUMMARY JUDGMENT MOTIONS (Dkt. 465 and Dkt. 470)

Before the Court is Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (collectively, "Affiliate Defendants") and Planned Parenthood Federation of America, Inc. (collectively, "Defendants") Motion for Oral Argument on Summary Judgment Motions (Dkt. 465 and Dkt. 470). After considering the Motion, the Court GRANTS the Motion and directs the Clerk to contact the parties to set a hearing date.

**SO ORDERED**.

Signed this _____ day of _____, 2023.

_____
Judge, Presiding