IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Relator's Motion to Unseal Plaintiffs' Reply in Support of Plaintiffs' Motions for Summary Judgment and Second Supplemental Appendix ("Motion") (ECF No. 459), filed on June 20, 2023. Relator has previously filed similar motions which have been briefed by parties. *See* ECF Nos. 479, 487. Accordingly, the Court hereby **ORDERS** Defendants to respond to the Motion **on or before July 11, 2023**. Relator must file any reply **on or before July 13, 2023**.

**SO ORDERED.**

July __7__, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE