IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, <br><br> Defendants. | 2:21-CV-022-Z |

### ORDER

Before the Court is Defendant Planned Parenthood Federation of America, Inc.'s ("PPFA") Unopposed Motion to Withdraw Counsel ("Motion") (ECF No. 505) Justin Chapa as counsel for PPFA. Having considered the Motion, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Mr. Chapa from the electronic service list in the above-numbered cause.

**SO ORDERED.**

July 7, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE