## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § § | No. 2:21-cv-022-Z |
| Plaintiffs, | § § § | Date:      July 11, 2023 |
| v. | § § | |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § | |
| Defendants. | § § § | |

## EXHIBIT B

Charts of Documents Cited for the First Time in
Plaintiffs' Reply in Support of Plaintiffs' Motions for Summary Judgment (ECF Nos. 495, 441)

| Chart Number | Description |
|---|---|
| 1 | PPFA Documents to be Unsealed in Full |
| 2 | Affiliate Documents to be Unsealed in Full |
| 3 | PPFA Documents to be Unsealed in Part |
| 4 | Affiliate Documents to be Unsealed in Part |
| 5 | PPFA Documents to Remain Under Seal |
| 6 | Affiliate Documents to Remain Under Seal |
| 7 | Documents in Plaintiffs' Appendix, Supplemental Appendix, or Second Supplemental Appendix that Plaintiffs Did Not Cite in Any of their Summary Judgment Briefing |

## CHART 1 – PPFA DOCUMENTS TO BE UNSEALED IN FULL[1]

| Appendix Pages | Appendix Document Title[2] |
|---|---|
| Appx.004860* | PPFA PPOL Revenue Distribution to PPST |
| Appx.005150* | Meeting Invite from Manno to Custer et al re: Transformation Principles & Range of Potential Future Options |
| Appx.005151* | Meeting invite from Manno to group re: Summary of Evaluated Opinions |
| Appx.005154* | Email from Custer to group re: Invitation: CEO bi-weekly COVID Call |
| Appx.005163-5185* | Understanding Health Center Performance (for Non-Operational Staff) |
| Appx.005208 | PPGT SOP Adoption Agreement 2019 |
| Appx.006441-6443* | Email re: Internal update on TX media strategy; dated October 25, 2012 |
| Appx.006508-6511* | Memo re: Gap Funding Approach – Medicaid Funding "Limbo Period"; dated June 16, 2017 |
| Appx.006512-6601* | Office of the Inspector General Work Plan 2015 |
| Appx.006712-6713 | Notes: Rulemaking and Comments Workgroup Call 7/26/16 |
| Appx.006714-6759* | Memo re Office of the Inspector General (OIG) Guidance on Avoiding Medicare and Medicaid Fraud and Abuse |
| Appx.008084-8424 | PPFA Consolidated Financial Statements and Supplementary Information with Independent Auditors' Reports 2021-2011 |

---

[1] This list includes three documents produced by PPFA that were cited by Plaintiffs but not designated as either Confidential or AEO and nine documents that PPFA has agreed to downgrade (identified with an asterisk).

[2] To avoid confusion, PPFA has—where possible, given Plaintiffs' condensing of multiple documents from the Appendix and Supplemental Appendix into a single entry in the Index—used the document titles as written in Plaintiffs' Indices (ECF Nos. 478 and 482). However, PPFA's use of these titles does not constitute any agreement or concession that Plaintiffs' descriptions are accurate. Indeed, many of them are not.

**CHART 2 – AFFILIATE DEFENDANT DOCUMENTS TO BE UNSEALED IN FULL[3]**

| Appendix Pages | Document Title |
|---|---|
| **Plaintiffs' MSJ Appendix (ECF No. 390-1 to 390-13)** | |
| APPX.000322- APPX.000330 | PPST Medicaid Provider Agreement |
| APPX.002412- APPX.002438 | Take Charge Plus (Family Planning Services) Provider Manual |
| APPX.002586- APPX.002593* | Email from Pire to Exnicious re PPGC Agreement and Credentialing Information |
| APPX.004113- APPX.004114 | Email from Hawkins to Curtis re Completed: Medicaid Grant for PPGC Planned Parenthood - For your Signature |
| APPX.004125- APPX.004126 | Email from Hawkins to Barraza re Completed: PPST Medicaid Grant Planned Parenthood - For your Signature |
| APPX.005017 - APPX.005024* | Email from McKinney to Mask fw Very interesting from PPFA |
| APPX.005438- APPX.005440 | Email from Hons to Barraza; Mascorro fw No Surprises Act; Part II, Good Faith Estimate- Affiliate Guidance and Considerations |
| APPX.005582- APPX.005583 | Email from McCallister to McKinney re Overpayment Rule Penalty Notification |
| APPX.005584- APPX.005585 | Email from Williams to McKinney re Overpayment Rule Penalty Notice |
| APPX.005589 | Email from Lambrecht to Wheat fw Medicaid Payment Update |
| APPX.005638- APPX.005639 | Email from DeJong to Lambrecht fw OIG footnote |
| APPX.005640 | Email from Lambrecht to DeJong; McKinney fw Important - Federal Audit Report of PPNT |
| APPX.005644- APPX.005651 | Email from Harris re Health Care Reform Update Newsletter - June 2013 Issue |
| APPX.005652- APPX.005658* | Healthcare Reform Update |
| APPX.006122- APPX.006125* | Email from Lambrecht to McKinney et al re 5th Circuit re Planned Parenthood in Medicaid |
| APPX.006132* | Email from DeJong to McKinney re Medicaid Termination |
| APPX.006139- APPX.006141 | Email from Ray to Barraza; Sandman re Response to Letters of December 14, 2020 |
| APPX.006146- APPX.006147 | Letter from Judge Livingston (261st District Court) re Relators application for Temporary Mandatory Injunction |
| APPX.006173- APPX.006178 | Letter from Lambrecht; Hons; Linton to Commissioner Young re COVID-19 |
| **Plaintiffs' Supplemental Appendix (ECF No. 416-1 to 416-2)** | |
| APPX.006313 – 6314 | Email re Disclosing Medicare Self-Identified Overpayments; dated December 12, 2017 |
| APPX.006315 – 6316 | Email re How can you better protect your organization from FCA risks?; dated January 4, 2022 |

---

[3] This list includes 42 documents produced by Affiliate Defendants that were cited by Plaintiffs but not designated as either Confidential or AEO and 12 documents that Affiliate Defendants have agreed to downgrade (identified with an asterisk).

| Appendix Pages | Document Title |
|---|---|
| APPX.006317 – 6318 | Email re Federal Court Finds that CMS Overpayment Rule Does Not Violate Medicare Requirements; dated August 26, 2021 |
| APPX.006319 – 6321 | Email re False Claims in Healthcare – Your Essential FCA Guidebook; dated August 31, 2021 |
| APPX.006407 – 6408 | Email re Medicare Self Disclosure Request; dated January 24, 2020 |
| APPX.006409 – 6412 | Email re Important DOJ and OCR Updates; dated February 7, 2019 |
| APPX.006419 – 6425 | Email re April 2017 Compliance Updates; dated April 3, 2017 |
| APPX.006426 – 6428 | Email re First 60-day repayment rule settlement announced; dated August 31, 2016 |
| APPX.006429 | Email re Important – Federal Audit Report of PPNT; dated March 7, 2016 |
| APPX.006430 | Email re Medicaid Payment Update; dated December 7, 2015 |
| APPX.006439 - 6440 | Email re OIG footnote; dated April 10, 2015 |
| APPX.006503 | Email re Medicaid Termination; dated December 2, 2015 |
| APPX.006506 – 6507 | Email re meeting in Dallas; dated March 22, 2016 |
| APPX.006764 – 6765 | Email re Thank you for joining "How Does This Get Paid: An Introduction to PPFA's Medicaid Reimbursement Toolkit"; dated October 28, 2019 |
| APPX.006766 – 6768 | Email re Nah nah nah nah; dated December 12, 2020 |
| APPX.006872 – 6873 | Email re REMINDER: SAVE THE DATE: Medicaid Auditing and Compliance Webinar; dated June 16, 2011 |
| APPX.006878 – 6881 | Email re 5th Circuit Ruling re: Planned Parenthood in Medicaid; dated November 23, 2020 |
| APPX.006974 – 6986 | Email re President Biden Takes Action on Sexual and Reproductive Health; dated January 29, 2021 |
| APPX.007025 – 7038 | Email re Communicating About SBA Loans or Other Federal Resources; dated May 20, 2020 |
| APPX.007156 - 7165 | Email re Medicaid Case Dismissed TODAY; dated May 13, 2021 |
| Plaintiffs' Second Supplemental Appendix (ECF No. 441) | |
| APPX.008425 – 8705* | PPGC Consolidated Financial Statements and Supplementary Information with Independent Auditors' Reports 2021-2014 |
| APPX.008706 – 8989* | PPGT Consolidated Financial Statements and Supplementary Information with Independent Auditors' Reports 2020-2012 |
| APPX.008990 – 9186* | PPST Consolidated Financial Statements and Supplementary Information with Independent Auditors' Reports 2020-2014 |

| Appendix Pages | Document Title |
|---|---|
| APPX.009190 | Email re Notice from OIG; dated November 23, 2015 |
| APPX.009191 – 9209* | Email re SBA Loans; dated May 20, 2020 |
| APPX.009210 | Louisiana Department of Health (LDH) Webpage re Contact LDH Directly Regarding Provider Relations |
| APPX.009211 | Email re Texas Medicaid & Healthcare Partnership (TMHP) Call; dated December 9, 2015 |
| APPX.009212 | Calendar Entry and Notes from Call with Texas Medicaid & Healthcare Partnership (TMHP); dated May 6, 2015 |
| APPX.009213 | Calendar Entry and Notes from Call with Texas Medicaid & Healthcare Partnership (TMHP); dated July 13, 2012 |
| APPX.009214 | Louisiana Department of Health (LDH) Webpage re Health Plans Provider Relations Contact Information |
| APPX.009215 – 9217 | Texas Medicaid & Healthcare Partnership (TMHP) Webpage re Provider Relations, Provider Support Services, Contacting Your Representative, and Additional Resources |
| APPX.009218 – 9219 | Texas Medicaid & Healthcare Partnership (TMHP) Webpage re Provider Relations Regional Support and Provider Relations Representative Contact Information |
| APPX.009220 – 9223* | Email re HHS Secretary Xavier Becerra Announces Actions to Protect Patients and Providers in Response to Texas' SB8; dated September 17, 2021 |
| APPX.009224 – 9227* | Email re Biden officials rescind Trump's okay for Texas's $100 billion-plus Medicaid plan; dated April 19, 2021 |
| APPX.009240 – 9241* | Email re Response to Letters of December 14, 2020; dated January 4, 2021 |

## CHART 3 – PPFA DOCUMENTS TO BE UNSEALED IN PART[4]

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| Appx.004058-4112*** | PPFA 2016 Financial Grant Renewal Application | 4078-4112 | 4058-4077 | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information, including detailed irrelevant financial information and financial information about non-parties.<br>Only pages Appx.004078-4112 are cited, and cited exclusively to support the proposition that: "PPFA's assets and annual revenue have increased significantly since 2012." ECF No. 495 at 50, n. 20. | Custer Decl. ¶ 6.c. |
| Appx.004388-4389 | PPFA Email to PPFA Affiliates re Healthcare Operations Team Service | 4388 | 4389 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. | Custer Decl. ¶ 7. |

---

[4] Plaintiffs included many of Defendants' documents in their various appendices without legible Bates numbers or confidentiality markings.  Each document with an obscured marking that was designated Confidential is marked with two asterisks (**), while each such document designated AEO is marked with three asterisks (***).

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| Appx.004822-4859 | PPFA 30b6 (Vickie Barrow-Klein) Ex. 15 | 4822-4837 | 4838-4859 | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Sensitive and highly confidential financial information.  This document was produced as a native file and printed out at a deposition; the underlying data supports the October 6, 2022 report of Louis Dudney, which was designated as AEO. | Custer Decl. ¶ 5.c. |
| Appx.005056-5058 | Email from Dranginis to Sousa re: West Texas (former Midland/Odessa Affiliate) gift to PPGT | N/A | 5056-5058 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.005059-5065 | Email from Barrow-Klein to Abalos re: West Texas (former Midland/Odessa Affiliate) gift to PPGT | 5062 | 5059-5061, 5063-5065 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.005072-5075 | Email from Trivisonno to Shaw; Coluccio; Lee re: | 5072 | 5073-5075 | **IRRELEVANT PERSONAL INFORMATION** | Custer Decl. ¶ 7. |

6

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| | Please review: SAP sustainability model | | | Contains personal cell phone contact information. | |
| Appx.005122-5126 | Email from Coluccio to Williams re: PPSE and PPGC Updates | 5122-5123 | 5124-5126 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. | Custer Decl. ¶ 7. |
| Appx.005152-5153 | Email from Oswald to Natl All Staff re: Update from Foundational Group | N/A | 5152-5153 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.005286-5288 | Email from Stoesz to Cobrin; Hons re: urgent request | 5286-5287 | 5288 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.005436-5437*** | Email from Mitchell to group re REMINDER: Compliance Community Forum -- Tuesday Jan. 21 | 5436 | 5437 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| Appx.005590-5594 | Email from Harrington to Wheat; Tafolla re: Audit Pitch Materials 0 Background, Difficult | 5591-5594 | 5590 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.006444-6446 | Email re HHS OIG Report on Texas Medicaid & PP North Texas; dated March 30, 2015 | 6444-6445 | 6446 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.006505 | Email re Melanie; dated December 21, 2016 | N/A | 6505 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.006635-6636 | Email re: HCIP Assistance; dated October 12, 2016 | 6635 | 6636 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information | Custer Decl. ¶ 7. |
| Appx.006637 | Email re How was the call with Jon and Melaney?; dated June 7, 2017 | N/A | 6637 | **IRRELEVANT PERSONAL INFORMATION** | Custer Decl. ¶ 7. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| | | | | Contains personal cell phone and e-mail contact information. | |
| Appx.006665-6671 | Email re Medicaid/Medicare/CHIP payments for FY 2016 through 2018; dated April 9, 2020 | 6665-6666, 6668-6671 | 6667 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains third party cell phone and e-mail contact information. | Custer Decl. ¶ 7. |
| Appx.007311-7314 | Email re Support and continued access for your Texan Medicaid patients; dated January 25, 2021 | 7314 | 7311-7313 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains third party e-mail contact information and personal cell phone contact information. | Custer Decl. ¶ 7. |
| Appx.007772-8083 | PPFA Annual Affiliate Financial Reports for 2019, 2017, 2015 | 7782 | 7772-7781, 7783-8083 | **IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive financial information, including detailed irrelevant financial information and financial information about non-parties.<br>Cited only for proposition that "PPFA and its | Custer Decl. ¶ 6.a. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| | | | | affiliates receive nearly $500 million in federal and state Medicaid funds each year." ECF No. 495 at 34. The pages to be unsealed provide this information. | |
| Appx.009230-9232 | Email re Question for EHR Guide Team; dated January 22, 2014 | 9230-9231 | 9232 | **IRRELEVANT PERSONAL INFORMATION**<br><br>Contains personal cell phone contact information. | Custer Decl. ¶ 7. |
| Appx.009233-9239 | Memo from Kim Custer, PPFA Executive Vice President, Health Care, to Dr. Leana Wen, PPFA President, re HCD Bi-Weekly Briefing for Dr. Leana Wen and ELT; dated January 10, 2019 | Portion of 9235 ("1/22/19: Medical Legal Advisory Panel (MLAP) meeting. MLAP, comprised of ARMS staff, Claims attorneys, and PPFA Medical Services team, meets regularly to review claims brought against PP | 9233-9239 | **TRADE SECRET AND IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Especially sensitive trade secret and confidential commercial information. Cited exclusively for proposition that lawsuits "'are analyzed and discussed with members of the [Medical Legal Advisory Panel] from clinical, legal and insurance perspectives to determine financial reserves and next steps to settle or defend a given | Custer Decl. ¶ 5.l. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| | | affiliates. Cases are analyzed and discussed with members of the panel from clinical, legal and insurance perspectives to determine financial reserves and next steps to settle or defend a given claim or suit.") | | claim or suit.'" ECF No. 495 at 35. | |
| Appx.009242-9335 | Email re Leadership Team Meeting 7/22 Background Materials; dated July 15, 2016 | 9248 9251 | Redact 9245 Seal 9242-9247, 9249-9250, 9252-9335 | **TRADE SECRET AND IRRELEVANT CONFIDENTIAL INFORMATION; IRRELEVANT PERSONAL INFORMATION** Especially sensitive trade secret information (Appx.009259-9335), confidential commercial information (Appx.009242-9258), and personal cell phone contact | Custer Decl. ¶ 5.m. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
|  |  |  |  | information (Appx.009245). One of several sources cited for the proposition that Lit & Law is not actually independent from PPFA.  ECF No. 495 at 34. |  |

**CHART 4 – AFFILIATE DEFENDANT DOCUMENTS TO BE UNSEALED IN PART**

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| **Plaintiffs' MSJ Appendix (ECF No. 390-1 to 390-13)** | | | | | |
| APPX.001309-APPX.001377 | Polin Barraza Deposition Transcript (Day 1) | Transcript Pages: 45; 180; 184; 188; 222-224; 228; 253; | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-party names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. | Barraza Decl.; Barraza Decl. ECF No. 488 at 39-32 |
| APPX.001378-APPX.001429 | Polin Barraza Deposition Transcript (Day 2) | Transcript Pages: 463 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-publicly identified employee names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. | Barraza Decl. ; Barraza Decl., ECF No. 488 at 30-32 |
| APPX.001572-APPX.001637 | PPGC 30b6 Deposition Transcript (Curtis) | Transcript Pages: 194-195; 221-225 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-publicly identified employee names; trade secret and proprietary information, including | Linton Decl.; Linton Decl., ECF No. 460 at 33-35; Curtis Decl., ECF No. 488 at 36-42 |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| | | | | detailed accreditation information; and grant and financial information. | |
| APPX.001704-APPX.001741 | Marianne DeJong Deposition Transcript | Transcript Pages: 34-37; 42-44; 47-52; 55; 90-97; 114-117 | 45-46; 53-54; 56-61; all other pages | Pages 45-46; 53-54; 56-63 are designated as Confidential AEO because they discuss grant and financial information. The remaining pages were not cited in the brief.  In addition, uncited pages include trade secret and proprietary information, including detailed accreditation information; and grant and financial information. | McKinney Decl.: McKinney Decl., ECF No. 488 at 33-35 |
| APPX.001895-APPX.001950 | Ken Lambrecht Deposition Transcript (December 6, 2022) | Transcript Pages: 101; 150-151 | 72-73; all other pages | Pages 72-73 are designated as Confidential because they discuss grant and financial information. The remaining pages were not cited in the brief. In addition, uncited pages include trade secret and proprietary information, including detailed accreditation information; and grant and financial information. | McKinney Decl.: McKinney Decl., ECF No. 488 at 33-35 |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| APPX.001951-APPX.002020 | Ken Lambrecht Deposition Transcript (November 21, 2022) | Transcript Pages: 57; 135; 255-256 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include trade secret and proprietary information, including detailed accreditation information; and grant and financial information. | McKinney Decl.: McKinney Decl., ECF No. 488 at 32-35 |
| APPX.002021-APPX.002089 | Melaney Linton Deposition Transcript | Transcript Pages: 129-130; 192, 194-195; 219-220 | All other pages | The remaining pages were not cited in the brief. In addition, uncited pages include non-publicly identified employee names; trade secret and proprietary information, including detailed accreditation information; and grant and financial information. | Linton Decl.; Linton Decl., ECF No. 460 at 33-35; Curtis Decl., ECF No. 488 at 36-42 |
| APPX.002709-APPX.002711 | Email from Dixon to PPGC-PC-Patient Access Center fw Read me - Texas Medicaid Update | 2709-11 | All non-public PP employee names | Document contains non-public names and contact information. | Curtis Decl. ¶ 5, ECF No. 488 at 39-40 |
| APPX.005577 | Email from McKinney to Holder; Livingston; Quiroz fw NextGen BBP 5.9.2 - E-mailing: C:/BBPReports | 5577 | All non-public PP employee names | Document contains non-public names and contact information. | McKinney Decl. ¶ 5, ECF No. 488 at 34-35 |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| APPX.005587 - APPX.005588 | Email from Exnicious to McGrath re Denial Review | 5587-88 | All non-public PP employee names | Document contains non-public names and contact information. | Curtis Decl. ¶ 5, ECF No. 488 at 39-40 |
| APPX.005641- APPX.005643 | Email from McKinney to Wheat fw Talking Points for the Board | 5641-43 | Board member's personal email | Document contains non-public names and contact information. | McKinney Decl. ¶ 5, ECF No. 488 at 34-35 |
| **Plaintiffs' Supplemental Appendix (ECF No. 416-1 to 416-2)** | | | | | |
| APPX.006500 – 6502 | Email re Talking Points for the Board; dated April 6, 2016 | 6500-02 | Board member's personal email | Document contains non-public names and contact information. | McKinney Decl. ¶ 5, ECF No. 488 at 34-35 |
| APPX.006506 – 6507 | Email re meeting in Dallas; dated March 22, 2016 | APPX.006506 - 6507 | Redact in line with Exhibit C | Document contains unredacted attorney client privileged information that has since been clawed back. A properly redacted document has been attached as Exhibit C | As indicated in Defendants' Opposition to Motion to Unseal (ECF No. 460 at 1-2 n.4), an improperly redacted document was included in Plaintiffs' Appendix. A properly redacted document has been attached as Exhibit C. |
| APPX.006769 – 6777 | Email re Ruth Green Award; dated February 14, 2017 | 6769-77 | Redact Board Members contact | Document contains non-public names and contact information. | Linton Decl. ¶ 6; Curtis Decl. ¶ 5, ECF No. 488 at 39-40. |

| Appendix Pages | Appendix Document Title | Pages to Unseal | Seal / Redact | Reasons for Sealing | Supporting Declaration |
|---|---|---|---|---|---|
| | | | information and address | | |
| **Plaintiffs' Second Supplemental Appendix (ECF No. 441)** | | | | | |
| APPX.009187 – 9189 | Email re Conference Call re Potential Medicaid Loss Plan; dated November 7, 2019 | 9187-89 | All non-public PP employee names | Document contains non-public names and contact information. | Linton Decl. ¶ 8; Curtis Decl. ¶ 5, ECF No. 488 at 39-40. |
| APPX.009228 – 9229 | Email re the Wednesday Medicaid call; dated December 8, 2020 | 9229 | Former employee cellphone on 9228 | Document contains non-public names and contact information. | Barraza Decl. ¶ 6. |

**CHART 5 – PPFA DOCUMENTS THAT SHOULD REMAIN SEALED**

| Appendix Pages | Appendix Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| Appx.004143-4157*** | PPFA Retirement Plan (Sponsored by PPGT) Financial Statements December 31, 2018 and 2017 | **TRADE SECRET AND IRRELEVANT CONFIDENTIAL INFORMATION**<br><br>Sensitive trade secret information, and especially sensitive financial information, including detailed, highly confidential irrelevant financial information.<br>Cited exclusively to support the proposition that: "PPFA exerts operational control over its affiliates at all levels: from accreditation, procedures offered at the facilities, insurance, retirement plans and using electronic records instead of hard-copy charts, to the whole-organization strategy to respond to the termination notices."  ECF No. 495 at 32. | Custer Decl. ¶ 6.b. |
| Appx.004158-4166*** | PPFA 2020 Draft Funding Agreement between PPFA and BetterHealth: A Planned Parenthood Partnership | **TRADE SECRET**<br><br>Sensitive trade secret information. Cited exclusively to support the proposition that: "PPFA-developed or affiliate-CEO controlled entities provides [*sic*] products and prescription drugs to the affiliates." ECF No. 495 at 32. | Custer Decl. ¶ 5.a. |

18

| Appendix Pages | Appendix Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| Appx.004167-4213*** | PPFA 2016 OHS (Online Health Service) NewCo Business Plan | **TRADE SECRET**<br><br>Sensitive trade secret information. Cited exclusively to support the proposition that: "PPFA-developed or affiliate-CEO controlled entities provides [*sic*] products and prescription drugs to the affiliates." ECF No. 495 at 32. | Custer Decl. ¶ 5.b. |
| Appx.004888-4942 | Medical Director Orientation Manual | **TRADE SECRET**<br><br>Sensitive trade secret information. Cited exclusively to support the proposition that: "PPFA exerts operational control over its affiliates at all levels: from accreditation, procedures offered at the facilities, insurance, retirement plans and using electronic records instead of hard-copy charts, to the whole-organization strategy to respond to the termination notices."  ECF No. 495 at 32. | Custer Decl. ¶ 5.d. |
| Appx.005076-5082 | Email from Wall to Trivisonno; Coluccio fw HCIP Weekly Update – 10.02.14 | **TRADE SECRET**<br><br>Sensitive trade secret information, including information about non-defendant affiliates.<br>Cited exclusively to support the proposition that: "PPFA employs a large team of experts just to help | Custer Decl. ¶ 5.e. |

19

| Appendix Pages | Appendix Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| | | Affiliates maximize their Medicaid revenue." ECF No. 495 at 34. | |
| Appx.005130-5135 | PPGC Financial Operations | **TRADE SECRET**<br><br>Sensitive trade secret and financial information.<br>Cited exclusively to support the proposition that: "PPFA employs a large team of experts just to help Affiliates maximize their Medicaid revenue." ECF No. 495 at 34. | Custer Decl. ¶ 5.f. |
| Appx.005318-5435 | Email from Trivisonno to Baxter attaching RCM playbook chapter; NCL playbook chapter | **TRADE SECRET**<br><br>Sensitive trade secret information. Only a few pages (Appx.005320, 5357, 5360) cited exclusively to support the proposition that: "PPFA employs a large team of experts just to help Affiliates maximize their Medicaid revenue." ECF No. 495 at 34. | Custer Decl. ¶ 5.g. |
| Appx.005451-5519 | Research & Analysis | **TRADE SECRET**<br><br>Sensitive trade secret information. Cited exclusively to support the proposition that: "PPFA exerts operational control over its affiliates at all levels: from accreditation, procedures offered at the facilities, insurance, retirement plans and using electronic records instead of hard-copy charts, to the whole- | Custer Decl. ¶ 5.h. |

| Appendix Pages | Appendix Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| | | organization strategy to respond to the termination notices."  ECF No. 495 at 32. | |
| Appx.006604-6634 | PPFA Medicaid Reimbursement Toolkit | **TRADE SECRET**<br><br>Sensitive trade secret information. Cited exclusively to support the proposition that: "PPFA employs a large team of experts just to help Affiliates maximize their Medicaid revenue." ECF No. 495 at 34. | Custer Decl. ¶ 5.i. |
| Appx.006653-6661 | PPFA HCIP Year 4 Report: Core Competencies | **TRADE SECRET**<br><br>Especially sensitive trade secret information; commercial information that is not publicly known.<br>Cited exclusively to support the proposition that "PPFA employs a large team of experts just to help Affiliates maximize their Medicaid revenue."  ECF No. 495 at 34. | Custer Decl. ¶ 5.j. |
| Appx.006672-6691 | Email re agenda and background materials for 2/6 & 2/7 mtgs; dated February 4, 2013 | **TRADE SECRET**<br><br>Especially sensitive trade secret information; commercial information that is not publicly known, including information about non-defendant affiliates.<br>Cited exclusively to support the proposition that "PPFA employs a large team of experts just to help | Custer Decl. ¶ 5.k. |

| Appendix Pages | Appendix Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| | | Affiliates maximize their Medicaid revenue."  ECF No. 495 at 34. | |

**CHART 6 – AFFILIATE DEFENDANT DOCUMENTS THAT SHOULD REMAIN SEALED**

| Appendix Pages | Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| **Plaintiffs' MSJ Appendix (ECF No. 390-1 to 390-13)** | | | |
| APPX.002594-APPX.002619 | PPGC Participating Provider Agreement | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial and financial information. | Curtis Decl. ¶ 8, ECF No. 488 at 40 |
| APPX.002620-APPX.002670 | PPGC Participating Provider Agreement | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial and financial information. | Curtis Decl. ¶ 8, ECF No. 488 at 40 |
| APPX.004115-APPX.004117 | Medicaid Grant for PPGC Planned Parenthood - For your Signature | **SENSITIVE FINANCIAL INFORMATION**<br><br>Document contains financial and grant information. | Curtis Decl. ¶ 8, ECF No. 488 at 41 |
| APPX.004118-APPX.004124 | Email from Lambrecht to McKinney; Sannes fw Completed: Medicaid Grant Planned Parenthood - For your Signature | **SENSITIVE FINANCIAL INFORMATION**<br><br>Document contains financial and grant information. | McKinney Decl. ¶ 8, ECF No. 488 at 36 |

| Appendix Pages | Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| APPX.004127-APPX.004130 | PPST Medicaid Grant Planned Parenthood | **SENSITIVE FINANCIAL INFORMATION**<br><br>Document contains financial and grant information. | Barraza Decl. ¶ 8, ECF No. 426-1; 488 at 32 |
| APPX.004131-APPX.004137 | Email from Lambrecht to McKinney; Sannes fw Completed: Medicaid Grant Planned Parenthood - For your Signature | **SENSITIVE FINANCIAL INFORMATION**<br><br>Document contains financial and grant information. | McKinney Decl. ¶ 8, ECF No. 488 at 36 |
| APPX.004138-APPX.004140 | Email from Lambrecht to McKinney et al fw Gap Funding & Additional Contingency Planning Details | **SENSITIVE FINANCIAL INFORMATION**<br><br>Document contains financial and grant information. | McKinney Decl. ¶ 8, ECF No. 488 at 36 |
| APPX.004216-APPX.004221 | Email from Anderson to Lambrecht fw REMINDER: ACEC Call and Pre-Read - attaching Kaleido fundraising factsheet | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial and financial information. | McKinney Decl. ¶ 6, ECF No. 488 at 35 |
| APPX.004222-APPX.004385 | 416 Holdings | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial and financial information. | Barraza Decl. ¶ 5, ECF No. 488 at 30-31 |

| Appendix Pages | Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| APPX.005220-APPX.005285 | CQIRM Committee Meeting - PPST | **TRADE SECRET AND PROPRIETARY INFORMATION**<br><br>Document contains proprietary information and names of non-public employees. | Barraza Decl. ¶ 7, ECF No. 488 at 31-32 |
| APPX.005289-APPX.005303 | Email from Boyce to Stoesz re ADA white paper to Jeffrey | **TRADE SECRET AND PROPRIETARY INFORMATION**<br><br>Document contains proprietary information. | Barraza Decl. ¶ 7, ECF No. 488 at 31-32 |
| **Plaintiffs' Supplemental Appendix (ECF No. 416-1 to 416-2)** | | | |
| APPX.006849 – 6867 | PPFA Revenue Cycle Toolkit | **TRADE SECRET AND PROPRIETARY INFORMATION**<br><br>Document contains proprietary information. | McKinney Decl. ¶ 7 |
| APPX.006965 – 6973 | PPFA National Program Support | **TRADE SECRET AND PROPRIETARY INFORMATION**<br><br>Document contains proprietary information. | McKinney Decl. ¶ 7 |
| APPX.006987 – 6992 | Email re Restricted PPOL email for Texas; dated September 11, 2021 | **SENSITIVE FINANCIAL INFORMATION AND SENSTIVE STRATEGIC** | McKinney Decl. ¶ 6 |

25

| Appendix Pages | Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| | | **PROGRAMING INFORMATION**<br><br>Document contains strategic programming information and financial information. | |
| APPX.007042 – 7062 | Email re GPO Agreement Renewal; dated December 17, 2013 | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial information. | McKinney Decl. ¶ 8 |
| APPX.007088 – 7140 | ARMS Risk Management Forms | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial information. | McKinney Decl. ¶ 8 |
| APPX.007141 – 7155 | ARMS Risk Management Integrated Enterprise-Wide Risk Management Program | **SENSITIVE NON-PARTY INFORMATION**<br><br>Document contains non-party commercial information. | McKinney Decl. ¶ 8 |
| APPX.006813 – 6848 | Taking C.A.R.E. of Business, Introduction of the PPFA Compliance Initiative | **TRADE SECRET AND PROPRIETARY INFORMATION**<br><br>Document contains proprietary information. | Linton Decl. ¶ 7 |

| Appendix Pages | Document Title | Reason for Sealing | Supporting Declaration |
|---|---|---|---|
| APPX.006431 – 6436 | Email re PPGT Debt Repayment Plan; dated October 6, 2016 | **SENSITIVE FINANCIAL INFORMATION AND SENSTIVE STRATEGIC PROGRAMING INFORMATION**<br><br>Document contains strategic programming and financial information. | McKinney Decl. ¶ 6 |
| **Plaintiffs' Second Supplemental Appendix (ECF No. 441)** | | | |
| APPX.007772 - 8083 | PPFA Annual Affiliate Financial Reports for 2019, 2017, 2015 | **SENSITIVE FINANCIAL INFORMATION**<br><br>This document contains extensive financial information for Affiliate Defendants and non-defendant PPFA affiliates across the entire US who are not involved in this litigation. | Linton Decl. ¶ 9 |

**CHART 7—DOCUMENTS IN PLAINTIFF'S APPENDIX, SUPPLEMENTAL APPENDIX, OR SECOND SUPPLEMENTAL APPENDIX THAT PLAINTIFFS DID NOT CITE IN ANY OF THEIR SUMMARY JUDGMENT BRIEFING**

| Appendix Pages | Document Title |
|---|---|
| **Plaintiffs' MSJ Appendix (ECF No. 390-1 to 390-13)** ||
| APPX.000816- APPX.000821 | THHSC (Bowen) Letter to PPGC (Linton) re Notice of Termination |
| APPX.000822- APPX.000827 | THHSC (Bowen) Letter to PPST (Hons) re Notice of Termination |
| APPX.000828- APPX.000834 | THHSC (Bowen) Letter to PPGT (Lambrecht) re Notice of Termination |
| APPX.000835- APPX.000840 | THHSC (Bowen) Letter to Planned Parenthood Association of Cameron and Willacy (Hons) re Notice of Termination |
| APPX.000873- APPX.000911 | Application for Temporary Restraining Order (PPGT vs Charles Smith, 1:15-CV-01058 [Dk5 55-2] |
| APPX.000912- APPX.000914 | Court Order (A-15-CA-1058-SS) [Dkt 84] |
| APPX.000915- APPX.000957 | Court Order (A-15-CA-1058-SS) [Dkt 100] |
| APPX.000958- APPX.000960 | Order of Judgment (A-15-CA-1058-SS_ [Dkt 101] |
| APPX.000961- APPX.001066 | 5th Circuit ruling |
| APPX.001067- APPX.001073 | Order Granting Relators Application for Temporary Restraining Order and Setting Hearing on Temporary Mandatory Injunction (D-1-GN-21-000528) |
| APPX.001074- APPX.001081 | Order Extending Relators Temporary Restraining Order and Setting Hearing for Temporary Mandatory Injunction (D-1-GN-21-000528) |
| APPX.001082- APPX.001089 | Second Order Extending Relators Temporary Restraining Order (D-1-GN-21-000528) |
| APPX.001093- APPX.001096 | Order Denying Original Petition for Writ of Mandamus and Application for Injunctive Relief (D-1-GN-21-000528) |
| APPX.001803- APPX.001839 | Ronda Exnicious Deposition Transcript |
| APPX.002698- APPX.002703 | Plaintiffs Unopposed Motion to Stay |
| APPX.002713- APPX.002716 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Vacate |
| APPX.002717- APPX.002719 | Joint Status Update |

| Appendix Pages | Document Title |
|---|---|
| APPX.002720- APPX.002722 | Joint Status Update |
| APPX.002723- APPX.002725 | Notice of Voluntary Dismissal Without Prejudice |
| APPX.004214- APPX.004215 | Webinar invite from Shohoudy (PPFA) to group |
| APPX.004386- APPX.004387 | Email from Collins to group re PPDirect/Connect: September Metrics |
| APPX.004861- APPX.004862 | PPFA Leadership Structure |
| APPX.005010- APPX.005011 | Email from Singiser to Lambrecht re Title X and Medicaid Follow-Up Questions |
| APPX.005012- APPX.005013 | Email from Turner to White re EOP ADM2 |
| APPX.005014 | Email from Singiser to Krasnoff; Stewart re Questions from Ken L |
| APPX.005127 | Email from Trivisonno to Coluccio fw Melanie |
| APPX.005136- APPX.005140 | Email from Wells to Ferrero re Wendy Davis National Media Tonight |
| APPX.005198- APPX.005207 | Title X FOA Risk Assessment Initial Findings |
| APPX.005209- APPX.005211 | Email from Spear to Nucatola; Jordan re Welcome to Planned Parenthood from PPFA Medical Services |
| APPX.005304- APPX.005317 | Email from Sannes to Lambrecht re Directors and Officer's Pay |
| APPX.005441- APPX.005444 | Email from Linton to PPGC-Affil-Senior Leadership fw National Conference Content Preview (CEOs) |
| APPX.005443- APPX.005444 | National Conference Workshop List |
| APPX.005520- APPX.005576 | Email from Boyce to group re ACEC Meeting Agenda and Materials |
| APPX.005586 | Email from McKinney to DeJong re Medicaid Lawsuit info for Auditors |
| APPX.006129- APPX.006131 | Email from Anderson to Lambrecht re Medicaid Issues in the Media |
| **Plaintiffs' Supplemental Appendix (ECF No. 416-1 to 416-2)** ||
| APPX.006602 – 6603 | Email re Friday's SAP/PPGC Meeting; dated March 1, 2017 |
| APPX.006638 – 6642 | Email re Wendy Davis National Media Tonight; dated October 20, 2015 |
| APPX.006643 – 6652 | PPFA Ancillary Organization Self-Study Review |

| Appendix Pages | Document Title |
| --- | --- |
| APPX.006662 – 6664 | Email re Minutes from August 2019 Fiduciary Committee Meeting; dated October 15, 2019 |
| APPX.006692 – 6711 | Email re DHHS OIG Release of New Guidance for Health Care Boards; dated April 21, 2015 |
| APPX.006760 – 6763 | Email re Update from Foundational Group; dated May 4, 2018 |
| APPX.006778 – 6790 | PPFA Deleguide, PPFA Annual Membership Meeting; dated April 27, 2018 |
| APPX.006791 – 6812 | Email re FAA Turnaround Plan; dated August 11, 2016 |
| APPX.006868 – 6871 | Email re Upcoming Webinar on New Managed Care Rule; dated May 25, 2016 |
| APPX.006874 – 6877 | Email re Upcoming Webinar on New Managed Care Rule; dated May 25, 2016 |
| APPX.006882 – 6884 | Email re Medicaid Issues in the Media; dated October 19, 2015 |
| APPX.006885 – 6892 | Email re Very interesting from PPFA; dated February 5, 2014 |
| APPX.006893 – 6964 | PPFA National Office Quarterly Update for ACEC |
| APPX.006993 – 7024 | ARMS Insurance Agreement |
| APPX.007039 – 7041 | Email re Gap Funding Approach & Additional Contingency Planning Details; dated June 29, 2017 |
| APPX.007063 – 7087 | Email re 2021 National Conference Program Book; dated April 12, 2021 |
| APPX.007166 – 7167 | Email re following up – contract scope, material from the archives re: Lozier report; dated January 27, 2017 |
| APPX.007168 – 7310 | Power & Purpose: 100+ Years Strong, P's In a Pod: Developing an Internal Culture that Supports Strategic Initiatives |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, a copy of the foregoing was served pursuant to the

Court's ECF system.

*/s/ Danny S. Ashby*
Danny S. Ashby