**From:** Wheat, Sarah </O=PPGT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WHEAT, SARAH86F95794>
**To:** McKinney, Sheila; Lambrecht, Ken
**Sent:** 3/22/2016 11:41:12 AM
**Subject:** RE: meeting in Dallas

Thanks, Sheila—I have some follow up questions about this—do you have time to connect today? Thx!

**From:** McKinney, Sheila
**Sent:** Monday, March 21, 2016 5:23 PM
**To:** Lambrecht, Ken; Wheat, Sarah
**Subject:** FW: meeting in Dallas
**Importance:** High

Sarah and Ken,

Please see the email below and pay special attention to paragraph 4 in the email below where it indicates **Redacted - Privileged**

# Redacted - Privileged

I will be sending you a couple of additional emails as Michael's letter was responded to very quickly each time.

Marianne and I would be happy to schedule a conference call if we need to discuss.

Best wishes,
Sheila

**From:** Crowe, Michael [mailto:Michael.Crowe@huschblackwell.com]
**Sent:** Friday, March 18, 2016 10:30 AM
**To:** McKinney, Sheila
**Cc:** Hilgers, David; Hiser, Deborah; Watkins, Tom
**Subject:** RE: meeting in Dallas
**Importance:** High

Hey Sheila:

# Redacted - Privileged

# Redacted - Privileged

Michael R. Crowe
Partner
Direct: 512.703.5737
Michael.Crowe@huschblackwell.com

**From:** McKinney, Sheila [mailto:Sheila.McKinney@ppgt.org]
**Sent:** Monday, March 14, 2016 4:37 PM
**To:** Crowe, Michael
**Subject:** meeting in Dallas

Hi Michael,

I wanted you to know that our CFO would like to be a part of any discussions **Redacted - Privileged** **Redacted - Privileged** We are in the midst of our annual financial audit so we have some additional people working in the Dallas office. I will not be available until after 1:00 p.m. tomorrow. Once you know your schedule, please let me know about what time you are planning to come by the office so Marianne and I can be available to meet with you.

Thanks,
Sheila

DISCLAIMER:
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Planned Parenthood of Greater Texas, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.