IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

    Defendants.

2:21-CV-022-Z

## ORDER

Before the Court is Affiliate Defendants' Unopposed Motion to Withdraw Counsel ("Motion") (ECF No. 512), filed on July 27, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Owen Dunn from the electronic service list in the above-numbered cause.

**SO ORDERED.**

August 2, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE