IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Relator's Unopposed Emergency Motion for Continuance ("Motion"), filed on August 4, 2023. Having considered the Motion, the Court **GRANTS** the motion and hereby **ORDERS** that the hearing on the parties' motions for summary judgment shall take place **on August 15, 2023 at 10:00 a.m. (CDT)**.

The hearing will take place in the first-floor courtroom of the J. Marvin Jones Federal Building and Mary Lou Robinson United States Courthouse, located at 205 Southeast 5th Avenue, Amarillo, Texas 79101-1559. Parties and counsel shall submit IT support requests to the Courtroom Deputy **on or before 10:00am (CDT) on Monday, August 14, 2023**.

    **SO ORDERED**.

    August ___, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE