IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, <br><br> Defendants. | 2:21-CV-022-Z |

AUG 4 2023 AM 11:27
FILED - USDC - NDTX - AM

## ORDER

Before the Court is Relator's Unopposed Emergency Motion for Continuance ("Motion") (ECF No. 515), filed on August 4, 2023. Relator requests the Court to continue the summary judgment hearing set for August 9, 2023, to August 15, 2023. ECF No. 515 at 2. Because the Motion is unopposed, the Court **GRANTS** the Motion and sets the hearing for **10:00 a.m. (CDT) on Tuesday, August 15, 2023**. Parties and counsel shall submit IT support requests to the Courtroom Deputy **on or before 10:00 a.m. (CDT) on Monday, August 14, 2023**. Parties should otherwise reference the Court's prior order for the details of the hearing. *See* ECF No. 513.

**SO ORDERED.**

August 4, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE