IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**NOTICE OF FILING OF PLAINTIFFS' UNSEALED APPENDIX IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the Court's Order dated August 4, 2023 (ECF No. 517) (the "Unsealing Order"), Relator hereby gives notice of filing of unsealed redacted versions of Plaintiffs' Appendix (ECF No. 518), Supplemental Appendix (ECF No. 519), and Second Supplemental Appendix (ECF No. 520) filed in support of Plaintiffs' motions

1

of summary judgment. The personal email addresses and cell phone numbers identified by the Court in the Unsealing Order have been redacted from these documents as directed by the Court.

The Unsealing Order does not require any redactions from Plaintiffs' summary judgment briefing. Thus, Plaintiffs' Brief in Support of Motion for Partial Summary Judgment/Motion for Summary Judgment (Dkt. 476), Plaintiffs' Response to Defendants' Motions for Summary Judgment (Dkt. 481), and Plaintiffs' Reply in Support of Motion for Partial Summary Judgment/Motion for Summary Judgment (Dkt. 495) may be unsealed in their entirety.

    Respectfully submitted.

/s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

***Attorneys For Relator***

## CERTIFICATE OF SERVICE

  I hereby certify that on August 7, 2023, this document was electronically filed and served via the Court's CM/ECF system.

<u>/s/ Andrew B. Stephens</u>
Andrew B. Stephens
