IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD <br> FEDERATION OF AMERICA, *et al.*, <br><br> Defendants. | 2:21-CV-022-Z |

## ORDER

Pursuant to the Court's August 4, 2023 Order (ECF No. 517), Relator filed its unsealed appendix, unsealed supplemental appendix, and unsealed second supplemental appendix in support of motions for summary judgment (ECF Nos. 518, 519, 520). Through correspondence with Defendants' local counsel, the Court has been notified that Defendants intend to move the Court to reconsider its ruling. Accordingly, the Court **DIRECTS** the Clerk's office to provisionally seal Relator's filings identified above and maintain the sealing of Plaintiffs' summary judgment briefing (ECF Nos. 476, 481, 495).

**SO ORDERED.**

August 7, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE