# EXHIBIT A

| | |
|---|---|
| **From:** | Andrew Stephens |
| **To:** | Ashby, Danny S.; Heather Hacker |
| **Cc:** | Will Wassdorf; Lollar, Tirzah |
| **Subject:** | Re: Emergency Motion to Stay Order and Seal Documents |
| **Date:** | Monday, August 7, 2023 4:00:04 PM |

Opposed. Did you or anyone for Defendants call the judge's chambers today ex parte?

Andrew

---

**From:** Ashby, Danny S. <dashby@omm.com>
**Sent:** Monday, August 7, 2023 4:28:15 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Heather Hacker <heather@hackerstephens.com>
**Cc:** Will Wassdorf <Will.Wassdorf@oag.texas.gov>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Subject:** Emergency Motion to Stay Order and Seal Documents

Andrew and Heather –

Defendants are filing an emergency motion to stay and to seal the documents you filed publicly this morning.  There are a number of documents that we believe should have excluded the names of non-party employees.  We obviously could have avoided this issue had you asked to meet and confer with us before you re-filed the appendices.  In addition, we want the opportunity to seek additional relief from the court and/or to take an appeal, which requires that the documents remain under seal during that period.  We will indicate that you are opposed to the motion unless you tell us otherwise by 4 pm CT today.  Thanks.

Danny

**O'Melveny**

**Danny S. Ashby**
Partner
dashby@omm.com
O: +1-972-360-1904
M: +1-214-577-9886

O'Melveny & Myers LLP
2501 N. Harwood Street, 17th Floor
Dallas, TX  75201
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*