# EXHIBIT B

# Heather Hacker

| | |
|---|---|
| **From:** | Martin, Meghan C. <Meghan.Martin@arnoldporter.com> |
| **Sent:** | Tuesday, April 25, 2023 10:25 AM |
| **To:** | Amy Hilton; Andrew Stephens; Heather Hacker; Takakjian, Katie; Carrie Killion; Eugenia Krieg; Drew Wright; Sinty Chandy; Rhonda Rodriguez; Christopher Hilton; Ana Aranda; Janice Garrett; Jennifer Rowell; Michael Moore; Margolis, Craig D.; Odell, Christopher M.; Sheehan, Christian; Winter, Zachary; ryan@ryanbrownattorneyatlaw.com |
| **Cc:** | lgodesky@omm.com; dashby@omm.com; rgalin@omm.com; Whisler, Megan; Gerstner, Alyssa; Reeder-Ricchetti, Emily; Lollar, Tirzah |
| **Subject:** | RE: U.S. ex rel. Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- Affiliate Defendants Claw back Production |
| **Attachments:** | PPGT021.zip; Affiliate Defendants Fourth Privilege Log (04-25-2023).pdf |

Andrew, Heather and Chris –

It has come to Affiliate Defendants' attention that the document produced at bates number PPGT00029969 is a privileged document that should be clawed back. Attached please a find a zip file (PPGT021) containing a newly redacted version of the document as well as a new privilege log with an entry for the document.

The password for the zip file is ▮▮▮▮▮▮▮▮▮

Regards,
Meghan

---

**Meghan Martin**
Attorney and Advisor | Bio

**Arnold & Porter**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.5443
Meghan.Martin@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com