IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> The State of Texas § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> The State of Louisiana § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> *Plaintiffs*, § <br> v. § <br> Planned Parenthood Federation of America, § <br> Inc., Planned Parenthood Gulf Coast, Inc., § <br> Planned Parenthood of Greater Texas, Inc., § <br> Planned Parenthood South Texas, Inc., Planned § <br> Parenthood Cameron County, Inc., Planned § <br> Parenthood San Antonio, Inc., § <br> *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br><br><br> Date:       August 22, 2023 |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT") Planned Parenthood South Texas, Inc. ("PPST"); Planned Parenthood Cameron County, Inc. ("PPCC"); and Planned Parenthood San Antonio, Inc. ("PPSA") (collectively, "Affiliate Defendants") file this Unopposed Motion to Withdraw Counsel, Diana Mahoney, in the above-styled and numbered case, and respectfully shows as follows:

1.     Affiliate Defendants are represented by Arnold & Porter Kaye Scholer LLP in the above-captioned case.  Its lead counsel is Tirzah Lollar.

2.     Diana Mahoney was previously counsel for Affiliate Defendants in the above-captioned case.

3.     Ms. Mahoney is no longer employed by Arnold & Porter Kaye Scholer LLP.

4.     Undersigned counsel will remain counsel of record for Affiliate Defendants.

1

5. Plaintiffs are unopposed to this Motion.

6. Defendant Planned Parenthood Federation of America, Inc. ("PPFA") are unopposed to this Motion.

7. For the foregoing reasons, Affiliate Defendants respectfully requests that the Court note the withdrawal of Diana Mahoney as counsel of record in the above-styled and numbered case.

Dated:  August 22, 2023     Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ Tirzah S. Lollar
     Tirzah S. Lollar
     Tirzah.Lollar@arnoldporter.com
     Craig D. Margolis
     Craig.Margolis@arnoldporter.com
     Christian Sheehan
     Christian.Sheehan@arnoldporter.com
     Emily Reeder-Ricchetti
     Emily.Reeder-Ricchetti@arnoldporter.com
     Megan Pieper
     Megan.Pieper@arnoldporter.com
     Alyssa Gerstner
     Alyssa.Gerstner@arnoldporter.com
     601 Massachusetts Ave, NW
     Washington, DC 20001-3743
     Telephone: +1 202.942.6127
     Fax: +1 202.942.5999

     Paula Ramer
     Paula.Ramer@arnoldporter.com
     250 West 55th Street
     New York, New York 10019-9710
     T: +1 212.836.8474

     Christopher M. Odell
     Texas State Bar No. 24037205
     Christopher.Odell@arnoldporter.com
     700 Louisiana Street, Suite 4000
     Houston, TX 77002-2755
     Telephone: +1 713.576.2400
     Fax: +1 713.576.2499

     Ryan Patrick Brown
     Texas State Bar No. 24073967
     brown@blackburnbrownlaw.com
     1222 S. Fillmore
     Amarillo, TX 79101

          Tel: (806) 371-8333
          Fax: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, and Planned Parenthood San Antonio*

## CETIFICATE OF CONFERENCE

On August 21, 2023, I conferred with counsel for the State of Texas, Will Wassdorf, who indicated that the State of Texas is unopposed to this motion. I also conferred with counsel for Relator, Andrew Stephens, who indicated that Relator is unopposed to this motion. I also conferred with counsel for PPFA, Danny S. Ashby, who indicated PPFA Defendant is unopposed to this motion.

                                                                                   */s/ Tirzah S. Lollar*
                                                                                   Tirzah S. Lollar

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2023, I caused the foregoing to be served by email through the Court's Electronic Case Filing system upon all attorneys of record.

                                                                                  */s/ Tirzah S. Lollar*
                                                                                  Tirzah S. Lollar