IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| United States of America *ex rel.* ALEX DOE, Relator, | § § § | |
| The State of Texas *ex rel.* ALEX DOE, Relator, | § § § | CIVIL ACTION NO. 2:21-CV-00022-Z |
| The State of Louisiana *ex rel.* ALEX DOE, Relator, | § § § | Date:   August 22, 2023 |
| *Plaintiffs*, v. Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc., *Defendants*. | § § § § § § § § § § | |

## [PROPOSED] ORDER

Before the Court is Defendants Planned Parenthood Gulf Coast, Inc. ("PPGC"), Planned Parenthood of Greater Texas, Inc. ("PPGT") Planned Parenthood South Texas, Inc. ("PPST"); Planned Parenthood Cameron County, Inc. ("PPCC"); and Planned Parenthood San Antonio, Inc. ("PPSA") (collectively, "Affiliate Defendants") Unopposed Motion to Withdraw Counsel, Diana Mahoney, as counsel for Affiliate Defendants. Having considered the said motion and applicable law, the Court **GRANTS** the motion.

**IT IS SO ORDERED**. The Clerk is instructed to remove Ms. Mahoney from the electronic service list in the above-numbered cause.

SIGNED this ____ day of August 2023.

_____
Matthew J. Kacsmaryk
United States District Judge