IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

    Defendants.

2:21-CV-022-Z

## ORDER

Before the Court is Affiliate Defendants' Unopposed Motion to Withdraw Counsel, Diana Mahoney, as counsel for Affiliate Defendants ("Motion") (ECF No. 529), filed on August 22, 2023.[1] Pursuant to Local Rule 83.12(a) of the United States District Court for the Northern District of Texas, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

August 23, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] Affiliate Defendants are Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.