IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> The State of Texas § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> The State of Louisiana § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> *Plaintiffs*, § <br> v. § <br> Planned Parenthood Federation of America, § <br> Inc., Planned Parenthood Gulf Coast, Inc., § <br> Planned Parenthood of Greater Texas, Inc., § <br> Planned Parenthood South Texas, Inc., Planned § <br> Parenthood Cameron County, Inc., Planned § <br> Parenthood San Antonio, Inc., § <br> *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00022-Z <br><br><br> Date:    September 1, 2023 |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Planned Parenthood Federation of America, Inc. ("PPFA"), Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (together "Affiliate Defendants," and collectively with PPFA, "Defendants") move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and ask this Court to dismiss Relator's and Texas's claims in their entirety, subject to the constraints imposed by the Fifth Circuit's prior decision in *Riley v. St. Luke's Episcopal Hosp.*, 252 F.3d 749 (5th Cir. 2001) (en banc) as to the federal False Claims Act ("FCA") claims.

In support of their Motion, Defendants respectfully refer the Court to their Memorandum in Support, which details how the FCA, Texas Medicaid Fraud Prevention Act, and Louisiana

Medical Assistance Programs Integrity Law violate the U.S. Constitution, Texas Constitution, and Louisiana Constitution, respectively.

For the reasons discussed in Defendants' voluminous briefing and at the recent hearing, Defendants maintain that they are entitled to summary judgment on the merits of Relator's and Texas's claims. If the Court agrees and grants Defendants summary judgment, the Court need not reach the issues presented in this motion. Defendants bring this motion now, however, rather than await the Court's ruling on summary judgment, to avoid any argument that this motion was filed to delay trial.

By way of brief background, after the close of briefing on the parties' motions for summary judgment, three Supreme Court justices (Justices Thomas, Kavanaugh, and Barrett) *sua sponte* raised concerns about the constitutionality of the FCA's *qui tam* provisions under Article II of the U.S. Constitution. *See U.S. ex rel. Polansky v. Executive Health Resources Inc.*, 599 U.S. 419, 449 (2023) (Thomas, J., dissenting); *id.* at 442 (Kavanaugh, J., concurring). The constitutional concerns raised by the state *qui tam* statutes are at least as troubling as those presented by the federal FCA under the U.S. Constitution, if not more so.

In the wake of the *Polansky* decision, Defendants endeavored to file this motion as soon as they reasonably could while preparing for the hearing on the parties' summary judgment motions. Defendants bring this motion now to ensure that the issues it raises are preserved and that the Court's consideration of those issues does not delay trial, in the event the Court denies Defendants' motions for summary judgment in whole or in part.

WHEREFORE, Defendants respectfully move that this Honorable Court dismiss Relator's and Texas's claims because the qui tam provisions of the False Claims Act, Texas Medicaid Fraud Prevention Act, and Louisiana Medical Assistance Programs Integrity Law are unconstitutional.

Dated: September 1, 2023                    Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ *Tirzah S. Lollar*
CRAIG D. MARGOLIS
Craig.Margolis@arnoldporter.com
TIRZAH S. LOLLAR
Tirzah.Lollar@arnoldporter.com
CHRISTIAN D. SHEEHAN
Christian.Sheehan@arnoldporter.com
JAYCE BORN
Jayce.Born@arnoldporter.com
EMILY REEDER-RICHETTI
Emily.Reeder-Ricchetti@arnoldporter.com
MEGAN PIEPER
Megan.Pieper@arnoldporter.com
ALYSSA GERSTNER
Alyssa.Gerstner@arnoldporter.com
MEGHAN C. MARTIN
Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

PAULA RAMER
Paula.Ramer@arnoldporter.com
250 West 55th Street New York,
New York 10019-9710
T: +1 212.836.8474

CHRISTOPHER M. ODELL
Texas Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

Respectfully submitted,

O'MELVENY & MYERS LLP

/s/ *Danny S. Ashby*
DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

ANTON METLITSKY (*pro hac vice*)
ametlitksy@omm.com
7 Times Square
New York, New York 10036
T: (212) 326-2000
F: (212) 326-2061

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

/s/ *Tirzah S. Lollar*

Tirzah S. Lollar
