IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>The State of Texas §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>The State of Louisiana §<br>*ex rel.* ALEX DOE, Relator, §<br>§<br>    *Plaintiffs*, §<br>v. §<br>Planned Parenthood Federation of America, §<br>Inc., Planned Parenthood Gulf Coast, Inc., §<br>Planned Parenthood of Greater Texas, Inc., §<br>Planned Parenthood South Texas, Inc., Planned §<br>Parenthood Cameron County, Inc., Planned §<br>Parenthood San Antonio, Inc., §<br>    *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br>Date:     September 1, 2023 |

### [PROPOSED] ORDER

Having considered Defendants' Motion for Judgment on the Pleadings, it is **HEREBY ORDERED** that the Defendants' Motion for Judgment on the Pleadings is **GRANTED** and Relator's Complaint and Texas's Complaint in Intervention **DISMISSED**.

Signed on this ___ day of _____, 2023.

_____
Matthew J. Kacsmaryk
United States District Judge