# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>    Defendants. | No. 2:21-cv-022-Z<br><br>Date:    September 1, 2023 |

**EXHIBIT A**

**Unredacted Information in Plaintiffs' Appendices**

| Filing | Appendix Page | Document Name | Non-Party Contact Info. |
|---|---|---|---|
| 475-3 | Appx. 1312 | Polin Barazza Deposition Transcript | Non-Party Name (Initials A.C.) |
| 475-3 | Appx. 1341 | Polin Barazza Deposition Transcript | Non-Party Name (Initials A.C.) |
| 475-4 | Appx. 2706 | Email from Dixon re PPGC-PC-Patient Access Center | Non-Party Names and Email Addresses (Initials A.B., R.C., D.M., E.P., Y.R., M.V., M.W., E. G.) |
| 475-4 | Appx. 2707 | Email from Dixon re PPGC-PC-Patient Access Center | Personal Cell Phones (ending -71 and -34) |
| 475-11 | Appx. 5577 | Email from McKinney re NextGen BBP | Non-party Names (Initials K.L., B.Q.) |
| 475-11 | Appx. 5587 | Email from Exnicious re Denial Review | Non-Party Name (Initials B.M.) Personal Cell Phones (ending -54 and -25) |
| 475-11 | Appx. 5641 | Email re Talking Points for the Board; dated April 6, 2016 | Board Member's Personal Email Address (n----------@yahoo.com) |
| 475-12 | Appx. 5675-6029 | Affiliate Defendants' Third Privilege Log | Personal email addresses for board members and employees and non-public employee names throughout[1] |
| 475-13 | Appx. 6030-6121 | Affiliate Defendants' First Privilege Log | Personal email addresses for board members and employees and non-public employee names throughout |
| 482-1 | Appx. 6500 | Email re Talking Points for the Board; dated April 6, 2016 | Board Member's Personal Email Address (n----------@yahoo.com) |
| 482-1 | Appx. 6769 | Email re Ruth Green Award; dated February 14, 2017 | Board Member's Personal Email Address (m---------------@gmail.com) |
| 482-1 | Appx. 6776 | Email re Ruth Green Award; dated February 14, 2017 | Board Member's Personal Email Address (m---------------@gmail.com) Board Member's Home Address (----------------------, Houston, TX) |

---

[1] Each privilege log has hundreds of entries and hundreds of names or email addresses that need redaction. Instead of listing each here, Affiliate Defendants will provide Relator with a redacted version of each log to use in the Appendix.

1

| 482-1 | Appx. 6777 | Email re Ruth Green Award; dated February 14, 2017 | Board Member's Home Address (----------------------, Houston, TX) |