# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>    Defendants. | No. 2:21-cv-022-Z<br><br>Date:    September 1, 2023 |

## **EXHIBIT C**

| | |
|---|---|
| **From:** | Andrew Stephens |
| **To:** | Martin, Meghan C.; Amy Hilton; Heather Hacker; Takakjian, Katie; Carrie Killion; Drew Wright; Rhonda Rodriguez; Christopher Hilton; Janice Garrett; Jennifer Rowell; Margolis, Craig D.; Odell, Christopher M.; Sheehan, Christian; Winter, Zachary; ryan@ryanbrownattorneyatlaw.com; mailto:will.wassdorf@oag.texas.gov |
| **Cc:** | zzz.External.lgodesky@omm.com; zzz.External.dashby@omm.com; zzz.External.rgalin@omm.com; Whisler, Megan; Gerstner, Alyssa; Reeder-Ricchetti, Emily; Lollar, Tirzah |
| **Subject:** | RE: U.S. ex rel. Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- Affiliate Defendants Claw back Production |
| **Date:** | Wednesday, June 21, 2023 12:05:42 PM |
| **Attachments:** | image001.png |

External E-mail

confirmed

Andrew

**From:** Martin, Meghan C. <Meghan.Martin@arnoldporter.com>
**Sent:** Wednesday, June 21, 2023 10:57 AM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Heather Hacker <heather@hackerstephens.com>; Takakjian, Katie <ktakakjian@omm.com>; Carrie Killion <Carrie.Killion@oag.texas.gov>; Drew Wright <Drew.Wright@oag.texas.gov>; Rhonda Rodriguez <Rhonda.Rodriguez@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Janice Garrett <Janice.Garrett@oag.texas.gov>; Jennifer Rowell <Jennifer.Rowell@oag.texas.gov>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Sheehan, Christian <Christian.Sheehan@arnoldporter.com>; Winter, Zachary <Zachary.Winter@arnoldporter.com>; ryan@ryanbrownattorneyatlaw.com; mailto:will.wassdorf@oag.texas.gov <will.wassdorf@oag.texas.gov>
**Cc:** lgodesky@omm.com; dashby@omm.com; rgalin@omm.com; Whisler, Megan <mwhisler@omm.com>; Gerstner, Alyssa <Alyssa.Gerstner@arnoldporter.com>; Reeder-Ricchetti, Emily <Emily.Reeder-Ricchetti@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Subject:** RE: U.S. ex rel. Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- Affiliate Defendants Claw back Production

Good morning –

Now that things on this case on moving again, I wanted to follow-up on my below email from April 25. Please confirm Relator and Texas have segregated or destroyed all non-redacted copies of clawed back document PPGT00029969?

Regards,
Meghan

_____

Meghan Martin
Attorney and Advisor | Bio



601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.5443
Meghan.Martin@arnoldporter.com
www.arnoldporter.com  |  LinkedIn  |  Twitter

**From:** Martin, Meghan C.
**Sent:** Tuesday, April 25, 2023 4:17 PM
**To:** Andrew Stephens <andrew@hackerstephens.com>; Amy Hilton <Amy.Hilton@oag.texas.gov>; Heather Hacker <heather@hackerstephens.com>; Takakjian, Katie <ktakakjian@omm.com>; Carrie Killion <Carrie.Killion@oag.texas.gov>; Eugenia Krieg <Eugenia.Krieg@oag.texas.gov>; Drew Wright <Drew.Wright@oag.texas.gov>; Sinty Chandy <Sinty.Chandy@oag.texas.gov>; Rhonda Rodriguez <Rhonda.Rodriguez@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Ana Aranda <Ana.Aranda@oag.texas.gov>; Janice Garrett <Janice.Garrett@oag.texas.gov>; Jennifer Rowell <Jennifer.Rowell@oag.texas.gov>; Michael Moore <Michael.Moore@oag.texas.gov>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Sheehan, Christian <Christian.Sheehan@arnoldporter.com>; Winter, Zachary <Zachary.Winter@arnoldporter.com>; ryan@ryanbrownattorneyatlaw.com
**Cc:** zzz.External.lgodesky@omm.com <lgodesky@omm.com>; zzz.External.dashby@omm.com <dashby@omm.com>; zzz.External.rgalin@omm.com <rgalin@omm.com>; Whisler, Megan <mwhisler@omm.com>; Gerstner, Alyssa <Alyssa.Gerstner@arnoldporter.com>; Reeder-Ricchetti, Emily <Emily.Reeder-Ricchetti@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Subject:** RE: U.S. ex rel. Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- Affiliate Defendants Claw back Production

Andrew, Heather, and Chris –

Can you please confirm Plaintiffs have segregated or destroyed all non-redacted copies of this document?

Thank you
Meghan

_____

Meghan Martin
Attorney and Advisor | Bio



601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.5443
Meghan.Martin@arnoldporter.com
www.arnoldporter.com  |  LinkedIn  |  Twitter

**From:** Andrew Stephens <andrew@hackerstephens.com>
**Sent:** Tuesday, April 25, 2023 3:51 PM
**To:** Martin, Meghan C. <Meghan.Martin@arnoldporter.com>; Amy Hilton

<Amy.Hilton@oag.texas.gov>; Heather Hacker <heather@hackerstephens.com>; Takakjian, Katie <ktakakjian@omm.com>; Carrie Killion <Carrie.Killion@oag.texas.gov>; Eugenia Krieg <Eugenia.Krieg@oag.texas.gov>; Drew Wright <Drew.Wright@oag.texas.gov>; Sinty Chandy <Sinty.Chandy@oag.texas.gov>; Rhonda Rodriguez <Rhonda.Rodriguez@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Ana Aranda <Ana.Aranda@oag.texas.gov>; Janice Garrett <Janice.Garrett@oag.texas.gov>; Jennifer Rowell <Jennifer.Rowell@oag.texas.gov>; Michael Moore <Michael.Moore@oag.texas.gov>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Sheehan, Christian <Christian.Sheehan@arnoldporter.com>; Winter, Zachary <Zachary.Winter@arnoldporter.com>; ryan@ryanbrownattorneyatlaw.com
**Cc:** zzz.External.lgodesky@omm.com <lgodesky@omm.com>; zzz.External.dashby@omm.com <dashby@omm.com>; zzz.External.rgalin@omm.com <rgalin@omm.com>; Whisler, Megan <mwhisler@omm.com>; Gerstner, Alyssa <Alyssa.Gerstner@arnoldporter.com>; Reeder-Ricchetti, Emily <Emily.Reeder-Ricchetti@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Subject:** RE: U.S. ex rel. Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- Affiliate Defendants Claw back Production

External E-mail

Thanks, Meghan.

Andrew

**From:** Martin, Meghan C. <Meghan.Martin@arnoldporter.com>
**Sent:** Tuesday, April 25, 2023 10:25 AM
**To:** Amy Hilton <Amy.Hilton@oag.texas.gov>; Andrew Stephens <andrew@hackerstephens.com>; Heather Hacker <heather@hackerstephens.com>; Takakjian, Katie <ktakakjian@omm.com>; Carrie Killion <Carrie.Killion@oag.texas.gov>; Eugenia Krieg <Eugenia.Krieg@oag.texas.gov>; Drew Wright <Drew.Wright@oag.texas.gov>; Sinty Chandy <Sinty.Chandy@oag.texas.gov>; Rhonda Rodriguez <Rhonda.Rodriguez@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Ana Aranda <Ana.Aranda@oag.texas.gov>; Janice Garrett <Janice.Garrett@oag.texas.gov>; Jennifer Rowell <Jennifer.Rowell@oag.texas.gov>; Michael Moore <Michael.Moore@oag.texas.gov>; Margolis, Craig D. <Craig.Margolis@arnoldporter.com>; Odell, Christopher M. <Christopher.Odell@arnoldporter.com>; Sheehan, Christian <Christian.Sheehan@arnoldporter.com>; Winter, Zachary <Zachary.Winter@arnoldporter.com>; ryan@ryanbrownattorneyatlaw.com
**Cc:** lgodesky@omm.com; dashby@omm.com; rgalin@omm.com; Whisler, Megan <mwhisler@omm.com>; Gerstner, Alyssa <Alyssa.Gerstner@arnoldporter.com>; Reeder-Ricchetti, Emily <Emily.Reeder-Ricchetti@arnoldporter.com>; Lollar, Tirzah <Tirzah.Lollar@arnoldporter.com>
**Subject:** RE: U.S. ex rel. Doe v. Planned Parenthood, No. 2:21-cv-00022-Z -- Affiliate Defendants Claw back Production

Andrew, Heather and Chris –

It has come to Affiliate Defendants' attention that the document produced at bates number

PPGT00029969 is a privileged document that should be clawed back.  Attached please a find a zip file (PPGT021) containing  a newly redacted version of the document as well as a new privilege log with an entry for the document.

The password for the zip file is Myo61Uk*t$B23SRf

Regards,
Meghan

_____

**Meghan Martin**
Attorney and Advisor | Bio



601 Massachusetts Ave., NW
Washington,  DC 20001-3743
T: +1 202.942.5443
Meghan.Martin@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com