IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

    Defendants.

2:21-CV-022-Z

## NOTICE

Parties are reminded that they are expected to abide by all relevant rules and authorities concerning timeliness of submissions. If a party desires an extension, that party should submit to this Court a motion to that effect and provide its reasoning and justification therein. This Court has, in the past, generously granted extensions to both parties in this matter. *See, e.g.*, ECF Nos. 40, 55, 122.

The Court issues notice accordingly.

September 20, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE