IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings and Motion for Expedited Consideration ("Motion"), filed on September 20, 2023 (Dkt. 540). Having considered the Motion, the Court **GRANTS** the Motion and hereby **ORDERS**

that Plaintiffs' deadline to respond to Defendants' Motion for Judgment on the Pleadings (Dkt. 533) is extended [to October 4, 2023 / until after the Court has resolved Plaintiffs' Motion to Strike and Stay Briefing (Dkt. 536)].

**SO ORDERED**.

September ___, 2023

                                              MATTHEW J. KACSMARYK
                                              UNITED STATES DISTRICT JUDGE