IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings and Motion for Expedited Consideration ("Motion") (ECF No. 540), filed on September 20, 2023. Having reviewed the Motion and Defendants' response (ECF No. 541), the Motion is **GRANTED IN PART**. Plaintiffs are hereby **ORDERED** to respond to Defendants' Motion for Judgment on the Pleadings (ECF No. 533) **on or before October 4, 2023**.

**SO ORDERED**.

September 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE