IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Second Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings and Motion for Expedited Consideration ("Motion"), filed on October 2, 2023 (Dkt. 544). Having considered the Motion, the Court **GRANTS** the Motion and hereby **ORDERS** that

Plaintiffs' deadline to respond to Defendants' Motion for Judgment on the Pleadings (Dkt. 533) is extended [to October 11, 2023 / until after the Court has resolved Plaintiffs' Motion to Strike and Stay Briefing (Dkt. 536)].

**SO ORDERED**.

October ___, 2023

                                                 MATTHEW J. KACSMARYK
                                                 UNITED STATES DISTRICT JUDGE