IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiffs' Second Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings and Motion for Expedited Consideration ("Motion") (ECF No. 544), filed on October 2, 2023. This Court has historically been generous to both Plaintiffs and Defendants regarding extensions. *See, e.g.*, ECF Nos. 40, 55, 122. In keeping with that generosity, the Motion is **GRANTED IN PART**. Plaintiffs are hereby **ORDERED** to respond to Defendants' Motion for Judgment on the Pleadings (ECF No. 533) **on or before October 11, 2023.**

**SO ORDERED.**

October 2, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE