IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is The Anti-Fraud Coalition's ("TAF Coalition's") Motion for Leave to File *Amicus Curiae* Brief in Support of *Qui Tam* Relators ("Motion") (ECF No. 549), filed on October 13, 2023. TAF Coalition seeks "to address the Defendant's erroneous contention that the FCA's *qui tam* provisions violate the Constitution," and "believes that its brief in this case will assist the Court in deciding these issues, as it provides important context for the critical and constitutionally appropriate role that whistleblowers play in rooting out fraud against the government." *Id.* at 2.

"[T]he Court has discretion to consider '*amicus*' briefing where the proffered information is timely and useful or otherwise necessary to the administration of justice." *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (internal quotation marks omitted). TAF Coalition's participation helps provide further context to the issues before this Court. *See* ECF No. 549 at 3. Thus, the Motion is **GRANTED**.

**SO ORDERED**.

October 17, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE