IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* Alex Doe, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br>    Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br>    Defendants. | Civil Action No. 2-21-CV-022-Z |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

The State of Texas files this Unopposed Motion to Withdraw Counsel, Reynolds Brissenden, in the above-styled and numbered case, and respectfully shows as follows:

1. The State of Texas is represented by the Office of the Attorney General in the above-captioned case.

2.  Mr. Brissenden will no longer be employed by the Texas Office of the Attorney General after today.

3.  William Wassdorf will remain counsel of record for the State of Texas in the above-captioned case.

4.  Defendants are unopposed to this Motion.

For the foregoing reasons, the State of Texas respectfully requests that the Court note the withdrawal of Reynolds Brissenden as counsel of record in the above-styled and numbered case.

Dated:  October 18, 2023

          Respectfully submitted,

          KEN PAXTON,
          Attorney General of Texas

          BRENT WEBSTER,
          First Assistant Attorney General

          GRANT DORFMAN,
          Deputy First Assistant Attorney General

          JAMES R. LLOYD,
          Deputy Attorney General for Civil Litigation

          /s/ Reynolds B. Brissenden
          Reynolds B. Brissenden
          Texas Bar No. 24056969
          Deputy Chief
          Civil Medicaid Fraud Division

          Office of the Attorney General
          P. O. Box 12548, Capitol Station
          Austin, Texas 78711-2548

(512) 936-2158 / Fax (512) 320-0667
reynolds.brissenden@oag.texas.gov

*Attorneys for the State of Texas*

### CERTIFICATE OF CONFERENCE

On, October 17, 2023, counsel for State of Texas conferred with counsel for the Defendants regarding the relief requested in this motion. Defendants are unopposed to this motion.

/s/ Reynolds Brissenden
Reynolds Brissenden

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

/s/ Reynolds Brissenden
Reynolds Brissenden