# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* Alex Doe, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br>     Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br>     Defendants. | Civil Action No. 2-21-CV-022-Z |

## [Proposed] ORDER

Before the Court is Plaintiff State of Texas's Unopposed Motion to Withdraw Counsel ("Motion") Reynolds Brissenden as counsel for Texas. Having considered the Motion, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Mr. Brissenden from the electronic service list in the above-numbered cause.

**SO ORDERED.**

October_____, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE