IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* Alex Doe, Relator,<br><br>The State of Texas<br>*ex rel.* Alex Doe, Relator,<br><br>The State of Louisiana<br>*ex rel.* Alex Doe, Relator,<br><br>    *Plaintiffs*,<br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    *Defendants*. | No. 2:21-CV-00022-Z |

### [PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE A CONSOLIDATED REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND UNOPPOSED EXTENSION OF TIME TO FILE CONSOLIDATED REPLY

Before the Court is Defendants' Motion for Leave to File a Consolidated Reply in Support of Defendants' Motion for Judgment on the Pleadings and Extension of Time to File the Consolidated Reply ("Motion") (Dkt. 552), filed on October 18, 2023. Having considered the Motion the Court **GRANTS** the Motion and hereby **ORDERS**:

    1.   Defendants may file a single twenty-page consolidated reply brief to respond to Relator's and the State of Texas's responses to Defendant's Motion for Judgment on the Pleadings (Dkt. 547, 548) and The Anti-Fraud Coalition's *Amicus Curiae* brief (Dkt. 549); **AND**

2.       The deadline for Defendants to file this consolidated reply brief is extended to November 3, 2023.

**SO ORDERED.**

October __, 2023

_____

MATTHEW J. KASCMARYK