# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, RELATOR, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 2-21-CV-022-Z |

**ORDER GRANTING STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE**

On this day the Court considered the State of Texas's Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. The Court finds that the motion is meritorious and that it should, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that Christopher D. Hilton be withdrawn as counsel of record and that Amy S. Hilton be entered as Attorney in Charge for the State of Texas in this cause.

Signed on this ____ day of _____, 2023.

_____
Matthew J. Kacsmaryk
United States District Judge