## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |  |
|---|---|---|
| United States of America<br>*ex rel.* Alex Doe, Relator, | § <br> § <br> § | |
| The State of Texas<br>*ex rel.* Alex Doe, Relator, | § <br> § <br> § | No. 2:21-CV-00022-Z |
| The State of Louisiana<br>*ex rel.* Alex Doe, Relator, | § <br> § <br> § | |
| *Plaintiffs*, <br> v. | § <br> § <br> § <br> § | |
| Planned Parenthood Federation of America,<br>Inc., Planned Parenthood Gulf Coast, Inc.,<br>Planned Parenthood of Greater Texas, Inc.,<br>Planned Parenthood South Texas, Inc., Planned<br>Parenthood Cameron County, Inc., Planned<br>Parenthood San Antonio, Inc., | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED EMERGENCY MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF(S) (ECF NO. 552)

Before the Court is Defendants' Unopposed Emergency Motion for Expedited Consideration of Defendants' Unopposed Motion for Extension of Time To File Reply Brief(s) ("Emergency Motion"), filed on October 24, 2023. Having considered the Emergency Motion, the Court **GRANTS** the Emergency Motion and **GRANTS** Defendants' Unopposed Extension of Time to File Reply Brief(s) (ECF No. 552) and hereby **ORDERS**:

1.     Defendants may file their reply brief(s) to respond to Relator's and the State of Texas's responses to Defendants' Motion for Judgment on the Pleadings (ECF Nos. 547, 548) and The Anti-Fraud Coalition's *Amicus Curiae* brief (ECF No. 549); **AND**

2.      The deadline for Defendants to file their reply brief(s) is extended to November 3,

2023.

**SO ORDERED.**

October __, 2023

_____

JUDGE MATTHEW J. KASCMARYK