IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, <br><br> Defendants. | 2:21-CV-022-Z |

## ORDER

Before the Court is the State of Texas's Unopposed Motion to Withdraw Counsel Reynolds Brissenden ("Motion") (ECF No. 551), filed on October 18, 2023. The State of Texas is represented by the Office of the Attorney General ("Office") in the above-captioned case. *Id.* at 1. Mr. Brissenden's employment with the Office ended on October 18, 2023. *Id.* at 2. William Wassdorf will remain counsel of record for the State of Texas in the above-captioned case. *Id.*

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Mr. Brissenden from the electronic service list in the above-numbered case.

**SO ORDERED**.

October 24, 2023

---
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE