IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is the State of Texas's Motion to Withdraw Counsel and Designation of Attorney in Charge ("Motion") (ECF No. 556), filed on October 23, 2023. Current lead counsel of record is Christopher D. Hilton, formerly the Chief of the General Litigation Division. *Id.* at 1. Mr. Hilton is no longer employed by the Office of Attorney General. *Id.* Amy S. Hilton, Special Counsel with the Special Litigation Division, has now been assigned as Attorney in Charge. *Id.*

Withdrawal and substitution of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk that Christopher D. Hilton should be withdrawn as counsel of record and that Amy S. Hilton be entered as Attorney in Charge for the State of Texas in this cause.

**SO ORDERED.**

October 24, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE