# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> *Plaintiffs*, § <br> § <br> v.  § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH TEXAS, § <br> INC., PLANNED PARENTHOOD § <br> CAMERON COUNTY, INC., § <br> PLANNED PARENTHOOD SAN § <br> ANTONIO, INC., § <br> § <br> *Defendants*. § <br> § | Case No. 2:21-CV-00022-Z |

## PLAINTIFFS' FINAL DESIGNATION OF EXPERTS

Pursuant to the Scheduling Order (Dkt. 555), Plaintiffs hereby file their Finalized Designation of Experts in the above-captioned case as follows:

## TESTIFYING EXPERT

Donald E. Lochabay, Jr., CMA
Managing Director
Alvarez & Marsal Disputes and Investigations
2100 Ross Avenue, 21st Floor
Dallas, Texas 75201

Mr. Lochabay was previously disclosed in July 2022 in compliance with the Court's previous Scheduling Orders and was deposed by Defendants on December 8, 2022.

Respectfully submitted.

/s/ Andrew B. Stephens
Andrew B. Stephens
Texas Bar No. 24079396
Heather Gebelin Hacker
Texas Bar No. 24103325
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
andrew@hackerstephens.com
heather@hackerstephens.com

*Attorneys for Relator*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

2

/s/ Amy S. Hilton
Amy S. Hilton
Special Counsel
Special Litigation Division
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

William D. Wassdorf
Texas Bar No. 24103022
Assistant Attorney General
General Litigation Division
Will.Wassdorf@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

***Attorneys for State of Texas***

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, this document was electronically filed and served via the Court's CM/ECF system.

<u>/s/ Andrew B. Stephens</u><br>
Andrew B. Stephens