IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Texas<br>*ex rel.* ALEX DOE, Relator,<br><br>The State of Louisiana<br>*ex rel.* ALEX DOE, Relator,<br>    Plaintiffs,<br>v.<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z<br><br><br><br><br>Date:    November 6, 2023 |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

Defendants Planned Parenthood Federation of America, Inc. ("PPFA"), Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (together "Affiliate Defendants," and collectively with PPFA, "Defendants") file this designation under this Court's Scheduling Order (*see* ECF No. 555 at 2 ("the party with the burden of proof on the issue subject to the expert designation shall file a written designation of the name and address of each expert witness who will testify at trial for that party and shall otherwise comply with Rule 26(a)(2) on or before Monday, November 6, 2023")) in an abundance of caution. By filing this designation and identifying the six experts listed below, Defendants do not assume any burden of proof on any issue or claim in this case. Defendants reserve the right to argue in connection with their submission of proposed jury instructions and a verdict form that the law

places on Plaintiffs the burden of proving the causes of action that they assert in this case and the issues underlying those causes of action.

Defendants may call the following retained expert witnesses to testify at trial:

1.  Anitra Beasley, M.D., M.P.H.

Based on her background, education, and experience, Dr. Beasley will testify in accordance her October 6, 2022 Rule 26(a)(2)(C) disclosure.

2.  Robin Anne Alta Charo
    Professor Emerita, University of Wisconsin-Madison
    2900 Connecticut Ave NW
    Washington DC 20008

Based on her background, education, and experience, Ms. Charo will testify in accordance with the opinions disclosed in her October 6, 2022 expert report.

3.  Louis G. Dudney, CPA, CFF
    Managing Director, Alix Partners
    300 N. LaSalle Street, Suite 1800
    Chicago, IL 60654

Based on his background, education, and experience, Mr. Dudney will testify in accordance with the opinions disclosed in his October 6, 2022 expert report and his December 7, 2022 deposition.

4.  Cara C. Heuser, M.D., M.S.
    Associate Professor, University of Utah Medical Center
    Intermountain Medical Center, Maternal-Fetal Medicine
    5121 South Cottonwood Street, Ste D-100
    Salt Lake City, UT 84107

    Department of Obstetrics and Gynecology
    University of Utah
    30 North 1900 East
    Salt Lake City, UT 84132

Based on her background, education, and experience, Dr. Heuser will testify in accordance with the opinions disclosed in her October 6, 2022 expert report.

   5.   Louis F. Rossiter, Ph.D.
        Research Professor, The College of William & Mary
        PO Box 8795
        Williamsburg, VA 23187

Based on his background, education, and experience, Dr. Rossiter will testify in accordance with the opinions disclosed in his October 6, 2022 expert report and his November 10, 2022 deposition.

   6.   David Sokolow
        Distinguished Senior Lecturer, The University of Texas Law School
        3005 Maywood Circle
        Austin, Texas 78703

Based on his background, education, and experience, Mr. Sokolow will testify in accordance with the opinions disclosed in his October 4, 2022 expert report and his November 22, 2022 deposition.

Dated:  November 6, 2023                    Respectfully Submitted,

                                            ARNOLD & PORTER KAYE SCHOLER LLP


                                            /s/ Tirzah S. Lollar
                                            CRAIG D. MARGOLIS
                                            Craig.Margolis@arnoldporter.com
                                            TIRZAH S. LOLLAR
                                            Tirzah.Lollar@arnoldporter.com
                                            CHRISTIAN D. SHEEHAN
                                            Christian.Sheehan@arnoldporter.com
                                            JAYCE BORN
                                            Jayce.Born@arnoldporter.com
                                            EMILY REEDER-RICHETTI
                                            Emily.Reeder-Ricchetti@arnoldporter.com
                                            MEGAN PIEPER
                                            Megan.Pieper@arnoldporter.com
                                            ALYSSA GERSTNER
                                            Alyssa.Gerstner@arnoldporter.com
                                            MEGHAN C. MARTIN

Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6127
Fax: +1 202.942.5999

PAULA RAMER
Paula.Ramer@arnoldporter.com
250 West 55th Street New York,
New York 10019-9710
T: +1 212.836.8474

CHRISTOPHER M. ODELL
Texas Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

Respectfully submitted,

O'MELVENY & MYERS LLP

/s/ *Danny S. Ashby*
DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com

4

2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

ANTON METLITSKY (*pro hac vice*)
ametlitksy@omm.com
7 Times Square
New York, New York 10036
T: (212) 326-2000
F: (212) 326-2061


RYAN BROWN ATTORNEY AT LAW
RYAN PATRICK BROWN
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Tirzah S. Lollar*

Tirzah S. Lollar