IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br>             Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br>             Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE
EXPERT OBJECTIONS AND MOTION FOR EXPEDITED
CONSIDERATION**

Plaintiffs respectfully move this Court for an extension of time to file expert objections until December 8, 2023. Plaintiffs also respectfully move for expedited consideration of this motion in light of the current deadline on Monday, November 20. In support thereof, Plaintiffs state as follows:

1. On October 23, 2023, the Court issued its ruling on the parties' summary judgment motions and issued a new scheduling order (Dkt. 555). Pursuant to that order, the parties filed their final expert designations on November 6, 2023. According to the scheduling order, the parties' deadline for filing expert objections is November 20, 2023.

2. Because of the press of other work and family commitments, undersigned counsel requests an extension of time for expert objections. The purpose of the extension is not for delay, but to allow counsel to provide helpful briefing to the Court.

3. Defendants designated six experts on November 6, 2023. Plaintiffs will be filing Daubert motions for all six, which will take significant time and effort. Relator's counsel is in trial this week in state court. Counsel for Texas has a responsive pleading due on November 20. Relator's counsel has a motion for class certification and a mediation statement due on November 21, a mediation reply due December 4, and will be out of state on vacation for the Thanksgiving holiday from November 18-24.

4. On November 9, 10, and 14, 2023, Plaintiffs' counsel conferred with Defendants' counsel regarding this motion. Defendants are unopposed to the

extension if the deadline for responses (which would normally fall on December 29 pursuant to the Local Rules) is extended to January 8 because of the Christmas and New Year's holidays.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the parties' deadline to file expert objections be extended until December 8, 2023 and the deadline to file responses to these objections be extended to January 8, 2024. Plaintiffs also respectfully request expedited consideration of this motion giving the quickly approaching deadline.

Respectfully submitted.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
Texas Bar No. 24103325
Andrew B. Stephens
Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

***Attorneys For Relator***

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

/s/ Amy S. Hilton

3

        Amy S. Hilton
        Special Counsel
        Special Litigation Division
        Texas Bar No. 24097834
        Amy.Hilton@oag.texas.gov

        William D. Wassdorf
        Texas Bar No. 24103022
        Assistant Attorney General
        General Litigation Division
        Will.Wassdorf@oag.texas.gov

        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120 / Fax (512) 320-0667

        ***Attorneys for State of Texas***

## CERTIFICATE OF CONFERENCE

On November 9, 10, and 14, 2023, counsel for Plaintiffs conferred with counsel for Defendants regarding the relief requested in this motion. Defendants are unopposed.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
