IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF TEXAS, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> THE STATE OF LOUISIANA, § <br> *ex rel.* ALEX DOE, Relator, § <br> § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PLANNED PARENTHOOD § <br> FEDERATION OF AMERICA, INC., § <br> PLANNED PARENTHOOD GULF § <br> COAST, INC., PLANNED § <br> PARENTHOOD OF GREATER § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD SOUTH § <br> TEXAS, INC., PLANNED § <br> PARENTHOOD CAMERON § <br> COUNTY, INC., PLANNED § <br> PARENTHOOD SAN ANTONIO, § <br> INC., § <br> § <br> Defendants. § | Civil Action No. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Extension of Deadline to File Expert Objections and Motion for Expedited Consideration ("Motion"), filed on November 14, 2023 (Dkt. 565). Having considered the Motion, the Court **GRANTS** the Motion and hereby **ORDERS** that the parties' deadline to file expert objections is extended to

December 8, 2023 and the deadline for responses to such objections is extended to January 8, 2024.

**SO ORDERED**.

November ___, 2023

                                              MATTHEW J. KACSMARYK
                                              UNITED STATES DISTRICT JUDGE