IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD <br> FEDERATION OF AMERICA, *et al.*, <br><br> Defendants. | 2:21-CV-022-Z |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion For Extension of Deadline to File Expert Objections and For Expedited Consideration ("Motion") (ECF No. 565), filed November 14, 2023. Pursuant to this Court's previous scheduling order, the parties' deadline for filing expert objections is November 20, 2023. *See* ECF No. 555. And Plaintiffs here request "that the parties' deadline to file expert objections be extended until December 8, 2023, and the deadline to file responses to these objections be extended to January 8, 2024." ECF No. 565 at 3.

Having reviewed the Motion and the relevant law, the Court **GRANTS** the Motion. The parties are hereby **ORDERED** to file their expert objections **on or before December 8, 2023**, and to file responses to those objections **on or before January 8, 2024**. The parties are advised that this Order in no way affects any other deadline(s) established by the scheduling order. For purposes of clarity, the updated schedule is included below.

**SO ORDERED.**

November 16, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

## UPDATED SCHEDULE

| | |
|---|---|
| Finalized Designation of Experts | Nov. 6, 2023 |
| Completion of Discovery | Dec. 4, 2023 |
| Expert Objections | Dec. 8, 2023 |
| Responses to Expert Objections | Jan. 8, 2024 |
| Pretrial Disclosures | Feb. 12, 2024 |
| Objections to Pretrial Disclosures | Feb. 26, 2024 |
| Pretrial Materials | Mar. 11, 2024 |
| Exchange of Exhibits | Mar. 25, 2024 |
| Pretrial Conference | Apr. 2, 2024 at 10:00 A.M. (CDT) |
| Trial Date | Apr. 16, 2024 at 9:00 A.M. (CDT) |