IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | No. 2:21-cv-022-Z |

**[PROPOSED] ORDER GRANTING MOTION TO STAY PENDING APPEAL BASED ON DIVESTITURE OF JURISDICTION**

Having considered the Motion to Stay Pending Appeal Based on Divestiture of Jurisdiction and to Expedite Briefing (the "Motion"), the Court hereby **GRANTS** the Motion and stays all proceedings as to Defendant Planned Parenthood Federation of America, Inc. pending the resolution of its appeal to the Fifth Circuit Court of Appeals.

**IT IS SO ORDERED.**

_____, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE