IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | No. 2:21-cv-022-Z |

## [PROPOSED] ORDER GRANTING REQUEST TO EXPEDITE BRIEFING ON MOTION TO STAY PENDING APPEAL BASED ON DIVESTITURE OF JURISDICTION

Having considered the Motion to Stay Pending Appeal Based on Divestiture of Jurisdiction and to Expedite Briefing (the "Motion"), the Court hereby **GRANTS** the request to expedite briefing on the Motion. Any opposition to the Motion must be filed no later than **December 11, 2023**. Any reply in support of the Motion must be filed no later than **December 20, 2023**.

**IT IS SO ORDERED.**

_____, 2023                                  _____
                                                                                                        MATTHEW J. KACSMARYK
                                                                                                        UNITED STATES DISTRICT JUDGE