IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendants' Motion for Stay Pending Appeal Based on Divestiture of Jurisdiction and to Expedite Briefing ("Motion") (ECF No. 569), filed on November 27, 2023. On November 20, 2023, Defendants filed a notice of appeal regarding the Court's October 23, 2023 order. *See* ECF Nos. 554, 568. They request this Court "stay all proceedings . . . pending the resolution of its appeal" and "expedite briefing on the instant motion . . . ." ECF No. 569 at 5.

Having reviewed the Motion, the Court **GRANTS** the Motion **IN PART**. As of now, proceedings are not stayed pending appeal. However, briefing on this Motion shall be expedited. Plaintiffs are **ORDERED** to respond, in no more than ten (10) pages, to Defendants' Motion **on or before December 11, 2023**. Defendants are **ORDERED** to reply, in no more than five (5) pages, **on or before December 20, 2023**.

**SO ORDERED**.

November **28**, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE