IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF TEXAS, <br> *ex rel.* ALEX DOE, Relator, <br><br> THE STATE OF LOUISIANA, <br> *ex rel.* ALEX DOE, Relator, <br><br>           Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., <br><br>           Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:21-CV-00022-Z |

**MOTION FOR EXTENSION OF DEADLINE TO FILE
RESPONSE TO DEFENDANT PPFA'S MOTION TO STAY AND
MOTION FOR EXPEDITED CONSIDERATION**

Plaintiffs respectfully move this Court for an extension of time to file a response to PPFA's motion to stay (Dkt. 569) until December 18, 2023. Plaintiffs also respectfully move for expedited consideration of this motion in light of the impending deadline of December 11. In support thereof, Plaintiffs state as follows:

1. Because of the press of other work and family commitments, undersigned counsel requested an extension of time for filing objections to Defendants' six experts until Friday, December 8, 2023. Dkt. 565. The Court, finding good cause, granted the request. Dkt. 566.

2. On November 27, 2023, PPFA filed a motion to stay and motion to expedite, claiming that the briefing schedule needs to be expedited because of "looming" trial-related deadlines. Dkt. 569. But the next trial-related deadline isn't until February 12, 2024. Dkt. 567. And notably, PPFA waited nearly a month after the summary judgment ruling (Dkt. 554) to file its notice of appeal (Dkt. 568) and five weeks to file its motion to stay (Dkt. 569). PPFA cannot create a need to rush consideration by its own delay.

3. Under Local Rule 7, Plaintiffs' response to the motion to stay would be due December 18, 2023. PPFA requested that Plaintiffs file a response by December 11, 2023, and noted Plaintiffs' opposition to the request to expedite in its motion. The Court ordered Plaintiffs to respond by Monday, December 11, 2023. Dkt. 570.

4. According to the schedule now set, Plaintiffs' counsel now has a weekend to respond to the motion to stay, after filing the expert objections already due on

Friday, December 8, 2023, and after Relator's counsel travels to defend an out-of-town deposition on December 6 and 7, 2023.

5. Additionally, on November 28, 2023, shortly after the Court's order was entered, counsel for the PPFA Affiliates conferred with Plaintiffs' counsel regarding a forthcoming motion to stay from them, and they apparently also intend to ask for the same response deadlines. Plaintiffs oppose both such motions.

6. The motions to stay (and corresponding interlocutory appeal) are frivolous, but Plaintiffs require more than a weekend to prepare helpful responses for the Court.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the deadline for response to PPFA's motion to stay be extended until December 18, 2023. If the PPFA Affiliates also file a motion to stay, Plaintiffs should not have to respond before that date. Plaintiffs also respectfully request expedited consideration of this motion giving the approaching deadlines discussed above.

Respectfully submitted.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
Texas Bar No. 24103325
Andrew B. Stephens
Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

***Attorneys For Relator***

3

Kᴇɴ Pᴀxᴛᴏɴ
Attorney General of Texas

Bʀᴇɴᴛ Wᴇʙsᴛᴇʀ
First Assistant Attorney General

Gʀᴀɴᴛ Dᴏʀғᴍᴀɴ
Deputy First Assistant Attorney General

Rᴀʟᴘʜ Mᴏʟɪɴᴀ
Deputy Attorney General for Legal Strategy

/s/ Amy S. Hilton
Amy S. Hilton
Special Counsel
Special Litigation Division
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

William D. Wassdorf
Texas Bar No. 24103022
Assistant Attorney General
General Litigation Division
Will.Wassdorf@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

***Attorneys for State of Texas***

## CERTIFICATE OF CONFERENCE

On November 28, 2023, counsel for Plaintiffs conferred with counsel for Defendants regarding the relief requested in this motion. Defendants are opposed.

/s/ Heather Gebelin Hacker  
Heather Gebelin Hacker

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

/s/ Heather Gebelin Hacker  
Heather Gebelin Hacker