IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Extension of Deadline for Response to PPFA's Motion to Stay and Motion for Expedited Consideration ("Motion"), filed on November 29, 2023 (Dkt. 571). Having considered the Motion, the Court **GRANTS**

the Motion and hereby **ORDERS** that the deadline to respond to the motion to stay (Dkt. 569) is extended to December 18, 2023.

    **SO ORDERED**.

    November \_\_\_, 2023

                                        MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE