## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, | § § § | |
| THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:21-CV-00022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC., | § § § § § § § § § § § § § | |
| Defendants. | § | |

**REPLY IN SUPPORT OF MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO DEFENDANT PPFA'S MOTION TO STAY AND MOTION FOR EXPEDITED CONSIDERATION**

Plaintiffs respectfully move this Court for an extension of time to file a response to PPFA's motion to stay (Dkt. 569) until December 18, 2023. Plaintiffs also respectfully move for expedited consideration of this motion in light of the impending deadline of December 11.

Defendants oppose this mere week extension, which would simply permit the time allotted under the Local Rules for Plaintiffs to file a response. In its opposition, PPFA disingenuously overlooks the principal reason Plaintiffs request this modest extension—the expert objection deadline on December 8, which is good cause for the extension. Defendants claim urgency now but waited five weeks to file their motions after the summary judgment ruling was issued. PPFA's numerous attorneys required all this time to file their stay motion, yet they now demand an expedited response on the cusp of the *Daubert* deadline, which would give Plaintiffs only a weekend to file a response to the motion to stay for no apparent reason. Defendants' lengthy delay should not prejudice Plaintiffs' ability to provide helpful briefing to the Court for both the expert objections and the motions to stay.

As Plaintiffs pointed out, the next trial-related deadline (other than *Daubert* motions) isn't until February 12. If Defendants feel that deadline is coming too quickly, they should have filed their motions to stay earlier. Additionally, PPFA's assertion that that the Court's supposed lack of jurisdiction demands urgency is absurd. The Court *does not* lack jurisdiction because of PPFA's frivolous (and desperate) interlocutory appeal—but even if it did, it certainly has jurisdiction to decide the motions to stay that Defendants filed.

## CONCLUSION

For the reasons stated above and in Plaintiffs' Motion, Plaintiffs respectfully request that the deadline for response to PPFA's motion to stay be extended until December 18, 2023, and Plaintiffs should not have to respond before that date to the Affiliates' motion to stay. Plaintiffs also respectfully request expedited consideration of the motion giving the approaching deadlines discussed above.

Respectfully submitted.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker
Texas Bar No. 24103325
Andrew B. Stephens
Texas Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022
heather@hackerstephens.com
andrew@hackerstephens.com

***Attorneys For Relator***

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

/s/ Amy S. Hilton
Amy S. Hilton
Special Counsel
Special Litigation Division
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

3

William D. Wassdorf
Texas Bar No. 24103022
Assistant Attorney General
General Litigation Division
Will.Wassdorf@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

***Attorneys for State of Texas***

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically notifies counsel of record for each party.

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker