IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiffs' Motion For Extension of Deadline to File Response to Defendant PPFA's Motion to Stay and Motion For Expedited Consideration ("Motion") (ECF No. 571), and PPFA's Opposition to Plaintiffs' Motion ("Opposition Motion") (ECF No. 573). Plaintiffs "move this Court for an extension of time to file a response to PPFA's motion to stay" until "December 18, 2023." *Id.* at 2. And PPFA moves the Court to deny the Motion. ECF No. 573 at 2.

Having reviewed the motions and the relevant law, the Court **GRANTS** Plaintiffs' Motion and **DENIES** PPFA's Opposition Motion. Plaintiffs are thus **ORDERED** to respond, in no more than ten (10) pages, to PPFA's motion to stay (ECF No. 569) **on or before December 18, 2023**. And PPFA is **ORDERED** to reply, in no more than five (5) pages, **on or before January 1, 2024**.

**SO ORDERED.**

November 30, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE