IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD <br> FEDERATION OF AMERICA, *et al.*, <br><br> Defendants. | 2:21-CV-022-Z |

**NOTICE**

In light of recent motions and orders, the Court seeks to clarify a number of deadlines. *See* ECF Nos. 569–73. There are two parallel motions before the Court: PPFA's Motion For Stay Pending Appeal (ECF No. 569) and Affiliate Defendants' Motion to Stay Pending PPFA's Appeal (ECF No. 572). Given their similarities — and given Plaintiffs' Motion For Extension of Time to File Response/Reply (ECF No. 571) — the Court has ordered that Plaintiffs' individual responses to PPFA's motion and Affiliate Defendants' motion shall be due **on or before December 18, 2023**. Similarly, the Court has ordered that both PPFA's reply and Affiliate Defendants' reply to Plaintiffs shall be due **on or before January 1, 2024**.

These orders provide flexibility to all movants and serve to increase judicial efficiency. All parties are advised that no deadlines set pursuant to this Court's amended scheduling order (ECF No. 567) have been or will be adjusted due to the foregoing circumstances.

The Court issues notice accordingly.

November 30, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE