IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | No. 2:21-cv-022-Z |

## NOTICE OF CHANGE OF ADDRESS

COME NOW Danny S. Ashby and Megan R. Whisler, counsel for Defendant Planned Parenthood Federation of America, Inc., and respectfully notifies the Court and all counsel of record that, effective immediately, the following attorneys for Defendant have changed the address for service of notices and documents in the above-captioned action. The new address is as follows:

>DANNY S. ASHBY
>dashby@omm.com
>MEGAN R. WHISLER
>mwhisler@omm.com
>2800 N. Harwood Street, Suite 1600
>Dallas, Texas 75201
>Telephone: (972) 360-1900
>Facsimile: (972) 360-1901

1

The firm telephone numbers, facsimile number and e-mail addresses remain the same.

Dated:  December 15, 2023                         Respectfully Submitted,

        O'MELVENY & MYERS LLP

        /s/ *Danny S. Ashby*
DANNY S. ASHBY
Texas Bar No. 01370960
dashby@omm.com
MEGAN R. WHISLER
Texas Bar No. 24079565
mwhisler@omm.com
2800 N. Harwood Street, Suite 1600
Dallas, Texas 75201
T: (972) 360-1900
F: (972) 360-1901

LEAH GODESKY (*pro hac vice*)
lgodesky@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
T: (310) 553-6700
F: (310) 246-6779

ANTON METLITSKY (*pro hac vice*)
ametlitksy@omm.com
7 Times Square
New York, New York 10036
T: (212) 326-2000
F: (212) 326-2061

RYAN BROWN ATTORNEY AT LAW
Ryan Patrick Brown
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ *Danny S. Ashby*