# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-11184    Doe v. Planned Parenthood
                         USDC No. 2:21-CV-22

Enclosed is an order entered in this case.

The court has considered the motion of Alex Doe to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Alex Doe may obtain all ex parte documents *filed on behalf of* Alex Doe, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

Ms. L. Nicole Allan
Mr. Danny Scot Ashby
Ms. Leah Godesky
Ms. Heather Gebelin Hacker
Mr. Anton Metlitsky
Ms. Karen S. Mitchell
Mr. Andrew Bowman Stephens