# United States Court of Appeals for the Fifth Circuit

---

No. 23-11184

---

United States of America, *ex rel*, Alex Doe, *Relator*,

*Plaintiff—Appellee*,

*versus*

Planned Parenthood Federation of America, Incorporated,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-22

---

ORDER:

IT IS ORDERED that Appellee's motion to view and obtain sealed documents is GRANTED.

_____
Stuart Kyle Duncan
*United States Circuit Judge*