# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-11184    Doe v. Planned Parenthood
                          USDC No. 2:21-CV-22

Enclosed is an order entered in this case.

The court has considered the motion of Planned Parenthood Federation of America, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Planned Parenthood Federation of America, Incorporated may obtain all ex parte documents *filed on behalf of* Planned Parenthood Federation of America, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Ms. L. Nicole Allan
Mr. Danny Scot Ashby
Ms. Leah Godesky
Ms. Heather Gebelin Hacker
Mr. Anton Metlitsky
Ms. Karen S. Mitchell
Mr. Andrew Bowman Stephens