# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-11184

---

United States of America, *ex rel*, Alex Doe, *Relator*,

*Plaintiff—Appellee*,

*versus*

Planned Parenthood Federation of America, Incorporated,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-22

---

### UNPUBLISHED ORDER

Before Haynes, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is CARRIED WITH THE CASE.

    IT IS FURTHER ORDERED that Appellee's opposed motion to stay briefing pending disposition of the motion to dismiss is DENIED.

    IT IS FURTHER ORDERED that Appellee's alternative motion to expedite the appeal is GRANTED.

No. 23-11184

IT IS FURTHER ORDERED that Appellant's unopposed motion to place their response/opposition under seal is GRANTED.