# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-11184    Doe v. Planned Parenthood
                          USDC No. 2:21-CV-22

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

Ms. L. Nicole Allan
Mr. Danny Scot Ashby
Ms. Leah Godesky
Ms. Heather Gebelin Hacker
Mr. Anton Metlitsky
Ms. Karen S. Mitchell
Mr. Andrew Bowman Stephens