IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Pursuant to this Court's previous order staying this case in its entirety (ECF No. 601), the Court **DIRECTS** the Clerk to administratively close this case — as of the date of this Order — for statistical purposes only. The Court will reopen this case upon resolution of PPFA's appeal. Accordingly, the Court **DIRECTS** the Clerk to administratively terminate all pending motions and **ORDERS** the parties to resubmit, **once the case has been reopened**, any terminated motion that they may desire the Court to consider.

**SO ORDERED**.

May 2, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE