IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America *ex rel.* Alex Doe, Relator, <br><br> The State of Texas *ex rel.* Alex Doe, Relator, <br><br> The State of Louisiana *ex rel.* Alex Doe, Realtor <br><br> *Plaintiffs*, <br><br> v. <br><br> Planned Parenthood Federation of America, Inc., <br> Planned Parenthood Gulf Coast, Inc., <br> Planned Parenthood of Greater Texas, Inc., <br> Planned Parenthood of South Texas, Inc., <br> Planned Parenthood of Cameron County, Inc., <br> Planned Parenthood San Antonio, Inc., <br><br> *Defendants*. | No. 2:21-cv-00022-Z |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible

1

for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: May 8, 2024

Respectfully submitted,

/s/ Thomas S. Leatherbury
Thomas S. Leatherbury
Texas Bar No. 12095275
THOMAS S. LEATHERBURY LAW, PLLC
Cumberland Hill School Building
1901 N. Akard St.
Dallas, Texas 75201
Telephone: (214) 213-5004
tom@tsleatherburylaw.com

**Attorney for Movant-Intervenor**

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, a true and correct copy of this document properly was served on all counsel of record via electronic filing in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing.

/s/ Thomas S. Leatherbury
Thomas S. Leatherbury