# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| United States of America<br>*ex rel.* Alex Doe, Relator,<br><br>The State of Texas<br>*ex rel.* Alex Doe, Relator,<br><br>The State of Louisiana<br>*ex rel.* Alex Doe, Realtor<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc.,<br>Planned Parenthood Gulf Coast, Inc.,<br>Planned Parenthood of Greater Texas, Inc.,<br>Planned Parenthood of South Texas, Inc.,<br>Planned Parenthood of Cameron County, Inc.,<br>Planned Parenthood San Antonio, Inc.,<br><br>　　　　　　　　　　　　　*Defendants*. | No. 2:21-cv-00022-Z |

# ORDER

Upon consideration of Movant's Motion for Leave to Intervene and to Unseal Court Records, and noting that other counsel is either unopposed or has taken no position, it is hereby

**ORDERED** that Movant's Motion to Intervene is **GRANTED**; it is further

**ORDERED** that Movant is **GRANTED** access to the Summary Judgment Order previously sealed by the Court, that the Summary Judgment order is unsealed and should be filed in the public Court file, and that the Summary Judgment Order should be noted on the public docket and the corresponding docket entry should be reinstated.

**SO ORDERED.**

Signed this \_\_\_\_ day of \_\_\_\_\_, 2024.

_____

Judge Presiding