IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA, *et al.*,

     Plaintiffs,

v.

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

     Defendants.

2:21-CV-022-Z

## ORDER

On May 8, 2024, the Reporters Committee for Freedom of the Press ("RCFP") moved to

intervene and to unseal this Court's summary judgment order. ECF No. 609. All parties are hereby

**ORDERED** to state — with an explanation — whether they (1) "oppose," or (2) "do not oppose"

RCFP's motion **within 7 days of the date of this Order**.

**SO ORDERED**.

May **31**, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE