# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | No. 2:21-cv-022-Z |

**PPFA'S STATEMENT OF NON-OPPOSITION REGARDING REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS'S MOTION TO INTERVENE AND UNSEAL SUMMARY-JUDGMENT ORDER**

In response to the Court's May 31, 2024 order, ECF No. 613, Defendant Planned Parenthood Federation of America, Inc. states that it does not oppose the Reporters Committee for Freedom of the Press's motion to intervene and unseal the summary-judgment order, ECF No. 609, because that order does not contain any sensitive, confidential information.

Dated: June 4, 2024                                        Respectfully Submitted,

                                                           O'MELVENY & MYERS LLP

                                                           /s/ *Danny. S. Ashby*
                                                           DANNY S. ASHBY
                                                           Texas Bar No. 01370960
                                                           dashby@omm.com
                                                           MEGAN R. WHISLER
                                                           Texas Bar No. 24079565
                                                           mwhisler@omm.com
                                                           2501 N. Harwood Street, Suite 1700
                                                           Dallas, Texas 75201
                                                           T: (972) 360-1900
                                                           F: (972) 360-1901

                                                           LEAH GODESKY (*pro hac vice*)
                                                           lgodesky@omm.com
                                                           1999 Avenue of the Stars, 8th Floor
                                                           Los Angeles, California 90067
                                                           T: (310) 553-6700
                                                           F: (310) 246-6779

                                                           ANTON METLITSKY (*pro hac vice*)
                                                           ametlitksy@omm.com
                                                           7 Times Square
                                                           New York, New York 10036
                                                           T: (212) 326-2000
                                                           F: (212) 326-2061

                                                           RYAN BROWN ATTORNEY AT LAW
                                                           Ryan Patrick Brown
                                                           Texas Bar No. 24073967
                                                           ryan@ryanbrownattorneyatlaw.com
                                                           1222 S. Fillmore St.

Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendant Planned Parenthood Federation of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Danny S. Ashby*