IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | 2:21-CV-00022-Z |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc. (together, "Affiliate Defendants") file this Unopposed Motion to Withdraw Counsel, Jayce L. Born, in the above-styled and numbered case, and respectfully show as follows:

1. Affiliate Defendants are represented by Ryan Patrick Brown and Arnold & Porter Kaye Scholer LLP, including Christopher M. Odell from Arnold & Porter Kaye Scholer LLP as Defendants' lead counsel;

2. Ms. Born was previously counsel for Affiliate Defendants in the above-captioned case;

3. Ms. Born is no longer employed by Arnold & Porter Kaye Scholer LLP;

4. Undersigned counsel will remain counsel of record for Affiliate Defendants; and

5. Plaintiffs and Defendant Planned Parenthood Federation of America, Inc. are unopposed to this Motion.

For the foregoing reasons, Affiliate Defendants respectfully request that the Court note the withdrawal of Jayce Born as counsel of record in the above-styled and numbered case.

Dated: June 7, 2024

Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ *Tirzah S. Lollar*
Craig D. Margolis
Craig.Margolis@arnoldporter.com
Tirzah S. Lollar
Tirzah.Lollar@arnoldporter.com
Christian Sheehan
Christian.Sheehan@arnoldporter.com
Emily Reeder-Ricchetti
Emily.Reeder-Ricchetti@arnoldporter.com
Megan Pieper
Megan.Pieper@arnoldporter.com
Alyssa Gerstner
Alyssa.Gerstner@arnoldporter.com
Meghan C. Martin
Meghan.Martin@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999

Christopher M. Odell
Texas State Bar No. 24037205
Christopher.Odell@arnoldporter.com
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Telephone: +1 713.576.2400
Fax: +1 713.576.2499

Paula Ramer
250 West 55th Street
New York, New York 10019-9710
T: +1 212.836.8474
Paula.Ramer@arnoldporter.com

RYAN BROWN ATTORNEY AT LAW
Ryan Patrick Brown
Texas Bar No. 24073967
ryan@ryanbrownattorneyatlaw.com
1222 S. Fillmore St.
Amarillo, Texas 79101
T: (806) 372-5711
F: (806) 350-7716

*Attorneys for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood of South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc.*

3

**CERTIFICATE OF CONFERRENCE**

On June 6-7, 2024, I conferred with counsel for the State of Texas who indicated that the State of Texas is unopposed to this motion. I also conferred with counsel for Relator who indicated that Relator is unopposed to this motion. I also conferred with counsel for Planned Parenthood Federation of America who indicated Planned Parenthood Federation of America is unopposed to this motion.

*/s/ Tirzah S. Lollar*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Tirzah S. Lollar*