IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX DOE, Relator, THE STATE OF TEXAS, *ex rel.* ALEX DOE, Relator, THE STATE OF LOUISIANA, *ex rel.* ALEX DOE, Relator,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GULF COAST, INC., PLANNED PARENTHOOD OF GREATER TEXAS, INC., PLANNED PARENTHOOD SOUTH TEXAS, INC., PLANNED PARENTHOOD CAMERON COUNTY, INC., PLANNED PARENTHOOD SAN ANTONIO, INC.,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | 2:21-CV-00022-Z |

## **[PROPOSED] ORDER**

Before the Court is the Unopposed Motion to Withdraw Counsel, Jayce Born, as counsel for Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc. Having considered the said motion and applicable law, the Court **GRANTS** the motion.

**IT IS SO ORDERED.** The Clerk is instructed to remove Ms. Born from the electronic service list in the above-numbered cause.

SIGNED this \_\_\_\_ day of June 2024.

_____
Matthew J. Kacsmaryk
United States District Judge