IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| United States of America<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br>The State of Texas<br><br>*ex rel.* ALEX DOE, Relator,<br><br><br><br>The State of Louisiana<br><br>*ex rel.* ALEX DOE, Relator,<br><br>    Plaintiffs,<br><br>v.<br><br>Planned Parenthood Federation of America, Inc., Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., Planned Parenthood San Antonio, Inc.,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00022-Z |

**[PROPOSED] ORDER**

Now before the Court is the Defendants Planned Parenthood Gulf Coast, Inc., Planned Parenthood of Greater Texas, Inc., Planned Parenthood South Texas, Inc., Planned Parenthood Cameron County, Inc., and Planned Parenthood San Antonio, Inc. (collectively, "Affiliate Defendants'"), Motion To Unseal Summary-Judgment Order ("the Motion"). After considering the Motion, the Court **GRANTS** the Motion and directs the Clerk to unseal its Summary-Judgement Order (ECF No. 554).

US 252266764v1

**SO ORDERED**.

      Signed on this _____ day of _____, 2024.

                                                                                                                                                                                                    _____
                                                                                                                                                                                          Matthew J. Kacsmaryk
                                                                                                                                                                                           United States District Judge