IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-022-Z |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Counsel ("Motion") (ECF No. 615), filed on June 7, 2024. Defendants request that Jayce L. Born be withdrawn as counsel of record in the above-styled matter. *Id.* at 2.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk that Jayce L. Born should be withdrawn as counsel of record in the above-styled matter.

**SO ORDERED**.

June 13, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE