IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

v.

2:21-CV-022-Z

PLANNED PARENTHOOD
FEDERATION OF AMERICA, *et al.*,

Defendants.

**ORDER**

On January 11, 2024, the Court stayed this case pending resolution of Planned Parenthood Federation of America's ("PPFA") interlocutory appeal and terminated the deadlines in the then-operative scheduling order. ECF No. 601 at 7. The *en banc* Fifth Circuit dismissed PPFA's interlocutory appeal for lack of jurisdiction on August 12, 2026. ECF No. 631. The mandate then issued to this Court. ECF No. 632. Accordingly, the Court **LIFTS** the stay of this case.

The parties are **ORDERED** to confer for the purpose of preparing a Joint Status Report. The Joint Status Report shall include at least the following: (1) a brief update on the status of this case; (2) a list of any motions *pending when this case was stayed and closed* that the parties intend to refile now; (3) a list of events from the Court's previous Amended Scheduling Order (ECF No. 567) the parties believe should be included in a new Amended Scheduling Order, including recommended deadlines for such events; (4) a list of any additional events the parties believe should be included in a new Amended Scheduling Order, including recommended deadlines for such events; (5) a brief discussion of whether the parties have engaged or will engage in settlement or mediation discussions, and what influence such discussions should have on the dates the Court sets in a new Amended Scheduling Order; and (6) any other issues the parties believe should be addressed before progressing to trial.

The parties are **ORDERED** to file the Joint Status Report described above **on or before Friday, October 30, 2026 at 5:00 p.m. (CDT).** The United States District Clerk is **DIRECTED** to administratively reopen this case and remove the stay.

**SO ORDERED.**

October 6, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE